AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, <br><br> *Plaintiff(s)* <br> v. <br> THE WALT DISNEY COMPANY, WALT DISNEY MOTION PICTURES GROUP, INC., BUENA VISTA HOME ENTERTAINMENT, INC., MARVEL STUDIOS, LLC and MANDEVILLE FILMS, INC., <br> *Defendant(s)* | Civil Action No. 3:17-cv-04006-SK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment A.



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rio S. Pierce (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
riop@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date:  7/18/2017            *Thelma Nudo*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-04006-SK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# **ATTACHMENT A**

THE WALT DISNEY COMPANY
c/o Agent for Service of Process Marsha L. Reed
500 S. Buena Vista Street
Burbank, CA 91521

BUENA VISTA HOME ENTERTAINMENT, INC.
c/o Agent for Service of Process Marsha L. Reed
500 S. Buena Vista Street
Burbank, CA 91521

MARVEL STUDIOS, LLC
c/o Agent for Service of Process Ryan Potter
500 S. Buena Vista Street
Burbank, CA 91521

WALT DISNEY MOTION PICTURES GROUP, INC.
c/o Agent for Service of Process CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

MANDEVILE FILMS, INC.
c/o Agent for Service of Process Craig A. Jacobson
450 N. Roxbury Drive, 8th Floor
Beverly Hills, CA 90210