UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

Motions for Administrative Relief to Consider Whether Cases Should be Related and a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) have been filed in Case Nos. 15-cv-00797, 17-cv-04006 and 17-cv-04187. The time for filing oppositions or statements of support has passed.

As the judge assigned to

**Shenzhenshi Haitiecheng Science and Technology v. Rearden LLC**, Case No. 3:15-cv-00797-JST

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 17-cv-04006-RS | Rearden LLC v. The Walt Disney Co. | X | |
| 17-cv-04187-MEJ | Rearden LLC v. Crystal Dynamics, Inc. | X | |
| 17-cv-04191-JSC | Rearden LLC v. Twentieth Century Fox Film Corp. | X | |
| 17-cv-04192-DMR | Rearden LLC v. Paramount Pictures Corp. | X | |

ORDER

In view of the Court's determination that these cases are related, and in the interest of efficiency, the Court hereby withdraws its July 20, 2017 Order staying reassignment and vacates any briefing deadlines set by that Order. See Case No. 15-cv-00797, ECF No. 410, Case No. 17-cv-4006, ECF No. 15.

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

/ / /

Dated: July 31, 2017

By: _____
Jon S. Tigar
United States District Judge

1