# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TXu 1-977-151**

Effective Date of Registration:
February 11, 2016

## Title

    **Title of Work:** MOVA Contour

## Completion/Publication

    **Year of Completion:** 2009

## Author

    **Author:** OnLive, Inc.
    **Author Created:** computer program
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Rearden Mova LLC
    355 Bryant Street, Suite 110, San Francisco, CA, 94107, United States
    **Transfer statement:** By written agreement

## Rights and Permissions

    **Organization Name:** Law Offices of Jonathan Kirsch
    **Name:** Jonathan Kirsch
    **Email:** jk@jonathankirsch.com
    **Telephone:** (310)785-1200
    **Address:** 1880 Century Park East
    Suite 515
    Los Angeles, CA 90067 United States

## Certification

    **Name:** Jonathan Kirsch
    **Date:** February 11, 2016
    **Applicant's Tracking Number:** 2347.3.4

**Correspondence:**   Yes