# Exhibit 7

# United States of America
### United States Patent and Trademark Office

# MOVA

| | |
|---|---|
| **Reg. No. 3,843,152** | MOVA, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)<br>181 LYTTON AVENUE |
| **Registered Aug. 31, 2010** | PALO ALTO, CA 94301 |
| **Int. Cl.: 42** | FOR: RENTAL OF COMPUTER HARDWARE AND SOFTWARE FOR USE IN THE FIELD OF ENTERTAINMENT, IN CLASS 42 (U.S. CLS. 100 AND 101). |
| **SERVICE MARK** | FIRST USE 9-1-2009; IN COMMERCE 9-1-2009. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS IT MOVES. |
| | SN 78-599,227, FILED 3-31-2005. |
| | LANA PHAM, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office