# Exhibit 8

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,628,974
Registered May 26, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# CONTOUR

MOVA, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
181 LYTTON STREET
PALO ALTO, CA 94301

FOR: VISUAL EFFECTS AND MOTION PICTURE PRODUCTION SERVICES, ALL IN THE FIELD OF ENTERTAINMENT; ENTERTAINMENT SERVICES, NAMELY, SPECIAL EFFECTS, VISUAL EFFECTS AND ANIMATION SERVICES FEATURING MOTION CAPTURE FOR TRANSLATING MOVEMENT OF A REAL SUBJECT AND MAPPING SUCH MOVEMENT ONTO A 3-DIMENSIONAL COMPUTER-GENERATED MODEL OR AS A COMPUTER-GENERATED SUBJECT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-1-2006; IN COMMERCE 7-25-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-981,021, FILED 5-4-2006.

DANIEL CAPSHAW, EXAMINING ATTORNEY