| | |
|---|---|
| KELLY M. KLAUS (SBN 161091)<br>kelly.klaus@mto.com<br>ROHIT K. SINGLA (SBN 213057)<br>rohit.singla@mto.com<br>ELIA HERRERA (SBN 293278)<br>elia.herrera@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>GLENN D. POMERANTZ (SBN 112503)<br>glenn.pomerantz@mto.com<br>JOHN L. SCHWAB (SBN 301386)<br>john.schwab@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>*Attorneys for Defendants* | STEVE W. BERMAN (*pro hac vice*)<br>steve@hbsslaw.com<br>MARK S. CARLSON (*pro hac vice*)<br>markc@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>RIO S. PIERCE (SBN 298297)<br>riop@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY MOTION PICTURES GROUP, INC., BUENA VISTA HOME ENTERTAINMENT, INC., MARVEL STUDIOS, LLC, and MANDEVILLE FILMS, INC.,<br><br>        Defendants. | Case Nos.    3:17-cv-04006-JST<br>                  3:17-cv-04191-JST<br>                  3:17-cv-04192-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FILING OF FIRST AMENDED COMPLAINTS AND BRIEFING SCHEDULE ON MOTIONS TO DISMISS THE SAME**<br><br>Judge:    Hon. Jon S. Tigar |

| | |
|---|---|
| 1 | REARDEN LLC and REARDEN MOVA LLC, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | vs. |
| 5 | TWENTIETH CENTURY FOX FILM CORPORATION and TWENTIETH CENTURY FOX HOME |
| 6 | ENTERTAINMENT LLC, |
| 7 | Defendants. |
| 8 | |
| 9 | REARDEN LLC and REARDEN MOVA LLC, |
| 10 | Plaintiffs, |
| 11 | vs. |
| 12 | PARAMOUNT PICTURES CORPORATION and PARAMOUNT |
| 13 | HOME ENTERTAINMENT DISTRIBUTION INC. |
| 14 | |
| 15 | Defendants. |

38072585.1

| | |
|---|---|
| 1 | **STIPULATION** |

Plaintiffs and Defendants in the above-captioned action, by and through their counsel of record, stipulate as follows:

**WHEREAS**, on February 22, the Court granted Defendants' motions to dismiss Plaintiffs' original complaints in theabove-captioned cases in part, and dismissed certain claims without prejudice (No. 17-cv-04006, Dkt. 60);

**WHEREAS**, Plaintiffs have provided Defendants with proposed amended complaints after the Court's decision;

**WHEREAS**, Defendants do not object to the filing of the amended complaints, based on Plaintiffs' agreement and the Court's approval of a stipulated schedule on motions to dismiss the amended complaints that Defendants intend to file;

**NOW THEREFORE**, for good cause, the parties stipulate as follows:

[1] Defendants do not oppose Plaintiffs' filing of the proposed First Amended Complaints in the above-captioned cases. The Parties agree that by entering this Stipulation, Defendants do not waive any objections to the amendments that may be asserted in motions to dismiss or other appropriate motions.

[2] The Defendants in each case shall have 30 days from the date Plaintiffs file each First Amended Complaint to file motions to dismiss them.

[3] Plaintiffs shall have 21 days from the date each such motion to dismiss is filed to file their opposition.

[4] Defendants in each case shall have 21 days from the date the opposition brief is filed to file their reply.

**IT IS SO STIPULATED.**

DATED: March 6, 2018            HAGENS BERMAN SOBOL SHAPIRO LLP

By:    */s/ Steve Berman*
        STEVE BERMAN

*Attorneys for Plaintiffs*

DATED: March 6, 2018            MUNGER, TOLLES & OLSON LLP

By:    */s/ Kelly M Klaus*
        KELLY M. KLAUS

*Attorneys for Defendants*

### CIVIL LOCAL RULE 5-1 ATTESTATION

I, Steve Berman, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(*i*)(3), I hereby attest that Kelly M. Klaus concurred in the filing of this document.

           */s/ Steve Berman*
           Steve Berman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __March 7__, 2018

           The Honorable Jon S. Tigar

38072585.1

2    JOINT STIPULATION AND [PROPOSED] ORDER
NOS. 17-CV-04006, 17-CV-04191, 17-CV-04192