

Mark S. Carlson
Of Counsel
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA  98101
www.hbsslaw.com
**Direct (206) 268-9346**
**Direct Fax (206) 623-0594**
**markc@hbsslaw.com**

May 8, 2018

The Honorable Sallie Kim
United States Magistrate Judge
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: Motion for Discovery to Preserve Evidence

Dear Judge Kim:

  The Parties jointly write pursuant to this Court's Standing Order dated April 18, 2017 to bring a discovery motion before this Court as set forth in the attached papers stating the parties' respective substantive positions.  The motion seeks leave to serve three third-party subpoenas, copies of which are attached to the statement of positions. The present cases have the following captions:

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation, WALT DISNEY MOTION PICTURES GROUP, INC., a California corporation, BUENA VISTA HOME ENTERTAINMENT, INC. a California corporation, MARVEL STUDIOS, LLC, a Delaware limited liability company, MANDEVILLE FILMS, INC., a California corporation,<br><br>        Defendants. | Case No. 3:17-cv-04006-JST<br>     3:17-cv-04191-JST<br>     3:17-cv-04192-JST<br>     3:17-cv-04187-JST |

SEATTLE   BOSTON   CHICAGO   COLORADO SPRINGS   LOS ANGELES   NEW YORK   PHOENIX   SAN DIEGO   SAN FRANCISCO   WASHINGTON, D.C.

005073-12 1029605 V1

The Honorable Sallie Kim
May 8, 2018
Page 2

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, | |
| | Plaintiffs, |
| v. | |
| TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation and TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company, | |
| | Defendants. |
| REARDEN LLC and REARDEN MOVA LLC, | |
| | Plaintiffs, |
| v. | |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and PARAMOUNT HOME ENTERTAINMENT DISTRIBUTION INC. a Delaware corporation, | |
| | Defendants. |
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies, | |
| | Plaintiffs, |
| v. | |
| CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX INC., a Washington Corporation, | |
| | Defendants. |

The Honorable Sallie Kim
May 8, 2018
Page 3

On May 1, 2018, the parties met and conferred telephonically in compliance with Section 9 of the Northern District's Guidelines for Professional Conduct regarding discovery.

    HAGENS BERMAN SOBOL SHAPIRO LLP

    /s/ *Mark Carlson*

    Mark Carlson
    Attorneys for Plaintiffs

    MUNGER, TOLLES & OLSON LLP

    /s/ *Rohit Singla*

    Rohit Singla
    Attorneys for Studio Defendants

    DUANE MORRIS LLP

    /s/ *Karineh Khachatourian*

    Karineh Khachatourian
    Attorneys for Videogame Defendants.