| | |
|---|---|
| KELLY M. KLAUS (SBN 161091)<br>kelly.klaus@mto.com<br>ROHIT K. SINGLA (SBN 213057)<br>rohit.singla@mto.com<br>ELIA HERRERA (SBN 293278)<br>elia.herrera@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>GLENN D. POMERANTZ (SBN 112503)<br>glenn.pomerantz@mto.com<br>JOHN L. SCHWAB (SBN 301386)<br>john.schwab@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>*Attorneys for Defendants* | STEVE W. BERMAN (*pro hac vice*)<br>steve@hbsslaw.com<br>MARK S. CARLSON (*pro hac vice*)<br>markc@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>RIO S. PIERCE (SBN 298297)<br>riop@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY MOTION PICTURES GROUP, INC., BUENA VISTA HOME ENTERTAINMENT, INC., MARVEL STUDIOS, LLC, and MANDEVILLE FILMS, INC.,<br><br>Defendants. | Case Nos. 3:17-cv-04006-JST<br>3:17-cv-04191-JST<br>3:17-cv-04192-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINTS**<br><br>Judge: Hon. Jon S. Tigar |

39088981.2

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, | |
| Plaintiffs, | |
| vs. | |
| TWENTIETH CENTURY FOX FILM CORPORATION and TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, | |
| Defendants. | |
| REARDEN LLC and REARDEN MOVA LLC, | |
| Plaintiffs, | |
| vs. | |
| PARAMOUNT PICTURES CORPORATION and PARAMOUNT HOME ENTERTAINMENT DISTRIBUTION INC. | |
| Defendants. | |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiffs and Defendants in the above-captioned actions, by and through their counsel of |
| 3 | record, stipulate as follows: |
| 4 | **WHEREAS**, on June 18, 2018 the Court granted in part and denied in part Defendants' |
| 5 | motions to dismiss the First Amended Complaints; |
| 6 | **WHEREAS**, the Defendants' current deadline to file Answers to the First Amended |
| 7 | Complaints is July 2, 2018, per Fed. R. Civ. P. 14(a)(4)(A); |
| 8 | **WHEREAS**, because each of the First Amended Complaints contains 145 or more |
| 9 | paragraphs, Defendants have requested that they have 30 days from June 18, 2018 within which to |
| 10 | file answers to the First Amended Complaints; |
| 11 | **WHEREAS**, Plaintiffs have agreed to Defendants' request for additional time; |
| 12 | **NOW THEREFORE**, for good cause, the parties stipulate as follows: |
| 13 | The Defendants in each case shall have 30 days from the Court's order granting in part and |
| 14 | denying in part Defendants' motions to dismiss the First Amended Complaints, i.e., through and |
| 15 | including July 18, 2018, within which to file Answers to the First Amended Complaints. |
| 18 | **IT IS SO STIPULATED.** |

39088981.2

| | | |
|---|---|---|
| DATED: June 22, 2018 | | HAGENS BERMAN SOBOL SHAPIRO LLP |

By: */s/ Mark S. Carlson*
     MARK S. CARLSON

*Attorneys for Plaintiffs*

DATED: June 22, 2018MUNGER, TOLLES & OLSON LLP

By: */s/ Kelly M. Klaus*
     KELLY M. KLAUS

*Attorneys for Defendants*

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Kelly Klaus, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(*i*)(3), I hereby attest that Mark Carlson concurred in the filing of this document.

*/s/ Kelly M. Klaus*
Kelly M. Klaus

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 25, 2018, 2018

The Honorable Jon S. Tigar

39088981.2