1  Steve W. Berman (*pro hac vice*)
   Mark S. Carlson (*pro hac vice*)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
3  Seattle, WA 98101
   Telephone: (206) 623-7292
4  Facsimile: (206) 623-0594
   steve@hbsslaw.com
5  markc@hbsslaw.com

6  Rio S. Pierce, CBA No. 298297
   HAGENS BERMAN SOBOL SHAPIRO LLP
7  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
8  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
9  riop@hbsslaw.com

10 *Attorneys for Plaintiff*
   Rearden LLC and Rearden Mova LLC
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15 | REARDEN LLC, REARDEN MOVA LLC, | No. 3:17-CV-04006-JST |
   California limited liability companies,
16
                                              **NOTICE OF VOLUNTARY
17                    Plaintiffs,             DISMISSAL OF PATENT
                                              INFRINGEMENT CLAIMS
18       v.                                   PURSUANT TO FED. R. CIV. P.
                                              41(a)(1)(A)(i)**
19 THE WALT DISNEY COMPANY, a Delaware
   corporation, WALT DISNEY MOTION
20 PICTURES GROUP, INC., a California
   corporation, BUENA VISTA HOME
21 ENTERTAINMENT, INC. a California
   corporation, MARVEL STUDIOS, LLC, a
22 Delaware limited liability company,
   MANDEVILLE FILMS, INC., a California
23 corporation,

24                    Defendants.

25

26

27

28

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Rearden LLC and Rearden Mova, LLC hereby voluntarily dismiss without prejudice their claims for patent infringement asserted against defendant Disney Motion Pictures Group, Inc. in the Third through Seventh Causes of Action of the First Amended Complaint (Dkt. 63).

DATED: June 27, 2018       HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve Berman*
Steve Berman

Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Rio S. Pierce, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiffs*
Rearden LLC and Rearden Mova LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this case.

DATED: June 27, 2018             */s/ Steve W. Berman*
                                 Steve Berman