| | |
|---|---|
| 1    STEVE W. BERMAN (*pro hac vice*) | KELLY M. KLAUS (SBN 161091) |
|       MARK S. CARLSON (*pro hac vice*) | kelly.klaus@mto.com |
| 2    HAGENS BERMAN SOBOL SHAPIRO LLP | ROHIT K. SINGLA (SBN 213057) |
|       1918 Eighth Avenue, Suite 3300 | rohit.singla@mto.com |
| 3    Seattle, WA 98101 | ELIA HERRERA (SBN 293278) |
|       Telephone: (206) 623-7292 | elia.herrera@mto.com |
| 4    Facsimile: (206) 623-0594 | MUNGER, TOLLES & OLSON LLP |
|       steve@hbsslaw.com | 560 Mission Street, 27th Floor |
| 5    markc@hbsslaw.com | San Francisco, California 94105-2907 |
| | Telephone: (415) 512-4000 |
| | Facsimile: (415) 512-4077 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY MOTION PICTURES GROUP, INC., BUENA VISTA HOME ENTERTAINMENT, INC., MARVEL STUDIOS, LLC, and MANDEVILLE FILMS, INC.,<br><br>Defendants. | Case Nos.    3:17-cv-04006-JST<br>                3:17-cv-04191-JST<br>                3:17-cv-04192-JST<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE ANTICIPATED SUMMARY JUDGMENT MOTIONS**<br><br>Judge:      Hon. Jon S. Tigar<br>Date/Time: January 9, 2019/2 pm<br>Ctrm.:       9 (19th Floor) |
| REARDEN LLC and REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION and TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC,<br><br>Defendants. | |

40699179.1

| | |
|---|---|
| 1 | REARDEN LLC and REARDEN MOVA LLC, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | vs. |
| 5 | PARAMOUNT PICTURES CORPORATION and PARAMOUNT HOME ENTERTAINMENT DISTRIBUTION INC. |
| 6 | |
| 7 | Defendants. |
| 8 | |

40699179.1

1       WHEREAS, Defendants intend to file summary judgment motions (1) for an order that Plaintiffs cannot establish the causal link necessary to recover indirect profits (in Case Nos. 17-CV-4006-JST and 17-CV-04191-JST); and (2) for an order that Plaintiffs' copyright infringement claims regarding *Guardians of the Galaxy* are barred by the Copyright Act's three-year statute of limitations (Case No. 17-CV-4006-JST). Plaintiffs intend to oppose both motions and may file a Rule 56(d) request with respect to one or both motions;

      WHEREAS, at the November 7, 2018, Case Management Conference, the Court directed the parties to meet and confer and file a stipulated proposal or competing proposals [1] "containing a schedule for the completion of discovery for the two anticipated [summary judgment] motions and a briefing schedule"; and [2] "a deadline for the filing of" the" "joint letter brief of not longer than eight pages single spaced that includes the studio defendants' request to file more than one summary judgment motion and the plaintiffs' 56(d) request." Civil Minutes ¶¶ 2-3, Dkt. Nos. 118 (Case No. 17-CV-04006-JST), 84 (Case No. 17-CV-04191-JST), and 83 (Case No. 17-CV-04192). Pursuant to stipulation, the Court continued the date for the parties to submit the proposal(s) from November 16, 2018 to November 30, 2018. Dkt. Nos. 120 (Case No. 17-CV-04006-JST), 86 (Case No. 17-CV-04191-JST), and 85 (Case No. 17-CV-04192);

      WHEREAS, the parties have met and conferred but have not yet reached resolution regarding the discovery-scope or schedule for the motions. The parties will continue their meet-and-confer efforts but believe it will be more efficient for reaching resolution or identifying disagreements for each to review the other's portion of the eight-page joint letter brief. The parties would attach to the submitted letter brief a single proposal or competing proposals. The Court has set a further Case Management Conference for January 9, 2019, at 2:00 P.M. *See* Civil Minutes ¶ 4, Dkt. Nos. 118 (Case No. 17-CV-04006-JST), 84 (Case No. 17-CV-04191-JST), and 83 (Case No. 17-CV-04192). The parties believe the Court should keep the January 9, 2019 Conference on calendar, so that the parties and the Court may discuss any remaining issues.

      THE PARTIES THEREFORE STIPULATE:

      [1]    By December 21, 2018, the parties shall file a joint letter brief that is not longer than eight pages single spaced—four pages maximum for Defendants and four pages maximum

for Plaintiffs—that includes the Studio Defendants' request to file more than one summary judgment motion and the Plaintiffs' 56(d) request.  The parties shall append to that letter brief a stipulated proposal or competing proposals for the completion of discovery for the motions and a briefing schedule.

[2]     The further Case Management Conference shall remain on calendar for January 9, 2019, at 2:00 P.M.

DATED:  November 30, 2018            HAGENS BERMAN SOBOL SHAPIRO LLP

By:     */s/ Mark S. Carlson*[1]
              MARK S. CARLSON

*Attorneys for Plaintiffs*

DATED:  November 30, 2018

MUNGER, TOLLES & OLSON LLP

By:     */s/ Kelly M. Klaus*
              KELLY M. KLAUS

*Attorneys for Defendants*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

December _5_, 2018

_____
The Honorable Jon S. Tigar
United States District Judge

---

[1] Signed electronically by Kelly M. Klaus with the concurrence of Mark S. Carlson, pursuant to L.R. 5-1(*i*)(3).

40699179.1

-2-