| | |
|---|---|
| STEVE W. BERMAN (*pro hac vice*) | KELLY M. KLAUS (SBN 161091) |
| MARK S. CARLSON (*pro hac vice*) | kelly.klaus@mto.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | ROHIT K. SINGLA (SBN 213057) |
| 1918 Eighth Avenue, Suite 3300 | rohit.singla@mto.com |
| Seattle, WA 98101 | ELIA HERRERA (SBN 293278) |
| Telephone: (206) 623-7292 | elia.herrera@mto.com |
| Facsimile: (206) 623-0594 | MUNGER, TOLLES & OLSON LLP |
| steve@hbsslaw.com | 560 Mission Street, 27th Floor |
| markc@hbsslaw.com | San Francisco, California 94105-2907 |
| | Telephone: (415) 512-4000 |
| | Facsimile: (415) 512-4077 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY MOTION PICTURES GROUP, INC., BUENA VISTA HOME ENTERTAINMENT, INC., MARVEL STUDIOS, LLC, and MANDEVILLE FILMS, INC.,<br><br>Defendants. | Case Nos. 3:17-cv-04006-JST<br>3:17-cv-04191-JST<br>3:17-cv-04192-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT ON CAUSAL NEXUS ISSUE**<br><br>Judge: Hon. Jon S. Tigar |
| REARDEN LLC and REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION and TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC,<br><br>Defendants. | |

| | |
|---|---|
| 1 | REARDEN LLC and REARDEN MOVA LLC, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | vs. |
| 5 | PARAMOUNT PICTURES CORPORATION and PARAMOUNT HOME ENTERTAINMENT DISTRIBUTION INC. |
| 6 | |
| 7 | Defendants. |
| 8 | |

WHEREAS, the Studio Defendants requested leave to file an early summary judgment motion on the issue whether Plaintiffs can establish the causal nexus for a claim of "indirect profits" under the Copyright Act (Dkt. 127, No. 17-cv-04006; Dkt. 93, No. 17-cv-04191; Dkt. 93, No. 17-cv-04192).

WHEREAS, the Court granted the Studio Defendants' request to file a summary judgment motion on the causal nexus issue and set a briefing schedule (Dkt. 128, No. 17-cv-04006; Dkt. 94, No. 17-cv-04191; Dkt. 94, No. 17-cv-04192).

WHEREAS, the Studio Defendants have requested, and Plaintiffs have agreed, that the Studio Defendants may have an additional two weeks to file their moving papers, and that the other dates in the Court-ordered briefing schedule should likewise be adjusted by two weeks.

THE PARTIES THEREFORE STIPULATE:

[1]  The schedule for the Studio Defendants' summary judgment motion on the causal nexus issue shall be continued by two weeks, as follows:

|  |  |
| --- | --- |
| Defendants file motion for summary judgment on causal nexus issue | February 28, 2019 |
| Plaintiffs email a letter to Defendants identifying the discovery Plaintiffs contend they need to oppose the motion | March 7, 2019 |
| Deadline for parties to complete meet-and-confer on Plaintiffs' discovery requests relating to motion | March 21, 2019 |
| Parties file either:<br><br>   a. Stipulation and proposed order with schedule (i) for completing agreed-upon discovery relating to motion and (ii) filing opposition and reply briefs on motion<br><br>or<br><br>   b. Simultaneous letter briefs (each not to exceed five single-spaced pages) setting forth their respective positions on discovery requests and schedule for finishing discovery and briefing on motion | April 4, 2019 |

[2]     Should the parties submit simultaneous letter briefs as set forth above, they shall submit a separate, jointly prepared summary of their meet-and-confer efforts.  The first draft of such summary shall be prepared by Defendants and shall be served (but not filed) by March 29, 2019.  Any proposed revisions shall be served by Plaintiffs by April 2, 2019.  Defendants shall file the final version of the summary on April 4, 2019.

DATED:  January 30, 2019            HAGENS BERMAN SOBOL SHAPIRO LLP

By:     */s/ Mark S. Carlson*[1]
MARK S. CARLSON

*Attorneys for Plaintiffs*

DATED:  January 30, 2019

MUNGER, TOLLES & OLSON LLP

By:     */s/ Kelly M. Klaus*
KELLY M. KLAUS

*Attorneys for Defendants*

---

[1] Signed electronically by Kelly M. Klaus with the concurrence of Mark S. Carlson, pursuant to L.R. 5-1(*i*)(3).

-2-

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____January 30_____, 2019

_____
The Honorable Jon S. Tigar
United States District Judge