| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Mark S. Carlson (*pro hac vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> markc@hbsslaw.com <br><br> *Attorneys for Plaintiffs* | KELLY M. KLAUS (SBN 161091) <br> ROHIT K. SINGLA (SBN 213057) <br> ELIA HERRERA (SBN 293278) <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, 27th Floor <br> San Francisco, California 94105-2907 <br> Telephone: (415) 512-4000 <br> Facsimile: (415) 512-4077 <br> kelly.klaus@mto.com <br> rohit.singla@mto.com <br> elia.herrera@mto.com <br><br> *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies, <br><br> Plaintiffs, <br><br> v. <br><br> THE WALT DISNEY COMPANY, WALT DISNEY MOTION PICTURES GROUP, INC., BUENA VISTA HOME ENTERTAINMENT, INC., MARVEL STUDIOS, LLC, and MANDEVILLE FILMS, INC., <br><br> Defendants. <br><br> REARDEN LLC and REARDEN MOVA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TWENTIETH CENTURY FOX FILM CORPORATION and TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, <br><br> Defendants. | Case No. 3:17-cv-04006-JST <br>             3:17-cv-04191-JST <br><br> **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT ON CAUSAL NEXUS ISSUE** <br><br> Judge: Hon. Jon s. Tigar |

WHEREAS, the Studio Defendants requested leave to file an early summary judgment motion on the issue whether Plaintiffs can establish the causal nexus for a claim of "indirect profits" under the Copyright Act (Dkt. 127, No. 17-cv-04006; Dkt. 93, No. 17-cv-04191; Dkt. 93, No. 17-cv-04192).

WHEREAS, the Court granted the Studio Defendants' request to file a summary judgment motion on the causal nexus issue and set a briefing schedule (Dkt. 128, No. 17-cv-04006; Dkt. 94, No. 17-cv-04191; Dkt. 94, No. 17-cv-04192).

WHEREAS, the Court entered a stipulation and order granting the Studio Defendants an additional two weeks to file their moving papers, and that the other dates in the Court-ordered briefing schedule should likewise be adjusted by two weeks (Dkt. 128, No. 17-cv-04006; Dkt. 99, No. 17-cv-04191; Dkt. 94, No. 17-cv-04192).

WHEREAS, the plaintiffs have requested, and defendants have agreed, that plaintiffs may have an additional week to provide their email letter identifying discovery they contend they need to oppose the motion, and that the other dates in the Court-ordered briefing schedule should likewise be adjusted by one week.

THE PARTIES THEREFORE STIPULATE:

[1] The schedule for the Studio Defendants' summary judgment motion on the causal nexus issue shall be continued by one week, as follows:

| | |
|---|---|
| Defendants file motion for summary judgment on causal nexus issue | February 28, 2019 |
| Plaintiffs email a letter to Defendants identifying the discovery Plaintiffs contend they need to oppose the motion | March 14, 2019 |
| Deadline for parties to complete meet-and-confer on Plaintiffs' discovery requests relating to motion | March 28, 2019 |

| | |
|---|---|
| Parties file either:<br><br>  a. Stipulation and proposed order with schedule (i) for completing agreed-upon discovery relating to motion and (ii) filing opposition and reply briefs on motion<br><br>or<br><br>  b. Simultaneous letter briefs (each not to exceed five single-spaced pages) setting forth their respective positions on discovery requests and schedule for finishing discovery and briefing on motion | April 11, 2019 |

[2]    Should the parties submit simultaneous letter briefs as set forth above, they shall submit a separate, jointly prepared summary of their meet-and-confer efforts. The first draft of such summary shall be prepared by Defendants and shall be served (but not filed) by April 5, 2019. Any proposed revisions shall be served by Plaintiffs by April 9, 2019. Defendants shall file the final version of the summary on April 11, 2019.

DATED: March 8, 2019        HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Mark S. Carlson
      Mark S. Carlson

*Attorneys for Plaintiffs*

DATED: March 8, 2019        MUNGER, TOLLES & OLSON LLP

By: /s/ Kelly Klaus[1]
      Kelly Klaus

*Attorneys for Defendants*

---

[1] Signed electronically by Mark S. Carlson with the concurrence of Kelly M. Klaus, pursuant to L.R. 5-1(i)(3).

STIPULATION AND [PROPOSED] ORDER - 2
Case Nos. 3:17-CV-04006-JST; 3:17-CV-04191-JST
005073-12 1105631 V1

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | **PURSUANT TO STIPULATION, IT IS ORDERED** |
| 4 | _____March 12_____, 2019   _____/s/ Jon S. Tigar_____ |
| 5 | The Honorable Jon S. Tigar<br>United States District Judge |