Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Ste. 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Philip Graves, CBA No. 153441
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
philipg@hbsslaw.com

Rio S. Pierce, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>      Plaintiffs,<br> v.<br>THE WALT DISNEY COMPANY, et al.,<br><br>      Defendants, | Case Nos.: 3:17-cv-04006-JST<br>       3:17-cv-04191-JST |
| REARDEN LLC, et al.,<br><br>      Plaintiffs,<br> v.<br>TWENTIETH CENTURY FOX FILM CORPORATION, et al.,<br><br>      Defendants. | **DECLARATION OF MARK CARLSON IN SUPPORT OF PLAINTIFFS REARDEN LLC AND REARDEN MOVA LLC'S LETTER BRIEF RE 30(b)(6) DEPOSITIONS** |

I, MARK CARLSON, declare as follows:

1. I am an attorney with Hagens Berman Sobol Shapiro LLP, and I am one of the firm's lawyers representing the plaintiffs in this case. I have personal knowledge of the facts stated in this declaration, and could testify with respect to those facts under oath if called upon to do so.

2. The document attached as Exhibit A is a true and correct copy of Plaintiffs' Amended Notice of 30b6 Deposition to The Walt Disney Company served on June 14, 2019.

3. The document attached as Exhibit B is a true and correct copy of Plaintiffs' Amended Notice of 30b6 Deposition to Marvel Studios LLC served on June 14, 2019.

4. The document attached as Exhibit C is a true and correct copy of Plaintiffs' Amended Notice of 30b6 Deposition to Twentieth Century Fox Film Corporation served on June 14, 2019.

5. The document attached as Exhibit D is a true and correct copy of excerpts from the deposition transcript of The Walt Disney Company taken on June 19, 2019.

6. The document attached as Exhibit E is a true and correct copy of excerpts from the deposition transcript of Marvel Studios, LLC taken on June 19, 2019.

7. The document attached as Exhibit F is a true and correct copy of excerpts from the deposition transcript of Twentieth Century Fox Film Corporation taken on June 21, 2019.

8. The document attached as Exhibit G is a true and correct copy of Exhibit 2 from The Walt Disney Company deposition.

9. The document attached as Exhibit H is a true and correct copy of Exhibit 12 from Twentieth Century Fox Film Corporation deposition.

10. The document attached as Exhibit I is a true and correct copy of Exhibit 3 from The Walt Disney Company deposition.

11. The document attached as Exhibit J is a true and correct copy of Exhibit 4 from the Walt Disney Company deposition.

12. The document attached as Exhibit K is a true and correct copy of Exhibit 5 from the Walt Disney Company deposition.

13. The document attached as Exhibit L is a true and correct copy of a document produced by DD3 bearing production numbers WD-DD3-EB0000639-641.

14. The document attached as Exhibit M is a true and correct copy of a document produced by DD3 bearing production numbers WD-DD3-GL0002304-2313.

I declare that the foregoing is true and correct under penalty of perjury.

DATED:  July 3, 2019                                Signed in Seattle, Washington, by:

                                                                    */s/ Mark Carlson*
                                                                    Mark Carlson

2

DECLARATION OF MARK CARLSON ISO
PLAINTIFFS' LETTER BRIEF RE 30(b)(6) DEPOSITIONS
Case No. 3:17-cv-04006; -4191-JST