# EXHIBIT B

1  Steve W. Berman (*pro hac vice*)
   Mark S. Carlson (*pro hac vice*)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Second Ave., Ste. 2000
3  Seattle, WA  98101
   Telephone:  (206) 623-7292
4  Facsimile:   (206) 623-0594
   steve@hbsslaw.com
5  markc@hbsslaw.com

6  Philip Graves (CBA No. 153441)
   HAGENS BERMAN SOBOL SHAPIRO LLP
7  301 North Lake Avenue, Suite 920
   Pasadena, CA 91101
8  Telephone:  (213) 330-7150
   Facsimile:   (213) 330-7152
9  philipg@hbsslaw.com

10 Rio S. Pierce (CBA No. 298297)
11 HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
12 Berkeley, CA 94710
   Telephone:  (510) 725-3000
13 Facsimile:   (510) 725-3001
   riop@hbsslaw.com

14 *Attorneys for Plaintiff*
15 Rearden LLC and Rearden Mova LLC

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19 | REARDEN LLC, REARDEN MOVA LLC, | No. 3:17-CV-04006-JST |
   | California limited liability companies, | |
20 | | |
   | Plaintiffs, | **PLAINTIFFS' SECOND** |
21 | v. | **INTERROGATORIES TO** |
   | | **DEFENDANT MARVEL STUDIOS,** |
22 | THE WALT DISNEY COMPANY, a Delaware | **LLC** |
   | corporation, WALT DISNEY MOTION | |
23 | PICTURES GROUP, INC., a California | |
   | corporation, BUENA VISTA HOME | |
24 | ENTERTAINMENT, INC. a California | |
   | corporation, MARVEL STUDIOS, LLC, a | |
25 | Delaware limited liability company, | |
   | MANDEVILLE FILMS, INC., a California | |
26 | corporation, | |
27 | Defendants. | |

28

1    Pursuant to ecf No. 166 and Rule 33 of the Federal Rules of Civil Procedure, plaintiffs

2    Rearden LLC and Rearden Mova LLC hereby serve the following interrogatories on defendant The

3    Walt Disney Company.

4    **INSTRUCTIONS**

5    A.    These Interrogatories seek complete and full responses as of the date the responses are

6    executed, and which reflect or embody all relevant information or documentation known to YOU

7    and/or within YOUR custody and/or control as of that date.  Should YOU later learn that any

8    response was incomplete, incorrect when made, or though correct when made is no longer accurate,

9    the response shall be timely supplemented as required by Rule 26 of the Federal Rules of Civil

10   Procedure.

11   B.    In responding to the following Interrogatories, furnish all information available,

12   including information in the possession, custody or control of DISNEY and its representatives, not

13   merely information within the personal knowledge of the person responding to the Interrogatories.

14   C.    All responses and objections shall be made in writing and delivered to the offices of

15   Hagens Berman Sobol Shapiro LLP, 1301 Second Ave., Ste. 2000, Seattle, Washington, 98101.

16   **DEFINITIONS**

17   A.    ENTITY shall mean any organization, firm, corporation, partnership, sole

18   proprietorship, or other legal entity that is not a natural person.  The acts "of an ENTITY" include

19   the acts of owners, directors, officers, members, employees, agents, attorneys, representatives,

20   contractors, and any other person acting on the ENTITY's behalf.

21   B.    When referring to an ENTITY, "to IDENTIFY" means to give the ENTITY's full

22   legal name, type of entity (e.g., corporation, LLC, etc.), nation and state or province under which the

23   ENTITY is organized or principally registered, any fictitious names or dbas under which the

24   ENTITY is doing business, present or last known address of the ENTITY's headquarters, and the

25   ENTITY's primary telephone number.  With respect to a person, "to IDENTIFY" means to give the

26   person's full name, employer, job title, and last known address and telephone number.  With respect

27

28

1  to a contract, "to IDENTIFY" means to state the parties to the contract, its signatories, and the date

2  of the contract.

3        C.     MARVEL, YOU, or YOUR as used herein means Marvel Studios, LLC and all past

4  or present divisions, and parents, subsidiaries, or affiliates of Marvel, all past or present joint

5  ventures, partnerships, and limited partnerships of which any of the foregoing entities is a joint

6  venture or a limited or general partner, including but not limited to Assembled Productions II and

7  Infinity Productions, and all past or present owners, directors, officers, members, employees, agents,

8  attorneys, representatives, contractors, and any other persons under the control of any of the

9  foregoing entities.

10        D.     ACCUSED FILMS as used herein means *Guardians of the Galaxy* (2014) and

11  *Avengers: Age of Ultron* (2015).

12        E.     MARVEL DEPOSITION as used herein means the June 19, 2019 Deposition of The

13  Walt Disney Company pursuant to Fed. R. Civ. P. 30(b)(6).

14  **INTERROGATORIES**

15  **INTERROGATORY NO. 1:**

16        IDENTIFY the ENTITY that controls physical document repositories of MARVEL

17  documents relating to the ACCUSED FILMS, and for each identify the custodian.

18        **RESPONSE:**

19

20  **INTERROGATORY NO. 2:**

21        IDENTIFY all employees and/or independent contractors who worked for MARVEL on

22  visual effects for the Thanos character in *Guardians of the Galaxy*, including but not limited to

23  persons who approved the appearance of the Thanos character.

24        **RESPONSE:**

25

26  **INTERROGATORY NO. 3:**

27

28

1    IDENTIFY all employees and/or independent contractors who worked for MARVEL on

2  visual effects for the Thanos character in *Avengers: Age of Ultron*, including but not limited to

3  persons who approved the appearance of the Thanos character.

4    **<u>RESPONSE</u>:**

5

6  DATED:  July 31, 2019            HAGENS BERMAN SOBOL SHAPIRO LLP

7                        By */s/ Steve Berman*
                          Steve Berman
8
                          Steve W. Berman (*pro hac vice*)
9                         Mark S. Carlson (*pro hac vice*)
                          HAGENS BERMAN SOBOL SHAPIRO LLP
10                        1918 Eighth Avenue, Suite 3300
                          Seattle, WA 98101
11                        Telephone:  (206) 623-7292
                          Facsimile:   (206) 623-0594
12                        steve@hbsslaw.com
                          markc@hbsslaw.com
13
                          Philip Graves (CBA No. 153441)
14                        HAGENS BERMAN SOBOL SHAPIRO LLP
                          301 North Lake Avenue, Suite 920
15                        Pasadena, CA 91101
                          Telephone:  (213) 330-7150
16                        Facsimile:   (213) 330-7152
                          philipg@hbsslaw.com
17
                          Rio S. Pierce (CBA No. 298297)
18                        HAGENS BERMAN SOBOL SHAPIRO LLP
                          715 Hearst Avenue, Suite 202
19                        Berkeley, CA 94710
                          Telephone:  (510) 725-3000
20                        Facsimile:   (510) 725-3001
                          riop@hbsslaw.com
21
                          *Attorneys for Plaintiffs*
22                        Rearden LLC and Rearden Mova LLC

23

24

25

26

27

28

PLAINTIFFS' SECOND INTERROGATORIES
TO DEFENDANT MARVEL STUDIOS, LLC
Case No.: 3:17-CV-04006-JST

                          3