Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Philip Graves, CBA No. 153441
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
philipg@hbsslaw.com

Rio S. Pierce, (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiff*
Rearden LLC and Rearden Mova LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>Defendants, | Case Nos.:   3:17-cv-04006-JST<br>              3:17-cv-04191-JST |
| REARDEN LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, et al.,<br><br>Defendants. | **DECLARATION OF MARK CARLSON IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS OBJECTIONS TO INTERROGATORIES** |

I, MARK CARLSON, declare as follows:

1. I am an attorney with Hagens Berman Sobol Shapiro LLP, and I am one of the firm's lawyers representing the plaintiffs in this case. I have personal knowledge of the facts stated in this declaration, and could testify with respect to those facts under oath if called upon to do so.

2. Disney Interrogatory No. 5 requests identification of custodians of contracts with various entities that Disney characterizes as "third parties." Attached hereto as Exhibit 1 is a true and correct copy of Exhibit 2 to the Disney deposition, which was Disney's identification of its subsidiaries involved in the production, promotion, distribution and profit sharing for *Beauty and the Beast, Avengers: Age of Ultron,* and *Guardians of the Galaxy*. I have highlighted the entities involved in the contracts referenced in the deposition transcript, which the document shows are all subsidiaries of The Walt Disney Company.

3. Disney Interrogatory No. 5 also requests identification of custodians of contracts with various entities shown on Disney Deposition Exhibit No. 6, a true and correct copy of which is attached hereto as Exhibit 2. Disney characterizes these entities as "third parties," but Exhibit 6 was Disney's identification of persons and entities that were involved in the production, promotion, distribution and profit sharing for the relevant films that may have relevant documents. Exhibit 1, hereto, shows the referenced entities as subsidiaries of Disney.

4. Fox Interrogatory No. 1 requests identification of contracts and their custodians with various entities that Fox characterizes as "third parties." Attached hereto as Exhibit 3 is a true and correct copy of Fox Deposition Ex. 12, that shows production companies Fox Lousiana Productions, Fox US Productions 31, Fox US Productions 40, and TCF Vancouver, and Twentieth Century Fox Home Entertainment, as subsidiaries of Twentieth Century Fox Film Corp. Tim Miller directed *Deadpool*, and Miller worked for Blur Studios. Josh Trank and Shawn Levy directed *Night at the Museum: Secret of the Tomb* and *Fantastic Four*. Defendants have admitted in declarations that Luma Pictures and The Moving Picture Company worked on visual effects for the relevant characters in the relevant films.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email string regarding Walt Disney Studios Chief Executive Officer and Co-Chairman Alan Horn's role in granting final approval to the appearance of the Beast character in *Beauty and the Beast*.

I declare that the foregoing is true and correct under penalty of perjury.

DATED: August 19, 2019                    Signed in Seattle, Washington, by:

*/s/ Mark Carlson*
Mark Carlson

DECLARATION OF MARK CARLSON ISO PLAINTIFFS'
RESPONSE TO DEFENDANTS' INTERROGATORY OBJECTIONS - 2
Case No. 3:17-cv-04006; -4191-JST