Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Philip Graves, CBA No. 153441
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
philipg@hbsslaw.com

Rio S. Pierce, (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiff*
Rearden LLC and Rearden Mova LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>　　　　　　　Defendants, | Case Nos.:　4:17-cv-04006-JST<br>　　　　　　　4:17-cv-04191-JST |
| REARDEN LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, et al.,<br><br>　　　　　　　Defendants. | **DECLARATION OF MARK CARLSON IN SUPPORT OF PLAINTIFFS' DISCOVERY LETTER BRIEF** |

1        I, MARK CARLSON, declare as follows:

2        1.      I am an attorney with Hagens Berman Sobol Shapiro LLP, and I am one of the firm's lawyers representing the plaintiffs in this case. I have personal knowledge of the facts stated in this declaration, and could testify with respect to those facts under oath if called upon to do so.

3        2.      Attached hereto as Exhibit 1 is a true and correct copy of Defendant The Walt Disney Company's Objections and Responses to Plaintiffs' Second Interrogatories.

4        3.      Attached hereto as Exhibit 2 is a true and correct copy of Defendant Marvel Studio, LLC's Objections and Responses to Plaintiffs' Second Interrogatories.

5        4.      Attached hereto as Exhibit 3 is a true and correct copy of Defendant Twentieth Century Fox Film Corporation's Objections and Responses to Plaintiff's Supplemental Interrogatories.

I declare that the foregoing is true and correct under penalty of perjury.

DATED:  October 3, 2019            Signed in Seattle, Washington, by:

                                   /s/ Mark Carlson
                                   Mark Carlson