|   |   |
|---|---|
| MARK S. CARLSON (*pro hac vice*) | KELLY M. KLAUS (State Bar No. 161091) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | MUNGER, TOLLES & OLSON LLP |
| 1301 Second Ave., Ste. 2000 | 560 Mission Street, Twenty-Seventh Floor |
| Seattle, WA 98101 | San Francisco, CA 94105-2907 |
| Telephone: (206) 623-7292 | Telephone: (415) 512-4000 |
| Facsimile: (206) 623-0594 | Facsimile: (415) 512-4077 |
| markc@hbsslaw.com | kelly.klaus@mto.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>          Defendants. | No. 4:17–CV 04006-JST-SK<br>No. 4:17-CV-04191-JST-SK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MARCH 2, 2020 DISCOVERY CONFERENCE AND DISCOVERY DEADLINE**<br><br>Hon. Sallie Kim |
| REARDEN LLC, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, et al.,<br><br>          Defendants. | |

The undersigned parties do hereby stipulate and agree as follows:

**WHEREAS,** the monthly discovery conference in these cases is on calendar for March 2, 2020, at 9:30 a.m. (Dkt. 218).

**WHEREAS,** the Court set a deadline of March 13, 2020, for Plaintiffs to complete depositions in connection with Defendants' pending summary judgment motion (Dkt. 215).

**WHEREAS,** Plaintiffs and Defendants have been working cooperatively to schedule such depositions.

**WHEREAS**, one of the individuals whose deposition Plaintiffs have requested, Bill Condon, resides in New York, but will be in Los Angeles and available for deposition on March 23, 2020; and the parties have agreed that it would conserve party resources by permitting Mr. Condon's deposition to take place in Los Angeles on March 23, 2020.

**WHEREAS**, Plaintiffs also have requested to take the deposition of Vincent Cirelli of Luma Pictures. Defendants' counsel has been working with Luma Picture's counsel to secure an available date for deposition the week of March 16, 2020.

**WHEREAS**, other than confirming with the Court that it is permissible for Plaintiffs to proceed with Mr. Condon's deposition on March 23, 2020, and Mr. Cirelli's deposition the week of March 16, 2020, the parties have no discovery issue to present to the Court at this time.

**WHEREAS**, the parties believe it would conserve Court and party resources to take the March 2, 2020 discovery conference off calendar, with each side reserving the right to file a two-page letter brief in the event a discovery issue requiring the Court's resolution arises between now and the April 2020 discovery conference.

**WHEREAS**, the following extensions of time have been requested either jointly or by one side, and ordered by the Court:

   a. Dkt. No. 90: Order extending time for defendants to answer amended complaint;

   b. Dkt Nos. 92 and 95: Orders extending time to file CMC statement and hearing date;

   c. Dkt Nos. 120 and 123: Orders extending time to file letter briefs for MSJ;

STIPULATION AND [PROPOSED] ORDER
RE DISCOVERY CONFERENCE
Case Nos.: 4:17-CV-04006; -04191-JST

1

    d. Dkt Nos. 133 and 141: Orders extending MSJ Briefing Schedule;

    e. Dkt. Nos. 172 and 174: Orders extending time for letter briefs on discovery dispute;

    f. Dkt. No. 202: extending deadline for completing summary judgment depositions from January 31 to February 7, 2020;

    g. Dkt. No. 209: extending deadline for completing summary judgment depositions from February 7 to February 28, 2020;

    h. Dkt. No. 218: extending deadline for completing summary judgment depositions from February 28 to March 13, 2020.

  **WHEREAS**, the requested extension herein will have no other effect on the case management dates currently in place in these cases.

  **NOW THEREFORE,** for good cause, the parties stipulate as follows:

  1. Notwithstanding the March 13, 2020, cut-off for Plaintiffs to take summary judgment depositions, Plaintiffs may take the deposition of Bill Condon on March 23, 2020, and the deposition of Vincent Cirelli the week of March 16, 2020.

  2. The discovery conference on calendar for March 2, 2020, should be taken off calendar. If either side wishes to raise a discovery issue before the next discovery conference, the party raising the issue shall file and serve a letter brief of up to two pages in length; and the other side will have until the close of the next Court day to file a responsive letter brief of up to two pages in length.

  3. If convenient for the Court, the next discovery conference should be scheduled for Monday, April 6, 2020, at 10:30 a.m. If after meeting and conferring the parties have any dispute(s) to present to the Court at that conference, each side may submit a letter brief of up to five pages in length by 5 p.m. on March 26, 2020.

| | | |
|---|---|---|
| 1 | DATED: February 27, 2020. | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | By */s/ Mark S. Carlson*[1] |
| 3 | | Mark S. Carlson<br>*Attorneys for Plaintiffs* |

MUNGER, TOLLES & OLSON LLP

By: */s/ Kelly M. Klaus*
   Kelly M. Klaus
   *Attorneys for Defendants*

---

[1] Signed electronically by Kelly M. Klaus with the concurrence of Mark S. Carlson, pursuant to L.R. 5-1(i)(3).

STIPULATION AND [PROPOSED] ORDER
RE DISCOVERY CONFERENCE
Case Nos.: 4:17-CV-04006; -04191-JST

1    Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

2

3    DATED: _____, 2020    _____
                                        The Honorable Sallie Kim
4                                       United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
RE DISCOVERY CONFERENCE
Case Nos.: 4:17-CV-04006; -04191-JST

4