# EXHIBIT 1

| Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC/Edit |
|---|---|---|---|---|---|---|---|
| MSM0250 | MSM0250_v073 | Jessica Hart | comp | 8/15/2016 12:13:08 | MSM0250_comp_v018 | Slate notes: Gauntlet Fix, updated paint | 0 |
| MSM0250 | MSM0250_v072 | Phylicia Feldman | comp | 8/15/2016 10:39:33 | MSM0250_precomp_beast_cln_v002 | Slate notes: Hair and Jacket fixes on precomp of Beast | 0 |
| MSM0250 | MSM0250_v071 | Phylicia Feldman | comp | 8/12/2016 8:46:03 | MSM0250_precomp_beast_cln_v001 | Slate notes: Jacket fix on precomp of Beast | 0 |
| MSM0250 | MSM0250_v070 | Jessica Hart | comp | 8/9/2016 19:49:49 | MSM0250_comp_v017 | Slate notes: Gauntlet Fix | 0 |
| MSM0250 | MSM0250_v069 | Jessica Hart | comp | 8/4/2016 16:14:55 | MSM0250_comp_v016 | Slate notes: eye fix | 0 |
| MSM0250 | MSM0250_v068 | Jessica Hart | comp | 8/4/2016 11:44:50 | MSM0250_comp_v015 | Slate notes: darken and reduced spec on upper lip, addressed notes on eyes | 0 |
| MSM0250 | MSM0250_v067 | Jessica Hart | comp | 7/29/2016 16:49:24 | MSM0250_comp_v014 | Slate notes: reduced red on lips and added more spec, darken down SR eyelid | 0 |
| MSM0250 | MSM0250_v066 | Jessica Hart | comp | 7/29/2016 11:09:49 | MSM0250_comp_v013 | Slate notes: updated new lighting, addressed notes on eyes, added sheen to the nose and lips, adjusted hair color SR | 0 |
| MSM0250 | MSM0250_v065 | Blandine Chanteur | light | 7/29/2016 10:14:57 | msm0250_lightcomp_v009 | Slate notes: new cfx, high res | 0 |
| MSM0250 | MSM0250_v064 | Jessica Hart | comp | 7/28/2016 16:26:13 | MSM0250_comp_v012 | Slate notes: added more blue on SR face, darken SL shoulder, brighter eye ping, adjusted SR eye corner | 0 |
| MSM0250 | MSM0250_v063 | Jessica Hart | comp | 7/27/2016 19:11:04 | MSM0250_comp_v011 | Slate notes: more blue on SR side, adjusted eyes area, gamma down a bit | 0 |
| MSM0250 | MSM0250_v062 | Jessica Hart | comp | 7/27/2016 15:53:12 | MSM0250_comp_v010 | Slate notes: ref MSM0180 and 0210, matched beast color | 0 |
| MSM0250 | MSM0250_v061 | Sneha Shukla | cfx | 7/27/2016 9:09:15 | MSM0250_cfxcomp_v014 | Slate notes: v015 of hair. with jimmys help. | 0 |
| MSM0250 | MSM0250_v061 | Sneha Shukla | cfx | 7/27/2016 9:09:01 | MSM0250_cfxcomp_v014 | Slate notes: v015 of hair. with jimmys help. | 0 |
| MSM0250 | MSM0250_v060 | Sneha Shukla | cfx | 7/26/2016 17:34:10 | MSM0250_cfxcomp_v013 | Slate notes: v015 hair. locked SL side to see if that looks better. | 0 |
| MSM0250 | MSM0250_v060 | Sneha Shukla | cfx | 7/26/2016 17:33:36 | MSM0250_cfxcomp_v013 | Slate notes: v015 hair. locked SL side to see if that looks better. | 0 |
| MSM0250 | MSM0250_v059 | Sneha Shukla | cfx | 7/26/2016 15:47:20 | MSM0250_cfx_beauty_v013 | Slate notes: unfinished render to show progress of SL fix | 0 |
| MSM0250 | MSM0250_v058 | Sneha Shukla | cfx | 7/26/2016 8:00:54 | MSM0250_cfxcomp_v012 | Slate notes: v014 of hair. fixed SR pop | 0 |
| MSM0250 | MSM0250_v057 | Sneha Shukla | cfx | 7/25/2016 19:17:45 | MSM0250_cfxcomp_v011 | Slate notes: v013 render. locked movement on SR side | 0 |
