# EXHIBIT 2

MSM0250_v073 MSM0250_comp_v018 | MSM0250_v072 MSM0250_precomp_beas... | MSM0250_v071 MSM0250_precomp_beas... | MSM0250_v070 MSM0250_comp_v017 | MSM0250_v069 MSM0250_comp_v016 | MSM0250_v068 MSM0250_comp_v015 | MSM0250_v067 MSM0250_comp_v014 | MSM0250_v066 MSM0250_comp_v013 | MSM0250_v065 MSM0250_lightcomp_v009 | MSM0250_v064 MSM0250_comp_v012 | MSM0250_v063 MSM0250_comp_v011 | MSM0250_v062 MSM0250_comp_v010 | MSM0250_v061 MSM0250_cfxcomp_v014 | MSM0250_v061 MSM0250_cfxcomp_v014 | MSM0250_v060 MSM0250_cfxcomp_v013 | MSM0250_v060 MSM0250_cfxcomp_v013 | MSM0250_v059 MSM0250_cfx_beauty_v01 | MSM0250_v058 MSM0250_cfxcomp_v012 | MSM0250_cfxcomp_v011

MSM0250_v056 msm0250_beast_hair_gr... | MSM0250_v055 MSM0250_cfxcomp_v010 | MSM0250_v055 MSM0250_cfxcomp_v010 | MSM0250_v054 MSM0250_cfxcomp_v009 | MSM0250_shotmodel_qc... | MSM0250_shotmodel_qc... | MSM0250_v053 MSM0250_cfx_beauty_v007 | MSM0250_v053 MSM0250_cfxcomp_v007 | MSM0250_v052 MSM0250_cfx_beauty_v005 | MSM0250_v051 MSM0250_cfxcomp_v005 | MSM0250_v051 MSM0250_cfxcomp_v005 | MSM0250_v050 MSM0250_cfxcomp_v005 | MSM0250_v049 MSM0250_cfxcomp_v005 | MSM0250_v048 MSM0250_cfx_beauty_v004 | msm0250_beast_hair_gr... | MSM0250_v047 MSM0250_cfxcomp_v004 | MSM0250_v046 MSM0250_cfxcomp_v003 | MSM0250_cfx_beauty_v002

MSM0250_v045 MSM0250_cfxrender_v001 | MSM0250_v044 MSM0250_cfx_beauty_v001 | MSM0250_v043 msm0250_beast_hair_gr... | MSM0250_v042 MSM0250_comp_v009 | MSM0250_v041 MSM0250_comp_v008 | MSM0250_v040 MSM0250_comp_v007 | MSM0250_v039 MSM0250_lightcomp_v008 | MSM0250_v038 MSM0250_comp_v006 | MSM0250_v037 MSM0250_lightcomp_v007 | MSM0250_v036 MSM0250_lightcomp_v006 | MSM0250_v035 MSM0250_comp_v005 | MSM0250_v034 MSM0250_lightcomp_v005 | MSM0250_v033 MSM0250_lightcomp_v004 | MSM0250_v032 MSM0250_comp_v004 | MSM0250_v031 MSM0250_comp_v003 | MSM0250_v030 MSM0250_comp_v002 | MSM0250_v029 MSM0250_lightcomp_tes... | MSM0250_lightcomp_v001

MSM0250_v027 MSM0250_lightcomp_v002 | MSM0250_v026 MSM0250_lightcomp_v001 | MSM0250_anim_qc_v002 | MSM0250_v025 MSM0250_animblast_v017 | MSM0250_animblast_v016 | MSM0250_v023 MSM0250_envirocomp_v... | MSM0250_v022 | MSM0250_anim_qc_v001 | MSM0250_anim_qc_costu... | MSM0250_v021 MSM0250_animblast_v015 | MSM0250_v020 MSM0250_animblast_v014 | MSM0250_v019 MSM0250_animblast_v013 | MSM0250_v018 MSM0250_animcomp_v013 | MSM0250_v017 | MSM0250_v016 MSM0250_animblast_v011 | MSM0250_v015 | MSM0250_v014 MSM0250_animcomp_v001 | MSM0250_lightcomp_v010

MSM0250_v012 msm0250_anim_v006 | MSM0250_v011 msm0250_anim_v007 | MSM0250_v010 msm0250_anim_v006 | MSM0250_v009 MSM0250_animblast_v005 | MSM0250_v008 MSM0250_animblast_v004 | MSM0250_v007 MSM0250_animblast_v003 | MSM0250_v006 MSM0250_rigblast_v001 | MSM0250_anim_mova_q... | MSM0250_v005 MSM0250_anim_mova_q... | MSM0250_v004 MSM0250_animblast_v002 | BEAST_MSM0250_DSteve... | BEAST_MSM0250_DSteve... | BEAST_MSM0250_DSteve... | BEAST_MSM0250_DSteve... | BEAST_MSM0250_DSteve... | BEAST_MSM0250_DSteve... | BEAST_MSM0250_DSteve...

BEAST_MSM0250_DSteve... | MSM0250_v003 | MSM0250_v002 | MSM0250_v001 | MSM0250_w01_v100 | MSM0250_platepr_v001 | MSM0250_ingestcheck_v... | MSM0250_avidref_v001 | MSM0250_p101_v100 | MSM0250_ref01_v100 | MSM0250_ref02_v100 | MSM0250_MOVA_PIP_160... | MSM0250_MOVA_160202...