KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
BLANCA F. YOUNG (SBN 217533)
blanca.young@mto.com
TERESA A. REED DIPPO (SBN 315960)
teresa.reeddippo@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

GINGER D. ANDERS (*pro hac vice*)
ginger.anders@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 East
Washington, DC 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

GLENN D. POMERANTZ (SBN 112503)
glenn.pomerantz@mto.com
ERIN J. COX (SBN 267954)
erin.cox@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC et al.,<br>Plaintiffs,<br>vs.<br>THE WALT DISNEY COMPANY et al.,<br>Defendants,<br>REARDEN LLC et al.,<br>Plaintiffs,<br>vs.<br>TWENTIETH CENTURY FOX FILM CORPORATION et al.,<br>Defendants. | Case Nos. 4:17-cv-04006-JST<br>4:17-cv-04191-JST<br><br>**EXHIBIT 3: MANUAL FILING NOTIFICATION FOR EXS. 3-18, 21-35, 38-52 TO DECLARATION OF DARREN HENDLER IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON CAUSAL NEXUS ISSUE (THUMB DRIVE)**<br><br>Judge: Hon. Jon S. Tigar<br>Date: To be set<br>Time: To be set<br>Ctrm.: 6 (2nd Floor) |

1 **MANUAL FILING NOTIFICATION**

2 **Regarding: Exhibits 3-18, 21-35, 38-52 to Declaration of Darren Hendler In Support of**
3 **Defendants' Motion for Summary Judgment on Causal Nexus Issue.**

4     This filing is in physical form only, and is being maintained in the case file in the Clerk's
5 office. If you are a participant in this case, this filing will be served in hard-copy shortly. For
6 information on retrieving this filing directly from the court, please see the court's main web site at
7 http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8     This filing was not e-filed for the following reason:

9     [ ]    Voluminous Document (PDF file size larger than the e-filing system allows)

10     [ ]    Unable to Scan Documents

11     [ ]    Physical Object (description): _____

12     **[X]**    **Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media***

13     [ ]    Item Under Seal in Criminal Case

14     [ ]    Conformance with the Judicial Conference Privacy Policy (General Order 53).

15     [ ]    Other (description): _____

17 *The physical thumb drive contains the following files:

| Hendler Declaration Exhibit No. | File Name |
|---|---|
| Exhibit 03 | 01 Msm0250 Mova Pip 160202 Aligned |
| Exhibit 04 | 02 Msm0250 Avidref V001 |
| Exhibit 05 | 03 Msm0250 V002 |
| Exhibit 06 | 04 Beast Msm0250 Dstevens 8 15 Mx94 2 42 2315 2473 Projected2 |
| Exhibit 07 | 05 Beast Msm0250 Dstevens 8 15 Mx94 2 42 2315 2473 Litcam2 |
| Exhibit 08 | 06 Msm0250 V004 |
| Exhibit 09 | 07 Msm0250 V005 |
| Exhibit 10 | 08 Msm0250 V006 |
| Exhibit 11 | 09 Msm0250 V007 |
| Exhibit 12 | 10 Msm0250 V008 |
| Exhibit 13 | 11 Msm0250 V025 |
| Exhibit 14 | 12 Msm0250 Anim Qc V002 |
| Exhibit 15 | 13 Msm0250 V038 |

| Hendler Declaration Exhibit No. | File Name |
|---|---|
| Exhibit 16 | 14 Msm0250 V048 |
| Exhibit 17 | 15 Msm0250 V049 |
| Exhibit 18 | 16 Msm0250 V073 |
| Exhibit 21 | 01 Wal0550 Mova Pip 151202 Aligned |
| Exhibit 22 | 03 Wal0550 V003 |
| Exhibit 23 | 06 Wal0550 Anim Mova Qc V001 |
| Exhibit 24 | 07 Wal0550 V018 |
| Exhibit 25 | 09 Wal0550 V049 |
| Exhibit 26 | 10 Wal0550 V056 |
| Exhibit 27 | 11 Wal0550 V071 |
| Exhibit 28 | 12 Wal0550 V072 |
| Exhibit 29 | 13 Wal0550 Anim Qc V006 |
| Exhibit 30 | 14 Wal0550 V081 |
| Exhibit 31 | 15 Wal0550 V134 |
| Exhibit 32 | 16 Wal0550 V214 |
| Exhibit 33 | 18 Wal0550 Cfx Beauty V037 |
| Exhibit 34 | 19 Wal0550 V306 |
| Exhibit 35 | 20 Wal0550 V309 |
| Exhibit 38 | 01 Wfa0605 Mova Pip 150811 |
| Exhibit 39 | 04 Wfa0605 Anim Qc V001 |
| Exhibit 40 | 05 Wfa0605 V006 |
| Exhibit 41 | 06 Wfa0605 V009 |
| Exhibit 42 | 08 Wfa0605 Anim Qc V007 |
| Exhibit 43 | 09 Wfa0605 V050 |
| Exhibit 44 | 10 Wfa0605 V057 |
| Exhibit 45 | 11 Wfa0605 V076 |
| Exhibit 46 | 12 Wfa0605 V083 |
| Exhibit 47 | 13 Wfa0605 V102 |
| Exhibit 48 | 14 Wfa0605 V130 |
| Exhibit 49 | 15 Wfa0605 Cfx Beauty V015 |
| Exhibit 50 | 16 Wfa0605 V137 |
| Exhibit 51 | 17 Wfa0605 V144 |
| Exhibit 52 | 18 Wfa0605 V146 |

DATED: October 14, 2020

MUNGER, TOLLES & OLSON LLP

By: */s/ Teresa A. Reed Dippo*
TERESA A. REED DIPPO

*Attorneys for Defendants*

MANUAL FILING NOTIFICATION
FOR EXHIBITS TO HENDLER DECL
NO. 17-CV-04006-JST, 17-CV-04191-JST