# EXHIBIT 37

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC /Edit |
| 2 | WFA0605 | WFA0605_v146 | Mark Burns | comp | 9/6/2016 9:50:35 | WFA0605_comp_v024 | Slate notes: gauntlet  fix frame range, adjust blacks | 0 |
| 3 | WFA0605 | WFA0605_v145 | Mark Burns | comp | 8/31/2016 11:11:52 | WFA0605_comp_v023 | Slate notes: gauntlet  hi-res, paint x23, adjust blacks | 0 |
| 4 | WFA0605 | WFA0605_v144 | Nicolas Chombart | light | 8/31/2016 10:05:07 | wfa0605_lightcomp_v035 | Slate notes: high quality | 0 |
| 5 | WFA0605 | WFA0605_v143 | Mark Burns | comp | 8/29/2016 16:44:21 | WFA0605_comp_v022 | Slate notes: gauntlet  darken bright patch under paw near x60, lift beast blacks slightly | 0 |
| 6 | WFA0605 | WFA0605_v142 | Mark Burns | comp | 8/26/2016 12:59:22 | WFA0605_comp_v021 | Slate notes: fix wolf scar, fix beast shiny teeth, paint cheek near 1053, lift blacks more | 0 |
| 7 | WFA0605 | WFA0605_v141 | Mark Burns | comp | 8/25/2016 18:16:06 | WFA0605_comp_v020 | Slate notes: lift blacks further | 0 |
| 8 | WFA0605 | WFA0605_v140 | Mark Burns | comp | 8/25/2016 17:42:19 | WFA0605_comp_v019 | Slate notes: paint wolf cheek, darken paw interaction, lift blacks near neck, paint bright dots | 0 |
| 9 | WFA0605 | WFA0605_v139 | Mark Burns | comp | 8/25/2016 10:45:48 | WFA0605_comp_v017 | Slate notes: new light | 0 |
| 10 | WFA0605 | WFA0605_v138 | Nicolas Chombart | light | 8/25/2016 9:58:21 | wfa0605_lightcomp_v034 | Slate notes: latest cfx | 0 |
| 11 | WFA0605 | WFA0605_cfx_fast_v002 | Juan Carlos Degado Gonzalez | cfx | 8/23/2016 18:13:10 | WFA0605_cfx_fast_v002 | Slate notes: reshaped 02 | 1 |
| 12 | WFA0605 | WFA0605_cfx_beauty_v018 | Juan Carlos Degado Gonzalez | cfx | 8/23/2016 16:23:01 | WFA0605_cfx_beauty_v018 | Slate notes: beast hair shorter than before | 1 |
| 13 | WFA0605 | WFA0605_cfx_beauty_v017 | Juan Carlos Degado Gonzalez | cfx | 8/22/2016 23:08:40 | WFA0605_cfx_beauty_v017 | Slate notes: fixed | 1 |
| 14 | WFA0605 | WFA0605_cfx_qc_v010 | Juan Carlos Degado Gonzalez | cfx | 8/22/2016 19:53:39 | WFA0605_cfx_qc_v010 | Slate notes: approved and fixed | 1 |
| 15 | WFA0605 | WFA0605_cfx_beauty_v016 | Juan Carlos Degado Gonzalez | cfx | 8/21/2016 10:02:53 | WFA0605_cfx_beauty_v016 | Slate notes: second version updated everything | 1 |
| 16 | WFA0605 | WFA0605_cfx_qc_v009 | Juan Carlos Degado Gonzalez | cfx | 8/19/2016 17:46:10 | WFA0605_cfx_qc_v009 | Slate notes: updated mixed version 2 | 1 |
| 17 | WFA0605 | WFA0605_v137 | Juan Carlos Degado Gonzalez | cfx | 8/19/2016 16:05:07 | WFA0605_beast_costumeonea1_v016___oldsimblendedwithnewone_v002 | Slate notes: secon version | 0 |
| 18 | WFA0605 | WFA0605_v136 | Juan Carlos Degado Gonzalez | cfx | 8/19/2016 10:49:29 | WFA0605_beast_costumeonea1_v016___oldsimblendedwithnewone_v001 | Slate notes: resim mixed | 0 |
| 19 | WFA0605 | WFA0605_v135 | Mark Burns | comp | 8/19/2016 10:31:33 | WFA0605_comp_v016 | Slate notes: new light v34 | 0 |
| 20 | WFA0605 | WFA0605_cfx_beauty_v015 | Juan Carlos Degado Gonzalez | cfx | 8/16/2016 21:29:37 | WFA0605_cfx_beauty_v015 | Slate notes: shoudel IPs solved with abc version 7 | 1 |
| 21 | WFA0605 | WFA0605_v134 | Daniel Naughton | light | 8/14/2016 10:49:48 | wfa0605_lightcomp_v032 | Slate notes: cfx costume Overlay notes: cfx costume | 0 |
| 22 | WFA0605 | WFA0605_v133 | Paul Chapman | comp | 8/11/2016 18:50:49 | WFA0605_comp_v014 | Slate notes: Comp update- rim light on first bite taken down further. | 0 |
| 23 | WFA0605 | WFA0605_v132 | Paul Chapman | comp | 8/11/2016 16:40:52 | WFA0605_comp_v013 | Slate notes: Comp update- darkened down first wolf muzzle bite into Beast. | 0 |
| 24 | WFA0605 | WFA0605_v131 | Paul Chapman | comp | 8/11/2016 9:37:59 | WFA0605_comp_v012 | Slate notes: Comp update- chalky feel removed from Beast, more range in teeth, wolf snout darkened per annotation. | 0 |
| 25 | WFA0605 | WFA0605_cfx_beauty_v013 | Juan Carlos Degado Gonzalez | cfx | 8/9/2016 23:36:50 | WFA0605_cfx_beauty_v013 | Slate notes: same than before with body hair | 1 |
| 26 | WFA0605 | WFA0605_cfx_beauty_v012 | Juan Carlos Degado Gonzalez | cfx | 8/9/2016 23:14:56 | WFA0605_cfx_beauty_v012 | Slate notes: checking new wolf bite | 1 |
| 27 | WFA0605 | WFA0605_shotmodel_qc_v016 | Barringer Wingard | shotmodel | 8/9/2016 12:28:20 | WFA0605_shotmodel_qc_v016 | Slate notes: shifted cloth behind Beasts traps | 1 |
| 28 | WFA0605 | WFA0605_v130 | Barringer Wingard | shotmodel | 8/9/2016 11:50:00 | WFA0605_shotmodelblast_v002 | Slate notes: shifted clothing behind Beasts traps | 0 |
| 29 | WFA0605 | WFA0605_anim_qc_v016 | Marco La Torre | anim | 8/4/2016 18:37:50 | WFA0605_anim_qc_v016 | Slate notes: wolf aim aprroved | 1 |
| 30 | WFA0605 | WFA0605_v129 | Marco La Torre | anim | 8/3/2016 16:09:44 | WFA0605_animblast_v011 | Slate notes: first pass | 0 |
| 31 | WFA0605 | WFA0605_v128 | Paul Chapman | comp | 7/27/2016 14:18:07 | WFA0605_comp_v011 | Slate notes: Comp update- Wolf eyes and teeth down, Beast black dots removed. Latest everything. | 0 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC/Edit |
| 32 | WFA0605 | WFA0605_v127 | Daniel Naughton | light | 7/27/2016 9:00:46 | wfa0605_lightcomp_v030 | Slate notes: SM beast - hair sim wolf  Overlay notes: SM beast - hair sim wolf | 0 |
