| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
|   | kelly.klaus@mto.com |
| 2 | BLANCA F. YOUNG (SBN 217533) |
|   | blanca.young@mto.com |
| 3 | TERESA A. REED DIPPO (SBN 315960) |
|   | teresa.reeddippo@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street, 27th Floor |
| 5 | San Francisco, California 94105-2907 |
|   | Telephone:    (415) 512-4000 |
| 6 | Facsimile:    (415) 512-4077 |
| 7 | GINGER D. ANDERS (*pro hac vice*) |
|   | ginger.anders@mto.com |
| 8 | MUNGER, TOLLES & OLSON LLP |
|   | 601 Massachusetts Ave. NW, Suite 500 East |
| 9 | Washington, DC 20001-5369 |
|   | Telephone:    (202) 220-1100 |
| 10 | Facsimile:    (202) 220-2300 |
| 11 | GLENN D. POMERANTZ (SBN 112503) |
|   | glenn.pomerantz@mto.com |
| 12 | ERIN J. COX (SBN 267954) |
|   | erin.cox@mto.com |
| 13 | JOHN L. SCHWAB (SBN 301386) |
|   | john.schwab@mto.com |
| 14 | MUNGER, TOLLES & OLSON LLP |
|   | 350 South Grand Avenue, 50th Floor |
| 15 | Los Angeles, California 90071-3426 |
|   | Telephone:    (213) 683-9100 |
| 16 | Facsimile:    (213) 687-3702 |
| 17 | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC et al., | Case Nos.   4:17-cv-04006-JST |
| Plaintiffs, | 4:17-cv-04191-JST |
| vs. | **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |
| THE WALT DISNEY COMPANY et al., | |
| Defendants, | **DECLARATION OF MIMI STEELE IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON CAUSAL NEXUS ISSUE** |
| REARDEN LLC et al., | |
| Plaintiffs, | |
| vs. | Judge:   Hon. Jon S. Tigar |
| TWENTIETH CENTURY FOX FILM CORPORATION et al., | Date:    To be set |
| | Time:    To be set |
| Defendants. | Ctrm.:   6 (2nd Floor) |

Case Nos. 17-cv-04006, 17-cv-04191

DECLARATION OF MIMI STEELE

I, Mimi Steele, hereby declare:

1. I am a Vice President, Visual Effects at Walt Disney Pictures Productions, LLC ("WDPP"). The facts stated in this Declaration are based upon my personal knowledge, my review of the books and records of WDPP, or information provided to me in my capacity as Vice President, Visual Effects at WDPP and, if called to testify, I could and would competently testify thereto.

2. An affiliate of WDPP produced *Beauty and the Beast*, which was released by Walt Disney Pictures. On behalf of WDPP, I consulted on the visual effects used in connection with *Beauty and the Beast*. WDPP did not produce *Beauty and the Beast,* and I was not the general visual effects supervisor for *Beauty and the Beast*. One of my core responsibilities was to identify talent to serve as the visual effects producer for the motion picture and to work with them to set a budget for visual effects. The person selected was Steve Gaub, an independent contractor hired by the WDPP affiliate that produced *Beauty and the Beast.* Mr. Gaub worked with visual effects vendors to schedule and budget for visual effects in connection with *Beauty and the Beast.*

3. I suggested that Mr. Gaub consider Digital Domain 3.0, Inc. ("DD3") as a visual effects vendor for *Beauty and the Beast*. My reason for doing so was largely based on what I viewed as the impressive capabilities of DD3's proprietary software, Direct Drive. I had previously been shown a demo reel of DD3's Direct Drive technology and immediately saw its advantages: the technology could do a significant amount of the animation needed to transform the output of a facial capture, reducing the total amount of hand animation required. I viewed the initial step of facial capture as something that was interchangeable among various vendors—it was the capabilities of Direct Drive that I thought set DD3 apart.

4. DD3 was hired to provide a range of visual effects services, including facial motion capture services for the Beast. Mr. Gaub and David Feinsilber, another independent contractor hired as the production manager for visual effects, worked with DD3. The first time I can recall seeing an animated version of the Beast, it was a grey-shaded model. I was later shown an animated version of the Beast that included fur. By adding the fur to the Beast's face, the facial expressions (especially nuanced expressions) were largely lost. The animators needed to go back

1. and exaggerate the Beast's expressions and further refine the model so that, for example, a smile
2. would read correctly as a smile.
3.     5. The total visual effects budget for *Beauty and the Beast* was approximately ▓ million.
4. DD3 was paid approximately ▓ million for its visual effects work on the motion picture. I was
5. able to locate one payment to DD3 of ▓ described as for facial motion capture scanning, but
6. was not able to locate any invoice from DD3 for use of the MOVA Contour system.
7.     6. I declare under penalty of perjury that the foregoing is true and correct.
8. Executed this 27 day of Feb 2019 at Burbank, CA

/s/ Mimi Steele