KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
BLANCA F. YOUNG (SBN 217533)
blanca.young@mto.com
TERESA A. REED DIPPO (SBN 315960)
teresa.reeddippo@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

GINGER D. ANDERS (*pro hac vice*)
ginger.anders@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 East
Washington, DC 20001-5369
Telephone:   (202) 220-1100
Facsimile:   (202) 220-2300

GLENN D. POMERANTZ (SBN 112503)
glenn.pomerantz@mto.com
ERIN J. COX (SBN 267954)
erin.cox@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THE WALT DISNEY COMPANY et al.,<br><br>　　　　　Defendants, | Case Nos.   4:17-cv-04006-JST<br><br>**DECLARATION OF TERESA A. REED DIPPO IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON CAUSAL NEXUS ISSUE** |
| REARDEN LLC et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION et al.,<br><br>　　　　　Defendants. | Judge:   Hon. Jon S. Tigar<br>Date:     To be set<br>Time:    To be set<br><br>Ctrm.:    6 (2nd Floor) |

1   I, Teresa A. Reed Dippo, hereby declare:

2       1.    I am admitted to practice before all of the courts of the State of California and this Court. I am an attorney at the law firm of Munger, Tolles & Olson LLP, counsel for Defendants in the above-captioned matter. I submit this declaration in support of the Motion for Summary Judgment on Causal Nexus Issue filed by Defendants The Walt Disney Company, Walt Disney Motion Pictures Group, Inc., Buena Vista Home Entertainment, Inc., Marvel Studios, LLC, and Mandeville Films, Inc. Except as to those matters stated on information and belief, the contents of this declaration are based on my personal knowledge. Where matters are stated on information and belief, I am reliably informed of such matters and believe them to be true. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

    2.    On February 28, 2019, a physical copy of the *Beauty and the Beast* DVD/Blu-ray disc set was lodged with this Court. *See* No. 17-cv-04006-JST, ECF No. 139-13. Attached as Exhibit A is a notification of this manual filing.

    3.    On February 28, 2019, a physical copy of the *Guardians of the Galaxy* DVD/Blu-ray disc set was lodged with this Court. *See* No. 17-cv-04006-JST, ECF No. 139-14. Attached as Exhibit B is a notification of this manual filing.

    4.    On February 28, 2019, a physical copy of the *Avengers: Age of Ultron* DVD set has was lodged with this Court. *See* No. 17-cv-04006-JST, ECF No. 139-15. Attached as Exhibit C is a notification of this manual filing.

    5.    Attached as Exhibit D is a true and correct copy of excerpts from the transcript of the June 12, 2020 deposition of Darren Hendler.

    6.    Attached as Exhibit E is a true and correct copy of excerpts from the transcript of the May 28, 2020 deposition of Hao Li.

    7.    Attached as Exhibit F is a true and correct copy of excerpts from the transcript of the March 11, 2020 deposition of Mimi Steele.

    8.    Attached as Exhibit G is a true and correct copy of Defendant The Walt Disney Company's Amended Objections and Responses to Plaintiffs' First Requests for Admission.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2 true and correct and that I executed this declaration this 14th day of October 2020 at San
3 Francisco, California.

*/s/ Teresa A. Reed Dippo*
Teresa A. Reed Dippo