# EXHIBIT A

```
                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

                      OAKLAND DIVISION

                         --oOo--

SHENZHENSHI HAITIECHENG        )
SCIENCE AND TECHNOLOGY CO.,    )
LTD., a People's Republic of   )
China corporation,             )
                               )
          Plaintiff,           )
                               )
     v.                        ) Case No.
                               )  CV-00797 JST (SK)
                               )
VIRTUE GLOBAL HOLDINGS         )
LIMITED, a business company    )
incorporated in the British    )
Virgin Islands,                )
                               )
          Intervenor.          )
                               )
                               )
REARDEN, LLC, a California     )
Limited Liability Company;     )
REARDEN MOVA, LLC, a LLC, a    )
California Limited Liability   )
Company; and MOVA, LLC, a      )
California Limited Liability   )
Company,                       )
                               )
          Defendants.          )
_____)
                               )
AND RELATED COUNTERCLAIMS      )
_____)

DUE TO COVID-19 PANDEMIC RULES, THIS REMOTE HEARING WAS

           CONDUCTED VIA ZOOM CONFERENCING

   BEFORE THE HONORABLE SPECIAL MASTER MARTIN QUINN

             Thursday, September 24, 2020

REPORTED BY:  TERESA KENWORTHY, CSR No. 6673
```

```
 1   have questions.  I don't want just rambling comments.
 2   But if you have questions, clarifying questions or
 3   something of counsel --
 4           MR. SCHULMAN:  I thought that the parties had
 5   stipulated that the .MA files were -- contained
 6   sufficient amounts of software that they would be
 7   returnable.  I'm not sure exactly what I said.
 8           Ben, I thought you could agree that the .MA files
 9   were to be treated as software given that they do
10   contain not only but very significant amounts of source
11   code in them, they may also contain the seeds.  It's
12   just a question of are .MA files returnable in dispute.
13           MR. KLEINMAN:  They are.  And so .MEL files are
14   not in dispute.  I think .MA files -- and it is
15   possible that I confused .MA and .MEL or got confused
16   in the thread or wasn't aware of the difference at the
17   time.  But the .MA files, as you say, contain -- if
18   they also contain source code, I'm not fully aware of
19   that, but they for sure contain the output of the
20   scene.
21           MR. SCHULMAN:  Fine.  I just wanted to know if
22   there was still a question about that.
23           Let me just note one factual thing, which is that
24   the post-injunction Beast output goes extensively
25   through at least most of July.  And so it is not only of
```

```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
                      OAKLAND DIVISION

SHENZHENSHI HAITIECHENG         )
SCIENCE AND TECHNOLOGY CO.,     )
LTD., a People's Republic of    )
China corporation,              )
                                )
        Plaintiff,              )
                                )
     v.                         ) Case No.
                                ) CV-00797 JST (SK)
REARDEN, LLC, a California      )
Limited Liability Company;      )
REARDEN MOVA, LLC, a LLC, a     )
California Limited Liability    )
Company; and MOVA, LLC, a       )
California Limited Liability    )
Company,                        )
        Defendants.             )
_____)
AND RELATED COUNTERCLAIMS       ) REPORTER'S CERTIFICATE
```

I, TERESA KENWORTHY, Certified Shorthand Reporter of the State of California, do hereby certify that the foregoing pages 1 through 59, inclusive, comprises a true and correct transcript of the proceedings had in the above-entitled matter held on September 24, 2020.

IN WITNESS WHEREOF, I have subscribed this certificate at Auburn, California on October 12, 2020.

_____
TERESA KENWORTHY, CSR No. 6673