STEVE BERMAN (*pro hac vice*)
MARK CARLSON (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

PHILIP GRAVES (CBA No. 153441)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
philipg@hbsslaw.com

RIO PEARCE, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiffs*
Rearden LLC and Rearden Mova LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>Defendants.<br><br>REARDEN LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, *et al.*,<br><br>Defendants. | No. 4:17–CV 04006-JST-SK<br>No. 4:17–CV-04191-JST-SK<br><br>**DECLARATION OF MARK S. CARLSON IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CAUSAL NEXUS ISSUE**<br><br>Judge:   Hon. Jon S. Tigar<br>Date:    To be set<br>Time:    To be set<br><br>Ctrm.:   6, 2nd Floor |

I, MARK CARLSON, declare as follows:

1. I am an attorney with Hagens Berman Sobol Shapiro LLP, and I am one of the firm's lawyers representing the plaintiffs in this case. I have personal knowledge of the facts stated in this declaration, and could testify with respect to those facts under oath if called upon to do so.

2. The document attached as Exhibit 1 is a true and correct copy of an email from Rachel Kennedy to Bill Condon, et al. dated March 4, 2015, produced in this litigation as MAND-REARDEN-0000003.

3. The document attached as Exhibit 2 is a true and correct copy of excerpts from the deposition of David Hoberman, taken on March 4, 2020.

4. The document attached as Exhibit 3 is a true and correct copy of the *Beauty and the Beast* Press Kit, produced in this litigation as DIS-REARDEN-0007938-98.

5. The document attached as Exhibit 4 is a true and correct copy of an email from William C. Hendley to Bill Condon dated November 10, 2016 attaching production notes for *Beauty and the Beast*, produced in this litigation as MAND-REARDEN-0001016-32.

6. The document attached as Exhibit 5 is a true and correct copy of excerpts from the deposition of William Condon, taken on July 29 and 30, 2020.

7. The file attached as Exhibit 6 is a true and correct copy of a video of the February 20, 2017 *Beauty and the Beast* press conference in Paris, France, featuring the director and leading cast members of the film. This exhibit corresponds to Exhibit 4 of the Declaration of Richard Dadufalza.

8. The file attached as Exhibit 7 is a true and correct copy of a video clip from the deposition of William Condon, taken on July 30, 2020. This document corresponds to Exhibit 8 of the Declaration of Richard Dadufalza.

9. The document attached as Exhibit 8 is a true and correct copy of an excerpt from the Agreement between Dan Stevens and Chip Pictures, Inc. produced in this litigation as DIS-REARDEN-0015072.

10. The document attached as Exhibit 9 is a true and correct copy of an excerpt from the Agreement between Emma Watson and Cogsworth Productions, Limited produced in this litigation as DIS-REARDEN-0015073.

DECLARATION OF MARK CARLSON IN OPPOSITION - 1
TO MOTION FOR SUMMARY JUDGMENT
Case No. 4:17-cv-04006; -4191-JST

1   11.     The document attached as Exhibit 10 is a true and correct copy an excerpt from the Agreement between Nicole Enterprises, Inc. furnishing services of Bill Condon and Walt Disney Pictures produced in this litigation as DIS-REARDEN-0015071.

12.     The attached as Exhibit 11 is a true and correct copy of a video of the IMAX advance screening, broadcast on Facebook worldwide on March 6, 2017 downloaded from https://www.youtube.com/watch?v=4h_YllMlUkc on May 19, 2020.  This exhibit corresponds to Exhibit 1 of the Declaration of Richard Dadufalza.

13.     The file attached as Exhibit 12 is a true and correct copy of a video clip from the deposition of William Condon, taken on July 30, 2020.  This document corresponds to Exhibit 9 of the Declaration of Richard Dadufalza.

14.     The document attached as Exhibit 13 is a true and correct copy of a video titled "How Dan Stevens Transformed Into Beauty's Beast" downloaded from https://people.com/movies/dan-stevens-transformation-beauty-and-the-beast/ on May 19, 2020.  This document corresponds to Exhibit 2 of the Declaration of Richard Dadufalza.

15.     The document attached as Exhibit 14 is a true and correct copy of an article "A 40-Lb. Muscle Suit, Waltzing on Stilts:  How Dan Stevens Transformed into Beauty's Beast published on March 17, 2017 at the following URL: https://people.com/movies/dan-stevens-transformation-beauty-and-the-beast/ on November 5, 2020.  This document corresponds to Exhibit 5 of the Declaration of Richard Dadufalza.

