Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Ste. 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Philip Graves (CBA No. 153441)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
philipg@hbsslaw.com

Rio S. Pierce, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiff*
Rearden LLC and Rearden Mova LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>Defendants. | Case No.  4:17-cv-04006-JST<br>4:17-cv-04191-JST<br><br>**DECLARATION OF RICHARD DADUFALZA IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON CAUSAL NEXUS ISSUE**<br><br>Judge:  Hon. Jon S. Tigar<br>Date:  To be set<br>Time:  To be set<br><br>Ctrm.:  6, 2nd Floor |
| REARDEN LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, *et al.*,<br><br>Defendants. | |

1    I, Richard Dadufalza, declare as follows:

2    1.    I am employed by Hagens Berman Sobol Shapiro LLP as the firm's Help Desk

3  Systems Administrator.  I make this declaration based on my personal knowledge, and and if called

4  as a witness, I could testify competently as to the matters stated herein.

5    2.    On May 19, 2020, I downloaded a copy of "Beauty and the Beast cast live Q&A on

6  Facebook," the IMAX Advance Screening at the TCL Chinese Theater in Los Angeles on March 7,

7  2017 at the following URL:  https://www.youtube.com/watch?v=4h_YllMlUkc  A true and correct

8  copy is attached hereto as Exhibit 1.

9    3.    On May 19, 2020, I downloaded a copy of "Beauty & The Beast: How Dan Stevens

10  Transformed Into Beauty's Beast | People NOW | People," the *People* magazine interview of Dan

11  Stevens on March 16, 2017 at the following URL:

12  https://www.youtube.com/watch?v=m5_5YW6ozHo  A true and correct copy is attached hereto as

13  Exhibit 2.

14    4.    On May 19, 2020, I downloaded a copy of "BEAUTY AND THE BEAST interviews

15  - Dan Stevens, Josh Gad, Luke Evans, Audra McDonald, Alan Menken," the Fox 5 entertainment

16  reporter, Kevin McCarthy interview of *Beauty and the Beast* cast members on March 4, 2017 at the

17  following URL:  https://www.youtube.com/watch?v=DVogFscddVY  A true and correct copy is

18  attached hereto as Exhibit 3.

19    5.    On June 1, 2020, I downloaded a copy of the *Beauty and the Beast* Paris press

20  conference with the film's cast on February 20, 2017 at the following URL:

21  https://www.youtube.com/watch?v=R9mKV_gklgw  A true and correct copy is attached hereto as

22  Exhibit 4.

23    6.    On November 5, 2020, I downloaded a copy of the People.com article entitled "A 40-

24  Lb. Muscle Suit, Waltzing on Stilts:  How Dan Stevens Transformed into Beauty's Beast published

25  on March 17, 2017 at the following URL:  https://people.com/movies/dan-stevens-transformation-

26  beauty-and-the-beast/  A true and correct copy is attached hereto as Exhibit 5.

27    7.    On October 20, 2020, beginning with the Blu-ray versions of *Beauty and the Beast*

28  and *Deadpool*, I captured video clips from these two disks, including portions of the *Beauty of a Tale*

DECLARATION OF RICHARD DADUFALZA - 1
Case No.: 4:17-cv-04006-JST, 4:17-cv-04191-JST

1    and *Deadpool: From Comics to Screen…to Screen!* Featurettes.  Copies of thes video clips are

2    attached hereto as Exhibits 6 and 7, respectively.

3         8.      On November 10, 2020, I captured a video clip at time stamps 1:57-2:51; 4:45-10:10

4    of the video transcript of the deposition of William Condon dated July 30, 2020.  A true and correct

5    copy is attached hereto as Exhibit 8.

6         9.      On November 10, 2020, I captured a video clip at time stamps 10:20-13:44 of the

7    video transcript of the deposition of William Condon dated July 30, 2020.  A true and correct copy is

8    attached hereto as Exhibit 9.

9         10.     On November 10, 2020, I captured a video clip at time stamps 13:51-18:48 of the

10   video transcript of the deposition of William Condon dated July 30, 2020.  A true and correct copy is

11   attached hereto as Exhibit 10.

12        I declare under penalty of perjury that the foregoing is true and correct.

13   Executed on November 18, 2020          Signed in Seattle, Washington by:

14

15                                           Richard Dadufalza

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF RICHARD DADUFALZA - 2
Case No.: 4:17-cv-04006-JST, 4:17-cv-04191-JST