Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Ste. 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Philip Graves (CBA No. 153441)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
philipg@hbsslaw.com

Rio S. Pierce, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiffs*
Rearden LLC and Rearden Mova LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>    Defendants. | No. 4:17–CV 04006-JST-SK<br>No. 4:17–CV-04191-JST-SK<br><br>**DECLARATION OF PHILIP FIER IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON CAUSAL NEXUS ISSUE**<br><br>Judge:  Hon. Jon S. Tigar<br>Date:   To be set<br>Time:  To be set<br><br>Ctrm.:  6, 2nd Floor |
| REARDEN LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, *et al.*,<br><br>    Defendants. | |

I, Philip Fier, declare as follows:

1. Summary of your background, education and experience as it pertains to the marketing and promoting of motion pictures and the subject matter of the declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of my *curriculum vitae*.

**MATERIALS RELIED UPON**

3. Attached hereto as Exhibit 2 is a list of materials provided to me by Rearden's attorneys for my consideration.

4. Attached hereto as Exhibit 3 is a list of other materials that I considered.

**ASSIGNMENT**

5. Rearden's attorneys have asked me to express my opinions on the following subjects: (a) the gross revenue (worldwide) and estimated profit for *Beauty and the Beast, Deadpool, Guardians of the Galaxy, Avengers: Age of Ultron, Night at the Museum: Secret of the Tomb,* and *Fantastic Four* ("the films at issue") in the ten-year interval after their release; and (b) whether the November 14, 2016 *Beauty and the Beast Trailer*, and in particular, the CG Beast character as it appeared in the trailer, at least partially caused at least some filmgoers to purchase theater tickets, DVDs, Blu-rays, or to stream *Beauty and the Beast* (2017).

6. I have been compensated for my services in this matter at the rate of $400 per hour.

**SUMMARY OF OPINIONS**

7. The following is a summary of my opinions and conclusions as they pertain to my assignment, which are set forth in more detail in the paragraphs that follow:

8. The films at issue will earn in the ten year interval after their theatrical release gross revenue of between $220 million (*Fantastic Four*) and $1.05 billion (*Beauty and the Beast*). The most profitable films at issue will earn in the same interval gross profits of $436 million (*Beauty and the Beast*), $377 million (*Deadpool*), $426 million (*Guardians of the Galaxy*), and $486 million (*Avengers: Age of Ultron*).

9. Film studios distribute film trailers for the purpose of marketing the subject films to potential audiences, thereby to increase viewings and revenue.

DECLARATION OF PHILIP FIER - 1
Case No.: 4:17-cv-04006-JST, 4:17-cv-04191-JST

10. There is a positive correlation between the number of trailer viewings on youtube.com and worldwide box office gross for the film that is the subject of the trailer.

11. The November 14, 2016 *Beauty and the Beast* trailer, which was touted as the first one showing the Beast with full visual effects, broke all previous 24 hour viewing records for a trailer on youtube.com. The trailer was exceptionally successful in creating audience awareness of the film given the positive correlation between a film's trailer exposure and its worldwide box office performance.

12. As one of the film's two romantic heroes, the Beast is featured prominently in the November 14, 2016 trailer. Disney clearly viewed the quality of the trailer and therefore its widespread appeal as a critical component of its marketing campaign for *Beauty and the Beast*. It was almost certainly one of the most important factors in creating audience interest to see the film, and thus contributed to its very strong box office performance.

## DETAILED OPINIONS

**A.   Gross Revenue and Estimated Gross Profit of the Disney/Fox Films at Issue**

13. Gross revenue for a film is defined as all receipts actually collected by the distributor/studio from the worldwide exploitation of the film. Gross revenue includes, but is not limited to, theatrical (a portion of the box office), home video (the rental and purchase of physical discs such as DVD's and Blurays and the sale of electronic versions), VOD (the rental of digital versions), pay TV (license fees from subscription TV services such as Starz), free TV (license fees from cable channels such as FX, TBS and USA) and consumer products (branded toys, clothing and collectibles).

