# FIER DECLARATION

# EXHIBIT 2

# EXHIBIT 2

## Materials provided by Rearden's attorneys for my consideration

November 14, 2016 *Beauty and the Beast Trailer*

Defendants' Objections and Answers to First Requests for Admission to The Walt Disney Company

November 29 and 30, 2020 transcripts and November 30 video transcript of the Deposition of William Condon

Transcript of the Deposition of David Hoberman

"Beauty and the Beast's Trailer Sets Record for Most Views in 24 Hours," *Variety* magazine, November 15, 2016

*The State of Moviegoing*, National Research Group report (2018) (FOX-REARDEN-0001326-1435)