UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC et al., <br>                Plaintiffs, <br> vs. <br> THE WALT DISNEY COMPANY et al., <br>              Defendants, | Case Nos.   4:17-cv-04006-JST <br>                4:17-cv-04191-JST <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL AS MODIFIED BY COX DECLARATION** |
| REARDEN LLC et al., <br>                Plaintiffs, <br> vs. <br> TWENTIETH CENTURY FOX FILM CORPORATION et al., <br>                Defendants. | Judge:    Hon. Jon S. Tigar <br> Date:     To be set <br> Time:    To be set <br><br> Ctrm.:   6 (2nd Floor) |

Before the Court is Plaintiffs' Administrative Motion to File Under Seal (Dkt. No. 263 (No. 17-CV-04006); Dkt. No. 221 (No. 17-CV-04191)) ("Administrative Motion"), seeking to file under seal the exhibits to the declaration of Mark S. Carlson in support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment on Causal Nexus Issue (Dkt. No. 263-1 (No. 17-CV-04006); Dkt. No. 221-1 (No. 17-CV-04191)) ("Carlson Declaration").  Plaintiffs also submitted several of the same exhibits as exhibits to the declarations of Richard Dadufalza and Philip Fier in support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment on Causal Nexus Issue (Dkt. No. 264-8 (No. 17-CV-04006); Dkt. No. 222-8 (No. 17-CV-04191) ("Dadufalza Decl."); (Dkt. No. 264-10 (No. 17-CV-04006); Dkt. No. 222-10 (No. 17-CV-04191) ("Fier Decl.").  References herein to the "Carlson Declaration" include overlapping references to the same exhibits attached to the Dadufalza and/or Fier Declarations.  Pursuant to Civil L.R. 79-5(e)(1), Defendants submitted the declaration of Erin J. Cox ("Cox Declaration") in support of the Administrative Motion, identifying which documents Defendants seek to seal in their entirety, which documents Defendants seek to narrowly redact, and the justification for sealing these materials.  For the remainder of the exhibits to the Carlson Declaration, Defendants do not object to publicly filing the entirety of those exhibits.

Having considered the Administrative Motion, and any declarations and supporting documentation, thereto, the Court finds that there are "compelling reasons" for granting the motion to seal as to those documents and portions of documents identified in the Cox Declaration. *Ctr. For Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016).  Sealing highly confidential contracts with actors and the director involved in the production of *Beauty and the Beast,* a portion of a deposition discussing one of those contracts, and other documents that contain proprietary market research and creative strategic decisionmaking is warranted as they contain confidential and sensitive business and personal information that is not publicly disclosed, and present the possibility of injury from disclosure in that competitors could use such information to "gain a competitive advantage in the marketplace." *Intel Corp. v. Via Techs., Inc.*, 198 F.R.D. 525, 531 (N.D. Cal. 2000).  The redaction of non-public email addresses of individuals appearing

1  on emails in other documents is also warranted, and serves to protect against the public disclosure
2  of personal information of Defendants' employees and other non-parties to this litigation.
3     The Administrative Motion, as modified by the Cox Declaration, is **GRANTED** and it is
4  hereby **ORDERED** that the following documents and portions thereof shall be filed under seal:

| Ex. (as listed in Proposed Order on Admin. Mot. to Seal [Dkt. No. 263-2 (Case No. 17-cv-4006)]) | Document (as listed in Carlson Decl. [Dkt. No. 263-1 (Case No. 17-cv-4006)] and corresponding Exhibits in Fier Decl. [Dkt. No. 264-8 (No. 17-CV-04006)] and same documents filed in Case No. 17-CV-04191) | Identification of Portions to Be Redacted/Sealed | Basis for Redaction/Sealing | Granted/ Denied |
|---|---|---|---|---|
| 2 | [UNREDACTED] Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment on Causal Nexus Issue | Only those portions designated for redaction appearing on page 14 lines 4-10 | The identified portions discuss and quote from proprietary market research designated "Highly Confidential," reflected in Ex. 18 below. | X |
| 7 | Excerpts from deposition of William Condon (Exhibit 5 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | 54:14 – 55:15 | The identified portion of this deposition transcript discuss terms of a contract designated "Highly Confidential" with the director of *Beauty and the Beast*. | X |
| 9 | Document bates stamped DIS-REARDEN-0015072 (Exhibit 8 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Entirety | This document constitutes an excerpt of a contract designated "Highly Confidential" with Dan Stevens, an actor appearing in *Beauty and the Beast*. | X |
| 10 | DIS-REARDEN-0015073 (Exhibit 9 to the Declaration of Mark Carlson IOT Opposition to Motion | Entirety | This document constitutes an excerpt of a contract designated "Highly Confidential" with | X |

