# Redacted Exhibit 1 to the Declaration of Mark Carlson IOT Motion for Summary Judgment

| | |
|---|---|
| **From:** | Rachel Kennedy |
| **To:** | Bill Condon ;Hoberman David ;Jeffrey Silver ;Yolen Greg ;Johns Jeremy |
| **CC:** | ;Solomon Dave ;Bradley Matt |
| **Sent:** | 3/4/2015 10:10:10 AM |
| **Subject:** | B&B: Beast development (Behind the scenes) |

Hi Bill,

I introduced myself to Dave and Lou yesterday and we had a chat about the beast.  They will document their work, and I imagine the unit stills photographer and EPK will shoot coverage of DS in the h/m-up chair during filming.

In terms of capturing various stages of the development process, I wondered what your thoughts are.  As the lifecast next week is the first stage of DS becoming the beast, I wondered whether it might be worthwhile to have a record of this one-off process (perhaps, focusing on his face, hands, arms).  It could be kept low key and simply a case of giving Dave and Lou a GoPro, which they have experience of using from previous productions.

It may be that Disney choose never to give away the magic of the beast but it might be nice to have material, just in case.

There does seem to be an appetite for this, as I noted recently to support the return of the 2011 theatre production of *Frankenstein* to cinema screens for a limited run, first-look behind the scenes stills of the transformation of Benedict Cumberbatch into the monster were released online / via app.

Very best,
Rachel


E:
M:

CONFIDENTIAL

MAND-REARDEN-0000003