# Redacted Exhibit 5 to the Declaration of Mark Carlson IOT Motion for Summary Judgment

REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.
Confidential                          William Condon on 07/29/2020

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4

 5   REARDEN LLC, REARDEN MOVA LLC,      )
     California limited liability        )
 6   companies,                          )
                                         )
 7                   Plaintiff(s),       )
                                         )
 8     VS.                               ) Case No.
                                         ) 4:17-CV-04006-JST
 9   THE WALT DISNEY COMPANY, a          ) 4:17-CV-04191-JST
     Delaware corporation; WALT          )
10   DISNEY MOTION PICTURES GROUP,       ) Volume 1
     INC., a California corporation;     )
11   BUENA VISTA HOME ENTERTAINMENT,     )
     INC., a California corporation;     )
12   MARVEL STUDIOS, LLC, a Delaware     )
     limited liability company;         )
13   MANDEVILLE FILMS, INC., a           )
     California Corporation,             )
14                                       )
                                         )
15                   Defendant(s).       )
     _____)
16                                       )
     AND ALL RELATED ACTIONS.            )
17   _____)

18                      CONFIDENTIAL

19      VIDEOCONFERENCE DEPOSITION OF WILLIAM CONDON

20                   New York, New York

21                  Wednesday, July 29, 2020

22

23   Reported by:

24   Rhonda Norberg

25   CSR No. 9265, CCRR No. 185
```

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential    William Condon on 07/29/2020    Pages 10..13

### Page 10

1    MR. KLAUS:  If I -- unless I tell you -- I
2  instruct you not to answer the question --
3    THE WITNESS:  Okay.
4    MR. KLAUS:  -- yeah, answer the question.
5    THE WITNESS:  Okay.
6    MR. CARLSON:  Okay.  Hold on a second.  I've
7  lost you.
8    Is it -- is it Emily?  Are you the tech?
9    THE VIDEOCONFERENCE TECHNICIAN:  It is Emily.
10    MR. CARLSON:  So I've -- I've lost the -- the
11  screen that we were just on.
12    THE VIDEOCONFERENCE TECHNICIAN:  Did you
13  minimize it?
14    MR. CARLSON:  I'm back.  I'm back.
15    Q    So, Mr. Condon, was one of the promotional
16  events that you did at a -- at a restaurant in Paris?
17    A    Yes.
18    Q    Okay.  I --
19    A    The Hotel Meurice, wasn't it?  I think it was
20  at the Hotel Meurice in the -- in the ballroom there.
21  I'm not sure it was the restaurant.  But yeah.
22    Q    Okay.  And I want to show you a little bit of
23  video from that event and ask you some questions about
24  it, if I -- I could.  So let's see if I can pull a
25  little bit of this magic off.

### Page 11

1    Can you see a full-page screen of the --
2    A    Yep.  Yes.
3    Q    Okay.  Good.
4    And do you recognize this as the --
5    A    Yes.
6    (A video recording was played.)
7  BY MR. CARLSON:
8    Q    All right.  So -- so this is -- this is where
9  you had the publicity event in Paris.  And this is you
10  sitting down there?
11    A    Yes.
12    Q    Second from the end?
13    A    Yes.
14    Q    All right.  And then that's Ms. Watson, who
15  played Belle?
16    A    Correct.
17    Q    All right.  And then we have, finally,
18  Dan Stevens, Mr. Stevens, who played the Beast over
19  here; is that right?
20    A    Yep.
21    MR. CARLSON:  And he ends up, I think, I don't
22  know, about three or four people down to your -- to your
23  right.
24    All right.  So I'm going to move forward here a
25  little bit --

### Page 12

1    THE WITNESS:  Okay.
2    MR. CARLSON:  -- to save us some time.
3    MR. KLAUS:  And, Mark, just before you do that,
4  I will again say since we're -- we've got video coming
5  in and we're all in different locations on a screen and
6  it may be somewhat hard to hear --
7    Mr. Condon, if you could just wait after --
8    THE WITNESS:  Sure.
9    MR. KLAUS:  -- Mr. Carlson asks any questions
10  and give me -- in case I have any objection I make for
11  the record.
12    THE WITNESS:  Yes.
13    MR. CARLSON:  Okay.  So I'm -- I'm taking a
14  look now at 12 minutes and 10 seconds through 13:29.  If
15  you'll just watch this.
16    (A video recording was played.)
17  BY MR. CARLSON:
18    Q    Okay.  So that is Mr. Stevens describing how
19  you used MOVA to capture his facial performance as the
20  Beast in Beauty and the Beast, correct?
21    A    Yes.
22    MR. KLAUS:  Object.  Objection; vague and
23  ambiguous.
24    MR. CARLSON:  Okay.  And then we're just going
25  to jump to here.

### Page 13

1    (A video recording was played.)
2    MR. CARLSON:  All right.  And then that's
3  Ms. Watson talking about how you were able to use MOVA
4  to make the CG -- to make the CG Beast more human and to
5  capture the subtleties of Mr. Stevens' facial
6  expression; is that correct?
7    MR. KLAUS:  Objection; that misstates what was
8  stated, that assumes facts not in evidence, and it's
9  vague and ambiguous.
10    You may answer the question, Mr. Condon.
11    THE WITNESS:  Yes.
12  BY MR. CARLSON:
13    Q    And -- and that was what you were going for,
14  right?  You were -- you were -- you wanted to make the
15  Beast as it appeared on the screen to seem human to the
16  audience, correct?
17    MR. KLAUS:  Objection; vague and ambiguous.
18    THE WITNESS:  And -- and I would say no.
19  Obviously, he's a beast, not human, but you wanted to
20  have a vestige of the human -- the person, the man who
21  it -- was underneath the Beast, you know, so, obviously,
22  it's always a -- you don't want him to be a human, but
23  you want to have a sense of the human being underneath.
24  That was what we were going for.
25    MR. CARLSON:  Yeah.

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**
Confidential                    William Condon on 07/29/2020                    Pages 14..17

Page 14

1     Q    I mean, that's really the challenge, right?
2   Because he has to be both believably a beast and yet
3   also believably human at the same time.
4     A    Yes, he has to be -- he is some combination.
5   He is a human who has been turned into a beast, yes.
6           MR. CARLSON:  Then let me just move forward one
7   more time.
8           (A video recording was played.)
9           MR. CARLSON:  Let me just stop there.
10     Q    So -- so that was really the challenge that we
11   were talking about.  You -- you have -- not only do you
12   have to portray this character as being, you know, both
13   beast-like and -- and human, but this is -- it's not a
14   peripheral character.  He's -- he's at the emotional
15   center of the film and he's, more than that, the
16   romantic lead?
17     A    Correct.
18           MR. KLAUS:  Objection; vague and ambiguous.
19           You may answer.
20           THE WITNESS:  Yeah, I would -- he's -- he and
21   she -- she is, obviously, the emotional center of the
22   movie; but their relationship is at the emotional center
23   of the movie, yes.
24   BY MR. CARLSON:
25     Q    Okay.  And -- and -- and why was it that you

Page 15

1   considered that a scary challenge?
2           MR. KLAUS:  Objection; vague and ambiguous.
3           THE WITNESS:  Yeah.  I would say, you know, I
4   think I said it's one of the scary challenges.  The --
5   you know, this is a tricky thing.  We were making a film
6   version of a story that had been created for animation,
7   right?
8           And in animation, there's absolutely no limit
9   beyond the imagination of an animator to what you can --
10   can create, you know.  Here we were living in a -- in a
11   world -- we were saying the story happened in real life.
12   That's the -- the definition of this live-action
13   version.
14           So that -- there are a number of things.  My
15   God, a talking teacup, you know?  A -- a talking candle.
16   A beast who is also human.  There are a number of things
17   that presented tremendous challenges and they -- we
18   would -- you know, they would sort of fall one by one as
19   we felt like "Oh, God, we've got a handle on this."
20           You know, I remember we did a -- a test on Chip
21   and came up with the idea that he's a skateboarder, you
22   know, and that his -- his dish moves separately from
23   him.  And we thought okay.  We've got one down, you
24   know.
25           And the last one to fall, well after we figured

Page 16

1   out the Beast, when the -- that led to sleepless nights
2   was Mrs. Potts, who no matter what we did, looked
3   creepy, you know.  So these -- it defines the challenge,
4   one of the challenges, one of the big challenges.  There
5   are others.
6           You know, a big challenge on this movie is
7   taking a beloved movie and both being true to it and
8   doing something new to it.  You know, many, many
9   challenges; but this is one of the challenges, yes.
10     Q    And I didn't mean to single it out as the only
11   challenge.
12     A    Right.  Sure.
13     Q    I guess my question is why was it scary to you?
14   That is, the presenting the romantic hero in CG.
15           MR. KLAUS:  Objection -- objection, vague and
16   ambiguous, misstates testimony.
17           You may answer the question.
18           THE WITNESS:  Yeah.  I think scary just -- you
19   know, you're a director, you're scared of things that --
20   unless you get them, until you feel confident that
21   you've cracked them, you know.  "Scary" means
22   challenging, honestly.
23   BY MR. CARLSON:
24     Q    Yeah.  What -- what -- was there a point where
25   you felt like you had cracked the challenge of the

Page 17

1   Beast?
2     A    Well, you know, it's -- it's odd for me because
3   you -- you probably have heard, you know, I was a
4   skeptic on the whole approach that we ultimately took.
5   You know, there's a movie that came out and won the
6   Oscar for best picture a little after us called The
7   Shape of Water where Guillermo del Toro, who I know, did
8   something very different and closer to what I wanted to
9   do, which was a makeup Beast, a fully prosthetic Beast
10   with digital sort of enhancements, you know, to the
11   face.
12           It -- it's primitive, but -- but because it is
13   truly the actor all the time with no digital addition,
14   really, it can be emotionally very powerful, right?
15   So -- so if you say -- I think your question was was I
16   ultimately happy.
17           Is that right?
18     Q    No.
19           The question was -- you mentioned how you have
20   lots of challenges in making a film.
21     A    Right, right.
22     Q    And you -- and you meet them, you know, one at
23   a time and -- until you crack them and -- and then
24   they're not scary or challenging anymore.
25     A    Yeah.

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential     William Condon on 07/29/2020     Pages 18..21

## Page 18

1    Q    And I wondered if there was a point where you
2  felt like you had cracked the challenge of the Beast.
3    A    It's a -- it's a tough question to answer
4  because I -- I don't know that we 100 percent cracked it
5  at the end of the day, you know, as you can tell from
6  certain reviews.
7          But I guess there was -- you know, at a certain
8  point it was -- it was more a Disney decision than mine
9  to take this approach; and having done it, it was
10  fingers crossed that it would work.  I guess I saw some
11  first iteration of Dan's work with the Beast up; but,
12  you know, it took months and months and months and I
13  don't know that it happened even while we were in
14  production to actually see that oh, this will -- this
15  may work, you know.
16    Q    Let me -- let me just show you the next section
17  of this.
18    A    Sure.
19         MR. CARLSON:  And ask you another question.
20         (A video recording was played.)
21  BY MR. CARLSON:
22    Q    Now, so that's you talking about MOVA; is that
23  correct?
24    A    Yes, that's correct.
25         MR. CARLSON:  All right.

## Page 19

1          (A video recording was played.)
2          MR. CARLSON:  So now you tell the story of the
3  visual effects supervisor's daughter who came to the
4  MOVA capture session to see Mr. Stevens' facial
5  performance for the waltz scene --
6          THE WITNESS:  Excuse me.  Mark?  Mark?  Have we
7  lost Kelly?  We got a note that we've lost Kelly, maybe.
8          THE STENOGRAPHER:  This is the reporter.  He
9  dropped off of my realtime as well.
10         Shall we go off the record?
11         MR. CARLSON:  Yeah, let's go off the record.
12         (A recess was taken from 9:22 a.m.
13          to 9:36 a.m.)
14         MR. CARLSON:  All right.  Mr. Condon, if you
15  could just reflect back on the segment of -- of the
16  Paris press conference that we just watched where you
17  were telling the story of how a visual effects
18  supervisor's daughter came in while Mr. Stevens was
19  doing his facial performance for the waltz scene and
20  doing the Beast expressions while he was dancing with
21  Belle and the little girl was -- was crying just from
22  watching his -- his -- his facial performance.
23    Q    Do you recall that?
24    A    Yes.
25         Mimi Steele's daughter, I think.

## Page 20

1    Q    And that was a true story; is that correct?
2    A    Yes, that was, yes.
3    Q    Uh-huh.  Okay.  And -- and you were capturing
4  Mr. Stevens' facial performance using MOVA at that time;
5  is that right?
6    A    Yes.
7          MR. KLAUS:  Objection; vague and ambiguous.
8          MR. CARLSON:  So for the record, I'm going to
9  mark the Paris press conference video as Exhibit 135.
10         (Exhibit No. 135 was marked for
11          identification by the court
12          reporter; attached hereto.)
13         MR. CARLSON:  Kelly, you have these I think on
14  little thumb drives in your folder.
15         Then I am going to switch over now to one more
16  video if you'll bear with me.
17         All right.  And -- all right.
18    Q    Mr. Condon, do you -- do you see the video on
19  your screen?
20    A    Yes.
21         MR. CARLSON:  All right.
22         (A video recording was played.)
23  BY MR. CARLSON:
24    Q    So this is another promotional event --
25    A    Yes.

## Page 21

1    Q    -- for Beauty and the Beast, correct?
2    A    Yes.
3    Q    And you attended this one as well?
4    A    Yes.
5    Q    All right.  And so --
6    A    Oh, my God.
7    Q    Must have been a cold day.
8    A    I guess it was.
9          (A video recording was played.)
10  BY MR. CARLSON:
11    Q    So that's you second from the left sitting
12  down, and -- and that's Mr. Stevens just to your left;
13  is that right?
14         Okay.  Then I want to just jump ahead -- okay.
15  To 10 minutes and 40 seconds in.
16         (A video recording was played.)
17  BY MR. CARLSON:
18    Q    All right.  So my question is, that's
19  Mr. Stevens talking about your use of -- of MOVA to
20  capture his facial performance as the Beast in Beauty
21  and the Beast, correct?
22    A    Yes.
23         MR. KLAUS:  Objection; misstates -- misstates
24  the evidence, vague and ambiguous.
25         But you may answer.

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**
**Confidential**    William Condon on 07/29/2020    Pages 22..25

Page 22

1           THE WITNESS:  Yes.
2    BY MR. CARLSON:
3       Q    And -- and this was, you know, as far as you
4    knew, the first time it was used for a romantic lead in
5    a film?
6           MR. KLAUS:  Objection; vague and ambiguous.
7           You may answer.
8           THE WITNESS:  As far as I knew, yes.
9    BY MR. CARLSON:
10      Q    And then there's a -- a little difference
11   between Ms. Watson and Mr. Stevens about how frequently
12   you did the -- MOVA capture sessions.  He says it's
13   about every other week and she says every Friday.
14          Do you recall how frequently you did those?
15      A    My -- my recollection is that it -- closer to
16   Dan's than to hers.
17      Q    Okay.
18      A    I don't believe it was every week.
19          MR. CARLSON:  Okay.  All right.  And then I
20   have -- I have one more sequence here to -- to show you.
21   All right.
22          (A video recording was played.)
23   BY MR. CARLSON:
24      Q    So this -- this is Mr. Stevens talking about, I
25   think, something you mentioned earlier about how it was

Page 23

1    sort of a gradual process to see the MOVA transfers
2    being applied to the -- to the -- to the film footage;
3    is that correct?
4       A    Yes.
5           MR. KLAUS:  Objection; misstates testimony,
6    vague and ambiguous.
7           You may answer.
8           THE WITNESS:  Yes.
9    BY MR. CARLSON:
10      Q    And -- and -- and he's talking about how MOVA
11   allowed you to -- to retain the elements of Mr. Stevens'
12   performance in the CG character as it appeared on the
13   screen, correct?
14          MR. KLAUS:  Objection; vague and ambiguous,
15   misstates what Mr. Stevens said.
16          You may answer the question, Mr. Condon.
17          THE WITNESS:  I don't think in this section
18   that's what he was talking about, no.  I think this was
19   entirely about his reaction to seeing it in different
20   stages.  I could be wrong.
21          MR. CARLSON:  Yeah.  Let me --
22          THE WITNESS:  Play it again?
23          MR. CARLSON:  Yeah.
24          (A video recording was played.)
25   ///

Page 24

1    BY MR. CARLSON:
2       Q    So up to this point he's talking about the
3    process that we were just talking about, right?
4       A    Yes.
5           (A video recording was played.)
6    BY MR. CARLSON:
7       Q    So and in -- the technology, the MOVA
8    technology, allowed you to retain the elements that you
9    had in his performance in the CG character as it
10   ultimately appeared, correct?
11          MR. KLAUS:  Objection; that completely
12   misstates what Mr. Stevens said, it's vague and
13   ambiguous.
14          You may -- you may answer the question,
15   Mr. Condon.
16          MR. CARLSON:  Mr. Klaus, you're going to need
17   to keep your objections to the form of the question.
18          MR. KLAUS:  I -- let me --
19          MR. CARLSON:  I'm going to have to -- we're
20   going to have to take it up with the speaking objection.
21   All right?
22          MR. KLAUS:  I'm sorry.  I'm sorry.  There was
23   no speaking objection.  I was making a perfectly valid
24   objection for the record.  Mr. Carlson, if you'd like me
25   to explain --

Page 25

1           MR. CARLSON:  No.  I think you've talked
2    enough, Mr. Klaus.
3           MR. KLAUS:  First of all, do not interrupt me.
4           But when I -- I -- I made my -- I made my
5    objection.  If you would like me to -- if you would like
6    me to explain it, I will explain it, Mr. Carlson; but
7    I've made my objection and you're not going to stop me
8    from making my objections.
9           You may answer the question, Mr. Condon.
10   BY MR. CARLSON:
11      Q    Mr. Condon, do you have the question in mind?
12      A    I don't.  I'm sorry.  Just that last bit again?
13      Q    The question was, Mr. Stevens, at the
14   conclusion -- we can go back and re-watch this, but he
15   was talking about how the technology, the MOVA
16   technology, allowed you to retain the elements of his
17   performance in the CG Beast character as it appeared on
18   the screen, correct?
19          MR. KLAUS:  Objection -- objection;
20   misstates -- misstates the record, vague and ambiguous.
21          You may answer.
22          THE WITNESS:  Yeah, I don't think that was what
23   he was -- he was not talking right then about the MOVA
24   technology as the thing that allowed that to happen.  He
25   was talking about -- about his own relief that there was

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential                    William Condon on 07/29/2020                    Pages 26..29

Page 26

1    a mix of -- of, you know, the Beast and him that he
2    could -- that he could see the performance coming
3    through it.
4         I don't think it was as specific -- you're --
5    it doesn't -- to me this was not a question or a
6    statement about MOVA here. And my only point would be
7    if we'd used another technology and -- he'd be -- he'd
8    be, I suspect, saying the same thing at this -- you
9    know, to this question in this little area here.
10   BY MR. CARLSON:
11        Q    But it's true that it was the -- the MOVA
12   technology that allowed you to keep the elements of
13   Mr. Stevens' facial performance in the CG character as
14   it appeared on the screen, correct? That's what you
15   used?
16        MR. KLAUS: Objection; compound, lacks
17   foundation, vague and ambiguous.
18        You may answer.
19        THE WITNESS: Again, I guess I'd -- how does
20   that connect to what Dan said? I thought we were
21   talking about what -- what Dan said.
22        MR. CARLSON: I'm stepping aside now. Dan --
23        THE WITNESS: We're done --
24   BY MR. CARLSON:
25        Q    Mr. Steven was talking about the -- the -- how

Page 27

1    he could see the elements of his performance in the
2    final CG character, and I'm asking you wasn't it the
3    MOVA technology that allowed you to take the elements of
4    his facial performance and preserve them in the CG
5    character?
6         MR. KLAUS: Objection; vague and ambiguous,
7    assumes facts not in evidence, calls for opinion
8    testimony.
9         You may answer.
10        THE WITNESS: Yes.
11        MR. CARLSON: All right. And so I want to mark
12   the -- the TCL Chinese Theater video as Exhibit 136.
13        (Exhibit No. 136 was marked for
14        identification by the court
15        reporter; attached hereto.)
16        MR. CARLSON: Okay. And now we should be back
17   on our screen where we can all see each other.
18        THE WITNESS: Yep.
19   BY MR. CARLSON:
20        Q    So, Mr. Condon, when you were going through
21   your documents, you -- I heard you say that you had
22   something called "Beauty and the Beast Bill Condon Sound
23   Ups & Interview Questions."
24        Do you think you could find that for me?
25        A    Sure.

Page 28

1    It's not production notes. It's after that, I
2    assume.
3         "Sound Ups." Yes. I found it.
4         MR. CARLSON: Okay. And this is a document
5    that has production numbers Rearden-Condon-0001004
6    through 1016.
7         THE WITNESS: Yes.
8         MR. CARLSON: And I'd like to mark this as
9    Exhibit 137.
10        (Exhibit No. 137 was marked for
11        identification by the court
12        reporter; attached hereto.)
13   BY MR. CARLSON:
14        Q    So you have the document before you,
15   Mr. Condon?
16        A    Yes.
17        Q    And this is a document that you've produced
18   from your files, correct?
19        A    That I've produced from my files?
20        MR. CARLSON: Yes.
21        MR. KLAUS: I think -- think what he's --
22        THE WITNESS: Oh, from the envelope, yes.
23        MR. KLAUS: What he's saying, Mr. Condon, is
24   that these came from your documents.
25        I can represent to Mr. Carlson that's correct.

Page 29

1         MR. CARLSON: Okay. Thank you.
2         Q    And was this for an interview that you did for
3    purposes of promoting Beauty and the Beast?
4         A    Yeah.
5         I think -- I'm pretty sure what this is is they
6    sit me down with one of their people and they just ask a
7    lot of very kind of general questions and then they --
8    they transcribe that and -- into a document like this
9    and clean it up, I think, all the ums and that stuff go
10   away.
11        Q    Okay. And when you say "they," who do you
12   mean?
13        A    I mean someone in the publicity department.
14   Stephanie Kluft sort of was our point person there, so
15   someone who worked for her would have done -- there's --
16   I don't remember who did this, honestly, would sit
17   opposite me and ask these questions.
18        Q    Okay. I'm sorry. I didn't get that name. Was
19   it Stephanie Kluft?
20        A    Kluft, K-l-u-f-t, who is the head of -- she was
21   the vice president of publicity, but she -- her specific
22   project, she was our project manager, you know, so
23   she -- she ran all of this stuff.
24        Q    Okay. And -- and Ms. Kluft was vice president
25   of publicity for whom?

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential                    William Condon on 07/29/2020                    Pages 30..33

---

Page 30