| MSM0250 | MSM0250_v056 | Sneha Shukla | cfx | 7/25/2016 11:36:48 | msm0250_beast_hair_groomed1_cfxsetup_snehaWip_012 | Slate notes: re-laid out hair v012 | 0 |
| MSM0250 | MSM0250_v055 | Sneha Shukla | cfx | 7/22/2016 19:13:34 | MSM0250_cfxcomp_v010 | Slate notes: added more hair to shoulders- v011 | 0 |
| MSM0250 | MSM0250_v055 | Sneha Shukla | cfx | 7/22/2016 19:13:23 | MSM0250_cfxcomp_v010 | Slate notes: added more hair to shoulders- v011 | 0 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC/Edit |
| 24 | MSM0250 | MSM0250_v054 | Sneha Shukla | cfx | 7/21/2016 14:31:37 | MSM0250_cfxcomp_v009 | Slate notes: v010- for raising shoulders and lowering traps. seeing if hair is still acceptable | 0 |
| 25 | MSM0250 | MSM0250_shotmodel_qc_v002 | Barringer Wingard | shotmodel | 7/20/2016 17:39:40 | MSM0250_shotmodel_qc_v002 | Slate notes: Raised shoulders and lowered traps to match closer to MSM0020. | 1 |
| 26 | MSM0250 | MSM0250_shotmodel_qc_v001 | Barringer Wingard | shotmodel | 7/19/2016 16:37:57 | MSM0250_shotmodel_qc_v001 | Slate notes: Slight adjustments to cloth form. | 1 |
| 27 | MSM0250 | MSM0250_cfx_beauty_v007 | Navin Pinto | cfx | 7/14/2016 8:53:12 | MSM0250_cfx_beauty_v007 | Slate notes: CFX Beauty Cloth with Approved hair | 1 |
| 28 | MSM0250 | MSM0250_v053 | Navin Pinto | cfx | 7/13/2016 0:18:31 | MSM0250_cfxcomp_v007 | Slate notes: CFX Anim Render | 0 |
| 29 | MSM0250 | MSM0250_v052 | Sneha Shukla | cfx | 7/12/2016 9:32:28 | MSM0250_cfx_beauty_v005 | Slate notes: fixed beard popping | 0 |
| 30 | MSM0250 | MSM0250_cfx_beauty_v006 | Navin Pinto | cfx | 7/12/2016 4:36:48 | MSM0250_cfx_beauty_v006 | Slate notes: CFX Beauty with approved hair - pubref 107 | 1 |
| 31 | MSM0250 | MSM0250_v051 | Sneha Shukla | cfx | 7/12/2016 1:49:17 | MSM0250_cfxcomp_v005 | Slate notes: Fixed beard pop | 0 |
| 32 | MSM0250 | MSM0250_v051 | Sneha Shukla | cfx | 7/12/2016 1:49:10 | MSM0250_cfxcomp_v005 | Slate notes: Fixed beard pop | 0 |
| 33 | MSM0250 | MSM0250_v050 | Navin Pinto | cfx | 7/11/2016 23:21:17 | MSM0250_cfxcomp_v006 | Slate notes: CFX Anim Render | 0 |
| 34 | MSM0250 | MSM0250_v049 | Sneha Shukla | cfx | 7/11/2016 14:52:51 | msm0250_beast_hair_groomed1_cfxsetup_snehaWip_006 | Slate notes: fixed beard motion on SL side | 0 |
| 35 | MSM0250 | MSM0250_v048 | Navin Pinto | cfx | 7/11/2016 6:21:41 | MSM0250_cfxcomp_v004 | Slate notes: CFX Anim render | 0 |
| 36 | MSM0250 | MSM0250_cfx_beauty_v004 | Navin Pinto | cfx | 7/11/2016 6:07:43 | MSM0250_cfx_beauty_v004 | Slate notes: Beauty Render Cloth | 1 |
| 37 | MSM0250 | MSM0250_v047 | Sneha Shukla | cfx | 7/9/2016 14:23:43 | MSM0250_cfxcomp_v003 | Slate notes: addressed nathans notes on evening out each side | 0 |
| 38 | MSM0250 | MSM0250_v046 | Navin Pinto | cfx | 7/9/2016 9:27:57 | MSM0250_cfxcomp_v002 | Slate notes: Anim render | 0 |
| 39 | MSM0250 | MSM0250_cfx_beauty_v002 | Navin Pinto | cfx | 7/9/2016 5:15:07 | MSM0250_cfx_beauty_v002 | Slate notes: WIP Cloth beauty render | 1 |