| 33 | WFA0605 | WFA0605_shotmodel_qc_v015 | Anto Juricic | shotmodel | 7/25/2016 19:29:55 | WFA0605_shotmodel_qc_v015 | Slate notes: sm on anim v14 | 1 |
| 34 | WFA0605 | WFA0605_shotmodel_qc_costumeless_v007 | Anto Juricic | shotmodel | 7/25/2016 19:24:27 | WFA0605_shotmodel_qc_costumeless_v007 | Slate notes: sm on anim v14 | 1 |
| 35 | WFA0605 | WFA0605_v126 | Anto Juricic | shotmodel | 7/25/2016 18:34:54 | WFA0605_shotmodelblast_v006 | Slate notes: anim v14 | 0 |
| 36 | WFA0605 | WFA0605_shotmodel_qc_v014 | Anto Juricic | shotmodel | 7/25/2016 12:22:02 | WFA0605_shotmodel_qc_v014 | Slate notes: WFA0605_anim_qc_v014 | 1 |
| 37 | WFA0605 | WFA0605_shotmodel_qc_costumeless_v006 | Anto Juricic | shotmodel | 7/25/2016 12:15:11 | WFA0605_shotmodel_qc_costumeless_v006 | Slate notes: WFA0605_anim_qc_v014 | 1 |
| 38 | WFA0605 | WFA0605_v125 | Anto Juricic | shotmodel | 7/25/2016 11:46:08 | WFA0605_shotmodelblast_v005 | Slate notes: updated to WFA0605_anim_qc_v014 | 0 |
| 39 | WFA0605 | WFA0605_cfx_beauty_v011 | Juan Carlos Degado Gonzalez | cfx | 7/23/2016 3:08:30 | WFA0605_cfx_beauty_v011 | Slate notes: proper one | 1 |
| 40 | WFA0605 | WFA0605_cfx_beauty_v010 | Juan Carlos Degado Gonzalez | cfx | 7/22/2016 21:11:09 | WFA0605_cfx_beauty_v010 | Slate notes: new wolf animation | 1 |
| 41 | WFA0605 | WFA0605_shotmodel_qc_v013 | Anto Juricic | shotmodel | 7/21/2016 12:42:09 | WFA0605_shotmodel_qc_v013 | Slate notes: updated to latest anim | 1 |
| 42 | WFA0605 | WFA0605_v124 | Paul Chapman | comp | 7/21/2016 12:05:09 | WFA0605_comp_v010 | Slate notes: Comp update- wolf_v028, beast_v028, bg slightly darker. | 0 |
| 43 | WFA0605 | WFA0605_v123 | Daniel Naughton | light | 7/21/2016 10:55:49 | wfa0605_lightcomp_v029 | Slate notes: latest sm and wolf  Overlay notes: latest sm and wolf | 0 |
| 44 | WFA0605 | WFA0605_shotmodel_qc_v012 | Anto Juricic | shotmodel | 7/20/2016 17:36:35 | WFA0605_shotmodel_qc_v012 | Slate notes: anim v 14 | 1 |
| 45 | WFA0605 | WFA0605_shotmodel_qc_costumeless_v005 | Anto Juricic | shotmodel | 7/20/2016 17:33:26 | WFA0605_shotmodel_qc_costumeless_v005 | Slate notes: anim v 14 | 1 |
| 46 | WFA0605 | WFA0605_v122 | Anto Juricic | shotmodel | 7/20/2016 17:04:58 | WFA0605_shotmodelblast_v004 | Slate notes: anim update v 14 | 0 |
| 47 | WFA0605 | WFA0605_shotmodel_qc_v011 | Anto Juricic | shotmodel | 7/19/2016 14:39:48 | WFA0605_shotmodel_qc_v011 | Slate notes: anim update 1907 | 1 |
| 48 | WFA0605 | WFA0605_shotmodel_qc_costumeless_v004 | Anto Juricic | shotmodel | 7/19/2016 14:36:19 | WFA0605_shotmodel_qc_costumeless_v004 | Slate notes: anim update 1907 | 1 |
| 49 | WFA0605 | WFA0605_shotmodel_qc_v010 | Anto Juricic | shotmodel | 7/19/2016 14:31:26 | WFA0605_shotmodel_qc_v010 | Slate notes: anim update 1907 | 1 |
| 50 | WFA0605 | WFA0605_v121 | Anto Juricic | shotmodel | 7/19/2016 13:58:41 | WFA0605_shotmodelblast_v003 | Slate notes: updated to latest anim | 0 |
| 51 | WFA0605 | WFA0605_shotmodel_qc_v009 | Anto Juricic | shotmodel | 7/19/2016 12:37:41 | WFA0605_shotmodel_qc_v009 | Slate notes: IP cleanup_2 | 1 |
| 52 | WFA0605 | WFA0605_shotmodel_qc_v008 | Anto Juricic | shotmodel | 7/18/2016 14:05:30 | WFA0605_shotmodel_qc_v008 | Slate notes: IP fix | 1 |
| 53 | WFA0605 | WFA0605_v120 | Anto Juricic | shotmodel | 7/18/2016 13:28:34 | WFA0605_shotmodelblast_v002 | Slate notes: IP fix | 0 |
| 54 | WFA0605 | WFA0605_v119 | Daniel Naughton | light | 7/18/2016 9:20:12 | wfa0605_lightcomp_v028 | Slate notes: latest wolf - old beast  Overlay notes: latest wolf - old beast | 0 |
| 55 | WFA0605 | WFA0605_cfx_qc_v008 | Nathan Fok | cfx | 7/13/2016 19:41:51 | WFA0605_cfx_qc_v008 | Slate notes: scaled in loose items back to the cloth | 1 |
| 56 | WFA0605 | WFA0605_v118 | Daniel Naughton | light | 7/13/2016 13:52:42 | wfa0605_lightcomp_v027 | Slate notes: current wolf - old beast v2  Overlay notes: current wolf - old beast v2 | 0 |
| 57 | WFA0605 | WFA0605_v117 | Daniel Naughton | light | 7/13/2016 11:40:11 | wfa0605_lightcomp_v026 | Slate notes: old beast with new wolf  Overlay notes: old beast with new wolf | 0 |
| 58 | WFA0605 | WFA0605_v116 | Alexandre Millet | light | 7/11/2016 16:19:34 | WFA0605_lightblast_v002 | Slate notes: current wolf - current beast | 0 |
| 59 | WFA0605 | WFA0605_v115 | Alexandre Millet | light | 7/11/2016 16:18:21 | WFA0605_lightblast_v001 | Slate notes: current wolf - old BEAST | 0 |
| 60 | WFA0605 | WFA0605_v114 | Daniel Naughton | light | 7/11/2016 13:58:52 | wfa0605_lightcomp_v025 | Slate notes: wolf nose fix  Overlay notes: wolf nose fix | 0 |
| 61 | WFA0605 | WFA0605_v113 | Juan Carlos Degado Gonzalez | cfx | 7/11/2016 12:39:46 | WFA0605_beast_costumeonea1_v016testanimchanges_v001 | Slate notes: animUpdated | 0 |
| 62 | WFA0605 | WFA0605_v112 | Daniel Naughton | light | 7/11/2016 10:07:00 | wfa0605_lightcomp_v024 | Slate notes: SM v5  Overlay notes: SM v5 | 0 |
| 63 | WFA0605 | WFA0605_shotmodel_qc_v007 | Anto Juricic | shotmodel | 7/7/2016 15:19:27 | WFA0605_shotmodel_qc_v007 | Slate notes: wolf bite pass | 1 |
| 64 | WFA0605 | WFA0605_shotmodel_qc_costumeless_v003 | Anto Juricic | shotmodel | 7/7/2016 15:15:01 | WFA0605_shotmodel_qc_costumeless_v003 | Slate notes: wolf bite pass | 1 |
| 65 | WFA0605 | WFA0605_v111 | Anto Juricic | shotmodel | 7/7/2016 14:37:11 | WFA0605_shotmodelblast_v001 | Slate notes: wolf teeth more sunken in | 0 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC/Edit |