16.     The document attached as Exhibit 15 is a true and correct copy a video titled "BEAUTY AND THE BEAST interviews - Dan Stevens, Josh Gad, Luke Evans, Audra McDonald, Alan Menken" downloaded from https://www.youtube.com/watch?v=DVogFscddVY on May 19, 2020.  This document corresponds to Exhibit 3 of the Declaration of Richard Dadufalza.

17.     The document attached as Exhibit 16 is a true and correct copy of document titled "BEAUTY AND THE BEAST Bill Condon Sound Ups & Interview Questions", produced in this litigation as REARDEN-CONDON-0001004-16.

18. The document attached as Exhibit 17 is a true and correct copy of an email from Max Jacoby to David Hoberman dated May 3, 2017, produced in this litigation as MAND-REARDEN-0001406.

19. The document attached as Exhibit 18 is a true and correct copy of an email from Alan Horn to Brooks Barnes forwarding an article titled "'Beauty and the Beast': Disney's $300 Million Gamble", produced in this litigation as DIS-REARDEN-011287-90.

20. The document attached as Exhibit 19 is a true and correct copy of a Collider article titled "Kevin Feige Talks AVENGERS: AGE OF ULTRON, ANT-MAN, DOCTOR STRANGE, the Future of the Marvel Cinematic Universe, Plans for Thanos, and Much More" dated July 26, 2014, http://collider.com/avengers-2-details-thanos-kevin-feige/ (last accessed October 9, 2020).

21. The document attached as Exhibit 20 is a true and correct copy of a press release titled "Marvel and Luma Pictures Bring Legendary Supervillain Thanos To The Big Screen For Marvel's 'Guardians of the Galaxy' dated August 2014, produced in this litigation as DIS-REARDEN-0010942-44.

22. The file attached as Exhibit 21 is a true and correct copy of a video of the *Beauty of a Tale* featurette.  This exhibit corresponds to Exhibit 6 of the Declaration of Richard Dadufalza.

23. The file attached as Exhibit 22 is a true and correct copy of a video of the *From Comics to Screen…to Screen: MAGIC!* promotional featurette.  This exhibit corresponds to Exhibit 7 of the Declaration of Richard Dadufalza.

24. The file attached as Exhibit 23 is a true and correct copy of a video of the *Beauty and the Beast trailer* released on November 14, 2016 produced in this litigation as DIS-REARDEN-0000326.

25. The file attached as Exhibit 24 is a true and correct copy of a video clip from the deposition of William Condon, taken on July 30, 2020.  This exhibit corresponds to Exhibit 10 of the Declaration of Richard Dadufalza.

26. The document attached as Exhibit 25 is a true and correct copy of Defendant The Walt Disney Company's Amended Objections and Responses to Plaintiffs' First Requests for Admission dated September 30, 2020.

DECLARATION OF MARK CARLSON IN OPPOSITION - 3
TO MOTION FOR SUMMARY JUDGMENT
Case No. 4:17-cv-04006; -4191-JST

27. The document attached as Exhibit 26 is a true and correct copy of a Variety article titled "'Beauty and the Beast' Trailer Sets Record for Most Views in 24 Hours" dated November 15, 2016 marked as Exhibit 140 from the deposition of William Condon, taken on July 29, 2020.

28. The document attached as Exhibit 27 is a true and correct copy of a 2018 report by the National Research Group titled The State of Moviegoing, produced in this litigation as FOX-REARDEN-0001326-435.

29. The document attached as Exhibit 28 is a true and correct copy of the Stipulation and Certification Pursuant to Fed. R. Evid. 902(11) Regarding Certain Records Produced by Defendants.

30. The document attached as Exhibit 29 is a true and correct copy of an email from David Hoberman to Bill Condon, et al. dated December 5, 2015, produced in this litigation as MAND-REARDEN-0000775.

31. The file attached as Exhibit 30 is a true and correct copy of a video produced by Digital Domain 3.0 in this litigation as WD-DD3-000000010.

32. The document attached as Exhibit 31 is a true and correct copy of an email from Mary Richards to Jerry Ketcham dated August 14, 2014, produced in this litigation as MAND-REARDEN-0000828.

33. The document attached as Exhibit 32 is a true and correct copy of excerpts from the deposition of Hao Li, taken on May 28, 2020.

I declare that the foregoing is true and correct under penalty of perjury.

DATED:  November 18, 2020                          Signed in Seattle, Washington, by:

                                                                     /s/ Mark Carlson
                                                                     Mark Carlson