14. Gross profit equals gross revenue less theatrical and home video distribution and marketing expenses, local language versions, residuals (amounts paid to union members as per collective bargaining agreements), talent contingent compensation (a proportion of defined profits) and the film's production cost. There is no deduction for an allocated portion of distribution overhead or income taxes.

15. Both gross revenue and gross profit are presented on an "ultimates" basis which means the revenues collected and the costs expended in the first 10 years after a film's theatrical

release. Successful films like the ones analyzed herein, still have considerable value after this 10-year period as the studio continues to license the film to TV and consumers still purchase and rent it.

16. I have considerable experience in estimating film performance. In my 30 years in the entertainment industry, I have provided film appraisals and/or ultimates analyses for nearly 10,000 film and TV titles. These analyses have been used in bankruptcy court to settle claims, by the IRS and accounting firms to establish tax bases, by film studios in order to negotiate talent contingent compensation deals, to greenlight and/or acquire films, by investors and lenders and by buyers and sellers of film rights.

17. There are two basic methodologies to estimate the "utltimates" (revenue and costs in the first ten years after release) for a feature film. The first is typically used prior to or soon after a film's release and uses the film's US and international box office to estimate the revenue. There are established correlations between box office and various categories of revenue. Costs are typically a proportion of the revenue. The second method is to use the typical timing of receipts and the actual receipts of the film at a particular date. For example, if it's typical that 80% of a film's home video revenue is collected in the first year after release, one can take this year one home video revenue and divide it by 80% to derive home video revenue the ultimate. In many cases, both methodologies are used as a check against the other. In this analysis, I used both to create the ultimate revenue and costs.

18. Based on that methodology and the resources that I have available to me, I have developed the following estimates of revenue and gross profit for the films at issue. But I reserve the right to modify all of these estimates after the defendants produce detailed financial information on revenue, cost, and profits for the films at issue.

*Beauty and the Beast.* Revenue: $1,046 mm, Gross Profit: $436 mm

*Deadpool.* Revenue: $844 mm, Gross Profit: $377 mm

*Guardians of the Galaxy.* Revenue: $818 mm, Gross Profit: $426 mm

*Avengers: Age of Ultron.* Revenue: $1,100 mm, Gross Profit: $486 mm

*Night at the Museum: Secret of the Tomb.* Revenue: $380 mm, Gross Profit: $70 mm

*Fantastic Four.* Revenue: $220 mm, Gross Loss: ($15 mm)

DECLARATION OF PHILIP FIER - 3
Case No.: 4:17-cv-04006-JST, 4:17-cv-04191-JST

**B.     The November 14, 2016 *Beauty and the Beast* Trailer.**

19.     To maximize the box office, which also maximizes the other revenue streams such as television licensing, the rental and purchase of physical discs such as Blu-ray and the royalties from the sale of consumer products related to the film, a distributor seeks to raise awareness of the film among consumers.  Distributors use a variety of methods to not only increase awareness, but also to have likely moviegoers view the upcoming film in a positive light.  Well known methods include renting billboard space, airing television commercials, creating innovative websites and making actors available to print and TV journalists for press interviews.  While TV commercials on popular shows can raise awareness among viewers of that show, trailers by definition are viewed by moviegoers.  By placing the trailer on a comparable film (either on one of the studio's own similar titles or via agreement with a rival studio on one of its similar titles – for example, Fox could have run its *Fantastic Four* trailer on Disney's *Avengers: Age of Ultron*), a studio is assured of increasing awareness of its upcoming title among the audience with the highest probability of viewing the movie in theaters.  Similarly, studios run trailers on popular websites such as Youtube.  While the viewing experience is not as palpable as a theater, a site like Youtube facilitates viewing with friends and multiple screenings.  The length of a trailer versus a TV commercial as well as the size of the movie screen also ensures a much more immersive and memorable experience in a theater.  For these reasons, studios spend significant amounts of money on creating trailers and will, for example, ensure that similar visual effects are seen in the trailer as are expected in the film.