| Ex. (as listed in Proposed Order on Admin. Mot. to Seal [Dkt. No. 263-2 (Case No. 17-cv-4006)]) | Document (as listed in Carlson Decl. [Dkt. No. 263-1 (Case No. 17-cv-4006)] and corresponding Exhibits in Fier Decl. [Dkt. No. 264-8 (No. 17-CV-04006)] and same documents filed in Case No. 17-CV-04191) | Identification of Portions to Be Redacted/Sealed | Basis for Redaction/Sealing | Granted/ Denied |
|---|---|---|---|---|
| | for Summary Judgment) | | Emma Watson, an actor appearing in *Beauty and the Beast*. | |
| 11 | DIS-REARDEN-0015071 (Exhibit 10 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Entirety | This document constitutes an excerpt of a contract designated "Highly Confidential" with Bill Condon, the director of *Beauty and the Beast*. | X |
| 18 | Document bates stamped FOX-REARDEN-0001326-435 (Exhibit 27 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment; Exhibit 4 to the Declaration of Philip Fier IOT Opposition to Motion for Summary Judgment) | Entirety | This document, designated "Highly Confidential," contains proprietary market research maintained in confidence and not publicly disclosed, to maintain a competitive advantage. | X |
| 19 | Document bates stamped MAND-REARDEN-0000775 (Exhibit 29 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Entirety | These documents, each designated "Confidential," contain confidential discussions regarding creative decisions in the production of the motion picture *Beauty and the Beast*. | X |
| 20 | Document bates stamped MAND-REARDEN-0000828 (Exhibit 31 to the | Entirety | Defendants are in the business of creating and producing motion pictures and other | X |

| Ex. (as listed in Proposed Order on Admin. Mot. to Seal [Dkt. No. 263-2 (Case No. 17-cv-4006)]) | Document (as listed in Carlson Decl. [Dkt. No. 263-1 (Case No. 17-cv-4006)] and corresponding Exhibits in Fier Decl. [Dkt. No. 264-8 (No. 17-CV-04006)] and same documents filed in Case No. 17-CV-04191) | Identification of Portions to Be Redacted/Sealed | Basis for Redaction/Sealing | Granted/ Denied |
|---|---|---|---|---|
| | Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | | entertainment content, and the details of the creative and development processes reflected in these documents constitute trade secrets.  Defendants derive independent economic value from the information contained in these documents not being generally known, and Defendants maintain this information in confidence. | |
| 3 | Document bates stamped MAND-REARDEN-0000003 (Exhibit 1 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Email addresses appearing on MAND-REARDEN-0000003 | The selective redaction of non-public email addresses serves to protect against the public disclosure of personal information of non-parties to this litigation. | X |
| 6 | Document bates stamped MAND-REARDEN-0001016-32 (Exhibit 4 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Email addresses appearing on MAND-REARDEN-0001016 | | X |

| Ex. (as listed in Proposed Order on Admin. Mot. to Seal [Dkt. No. 263-2 (Case No. 17-cv-4006)]) | Document (as listed in Carlson Decl. [Dkt. No. 263-1 (Case No. 17-cv-4006)] and corresponding Exhibits in Fier Decl. [Dkt. No. 264-8 (No. 17-CV-04006)] and same documents filed in Case No. 17-CV-04191) | Identification of Portions to Be Redacted/Sealed | Basis for Redaction/Sealing | Granted/ Denied |
|---|---|---|---|---|
| 14 | Document bates stamped MAND-REARDEN-0001406 (Exhibit 17 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Email addresses appearing on MAND-REARDEN-0001406 | | X |
| 15 | Document bates stamped DIS-REARDEN-011287-90 (Exhibit 18 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Email addresses appearing on DIS-REARDEN-011287 | | X |

Pursuant to Civil L.R. 79-5(f)(3), within 7 days Plaintiffs shall file revised redacted versions of Exhibits 2, 3, 6, 7, 14, and 15 identified above which comport with the Court's order.

**IT IS SO ORDERED.**

DATED:  December 3, 2020

_____
Honorable Jon S. Tigar
United States District Judge