```
1         For Disney?
2     A   For Disney, that's right.
3     Q   All right.  So she would have prepared this
4  document after an interview with you; is that correct?
5     A   Yes, I assume, yes.
6     Q   And -- and the purpose of the interview was for
7  the purposes of promoting the film?
8     A   Yes.
9     Q   I want to turn to page -- if you look at the
10 lower right-hand corner, it's Page 1008.
11    A   Can I take that back?  You know, I'm going to
12 take it back because I see it says "Deleted Scenes With
13 Intro," so this, I believe, was actually an on-camera
14 interview done in post when we were all done with the
15 movie while we were -- as I said, you know -- for
16 example, the first time while we're in production, she
17 brings somebody to talk to me, you know, and there's a
18 certain amount that they get out of this.
19        We do another big interview while we're
20 editing, you know, for the -- you know, for all those
21 notes that they -- and then a separate -- this is not
22 Stephanie, this is now a separate division.  It's Disney
23 Home Video who is doing an on-camera interview with me
24 that then this -- this, I think, is culled from.
25    Q   Okay.  So -- so you believe this would have
```

Page 31

```
1  been culled from an on-camera interview that a division
2  of Disney did with you?
3     A   Correct.
4     Q   For purposes of what?  The -- the DVD release?
5     A   Yeah, correct, yes.
6     Q   Okay.  Then if you look at the lower right-hand
7  corner, could you turn to the one that is 0001008?
8     A   Yep.
9         Yep.
10    Q   Okay.  So -- so then at the very bottom of the
11 page is the question "So are the Beast's facial
12 expressions down to the minute muscular twitches Dan's
13 own?"
14        And your answer is "So every muscle, all those
15 tiny little things are -- are Dan's"?
16    A   Yes.
17    Q   Was it -- was it MOVA that allowed you to
18 capture that level of nuance of Mr. Stevens' facial
19 expressions?
20    MR. KLAUS:  Objection; vague and ambiguous,
21 lacks foundation.
22        You may answer.
23    THE WITNESS:  Yes.
24    MR. CARLSON:  Okay.  That's -- that's all I
25 have for this one.
```

Page 32

```
1     THE WITNESS:  Okay.
2     MR. CARLSON:  I -- I apologize that these
3  weren't given to you in sequence.  It's -- we have to
4  deal with a contractor to do this.
5     THE WITNESS:  Sure.
6     MR. CARLSON:  So the next one I wanted you to
7  find for me is a document that is an e-mail, and it's
8  attached to the -- I think it's the production notes.
9  This is sort of the draft of the -- what the press kit
10 is that goes out.
11    THE WITNESS:  The one that says "Take a look at
12 these"?  That e-mail?
13    MR. CARLSON:  Yeah.  It's from -- from
14 Bill Hendley and it has production numbers
15 Mand-Rearden-0001016 --
16    THE WITNESS:  Yeah.  I've got that.
17    MR. CARLSON:  -- through 1032.
18    All right.  And this was previously marked as
19 Mr. Hoberman's Exhibit Number 43.
20    THE WITNESS:  All right.
21    MR. CARLSON:  And the first page is an e-mail
22 from William Hendley of Walt Disney Studios Motion
23 Pictures Global Publicity to you, Mr. Hoberman,
24 Dave Solomon, and T. Lieberman.
25    Q   Do you see that?
```

Page 33