| 40 | MSM0250 | MSM0250_v045 | Sneha Shukla | cfx | 7/8/2016 16:05:24 | MSM0250_cfxrender_v001 | Slate notes: beast_hair_groomed1 - cfxsetup - 20160706_194746 | 0 |
| 41 | MSM0250 | MSM0250_v044 | Navin Pinto | cfx | 7/7/2016 22:32:52 | MSM0250_cfxcomp_v001 | Slate notes: WIP Cloth | 0 |
| 42 | MSM0250 | MSM0250_cfx_beauty_v001 | Navin Pinto | cfx | 7/7/2016 22:15:58 | MSM0250_cfx_beauty_v001 | Slate notes: WIP Cloth Beauty | 1 |
| 43 | MSM0250 | MSM0250_v043 | Sneha Shukla | cfx | 7/7/2016 20:48:34 | msm0250_beast_hair_groomed1_cfxsetup_snehaWip_002 | Slate notes: still need to fix SL weird pop and maybe calm SR motion and minor beard fix. initial pass. | 0 |
| 44 | MSM0250 | MSM0250_v042 | Jessica Hart | comp | 7/5/2016 17:41:57 | MSM0250_comp_v009 | Slate notes: nose job, blend the lines, add some spec, reduce the dark shadow | 0 |
| 45 | MSM0250 | MSM0250_v041 | Jessica Hart | comp | 6/29/2016 18:30:05 | MSM0250_comp_v008 | Slate notes: take down blue and brightness further SR | 0 |
| 46 | MSM0250 | MSM0250_v040 | Jessica Hart | comp | 6/28/2016 18:26:53 | MSM0250_comp_v007 | Slate notes: updated lighting, reduced the blue on the hair bits | 0 |
| 47 | MSM0250 | MSM0250_v039 | Julien Lasbleiz | light | 6/23/2016 12:04:09 | msm0250_lightcomp_v008 | Slate notes: more side lit - eyes adjusted - removed warm variation as he moves forward | 0 |
| 48 | MSM0250 | MSM0250_v038 | Julien Lasbleiz | light | 6/23/2016 11:55:27 | msm0250_lightcomp_v007 | Slate notes: key slightly moved to the side | 0 |
| 49 | MSM0250 | MSM0250_v037 | Jessica Hart | comp | 6/22/2016 12:03:40 | MSM0250_comp_v006 | Slate notes: reduced the bright blue light SR | 0 |
| 50 | MSM0250 | MSM0250_v036 | Jessica Hart | comp | 6/21/2016 12:25:03 | MSM0250_comp_v005 | Slate notes: updated latest lighting, reduced eye bling, | 0 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC/Edit |
| 51 | MSM0250 | MSM0250_v035 | Julien Lasbleiz | light | 6/20/2016 16:49:45 | msm0250_lightcomp_v006 | Slate notes: less greenish feel - no warm variation as he comes forward | 0 |
| 52 | MSM0250 | MSM0250_v034 | Julien Lasbleiz | light | 6/20/2016 10:53:53 | msm0250_lightcomp_v005 | Slate notes: splotchiness reduced - simplified and baked bty - published for comp | 0 |
| 53 | MSM0250 | MSM0250_v033 | Jessica Hart | comp | 6/17/2016 16:37:52 | MSM0250_comp_v004 | Slate notes: updated latest lighting | 0 |
| 54 | MSM0250 | MSM0250_v032 | Julien Lasbleiz | light | 6/16/2016 16:46:31 | msm0250_lightcomp_v004 | Slate notes: Key adjusted to the side - slight intensity variation as he moves forward - ping in the eyes improved in size and intensity - published for comp | 0 |
| 55 | MSM0250 | MSM0250_v031 | Jessica Hart | comp | 6/14/2016 16:34:28 | MSM0250_comp_v003 | Slate notes: reduced bright bits on the bottom part of nose, redder lips, warmer light SL, eye treatment | 0 |
| 56 | MSM0250 | MSM0250_v030 | Jessica Hart | comp | 6/13/2016 19:11:04 | MSM0250_comp_v002 | Slate notes: warm up the beast, eye treatments | 0 |
| 57 | MSM0250 | MSM0250_v029 | Jessica Hart | comp | 6/13/2016 19:10:26 | MSM0250_comp_v001 | Slate notes: updated lighting | 0 |