| 66 | WFA0605 | WFA0605_v110 | Paul Chapman | comp | 6/30/2016 16:27:38 | WFA0605_comp_v009 | Slate notes: Comp WIP- latest lighting update. | 0 |
| 67 | WFA0605 | WFA0605_v109 | Daniel Naughton | light | 6/24/2016 10:43:53 | wfa0605_lightcomp_v023 | Slate notes: anim update<br>Overlay notes: anim update | 0 |
| 68 | WFA0605 | WFA0605_shotmodel_qc_v006 | Barringer Wingard | shotmodel | 6/22/2016 12:16:47 | WFA0605_shotmodel_qc_v006 | Slate notes: Updating wolf for lighting | 1 |
| 69 | WFA0605 | WFA0605_v108 | Daniel Naughton | light | 6/20/2016 9:56:08 | wfa0605_lightcomp_v022 | Slate notes: latest cfx cloak - SM Beast - needs new hair cfx<br>Overlay notes: latest cfx cloak - SM Beast - needs new hair cfx | 0 |
| 70 | WFA0605 | WFA0605_v107 | Paul Chapman | comp | 6/16/2016 17:38:20 | WFA0605_comp_v008 | Slate notes: Comp WIP update- graded inside of Wolf and Beasts mouths brighter, added a touch of overall diffusion, increased DOF overall, more grungy teeth on Beast. | 0 |
| 71 | WFA0605 | WFA0605_shotmodel_qc_v004 | Barringer Wingard | shotmodel | 6/16/2016 15:39:27 | WFA0605_shotmodel_qc_v004 | Slate notes: adjusted beast flesh to slide with wolf mouth | 1 |
| 72 | WFA0605 | WFA0605_shotmodel_qc_costumeless_v002 | Barringer Wingard | shotmodel | 6/16/2016 15:11:08 | WFA0605_shotmodel_qc_costumeless_v002 | Slate notes: adjusted beast flesh to slide with wolf mouth | 1 |
| 73 | WFA0605 | WFA0605_shotmodel_qc_v005 | Barringer Wingard | shotmodel | 6/16/2016 15:09:19 | WFA0605_shotmodel_qc_v005 | Slate notes: pulled costume out of wolfs head | 1 |
| 74 | WFA0605 | WFA0605_v106 | Barringer Wingard | shotmodel | 6/16/2016 11:08:16 | WFA0605_shotmodelblast_v001 | Slate notes: test | 0 |
| 75 | WFA0605 | WFA0605_v105 | Paul Chapman | comp | 6/15/2016 18:06:22 | WFA0605_comp_v007 | Slate notes: Comp update- latest elements from lighting, tilt down applied in comp. | 0 |
| 76 | WFA0605 | WFA0605_v104 | Daniel Naughton | light | 6/15/2016 14:48:01 | wfa0605_lightcomp_v021 | Slate notes: anim updates - no lighting changes<br>Overlay notes: anim updates - no lighting changes | 0 |
| 77 | WFA0605 | WFA0605_shotmodel_qc_v003 | Barringer Wingard | shotmodel | 6/9/2016 13:31:25 | WFA0605_shotmodel_qc_v003 | Slate notes: Adjusted shotmodel to work with new wolf anim - step 1 - newer version coming... | 1 |
| 78 | WFA0605 | WFA0605_shotmodel_qc_costumeless_v001 | Barringer Wingard | shotmodel | 6/9/2016 13:16:24 | WFA0605_shotmodel_qc_costumeless_v001 | Slate notes: Adjusted shotmodel to work with new wolf anim - step 1 - newer version coming... | 1 |
| 79 | WFA0605 | WFA0605_v103 | Scott Inkster | layout | 6/9/2016 8:35:23 | WFA0605_layoutcomp_v003 | Slate notes: new cloth strip layout<br>Overlay notes: new cloth strip layout | 0 |
| 80 | WFA0605 | WFA0605_anim_qc_v015 | Arda Uysal | anim | 6/7/2016 19:20:39 | WFA0605_anim_qc_v015 | Slate notes: testting the latest publish | 1 |
| 81 | WFA0605 | WFA0605_anim_qc_costumeless_v002 | Arda Uysal | anim | 6/7/2016 19:04:57 | WFA0605_anim_qc_costumeless_v002 | Slate notes: testting the latest publish | 1 |
| 82 | WFA0605 | WFA0605_anim_qc_v014 | Arda Uysal | anim | 6/7/2016 11:23:42 | WFA0605_anim_qc_v014 | Slate notes: WFA0605_v102 | 1 |
| 83 | WFA0605 | WFA0605_anim_qc_costumeless_v001 | Arda Uysal | anim | 6/7/2016 11:19:21 | WFA0605_anim_qc_costumeless_v001 | Slate notes: WFA0605_v102 | 1 |
| 84 | WFA0605 | WFA0605_v102 | Arda Uysal | anim | 6/6/2016 16:05:52 | WFA0605_animblast_v010 | Slate notes: eye and nose tweaks | 0 |
| 85 | WFA0605 | WFA0605_v101 | Arda Uysal | anim | 6/3/2016 17:59:05 | WFA0605_animblast_v009 | Slate notes: face tweak | 0 |
| 86 | WFA0605 | WFA0605_v100 | Arda Uysal | anim | 6/3/2016 12:05:32 | WFA0605_animblast_v008 | Slate notes: smoother | 0 |
| 87 | WFA0605 | WFA0605_v099 | Arda Uysal | anim | 5/31/2016 17:56:41 | WFA0605_animblast_v007 | Slate notes: camera and facial tweaks | 0 |
| 88 | WFA0605 | WFA0605_v098 | Arda Uysal | anim | 5/18/2016 18:35:35 | WFA0605_animblast_v006 | Slate notes: wip beast has more reaction | 0 |
| 89 | WFA0605 | WFA0605_v097 | Arda Uysal | anim | 5/18/2016 11:42:09 | WFA0605_animblast_v005 | Slate notes: new idea | 0 |
| 90 | WFA0605 | WFA0605_v096 | Arda Uysal | anim | 5/18/2016 11:34:51 | WFA0605_animblast_v004 | Slate notes: new idea | 0 |
| 91 | WFA0605 | WFA0605_v095 | Arda Uysal | anim | 5/17/2016 14:39:11 | WFA0605_animblast_v003 | Slate notes: wip kickback reblock | 0 |
| 92 | WFA0605 | WFA0605_v094 | Arda Uysal | anim | 5/17/2016 14:29:57 | WFA0605_animblast_v002 | Slate notes: new idea for kickback note | 0 |
| 93 | WFA0605 | WFA0605_v093 | Arda Uysal | anim | 5/9/2016 15:23:01 | wfa0605_anim_v070 | Slate notes: more aggressive wolf | 0 |
| 94 | WFA0605 | WFA0605_v092 | Scott Inkster | layout | 5/4/2016 18:42:12 | WFA0605_layoutcomp_v001 | Slate notes: initial cloth strips layout<br>Overlay notes: initial cloth strips layout | 0 |
| 95 | WFA0605 | WFA0605_v091 | Paul Chapman | comp | 4/29/2016 18:09:27 | WFA0605_comp_v006 | Slate notes: Comp update- as previous version with slight tilt up to follow wolf mid way through. Missing Wolf coverage at top of frame though. | 0 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC /Edit |