20.     A 2018 report by the National Research Group (NRG) prepared entitled The State of Moviegoing concluded that film trailers were the top source of discovery of a film by potential moviegoers (Ex. 4 (FOX-REARDEN-0001326-1435 at1375)), trailers were the most trusted source of information about a movie for all age groups (*Id.*, at 0001375), trailers are the primary source of information used by parents to determine if a movie is appropriate (*Id.*, at 0001377), and for moviegoers between the ages of 18 and 45 online trailer exposure outpaced theatrical trailer exposure (*Id.*, at 0001378).  Significantly, for purposes of my analysis, the NRG report found that trailer exposure correlates with theatrical attendance.  *Id.*, at 0001379.

DECLARATION OF PHILIP FIER - 4
Case No.: 4:17-cv-04006-JST, 4:17-cv-04191-JST

21. To test the conclusions reached in the NRG report, I independently analyzed 41 titles theatrically released between 2015-19. These are all tentpole films (e.g., big budget) with the labels Marvel, DC Comics, Pixar and Disney Animation. I ran a statistical analysis to see if the number of views on the Youtube release trailer correlated with the US and/or worldwide box office. The analysis showed a moderately strong correlation, matching the NRG findings.

22. Studios engage specialized marketing data companies to assess the impact of their marketing materials on likely moviegoers. These companies will recruit volunteers, often pedestrians nearby to movie theaters, to assess their moviegoing habits, familiarity with certain upcoming films, and their opinions regarding a selection of different trailers. Big budget, tentpole films, like the Marvel super hero series, typically run two trailers – a 'teaser' several months prior to a film's release and the release trailer run in the month or so prior to the release. The purpose of the former is to familiarize likely moviegoers with the storyline and characters while the latter often showcases special effects and/or thrilling action sequences. While the special effect houses are focused on completing their contracted work by a date coinciding with the film's release, much care and expense is made to ensure that the trailer contains sufficient effects to wow moviegoers since each succeeding film must surpass what was once revolutionary but is now ordinary to frequent movie attendees. The marketing analysis to measure awareness is conducted at various points in time so studios can ascertain which element of the marketing campaign is having the desired impact allowing them to tweak the current or future campaigns based upon this new data.

23. When movies were released on physical film reels 15-20 years ago, the trailers were physically attached to the feature, hence the need for rival studios to agree to attach it. Since digital projectors became ubiquitous, features and trailers are delivered either via a physical disc or electronically. In both cases, the goal is always to run the trailer on a comparable film. For tentpole films, it has become common for studios to announce the date and film on which the trailer will debut so fans can show their fealty by coming to theaters for the trailer premiere, turning it into an event itself. Some studios favor theater only premieres which can also bring attention to the film on which the trailer will run. Warner Bros did that recently, premiering the *Dune* trailer on *Tenet*. Similarly, trailers are 'dropped' at a pre-announced time at popular platforms such as Youtube for

the same purpose. In fact, *Tenet* itself became the first movie trailer ever to premiere on the hugely popular (350 million registered players) video game, *Fortnite*. If the trailer premiere can generate publicity itself, then this bodes quite well for the box office prospects of the feature. Trailers are also an integral part of the film's own website. Trailers shown on Youtube have the added benefit of allowing studios to show multiple trailers and to use the platform's analytics to obtain information about the relative popularity of trailers of the same and different films.

24. According to answers to Requests for Admission by The Walt Disney Company (Ex. 5), the November 14, 2016 *Beauty and the Beast* trailer set a new record with over 127 million on-line views in the first 24 hours after its release, and was among the top-trending videos on YouTube. Within the first half hour of the Trailer's launch, #BeautyAndTheBeast was the leading trend worldwide on Twitter. And the trailer was continuously available to filmgoers from November 14, 2016 through at least the film's release on March 17, 2017.