```
1     A   Right.  I do.
2     Q   Okay.  And who is Dave Solomon?
3     A   Dave Solomon is my assistant.
4     Q   Okay.  And Mr. Hoberman was the producer,
5  correct?
6     A   Correct.
7     Q   And who is T. Lieberman?
8     A   He is David's partner, Todd Lieberman, who is
9  also a producer.
10    Q   Okay.  And Mr. Hendley attached a draft of the
11 production notes for Beauty and the Beast; is that
12 right?
13    A   Yes.
14    Q   And what are production notes?
15    A   Production notes are -- are handed out at
16 screenings for critics and press.
17    Q   And -- and what -- what purpose do they serve?
18    A   They -- they both -- they're meant to spare all
19 of us the obvious questions.  They give sort of general
20 information about how the movie was made and, you know,
21 we -- obviously, skewing it in the most positive way
22 always.
23        Basically just background for -- for the press
24 to be able to ask informed questions when -- when we get
25 interviewed.
```

---

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**
Confidential                     William Condon on 07/29/2020                     Pages 34..37

---

Page 34

1    Q    Providing details people might be interested
2    in?
3    A    Correct.
4    Q    And so Mr. Hendley asked you to -- to review
5    the production notes and provide comments or -- or
6    changes --
7    A    Yeah.
8    Q    -- that were needed, correct?
9    A    Yes.
10    Q    And did you do that?
11    A    I did not.
12    I -- Greg Yolen, who is my producing partner,
13    would have gone through them.  I -- I asked him to --
14    "Would you --" I find these things torture to read.
15    They're just -- so I -- I -- I asked him to go through
16    and see if there's anything that feels either wrong or
17    embarrassing.
18    And I have no memory, honestly, of whether he
19    flagged anything or not.  So I -- I've never read these,
20    honestly.
21    Q    I gather if you had objected to something in
22    this document, that objection would have been addressed?
23    A    Yes.
24    MR. KLAUS:  Objection.
25    THE WITNESS:  Sorry.

---

Page 35

1    MR. KLAUS:  That's okay.
2    Objection; calls for speculation, vague and
3    ambiguous.
4    You may answer.
5    THE WITNESS:  Yes.
6    MR. CARLSON:  Okay.  So my first question is on
7    Page 1020.  That's, again, in the lower right-hand
8    corner.
9    THE WITNESS:  All right.
10    Yep.
11    MR. CARLSON:  Okay.  Bottom of the page, second
12    paragraph from the bottom, Mr. Stevens is saying "'Bill
13    and I spent a lot of time talking about how we could add
14    some nuances to my character to make him more
15    dimensional than the Beast from the animated film,' says
16    Stevens."
17    "It was quite interesting trying to find those
18    little human beats that would make him less animalistic
19    and more a human trapped inside the creature."
20    Q    My question is you and Mr. Stevens thought it
21    was important for the audience to see the human trapped
22    within the Beast, correct?
23    A    I must say this has nothing to do with that.
24    This is -- what he's talking about is a process that we
25    went through in rehearsing and basically shaping the

---

Page 36

1    script so that, you know -- if you remember the Beast
2    from the -- from the original movie --
3    Q    Yes.
4    A    -- he -- he grunts; he's uneducated, you know.
5    This Beast makes witty jokes, you know -- you know
6    (indicating), talking about Shakes-- "Of course Romeo
7    and Juliette is your favorite.  You're a girl."  You
8    know, things like -- lots of -- lots of -- you know, he
9    brings Belle to Paris and "Oh, I -- oh, I love Paris.
10    Where do you want to go first?  Too touristy?"
11    You know, he's actually cracking jokes.  That's
12    what he's talking about here, bringing bits of the
13    prince, the human prince, in behavior and in dialogue
14    to -- to our version of the prince.  He's not talking
15    about the technology here.
16    Q    Yeah.  I -- I understand.  But that was --
17    you -- you went where I was -- where I was going, that
18    is --
19    A    Okay.
20    Q    -- that it was your -- it was your goal to show
21    a human side of the Beast in what you were doing here
22    that Dan is talking about, right?
23    A    It was a -- it was a goal to tell the story --
24    it's -- it's -- to tell a more -- more adult version of
25    the story where the -- where the human underneath --

---

Page 37

1    obviously, he was always -- he always had a human side.
2    In the animated film, he has a human side but
3    he's like a little -- like a little spoiled child.  To
4    make that human more sophisticated and more like the
5    prince and more adult, basically.
6    Q    So that the audience could empathize with him?
7    A    Yes, so that the romance could emerge, yeah,
8    and be credible.
9    Q    And -- and I guess, you know -- I was thinking
10    about this.  That's -- having the romance be credible,
11    right?  Because it's a -- it's a love story, so the
12    audience needs to sort of feel that he's sort of swept
13    up in the romance, right?
14    A    Correct.
15    Q    And -- and, you know, if -- if there's too
16    much, you know, beast in the Beast -- right?  If -- if
17    it's just a -- like a chimpanzee or something, the
18    audience isn't going to believe that she could fall in
19    love with this animal, there has -- the man has to be
20    presented -- presented to them as well for them to
21    believe in the romantic love?
22    MR. KLAUS:  Objection; compound, calls for
23    speculation.
24    You may answer the question.
25    THE WITNESS:  Yeah, I wouldn't quite agree with

---

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential                    William Condon on 07/29/2020                    Pages 38..41

**Page 38**

1  that way of putting it.  I don't think it's a question
2  of if there's too much beast or too little beast.  I
3  think he's a beast always.  He is -- that's the problem.
4  That's the romantic obstacle, you know.  You never
5  forget that he's a beast.
6           The voice is always treated, obviously; he
7  always has a beast face.  It's a question of the
8  glimpses you get of -- the residual glimpses of
9  humanity, making those be, you know, contemporary and
10  evocative, and that's truly all about script and
11  performance.
12  BY MR. CARLSON:
13      Q    Then -- then in the next paragraph --
14      A    Yes.
15      Q    -- there's a quote attributed to you.  And
16  this -- you're quoted as saying "Dan had to place trust
17  in everyone around him that all the work that he had
18  done -- shining through in the end."
19           Do you see that?
20      A    Yeah, let me just read --
21      Q    Yeah.  Take your time.
22      A    Sure.
23      Q    And what he's talking about here is -- is -- is
24  that his performance coming through the CG, in essence;
25  isn't that right?

**Page 39**

1      A    Yes.
2           MR. KLAUS:  Objection; vague and ambiguous.
3           THE WITNESS:  Yeah, I think that's what he's
4  talking about.
5           MR. CARLSON:  And then if you could just turn
6  to the next page, I want to ask you a little bit about
7  the -- the next paragraph.  This is a quote attributed
8  to Mr. Hoberman.
9           THE WITNESS:  Sure.
10           MR. CARLSON:  And he says "The role is an
11  incredibly challenging one, as Dan has to bring the
12  Beast to life even though he'll be represented on screen
13  digitally.  The Beast is a fully digital character
14  created through performance and facial capture
15  technology, and Dan is able to beautifully convey both
16  the Beast's humanity as well as his -- his beastliness."
17           You'd agree that that's what Mr. Stevens was
18  able to do?
19           MR. KLAUS:  Objection; vague and ambiguous.
20           THE WITNESS:  Yeah, and I would say yes, for
21  the most part, yes.  I mean, there were disappointments.
22           If I could just go back, I just want to say one
23  thing.  The leap of faith, you know what it's about --
24  and it has -- it is the -- the -- problem with both
25  MOVA and any of these technologies is that the eyes --

**Page 40**

1  obviously, nobody is spraying Dan's eyes, right?
2           And the eyes are the window to the soul, and
3  the eyes are essential -- you know, the most essential
4  part of an actor's performance.  So we were always in
5  the hands of, you know, digital animators who -- who
6  would create eyes there, and that -- that was his
7  biggest concern, you know.
8           In any technology, MOVA or not, you know, that
9  was what he was most -- and we didn't always get there.
10  BY MR. CARLSON:
11      Q    Let me ask you, as -- as the director of the
12  film, did you -- did you want to capture as much of
13  Mr. Stevens' performance as the technology would allow
14  you to do?
15      A    Yes.
16      Q    Then I wanted to ask you about Page 1027.
17      A    Sure.
18      Q    And -- and at the -- towards the bottom of the
19  page, there's a heading "Behind the Magic Onscreen."
20           Are you with me?
21      A    Yes.
22      Q    All right.  So it starts out "The key to a
23  successful live-action adaptation of Beauty and the
24  Beast lay with the Beast, as the mythical creature
25  needed to be convincing and someone with whom the

**Page 41**

1  audience could relate to and care for, but the
2  technology needed to craft such a Beast did not exist
3  until recently," correct?
4           MR. KLAUS:  Wait.  I'm sorry.  Is it correct --
5  you're asking him if he sees that?
6           MR. CARLSON:  Yes.
7           THE WITNESS:  Yes.
8           MR. KLAUS:  Okay.
9           MR. CARLSON:  Okay.  And then it continues that
10  "The film used a combination of physical performance
11  capture and MOVA facial capture technology to create a
12  realistic-looking Beast in a real-world environment
13  while maintaining Dan Stevens' performance."
14      Q    Do you see that?
15      A    Yes, yeah.
16      Q    And -- and that's what we were just talking
17  about, it was important to maintain Mr. Stevens'
18  performance in the CG character as it appeared in the
19  film, correct?
20      A    Yes.
21      Q    Then if you could turn to Page 1028.
22      A    Sure.
23      Q    Then the -- there's a tail of a paragraph at
24  the top, and then I want to ask you about the next
25  paragraph.  That's -- the first full paragraph in that

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential                 William Condon on 07/29/2020                 Pages 42..45

**Page 42**

1  page, it's about Mr. Stevens' participating in -- in
2  MOVA facial capture sessions and how MOVA works,
3  correct?
4      A    Yes, I've read that.
5      Q    Yeah.
6          Okay.  So -- so Mr. Stevens is quoted as saying
7  "Using MOVA was especially challenging, as you have to
8  think back to the scenes already filmed and move just
9  your face, not your body, whether you had any dialogue
10 or not.  There was one instance where I had to do the
11 entire ballroom waltz with just my face.
12          That's -- that latter is the one we talked
13 about earlier where Mimi Steele's daughter cried, right?
14     A    Correct.
15     Q    And -- and just to ask you about the previous
16 statement, were -- was -- did you use MOVA in the film
17 only when the -- when Mr. Stevens had a line or would it
18 be also just to capture his face when he didn't have a
19 line?
20         MR. KLAUS:  Objection; vague and ambiguous.
21 You may answer.
22         THE WITNESS:  There are, you know -- I don't
23 remember anymore how many hundreds of cuts there are to
24 shots that include the Beast.  But whenever there was a
25 shot that included the Beast, we were -- we needed a

**Page 43**

1  reference point of Dan, so there are many shots that
2  he's -- he's in that don't include dialogue.
3          I wouldn't say we captured -- we went in to
4  capture all of those; but we did as many as we could,
5  you know.  And a good example is the waltz where you cut