| 58 | MSM0250 | MSM0250_v028 | Julien Lasbleiz | light | 6/13/2016 10:47:32 | msm0250_lightcomp_test_v001 | Slate notes: Tests with different amount of spec | 0 |
| 59 | MSM0250 | MSM0250_v027 | Julien Lasbleiz | light | 6/11/2016 9:49:46 | msm0250_lightcomp_v002 | Slate notes: better match with the plate - published for comp | 0 |
| 60 | MSM0250 | MSM0250_v026 | Julien Lasbleiz | light | 6/11/2016 9:48:28 | msm0250_lightcomp_v001 | Slate notes: Test with pushing the warm light | 0 |
| 61 | MSM0250 | MSM0250_anim_qc_v002 | Frankie Stellato | anim | 6/10/2016 20:55:31 | MSM0250_anim_qc_v002 | Slate notes: Removed blinks | 1 |
| 62 | MSM0250 | MSM0250_anim_qc_costumeless_v002 | Frankie Stellato | anim | 6/10/2016 20:45:35 | MSM0250_anim_qc_costumeless_v002 | Slate notes: Removed blinks | 1 |
| 63 | MSM0250 | MSM0250_v025 | Frankie Stellato | anim | 6/10/2016 11:45:04 | MSM0250_animblast_v017 | Slate notes: Removed blinks and adjusted eyes to be closer to previous. | 0 |
| 64 | MSM0250 | MSM0250_v024 | Frankie Stellato | anim | 6/9/2016 9:13:34 | MSM0250_animblast_v016 | Slate notes: Removed blinkity blinks | 0 |
| 65 | MSM0250 | MSM0250_v023 | Winfield O'Brien | enviro | 6/3/2016 18:29:45 | MSM0250_envirocomp_v001 | Slate notes: First pass. Using MSM0390 setup | 0 |
| 66 | MSM0250 | MSM0250_v022 | Frankie Stellato | anim | 6/2/2016 13:42:11 | MSM0250_animcomp_v003 | Slate notes: Latest anim | 0 |
| 67 | MSM0250 | MSM0250_anim_qc_v001 | Frankie Stellato | anim | 6/1/2016 15:51:29 | MSM0250_anim_qc_v001 | Slate notes: WIP anim | 1 |
| 68 | MSM0250 | MSM0250_anim_qc_costumeless_v001 | Frankie Stellato | anim | 6/1/2016 15:50:18 | MSM0250_anim_qc_costumeless_v001 | Slate notes: WIP anim | 1 |
| 69 | MSM0250 | MSM0250_v021 | Frankie Stellato | anim | 5/25/2016 17:38:06 | MSM0250_animblast_v015 | Slate notes: Adjusted blinks and swapped them to the correct controls. Adjusted blinks to be what was talked about | 0 |
| 70 | MSM0250 | MSM0250_v020 | Frankie Stellato | anim | 5/25/2016 12:51:10 | MSM0250_animblast_v014 | Slate notes: Adjusted blinks. Unable to remove brow movements from before as they are part of the auto lids. | 0 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC/Edit |
| 71 | MSM0250 | MSM0250_v019 | Frankie Stellato | anim | 5/24/2016 12:50:17 | MSM0250_animblast_v013 | Slate notes: Did various tweaks to the brows. Added some tension to the bit under the eyes. Added some blinking to hold back tears | 0 |
| 72 | MSM0250 | MSM0250_v018 | Frankie Stellato | anim | 5/19/2016 16:27:34 | MSM0250_animblast_v012 | Slate notes: GO GO GADGET BROWS Brows maxed out as much as possible | 0 |
| 73 | MSM0250 | MSM0250_v017 | Frankie Stellato | anim | 5/17/2016 12:36:37 | MSM0250_animcomp_v002 | Slate notes: render of latest | 0 |
| 74 | MSM0250 | MSM0250_v016 | Frankie Stellato | anim | 5/16/2016 15:04:56 | MSM0250_animblast_v011 | Slate notes: Moved eyes over to screen right overall | 0 |
| 75 | MSM0250 | MSM0250_v015 | Frankie Stellato | anim | 5/16/2016 10:24:08 | MSM0250_animblast_v010 | Slate notes: Adjusted eye dart to go the other way and also reduced it by 50 percent | 0 |