| 96 | WFA0605 | WFA0605_v090 | Paul Chapman | comp | 4/29/2016 18:07:36 | WFA0605_comp_v005 | Slate notes: Comp update- Beast teeth dirtier, face less warm and bright, wolf brighter and a littler warmer, eye not as bright at end. | 0 |
| 97 | WFA0605 | WFA0605_v089 | Daniel Naughton | light | 4/29/2016 17:10:55 | wfa0605_lightcomp_v020 | Slate notes: less pink in the wolf Overlay notes: less pink in the wolf | 0 |
| 98 | WFA0605 | WFA0605_v088 | Daniel Naughton | light | 4/29/2016 14:59:35 | wfa0605_lightcomp_v018 | Slate notes: neutral key Overlay notes: neutral key | 0 |
| 99 | WFA0605 | WFA0605_v087 | Daniel Naughton | light | 4/29/2016 12:20:12 | wfa0605_lightcomp_v017 | Slate notes: warmer key on wolf Overlay notes: warmer key on wolf | 0 |
| 100 | WFA0605 | WFA0605_v086 | Paul Chapman | comp | 4/29/2016 11:40:26 | WFA0605_comp_v004 | Slate notes: Comp update- wolf_bty_v017, wolf_bty_v018. Comp fixes. | 0 |
| 101 | WFA0605 | WFA0605_v085 | Daniel Naughton | light | 4/29/2016 11:33:04 | wfa0605_lightcomp_v015 | Slate notes: less fill on beast at front of shot Overlay notes: less fill on beast at front of shot | 0 |
| 102 | WFA0605 | WFA0605_v084 | Daniel Naughton | light | 4/28/2016 17:33:02 | wfa0605_lightcomp_v014 | Slate notes: more key on wolf - gums toned down in value - lifted beast costume Overlay notes: more key on wolf - gums toned down in value - lifted beast costume | 0 |
| 103 | WFA0605 | WFA0605_v083 | Eddie Smith | fx | 4/28/2016 16:51:39 | wfa0605_fxcomp_esmith_saliva_v006 | | 0 |
| 104 | WFA0605 | WFA0605_v082 | Daniel Naughton | light | 4/28/2016 13:56:27 | wfa0605_lightcomp_v012 | Slate notes: more spec on teeth - lips and eyes Overlay notes: more spec on teeth - lips and eyes | 0 |
| 105 | WFA0605 | WFA0605_v081 | Carl Jackson | fx | 4/27/2016 14:56:49 | wfa0605_fxcomp_drool_v005 | Slate notes: re-oriented spit | 0 |
| 106 | WFA0605 | WFA0605_v080 | Daniel Naughton | light | 4/27/2016 10:35:51 | wfa0605_lightcomp_v010 | Slate notes: beast hair sim v6 - costume v8 - wolf hair v1 Overlay notes: beast hair sim v6 - costume v8 - wolf hair v1 | 0 |
| 107 | WFA0605 | WFA0605_v079 | Carl Jackson | fx | 4/27/2016 10:27:04 | wfa0605_fxcomp_drool_v004 | Slate notes: spit | 0 |
| 108 | WFA0605 | WFA0605_v078 | Carl Jackson | fx | 4/26/2016 10:35:45 | wfa0605_fxcomp_drool_v003 | Slate notes: new drool and spit | 0 |
| 109 | WFA0605 | WFA0605_cfx_beauty_v009 | Juan Carlos Degado Gonzalez | cfx | 4/22/2016 16:01:16 | WFA0605_cfx_beauty_v009 | Slate notes: wolf leg ip solved | 1 |
| 110 | WFA0605 | WFA0605_cfx_qc_v007 | Juan Carlos Degado Gonzalez | cfx | 4/22/2016 13:45:40 | WFA0605_cfx_qc_v007 | Slate notes: QC Render | 1 |
| 111 | WFA0605 | WFA0605_cfx_beauty_v008 | Juan Carlos Degado Gonzalez | cfx | 4/21/2016 21:26:35 | WFA0605_cfx_beauty_v008 | Slate notes: wolf to cloak ips solved. hihg resolution | 1 |
| 112 | WFA0605 | WFA0605_cfx_fast_v001 | Juan Carlos Degado Gonzalez | cfx | 4/21/2016 16:12:26 | WFA0605_cfx_fast_v001 | Slate notes: cloak to Snoat ips solved | 1 |
| 113 | WFA0605 | WFA0605_cfx_qc_v006 | Juan Carlos Degado Gonzalez | cfx | 4/21/2016 15:06:53 | WFA0605_cfx_qc_v006 | Slate notes: QC Render | 1 |
| 114 | WFA0605 | WFA0605_v077 | Daniel Naughton | light | 4/21/2016 10:56:52 | wfa0605_lightcomp_v009 | Slate notes: SM wolf and beast Overlay notes: SM wolf and beast | 0 |
| 115 | WFA0605 | WFA0605_cfx_beauty_v007 | Juan Carlos Degado Gonzalez | cfx | 4/21/2016 2:37:15 | WFA0605_cfx_beauty_v007 | Slate notes: wolf ips solved01 | 1 |
| 116 | WFA0605 | WFA0605_cfx_beauty_v006 | Juan Carlos Degado Gonzalez | cfx | 4/21/2016 1:51:21 | WFA0605_cfx_beauty_v006 | Slate notes: ips solved01 | 1 |
| 117 | WFA0605 | WFA0605_cfx_qc_v005 | Juan Carlos Degado Gonzalez | cfx | 4/20/2016 21:25:16 | WFA0605_cfx_qc_v005 | Slate notes: QC Render | 1 |
| 118 | WFA0605 | WFA0605_cfx_beauty_v005 | Juan Carlos Degado Gonzalez | cfx | 4/20/2016 20:21:32 | WFA0605_cfx_beauty_v005 | Slate notes: to check interaction between wolf leg and beast costume | 1 |
| 119 | WFA0605 | WFA0605_cfx_beauty_v004 | Juan Carlos Degado Gonzalez | cfx | 4/20/2016 20:15:40 | WFA0605_cfx_beauty_v004 | Slate notes: hair and cloth fixed | 1 |
| 120 | WFA0605 | WFA0605_cfx_qc_v004 | Juan Carlos Degado Gonzalez | cfx | 4/20/2016 16:03:47 | WFA0605_cfx_qc_v004 | Slate notes: QC Render | 1 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC/Edit |
| 121 | WFA0605 | WFA0605_v076 | Juan Carlos Degado Gonzalez | cfx | 4/20/2016 11:07:53 | WFA0605_beast_hair_disheveled1_v007a_v001 | Slate notes: KP_CFX_Review_2016_04_19 BEAST fixed | 0 |
| 122 | WFA0605 | WFA0605_v075 | Carl Jackson | fx | 4/20/2016 11:02:44 | wfa0605_fxcomp_drool_v002 | Slate notes: added breaking drool and spit | 0 |
| 123 | WFA0605 | WFA0605_cfx_beauty_v003 | Juan Carlos Degado Gonzalez | cfx | 4/19/2016 4:54:52 | WFA0605_cfx_beauty_v003 | Slate notes: interactions | 1 |
| 124 | WFA0605 | WFA0605_cfx_qc_v003 | Juan Carlos Degado Gonzalez | cfx | 4/18/2016 22:13:25 | WFA0605_cfx_qc_v003 | Slate notes: QC Render | 1 |
| 125 | WFA0605 | WFA0605_shotmodel_qc_v002 | Barringer Wingard | shotmodel | 4/18/2016 18:35:27 | WFA0605_shotmodel_qc_v002 | Slate notes: QC Render | 1 |
| 126 | WFA0605 | WFA0605_cfx_beauty_v002 | Juan Carlos Degado Gonzalez | cfx | 4/18/2016 17:48:22 | WFA0605_cfx_beauty_v002 | Slate notes: waitin for shotModel | 1 |