25. It is also significant that the *Beauty and the Beast* trailer was released with the support of the cast and director according to an article published in *Variety* magazine on November 15, 2016. Ex. 6. As indicated by the *Variety* magazine article, the trailer's launch and its success were reported by the media. Disney's trailer release was supported by the film's talent, Emma Watson, Dan Stevens, Luke Evans, Josh Gad, and director Bill Condon in a Facebook Live session, which accounted for over 29 million views on Facebook alone. Having the cast support a trailer premiere is atypical and thus reserved for trailers that are likely to make a big splash with consumers. While the *Beauty and the Beast* teaser trailer which premiered in May 2016 was extremely popular, the one on November 14, 2016 was touted as the first one showing the Beast with full visual effects and it broke all previous 24-hour viewing records for a trailer, most recently by a film in the *Star Wars* franchise.

26. According to the director Bill Condon, the November 14, 2016 trailer was the first reveal of the CG Beast character to potential audiences for the film. The CG Beast appeared almost entirely through film clips that were based on MOVA facial performance capture of Dan Stevens's performance. The trailer featured eleven clips of the Beast, and Mr. Condon confirmed that at least nine of the eleven Beast clips were based on MOVA facial performance capture.

DECLARATION OF PHILIP FIER - 6
Case No.: 4:17-cv-04006-JST, 4:17-cv-04191-JST

27. Studios view trailers as the most important piece of creative advertising to increase awareness among likely filmgoers. In fact, the more a trailer is viewed for a tentpole film such as the films in this declaration, the higher the box office is likely to be. Studios spend significantly more on trailers than any other piece of creative advertising, often incorporating expensive special effects into the footage. As one of the film's two romantic heroes, the Beast is featured prominently in the November 14, 2106 *Beauty and the Beast* trailer. The trailer was launched with the participation of key cast which often has a significant cost itself. It seems clear that Disney viewed the quality of the trailer and therefore its widespread appeal as a critical component of its marketing campaign.

28. In my opinion, the November 14, 2016 *Beauty and the Beast* trailer was exceptionally successful in creating audience awareness of the film given the positive correlation between a film's trailer exposure and its box office performance. The November 14, 2016 *Beauty and the Beast* trailer was almost certainly one of the most important factors in creating audience interest to see the film, and thus almost certainly contributed to its very strong box office performance.

29. Studios utilize the vast majority of their marketing efforts and expenditures prior to a film's theatrical release. The primary goal is to achieve a huge opening weekend. While *Beauty and the Beast* continued to gross at least $1million per week for 12 weeks, the opening weekend in the U.S. comprised 35% of the total U.S. box office. In fact, looking at either the top 20 films (in terms of box office) or the 33 titles that grossed at least $100 million in 2017, the opening weekend averaged 30% of the total box office. The opening weekend is so important that it is not unusal to see significant drops to the second weekend. In 2017, of the top three films, *Star Wars: Episode VIII* dropped 68%, *Beauty and the Beast* dropped 48% and Wonder Woman 43% in their respective second weekend. In addition to the oversized contribution toward the overall box office, having the number one film at the box office for its opening weekend spawn numerous marketing opportunities the most obvious of which is to add the tagline, #1 film in the US, to all of a film's marketing materials Disney's *Beauty and the Beast* opened on March 17, 2017 to an astonishing $170 million in North America and $350 million globally, establishing numerous new box-office records in the process. It became the top film opening of all time for a PG-rated film, both domestically and internationally. It was the seventh largest opening for a film of any rating in North America. And it

is now the highest grossing PG-rated, live action film of all time, earning over $500 million domestically and $1.25 billion worldwide. *Beauty and the Beast* is the tenth highest grossing movie of any rating of all time in North America.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on November 16th, 2020

_____
Philip Fier