6  to his face and he's waltzing and he's falling in love
7  and he's opening up, and that's all something that's
8  happening, you know, without dialogue.
9  BY MR. CARLSON:
10     Q    Is there a -- is there a document that you can
11 think of that -- that, you know, recorded what scenes
12 you used MOVA in and what scenes you didn't?
13     A    Oh, not that I know of.  I mean, there would
14 have been, I think, probably -- in -- on call sheets
15 when we were doing these Friday night sessions, I think
16 that they might have listed the scenes we were doing.
17         They tended to follow by anywhere from a few
18 days to a couple of weeks, whatever had been shot.
19 There may well have been a -- the visual effects editor
20 might have kept a log of it, but I -- you know, there's
21 no document that I've ever seen.
22     Q    Who is the visual effects editor?
23     A    That was Paul, who -- that's -- his specific
24 job was to really be in charge of the nuts and bolts,
25 you know, under supervision, obviously, of Ginny Katz,

**Page 44**

1  who was our editor, and Ian, who is our first.
2          But he is really -- he's the sort of -- he's
3  keeping charge of where every shot that -- we had over
4  2,000 of them in the movie -- what the -- what the
5  status is on every shot.
6          For example, as I'm sure we'll get into, he's
7  the one who would have built the selects on the MOVA
8  takes and then I would have worked with to choose
9  selects.
10     Q    Okay.  And do you recall Paul's last name?
11     A    If you said it to me, I would confirm it.
12     Q    And I -- I've been racking my brain as you were
13 talking and I'm not thinking of it.
14     A    I know.
15     Q    But if it pops in your head --
16     A    Yeah.
17     Q    -- let me know.
18     A    I could look it up.
19     Q    And I'll try to figure it out between today and
20 tomorrow.
21     A    Yeah.
22     Q    This seems obvious to me, but I just want to
23 ask you -- I mean, when you -- when you take on a
24 project directing a film, do you -- do you hope to --
25 to -- to make a film that audiences will want to see?

**Page 45**

1      A    Yes.
2      Q    Okay.  You -- you can set that document aside.
3  I want to ask you about the -- the big, thick one that
4  says Disney Beauty and the Beast on the cover.  It has
5  production numbers Dis-Rearden-0007938 --
6      A    Yeah, yeah.
7      Q    -- through 7998.
8      A    Sure.
9      Q    What do you call this document?
10     A    I'll get to the front of it.
11     Q    Yeah.
12     A    I don't know what you -- isn't this just
13 another version of the press notes?
14     Q    To me it looks finished.
15     A    Right.  Exactly.  Yes.  You're right.  So it --
16 yeah, it's -- just that.
17     Q    Okay.  So -- so that was just my question.  So
18 you would call these the press notes.
19     A    This would be the document that's actually
20 handed out to the press?
21     A    Yes.
22         MR. KLAUS:  Objection.  Objection; lacks
23 foundation, calls for speculation.
24         But you may answer.
25         THE WITNESS:  Yes.

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential                William Condon on 07/29/2020                Pages 50..53

**Page 50**

1      MR. KLAUS: Objection; vague and ambiguous.
2      MR. CARLSON: And then this is the -- the
3  library.
4      (A video recording was played.)
5      MR. CARLSON: So that might have been two
6  scenes, actually. You tell me.
7    Q    But the beginning of that is the library scene?
8      MR. KLAUS: The beginning of what? I don't
9  know which one you're talking about here, Mark. Can you
10  clarify, please?
11      MR. CARLSON: Yeah.
12      The segment I just showed you.
13      MR. KLAUS: Well, the segment had several
14  scenes in it. Which one do you want to ask him about?
15      MR. CARLSON: The beginning.
16      THE WITNESS: Can you just show it again?
17      MR. CARLSON: Sure.
18      THE WITNESS: Thank you.
19      (A video recording was played.)
20      THE WITNESS: That's the library.
21  BY MR. CARLSON:
22    Q    Okay. This is the library right here?
23    A    Yes.
24    Q    1:36 to, it looks like, 1:39.
25      And that was shot using MOVA, wasn't it?

**Page 51**

1    A    Yes.
2      MR. KLAUS: Objection; vague and ambiguous.
3      MR. CARLSON: Okay. And I think this is the
4  one that tripped us up.
5    Q    Is this a different scene?
6    A    No. That's the same scene.
7    Q    Okay. And this also was using MOVA?
8    A    Yes.
9      MR. CARLSON: Okay.
10      (A video recording was played.)
11  BY MR. CARLSON:
12    Q    That little bit of the waltz scene, that was
13  using MOVA?
14    A    Not --
15      MR. KLAUS: Objection -- thank you.
16      MR. CARLSON: Pardon me?
17      THE WITNESS: That shot did not use MOVA, no.
18  BY MR. CARLSON:
19    Q    The particular shot that we just looked at?
20    A    That's right, did not.
21    Q    This vertical -- okay. Yeah. Okay.
22      So now we get 1:44, it looks like, to 46.
23  These are the fight scenes with Gaston and the Beast.
24      Did you use MOVA in those?
25      THE WITNESS: I don't --

**Page 52**

1      MR. KLAUS: Objection.
2      MR. CARLSON: I'll play it.
3      (A video recording was played.)
4  BY MR. CARLSON:
5    Q    Are you able to tell from that, sir?
6    A    It's really hard for me to say for sure,
7  honestly.
8      MR. CARLSON: Okay.
9      (A video recording was played.)
10      MR. CARLSON: Let's see. So then we go to
11  1- -- we're going to go to 1:55.
12      THE WITNESS: You just skipped over --
13      MR. CARLSON: More of the fight scene.
14      (A video recording was played.)
15  BY MR. CARLSON:
16    Q    Can you tell me from that, sir?
17    A    Well, there's several; but you skipped over one
18  if you care.
19    Q    Yes, I do. Let me just get this right.
20      This is the one that's at 1:56?
21    A    Yeah, but you skipped over one right before
22  that.
23    Q    Okay. Hold on.
24    A    No, even before.
25    Q    Yes.

**Page 53**

1      This one?
2    A    That one, yes.
3    A    That is a MOVA shot, yes.
4    Q    This was using MOVA?
5    A    Yes.
6    Q    This is -- I think -- I saw the film too,
7  obviously. This is -- he's singing Nevermore [sic]; is
8  that right?
9    A    Correct, right.
10      And that's definitely a MOVA shot.
11    Q    All right. And then this is this portion of
12  the fight scene at 1:55?
13    A    Yes.
14    Q    Is that also a MOVA shot?
15    A    Yep.
16    Q    Okay. Brief bit of the waltz, Beast looking
17  into Belle's eyes.
18      MOVA?
19    A    Yes.
20      MR. CARLSON: Okay. Very good. All right.
21  Well, that's all I have for that. I wanted to mark this
22  as Exhibit 139.
23      (Exhibit No. 139 was marked for
24      identification by the court
25      reporter; attached hereto.)

Page 54

1    THE WITNESS:  Can I just say one thing?
2    MR. CARLSON:  You bet.
3    THE WITNESS:  I actually found that publicity
4  piece of paper if you want to deal with that.
5    MR. CARLSON:  Oh, terrific.
6    THE WITNESS:  Kelly, if you look at -- you know
7  that part we were at before with the "Sound Ups &
8  Interview Questions"?
9    MR. KLAUS:  Oh, I see.  Yes.
10    THE WITNESS:  The page that precedes it is the
11  publicity page that they were looking for.
12    MR. CARLSON:  Let me just do a little
13  housekeeping with that, then.

16    MR. KLAUS:  As set -- set forth above.
17    MR. CARLSON:  All right.  So I'm going to ask
18  you to turn to a copy of an article from Variety
19  magazine.
20    THE WITNESS:  Sure, yes.
21    MR. CARLSON:  And it's got a picture of Belle
22  and the Beast in the waltz scene on it --
23    THE WITNESS:  Yes.
24    MR. CARLSON:  -- on the front.
25    Let me know when you find that.

Page 56

1    THE WITNESS:  I'm here, yeah.
2    MR. CARLSON:  Okay.  So this is an article that
3  appeared in Variety magazine November 15, 2016, and it
4  says "Beauty and the Beast trailer sets record for most
5  views in 24 hours."
6    Q    Do you see that?
7    A    I do.
8    MR. CARLSON:  All right.  And I'd like to mark
9  this as Exhibit 140.
10    (Exhibit No. 140 was marked for
11    identification by the court
12    reporter; attached hereto.)
13    BY MR. CARLSON:
14    Q    I guess, first of all, did you read this
15  article at the time, do you think?
16    A    Yeah, probably.
17    Q    Okay.  So -- so you were aware that it reported
18  that the trailer had set a record with 127.6 million
19  views in the first 24 hours?
20    A    Sure.
21    Q    Is that right?
22    A    Yes, uh-huh.
23    Q    All right.  And then it was among the top
24  trending videos on YouTube.
25    You were aware of that, correct?

Page 57

1    A    I guess, yes.
2    Q    Okay.  This is the last time I'm going to do
3  this to you today.  I'm going to share with you one more
4  video clip.  Bear with me.  I'm going to call it up on
5  my screen.
6    A    Okay.
7    MR. CARLSON:  All right.  So what I'm going to
8  show you is the Beauty of the Tale featurette.  I just
9  want to ask you if you recognize this video that I'm
10  showing you as -- as the Beauty of the Tale featurette.
11    (Exhibit No. 141 was marked for
12    identification by the court
13    reporter; attached hereto.)
14    (A video recording was played.)
15    THE WITNESS:  This is one of those -- yes.  I
16  can't say I've ever seen it.  I wouldn't be able to
17  tell.  But I have an allergic reaction to watching
18  myself, so these kinds of promo things -- I don't know
19  whether this was for the DVD or for -- but yeah, I think
20  I know what it is.
21    I don't know it specifically, I guess is my
22  point.
23    MR. CARLSON:  Okay.  So I'm just going to ask
24  you about portions of this.
25    THE WITNESS:  Sure.

REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.

**Confidential**                    William Condon on 07/29/2020                    Pages 58..61

Page 58

1      MR. CARLSON:  And I apologize for provoking
2   your allergic reaction, but --
3      THE WITNESS:  Yes.
4      MR. CARLSON:  As I say, it's the last time
5   today.
6      THE WITNESS:  Yeah.
7      There it is.
8      MR. CARLSON:  Okay.
9          (A video recording was played.)
10  BY MR. CARLSON:
11     Q    All right.  So that was one of the interviews
12  that you did for -- for the Beauty and the Tale
13  featurette?
14     A    Sure.
15     Q    Okay.  And the technology you're describing
16  there was MOVA?
17     MR. KLAUS:  Objection; vague and ambiguous,
18  lacks foundation.
19     You may answer the question.
20         THE WITNESS:  Yes.
21  BY MR. CARLSON:
22     Q    And -- and you were saying it was MOVA's
23  ability to capture every muscle and pore and twitch of
24  Mr. Stevens' face that allowed so much of his
25  performance to come through in the CG Beast character,

Page 59

1   correct?
2      A    Yes.
3      MR. KLAUS:  Objection; vague and ambiguous,
4   misstates the testimony.
5      You may answer the question.
6      THE WITNESS:  Yes.
7          (A video recording was played.)
8   BY MR. CARLSON:
9      Q    So you believed that with the CG romantic hero
10  at the emotional center of the film -- that if you got
11  everything else right but did not get a Beast that
12  people could believe in, the film wouldn't work,
13  correct?
14     MR. KLAUS:  Objection; vague and ambiguous.
15     You may answer the question.
16     THE WITNESS:  I would say yes, it's -- I -- I
17  did and do believe that as well as other things.  It's
18  not a complete statement, I would say.
19  BY MR. CARLSON:
20     Q    Okay.  And by the way, the short flash of the
21  waltz scene, I don't know if you were able to recognize
22  whether that was produced using MOVA.
23     A    Yes.
24     MR. KLAUS:  Objection; vague and ambiguous.
25     THE WITNESS:  I believe it was, yes.

Page 60

1   BY MR. CARLSON:
2      Q    So I'm going to take a -- step back from
3   these a little bit and --
4      A    Sure.
5      Q    -- ordinarily when you're -- when you're
6   engaged to direct a film, do you have sort of a typical