| 76 | MSM0250 | MSM0250_v014 | Frankie Stellato | anim | 5/11/2016 18:01:45 | MSM0250_animcomp_v001 | Slate notes: Latest from anim | 0 |
| 77 | MSM0250 | MSM0250_v013 | Frankie Stellato | anim | 5/10/2016 15:31:32 | msm0250_anim_v010 | Slate notes: Added some subtle cheek movement. Lowered both lips a bit overall. | 0 |
| 78 | MSM0250 | MSM0250_v012 | Frankie Stellato | anim | 5/9/2016 12:52:55 | msm0250_anim_v008 | Slate notes: Toned down the head move at the end and added some brow compression on the down | 0 |
| 79 | MSM0250 | MSM0250_v011 | Frankie Stellato | anim | 5/9/2016 10:14:43 | msm0250_anim_v007 | Slate notes: Have brow following more to second pose. Kind of like the post vis. | 0 |
| 80 | MSM0250 | MSM0250_v010 | Frankie Stellato | anim | 5/6/2016 17:26:11 | msm0250_anim_v006 | Slate notes: Added some more brow love. Adjusted mouth slightly. Added a bit more fleshyness to face. | 0 |
| 81 | MSM0250 | MSM0250_v009 | Frankie Stellato | anim | 5/5/2016 18:55:18 | MSM0250_animblast_v005 | Slate notes: Added some facial animation on top of the mova. Added some extra eye darts as well. | 0 |
| 82 | MSM0250 | MSM0250_v008 | Frankie Stellato | anim | 5/5/2016 11:43:57 | MSM0250_animblast_v004 | Slate notes: Added just a touch more life to the mova for discussion | 0 |
| 83 | MSM0250 | MSM0250_v007 | Frankie Stellato | anim | 5/5/2016 8:17:19 | MSM0250_animblast_v003 | Slate notes: Added Mova. No adjustments just yet. | 0 |
| 84 | MSM0250 | MSM0250_v006 | Dilip Lalwani | rig | 4/19/2016 14:32:58 | MSM0250_rigblast_v001 | Slate notes: first pass | 0 |
| 85 | MSM0250 | MSM0250_anim_mova_qc_v001 | Paz Drimer | anim | 4/12/2016 22:16:40 | MSM0250_anim_mova_qc_v001 | Slate notes: QC Render | 1 |
| 86 | MSM0250 | MSM0250_v005 | Paz Drimer | anim | 4/12/2016 22:16:07 | MSM0250_anim_mova_qc_v001 | Slate notes: QC Render | 0 |
| 87 | MSM0250 | MSM0250_v004 | Frankie Stellato | anim | 4/12/2016 17:24:55 | MSM0250_animblast_v002 | Slate notes: Pushed beast back overall and added a bit of overlap to his head during the sharp step. Also lessened the severity of the sharp step. | 0 |
| 88 | MSM0250 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_Projected1 | Paz Drimer | mocap | 4/12/2016 13:22:09 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_Projected1 | Slate notes: Projected1 | 1 |
| 89 | MSM0250 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_LitCam1 | Paz Drimer | mocap | 4/12/2016 13:22:09 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_LitCam1 | Slate notes: LitCam1 | 1 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC/Edit |
| 90 | MSM0250 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_LitCam2 | Paz Drimer | mocap | 4/12/2016 13:22:09 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_LitCam2 | Slate notes: LitCam2 | 1 |
| 91 | MSM0250 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_Projected2 | Paz Drimer | mocap | 4/12/2016 13:21:53 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_Projected2 | Slate notes: Projected2 | 1 |