| 127 | WFA0605 | WFA0605_v074 | Carl Jackson | fx | 4/18/2016 14:49:31 | wfa0605_fxcomp_drool_v001 | Slate notes: drool | 0 |
| 128 | WFA0605 | WFA0605_cfx_qc_v002 | Juan Carlos Degado Gonzalez | cfx | 4/18/2016 12:46:17 | WFA0605_cfx_qc_v002 | Slate notes: QC Render | 1 |
| 129 | WFA0605 | WFA0605_v073 | Juan Carlos Degado Gonzalez | cfx | 4/17/2016 16:03:21 | WFA0605_cfxcomp_v004 | Slate notes: saturday sim and fix version | 0 |
| 130 | WFA0605 | WFA0605_v072 | Juan Carlos Degado Gonzalez | cfx | 4/16/2016 16:32:52 | WFA0605_beast_costumeonea1_v002 | Slate notes: saturdaty version | 0 |
| 131 | WFA0605 | WFA0605_v071 | Juan Carlos Degado Gonzalez | cfx | 4/14/2016 9:48:35 | WFA0605_cfxcomp_v003 | Slate notes: Cloak simmed, IPs pendient to solve | 0 |
| 132 | WFA0605 | WFA0605_v070 | Juan Carlos Degado Gonzalez | cfx | 4/13/2016 9:43:58 | WFA0605_cfx_beauty_v001 | Slate notes: wolf hair woth beast interaction | 0 |
| 133 | WFA0605 | WFA0605_v070 | Juan Carlos Degado Gonzalez | cfx | 4/12/2016 11:12:21 | WFA0605_cfx_beauty_v001 | Slate notes: second pass render runnin on farm | 0 |
| 134 | WFA0605 | WFA0605_v069 | Juan Carlos Degado Gonzalez | cfx | 4/12/2016 10:59:07 | WFA0605_beast_hair_disheveled1_v001 | Slate notes: beast hair first pass | 0 |
| 135 | WFA0605 | WFA0605_v068 | Daniel Naughton | light | 4/11/2016 15:07:52 | wfa0605_lightcomp_v008 | Slate notes: anim v5 - wolf is missing skin - reduced key spec on beast face  Overlay notes: anim v5 - wolf is missing skin - reduced key spec on beast face | 0 |
| 136 | WFA0605 | WFA0605_v067 | Juan Carlos Degado Gonzalez | cfx | 4/7/2016 18:08:48 | WFA0605_cfxrender_v002 | Slate notes: second pass anim render | 0 |
| 137 | WFA0605 | WFA0605_v066 | Juan Carlos Degado Gonzalez | cfx | 4/7/2016 9:51:23 | WFA0605_beast_costumeonea1_v007runup_v001 | Slate notes: runUpIssue | 0 |
| 138 | WFA0605 | WFA0605_shotmodel_qc_v001 | Anto Juricic | shotmodel | 4/6/2016 15:56:45 | WFA0605_shotmodel_qc_v001 | Slate notes: QC Render | 1 |
| 139 | WFA0605 | WFA0605_v065 | Anto Juricic | shotmodel | 4/6/2016 15:56:17 | WFA0605_shotmodel_qc_v001 | Slate notes: QC Render | 0 |
| 140 | WFA0605 | WFA0605_v064 | Anto Juricic | shotmodel | 4/5/2016 12:21:57 | WFA0605_shotmodel_after_v001 | Slate notes: after | 0 |
| 141 | WFA0605 | WFA0605_v063 | Anto Juricic | shotmodel | 4/5/2016 12:21:31 | WFA0605_shotmodel_before_v001 | Slate notes: before | 0 |
| 142 | WFA0605 | WFA0605_anim_qc_v013 | Arda Uysal | anim | 4/1/2016 12:37:11 | WFA0605_anim_qc_v013 | Slate notes: QC Render - spectre problem | 1 |
| 143 | WFA0605 | WFA0605_v062 | Arda Uysal | anim | 3/31/2016 19:27:44 | WFA0605_anim_v034 | Slate notes: higher paw qc | 0 |
| 144 | WFA0605 | WFA0605_v061 | Juan Carlos Degado Gonzalez | cfx | 3/31/2016 13:35:48 | WFA0605_beast_costumeonea1_v001 | Slate notes: first pass.. a lot of interpenetations because body it self is interpenetrating | 0 |
| 145 | WFA0605 | WFA0605_v060 | Juan Carlos Degado Gonzalez | cfx | 3/31/2016 11:09:39 | WFA0605_beast_costumeonea1_cfxsetup_20160331_095811_2_runup_v001 | Slate notes: initial colliders | 0 |
| 146 | WFA0605 | WFA0605_v059 | Arda Uysal | anim | 3/30/2016 17:28:56 | WFA0605_anim_qc_v012 | Slate notes: QC Render - v56 | 0 |
| 147 | WFA0605 | WFA0605_v058 | Daniel Naughton | light | 3/28/2016 12:13:58 | wfa0605_lightcomp_v007 | Slate notes: anim updates  Overlay notes: anim updates | 0 |
| 148 | WFA0605 | WFA0605_v057 | Arda Uysal | anim | 3/23/2016 16:34:19 | WFA0605_animcomp_v012 | Slate notes: v56 | 0 |
| 149 | WFA0605 | WFA0605_anim_qc_v012 | Arda Uysal | anim | 3/23/2016 12:48:57 | WFA0605_anim_qc_v012 | Slate notes: QC Render - v56 | 1 |
| 150 | WFA0605 | WFA0605_v056 | Arda Uysal | anim | 3/22/2016 15:31:23 | WFA0605_anim_v033 | Slate notes: with less jitter and better wolf face anim | 0 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC/Edit |
| 151 | WFA0605 | WFA0605_v055 | Arda Uysal | anim | 3/22/2016 15:25:44 | WFA0605_anim_v032 | Slate notes: cleaned up the end, wolf facial expression change more offset | 0 |
| 152 | WFA0605 | WFA0605_v054 | Arda Uysal | anim | 3/22/2016 2:23:07 | WFA0605_animcomp_v011 | Slate notes: v52 | 0 |
| 153 | WFA0605 | WFA0605_anim_qc_v011 | Arda Uysal | anim | 3/21/2016 20:26:19 | WFA0605_anim_qc_v011 | Slate notes: QC Render - v52 | 1 |
| 154 | WFA0605 | WFA0605_v053 | Arda Uysal | anim | 3/21/2016 19:14:58 | WFA0605_anim_v031 | Slate notes: with costume | 0 |
| 155 | WFA0605 | WFA0605_v052 | Arda Uysal | anim | 3/21/2016 19:08:05 | WFA0605_anim_v030 | Slate notes: wolf tweaks to face and head | 0 |
| 156 | WFA0605 | WFA0605_v051 | Arda Uysal | anim | 3/21/2016 15:39:30 | WFA0605_animcomp_v010 | Slate notes: WFA0605_v049 | 0 |
| 157 | WFA0605 | WFA0605_v050 | Arda Uysal | anim | 3/21/2016 12:51:55 | WFA0605_anim_v029 | Slate notes: some references for the lips | 0 |
| 158 | WFA0605 | WFA0605_anim_qc_v010 | Arda Uysal | anim | 3/21/2016 12:36:54 | WFA0605_anim_qc_v010 | Slate notes: QC Render - WFA0605_v049 | 1 |
| 159 | WFA0605 | WFA0605_v049 | Arda Uysal | anim | 3/21/2016 11:13:04 | WFA0605_anim_v028 | Slate notes: wolfs face animation improved along with beasts mouth shapes | 0 |