7   process that you follow to begin your work?
8      A    Objection.  Vague.
9      No, I'm kidding.
10     Q    I recognized that as I was saying it.
11     A    Tell me what -- what --
12     Q    Much better question is -- is -- let's say --
13  you know, you've signed your contract to -- to direct a
14  film.
15     A    That happens after you finish shooting, by the
16  way, so --
17     Q    Okay.  Well, that doesn't help either.
18     How do you -- how do you start, Mr. Condon?
19  How do you start?
20     A    Oh, it depends.  It depends on the project,
21  honestly.
22     Do you want to know how we started on this?
23     Q    Yes, yeah.
24     A    You know, this -- always you start with the
25  script, which was in -- nowhere, you know, in terrible

Page 61

1   shape.  So the first -- the first chunk of time on this
2   was trying to -- meetings to get the script into some
3   kind of shape and figuring out what we wanted the script
4   to be.
5      Also, again, this was -- and speaking to that
6   last thing about if we didn't get that -- the Beast
7   right, we would have nothing, that was true of a lot of
8   things, including the household staff, which was, in its
9   way, a harder challenge.
10     You know, again, Mrs. Potts, these -- to have
11  a -- a real candlestick that you would believe was both
12  real and able to speak and -- and have a human inside.
13  It's -- it's one thing to have something -- you know, a
14  Beast that, you know, we share a certain amount of DNA
15  with; but we don't share any DNA with a candlestick, you
16  know, so -- so finding a way to -- to credibly present
17  something in the real world that could have been -- have
18  a human inside of it, basically, was one of the first
19  challenges.
20     And -- and I was finishing shooting another
21  movie, and we hired Sarah Greenwood, who was our
22  production designer and sort of in charge of anything
23  you saw -- anything visual in the movie.  I mean, she's
24  an extraordinary designer, so every -- all of that is
25  her -- you know, comes under -- is in her purview.

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential                    William Condon on 07/29/2020                    Pages 94..97

---

**Page 94**

1    Q    The one of Belle and the Beast just walking
2    together?
3    A    Yeah, yeah, in the snow.
4    Q    Was that -- was that the one that we saw in
5    the -- I think it was the trailer where the -- with the
6    horse?
7    A    No, no.  It was before that.  No.
8         That trailer was out well before we did this
9    shoot.  It -- it's a scene that precedes that one.
10   Q    Can you remind me just a little bit about what
11   goes on in the scene?
12   A    Sure.
13        They are walking.  She's reading poetry.  They
14   come to a -- and they are walking over a little bridge
15   over a frozen lake and she's talking -- it's a poem
16   about what happens in winter when everything dies but
17   they're still living underneath all that -- all the ice,
18   you know, and they realize -- he realizes that -- first
19   of all, he's somebody who's never been interested in
20   these -- you know, in Shakespeare or poetry, and
21   suddenly he's moved by what she's saying.
22        He stops, realizes it resembles the scene that
23   they're talking about, he asks her to go on, and in the
24   last couplet it's about, you know, the greenery
25   underneath saying "Come rescue me.  Come -- I'm still

**Page 95**

1    here."  And they share a look realizing that it's
2    actually about him, right?
3         MR. CARLSON:  Very good.  Yeah, I recall that
4    scene now.
5         Thank you, Mr. Condon.  I know you're busy.
6    There's all I have for today.
7         THE WITNESS:  Great.  Good, good, good.
8         MR. KLAUS:  All right.  So, Mark, we will start
9    again at 9:00 Pacific, noon Eastern, tomorrow?
10        MR. CARLSON:  Yes.
11        MR. KLAUS:  And just -- I've got now a -- I've
12   got a whole stack of papers that we've been through.  I
13   think Mr. Condon does as well.  I assume we should just
14   take the stack that was in today's envelope and sort of
15   set it on top of the unopened envelope for tomorrow?
16        MR. CARLSON:  Yeah.  I don't think I am going
17   to refer back to those documents.  Of course, they're
18   available to you, Mr. Condon, if it would be helpful to
19   you at any time to look at those.  But you could stick
20   them back in Envelope 1 and if you need them, we can
21   pull them out tomorrow.
22        MR. KLAUS:  Great.
23        (Off the record at 11:28 a.m.)
24
25

**Page 96**

1
2              DECLARATION UNDER PENALTY OF PERJURY
3    Case Name:  REARDEN VS. THE WALT DISNEY COMPANY
4    Date of Deposition:  July 29, 2020
5
6
7         I, WILLIAM CONDON, hereby certify under
8    penalty of perjury under the laws of the State of
9    _____ that the foregoing is true and
10   correct.
11        Executed this _____ day of
12   _____, 20___, at _____.
13
14
15         _____
16              WILLIAM CONDON
17
18
19
20
21
22
23
24
25

**Page 97**

1         I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3         That the foregoing proceedings were taken
4    before me at the time and place herein set forth with
5    all participants appearing remotely before me; that any
6    witnesses in the foregoing proceedings, prior to
7    testifying, were duly sworn or affirmed; that a record
8    of the proceedings was made by me using machine
9    shorthand, which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12        Further, that if the foregoing pertains to
13   the original transcript of a deposition in a federal
14   case, before completion of the proceedings, review of
15   the transcript [ ] was [x] was not requested.
16        I further certify I am neither financially
17   interested in the action nor a relative or employee of
18   any attorney or party to this action.
19        IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated:  08/10/2020
23
24         _Rhonda Norberg_
25         Rhonda Norberg
          CSR No. 9265, CCRR No. 185

---

REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.
Confidential                    William Condon on 07/30/2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

REARDEN LLC, REARDEN MOVA LLC,      )
California limited liability        )
companies,                          )
                                    )
            Plaintiff(s),           )
                                    )
    VS.                             ) Case No.
                                    ) 4:17-CV-04006-JST
THE WALT DISNEY COMPANY, a          ) 4:17-CV-04191-JST
Delaware corporation; WALT          )
DISNEY MOTION PICTURES GROUP,       ) Volume 2
INC., a California corporation;     )
BUENA VISTA HOME ENTERTAINMENT,     )
INC., a California corporation;     )
MARVEL STUDIOS, LLC, a Delaware     )
limited liability company;         )
MANDEVILLE FILMS, INC., a           )
California Corporation,             )
                                    )
                                    )
            Defendant(s).           )
_____)
                                    )
AND ALL RELATED ACTIONS.            )
_____)

CONFIDENTIAL

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

WILLIAM CONDON

New York, New York

Thursday, July 30, 2020

Reported by:

Rhonda Norberg

 CSR No. 9265, CCRR No. 185

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential                William Condon on 07/30/2020                Pages 104..107

---

Page 104

1  you're still under oath today.

2          Do you understand that?

3      A   Absolutely, yes.

4      Q   Okay. And as I explained off the record,

5  we didn't have a videographer yesterday, although I

6  had ordered one. And so we have one today, and I

7  need the video just for the portions of video that I

8  showed you during the deposition to give it context,

9  so I'm just going to run really quickly through the

10 videos that I showed you yesterday and we're not

11 going to go through the full examination, but I

12 needed to pin down a few points so that the

13 testimony makes sense.

14         So we're going to start out with

15 Exhibit 135. And hold on a moment.

16         All right. So Exhibit 135. And you

17 recognize this as the -- the Paris press conference

18 that we discussed yesterday?

19     A   Yes.

20     Q   All right. And then at 2:21, 2 minutes and

21 21 seconds in, I just want to confirm that's you

22 second from the right and Ms. Watson immediately to

23 your right and then Mr. Stevens four down from your

24 right; is that right?

25     A   Yes.

---

Page 105

1      Q   Okay. Then we're going to jump to the

2  segment at 12 -- 12 minutes, 10 seconds through

3  13:29, and I'm just going to play this for you.

4          MR. KLAUS:  Is there a -- Mark, I'm sorry.

5  Mark?

6          MR. CARLSON:  Yes?

7          MR. KLAUS:  What's the point of playing

8  this? You asked him about it yesterday. If you

9  just -- we can cut through this. If you just want

10 us to stipulate that these exhibits that you sent us

11 on a thumb drive are the ones you were questioning

12 him about yesterday, we're happy to do that.

13         I just don't see a need to replay it for

14 the -- for the -- you know, here. It's not going to

15 make any sense if you try to jumble this video in

16 with the questions that you asked him about

17 yesterday.

18         MR. CARLSON:  I think it -- I think it

19 will.

20         Look it, Kelly, I'm trying to deal with the

21 fact that we didn't have a videographer yesterday as

22 best I can. I need to have context for the

23 questions and answers I got yesterday; and the

24 intent was that the video, which this is going to

25 show up in the -- in the video transcript -- the

---

Page 106

1  video would provide the necessary context and -- and

2  I didn't have that, although I thought I did at the

3  time. So --

4          MR. KLAUS:  Well, I -- I don't -- I don't

5  think you -- I don't think you should be asking him

6  the same questions. If you're just going to play

7  this and ask him if this is the one that you did it,

8  I mean, I guess so; but I mean, I just think this

9  is -- I don't know why we couldn't work it out by a

10 stipulation as opposed to you having to sort of, you

11 know, scroll through this video.

12         I'm just trying to -- to move things along

13 here.

14         MR. CARLSON:  I understand. I -- I trimmed

15 this down. I don't intend to go through my full

16 examination here. I'm doing the minimum that I -- I

17 think I need to do in order to provide the context

18 for yesterday's testimony and, you know, I -- I

19 think we'd be just about done with this segment now

20 if -- if you'd just let me get through it.

21         MR. KLAUS:  We'll see how it goes. You

22 can -- I mean, it's your time. You can -- you can

23 use it as you wish.

24         MR. CARLSON:  Okay. Thank you.

25         We are going to 12:10 through 13:29.

---

Page 107

1          (A video recording was played.)

2  BY MR. CARLSON:

3      Q   All right. So and -- and that's the

4  segment that you were testifying about yesterday

5  where Mr. Stevens was describing how you used MOVA

6  to capture his facial performances of the Beast,

7  correct?

8      A   Yes.

9          MR. KLAUS:  Objection.

10         MR. CARLSON:  Then we're going to go to

11 13:55 to 14:19.

12         (A video recording was played.)

13 BY MR. CARLSON:

14     Q   All right. And that's the segment you

15 testified yesterday where Ms. Watson was talking

16 about how you used MOVA to -- to capture or to make

17 the CG Beast more human and to capture the subtlety

18 of Mr. Stevens' facial expressions, correct?

19         MR. KLAUS:  Objection; misstates the

20 testimony, asked and answered.

21         THE WITNESS:  Yes.

22         MR. CARLSON:  Okay. And then we're at

23 14:34 to 14:46.

24         (A video recording was played.)

25 ///

---

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential          William Condon on 07/30/2020          Pages 108..111

Page 108