| 92 | MSM0250 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_LitCam3 | Paz Drimer | mocap | 4/12/2016 13:21:40 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_LitCam3 | Slate notes: LitCam3 | 1 |
| 93 | MSM0250 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_Projected1 | Paz Drimer | edit | 4/11/2016 19:56:30 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_Projected1 | Slate notes: Projected1 | 1 |
| 94 | MSM0250 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_LitCam1 | Paz Drimer | edit | 4/11/2016 19:56:13 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_LitCam1 | Slate notes: LitCam1 | 1 |
| 95 | MSM0250 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_LitCam2 | Paz Drimer | edit | 4/11/2016 19:55:49 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_LitCam2 | Slate notes: LitCam2 | 1 |
| 96 | MSM0250 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_Projected2 | Paz Drimer | edit | 4/11/2016 19:55:20 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_Projected2 | Slate notes: Projected2 | 1 |
| 97 | MSM0250 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_LitCam3 | Paz Drimer | edit | 4/11/2016 19:54:48 | BEAST_MSM0250_DStevens_8_15_MX94_2_42_2315_2473_LitCam3 | Slate notes: LitCam3 | 1 |
| 98 | MSM0250 | MSM0250_v003 | Frankie Stellato | anim | 4/6/2016 17:30:49 | MSM0250_animblast_v001 | Slate notes: First pass | 0 |
| 99 | MSM0250 | MSM0250_v002 | Sungmin Lim | integ | 4/1/2016 10:31:55 | MSM0250_integ_tracktest_v002 | Slate notes: Track revised | 0 |
| 100 | MSM0250 | MSM0250_wt01_v100 | Paz Drimer | scanrec | 3/29/2016 20:26:30 | MSM0250_wt01_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |
| 101 | MSM0250 | MSM0250_v001 | Sungmin Lim | integ | 3/15/2016 15:00:10 | MSM0250_integ_tracktest_v001 | Slate notes: Initial Track Test V001 | 0 |
| 102 | MSM0250 | MSM0250_plateqc_v001 | Diego Piccinato | plate | 3/3/2016 21:28:20 | MSM0250_plateqc_v001 | Slate notes: Plate QC neutral grade | 1 |
| 103 | MSM0250 | MSM0250_ingestcheck_v001 | Danny Singh | edit | 2/26/2016 17:59:34 | MSM0250_ingestcheck_v001 | Slate notes: Ingestion check from Plate Ingestion | 1 |
| 104 | MSM0250 | MSM0250_avidref_v001 | Danny Singh | edit | 2/26/2016 16:59:36 | MSM0250_avidref_v001 | Slate notes: avidref | 1 |
| 105 | MSM0250 | MSM0250_pl01_v100 | Paz Drimer | scanrec | 2/25/2016 13:27:44 | MSM0250_pl01_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |
| 106 | MSM0250 | MSM0250_ref01_v100 | Paz Drimer | scanrec | 2/24/2016 23:00:22 | MSM0250_ref01_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |
| 107 | MSM0250 | MSM0250_ref02_v100 | Paz Drimer | scanrec | 2/24/2016 21:35:59 | MSM0250_ref02_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |
| 108 | MSM0250 | MSM0250_MOVA_PIP_160202_aligned | Craig Sheppard | ref | 2/16/2016 13:48:06 | MSM0250_MOVA_PIP_160202_aligned | | 1 |
| 109 | MSM0250 | MSM0250_MOVA_160202_aligned | Craig Sheppard | ref | 2/16/2016 13:47:32 | MSM0250_MOVA_160202_aligned | | 1 |