| 160 | WFA0605 | WFA0605_v048 | Arda Uysal | anim | 3/18/2016 16:17:42 | WFA0605_animcomp_v009 | Slate notes: WFA0605_v046 | 0 |
| 161 | WFA0605 | WFA0605_v047 | Arda Uysal | anim | 3/18/2016 11:09:59 | WFA0605_anim_v027 | Slate notes: wolf face | 0 |
| 162 | WFA0605 | WFA0605_v046 | Arda Uysal | anim | 3/18/2016 11:04:17 | WFA0605_anim_v026 | Slate notes: wolf face animation more intense | 0 |
| 163 | WFA0605 | WFA0605_v045 | Arda Uysal | anim | 3/15/2016 0:45:24 | WFA0605_animcomp_v008 | Slate notes: WFA0605_v044 | 0 |
| 164 | WFA0605 | WFA0605_anim_qc_v009 | Arda Uysal | anim | 3/14/2016 20:01:07 | WFA0605_anim_qc_v009 | Slate notes: QC Render - WFA0605_v044 | 1 |
| 165 | WFA0605 | WFA0605_v044 | Arda Uysal | anim | 3/14/2016 17:12:08 | WFA0605_anim_v025 | Slate notes: with clothes | 0 |
| 166 | WFA0605 | WFA0605_v043 | Arda Uysal | anim | 3/14/2016 17:07:02 | WFA0605_anim_v024 | Slate notes: hand pull removed, | 0 |
| 167 | WFA0605 | WFA0605_v042 | Arda Uysal | anim | 3/14/2016 11:26:52 | WFA0605_anim_v023 | Slate notes: with clothes | 0 |
| 168 | WFA0605 | WFA0605_v041 | Arda Uysal | anim | 3/14/2016 11:20:38 | WFA0605_anim_v022 | Slate notes: without costume to show teeth | 0 |
| 169 | WFA0605 | WFA0605_v040 | Arda Uysal | anim | 3/9/2016 13:15:04 | WFA0605_anim_v021 | Slate notes: reblock | 0 |
| 170 | WFA0605 | WFA0605_anim_qc_v008 | Arda Uysal | anim | 3/7/2016 16:06:19 | WFA0605_anim_qc_v008 | Slate notes: QC Render - WFA0605_v039 | 1 |
| 171 | WFA0605 | WFA0605_v039 | Arda Uysal | anim | 3/7/2016 14:54:58 | WFA0605_anim_v020 | Slate notes: just to test QC | 0 |
| 172 | WFA0605 | WFA0605_v038 | Arda Uysal | anim | 3/4/2016 16:16:27 | WFA0605_anim_v019 | Slate notes: pop fix | 0 |
| 173 | WFA0605 | WFA0605_v037 | Arda Uysal | anim | 3/4/2016 16:11:56 | WFA0605_anim_v018 | Slate notes: hand pop fix | 0 |
| 174 | WFA0605 | WFA0605_v036 | Arda Uysal | anim | 3/4/2016 13:54:33 | WFA0605_anim_v017 | Slate notes: with costume | 0 |
| 175 | WFA0605 | WFA0605_v035 | Arda Uysal | anim | 3/4/2016 10:51:32 | WFA0605_anim_v016 | Slate notes: naked daily to look at intersections | 0 |
| 176 | WFA0605 | WFA0605_v034 | Paul Chapman | comp | 3/3/2016 17:51:32 | WFA0605_comp_v003 | Slate notes: Comp WIP update, wolf slightly darker overall, beast teeth and shirt slightly darker. | 0 |
| 177 | WFA0605 | WFA0605_v033 | Paul Chapman | comp | 3/3/2016 10:18:47 | WFA0605_comp_v002 | Slate notes: Comp WIP update, wolf_v008, beast_v008. | 0 |
| 178 | WFA0605 | WFA0605_v032 | Daniel Naughton | light | 3/2/2016 17:21:22 | wfa0605_lightcomp_v006 | Slate notes: new animation - lighting wip Overlay notes: new animation - lighting wip | 0 |
| 179 | WFA0605 | WFA0605_v031 | Paul Chapman | anim | 2/29/2016 17:13:35 | WFA0605_animcomp_v007 | Slate notes: Animcomp update, Beast brighter, lifted darks. | 0 |
| 180 | WFA0605 | WFA0605_anim_qc_v007 | Arda Uysal | anim | 2/27/2016 1:52:13 | WFA0605_anim_qc_v007 | Slate notes: QC Render - third publish to make sure its working | 1 |
| 181 | WFA0605 | WFA0605_v030 | Arda Uysal | anim | 2/26/2016 19:23:21 | WFA0605_animcomp_v006 | Slate notes: test to find out if this has right shaders | 0 |
| 182 | WFA0605 | WFA0605_v029 | Arda Uysal | anim | 2/26/2016 1:34:11 | WFA0605_animcomp_v005 | Slate notes: WFA0605_v028 | 0 |
| 183 | WFA0605 | WFA0605_anim_qc_v004 | Arda Uysal | anim | 2/25/2016 17:55:24 | WFA0605_anim_qc_v004 | Slate notes: QC Render - WFA0605_v028 | 1 |
| 184 | WFA0605 | WFA0605_v028 | Arda Uysal | anim | 2/25/2016 16:13:12 | WFA0605_anim_v015 | Slate notes: rig update for comparison | 0 |
| 185 | WFA0605 | WFA0605_v027 | Arda Uysal | anim | 2/6/2016 7:06:08 | WFA0605_animcomp_v004 | Slate notes: WFA0605_v022 | 0 |
| 186 | WFA0605 | WFA0605_v026 | Arda Uysal | anim | 2/5/2016 21:11:28 | WFA0605_animcomp_v003 | Slate notes: WFA0605_v022 | 0 |
| 187 | WFA0605 | WFA0605_v025 | Arda Uysal | anim | 2/5/2016 20:47:08 | WFA0605_animcomp_v002 | Slate notes: WFA0605_v022 | 0 |
| 188 | WFA0605 | WFA0605_plateqc_v003 | Heather Hoyland | plate | 2/5/2016 19:28:07 | WFA0605_plateqc_v003 | Slate notes: Plate QC | 1 |
| 189 | WFA0605 | WFA0605_anim_qc_v003 | Arda Uysal | anim | 2/5/2016 18:33:07 | WFA0605_anim_qc_v003 | Slate notes: QC Render - WFA0605_v022 | 1 |
| 190 | WFA0605 | WFA0605_v024 | Arda Uysal | anim | 2/5/2016 15:41:35 | WFA0605_anim_v004 | Slate notes: WFA0605_v022 | 0 |
| 191 | WFA0605 | WFA0605_v023 | Arda Uysal | anim | 2/5/2016 6:55:02 | WFA0605_animcomp_v001 | Slate notes: WFA0605_v022 | 0 |
| 192 | WFA0605 | WFA0605_v022 | Arda Uysal | anim | 2/4/2016 11:30:01 | WFA0605_anim_v014 | Slate notes: eyelid adjustment | 0 |
| 193 | WFA0605 | WFA0605_plateqc_v002 | Paz Drimer | plate | 2/3/2016 13:57:08 | WFA0605_plateqc_v002 | Slate notes: Plate QC | 1 |
| 194 | WFA0605 | WFA0605_v021 | Arda Uysal | anim | 2/2/2016 17:05:31 | WFA0605_anim_v013 | Slate notes: more flow and details | 0 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC/Edit |
| 195 | WFA0605 | WFA0605_v020 | Arda Uysal | anim | 1/27/2016 15:18:32 | WFA0605_anim_v012 | Slate notes: head rotation in the beginning added, face more extreme. | 0 |
| 196 | WFA0605 | WFA0605_v019 | Arda Uysal | anim | 1/27/2016 10:36:07 | WFA0605_anim_v011 | Slate notes: eyes closed until the end | 0 |
| 197 | WFA0605 | WFA0605_v018 | Arda Uysal | anim | 1/26/2016 12:14:37 | WFA0605_anim_v010 | Slate notes: beast keeps looking at wolf, more pain in mouth and eyes around 1064 | 0 |