```
1   BY MR. CARLSON:
2        Q   So -- so -- and there we were talking
3   yesterday that there are many challenges in -- in
4   doing Beauty and the Beast that you -- you testified
5   about.  One of them that was scary to you was the
6   having to have a romantic hero who was at the
7   emotional center of the -- of the film who was going
8   to be rendered in CG, correct?
9        MR. KLAUS:  Objection; misstates the
10  testimony, asked and answered, compound.
11       You may answer the question.
12       THE WITNESS:  Yes.
13       MR. CARLSON:  Okay.  And then we're going
14  to do 14:46 to 15:01.
15       (A video recording was played.)
16  BY MR. CARLSON:
17       Q   And so -- so there you're talking about how
18  you used MOVA to capture Dan Stevens' performance?
19       MR. KLAUS:  Objection; misstates the
20  witness's testimony, asked and answered.
21       THE WITNESS:  Yes.
22       MR. CARLSON:  And then we're at 15:01 to
23  15:42.
24       (A video recording was played.)
25       MR. CARLSON:  All right.  And -- and that's
```

Page 109

```
1   the story that you -- you told yesterday or
2   testified about yesterday where Mimi Steele's
3   daughter had come to watch Mr. Stevens do the MOVA
4   capture for the waltz scene in Beauty and the Beast
5   and -- and she cried; is that correct?
6        MR. KLAUS:  Objection; misstates the
7   testimony, asked and answered.
8        You may answer.
9        THE WITNESS:  Yes.
10       MR. CARLSON:  Okay.  Thank you.  I'm now
11  going to -- hold on.  Stop share.
12       I'm -- I'm now going to move to the
13  Exhibit 136, and --
14       All right.  So this was the TCL Chinese
15  Theatre IMAX Facebook Premiere that we testified
16  about yesterday.
17       Q   Do you recognize that?
18       A   Yes.
19       Q   Okay.  And then I'm going to just jump a
20  few minutes in here.
21       All right.  We're at 2 minutes and
22  8 seconds in.  And that is you second from the left,
23  and Mr. Stevens just to your left, and Ms. Watson
24  just to his left, correct?
25       A   Yes.  Yes.
```

Page 110