| 198 | WFA0605 | WFA0605_v017 | Arda Uysal | anim | 1/25/2016 16:41:55 | WFA0605_anim_v009 | Slate notes: intersection issue sorted | 0 |
| 199 | WFA0605 | WFA0605_v016 | Arda Uysal | anim | 1/25/2016 16:19:00 | WFA0605_anim_v008 | Slate notes: ians notes addressed | 0 |
| 200 | WFA0605 | WFA0605_v015 | Arda Uysal | anim | 1/25/2016 11:21:50 | WFA0605_anim_v007 | Slate notes: wip | 0 |
| 201 | WFA0605 | WFA0605_v014 | Arda Uysal | anim | 1/22/2016 13:49:44 | WFA0605_anim_v006 | Slate notes: reblock to test the turning idea | 0 |
| 202 | WFA0605 | WFA0605_v013 | Arda Uysal | anim | 1/19/2016 19:18:03 | WFA0605_anim_v005 | Slate notes: beast rolling in the beginning | 0 |
| 203 | WFA0605 | WFA0605_v012 | Arda Uysal | anim | 1/19/2016 11:25:07 | WFA0605_anim_v004 | Slate notes: to discuss with ian | 0 |
| 204 | WFA0605 | WFA0605_v011 | Arda Uysal | anim | 1/14/2016 16:51:23 | WFA0605_anim_v003 | Slate notes: wip to discuss with ian | 0 |
| 205 | WFA0605 | WFA0605_v010 | Arda Uysal | anim | 1/13/2016 12:29:51 | WFA0605_anim_v002 | Slate notes: reblocked close to previs | 0 |
| 206 | WFA0605 | WFA0605_v009 | Arda Uysal | anim | 1/11/2016 18:38:30 | WFA0605_anim_v001 | Slate notes: wip to discuss with ian | 0 |
| 207 | WFA0605 | WFA0605_v008 | Daniel Naughton | light | 1/11/2016 11:56:16 | wfa0605_lightcomp_v005 | Slate notes: first look lighting Overlay notes: first look lighting | 0 |
| 208 | WFA0605 | WFA0605_v007 | Daniel Naughton | light | 1/7/2016 13:25:59 | wfa0605_lightcomp_v004 | Slate notes: first look WIP - too neutral - rim too hot Overlay notes: first look WIP - too neutral - rim too hot | 0 |
| 209 | WFA0605 | WFA0605_anim_qc_v002 | Bruno Nicko | anim | 1/4/2016 11:14:16 | WFA0605_anim_qc_v002 | Slate notes: QC Render - POSTVIS | 1 |
| 210 | WFA0605 | WFA0605_anim_qc_v001 | Bruno Nicko | anim | 12/22/2015 17:53:47 | WFA0605_anim_qc_v001 | Slate notes: QC Render - POSTVIS | 1 |
| 211 | WFA0605 | WFA0605_ingestcheck_v003 | Danny Singh | edit | 12/22/2015 15:38:38 | WFA0605_ingestcheck_v003 | Slate notes: Ingestion check from Plate Ingestion | 1 |
| 212 | WFA0605 | WFA0605_avidref_v003 | Danny Singh | edit | 12/22/2015 15:17:39 | WFA0605_avidref_v003 | Slate notes: avidref | 1 |
| 213 | WFA0605 | WFA0605_v006 | Carolyn Wong | rig | 12/16/2015 19:41:21 | WFA0605_beast_transfer_20151215 | Slate notes: Updated mova transfer, anim rig 55, mova rig 15, model 156 | 0 |
| 214 | WFA0605 | WFA0605_ingestcheck_v002 | Craig Sheppard | edit | 12/3/2015 16:48:28 | WFA0605_ingestcheck_v002 | Slate notes: Ingestion check from Plate Ingestion | 1 |
| 215 | WFA0605 | WFA0605_avidref_v002 | Craig Sheppard | edit | 12/3/2015 16:20:50 | WFA0605_avidref_v002 | Slate notes: avidref | 1 |
| 216 | WFA0605 | WFA0605_v005 | Carolyn Wong | rig | 9/28/2015 11:00:21 | WFA0605_beast_v002 | Slate notes: Updated to rig v34 and model v124 Overlay notes: Updated to rig v34 and model v124 | 0 |
| 217 | WFA0605 | WFA0605_pl01_grade_qc_v100 | Henrique Moser | plate | 9/21/2015 20:22:47 | WFA0605_pl01_grade_qc_v100 | Slate notes: fixed reverse neutral grades | 1 |
| 218 | WFA0605 | WFA0605_v004 | Daniel Naughton | light | 9/21/2015 15:20:20 | wfa0605_lightcomp_v003 | Slate notes: Out of box HDR Overlay notes: Out of box HDR | 0 |
| 219 | WFA0605 | WFA0605_v003 | Daniel Naughton | light | 9/21/2015 13:11:51 | wfa0605_lightcomp_v001 | Slate notes: Out of box HDR Overlay notes: Out of box HDR | 0 |
| 220 | WFA0605 | WFA0605_paint_pl01_cleanplate_v001 | Paul Chapman | paint | 9/21/2015 11:51:46 | WFA0605_paint_pl01_cleanplate_v001 | Slate notes: cleanplate reshoot | 1 |
| 221 | WFA0605 | hdr_enchanted_woods_h_stage_v069y_20150522_set01_tt | Diego Piccinato | comp | 9/18/2015 16:10:27 | hdr_enchanted_woods_h_stage_v069y_20150522_set01_tt | Slate notes: \'hdr_enchanted_woods_h_stage_v069y_20150522_set01 | 1 |
| 222 | WFA0605 | WFA0605_paint_pl01_pl01_cleanplate_overlay_v002 | Paul Chapman | comp | 9/16/2015 17:38:52 | WFA0605_paint_pl01_pl01_cleanplate_overlay_v002 | Slate notes: pl01_cleanplate update | 1 |
| 223 | WFA0605 | WFA0605_paint_pl01_pl01_cleanplate_v002 | Paul Chapman | comp | 9/16/2015 17:38:47 | WFA0605_paint_pl01_pl01_cleanplate_v002 | Slate notes: pl01_cleanplate update | 1 |
| 224 | WFA0605 | WFA0605_paint_pl01_pl01_cleanplate_overlay_v001 | Paul Chapman | comp | 9/14/2015 16:12:41 | WFA0605_paint_pl01_pl01_cleanplate_overlay_v001 | Slate notes: pl01_cleanplate_v001 | 1 |
| 225 | WFA0605 | WFA0605_paint_pl01_pl01_cleanplate_v001 | Paul Chapman | comp | 9/14/2015 16:12:40 | WFA0605_paint_pl01_pl01_cleanplate_v001 | Slate notes: pl01_cleanplate_v001 | 1 |
| 226 | WFA0605 | WFA0605_v002 | Nathan Budarick | rig | 9/14/2015 11:05:09 | solvedScene_md | Slate notes: solved mova scene QC | 0 |
| 227 | WFA0605 | WFA0605_anim_qc_v001 | Darren Williams | anim | 9/9/2015 11:47:22 | WFA0605_anim_qc_v001 | Slate notes: QC Render | 1 |
| 228 | WFA0605 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam2 | Darren Williams | mocap | 9/9/2015 11:35:30 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam2 | Slate notes: LitCam2 | 1 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC/Edit |