```
1        MR. CARLSON:  All right.  All right.  And
2   then we're going to 10:47 to 12:31.  If I could just
3   play this for you.
4        (A video recording was played.)
5   BY MR. CARLSON:
6        Q   All right.  And -- and that was the section
7   where Mr. Stevens was describing how he used MOVA to
8   capture his facial performances as the Beast at this
9   TCL Chinese Theatre Premiere, correct?
10       MR. KLAUS:  Objection; misstates the
11  testimony, asked and answered.
12       You may answer it again.
13       THE WITNESS:  Yes.
14       MR. CARLSON:  Okay.  So now I'm going to --
15  I'm going to share just the trailer with you and
16  we're going to run through this really quickly and
17  then we can get going again on today's examination.
18       All right.  Do you see that -- the trailer
19  on the screen?
20       A   Yes.
21       MR. CARLSON:  Okay.  All right.  So now I'm
22  going to move to 46 seconds to 50 seconds into this.
23       (A video recording was played.)
24  BY MR. CARLSON:
25       Q   All right.  And -- and yesterday you
```

Page 111

```
1   confirmed that the two close-ups of the Beast's face
2   in that sequence were shot using MOVA, correct?
3        MR. KLAUS:  Objection; misstates the
4   testimony, asked and answered.
5        You may answer again.
6        THE WITNESS:  Yes.
7        (A video recording was played.)
8   BY MR. CARLSON:
9        Q   Okay.  And then at 59 seconds to 1 minute
10  and 2 seconds, "Show me the girl," you testified
11  that that too was shot using MOVA, correct?
12       MR. KLAUS:  Objection; misstates the
13  testimony, asked and answered.
14       You may answer again.
15       THE WITNESS:  Yes.
16       MR. CARLSON:  All right.  And here we have
17  1 minute and 20 seconds through 1:27.
18       (A video recording was played.)
19  BY MR. CARLSON:
20       Q   And the -- you testified yesterday that the
21  close-ups in -- in that sequence were done using
22  MOVA, correct?  The close-ups of the Beast?
23       MR. KLAUS:  Objection; misstates testimony,
24  asked and answered.
25       You may answer again.
```

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**
William Condon on 07/30/2020

Confidential                                                              Pages 112..115

**Page 112**

1  THE WITNESS:  Yes.
2  MR. CARLSON:  All right.  We're going to go
3  to 1 minute and 33 seconds through 1:36.
4  (A video recording was played.)
5  BY MR. CARLSON:
6  Q  And that was the scene with the horse in
7  the snow, and you testified yesterday that that too
8  was shot using MOVA?
9  MR. KLAUS:  Objection; misstates the
10  witness's testimony, asked and answered.
11  You may answer again.
12  THE WITNESS:  Yes.
13  MR. CARLSON:  All right.  Then 1 -- 1
14  minute and 36 seconds through 1 minute and
15  40 seconds, this was the library scene.
16  (A video recording was played.)
17  BY MR. CARLSON:
18  Q  Okay.  And that too was shot using MOVA?
19  MR. KLAUS:  Objection; misstates the
20  witness's testimony, asked and answered.
21  You may answer it again.
22  THE WITNESS:  Yes.
23  MR. CARLSON:  All right.  Now we're at 1:44
24  through 1:46.
25  (A video recording was played.)

**Page 113**

1  BY MR. CARLSON:
2  Q  And I think you testified yesterday that
3  you weren't sure whether you used MOVA in this
4  portion of the fight scene; is that correct?
5  A  Yes.
6  MR. CARLSON:  All right.  And we're going
7  to go to 1:53 to 1:54.
8  (A video recording was played.)
9  MR. CARLSON:  And this one, we talked
10  about yesterday, the one where the Beast is singing
11  "Never More" as -- as Belle is leaving.
12  Q  That scene was one that was shot using
13  MOVA, correct?
14  MR. KLAUS:  Objection; misstates the
15  witness's testimony, asked and answered.
16  You may answer again.
17  THE WITNESS:  Yes.
18  MR. CARLSON:  All right.  Then 1:55 to
19  1:56.
20  (A video recording was played.)
21  MR. CARLSON:  We saw briefly a portion of
22  the fight scene with Gaston and the Beast.
23  Q  And you testified that that was shot using
24  MOVA, correct?
25  MR. KLAUS:  Objection; misstates the

**Page 114**

1  testimony, asked and answered.
2  You may answer again.
3  THE WITNESS:  Yes.
4  MR. CARLSON:  All right.
5  (A video recording was played.)
6  BY MR. CARLSON:
7  Q  And then briefly this portion of the -- the
8  waltz scene with the Beast looking into Belle's
9  eyes, that too was shot using MOVA, correct?
10  MR. KLAUS:  Objection; misstates the
11  testimony, asked and answered.
12  You may answer again.
13  THE WITNESS:  Yes.
14  MR. CARLSON:  Okay.  Thank you to everyone
15  for bearing with me with that and I can now jump
16  into today's examination.
17  Are we all back together here?
18  MR. KLAUS:  I can see you.
19  MR. CARLSON:  Good.  All right.
20  So yesterday we talked a little bit,
21  Mr. Condon, about some issues you were having with
22  Digital Domain's turnaround of MOVA shots and you
23  weren't getting MOVA translations to -- to a CG
24  Beast as fast as -- as you were expecting them.
25  Q  Do you recall that testimony?

**Page 115**

1  A  Yes.
2  Q  And then in October of 2015, Mr. Gaub,
3  Mr. Steve Gaub, wrote to you and Mr. Hoberman, the
4  producer, to provide you with a three-week timeline
5  for MOVA transfers.
6  Do you recall that?
7  A  I don't, honestly.
8  MR. KLAUS:  Yeah, I don't recall that
9  either, Mark.
10  THE WITNESS:  Yeah.
11  MR. KLAUS:  Did you talk about that
12  yesterday?
13  MR. CARLSON:  No.  We're about to, though.
14  If you could open, please, for me the
15  packet of exhibits, I'm going to see if I can
16  refresh your recollection.
17  THE WITNESS:  Okay.
18  MR. CARLSON:  And then the exhibit we're
19  looking for is an e-mail from Mr. Gaub, Steve Gaub,
20  to you and David Hoberman.  It's a one-page
21  document, and it says Mand-Rearden-0000253 in
22  the lower right-hand --
23  THE WITNESS:  Is it an exhibit number?
24  Those are -- those are marked here.
25  MR. CARLSON:  It -- it doesn't have an

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential                    William Condon on 07/30/2020                    Pages 148..151

---

**Page 148**

1  there was a rough version of the Beast that had
2  nothing to do with -- with Digital Domain that we
3  just put -- you know, that we did to make him look
4  not like -- to put something over Dan's face.
5      But clearly anytime you had a -- a shot
6  that was more refined, you wanted to have that in
7  there and so I believe this was just urging to get
8  as many things in as possible because every time you
9  did that, the movie became more watchable, right?
10     Q    And you -- for the record, who is Bob Iger?
11     A    He's the chairman of Disney.
12     Q    And when -- when, you know, portions of
13  your -- your film were being shown to the chairman
14  of Disney, were you -- I mean, were you interested
15  in -- in what his reaction was?
16     A    It wasn't portions, it was the film.
17  Right?
18     Q    It was the film?
19     A    It was the movie, the cut of the movie.
20          Of course it was, yes.
21     Q    And -- but you didn't attend?
22     A    No.
23          This happened in Los Angeles.
24     Q    Did you get any feedback about the -- the
25  Bob Iger screening?

**Page 149**

1      A    Yeah.
2          Just great enthusiasm at that point.
3      Q    Okay.  He was -- he was greatly enthused
4  about the movie?
5      A    Yes.
6      Q    Who -- who reported to you on -- on the
7  feedback from Bob Iger's screening?
8      A    I don't --
9      MR. KLAUS:  Objection --
10     THE WITNESS:  I don't remember.
11  BY MR. CARLSON:
12     Q    Did you discuss it with Mr. Hoberman?
13     A    My guess is it was Mr. Hoberman, yes,
14  exactly.  David Hoberman, I should say.
15     Q    Did he say Mr. Iger was moved by the film?
16     A    I don't remember that.
17     Q    Okay.  So I -- you can set that one aside.
18          And I -- I don't have a document for you
19  here.  I just want to ask you, there's a -- there's
20  a scene in Beauty and the Beast where Belle and the
21  Beast have a little snowball fight.
22          Do you recall that?
23     A    Yes.
24     Q    And did you shoot that using MOVA, the --
25     MR. KLAUS:  Objection.

**Page 150**

1      MR. CARLSON:  -- portion.
2      MR. KLAUS:  Objection; vague and ambiguous.
3      You may answer.
4      THE WITNESS:  Yes.
5      MR. CARLSON:  Okay.  Again, testing your
6  recollection of dates here, you did a MOVA re-shoot
7  with Mr. Stevens on February 3, 2016.
8      Q    Do you recall that?
9      A    Do you mean he went into the rig, not --
10  not a -- into the -- into the MOVA rig?
11     Q    Yes, yes.
12     A    I'm sure that's true if you say so.
13          Was that in Los Angeles?
14     Q    Well, so I really -- I don't want to put
15  words in your mouth.
16     A    Right.
17     MR. CARLSON:  So let me just ask you to
18  look for Rearden-Feinsilber-0003345 to 46.
19          Wait a minute.  That's -- those are not the
20  correct numbers.
21     THE WITNESS:  3319?  No.
22     MR. CARLSON:  This is -- I'm sorry.  It's
23  WD-DD3-GL0001654 to 1655.  I apologize.
24     THE WITNESS:  Not Rearden-Feinsilber?
25     MR. CARLSON:  Correct.

**Page 151**

1      MR. KLAUS:  It's -- the title of this,
2  Mr. Condon, is -- it's "Beast MOVA Call Sheet
3  February 3rd, 2016."
4      THE WITNESS:  Yes.
5      MR. CARLSON:  Yeah, that's an e-mail.
6      THE WITNESS:  Right.  Right.  Yes.  Okay.
7  Good.
8  BY MR. CARLSON:
9      Q    Okay.  So I guess my question is -- is just
10  whether this refreshes your recollection that you --
11     A    It does, yes.
12     Q    -- you did a MOVA re-shoot with
13  Mr. Stevens.
14     A    Yes.
15     Q    And -- and we talked about re-shoots a
16  little bit yesterday.  There was one you wrote an
17  additional scene and it was Belle and the Beast in
18  the snow on the bridge and she's reading
19  Shakespeare.
20          Is -- is -- was that what this was about?
21     A    No, no.
22          This is -- this is, again, February -- no,
23  this -- that was actually shot.  That was something
24  we shot film of and then -- and then did the MOVA
25  MOVA additional thing.

---

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential    William Condon on 07/30/2020    Pages 184..187

### Page 184

1  made reference to something going on on June the
2  28th and June 29th.
3        I just want to be sure that we're
4  clear that -- do you have any recollection of having
5  heard about this article or the conversation that
6  you discussed with Mr. Slater in the editing room
7  being specifically on June the 28th?
8     A   I do not, no.
9        MR. CARLSON:  Objection; asked and
10 answered.
11       THE WITNESS:  Sorry.
12 BY MR. KLAUS:
13    Q   And do you believe --
14        And that's okay, Mr. Condon.  Mr. -- as I
15 got to object before --
16    A   I know.  I know.  I'm sorry.  I forgot.
17 Yeah.
18       MR. KLAUS:  -- Mr. -- Mr. -- I assure you,
19 Mr. Condon, when this is done, you will definitely
20 want to go to law school.
21    Q   Do you have any recollection of the
22 discussion with Mr. Slater that you testified to
23 being on June the 29th?
24    A   Oh, boy.  No.  I'm sorry.  I -- I don't
25 know when it happened, but it must have -- it must

### Page 185

1  have been soon -- it was -- if this is when people
2  knew about it, it must have been soon after that,
3  yeah.
4     Q   Okay.  But you can't say when after June
5  the 28th that conversation was?
6        MR. CARLSON:  Objection; leading and asked
7  and answered.
8        THE WITNESS:  Uh, no.
9        MR. KLAUS:  Okay.  Thank you.  You can put
10 that to one side.
11       Mr. Condon, earlier in your deposition,
12 Mr. Carlson asked you a number of questions about
13 the use of MOVA in connection with various shots in
14 Beauty and the Beast.
15    Q   Do you recall those questions and answers
16 generally?
17    A   Yes.
18    Q   And in a number of your answers, you talked
19 about MOVA being used in particular shots.
20       Do you recall that testimony generally?
21    A   Yes.
22    Q   And, Mr. Condon, when you -- when you use
23 the term "MOVA," what do you understand MOVA to be?
24    A   Simply the part of the shot that includes
25 when it's a close or sometimes medium shot of the

### Page 186

1     Beast's face, and it's -- it's the process by which
2     Dan's performance is, you know, turned into the
3     Beast's image.
4        Q   And what is your understanding of what that
5     process is from his face to the -- to turning it
6     into the Beast?
7        A   You know, I know there are animators
8     working, worker bees, you know, working on that.
9     That's about all I know.
10       Q   Okay.
11       A   I mean, I don't really know the specifics
12    of it beyond what I -- the part that I -- and then,
13    you know, there's a big gap.  There's -- I -- I work
14    with Dan in the rig and then I give comments on the
15    shot when it's ready to be seen.
16           How -- what happens between, I'm -- I'm --
17    that is not my area of expertise.
18       Q   Okay.  Do you know, Mr. Condon, whether
19    MOVA includes a computer software program?
20       A   I assume it must.
21       Q   Do you know anything about what that
22    computer software does from a technical level?
23           MR. CARLSON:  Objection; leading.
24           THE WITNESS:  I don't know, no.
25    ///

### Page 187

1  BY MR. KLAUS:
2     Q   Okay.  Do you know in what you were
3  describing as the process from Mr. Stevens sitting
4  in the rig to an image of a Beast's face for you to
5  look at -- do you know whether there are software
6  programs that are not MOVA that are used as part of
7  that process?
8        MR. CARLSON:  Objection; leading, assumes
9  facts not in evidence.
10       THE WITNESS:  Yeah, the only thing I'd say
11 about that is that in all the shots that we've
12 looked at, I do know that every shot involves things
13 that have nothing to do with MOVA.
14       I mean that they're -- you know, we didn't
15 have a real costume.  They were always creating a
16 costume, a digital costume.  That was one of the
17 big -- once we made this decision, you know, that
18 was one of the big concerns, not having a -- you
19 know, an actual, you know, body there.
20       So there's a lot of shots -- a lot of
21 things that are happening that have nothing to do
22 with what's happening here.
23    Q   Okay.  Do you know whether the fur has
24 anything to do with MOVA, on the Beast's face?
25    A   I assume it does, right?

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential                    William Condon on 07/30/2020                    Pages 188..191

Page 188