| 229 | WFA0605 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_ProjectedFront | Darren Williams | mocap | 9/9/2015 11:35:18 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_ProjectedFront | Slate notes: ProjectedFront | 1 |
| 230 | WFA0605 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam3 | Darren Williams | mocap | 9/9/2015 11:35:15 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam3 | Slate notes: LitCam3 | 1 |
| 231 | WFA0605 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam1 | Darren Williams | mocap | 9/9/2015 11:35:07 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam1 | Slate notes: LitCam1 | 1 |
| 232 | WFA0605 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_ProjectedSide | Darren Williams | mocap | 9/9/2015 11:35:06 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_ProjectedSide | Slate notes: ProjectedSide | 1 |
| 233 | WFA0605 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam2 | Darren Williams | edit | 9/9/2015 10:49:21 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam2 | Slate notes: LitCam2 | 1 |
| 234 | WFA0605 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_ProjectedFront | Darren Williams | edit | 9/9/2015 10:49:21 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_ProjectedFront | Slate notes: ProjectedFront | 1 |
| 235 | WFA0605 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam3 | Darren Williams | edit | 9/9/2015 10:49:05 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam3 | Slate notes: LitCam3 | 1 |
| 236 | WFA0605 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam1 | Darren Williams | edit | 9/9/2015 10:49:04 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam1 | Slate notes: LitCam1 | 1 |
| 237 | WFA0605 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam1 | Darren Williams | edit | 9/9/2015 10:49:02 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_LitCam1 | Slate notes: LitCam1 | 1 |
| 238 | WFA0605 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_ProjectedSide | Darren Williams | edit | 9/9/2015 10:48:55 | BEAST_WFA0605_DStevens_5_29_Mova_t17_2005_2080_ProjectedSide | Slate notes: ProjectedSide | 1 |
| 239 | WFA0605 | WFA0605_MOVA_PIP_150811_aligned | Craig Sheppard | ref | 8/28/2015 13:01:30 | WFA0605_MOVA_PIP_150811_aligned | | 1 |
| 240 | WFA0605 | WFA0605_MOVA_150811_aligned | Craig Sheppard | ref | 8/28/2015 13:00:42 | WFA0605_MOVA_150811_aligned | | 1 |
| 241 | WFA0605 | WFA0605_v001 | Yohan Joo | integ | 8/25/2015 12:14:14 | WFA0605_integ_tracktest_pl01_v001 | Slate notes: initial track test pl01 v001 | 0 |
| 242 | WFA0605 | WFA0605_grade_v001 | Henrique Moser | plate | 8/24/2015 16:14:43 | WFA0605_grade_v001 | Slate notes: neutral grade plate | 1 |
| 243 | WFA0605 | WFA0605_ingestcheck_v001 | Darren Williams | scanrec | 8/18/2015 9:34:35 | WFA0605_ingestcheck_v001 | Slate notes: Ingestion check from Plate Ingestion | 1 |
| 244 | WFA0605 | WFA0605_MOVA_PIP_150811 | Luke Botteron | edit | 8/11/2015 16:23:59 | WFA0605_MOVA_PIP_150811 | Slate notes: WFA0605_MOVA_PIP_150811 | 1 |
| 245 | WFA0605 | WFA0605_MOVA_150811 | Luke Botteron | edit | 8/11/2015 16:23:48 | WFA0605_MOVA_150811 | Slate notes: WFA0605_MOVA_150811 | 1 |
| 246 | WFA0605 | WFA0605_avidref_v001 | Luke Botteron | edit | 8/10/2015 15:04:52 | WFA0605_avidref_v001 | Slate notes: avidref | 1 |
| 247 | WFA0605 | WFA0605_ref02_v100 | Darren Williams | scanrec | 8/7/2015 18:51:55 | WFA0605_ref02_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |
| 248 | WFA0605 | WFA0605_ref01_v100 | Darren Williams | scanrec | 8/7/2015 18:43:46 | WFA0605_ref01_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |
| 249 | WFA0605 | WFA0605_cp01_v100 | Darren Williams | scanrec | 8/7/2015 18:41:51 | WFA0605_cp01_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |
| 250 | WFA0605 | WFA0605_pl01_v100 | Darren Williams | scanrec | 8/7/2015 18:38:39 | WFA0605_pl01_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |
| 251 | WFA0605 | WFA0605_tile04_v100 | Darren Williams | scanrec | 8/7/2015 18:37:03 | WFA0605_tile04_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |
| 252 | WFA0605 | WFA0605_tile03_v100 | Darren Williams | scanrec | 8/7/2015 18:37:00 | WFA0605_tile03_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |
| 253 | WFA0605 | WFA0605_tile01_v100 | Darren Williams | scanrec | 8/7/2015 18:36:49 | WFA0605_tile01_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |
| 254 | WFA0605 | WFA0605_tile06_v100 | Darren Williams | scanrec | 8/7/2015 18:36:45 | WFA0605_tile06_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Shot | Version Name | Artist | Role | Date Created | Original Name | Description | Ref/QC/Edit |
| 255 | WFA0605 | WFA0605_wit02_v100 | Darren Williams | scanrec | 8/7/2015 18:36:29 | WFA0605_wit02_v100 | Slate notes: plate ingestion using preset: jpg_dailies_witcam | 1 |
| 256 | WFA0605 | WFA0605_tile02_v100 | Darren Williams | scanrec | 8/7/2015 18:36:26 | WFA0605_tile02_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |
| 257 | WFA0605 | WFA0605_tile05_v100 | Darren Williams | scanrec | 8/7/2015 18:36:17 | WFA0605_tile05_v100 | Slate notes: plate ingestion using preset: jpg_dailies_scanrec | 1 |
| 258 | WFA0605 | WFA0605_wit01_v100 | Darren Williams | scanrec | 8/7/2015 18:36:07 | WFA0605_wit01_v100 | Slate notes: plate ingestion using preset: jpg_dailies_witcam | 1 |