```
1          I don't know.
2     Q    I'm just asking -- I'm just asking if you
3  know whether it does or not.
4     A    I don't -- I don't know because I assume
5  any process involves, you know, adding fur, you
6  know.
7          In Cats, they weren't using MOVA, God help
8  them, and they were adding fur, so --
9     Q    Do you -- and do you know what software
10 adds fur to the Beast's face?
11    A    No.
12    Q    What about the eyes?  Do you know whether
13 MOVA has anything to do with Mr. Stevens' eyes?
14    A    No.
15         I think that's the problem, right?  You
16 can't spray the eyes.  You can't -- you can't
17 capture that, right?  So no.
18    Q    And do you know what computer software is
19 used for purposes of putting the eyes into the
20 Beast?
21    A    I do not.
22    Q    Have you ever heard of something called a
23 tracked mesh, Mr. Condon?
24    A    I -- I can't say specifically.  I've -- you
25 know, I -- I've looked at my Blade Runner extras and
```

Page 189

```
1  things like that, or, you know, Terminator, you
2  know, and I assume the mesh is the -- is the green
3  thing in the computer -- I -- I truly do sound like
4  an idiot, but I am when it comes to this stuff, but
5  I assume that's what you're referring to.
6     Q    Okay.  And do you recall reviewing a
7  tracked mesh of Mr. Stevens' facial performance
8  during your work on Beauty and the Beast?
9          MR. CARLSON:  Objection; leading.
10         THE WITNESS:  No.
11 BY MR. KLAUS:
12    Q    I want to ask you, do you recall that
13 Mr. Carlson showed you a video of a -- a promotional
14 event at the TCL Chinese Theatre in Hollywood?
15         Do you recall that?
16    A    Yes.
17    Q    And do you recall Mr. Carlson asked you if
18 it was MOVA technology that allowed you to take the
19 elements of Mr. Stevens' facial performance and
20 preserve them in the CG Beast?
21         Do you remember that --
22    A    Yes.
23    Q    -- question?
24    A    Yes.
25    Q    And do you remember you said "yes"?
```

Page 190

```
1     A    Yes.
2     Q    And when you were using "the MOVA
3  technology" in that question and answer, were you --
4  were you thinking of -- of MOVA as you've described
5  it to me just a few minutes ago?
6          MR. CARLSON:  Objection; asked and
7  answered.
8          THE WITNESS:  Yes, I -- I don't -- I'm not
9  sure I follow the question, but -- but I was
10 thinking of MOVA as described, yes.
11         MR. KLAUS:  Okay.
12    Q    And yesterday Mr. -- yesterday Mr. Carlson
13 showed you a set of questions and answers that had
14 been written up for an interview that you did for
15 the DVD release.
16         Do you recall that, looking at that
17 document and him questioning you about that?
18    A    Yes.
19    Q    And one of the lines there said "Every
20 muscle, all those tiny little things are Dan's."
21         Do you recall that generally?
22    A    Yes.
23    Q    And Mr. Carlson asked you if it was MOVA
24 that allowed you to capture that level of nuance in
25 Mr. Stevens' facial expressions.
```

Page 191

```
1          Do you recall that?
2     A    Yes.
3     Q    And you answered "yes," right?
4     A    Yes.
5     Q    And when you were -- when you were saying
6  that it was MOVA that allowed you to capture that
7  level of -- of nuance, what did you mean by "MOVA"?
8     A    I meant the process specifically in that
9  case of the spray that captured every pore, it
10 seemed, on Dan's face as opposed to the -- to the
11 dot system that other -- other technologies use
12 where animators have to sort of fill in the blanks
13 themselves.
14    Q    Okay.  Were you -- did you also mean the --
15 the entire sort of MOVA process after the facial
16 capture as well?
17         MR. CARLSON:  Objection; leading.
18         THE WITNESS:  I guess so.
19         I mean, I always thought of it as -- again,
20 as I've said, I've always thought of it as -- as a
21 process, the fact that we didn't have to have that
22 thing, and also the ability to capture more -- more
23 of his face.
24         I don't think I was referring to whatever
25 happens after that, but that process was -- that's
```

**REARDEN LLC, ET AL. vs THE WALT DISNEY COMPANY, ET AL.**

Confidential    William Condon on 07/30/2020    Pages 196..198

Page 196

```
1              DECLARATION UNDER PENALTY OF PERJURY

2

3    Case Name:  REARDEN VS. THE WALT DISNEY COMPANY

4    Date of Deposition:  July 30, 2020

5

6

7              I, WILLIAM CONDON, hereby certify under

8    penalty of perjury under the laws of the State of

9    _____ that the foregoing is true and

10   correct.

11          Executed this _____ day of

12   _____, 20___, at _____.

13

14

15          _____

16              WILLIAM CONDON

17

18

19

20

21

22

23

24

25
```

Page 198

```
1              CHANGES AND SIGNATURE

2    WITNESS NAME: William Condon, 07/30/2020

3    PAGE    LINE    CHANGE          REASON

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20       I, William Condon, have read the foregoing

21   transcript and hereby affix my signature that same is

22   true and correct, except as noted above.

23

24          _____

25              William Condon
```

Page 197

```
1              I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3              That the foregoing proceedings were taken

4    before me at the time and place herein set forth with

5    all participants appearing remotely before me; that any

6    witnesses in the foregoing proceedings, prior to

7    testifying, were duly sworn or affirmed; that a record

8    of the proceedings was made by me using machine

9    shorthand, which was thereafter transcribed under my

10   direction; that the foregoing transcript is a true

11   record of the testimony given.

12              Further, that if the foregoing pertains to

13   the original transcript of a deposition in a federal

14   case, before completion of the proceedings, review of

15   the transcript [x] was [ ] was not requested.

16              I further certify I am neither financially

17   interested in the action nor a relative or employee of

18   any attorney or party to this action.

19              IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21

22   Dated:  August 11, 2020

23

24          _____

                 Rhonda Norberg

25              CSR No. 9265, CCRR No. 185
```