# EXHIBIT 3 TO DECLARATION OF MARK S. CARLSON ISO MSJ OPPOSITION



CONFIDENTIAL

DIS-REARDEN-0007938





© 2017 Disney Enterprises, Inc. All Rights Reserved.

disney.com/beautyandthebeast

DISNEY
presents



A
MANDEVILLE FILMS
Production

A
Film by
BILL CONDON

Directed by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .BILL CONDON
Screenplay by. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . STEPHEN CHBOSKY
and EVAN SPILIOTOPOULOS
Songs:
Music by. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .ALAN MENKEN
Lyrics by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .HOWARD ASHMAN
and TIM RICE
Produced by . . . . . . . . . . . . . . . . . . . . . . . . .DAVID HOBERMAN, p.g.a.
and TODD LIEBERMAN, p.g.a.
Executive Producers. . . . . . . . . . . . . . . . . . . . . . . . . . .JEFFREY SILVER
THOMAS SCHUMACHER
DON HAHN
Director of Photography . . . . . . . . . . . . . .TOBIAS SCHLIESSLER, ASC
Production Designer . . . . . . . . . . . . . . . . . . . . . .SARAH GREENWOOD
Edited by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VIRGINIA KATZ, ACE
Costume Designer . . . . . . . . . . . . . . . . . . . . . .JACQUELINE DURRAN
Score by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .ALAN MENKEN
Music Producer . . . . . . . . . . . . . . . . . . . . . . . . . . . . .MATT SULLIVAN
Songs Arranged and Conducted by. . . . . . . . . . MICHAEL KOSARIN
Score Arranged by . . . . . . . . . . . . . . . . . . . . .CHRISTOPHER BENSTEAD
Casting by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . LUCY BEVAN, CSA
Choreographer . . . . . . . . . . . . . . . . . . . . . . . .ANTHONY VAN LAAST
Visual Effects Supervisors. . . . . . . . . . . . . . . . . . . KYLE MCCULLOCH
KELLY PORT
Co-Producers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . STEVE GAUB
GREG YOLEN
JEREMY JOHNS
JACK MORRISSEY
ALEXANDER YOUNG

Unit Production Managers . . . . . . . . . . . . . . . . . . . . .JEFFREY SILVER
JEREMY JOHNS
First Assistant Director . . . . . . . . . . . . . . . . . . . . .BARRIE MCCULLOCH
Visual Effects Producer . . . . . . . . . . . . . . . . . . . . . . . . . . .STEVE GAUB
Digital Domain Senior Animation Supervisor. . . . . . . STEVE PREEG
Framestore VFX Supervisor . . . . . . . . . . . . . . . . . . . . . . . .GLEN PRATT
Second Unit Director. . . . . . . . . . . . . . . . . . . . . . . . .THOMAS NAPPER

Based on the 1991 animated film
BEAUTY AND THE BEAST
Animation Screenplay by
LINDA WOOLVERTON

## CAST

Belle. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EMMA WATSON
Beast . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DAN STEVENS
Gaston . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .LUKE EVANS
LeFou. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JOSH GAD
Maurice. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .KEVIN KLINE
Agathe/Enchantress . . . . . . . . . . . . . . . . . . . . . . . HATTIE MORAHAN
Clothilde . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .HAYDN GWYNNE
Jean the Potter. . . . . . . . . . . . . . . . . . . . . . . . . . . GERARD HORAN
Père Robert . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . RAY FEARON
Lumière . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EWAN MCGREGOR
Cogsworth. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .IAN MCKELLEN
Mrs. Potts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .EMMA THOMPSON
Chip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .NATHAN MACK
Madame Garderobe. . . . . . . . . . . . . . . . . . . . . . .AUDRA MCDONALD
Maestro Cadenza . . . . . . . . . . . . . . . . . . . . . . . . . . STANLEY TUCCI
Plumette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .GUGU MBATHA-RAW
Cuisinier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CLIVE ROWE
Chapeau. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .THOMAS PADDEN
Froufrou . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .GIZMO
Old Woman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .RITA DAVIES
Vagrant. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DJ BAILEY
Monsieur D'arque . . . . . . . . . . . . . . . . . . . . . . . . . . .ADRIAN SCHILLER
Queen. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . HARRIET JONES
Young Prince . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .RUDI GOODMAN
King . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . HENRY GARRETT
Tavern Keeper . . . . . . . . . . . . . . . . . . . . . . . . . . . .MICHAEL JIBSON
Belle's Mother. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .ZOE RAINEY
Baby Belle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DAISY DUCZMAL
Young Maurice. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JOLYON COY

### Ensemble

Tom . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JIMMY JOHNSTON
Dick . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DEAN STREET
Stanley . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .ALEXIS LOIZON
Village Lasses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SOPHIE REID
RAFAËLLE COHEN
CARLA NELLA
Flirtatious Farmer . . . . . . . . . . . . . . . . . . . . . . . . . . . .OBIOMA UGOALA
Barmaid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . LYNNE WILMOT
Pretty Female Fishmonger. . . . . . . . . . . . . . . . . . . . . . .JANE FOWLER
Head Washer. . . . . . . . . . . . . . . . . . . . . . . . . . . . .ALLISON HARDING
Nasty Headmaster . . . . . . . . . . . . . . . . . . . . CHRIS ANDREW MELLON
Housewife . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .JEMMA ALEXANDER
Cobbler. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SANDY STRALLEN

l

| | |
|---|---|
| Baker . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DALE BRANSTON | Children |
| Barber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DANIEL IOANNOU | Washer Girl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .SKYE DEGRUTTOLA |
| Butcher . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .PETER CHALLIS | Little Girls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TIMIA JULIEN-BOX |
| Washer Women . . . . . . . . . . . . . . . . . . . . . . . . . . . . WENDY BALDOCK | ADELAIDE MORGAN |
| NORMA ATALLAH | GEMMA FRAY |
| Apothecary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . LEO ANDREW | LARA DECARO |
| Cheese Makers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .STEVEN BUTLER | School Boys |
| SHARON GOMEZ-JONES | MAX BROPHY | SAMUEL BROWN |
| JACQUI JAMESON | DANIEL DASZEK-GREEN | FREDDIE HUNTER |
| Village Lass's Mother . . . . . . . . . . . . . . . . . . . . . . . . . VIVIEN PARRY | JOEY BROWN | TOM BURGERING |
| Wood Carrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SIMONE SAULT | NATE LEUNG | KAI GORDON |
| Jam Seller . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . BETH WILLETTS | OSCAR FRANCISCO | HARRY MARCUS |
| Bread Buyer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .MANDY MONTANEZ | |
| Fishmonger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOM OAKLEY | Stunt Coordinator . . . . . . . . . . . . . . . . . . . . . . . . . . . . ADAM KIRLEY |
| Stable Boy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . WILLIAM BOZIER | Stunt Department Coordinator . . . . . . . . . . . SARAH GREENSMITH |
| Apothecary's Patient . . . . . . . . . . . . . . . . . . . .JAK ALLEN-ANDERSON | |

Additional Ensemble

| | |
|---|---|
| Fiddlers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PHIL GRANNEL | Belle Double . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .GUIOMAR ALONSO |
| FREDDIE AUGUST | Beast Double . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ADAM BASIL |
| Female Villagers/Celebration Women . . . . . . . . . . . . . NICOLA KEEN | Gaston Double . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOUG ROBSON |
| EBONY MOLINA | Maurice Double . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . MATT CROOK |
| ALISON JENKINS | LeFou Double . . . . . . . . . . . . . . . . . . . . . . . . . . . . .MARTIN PEMBERTON |
| Female Villagers . . . . . . . . . . . . . . . . . . . . . . . . . . . . .ELLEN O'GRADY | |
| DAWN BUCKLAND | Utility Stunts |
| REBECCA MCKINNIS | JULIETTE CHEVELEY | JOEL CONLAN |
| Male Villagers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .JODY HALL | ANDRIUS DAVIDENAS | CHRIS DE CLERK |
| BEN FOX | KELLY DENT | HEIDI DICKSON |
| NATHAN VAIGHAN-HARRIS | GARY KANE | SARAH LOCHLAN |
| TIM STANLEY | HOLLY LUMSDEN | BORIS MARTINEZ |
| BEN CLARE | KIM MCGARRITY | ANDY MERCHANT |
| | DAZ PARKER | HEATHER PHILLIPS |
| Debutantes | OLEG PODOBIN | SHANE ROBERTS |
| MARINA ABDEEN | DANIELLE ACORS | JAMES STEWART | GREG TOWNLEY |
| HAYLEY AINSLEY | RHIANNE ALLEYNE | DAMIEN WALTERS | DONNA WILLIAMS |
| GABBY ANTROBUS | SOPHIE ATKINS | | |
| KOKO BASIGARA | HOLLY BLUETT | Key Stunt Rigger . . . . . . . . . . . . . . . . . . . . . . . . . . .JAMES BOMALICK |
| DAISY BOYLES | AVA BRENNAN | Stunt Riggers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .ROBIN EARLE |
| SOPHIA BROWN | SOPHIE CARMEN-JONES | MATT ARNSTEIN |
| CASSIE CLARE | TANYA CUMBERLAND | RYAN D'CUHNA |
| NATALIE DAVIS | PAIGE DRURY-LAWRENCE | |
| STEPHANIE ELSTOB | CORDELIA FARNWORTH | Production Supervisor . . . . . . . . . . . . . . . . . . . . . . . . . .DAVID CAIN |
| CJ FIELD | LILY FRAZER | Financial Controller . . . . . . . . . . . . . . . . . . . . . .MICHELE TANDY |
| LUCY GILBERT | HELEN GULSTAN | Key Second Assistant Director . . . . . . . . . . . . . . .MATTHEW SHARP |
| SELINA HAMILTON | LEAH HILL | Associate Editor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IAN SLATER |
| ABIGAYLE HONEYWILL | CHELSEA INEZ | |
| BLYTHE JANDOO | SHIREEN JATHOONIA | Theatrical Lighting Design . . . JULES FISHER + PEGGY EISENHAUER |
| BILLIE KAY-PIPER | HANNA KENNA-THOMAS | |
| ELLA KORA | JENNIFER LEUNG | Supervising Art Director . . . . . . . . . . . . . . . . . . . . . .NIALL MORONEY |
| EMILY LOUMBA | CASSIE MACMILLIAN | |
| FIONA MCDONALD | SAMIRA MIGHTY | Senior Art Directors . . . . . . . . . . . . . . . . . . . . . . . . . .JAMES FOSTER |
| SONOYA MIZUNO | ANNA MOMCILOVIC | NICK GOTTSCHALK |
| NICOLA MOOI | NICOLE O'NEILL | Art Directors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .ELAINE KUSMISHKO |
| ABIONA OMONUA | JAZZ PETERS | MARK SWAIN |
| COURTNEY PRUCE | KAYLA RADAM | MIKE STALLION |
| KATIE SINGH | LUCY ST LOUIS | TOM STILL |
| RUTH STEELE | JASMINE TAKACS | Standby Art Director . . . . . . . . . . . . . . . . . . . . . . .EMMA MACDEVITT |
| NAOMI WEIJAND | LEAH WEST | Senior Assistant Art Director . . . . . . . . . . . . . . . . . .MATT ROBINSON |
| | Assistant Art Directors . . . . . . . . . . . . . . . . . . . . . . .OLIVER GOODIER |
| | PATRICIA JOHNSON |
| | RHYS IFAN |
| | WILLIAM COUBROUGH |

II

DIS-REARDEN-0007941

## Set Designers/Draughtspersons

| | |
|---|---|
| JULIAN ASHBY | ANDREA BORLAND |
| TERI FAIRHURST | SARAH FINLAY |
| SARAH GINN | BETHAN JONES |
| KEITH PAIN | MARTHA PARKER |
| QUINN ROBINSON | ALEX SMITH |
| SARAH STUART | CHARLES SZCZECH |
| KETAN WAIKAR | SUSAN WHITAKER |
| LUKE WHITELOCK | CATHERINE WHITING |
| LOTTA WOLGERS | |

3D Set Designer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . STEPHEN WONG
Junior Draughtspersons . . . . . . . . . . . . . . . . . . . . . . . . . . . TIM DUTTON
                 ISONA RIGAU
              ALEXANDRA TOOMEY
Modeler . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ALISDAIR MCKAY
Concept Artists . . . . . . . . . . . . . . . . . . . . . KARL SIMON GUSTAFSSON
                 EVA KUNTZ
              JOANNA BUSH
3D Concept Artists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DAN MAY
              IVAN WEIGHTMAN
Castle Staff Concept Artists . . . . . . . . . . . . . . . . . . . . . . . STEVE TAPPIN
              JACK DUDMAN

### Framestore Concept Artists

| | |
|---|---|
| MARTIN MACRAE | JAMA JURABAEV |
| SAM ROWAN | ADAM BAINES |
| DAN BAKER | BRANDON NORRIS |

Storyboard Artists . . . . . . . . . . . . . . . . . . . . . . . . . . . . MARTIN ASBURY
              DAVID ALLCOCK
                JANE CLARK
            STEVE FORREST-SMITH
           GRAHAM WYN JONES
Art Department Coordinator . . . . . . . . . . . . . . . . . . . HEATHER NOBLE
Visual Researcher . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PHILIP CLARK
Art Department Assistants . . . . . . . . . . . . . . . . . . . . . . JASMINE LEAN
            LAWRENCE BARFORD
            ALISON CLEMENTS
Set Decorator . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . KATIE SPENCER

Senior Assistant Set Decorator . . . . . . . . . . . . . . . . . . ALISON HARVEY
Assistant Set Decorator . . . . . . . . . . . . . . . . . . . . . . NETTY CHAPMAN
Production Buyer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ELLY MEYRICK
Assistant Buyers . . . . . . . . . . . . . . . . . . . . . SHUROUQ ALGUSANE
              ALICE PHELPS
Set Dec Coordinator . . . . . . . . . . . . . . . . . . . . . . . . CLAIRE GRAINGER
Set Dec Art Director . . . . . . . . . . . . . . . . . . . . . . . . . . . CHOI HO MAN
Set Dec Modeler . . . . . . . . . . . . . . . . . . . . CAITLIN MURRAY JONES
Set Designers/Draughtspersons . . . . . . . . . . . . . . . . . JAMES CORKER
              RICHARD HARDY
              ALICE BIDDLE
            SANDRA PHILLIPS
Graphic Designer . . . . . . . . . . . . . . . . . . . . . . . . . GEORGINA MILLETT
Assistant Graphic Designer . . . . . . . . . . . . . . . . . . . . AMY GREWCOCK
Scenic Artist . . . . . . . . . . . . . . . . . . . . . . . . . . . . SATARUPA BRADLEY
Set Dec Assistant . . . . . . . . . . . . . . . . . . . . . CHRISTOPHER MELGRAM
Drapes Master . . . . . . . . . . . . . . . . . . . . . . . . . . GRAHAM CAULFIELD
Drapeswoman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ANNIE TOOP

HOD Prop Modeling . . . . . . . . . . . . . . . . . . . . . . . . PIERRE BOHANNA
Assistant HOD's Prop Modeling . . . . . . . . . . . . . . . . . . . JAMES BARR
              SANDER ELLERS
Buyer/Coordinators . . . . . . . . . . . . . . . . . . . . . . . . . STUART MERIDEW
            MARK WOOLLARD
Assistant Coordinator . . . . . . . . . . . . . . . . . . . . . . . . . GEMMA LUPTON
Petty Cash Buyer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . LUCY BEST
Supervising Modelers . . . . . . . . . . . . . . . . . . . . . . . . . CHRIS ELDRIDGE
              JOHN MURPHY
           STEVE WOTHERSPOON
           ANDREW HODGSON

### Senior Modelers

| | |
|---|---|
| DEREK BELL | JAMES DEAN |
| HARRY FRANCHETTI | MATTHEW HARLOW |
| JONATHAN JACKSON | THOMAS JONES |
| DAVID MERRYWEATHER | |

### Modelers

| | |
|---|---|
| EMILY BICK | SARAH CLAMP |
| WILLIAM COOMBS | ERIC ENGLAND |
| NOEL GLENNON | CRAIG GUINAN |
| CATRIONA MACCANN | PAUL MARSH |
| BILLY NOONAN | DANIEL O'KEEFE |
| MATTHEW ROWE | RICHARD SKELLY |
| ROBERT STANNAGE | MARC TRUNK |
| JAMES WOODCOCK | NICO ZARCONE |

### Assistant Modelers

| | |
|---|---|
| CHRISTIANE BARBKNECHT | ISAAC CAWKWELL-EAST |
| CHARLOTTE DALE | CHRISTY MATTA |
| INGA ROSS | GARY RYAN |
| REBECCA WOOD | |

### Junior Modelers

| | |
|---|---|
| ELLYN ARTHUR | BROOKE DIBBLE |
| ROSEANNE JACKMAN | THOMAS JACOBS |
| CARA LANNING | HELENA LEWIS |
| RACHEL MINCHIN | OSKARS PANTELEJEVS |
| SION ROBERTS | SEAN TOBIN-DOUGAN |

### Trainee Modelers

| | |
|---|---|
| GERRY HURLEY | KAT JOSEPH |
| GABRIEL KERN | DREW MERRYWEATHER |
| LAURA SOUCH | ROWENA VICKERMAN |

Costume Supervisor . . . . . . . . . . . . . . . . . . . . . . . . . CLARE SPRAGGE
Assistant Costume Designers . . . . . . . . . . . . . . . . . . . ANDREA CRIPPS
            SINEAD O'SULLIVAN
           ANTHONY BROOKMAN
Concept Artist . . . . . . . . . . . . . . . . . . . . . . . . . . . . WARREN HOLDER
Crowd Supervisor . . . . . . . . . . . . . . . . . . . . . . . . . JOSEF KOWALEWSKI
Costume Coordinator . . . . . . . . . . . . . . . . . . . . . . . CAROLINE FALLON
Principal Costume Coordinator . . . . . . . . . . KAREN ANGELA BEALE
Principal Costumers . . . . . . . . . . . . . . . . . . . . . . . . . . . . DAVID OTZEN
            VICTORIA TAYLOR
Set Supervisor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOUGIE HAWKES
Wardrobe Mistress . . . . . . . . . . . . . . . . . . . . . . . . . . JESSIE METCALF
Junior Crowd Costumer . . . . . . . . . . . . . . . . . . . . . JENNA MCGOWAN
Male Ensemble Costumer . . . . . . . . . . . . . . . . . . . . . . SEKOU TRAORE

III

DIS-REARDEN-0007942

Female Ensemble Costumer . . . . . . . . . . . . . . . . . .CHLOE REYNOLDS
Crowd Trainee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PETER WAN
Costume Department Trainees . . . . . . . . . . . . . REBECCA STANDISH
STEPHANIE POTTER
Crowd Costume Trainee . . . . . . . . . . . . . . . . . . . . .GABRIELA RUGET
Costume Buyer . . . . . . . . . . . . . . . . . . . . . . . . . . . CLAIRE HARDAKER
Junior Costume Buyer. . . . . . . . . . . . . . . . . . . . . . . . . .SONIA BOOTH
Chief Cutter. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .ANNA HAGMANN
Chief Beast Costume Maker . . . . . . . . . . . . . . . . KIRSTEN FLETCHER
Chief Crowd Cutter. . . . . . . . . . . . . . . . . . . . . . . . . ANDREW JOSLIN
1st Assistant Cutter . . . . . . . . . . . . . . . . . . . . . . . .SHELLEY HAZELL
Beast Costume Maker . . . . . . . . . . . . . . . . . . . . . . SIMONE FEULNER

### Principal Seamstresses

| | |
|---|---|
| SYLVAINE CHAMPEAU | ANNABEL HAWKES |
| ANGELA PLEDGE | ROBERT SUTHERLAND |
| GIULIA CHINI | MARGARET PESCOTT |

Assistant Crowd Seamstress . . . . . . . . . . . . . . . MANUELA HARDING
Junior Seamstress. . . . . . . . . . . . . . . . . . . . . . . . . ALISON REICHERT
Trainee Seamstresses . . . . . . . . . . . . . . . . . . . . . .HELENA BENNETT
LOUISE DUROURE
LUCY ANDERSON
Trainee Beast Costume Maker . . . . . . . . . . . . . . . .NAOMI BONNER
Trainee Seamstress. . . . . . . . . . . . . . . . . . . . . . .CAMILLA THOMSON
Chief Textile/Breakdown Artist. . . . . . . . . . . . . . JOANNA WEAVING
Senior Textile/Breakdown Artist . . . . . . . . . . . . . . ALICE FITZGERALD
Junior Textile/Breakdown Artist. . . . . . . . . . . . . . . . VIRAG ERBITS
Trainee Textile/Breakdown Artist . . . . . . . . . . . . SHAUNA MCATEER
Assistant Textile/Breakdown Artist. . . . . . . . . . . . . . . FRAN JEGAR
Costume Breakdown Artist . . . . . . . . . . . . . . . . . . . .NICOLA BELTON
Chief Costume Prop Modelers . . . . . . . . . . . . . . . . NAOMI CRITCHER
HOLLY DOBSON

Make-Up & Hair Designer . . . . . . . . . . . . . . . . . . . .JENNY SHIRCORE

Personal Hair & Make-Up
for Emma Watson . . . . . . . . . . . . . . . . . . . . . . .CHARLOTTE HAYWARD
Principal Make-Up & Hair Artists . . . . . . . . . . . .HANNAH EDWARDS
SARAH KELLY
MARC PILCHER
Principal Hair Dresser . . . . . . . . . . . . . . . . . . . . . . . .JENNY HARLING
Make-Up & Hair Trainee . . . . . . . . . . . . . . . . . . . . .CLAIRE POMPILI
Ensemble Make-Up & Hair Supervisors. . . JACQUELINE BHAVNANI
SAMANTHA DENYER
Ensemble Make-Up Artists . . . . . . . . . . . . . . . . . . POLLY EARNSHAW
SUE HOWARD
SOPHIA KNIGHT

### Ensemble Hair Dressers

| | |
|---|---|
| ROSE WARDER | SHARON COLLEY |
| KAREN TEITGE | LAURA MORSE |
| GARRY MACHEN | CHERYL MITCHELL |

Ensemble Make-Up & Hair Trainees . . . . . . . . . . . . .CAROLINE DAYE
CHARLOTTE CLARKE
Crowd Make-Up & Hair Supervisor. . . . . . . . . . . . . . LAURA SOLARI
Crowd Make-Up & Hair Artists . . . . . . . . . . . . . . . . .SALLY COLLINS
JO NIELSEN
CHRISSIE WHITNEY
Crowd Make-Up & Hair Juniors . . . . . . . . . . . . . . . . . . .GIGI DEY
LUCY ALLEN
Crowd Make-Up & Hair Trainee . . . . . . . . . . . . . . . . . HOLLY JUDD

Beast Design by. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DAVE ELSEY
LOU ELSEY

Prosthetics Coordinator . . . . . . . . . . . . . . . . . . . . . JONATHAN STOW
Prosthetics Coordinator & Buyer . . . . . . . . . . . . . . ADAM JACKSON
Prosthetics Standby Dressers . . . . . . . . . . . . . . . . .JOANNE GLOVER
ESTEBAN MENDOZA
STEVE O'SULLIVAN
Prosthetics Make-Up Assistants. . . . . . . . . . . . .SOPHIE ASHWORTH
GEMMA LOW
Prosthetics Runners . . . . . . . . . . . . . . . . . . . . . . . . CHARLOTTE ELLIS
TOM WESTGATE
Animatronic Model Designers . . . . . . . . . . . . . . . . . . . .TINA FOSTER
RICHARD MARR
Prosthetics HOD Mould Maker. . . . . . . . . . . . .JOHN SCHOONRAAD
Prosthetics Assistant
Mould Maker . . . . . . . . . . . . . . . . . . . . .MAXIMILLIAN SCHOONRAAD
Prosthetics Consultants . . . . . . . . . . . . . . . . . . . . . . . NIK WILLIAMS
PAULINE FOWLER
Camera Operator/Steadicam . . . . . . . . . . . . . . . LORENZO SENATORE
Camera Operator . . . . . . . . . . . . JONATHAN "CHUNKY" RICHMOND
First Assistant Camera. . . . . . . . . . . . . . . . . . . . . . . . . CHRIS BAIN
RUSSELL KENNEDY
Second Assistant Camera. . . . . . . . . . . . . . . . . . . . . . .TIM MORRIS
ROBIN WEBSTER
Central Loader . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AARAN LEACH
Camera Trainee . . . . . . . . . . . . . . . . . . . . . . . . . ADRIAN STEPHENS

DIT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .JOE STEEL
Assistant DIT . . . . . . . . . . . . . . . . . . . . . . . . . . .JOHN GLYN WILLIAMS
DOP Assistant. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .JACK MEALING

Key Grip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .KEVIN FRASER
Best Boy Grip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TONY BENJAMIN
B Camera Grip . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DEAN MORRIS
Crane Grip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DAVID RIST
Grip Trainee. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .ALEX FRASER
Crane Tech. . . . . . . . . . . . . . . . . . . . . . . . . . . .DENNIS FRASER JNR
Head Tech . . . . . . . . . . . . . . . . . . . . . . . . . . . . .PETER WHITCOMBE

Standby Stagehand . . . . . . . . . . . . . . . . . . . . . . . . . MARTIN BROWN
Standby Carpenters . . . . . . . . . . . . . . . . . . . . . . . . .RYAN SINNOTT
ANDREW APPLIN
Standby Rigger . . . . . . . . . . . . . . . . . . . . . . . . .DARREN COOMBER
Standby Painter. . . . . . . . . . . . . . . . . . . . . . . . . . SIMON HUTCHINGS

Video Playback Operator . . . . . . . . . . . . . . . . . . . . . . . .TOM ELGAR
Video Assistant . . . . . . . . . . . . . . . . . . . . . . . . . . JONATHAN AMES
Video Trainee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .JOJO YEXLEY

Production Sound Mixer . . . . . . . . . . . . . . . . . . .JOHN CASALI, AMPS
First Assistant Sound . . . . . . . . . . . . . . . . . . . . . . . . . CHRIS MURPHY
Second Assistant Sound. . . . . . . . . . . . . . . . . . . .ALAN MAC FEELY
DASH MASON-MALIK
Sound Trainee . . . . . . . . . . . . . . . . . . . . . . . . . . . .GEORGE RIDAL

Post Production Coordinator . . . . . . . . . . . . . . . . . . RACHEL JABLIN

Second Assistant Editor . . . . . . . . . . . . . . . . . . . . . . . JOEY AMRON
Supervising VFX Editor . . . . . . . . . . . . . . . . . . . . . . . PAUL WAGNER

IV

DIS-REARDEN-0007943

VFX Editor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JORDAN LINDBLAD
UK 2nd Assistant Editor . . . . . . . . . . . . . . . . . . . . . . . ESTHER BAILEY
UK Assistant VFX Editor . . . . . . . . . . . . . . . . . . . . . . . . . TOBY LLOYD
UK Editorial Trainee . . . . . . . . . . . . . . . . . . . . . . . . . . . THOMAS LANE
UK Editorial PA . . . . . . . . . . . . . . . . . . . . . . . . . . . . SARA PEDRAMNIA
Post Production Assistant . . . . . . . . . . . . . . . . . . . . . . DEREK COOPER

Supervising Sound Editor/Sound Designer . . . . . . . WARREN SHAW

Re-Recording Sound Mixers . . . . . . . . . . . . MICHAEL MINKLER, C.A.S.
                                    CHRISTIAN P. MINKLER

First Assistant Sound Editor . . . . . . . . . . . . . . . . . . . . . ERIC STRAUSSER
Dialogue/ADR Supervisor . . . . . . . . . . . . . . . . . . . BRIAN BOWLES MPSE
Dialogue Editor . . . . . . . . . . . . . . . . . . . . . . . . . . ALEXA ZIMMERMAN
Sound Designers . . . . . . . . . . . . . . . . . . . . . . . . . . . SEAN GARNHART
                                    STEPHEN P. ROBINSON
Sound Effects Editor . . . . . . . . . . . . . . . . . . . . . . . . . . ADAM KOPALD
Foley Supervisor . . . . . . . . . . . . . . . . . . . . . . . . . WILLIAM SWEENEY
Foley Editor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JOHN WERNER
Assistant Sound Editor . . . . . . . . . . . . . . . . . . . . . . ANGELA ORGAN
Apprentice Sound Editor . . . . . . . . . . . . . . . . . . . . . . . JUSTINE BAKER

Foley by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ONE STEP UP
Supervising Foley Artist . . . . . . . . . . . . . . . . . . . . . . DAN O'CONNELL
Foley Artist . . . . . . . . . . . . . . . . . . . . . . . . . . . JOHN CUCCI MPSE
Foley Mixers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JAMES ASHWILL
                                    RICHARD DUARTE

ADR Voice Casting . . . . . . . . . . . . . . . . . . . . . . . . . . . . DANN FINK
                                    BRUCE WINANT
                                    VANESSA BAKER

### ADR Mixers

| | |
|---|---|
| BOBBY JOHANSON | ANDY STALLABRASS |
| CHRIS NAVARRO | MICHAEL MILLER |
| PETER GLEAVES | KRIS CHEVANNES |
| BEAUXREGARD NEYLON | |

ADR Recordists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . MIKE RIVERA
                                    NICK JIMENEZ
                                    MIKE TEHRANI

Post Production Sound Services . . . . . . . . . . . . . . . HARBOR SOUND
Mix Technicians . . . . . . . . . . . . . . . . . . . . . . . . . . DUNCAN MCRAE
                                    IAN GAFFNEY ROSENFELD
ADR Mixer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . BOBBY JOHANSON
ADR Recordist . . . . . . . . . . . . . . . . . . . . . . . . . . MICHAEL RIVERA
ADR Coordinator . . . . . . . . . . . . . . . . . . . . . . . . . . . TRICIA SCHULTZ
Sound Engineer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AVI LANIADO
Head of Sound Post Facility . . . . . . . . . . . . . . . . . . DARRELL R. SMITH
Sound Post Facility Project Manager . . . . . . . . . . . . . GABRIELA CELI

Script Supervisor . . . . . . . . . . . . . . . . . . . . . . . . . . . KIM ARMITAGE
Assistant Script Supervisor . . . . . . . . . . . . . . . . . . . NORINA MACKEY

Production Consultant . . . . . . . . . . . . . . . . . . . . . . MARY RICHARDS

Production Coordinator . . . . . . . . . . . . . . . . . . . . . . . PAIGE CHAYTOR
Assistant Production Coordinator . . . . . . . . . . . ELLA DAINES-SMITH
Travel & Accommodation
Coordinator . . . . . . . . . . . . . . . . . . . . . . . HELEN SWANWICK-THORPE

Key Production Secretary . . . . . . . . . . . . . . . . . . . . . . . JAKE EDWARDS
Production Secretary . . . . . . . . . . . . . . . . . . . . . . . . . . . KEIR SLOAN
Asset/Backpage Production Assistant . . . . . . . . . CHARLOTTE KEEP
Office Production Assistants . . . . . . . . . . . . . . . . AISLING CHEESMAN
                                    NAOMI WELFORD
Franchise Coordinator . . . . . . . . . . . . . . . . . . . . . . . YASMEENA DAYA
Interim Production Coordinator . . . . . . . . . . . . . CAROLYN O'REILLY

Studio Unit Manager . . . . . . . . . . . . . . . . . . . . . . . . . RACHEL ROSSER
Studio Assistants . . . . . . . . . . . . . . . . . . . . . . . . . STEVEN CONG-TRAN
                                    RUBY WHITELOCKE

Production Accountant . . . . . . . . . . . . . . . . . . . . JAMES RICHARDSON
First Assistant Accountant . . . . . . . . . . . . . . . . . . . . . . CLAIR HANSON
Payroll Accountants . . . . . . . . . . . . . . . . . . . . . . . . . TANYA MELLOTTE
                                    EMMA BRAZIER
Construction Payroll . . . . . . . . . . . . . . . . . . . . . SAMANTHA WARHAM
Accounts Payable Supervisor . . . . . . . . . . . . . . . . . SOPHIE OLIVIER
Assistant Accountant . . . . . . . . . . . . . . . . . . . . . MERIAM CHOUDHRY
Cashier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . KATE ELDRIDGE
Accounts Assistants . . . . . . . . . . . . . . . . . . . . . . . . . . MATT SMITH
                                    CLAIRE TREACY
Payroll Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . GRACE AINSLIE
Accounts Runner . . . . . . . . . . . . . . . . . . . . . . . . . ELEANOR HAMBLY
Post Production Accountant . . . . . . . . . . . . . . . . . . TREVANNA POST
                                    ANNIE GAUDET

Floor 2nd Assistant Director . . . . . . . . . . . . . . . . . . . VAUGHN STEIN
Crowd 2nd Assistant Director . . . . . . . . . . . . . . . . . BRYN LAWRENCE
Ensemble 2nd Assistant Director . . . . . . . . . . . . . . . . LUCY COVER
3rd Assistant Directors . . . . . . . . . . . . . . . . . . . . . . . GRANT BUTLER
                                    LAURA JACKSON
Base PA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . RACHEL SOWDEN
Floor PAs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . HARRY HEWITT
                                    DAISY ROOKE
Cast PAs . . . . . . . . . . . . . . . . . . . . . . . . . . . CLARISTA (ISSY) HOULT
                                    LAURA MOLONEY
Crowd PA . . . . . . . . . . . . . . . . . . . . . . . . . . . . MARK JOHNSTONE

### Stand-Ins

| | |
|---|---|
| GEORGIE CARTER | JAMES TAYLOR |
| JAMES LINTON | JODY HALL |
| CRAIG GODSMAN | HENRY BOHANNA |

Beast Dance Double . . . . . . . . . . . . . . . . . . . . . . . . MATT HARRIS

### Readers

| | |
|---|---|
| JOSEPH KLOSKA | ANNABELLE WALLIS |
| MILLY THOMAS | VANESSA SCHOFIELD |
| JOHN MACMILLAN | JOSHUA HAYES |
| STEVEN MILLER | ZOE RAINEY |

Musical Casting by . . . . . . . . . . . . . . . . . . . . . . . . DAVID GRINDROD
NY Casting . . . . . . . . . . . . . . . . . . . . . . . . . TELSEY + COMPANY
Casting Associate . . . . . . . . . . . . . . . . . . . . . . . . . . . . RUTH KEY
Casting Assistants . . . . . . . . . . . . . . . . . . . . . . . . EMMA CROMPTON
                                    ALICE O'DONOGHUE
Musical Casting Associate . . . . . . . . . . . . . . . . . . . . WILL BURTON

Associate Choreographers . . . . . . . . . . . . . . . . . JANET ROTHERMEL
                                    NICHOLA TREHERNE

v

Assistant Choreographers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . BEN CLARE
LUCY GILBERT
TIM STANLEY
Ballroom Coach . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . MATT HARRIS

Additional Music by . . . . . . . . . . . . . . . . . . . CHRISTOPHER BENSTEAD
and MICHAEL KOSARIN

Songs Produced by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ALAN MENKEN
MATT SULLIVAN
MICHAEL KOSARIN
Music Supervisor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . MATT SULLIVAN
Music Recorded and Mixed by . . . . . . . . . . . . . . . . . . . . . FRANK WOLF
Supervising Music Editor . . . . . . . . . . . . . . CHRISTOPHER BENSTEAD
Music Editor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ROBIN MORRISON

Song Orchestrations by . . . . . . . . . . . . . . . . . . . . . DOUG BESTERMAN
MICHAEL STAROBIN
DANNY TROOB
JONATHAN TUNICK
Lead Score Orchestrator . . . . . . . . . . . . . . . . . . . . . JAMES SHEARMAN
Orchestra and Choir Conducted by . . . . . . . . . . MICHAEL KOSARIN
Orchestra Leader . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JOHN MILLS
Orchestra Contractor . . . . . . . . . . . . . . . . . . . . . . . . ISOBEL GRIFFITHS
Assistant Orchestra Contractors . . . . . . . . . . . . . . . . . . . JO CHANGER
AMY STEWART
Choir Master . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TERRY EDWARDS
Choir . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . LONDON VOICES
Vocal Coaches . . . . . . . . . . . . . . . . . . . . . . . . . CLAIRE UNDERWOOD
ANNE-MARIE SPEED
ERIC VETRO
MARK MEYLAN
Vocal Contractor . . . . . . . . . . . . . . ANNIE SKATES, CAPITAL VOICES
US Music Preparation . . . . . . . . . . . . . . . . . . . . . . . . . BOOKER WHITE,
WALT DISNEY MUSIC LIBRARY
UK Music Preparation . . . . . . . . . . . . . . . . JILL STREATER MUSIC LTD.,
HOT SAVE LTD.
Music Programmers . . . . . . . . . . . . . . . . . . . . . . . . . . . RUPERT CROSS
ADAM HOCHSTATTER
RAEL JONES
DOUGLAS ROMAYNE
Rehearsal Pianist . . . . . . . . . . . . . . . . . . . . . . . . . . . STEVEN MALONE
Additional Score Orchestrations . . . . . . . . . . . . . . MICHAEL BARRY
KEVIN KLIESCH
Additional Music Editors . . . . . . . . . . . . . . . CHRISTOPHER BROOKS
ROBIN BAYNTON
FIONA CRUICKSHANK
Assistant Recording Engineers . . . . . . . . . . . . . . . . . . . JOHN BARRETT
CHRIS BARRETT
ANDY COOK
GORDON DAVIDSON
JASON ELLIOT
Music Recorded at . . . . . . . . . . . . . . . . . . . . . . ABBEY ROAD STUDIOS
AIR LYNDHURST STUDIOS
Music Recorded and
Mixed at . . . . . . . . . . . . . . . . BRITISH GROVE STUDIOS, LONDON, UK

Associate Musical Arranger . . . . . . . . . . . . . . . . . . . . STEVEN MALONE

Dance Arrangements by . . . . . . . . . . . . . . . . . . . . . . . . . SAM DAVIS

Assistant to Mr. Condon . . . . . . . . . . . . . . . . . . . . . . . DAVE SOLOMON
Assistants to Mr. Hoberman (US) . . . . . . . . . . . . . . . . DEREK STEINER
MAX JACOBY
Assistant to Mr. Hoberman (UK) . . . . . . . . . . . . . . ROBYN JOHNSON
PA to Mr. Hoberman (UK) . . . . . . . . . . . . . . . . . . . . FELICITY RANKIN
Assistant to Mr. Lieberman (US) . . . . . . . . . . . . . . . ANDREW SORGIE
Assistant to Mr. Silver . . . . . . . . . . . . . . . . . . . . . . . . MATT BRADLEY
Assistant to Ms. Watson . . . . . . . . . . . . . . . . . . . . LOUISE DE LACROIX
Assistant to Mr. Stevens . . . . . . . . . . . . . . . . . . REBECCA PENDARVES
Assistant to Mr. Evans . . . . . . . . . . . . . . . . . . . . . JAMES SIEWRIGHT
Assistant to Mr. Gad . . . . . . . . . . . . . . . . . . . . . . . . MELISSA ROTONTO
Cast Trainer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SIMON WATERSON

Gaffer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . LEE WALTERS
Floor Best Boy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PAUL SHARP
Office Best Boy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . GAVIN WALTERS
Supervising Electrician . . . . . . . . . . . . . . . . . . . . . . . . . PAUL HARRIS
Lighting Desk Operator . . . . . . . . . . . . . . . . . . . . . . ANDY MUNDAY

### Floor Electricians

| | |
|---|---|
| JAMES BRUCE | ROSS BUSBY |
| PETER HARRIS | JOE HISSEY |
| BEN KNIGHT | LEE KNIGHT |
| ANDY NOLAN | DAVID PALMIERI |
| RICKY PAYNE | JACK POWELL |
| THOMAS ROYAL | DANIEL TYLER |

Standby Electrical Rigger . . . . . . . . . . . . . . . . . . . . . GARY LAMBERT
Standby Electrical Carpenter . . . . . . . . . . . . . . . . . . . ALEX ROBERTS

Rigging Gaffer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . STEVE KITCHEN
Office Best Boy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CHRIS TANN
Rigging Desk Operator . . . . . . . . . . . . . . . . . . . . . . DANIEL WALTERS
Rigging Electrical Chargehands . . . . . . . . . . . . . . . WILLIAM MCGILL
THOMAS MCGINLEY

### Rigging Electricians

| | |
|---|---|
| DARREN GROSCH | JIMMY HARRIS |
| MARK JOINER | LARRY PARK |
| ROGER SABHARWAL | JOHN SAUNDERS |

Practical Electrician . . . . . . . . . . . . . . . . . . . . . . . . KEVIN FITZPATRICK

HOD Electrical Rigger . . . . . . . . . . . . . . . . . . RICHARD 'TURBO' HARRIS
Supervising Rigger . . . . . . . . . . . . . . . . . . . . . . . . . . . . RIKKI HARRIS
Chargehand Rigger . . . . . . . . . . . . . . . . . . . . . . AARON MONTGOMERY

### Electrical Riggers

| | |
|---|---|
| JAMES BUSBY | ZAC CROCKETT |
| CLINT EDWARDS | MICHAEL EVANS |
| SEAN HARRIS | RICHARD HAYDEN |
| JAMES LOVELL | SHAUN MEW |
| ROBERT OWEN | GREGORY PRESS |

Trainee Rigger . . . . . . . . . . . . . . . . . . . . . . . . . . . . CHRIS RACKLEY
Electrical Forktruck Driver . . . . . . . . . . . . . . . . . . . . . KEVIN FOWLER

Theatrical Lighting . . . . . . . . . . . . . . . . . . . . . . . . . . . TONY SIMPSON
Assistant Theatrical Lighting . . . . . . . . . . . . . . . . . . . . . . ZOE SPURR
Theatrical Lighting Pre-Vis Artist . . . . . . . . . . . . . . . . . . . ROGER LIU

VI

CONFIDENTIAL

DIS-REARDEN-0007945

Theatrical Lighting PA . . . . . . . . . . . . . . . . . . MADDIE DAINES-SMITH

Property Master. . . . . . . . . . . . . . . . . . . . . . . . . . . . . DENNIS WISEMAN
Assistant Property Master . . . . . . . . . . . . . . . . . . . . .STEVEN MORRIS
Property Storeman. . . . . . . . . . . . . . . . . . . . . CHRISTIAN MCDONALD
Assistant Storeman . . . . . . . . . . . . . . . . . . . . . . . . . . ERIC STRANGE
Chargehand Standby Propman. . . . . . . . . . . . . . . . GARY DAWSON
Standby Propman. . . . . . . . . . . . . . . . . . . . . . . . . . SEAN GREENHAM
Chargehand Dressing Propmen . . . . . . . . . . . . . . . . PAUL OATWAY
                                                    ADRIAN PLATT

Dressing Propmen

| | |
|---|---|
| NEIL ALEXANDER | WILLIAM AYRES |
| PAUL BURROWS | BEN JOHNSON |
| JAMES MANNELL | MARK REYNOLDS |

Modeler . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .MATT BOYTON
Model Maker . . . . . . . . . . . . . . . . . . . . . . . . . . WILLIAM MITCHELL
Painters. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DAVID STAPLETON
                                                JAMES WICKISON
Trainees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . MATTHEW BABB
                                                BRADLEY HOLMES

Special Effects Supervisor . . . . . . . . . . . . . . . . . . . . .PAUL CORBOULD

Special Effects Co-Supervisor. . . . . . . . . . . . . . .GARETH WINGROVE
Special Effects Workshop Supervisor. . . . . . . . . . . TONY EDWARDS
Special Effects Floor Supervisor. . . . . . . . . . . . . . . . .DAN WILLIAMS
Special Effects Wire Supervisor . . . . . . . . . . . . . . . NEAL MURRAY
Special Effects Manager & Buyer . . . . . . . . . . . . . . . BEVERLY YOUNG
Special Effects Coordinator. . . . . . . . . . . . . . . . . . . BENJAMIN VOKES
Special Effects Assistant Buyer. . . . . . . . . . . . . . SOPHIE CORBOULD
Special Effects Storeman . . . . . . . . . . . . . . . . . . . . . . . . .DAVE COOK
Special Effects Health &
Safety Consultant . . . . . . . . . . . . . . . . . . . . . .CHRISTOPHER DALTON
Senior Technician . . . . . . . . . . . . . . . . . . . . . . . . . . . RICHARD BROWN
Senior Design Engineer . . . . . . . . . . . . . . . . . . . . . . . JASON LEINSTER

Senior Technicians

| | |
|---|---|
| DOM MEWBURN-CROOK | MELVYN PEARSON |
| MATT ARMSTRONG | CHRIS CORBOULD |
| HUGH GOODBODY | PAUL KNOWLES |
| MARTIN NEILL | NIGEL SINCLAIR |
| BARRY ANGUS | IAN WINGROVE |

Senior Model Maker. . . . . . . . . . . . . . . . . . . . . . . . . . PAUL WALLER
Animatronic Model Designers . . . . . . . . . . . . . . . . . . . STUART KERR
                                                MATT LEWIS
                                                TOM BAILEY
Modelers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .CHARLES TYCER
                                                MARTIN GASKELL
Design Engineer . . . . . . . . . . . . . . . . . . . . . . . . . . .ALEXANDER FABRE
Engineers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ADAM BANKS
                                                JONNY ORAM

Technicians

| | |
|---|---|
| WILL BAZELEY | DANIEL BENTLEY |
| WILLIAM BRETT | FREDERICK BUHAGIAR |
| JAIMIE CORBOULD | JOSHUA HOOKER |
| NEIL MCKELVEY | NOAH MEDDINGS |
| CHARLIE PEDERSEN | KAROL STACHOWICZ |
| ADAM STANTON | CRAIG TILBURY |
| JAMES SEARLE | RUSSELL WILLIAMS |

Rigging Technician. . . . . . . . . . . . . . . . . . . . . . . . . . . . MATT DUGGAN
Assistant Technicians. . . . . . . . . . . . . . . . . . . . . . . . . . . KANE DIMMER
                                                PAUL KRISTAN
                                                RICHARD SHARPLES
                                                ASHLEA BROWN
                                                CHRIS PEARCE
SFX Riggers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .LEE BULLEN
                                                GLEN BYATT
                                                GARY THOM
Assistant Modeler. . . . . . . . . . . . . . . . . . . . . . . . . .JAMES SEYMOUR

Trainees

| | |
|---|---|
| ROSS CRAWFORD | ROB HARRISON |
| MAXFIELD HEMMETT | STUART LOVELOCK |
| TOM MORRIS | SIMON PARASKEVAS |
| CHRIS FISHLOCK | RICHARD DEDMAN |
| GEORGE GODMAN | CALLUM GORDON |
| OHMAR PIKE | ELEONORE ROLANDEZ |
| JAYDEN SMITH | DREW WILLS |

Key Greensman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JON MARSON
Greens Coordinator . . . . . . . . . . . . . . . . . . . .TAMARA CATLIN-BIRCH
Greens Buyer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DANIEL PITT
Greens Trainee Buyer. . . . . . . . . . . . . . . . . . . . JONATHAN TIDMARSH
Supervising Sculptor. . . . . . . . . . . . . . . . . . . . .JONATHAN BULLOCK
Frost Effects Supervisor . . . . . . . . . . . . . . .RICHARD VAN DEN BERGH
Greens Workshop Manager. . . . . . . . . . . . . . . . . . DANIEL BURNETT
Greens Storeman . . . . . . . . . . . . . . . . . . . . . . . . . . . . DALE ROBERTS
Supervising Rigger. . . . . . . . . . . . . . . . . . . . . . . . . . . SCOTT HILLIER
Supervising Carpenter . . . . . . . . . . . . . . . . . . . . . .DANIEL O'REGAN
Standby Chargehand . . . . . . . . . . . . . . . . . . . . . . . . .POPPY LLOYD
Supervising Chargehand  . . . . . . . . . . . . . . . . .WILLIAM LOUGHLIN

Greensmen

| | |
|---|---|
| MALIKAH ALMAGHRABI | JONO BOND |
| STEVEN BURDETT | OLIVER CAMPBELL |
| KAMIE COOPER | RYAN DENT |
| JEREMY GAVIN | NEILL GRANGE |
| CLAIRE JENKINS | AMANDA LANGTON |
| VICTORIA PEARCE | |

Labourers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . KATHRYN LOUGHLIN
                                                CALLUM MARTIN
                                                LOUIS SMART
                                                MYLES SMART
Arborists. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .VLADIMIR PAVLU
                                                OWEN WILLIAMS
Supervising Painter . . . . . . . . . . . . . . . . . . . . . . MALCOLM KEANE
Painter. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .JAMES KEANE
Senior Sculptor . . . . . . . . . . . . . . . . . . . . . . . . . .LAURENCE SIMMONS

VII

Sculptor/Mould Makers . . . . . . . . . . . . . . . . . . . . . . . JOSEPH BIRDSEY
EMMA MYR
REBECCA TIMONS
Sculptor/Modeler . . . . . . . . . . . . . . . . . . . . . . . . . SARAH MATHIESON

### Sculptors

NEIL DAMMAN                          GAVIN FULCHER
ANDY GARNER                          PAUL JARVIS
MIKE JONES                           STEVEN LEE-LOVEDAY
PETER SELLARS

Modelers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EDMUND DIMBLEBY
BEN PHILLIPS
NATHAN REID
Assistant Sculptor. . . . . . . . . . . . . . . . . . . . . . . . . . . . . LUCY ABBOTT
Junior Mould Maker. . . . . . . . . . . . . . . . . . . . . . . . . . . SKOT REYNOLDS
Junior Modeler. . . . . . . . . . . . . . . . . . . GEORGE SPENSLEY-CORFIELD
Labourers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . MATTHEW BECKWITH
MARCUS BROOMER
WILLIAM CHAPPLES
LAURA COLLINS
Ice Technician. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . LUKE CORBYN
Labourers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TILDA KUSMISHKO
BETHANY SPENCE
Ice Sculptors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .STEVE SCOTT
RICHARD THOMAS
Chargehand Carpenter. . . . . . . . . . . . . . . . . . . . . . . . JOHN O'BRIEN
Carpenters. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DAVID LOWERY
ROY O'BRIEN
Riggers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . WILLIAM BEENHAM
GARY DORMER
FREDERICK REYNOLDS
Trainee Sculptor . . . . . . . . . . . . . . . . . . . . . . . . . . . LILY THATCHER
Trainee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . GREG ODDOYE
Runner . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CHARLOTTE EPSTEIN

Supervising Location Manager . . . . . . . . . . . . . . . . .ADAM RICHARDS
Location Managers. . . . . . . . . . . . . . . . . . . . . . . . DARAGH COGHLAN
BEN MANGHAM
TOM CROOKE
Unit Manager. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DAVID BELL
Assistant Unit Managers. . . . . . . . . . . . . . . . . . . . . .GEORGE BATES
ELEANOR DOWNEY
Location Assistant. . . . . . . . . . . . . . . . . . . . . . . . . . . CALUM GREEN
Environmental Coordinator . . . . . . . . . . . . . .LOUISE MARIE SMITH
Environmental Assistant. . . . . . . . . . . . . . . . . . . AASHISH GADHVI
Security Coordinator . . . . . . . . . . . . . . . . . . . . . . . . DAVID JONES
Lead Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . RYAN LOCKE
Stage & Location Security . . . . . . . . . . . . . . . . . . . . .ANDY MCLEOD
STEVE SORBY
SIMON CASEY
CHARLES SMITH

Lead Horsemaster. . . . . . . . . . . . . . . . . . . . . . . . . . . HAYDN WEBB
Horsemasters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOM COX
SAMANTHA DENT
Horse Trainer . . . . . . . . . . . . . . . . . . . . .ARRANZ LOSIA LUIS MIGUEL
Horse Make-Up Artists . . . . . . . . . . . . . . . . . . . . . . . . . .VICKY FIELDS
SOPHIE HARMON
American Humane Rep. . . . . . . . . . . . . . . . . . . . . TARA CASTALDINI

Animal Coordinator . . . . . . . . . . . . . . . . . . . . . . . . . . . GILL RADDINGS
Assistant Animal Coordinator. . . . . . . . . . . . . . . . .SONIA TURNER

Unit Publicist . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .RACHEL KENNEDY
Stills Photographer. . . . . . . . . . . . . . . . . . . . . . . . . LAURIE SPARHAM

Unit Nurse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . STEPHANIE BARKER
Construction Nurse . . . . . . . . . . . . . . . . . . . . . . . . . SHAZIA MAJEED
Health & Safety Advisor . . . . . . . . . . . . . . . . . . . . . . .DAVID LIDDELL
Health & Safety Assistant  . . . . . . . . . . . . . . . . . . . .ANDREW WARD
Lead Fire Officers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .ROB SMITH
TIM MORLEY

Construction Coordinator . . . . . . . . . . . . . . . . . .MALCOLM ROBERTS

Construction Manager . . . . . . . . . . . . . . . . . . . . . . . . .ROBERT VOYSEY
Production Buyer . . . . . . . . . . . . . . . . . . . . .BRIGITTE WARD-HOLMES
Construction Administrator . . . . . . . . . . . . . . . . . . . .LEWIS PARTOVI
Construction Electrician. . . . . . . . . . . . . . . . . . . . . . PATRICK MILLER

HOD Carpenter . . . . . . . . . . . . . . . . . . . . . . . . . . . MARTIN HUBBARD
Supervising Carpenters . . . . . . . . . . . . . . . . . . . . . . .LEE EDWARDS
MARK BRADY
KEVIN DEARDON
TONY MARKS
MARTIN DAY
Chargehand Carpenters. . . . . . . . . . . . . . . . . . . . PHILLIP DUDMAN
DAVID MAYHEW

HOD Painter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DAVID MEEKING
Supervising Painters . . . . . . . . . . . . . . . . . . . . . . . . . JOHN CLOKE
JOHN ROBERTS
Supervising Painters Labourer . . . . . . . . . . . . . . . . . . . DEAN BUDD
Chargehand Painters. . . . . . . . . . . . . . . . . . . . . . . .GRAHAM ANTILL
JASON IVALL
JOHN ROBERTS

HOD Scenic Artist. . . . . . . . . . . . . . . . . . . . . . . . . . . JAMES GEMMILL
Scenic Artists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . RUSSELL OXLEY
ROHAN HARRIS
Assistant Scenic Artist. . . . . . . . . . . . . . . . . . . . . . . . .DOMINEE REID

HOD Plasterer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . STEPHEN WATTS
Supervising Plasterers. . . . . . . . . . . . . . . . . . . . . . . .STEPHEN PAGE
RAY ROFFE
Chargehand Plasterers . . . . . . . . . . . . . . . . . . . . . . . JIM TAYLOR
DANIEL WATTS
HOD Plasterer's Labourer. . . . . . . . . . . . . . . . . . . . . . . . . .OTIS BELL
Chargehand Plasterer's Labourer . . . . . . . . . . . . . . . .CALLUM HOOK

HOD Rigger. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .STEVEN SANSOM
Supervising Rigger. . . . . . . . . . . . . . . . . . . . . . . . . . . . JOHN FIELD
Chargehand Riggers . . . . . . . . . . . . . . . . . . . . . . . . . WESLEY BAIN
MARK MOWER
MARK THOMAS
WILLIAM GIBSON

HOD Sculptor . . . . . . . . . . . . . . . . . . . . CONRAD LINDLEY-THOMPSON
Supervising Sculptor . . . . . . . . . . . . . . . . . . . . . . . . . . NEIL HEDGER

VIII

HOD Stagehand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .KEITH SMITH
Supervising Stagehands. . . . . . . . . . . . . . . . . . . . . . . . .GARY DAVIES
JOHN MCNEIL
HOD Metal Engineer . . . . . . . . . . . . . . . . . . . . . . . . . . .NIGEL GRAY
Supervising Metal Worker . . . . . . . . . . . . . . . . . . . . . . SID EJJAYHA

### Many Thanks to All Construction Crew

Transport Captain. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .CAIN LEE
Assistant Transport Captain . . . . . . . . . . . . . . . . . . . . .DEAN PORTER
Transport Office Coordinator . . . . . . . . . . . . . . . . .JOANNE KHALLAF
Tech HODs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .MARTIN PARRY
CHRIS CHESIRE
Base HOD. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .BARRY FISHER

### Many Thanks to All Unit Drivers & Truck Drivers

Catering Managers. . . . . . . . . . . . . . . . . . . . . . . . . . . .FIONA GILBERT
MICHAEL GILBERT
ALI CHAMBERLAIN
Head Chef . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DAVE MOORE
Craft Manager . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .HUGO SOARES
Craft Chef. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .EMA HODGSON

VFX Production Supervisor . . . . . . . . . . . . . . . . . . . .DAVID FEINSILBER
VFX Coordinator . . . . . . . . . . . . . . . . . . . . . . . . . PATRICK HERNANDEZ
VFX Production Assistants. . . . . . . . . . . . . . . . . .GEORGIA BENJAMIN
CHARLOTTE TOWNSEND
CAROLYN SHEA
VFX Asst Coordinator. . . . . . . . . . . . . . . . .JOANA SANTANA POWELL
Lead Data Wrangler . . . . . . . . . . . . . . . . . . . . . . . . . . .ADRIAN RATLEY
Data Wrangler . . . . . . . . . . . . . . . . . . . . . . . . . . . SOPHIE ANDERSON
Witness Camera Operators . . . . . . . . . . . RICHARD EDWARDS-EARL
DAVID JACKSON

### Special Visual Effects and Character Animation by DIGITAL DOMAIN

Visual Effects Producer . . . . . . . . . . . . . . . . . . . . . . . . .GAYLE MUNRO
Digital Effects Supervisors . . . . . . . . . . . . . . . . . . . DARREN HENDLER
R. MATT SMITH
Animation Supervisor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .IAN BLUM
CG Supervisor. . . . . . . . . . . . . . . . . . . . . . . . . . . .ALEXANDRE MILLET
Sequence Supervisor. . . . . . . . . . . . ROBERT ANDREW DAVID FRICK
Compositing Supervisor. . . . . . . . . . . . . .FRANCIS PUTHANANGADI
Character Effects Supervisor. . . . . . . . . . . . . . . . . . . . . . NATHAN FOK
Associate Compositing Supervisor. . . . . . . . . . . . HENRIQUE MOSER
Shot Modeling Supervisor. . . . . . . . . .BARRINGER FOX WINGARD III
Facial Modeling Supervisor. . . . . . . . . . . . . . . . . . . . .RON EJ MILLER
Character Rigging Supervisor. . . . . . . . . . . . . . . . . . . . . . ERIC TANG
Environments Supervisor. . . . . . . . . . . . . . . . . . . . JONATHAN GREEN
Pipeline Supervisor . . . . . . . . . . . . . . . . . . . . . . . . . .CLAUDE MARTINS
Facial Performance Capture Supervisor . . . . . GREGORY P LASALLE
Digital Producer . . . . . . . . . . . . . . . . . . . . . . . . .JENNÉ MARIE GUERRA
Conceptual Artists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ALEX RUIZ
NICHOLAS LLOYD
Modeling Lead. . . . . . . . . . . . . . . . . . . . . . DANIEL GONCALVES MOY

### Character Modelers

| | |
|---|---|
| DAMIEN ABDOOL | CHRIS BOSTJANICK |
| MIGUEL A. GUERRERO | ANTO TONY JURICIC |
| THOMAS KERNAN | ANDREW LEMA |
| KUI HAN LEE | DERRICK D. SESSON II |

### Character Riggers

| | |
|---|---|
| THOMAS BITTNER | NATHAN BUDARICK |
| MARTY HON | DILIP LALWANI |
| DAVID MCLEAN | TIM PETRE |
| CAROLYN WONG | |

Texture Lead. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .LAUREL A. SMITH

Texture Artists . . . . . . . . . . . . . . . . . . . . . . . . . . . .JAVIER BLANCO RUIZ
MUHAMMAD MARRI
CHUN CHUN YANG

Integration Lead . . . . . . . . . . . . . . . . . . . . . . . . . . . . ROSS MACKENZIE

### Integration Artists

| | |
|---|---|
| JOSÉ GREGORIO AGUILAR HERRERA | LYDIA COSGRAVE |
| SCOTT INKSTER | YOHAN JOO |
| SUNGMIN LIM | RAMA KRISHNA MADURI |
| PETE MCGOWAN | JIM MOORHEAD |
| ANOOJ NAGARAJAN | PAUL SCHMITKE |
| ROBYN SPENCER | |

On-Set Data Integration . . . . . . . . . . . . . . . . . . . . . . . . . . . VIKI CHAN

Character Animation Leads. . . . . . . . . . . . . . . .ELIZABETH BERNARD
BENJAMIN CINELLI
FRANKIE STELLATO

### Character Animators

| | |
|---|---|
| AARON BARLOW | DAN BROVERMAN |
| MANJOE CHAN | JOEY CHANG |
| REX FANG | RICHARD GILLIES |
| SOUMITRA GOKHALE | HARRY GREEN |
| ELLEN HOFFMANN | ALLEN HOLBROOK |
| BRAD LINCOLN | MARCO LA TORRE |
| JONATHAN MACINTOSH | PERICLES MICHIELIN |
| HOSUCK MOON | TOM ST. AMAND |
| ZI CHAO TAN | ARDA UYSAL |
| CHRISTOPHER ERIN WALSH | NICK WHITMIRE |

Facial Performance Capture Lead . . . . . . . . . . KENNETH A. PEARCE

### Facial Performance Capture Artists

| | |
|---|---|
| JONATHAN BERRY | JASON BRADBURY |
| MICHAEL HARDIE | SHWAN KHALID |
| RAYMOND L. MASSA | JOSHUA TM MATTHEWS |
| SAMANTHA MCCONNELL | SORYA SEAN SEREI |
| WESLEY WELCOMER | |

### Character Effects Leads

| | |
|---|---|
| RICK FRONEK | JIMMY GORDON |
| DAMON MILMAN | |

CONFIDENTIAL

DIS-REARDEN-0007948

Groom Leads . . . . . . . . . . . . . . . . . . . . . . EDUARDO DIOSES OROZCO
ELLIOT ROSENSTEIN

### Character Effects Artists

| | |
|---|---|
| BUZZ BARRIGAR | MATT BROWN |
| TYLER CAYCE | AGATHE COURTISSE |
| JUAN CARLOS DELGADO GONZALEZ | JAY GAMBELL |
| BETSY ASHER HALL | PASCAL HANG |
| ROB HOUSE | JESSICA AMBER HURST |
| SUZI POLK LITTLE | REMI MUNIER |
| KIM ALEX NIELSEN | ERIK OJONG |
| PATRICIA PAWLAK | NAVIN MARTIN PINTO |
| MARIO REITBAUER | ANDREW ROMINE |
| CHERIE RYE | BONGKEE SOHN |
| JOSEPH SPADARO | DULCE VELAZQUEZ |
| SEAN M. WHITE | JEREMY VILLEMAIRE |
| YANN VANIERBERGHE | |

Environment Lead . . . . . . . . . . . . . . . . . . . . . . RUDY ERIC DIMA-ALA

### Environments Artists

| | |
|---|---|
| DANIEL ANTON | CARLOS BALILA |
| ALBERTO CASU | VANESSA CHEUNG |
| ZACH CHRISTIAN | OLIVIER DUBARD |
| GIZEM ERSAVAS | ROB FITZSIMMONS |
| ASIER HERNAEZ LAVINA | ZACH MANDT |
| ANDY MARTINEZ | LEON MCCORMICK |
| ERIC MATTSON | JACOB MILLER |
| DEREK MOORHOUSE | BENJAMIN NOWAK |
| WINFIELD SCOTT O'BRIEN | OLIVER SEEMANN |
| REINA SPARKS | WILLIAM K. MATHER |

FX Lead. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EDMOND SMITH III

### FX Artists

| | |
|---|---|
| NARDEEP CHANDER | DEREK CHEUNG |
| VICTOR GRANT | CARL JACKSON |
| JAYMIE MIGUEL | KEVIN MITCHELL |
| HIROYUKI OKUBO | REMI PIERRE |
| JOHN SPARKS | ROBERT CHARLES THOMAS |
| JEFF WOLVERTON | |

Look Development Lead . . . . . . . . . . . . . . . . . . . . JEREMY C. BUTTELL
Lighting Leads . . . . . . . . . . . . . . . . . . . . . . . . . . . NICOLAS CHOMBART
JULIEN LASBLEIZ

### Lighting Artists

| | |
|---|---|
| PIERRICK BARBIN | BLANDINE CHANTEUR-COULON |
| MARVIN CHUA | CARLOS CIDRAIS |
| GEOFF DIAMOND | RYAN DUHAIME |
| BRENT ELLIOTT | JACK (KENNY) EVANS |
| MARCEL O. HEMINGWAY | KAREN HULSE |
| YONG KIM | AARON KRAMER |
| KAMY LOVELADY | SHOICHI MATSUBARA |
| DAISUKE NAGAE | DAN NAUGHTON |
| ADAM O'DONNELL | HANNES POSER |
| BENJAMIN RABASTE | CHRISTOPHER RICKARD |
| ÅSA SVEDBERG | YEGOR SWAROVSKI |
| ASUKA TOHDA | ALDRICH TORRES |
| TIM WARD | |

Compositing Leads . . . . . . . . . . . . . . . . . . . . . . . . ERIC KASANOWSKI
DIEGO PICCINATO
Compositing Look Development Lead . . . . . . . . . . . . . . . KYM OLSEN

### Compositing

| | |
|---|---|
| KHARI ANTHONY | ARTIN ARYAEI |
| KEVIN BOUCHEZ | MARK BURNS |
| MARCO CANTALUPPI | PAUL CHAPMAN |
| EUNJUNG EUNICE CHO | WESLEY CRONK |
| STEVEN DAVIES | NATALIA DIAZ-ORREGO |
| BENEDICT GILLINGHAM-SUTTON | JESSICA HART |
| HEATHER HOYLAND | NEIL JIANORAN |
| VIVIAN KWOK KWAN JIM | JONATHAN JOBIN |
| CAROLINE JOURNO | MEGUMI KANAZAWA |
| MICHELLE KORCZAK | PETER KOSS |
| PAUL KULIKOWSKI | NICHA KUMKEAW |
| EVAN KWAN | DELPHINE LAURENT |
| LORENZO LOVERA | MANUEL VALDEZ MENDIA |
| KATHRIN JULIA MUELLER | YVONNE OH |
| CONRAD OLSON | KALLE PETERSON |
| SINISA RADOSAVLJEVIC | TINA-LORRAINE RANGEL |
| EGBERT REICHEL | STEVE J. ROSS |
| RANDY RUAN | JASON O. T. SELFE |
| ROMMEL SHAMOUN | JOSEPH A SPANO III |
| BRETT STAPLETON-FRENCH | LINDA TREMBLAY |
| TOM TRUSCOTT | DONALD TSE |
| JUAN VALENZUELA ALCARAZ | |

Rotoscope/Paint Lead . . . . . . . . . . . . . . . . . . HEATHER MCPHEE RYAN

### RotoScope/Paint Artists

| | |
|---|---|
| NICOLE ARNELL | CHRISTINE BREUNINGER |
| CALEB CARR | PHYLICIA FELDMAN |
| NATHALIE GONTHIER | KELSEY GOW |
| KEN OGBO | ADRIAN RIVERA LOZANO |
| CESAR RODRIGUEZ BAUTISTA | MICHELLE ROSS |
| AZHAR SALIM | MENG SHEN |
| BRIAN THOMASON | JESSICA TUE |
| LOGAN B. WATKINS | |

### Technical Developers

| | |
|---|---|
| JESSE CRAVEN | MARTIN DAVIES |
| NICO DUFORT | LUOWE T GOANEH |
| ANISIM A. KALUGIN JR. | BRUNO NICKO |
| PETER RABEL | RAFE SACKS |
| EHSAN SHOKRGOZAR | STEPHEN SLOAN |
| GRAHAM G. THOMPSON | DARREN WILLIAMS |

Digital Production Manager . . . . . . . . . . . . . . . . WILLIAM G. HIGGINS

Associate Production Managers . . . . . . . . . . . . . . . . . MOHAMED ALI
CHRISTOPHER ELKE
DANA JURCIC

x

DIS-REARDEN-0007949

### Production Coordinators

| | |
|---|---|
| NALINE AMARAL | CATHERINE BELANGER GAGNON |
| ANDREW CHENG | BETH DEWHIRST |
| ADRIANNA GRANVILLE | ALYSSA HOWALD |
| YERI ISUNZA-CASANOVA | TANYA LIGERTWOOD |
| ALISHA LIM | JILLIAN LYNES |
| JOSHUA PANG | ADAM TATE |
| MATT VOYNOVICH | SIRUI WANG |

Production Assistants . . . . . . . . . . . . . . . . . . . . . . . . . . CARLOS FLORES
ALISON LUONG
BRITTANY ZELINSKI

Visual Effects Editors . . . . . . . . . . . . . . . . . . . . . . . . . CRAIG SHEPPARD
DANNY SINGH

### Studio & Systems Support

| | |
|---|---|
| JOSHUA MORRIS | MICHAEL QUAN |
| JACQUELINE ROSADO | AINSLEY SHANNON |
| KAREN N. SICKLES | MARISSA STAJK STALEY |

Digital Production Administrator Lead . . . . . . . . . . . . . . PAZ DRIMER

Digital Production Administrators . . . . . . . . . . AMIR YOUSEFI AZAR
RICARDO MENDOZA
OSCAR O. RIVERA
AUSTIN SMITH

Software R&D Lead. . . . . . . . . . . . . . . . . . . . . . . STEFANO GIORGETTI

Software Engineers . . . . . . . . . . . . . . . . . . . . . . . . . ELENA DRISKILL
DAN MILLING
PACO RAMOS KOCH

Production Accountant . . . . . . . . . . . . . . . . . . . . . . . . . . JULIA TOMPA

Department Supervisors . . . . . . . . . . . . . . . . . . . . HOWARD CABALFIN
DAVID CORRAL
KRISTA MCLEAN
TREVOR WIDE

Senior Staff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JOANNA CAPITANO
HEATHER MARIE JENNINGS
ERIKA BURTON

Additional VFX Services by . . . . . . . . . . . . . . . . . . . . . . . BotVFX Ltd

### Visual Effects by
### FRAMESTORE

VFX Supervisor. . . . . . . . . . . . . . . . . . . . . . . . . . RICHARD R. HOOVER

CG Supervisors. . . . . . . . . . . . . . . . . . . . . . . . ADRIEN SAINT GIRONS
JULIAN HUTCHENS
NEIL WEATHERLEY

Animation Supervisors . . . . . . . . . . . . . . . . . . . . . . . . . DALE NEWTON
SPENCER COOK
2D Supervisors. . . . . . . . . . . . . . . . . . . . . . . . . BRONWYN EDWARDS
MATTHEW DOLL

VFX Executive Producer . . . . . . . . . . . . . MEREDITH MEYER-NICHOLS

VFX Producers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CARRIE RISHEL
DANIELLE MORLEY
SABRINA GAGNON

VFX Line Producers. . . . . . . . . . . . . . . . . . . . . CATHERINE WESTGATE
HELEN KOK
LUCILE ABIVEN
RACHEL COHEN
NATALIE MILLER

### VFX Production Coordinators

| | |
|---|---|
| DENISE O'NEILL | JAN-WILLEM SANDERMAN |
| KEIRA ROBERTSON | KINGA SABELA |
| MAGDALENA RADZIUK | MARIANGELA SUMA |
| MICHAËL TRINH | MIKAELLA BOUZAGLO |
| ROWAN QUILTY | SIAN FENNER |

VFX Editors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ANGELICA O-BRIEN
BARNES WHEELER
PARIA KAMYAB
TOM PARTRIDGE

Lead Modeller . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . BILLY BUTLER

### Modeling

| | |
|---|---|
| CHRIS COOK | DAVID DESPLAT |
| DUY TRAN | FABIEN ROSIER |
| FÉLIX ARSENAULT | FELIX MARQUIS-POULIN |
| GEROME OLDFIELD | HAN HAN XUE |
| JASON EDWARDS | JEREMY BURRUEL |
| JULIA FRIEDL | MARC JOUBERT-NEDERVEEN |
| PAUL MURPHY | |

### Texture

| | |
|---|---|
| ADAM GOLDSTEIN | ANNELI LARSSON |
| CLAIRE BAUDÉAN | EMMA BERKELEY |
| FRANCESC CAMOS | KEVIN LOPEZ |
| MARTIN PÉLISSIER | MILEN PISKULIYSKI |
| NESTA SMITH | TOBIAS DANBO |
| VICTOR SANZ FERNANDEZ | |

Lead Rigger. . . . . . . . . . . . . . . . . . . . . . . . . . . . . FEDERICO FAVARO

### Riggers

| | |
|---|---|
| ATON LERIN | CHRIS LESAGE |
| FLORIAN BOURY | PHILIPPE MONGEAU |
| STANISLAS PAILLEREAU | VINCENT TOUACHE |

### Animation Sequence Leads

| | |
|---|---|
| ALESSANDRO CIUCCI | CHRIS HURTT |
| CHRISTOPHE ST-PIERRE PARADIS | JIM VANDERKEYL |
| MICHAEL MORGAN | ROSS BURGESS |
| THIERRY DEZARMENIEN | |

XI

CONFIDENTIAL                                                                                    DIS-REARDEN-0007950

## Animators

| | |
|---|---|
| ALICE CHARRETON | ARTHUR GIL LARSEN |
| BINAL SHAH | CAMILLE CARCELLER |
| CARLO LOFFREDO | CHRISTOPHER MULLINS |
| DANIELLE DUMONT | DAVID ROUX |
| DAVID VANDENBROECKE | H. DAVID YABU |
| ED HERFT | EMMA EWING |
| FERNANDO FALERO | GAO HENG |
| GARY EDWARDS | GEORGE KURIAN |
| GIANLUCA FRATELLINI | GUILLAUME PELLETIER |
| JAMES KASAPIS | JAMES WILSON |
| JEAN-SIMON CHABOT | KARINE BEAUVAIS |
| KAT SEALE | KEITH RIBBONS |
| LEO RECOMPSAT | LISA TAYLOR |
| MARIA MONTES DE LA ROSA | MARIANNE MORENCY |
| MARTIAL ANDRE | PATRICK HEUMANN |
| PETER ASHFORD | PETER WARBIS |
| PIER-OLIVIER ALLARD | REN LIN |
| SAMER SALLMAN | SARAH ARDUINI |
| SIMON DIEBOLD | STEFAN KLAUSS |
| VIOLA BAIER | WILLIAM AVGERINOS |

Lead Look Development & Lighting Artist . . . . . . CLAIRE MICHAUD

## Look Development & Lighting

| | |
|---|---|
| ALEXANDRE CANNICCIONI | ALEXANDRE CORBÉ |
| ANTOINE SEIGLE | ARNAUD SAINCHON |
| BRIAN SCHERBINSKI | CARLOS MONTERO SÁNCHEZ |
| FABRICE DI CIOCCO | JASON DU |
| JEAN-PAUL ROVELA | JEFF NEWTON |
| JOSEPH WORTHINGTON | LORENE BETTKER |
| LYNN DEKKER | MARION NOVE JOSSERAND |
| PHILIPPE DAVID | RACHEL WILLIAMS |
| SAMUEL GONON | SIMON BROWN |
| SIMON LOISEL | THOMAS MARTIN |
| UZMA CURTIS | |

Environments . . . . . . . . . . . . . . . . . . . . . . . . . . . . LUDOVIC IOCHEM

ZHI WAN

Lead FX Artist . . . . . . . . . . . . . . . . . . . . . . . . . . . . SONYA TEICH

## Simulation FX

| | |
|---|---|
| AARON BAUDIN | ANDREAS VRHOVSEK |
| CHRISTOPHER PUCHTA | MASAYA SUGIMURA |
| PIERPAOLO NAVARINI | RAUL PEREZ |

CFX Lead Artist . . . . . . . . . . . . . . . . . . . . . . . . . . . PHIL ROBINSON

## CFX Artists

| | |
|---|---|
| ALLYN LAWSON | ANDREA TOZZO |
| CHING-YI CHEN | CONNOR KITTO |
| DANIEL HAFFNER | DENNIS TOUFEXIS |
| ERVIN KASZAP | FRANCIS LEONG |
| JAMES SKILLBECK | OWYN ABRAHM |
| PENN STEVENS | RYAN RUBI |
| STEVE SANDLES | TIM STEVENSON |

Grooming . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . FRANKINO LUPO

Lead Digital Matte Painters . . . . . . . . . . . . . . . . . . HARRY WORMALD

JEROME MARTINEZ

## Digital Matte Painting

| | |
|---|---|
| ALEXANDER ISAKSSON | JO XIN ZHOW |
| MARIE TRICART | NICOLAS FIDALA |
| SIAN REES | SITHIRISCIENT KHAY |

## Compositing Leads

| | |
|---|---|
| BJARNI BRAGASON | BRUCE NELSON |
| GEOFF WIGMORE | JON URIARTE |
| JULIEN GOLDSBROUGH | MARC RICE |
| PATRICIA LLAGUNO | PETRA SCHWANE |

## Compositing

| | |
|---|---|
| ALESSANDRO FAVALE | ALEXIS BÉLANGER |
| ANDREW BARRY | ANDREW HUNG CHIU |
| DAVID LAROCHELLE | ELENA TOPOUZOGLOU |
| ELISABETH DUGNAS | HUGO GAVUREAU BRUNET |
| JEAN-FRANCOIS GAGNÉ | JEREMY SEGUIN |
| JEROME FOUCOUT | JON TURNER |
| JORGE SANCHEZ FRESNO | JULIAN CHONG |
| LIONEL JACOBS | LUCA PELEGATTA |
| LUCA SERAFINI | LUKE SIKKING |
| MARIE-JOSÉE GAGNON | MATTHEW PATIENCE |
| MATTIS LARSEN | NICK HURST |
| NICOLAS ZISIMOS | OLIVER FERGUSSON-TAYLOR |
| RAFAEL VORMITTAG | RICHARD COURTMAN |
| RUOCHEN WANG | SCOTT MARRIOTT |
| SIMON-PIERRE PUECH | TOMOS SION |
| VLADISLAV AKHTYRSKIY | XUECHU ZHANG |

Lead Paint & Roto Artist . . . . . . . . . . . . . . . . . . . . . RICCARDO MASCIA

## Paint & Roto Artists

| | |
|---|---|
| AMMAN BAINS | ANDREA PEVERELLI |
| CHRISTOPHE LALONDE LAVERGNE | CHRISTOPHER LELOUP |
| CLAIRE HOEY | GUILLERMO PAZ |
| JAMES DANIEL HAINES | JUSTIN HEBERT |
| MAREK SOLOWIEJ | MARISA AHN |
| MARY MULLAN | MATHIEU AUBIN |
| MÉLISSA LAFRAMBOISE-MAILLÉ | NICOLA GREUTER |
| PRINCE YIADOM | RUXANDRA CRISTOIU |
| SAMUEL ROUSSEAU | |

## Tracking

| | |
|---|---|
| ALASTAIR STEVENSON | DAVID WALKER |
| ETIENNE VERNIER | FRANCIS CHARBONNEAU |
| JAMES MORRISSEY | JOSEPH WEST |
| JOSH CHAPPELL | MATEUSZ BORKOWSKI |
| MEI FU | MÉLANIE BEAUNOYER |
| NIOMIE PAPATENS-ROCHON | OLGA VELENTA |
| PAUL ASHALL | RICHARD WORSLEY |
| SAMUEL DAVID | SAMUEL SHEATH |
| SEBASTIEN BRAZEAU | SEBASTIAN HINGSTON |

XII

DIS-REARDEN-0007951

### Development & Support

| | |
|---|---|
| ANNA SWIFT | FREYA PEARSON |
| JESZEN SHIH | MARINA CACCIAGRANO |
| PAUL ROBERTS | ROB TAHEIJ |
| SARAH INVERNIZZI | THOMAS DOTHEIJ |

Additional Visual Effects by
LOLA VISUAL EFFECTS
METHOD

**SECOND UNIT**

Second Unit Director of Photography . . . . . . . . . . . . . . . .DINO PARKS
First Assistant Director . . . . . . . . . . . . . . .DAN CHANNING-WILLIAMS
Second Assistant Director . . . . . . . . . . . . . . . . . . . . . . . . GAYLE DICKIE
Additional Assistant Directors . . . . . . . . . . . . . . . . . . TOM ACKERLEY
SAM SMITH
Floor PAs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .CHRISTOPHER COLLINS
ATHBA ALKHUDARY
JAMES REID
ELSPETH RODGERS
Script Supervisor. . . . . . . . . . . . . . . . . . . . . . . . . . .CATHY DOUBLEDAY
Assistant Script Supervisor . . . . . . . . . . . . . . . . . .ROXANNE CUENCA
Standby Art Director . . . . . . . . . . . . . . . . . . . . . . . . . . .ASHLEY WINTER
Camera Operators . . . . . . . . . . . . . . . . . . . . . . STEFAN STANKOWSKI
GRAHAM HALL
First Assistant Camera. . . . . . . . . . . . . . . . . . . . . . . . . . .BRAD LARNER
Second Assistant Camera. . . . . . . . . . . . . . . . . . . . . . .FELIX PICKLES
Camera Trainee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JACK BENTLEY
DITs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DAN CARLING
JAY PATEL
DIT Assistant. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .PETER ROE
Video Operator . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . LIZZIE KELLY
Video Assistant . . . . . . . . . . . . . . . . . . . . . . . . . . STEPHEN LLOYD
Sound Mixer . . . . . . . . . . . . . . . . . . . . . . . . . . . . .JEROME MCCANN
First Assistant Sound . . . . . . . . . . . . . . . . . . . . . . . . .PETER EUSEBE
Pro Tools Operator . . . . . . . . . . . . . . . . . . . . . . . . . . LLOYD DUDLEY
Playback Operator . . . . . . . . . . . . . . . . . . . . . . . . . ROBIN BAYNTON
Gaffer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AVELINO FERNANDEZ
Best Boy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ANTONY ALLEN
Key Grip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DAVID APPLEBY
Best Boy Grip . . . . . . . . . . . . . . . . . . . . . . . . . . . .JAMES CROWTHER
Chargehand Standby Props . . . . . . . . . . . . . . . . . .GARY GREENHAM
Standby Props . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PETER DIBDEN
Standby Carpenter. . . . . . . . . . . . . . . . . . . . . . . . . . . .PETER SMITH
Standby Painter. . . . . . . . . . . . . . . . . . . . . . . . . . . LEIGHTON BREEN
Standby Rigger . . . . . . . . . . . . . . . . . . . . . . . . . . . . SAM SARGENT
Standby Stagehand . . . . . . . . . . . . . . . . . . . . . . . . . .JACK SARGENT

#### 3 -D Conversion by Prime Focus

Senior Stereo Supervisor . . . . . . . . . . . . . . . . . . . . .RICHARD W. BAKER
Producer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PAUL QUINN

Stereo Supervision . . . . . . . . . . . . . . . . . . . . . . . . . . . . .BEN MURRAY
JAMES REES
JIMMY PHILIP
MARC BRZEZICKI

### Stereo Production

| | |
|---|---|
| BAKSHAD AMROLIA | ANNSH PATEL |
| RESHMA JHANGIMAL | GUFRAN KHAN |
| CAROLINA KARLSON | RAVI KUMAR SINGH |
| DAN HOGG | NICOLE KARLSON |
| RAMEEZ MUKADDAM | ABHISHEK PATHAK |
| SAVIO CRUZ | NISHITA SHETTY |
| WILFRED SEQUEIRA | GAUREE PATIL |
| KEVIN MALIAKAL | AKASH MANGAVKAR |
| NITIN BAHL | |

### Dept. Supervisors

| | |
|---|---|
| VARION PERERIA | PUNEET SAMRA |
| SANDEEP GAMRE | KAT KELLY |
| SHREERAJ GOPI | VINAY DAS |
| PETER PELISEK | DIXA DESAI |
| DEEPALI KATEKAR | SALIL DEVJI |
| JASON BOWERS | ATHMI RAI |
| ABHISHEK WARANG | MAHESH PATIL |
| SHERIN VARGHESE | RAKHEE GOSH |
| VISHAL PATEL | RIO HARRINGTON |
| DHIRAJ SUKHEJA | |

Stereo Pipeline. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .ISAAC GUENARD
ROBIN EMERSON
EOIN GREENHA
PIYUSH JAIN
LUKE GRAY

Stereo Editorial . . . . . . . . . . . . . . . . . . . . . . . . . . . . .RICHARD PRING
LEWIS "SONNY" MENGA
JAMES NOORANI

Digital Intermediate Provided by . . . . . . . . .COMPANY 3 NEW YORK
CO3 Executive Producer/Colorist . . . . . . . . . .STEFAN SONNENFELD
Assistant Colorists. . . . . . . . . . . . . . . . . . . . . . . . . . . . DREW GEARY
SOFIE BORUP
Finishing Producer . . . . . . . . . . . . . . . . . . . . . . . . . .NICK MONTON
Digital Conform. . . . . . . . . . . . . . . . . . . . . . . . . . . . . JOHN DIESSO
Color Assistants. . . . . . . . . . . . . . . . . . . . . . . . .DUSTIN WADSWORTH
JOSH SPECTOR
Dailies Colorist. . . . . . . . . . . . . . . . . . . . . . . . . . .JAMES SLATTERY
Dailies Operator . . . . . . . . . . . . . . . . . . . . . .CHRISTOPHER DEWOLDE
CO3 Account Executive. . . . . . . . . . . . . . . . . . . . . . . . . JACKIE LEE

Visualization by . . . . . . . THE THIRD FLOOR VISUALIZATION STUDIO
Previs/Postvis Supervisor . . . . . . . . . . . . . . . . .SHANNON JUSTISON
Virtual Production Supervisor . . . . . . . . . . . . . . . . . .CASEY SCHATZ
Previs Leads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .MICHELLE BLOK
GARETH COWEN
Previs Lighting Lead. . . . . . . . . . . . . . . . . . . . . . . . . . .ROGER LIU

CONFIDENTIAL                                                                                                    DIS-REARDEN-0007952

Previs/Postvis Artists

| | |
|---|---|
| KAYA JABAR | DOMINIC MARTIN |
| ANDREW FRASER | INES BAUMGARTNER |
| MICHAEL MCCREA | FABIANA CIATTI |
| MATTEO SANNA | MATTHEW SMART |
| KARL SCHUDECK | CRAIG MEPHAM |
| FLORENT RAZAFIMANDIMBY | MELIK MALKASIAN |
| JUSTI ROMERO | BRETT MAGNUSON |
| FABIO TOVAR | JACOPO SEBASTIANI |
| VIRGIL MANNING | MICHELLE DEL ROSARIO |
| TERRY SHIGEMITSU | PAT IMRIE |
| DEAN FRATER | SUZANNE CIPOLLETTI |
| RIMELLE KHAYAT | NORA O'SULLIVAN |
| DYLAN OWEN | NIKKI ATKINSON |
| MARGHERITA BALESTRI | MIRIAM PEPPER-PARSONS |
| SCOTT HANKEL | JUSTIN SUMMERS |
| RAPHAEL PHILLIPS | NICHOLAS FREESTON |
| JAMES MASON | |

Previs Editor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .IAN DIFFER
Postvis Editor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .SEAN ROURKE
Previs Creative Supervisor . . . . . . . . . . . . .CHRISTOPHER EDWARDS
Previs Executive Producer . . . . . . . . . . . . . . . . . . . . . . . . . .KERRY SHEA
Previs Producer . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DUNCAN BURBIDGE
Previse Production Manager. . . . . . . . . . . . . . . . . . .SARAH CAUCHOIS
Previs Associate Production Manager . . . . . . . . . CLAVER KNOVICK
Previs Production Coordinators. . . . . . . . . . . . . . . . . . . . . . .MANON IH
EMILY UNRUH

Visualization by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DIGITAL DOMAIN
Pre Visualization Supervisor . . . . . . . . . . . . . . . . . .SCOTT MEADOWS
Post Visualization Supervisor . . . . . . . . . . . . . . . . . . KEVIN WILLIAMS

Previs/Postvis Artists

| | |
|---|---|
| ARI TEGER | ARSEN ARZUMANYAN |
| CARL FRYTZ | DAVID PRITCHARD |
| HIAN WONG HOCK | KIRSTEN JELLIFFE |
| LONG-HAI PHAM | ROY SATO |
| RYAN SCHUBERT | SCOTT CULLEN |
| THOMAS BRUNO | |

Main Titles Designed and Produced by. . . . . . . . . PROLOGUE FILMS
Lead Designer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .LISA BOLAN
End Credit Roller by . . . . . . . . . . . . . . . . . . . . . . . . . . .GENERAL TITLES

## SONGS

"Main Title: Prologue"
Written by Alan Menken

"Aria"
Music by Alan Menken, Lyrics by Tim Rice
Performed by Audra McDonald

"Belle"
Written by Alan Menken and Howard Ashman
Performed by Emma Watson, Luke Evans and Ensemble

"How Does A Moment Last Forever (Music Box)"
Music by Alan Menken, Lyrics by Tim Rice
Performed by Kevin Kline

"Belle (Reprise)"
Written by Alan Menken and Howard Ashman
Performed by Emma Watson

"Home"
Written by Alan Menken and Tim Rice

"Gaston"
Written by Alan Menken and Howard Ashman
Performed by Josh Gad, Luke Evans and Ensemble

"Be Our Guest"
Written by Alan Menken and Howard Ashman
Performed by Ewan McGregor, Emma Thompson,
Gugu Mbatha-Raw, Ian McKellen

"Days In The Sun"
Music by Alan Menken, Lyrics by Tim Rice
Performed by Adam Mitchell, Stanley Tucci, Ewan McGregor,
Gugu Mbatha-Raw, Ian McKellen, Emma Thompson, Emma
Watson, Audra McDonald, Clive Rowe

"Something There"
Written by Alan Menken and Howard Ashman
Performed by Emma Watson, Dan Stevens,
Ewan McGregor, Ian McKellen, Emma Thompson, Nathan Mack,
Gugu Mbatha-Raw

"How Does A Moment Last Forever (Montmartre)"
Music by Alan Menken, Lyrics by Tim Rice
Performed by Emma Watson

"Beauty and the Beast"
Written by Alan Menken and Howard Ashman
Performed by Emma Thompson

"Evermore"
Music by Alan Menken, Lyrics by Tim Rice
Performed by Dan Stevens

"The Mob Song"
Written by Alan Menken and Howard Ashman
Performed by Luke Evans, Josh Gad and Ensemble,
Emma Thompson, Ian McKellen, Stanley Tucci, Nathan Mack,
Gugu Mbatha-Raw, Ewan McGregor

"Beauty and the Beast"
Written by Alan Menken and Howard Ashman
Performed by Audra McDonald, Emma Thompson and Ensemble

XIV

"How Does A Moment Last Forever"
Music by Alan Menken, Lyrics by Tim Rice
Vocal Produced by Humberto Gatica
Vocal Mixed by Humberto Gatica and Martin Nessi
Performed by Celine Dion
Celine Dion appears courtesy of
Sony Music Entertainment Canada Inc.

"Beauty and the Beast"
Written by Alan Menken and Howard Ashman
Produced and Arranged by Ron Fair
Mixed by Peter Mokran
Performed by Ariana Grande and John Legend
Ariana Grande appears courtesy of Republic Records
John Legend appears courtesy of
John Legend Music/Columbia Records

"Evermore"
Music by Alan Menken, Lyrics by Tim Rice
Vocal Produced and Mixed by Martin Nessi
Performed by Josh Groban
Josh Groban appears courtesy of Reprise Records

Soundtrack available on



The Producers Wish To Thank:
Weather Consultant Dr. Richard Wild
Above the Line Set Assistance and Security
Lays International
Translux

The National Trust, Ashridge Estate
Shere Manor Estate, Mark Foster, Ben Nicholson
Surrey County Council

In memory of Dave Stapleton

Imaging Supported by Christie

Special Thanks To
Swarovski Corporate Archive

Filmed on Location in the Home Counties, United Kingdom
and at Shepperton Studios

Produced with the support of the British Film Commission
and the UK Government's Film Tax Relief
With the participation of the Canadian Film or
Video Production Services Tax Credit
With the participation of the Province of British Columbia
Production Services Tax Credit
Quebec Production Services Tax Credit

This production participated in the New York State
Governor's Office for Motion Picture and Television Development
Post Production Credit Program



American Humane Association monitored the animal action.
No animals were harmed®.  (AHAD 06355)



Camera Dollies by
Chapman/Leonard Studio Equipment, Ltd.

Cameras and Lenses by
Movietech

Lighting Services by
Pinewood MBS Lighting

MPAA #50212





Copyright ©2017 Disney Enterprises, Inc. All Rights Reserved

For the purposes of United Kingdom copyright,
Disney Enterprises, Inc. was the owner of copyright in this film
immediately after it was made.

Distributed by
Walt Disney Studios Motion Pictures







XV

CONFIDENTIAL

DIS-REARDEN-0007954





The story and characters audiences know and love come to spectacular life in Disney's "Beauty and the Beast," a live-action adaptation of the studio's animated classic featuring an extraordinary ensemble cast, including: Emma Watson, Dan Stevens, Luke Evans, Kevin Kline, Josh Gad, Ewan McGregor, Stanley Tucci, Audra McDonald, Gugu Mbatha-Raw, Hattie Morahan and Nathan Mack with Ian McKellen and Emma Thompson.

Directed by Bill Condon and based on the 1991 animated film "Beauty and the Beast," the screenplay is written by Stephen Chbosky and Evan Spiliotopoulos. Alan Menken provides the score, which includes new recordings of the original songs written by Menken and Howard Ashman as well as three new songs written by Menken and Tim Rice. The film is produced by Mandeville Films' David Hoberman, p.g.a. and Todd Lieberman, p.g.a with Jeffrey Silver, Thomas Schumacher and Don Hahn serving as executive producers.

## ~ THE TALE AS OLD AS TIME ~

Once upon a time there was a dashing young Prince (Dan Stevens) who lived in a magnificent castle. He hosted extravagant parties attended by beautiful debutantes from around the world and was pampered by a staff of servants who tended to his every whim, but the Prince had become insolent and self-absorbed. When an old beggar woman appears at the castle seeking shelter from the storm and offers him a single rose in return, he callously turns her away, unaware that she is, in fact, a beautiful enchantress (Hattie Morahan). To punish him for his cruelty, she places a curse on the castle, transforming him into a Beast and all its inhabitants into household objects. To reverse the spell, he must learn to love another and be worthy of their love in return before the last petal of an enchanted rose falls…otherwise, he will remain a beast and his staff their inanimate forms, imprisoned in the castle for all eternity.

Some years later in the small town of Villeneuve, Belle (Emma Watson), a bright and spirited young woman, goes about her daily chores, pondering the monotony of her provincial life. Fiercely independent and preferring

DIS-REARDEN-0007955

to keep to herself for the most part, Belle lives with her father, Maurice (Kevin Kline), a reclusive artist, and is an avid reader who dreams of adventure and romance in a world far beyond the confines of her French village. The town's residents, however, are unsure what to think of her, for as virtuous and kind as she is beautiful, Belle remains a complete enigma. She rejects the relentless advances of the arrogant and boorish rogue, Gaston (Luke Evans), who holds court in a country inn with his sidekick LeFou (Josh Gad) and has every eligible woman in town wrapped around his finger. Gaston is smitten with Belle, but she is strong-willed and remains impervious to his charms.

When Maurice sets off for the market and is attacked by wolves, becoming lost in the woods, he stumbles upon the Beast's castle, now darkened and iced over, where he takes refuge. But the Beast is enraged to find him trespassing and takes him prisoner. Belle learns of her father's disappearance and sets off in search of him, coming face to face with the Beast, with whom she pleads for his release, eventually trading her own freedom for her father's. While locked away in a tower of the ominous castle, Belle hears friendly voices – those of the enchanted household objects, who can now speak as a result of the spell. She is introduced to the former members of the



castle's staff, including: Lumière (Ewan McGregor), a candelabra; Cogsworth (Ian McKellen), a mantel clock; Mrs. Potts (Emma Thompson), a teapot; Madame de Garderobe (Audra McDonald), a wardrobe; Plumette (Gugu Mbatha-Raw), a feather duster; and Maestro Cadenza (Stanley Tucci), a harpsichord. Hopeful that Belle may finally be the one to capture the heart of the Beast, they watch and wait for any signs of true love, but the Beast is surly and ill-mannered and has come to accept his fate.

Given their conflicted relationship, rife with animosity and resentment, romance appears out of the question, but Belle has a loving nature and the ability to see what other people cannot and begins to sense the kind heart of the Prince within. The Beast can be generous, sharing his library with her, and chivalrous, placing his life in danger to protect her, and he makes her laugh. Belle is courageous, fearlessly standing up for herself, and compassionate, nursing the Beast's wounds when he is injured on her behalf. Together, they enjoy reading and discussing works of literature…she inspires him to become a better person, and he slowly begins to come back to life.

## ~ BEAUTY COMES FROM WITHIN ~

The classic tale of "Beauty and the Beast" – and its empowering message that true beauty comes from within – dates back to 18th century France and the first published version of the fairy tale, "La Belle et la Bête," by Gabrielle-Suzanne Barbot de Villeneuve. Today, the themes are still just as relevant and the story continues to enthrall storytellers, resulting in countless interpretations across all forms of media, but it is Disney's Oscar®-nominated animated film from 1991 which has been the definitive version.

One of the studio's most treasured titles, "Beauty and the Beast" was released during Disney's second golden age of animation, along with "The Little Mermaid," "The Lion King" and "Aladdin," among others, and was immediately hailed as a cinematic masterpiece. As spellbindingly romantic as it is comedic, "Beauty and the Beast" is an unforgettable tale of love and friendship that transports readers to a magical fairy tale world where good triumphs over evil.

"Beauty and the Beast" was the first animated feature to receive an Academy Award® nomination for best picture and won two Oscars® (best original score and best song), three Golden Globes® and four GRAMMY®

2

DIS-REARDEN-0007956



Awards, among a multitude of other awards. The film was the first animated feature to gross more than $100 million at the box office in its initial release and the first Disney animated feature to become a stage musical production, one which subsequently ran on Broadway for 13 years and was translated into eight languages, playing in over 20 countries.

The studio felt an adaptation of the story of a kindhearted maiden and her beastly prince had the potential to enchant audiences once again, but when the studio pitched the idea to Bill Condon, his initial fear was remaking something that is flawless as is. "I consider the 1991 film to be a perfect movie," Condon says. "When the film was released it was groundbreaking, in the way the story was told and with that incredible score from Alan Menken and Howard Ashman, so I initially did not want to go near it."

But the Oscar®-winning director, whose resume includes such diverse films as "Dreamgirls," "The Twilight Saga: Breaking Dawn Parts I and 2," "Mr. Holmes" and "Kinsey," soon realized the time was right for a live-action adaptation. A consummate storyteller, Condon could already visualize the story's cinematic potential. "It is 25 years later and technology has caught up to the ideas that were introduced in the animated movie," he explains. "Now it is possible, for the first time, to create a photo-real version of a talking teacup on a practical set in a completely realistic live action format."



For the director, the allure of "Beauty and the Beast" was twofold: It was a chance to make a movie musical that is a tribute to the musicals from the Golden Age of Hollywood, and an opportunity to revisit a story he connects with emotionally and to dig deeper into the characters to find out what makes them tick. The director has an encyclopedic knowledge of musicals and a clear understanding of how story and music converse with one another, and saw the film as a chance to bring back the musical genre.

He explains, "When I was growing up people would say theater was dying, and theater has been dying for centuries now. I think the same thing can be said about the movie musical, not for centuries, but it has sort of been dying for the last 50 years. I want audiences to embrace the form and understand that, at its best, music and movies and musical numbers in movies don't distract, they don't interrupt, they deepen and help create meaning. If you're moved by something, you're more moved when you hear some of those Alan Menken notes or hear some of those Howard Ashman lyrics."

Emma Watson says, "Any time I hear music from 'Beauty and the Beast,' it connects me with that childlike feeling that everything is going to be okay and that there's hope in the world, and it just gives me this sense that everything's fine."

According to Academy Award®-nominated producer David Hoberman ("The Fighter," "The Muppets"), "Bill was

CONFIDENTIAL                                                                                    DIS-REARDEN-0007957

the perfect choice. He has an intimate knowledge of the fairy tale 'Beauty and the Beast' going back to the first written version, he is a big fan of acclaimed French director Jean Cocteau's 1946 avant garde take on the story



and he has seen the Broadway production multiple times, so he was already an aficionado."

Working with co-screenwriters Evan Spiliotopoulos ("The Huntsman: Winter's War," "Hercules") and Stephen Chbosky ("The Perks of Being a Wallflower," "Rent"), Condon set out to expand upon the story's timeless themes and add more depth and dimension to the familiar characters while still celebrating the animated film and its legacy. "There have been some recent movies that have been top to bottom reinventions or stories as seen from another character's point of view or something," he says. "This is not that. What we wanted to do was bring the story more into reality, not create a new story."

He continues, "It is an honor to have a chance to create something that is both reverential of the original and somewhat of a modernization at the same time, but it is also intimidating. This is a story that has lived in many forms and in many languages, and to have an opportunity to work with state-of-the-art technology and an amazing cast is such a blessing. I hope that, because this movie is so loved, we'll be able to answer questions that fans may not have even realized they had about Belle and about the Beast specifically, and how they came to be who they are today."

The film offers a glimpse into the Prince's life before he became the Beast and what turned him into a man who deserves to be cursed. It also expands on Belle's life before she goes to the castle and meets the Beast and helps explain what the two have in common and what made them who they are today.

Woven into the fabric of the story are outstanding new songs from eight-time Oscar®-winning composer Alan Menken ("The Little Mermaid," "Aladdin," "Pocahontas") and veteran lyricist and three-time Oscar winner Tim Rice ("The Lion King," "Evita"), and because Condon is a fan of musical theatre and knows all the songs and musical references, it made Menken's job that much easier. "Bill really knows his stuff," says the composer, "So we were able to begin working with a lot of tools already at our disposal and a lot of reference points we could discuss immediately. Bill is a micromanager in the best sense of the word because he is genuinely concerned with each element in the story and the music."

## ~ THE BELOVED CHARACTERS ~

Director Bill Condon brings a deep understanding and respect for the actors he works with, and collaborating

with them in the initial stages to fine-tune the personal details of their characters is a process he finds invaluable. In this case, weeks of one-on-one work with actors led to a full-script table read, a customary practice Condon orchestrates – though in this case, with some musical numbers fully performed by actors and ensemble – it turned into more of a live concert for the assembled crew. "Bill Condon decided to put on a show and I've never seen or heard anything like it," remarked Ian McKellen just afterwards. The cast agreed it got the production off to a great start, and exemplified what this unique experience would have in store.



4

When searching for talent to bring the beloved animated characters to life on screen, the filmmakers canvassed the worlds of film, television, music and theatre to find the performers best suited for each role. Emma Watson was the first to join the production as Belle, the shrewd villager who yearns for adventure.



For over a decade, the British actress has charmed audiences playing the quick-witted and tenacious Hogwarts student Hermione Granger in the "Harry Potter" films and in films including "The Perks of Being a Wallflower," "Noah" and "The Bling Ring." In addition, she has a highly-visible role as a human rights activist and global goodwill ambassador for the United Nations, something which has become her life's calling. Of all the female characters in all the Disney films, she has always been drawn to – and most identifies with – Belle.

"I have loved 'Beauty and the Beast' since I was four years old," she says. "I remember Belle as this feisty young woman who spoke her mind and had these ambitions and was incredibly independent and wanted to see the world. And she had this relationship with the Beast where they were just toe to toe and that, to me, just seemed like such a terrific dynamic and interesting kind of relationship that I'd never seen before in a fairy tale."

Prior to 1991, most female characters in animated films were viewed as passive and somewhat one-dimensional, but Belle broke the mold. She is interested in literature, has thoughts of her own and is not easily intimidated, and quickly became an empowered role model for girls around the world and the first contemporary feminist heroine in an animated film. "Belle is someone who doesn't really care about becoming a princess," says Condon. "She's more interested in seeing the world and figuring out who she is than in finding a man and getting married."

Not only does Belle herself love reading, but she also loves sharing her passion for books. Says Condon, "We all know how intelligent and worldly and sophisticated Emma is, and while that doesn't describe Belle, it is what Belle aspires to be, and it is the innate intelligence that Emma brings to the role that is such a crucial element when you're doing a live-action film."

For the role of the Beast, a spoiled and arrogant Prince transformed by the curse of an enchantress, the filmmakers had multiple conversations and tossed around dozens of names before deciding on Dan Stevens. The British thespian, best known for his portrayal of the dashing and sensitive Matthew Crawley on the award-winning television series "Downton Abbey," worked with Condon a few years back on "The Fifth Estate" and found it to be a collaborative experience and one that he was eager to repeat.



Of particular importance to the filmmakers was determining the fine line between man and beast, as there are moments when rage overwhelms the character and makes him more beastly, yet there are other times when he is quite gentle. "Bill and I spent a lot of time talking about how we could add some nuances to my character to make him more dimensional than the Beast from the animated film," says Stevens. "It was quite interesting, trying to find those little human beats that would make him less animalistic and more a human trapped inside this creature."

CONFIDENTIAL                                                                 DIS-REARDEN-0007959



Says Condon, "I'm a big fan of Dan's…he's got this amazing range. Taking this part on was taking on a lot more than just playing a role because of all the incredibly complicated technical things he had to face and the trust he had to place in everyone around him that all that work he did would shine through in the end. It takes a certain kind of character to be willing to do that."

"The role is an incredibly challenging one, as Dan has to bring the Beast to life even though he is represented on screen digitally," adds producer David Hoberman. "The Beast is a fully-digital character created through performance and facial capture technology, and Dan is able to beautifully convey both the Beast's humanity as well as his beastliness."

Stevens also had several profound discussions with Watson as to the mindset of their characters and the balance between good and evil and masculinity and femininity. He explains, "I was very keen on trying to calibrate the Beast according to the Belle that she wanted to be and to play, and we ultimately ended up realizing that this tale is not so much about beauty and ugliness but about the beauty and the beast that live in all of us and learning to live with that balance."

For the roles of the egotistical village heartthrob Gaston and his bumbling sidekick LeFou, the filmmakers were concerned the parts would be difficult to cast. With popular characters like these from the animated film, it was important they transition into human characters the audience would find believable in a real-world environment. The screenwriters bestowed Gaston with some new characteristics to make him appear more contemporary and credible, fashioning him to be a war hero who saved the town from invaders and someone who is easily provoked. Condon explains, "With a short temper, he can easily lose control when anyone or anything crosses him, which became an interesting way to take something that was cartoonish and turn it into something real."

The character of LeFou, who provided much of the comic relief from the animated film, was given some slight nuances as well. "He used to be sort of a punching bag," says Condon, "And that's just not funny or interesting or credible in live-action, but I think we were able to find the right balance."

Fortunately, casting the two characters turned out to be anything but difficult. Welsh actor Luke Evans ("The Girl on the Train," "The Hobbit: The Desolation of Smaug") was the embodiment of Gaston, the shallow and arrogant villager intent on marrying Belle. The actor is even an accomplished vocalist, having starred in a number of West End stage productions, and Gaston has a substantial amount of singing in the film ("Gaston," "Belle" and "The Mob Song").

CONFIDENTIAL

DIS-REARDEN-0007960

"Here's the thing about Luke Evans," says Condon. "He has all the qualities that are right for Gaston but he has this other thing which comes from years of working on a stage and which is so important to have in a movie musical, and that's the joy of performing. This is a role he was born to play."



In discussing his character Evans says, "Gaston doesn't see the world the way everyone else sees it. He's at the top of the pyramid and everyone else is below him. He thinks he can do no wrong and does not understand why Belle does not want to be his wife. I mean, God, is she mad? Is she blind? Is she stupid? He doesn't get it, which is funny in and of itself, so I really tried to play up the comedic aspects."

"I haven't done a lot of comedy," he continues, "But it's been fun to play Gaston and be able to bounce off the likes of Josh Gad, a very accomplished comedian with perfect timing."

Gad, perhaps best known as the voice of Olaf in the box office phenomenon "Frozen," is LeFou, Gaston's long-suffering aide-de-camp. While not the brightest bulb in the box, LeFou worships Gaston, even though Gaston has no regard for him whatsoever and makes him the brunt of most of his jokes. Gad, who is also a veteran of musical theatre, having starred on Broadway in the Tony Award®-winning musical "Book of Mormon," hit it off with Evans immediately, clearly evidenced by their chemistry on screen. Together they were able to bring a good deal of humor to what are, essentially, villainous characters.

"Gaston is this very central figure in their village," explains Gad, "And LeFou is like a historian celebrating Gaston's legacy who is always there to remind the public how important his contributions were. If Napoleon Bonaparte had a sidekick, it would be LeFou."

Gad appreciated Condon's dedication to making the characters more fully-realized individuals. "Bill is a very intimate director," he says. "So many of his films have an intimacy to them, so to do a big tentpole film like this with these incredible sets and to have someone like Bill Condon who grounds it all with these amazingly fleshed-out characters and ensures that the intimate moments are what the audience has the biggest emotional response to, has just been a tremendous experience."



Maurice, Belle's father, is played by Oscar® and two-time Tony Award® winner Kevin Kline ("The Ice Storm," "In & Out"). The character was a wacky inventor in the animated film but is now an artist specializing in beautiful one-of-a-kind music boxes, which to Belle represent the world beyond the confines of Villeneuve and to Maurice a way to remember a moment in his life that was perfect but now gone.

"Like so many others, I've loved Kevin Kline forever." says Condon. "I also remember him as a musical performer when he was very young, so to get him singing again was very exciting for me as a director. But more than that, much more than that, all the deeper stuff, the sense of loss and fear for Belle, all that is really so beautifully captured by Kevin."

7

DIS-REARDEN-0007961

As an actor, Kline likes to immerse himself in his characters and was curious as to how Maurice would have made the music and the mythology behind music boxes. He also spent a good deal of time speaking with Condon, Stevens and Watson walking through all their scenes and adjusting and incorporating new ideas, which helped him to figure out, in concise ways, how to communicate more about who his character is.



Two-time Golden Globe® nominee Ewan McGregor ("Moulin Rouge," "Star Wars: Episode I – The Phantom Menace") is Lumière, the Prince's proper French valet turned candelabra. Frequently at odds with Cogsworth and besotted with Plumette, it is Lumière who sings the show's most extravagant musical number, "Be Our Guest." The actor was unfamiliar with the song when he first arrived on set, but quickly became a fan, delivering a performance that would have made Maurice Chevalier proud.

"Ewan brings a bit of that 'Moulin Rouge' kind of joy to this character," says Condon, "And there's something so infectious about the way he sings, and sells, the song."

It had been decided early on in the writing process to expand the story's prologue and add a new character, a maestro who, along with his diva, is performing for the Prince at his castle when the spell is cast. Academy Award® nominee and two-time Golden Globe®-winning actor Stanley Tucci ("Spotlight," "The Hunger Games") was cast as Maestro Cadenza, now a harpsichord, and Cadenza's wife, the renowned Italian opera diva Madame de Garderobe, is played by six-time Tony Award® and Emmy® winner Audra McDonald ("Ricki and the Flash," "Private Practice"). The curse transforms her into an enormous wardrobe in Belle's bedroom at the Beast's castle, the same room where she had previously stayed herself, when she was the visiting opera singer. Garderobe has a flare for melodrama and a proclivity for frequent naps.

Gugu Mbatha-Raw ("Miss Sloane," "Beyond the Lights,") is Plumette, the cheeky maid turned elegant feather duster. "Lucy Bevan, our casting director, suggested Gugu to us," says Hoberman, "And while she may be one of the most beautiful women in the world, she also has a fantastic voice. She is the perfect Plumette."



Making his musical theatre debut at the age of 76 is two-time Oscar®-nominated and Tony Award® and Golden Globe®-winning actor Ian McKellen as Cogsworth, the fastidious and tightly-wound head butler who is transformed into a mantel clock. While best known to younger audiences for his roles in "The Lords of the Rings" trilogy (Gandalf) and the "X-Men" films (Magneto), he is also a classically-trained actor with a wealth of Shakespearean credits under his belt.

It was Condon, having worked with him in the past on films including "Gods and Monsters" and "Mr. Holmes," who reached out to his friend to offer him the role, and McKellen was all too eager to come on board. "When a script comes to you in the mail and you see that it is from Bill, you say, 'Yes,' even before you've read it," laughs McKellen.

CONFIDENTIAL

DIS-REARDEN-0007962

He continues, "One of the first films I remember seeing was Cocteau's 'La Belle et le Bête,' and I remember the excitement and the rather primitive technology used when the Beast sheds his hair and turns into the beautiful Jean Marais as the Prince. Bill is the ideal choice for a story like this. He loves musical theatre and he likes the spectacle and energy of a big production that has music and dancing, and this is musical cinema. But at the same time, he recognizes the delicacies of human behavior."



Two-time Academy Award® and Golden Globe® winner Emma Thompson ("Sense and Sensibility," "Howard's End") joined the cast as Mrs. Potts, the Cockney housekeeper who becomes a teapot and takes Belle under her wing, and the actress has nothing but praise for her director. "Bill is so wise and funny and kind and tender," she says, "And he's assembled the best group of people because he is one of the best. You just know that this film is going to be witty without being too sentimental and is going to have pace and verve and vigor and life and is going to mean something, because that's just who he is."

Dan Stevens conversed with Thompson about the relationship between the Beast and Mrs. Potts, and says, "Mrs. Potts is the closest thing the Beast has to a mother figure, really. She's a bit like his strict aunt; she keeps him in line, keeps him in check, and it was nice to chat and establish that between ourselves."

The filmmakers reasoned that if anyone could take on the legacy of a character created by Angela Lansbury, it was Thompson, as she has a similar warmth, history and connection to an audience. Coincidentally, Thompson arrived on the set of "Beauty and the Beast" straight from a sold-out run of "Sweeney Todd" in London, in which she played Mrs. Lovett, a role Lansbury originated on Broadway.

Newcomer Nathan Mack plays Mrs. Potts' son, Chip, who is now a teacup, and Hattie Morahan ("Alice Through the Looking Glass," "Mr. Holmes") is the enchantress who places the spell on the Beast and his castle at the beginning of the story.

## ~ AN ENCHANTED 18ᵀᴴ CENTURY SETTING ~

Principal photography on "Beauty and the Beast" took place at Shepperton Studios outside London and on several exterior locations in the U.K. from May to August, 2015. Shepperton, whose production stages have played host to such films as "Lawrence of Arabia," "Oliver!" "Gandhi," "A Passage to India" and "A Clockwork Orange," was the ideal location for a production of this scope and magnitude as it features an enormous backlot and plenty of stages on which to build multiple large-scale practical sets, of which 27 were needed in total.

While the story unfolds in a live-action format, there is still a substantial amount of animation and computer-generated imagery required, and it was important for the filmmakers to shoot on as many realistic-looking environments as possible, as the massive and elaborately designed and detailed sets help to differentiate this film from the animated version. These practical sets were also scanned into a computer and turned into a digital 3D format to digitally create the visual movie (pre-vis) before shooting began to help map out camera positioning and lighting.

The talented team of artists tasked with visually bringing the animated film to life include: director of photography Tobias Schliessler, ASC ("Mr. Holmes," "Lone Survivor"); four-time Oscar®-nominated production designer Sarah

CONFIDENTIAL

Greenwood ("Hanna," "Atonement"); film editor Virginia Katz, ACE ("Dreamgirls," "Burlesque"); Academy Award®-winning costume designer Jacqueline Durran ("Macbeth," "Anna Karenina"); four-time Oscar-nominated set decorator Katie Spencer ("Sherlock Holmes," "Pride & Prejudice"); Oscar-winning make-up and hair designer Jenny Shircore ("Elizabeth, "The Soloist") and casting director Lucy Bevan ("Alice Through the Looking Glass," "Cinderella").

In a fitting tribute to the story's notion of female empowerment, all the department heads on the design team – many whom are frequent collaborators of director Bill Condon – are female, as was the film editor and the casting director, and all are at the top of their game creatively. Greenwood and Spencer have worked together for almost two decades and both have worked with Durran and Shircore before, and each was passionate about the project, sharing ideas and information between the other department heads, which helped to create seamless integration.

As production designer, Greenwood is essentially in charge of every visual aspect of the film, and with "Beauty and the Beast" she was striving for a timeless, European feel in the tradition of the great Hollywood romances. The story is set in a specific time and place – mid-18th century France – as opposed to an undated alternate fairy tale universe, and while each department's work was influenced, in part, by the 1991 animated film, the sets, props, costumes and hair and make-up were authentic to 18th century life in France. Since the story is, in fact, a fairy tale, there was some freedom to visually interpret the period so as to provide a somewhat original look.

"The goal isn't to have the audience think, 'That looks just like the castle in the animated film,'" says Greenwood. "Instead, you want the audience to feel that this is, in fact, the Beast's castle, because every detail faithfully supports the story they know and love."



CONFIDENTIAL                                    DIS-REARDEN-0007964

Over 1,000 crew members worked around the clock to build and decorate all the mammoth sets, providing an incredible amount of hand-detailed artistry. According to Emma Watson, "I've worked on films before where the craftsmanship has been amazing, but this film has been really special because they've taken something which is so well known and loved and somehow managed to keep what we know and love but also expand on it and give it more detail and more depth and more layers. Everyone felt there was so much more to explore, and fortunately that was something we could do with the current technology and craftsmanship and means of storytelling that we didn't have before."



The fictional town of Villeneuve, the village where Belle and her father live, was built on the backlot at Shepperton. For the production's largest set (measuring 28,787 square feet), Greenwood and her team drew inspiration from the village of Conques in Southern France. Included in the town, which was named after the author of the original "Beauty and the Beast" story, Gabrielle-Suzanne Barbot de Villeneuve, is Belle's cottage, a school house, a dress shop, a village tavern, a church and the village square.

For the film's epic opening number, "Belle," which takes place in Villeneuve, more than 150 extras, hundreds of animals, 28 wagons and countless props and set decorations were used, each with an incredible amount of detail.

The art department spent months researching period architecture and interior design to create the look of the Prince/Beast's castle. In the end, it was a combination of different architectural styles, but the majority was French Rococo, a style prevalent in 1740s France used in the design of such notable structures as the Palace of



Versailles. "Rococo was a French design style where the motif was quite extreme," says Greenwood. "It was a very short-lived design theme because it was so intense and excessive and very expensive, but it did have a big impact on the overall visual look of our film."

One significant difference between this castle and the castle from the animated film is its evolving look. Greenwood explains, "The castle in the animated film does not change over the course of the story, but because we're working within a live-action format we were able to show the castle reacting to the effects of the spell as time goes by. With Rococo, everything is very exuberant, but also very organic, and what we wanted to convey in our designs was it slowly growing and stretching – post enchantment – which is reflected in the castle's frost, topiaries, architecture and plaster moldings."

The castle's ballroom is another massive set. The floor is made from 12,000 square feet of faux marble and its design is based on a pattern found on the ceiling of the Benedictine Abbey in Braunau in the Czech Republic.

Also included are ten glass chandeliers – each measuring 14 feet x 7 feet – which are based on actual chandeliers from Versailles which were then frosted, covered in fabric and candlelit.

Belle's bedroom, like the ballroom, is located in the benevolent enchantment area of the castle and is designed to appeal to every little girl as the ideal fairy tale bedroom. The west wing, where the Beast often retreats, is the

11

DIS-REARDEN-0007965

epicenter of the enchantment and is designed in Italian baroque, which is more sinister and dark in appearance.

The castle's library is based on the design of a celebrated library in Portugal and is a key setting and relevant to an important theme in the story: the thirst for knowledge and the vital role books play in feeding the imagination. The floor is made from approximately 2,000 square feet of faux marble and features thousands of books which were created especially for the production.



The enchanted forest that surrounds the Beast's castle was built on stage H, the largest stage at Shepperton, measuring 9,600 square feet. The forest, which took 15 weeks to complete, includes real trees, hedges, a frozen lake, a set of 29-foot high ice gates and approximately 20,000 icicles.

"All the sets were truly magical and incredibly lavish," says visual effects producer Steve Gaub ("Unbroken," "TRON: Legacy"), "And Sarah and her team did an amazing job. Everything felt very old Hollywood, which is appropriate because were looking to create something classic which could sit beside the original."

Designing costumes befitting a fairy tale world is a prodigious undertaking, but it is one Jacqueline Durran took in stride. Her department, which was comprised of embroiders, milliners, jewelers, painters and textile artists, began working three months prior to principal photography. This was due, in part, to the challenge they gave themselves to design and create ethical and sustainable costumes made from fair-trade fabrics (meaning the use of organic materials from suppliers that pay their employees a fair wage and are considerate of the environment), which they achieved. And, working in tandem with Eco Age and the Green Carpet Challenge, the department used natural and low impact dyes (carefully disposing of any waste water) and printed with traditional wood blocks.



Durran designed everything from the peasant costumes for all the villagers to the elaborate ball gowns worn by 35 debutantes at the Prince's ball, but her biggest hurdle was creating the dress Belle wears when she dances with the Beast in the castle ballroom. Because of the iconic association with the yellow dress and the character, the design process was lengthy, involving numerous discussions as to its look, color and the material used.

"The dress was always going to be yellow in our film as an homage to the animation," says Durran. "What we tried to do was re-interpret it and flesh it out a bit by adding more texture and making it feel like a real living costume." In the end, the dress was created from multiple layers of feather light satin organza dyed yellow (180 feet in total), which was cut broadly in a circular shape and required 3,000 feet of thread.

The top two layers were printed with gold leaf filigree in a pattern matching the ballroom's Rococo floor and accentuated with 2,160 Swarovski crystals. In the story, Garderobe, the wardrobe, takes gold gilding from the ceiling of Belle's bedroom and sprinkles it onto the dress. The dress, which took over 12,000 hours to make and of which multiple copies were made, did not require a corset or cage so as to give Emma Watson a greater

12

DIS-REARDEN-0007966



amount of movement, as this Belle is more active than the Belle from the animated film.

"It was definitely an interesting challenge," says Watson, "The dress itself is so iconic because it is part of that romantic scene in the story. The dress went through a lot of different iterations, but, in the end, we decided the most important thing was that the dress dance beautifully. We wanted it to feel like it could float, like it could fly."

Durran agrees, saying, "We actually took this into consideration when designing all of Belle's costumes. We didn't want her to be a delicate princess but an active heroine, so the blue dress and apron she wears at the beginning of the film was designed with pockets where she could place a book and to be worn with bloomers and a bodice."

This Belle is seen working with and riding her horse, Philippe, and wears boots in those scenes (as opposed to delicate feminine shoes). "We really wanted to expand Belle's persona in the film and wanted to make sure she came across as a genuine equestrian and horsewoman," says Watson, "So we made sure she had proper footwear and hiked up one side of her skirt so she could ride western style and that it looked easy for her."

The design on the gown Belle wears at the end of the film, once the spell has been lifted, is a print taken from an original 18th century apron that Durran bought when she was a student. The design was hand painted on a canvas and enlarged and printed digitally. "The expectations for all of Belle's costumes were quite high," says Durran, "But we ended up with some beautiful dresses that reference the animated film but are still unique to this one."

"One of the wonderful things about working with Jacqueline is that she is so incredibly collaborative," says Watson. "I was just blown away by how much input she wanted from me...she really wanted to understand how I perceived the character inside and out. It was such a special experience for me as an actress, and such a great way to build and understand a character through that process."

For the Prince's costume worn in the opening sequence of the film, Durran created a coat and waistcoat embellished with thousands of Swarovski crystals, which was then scanned by the visual effects department and applied to the computer-generated Beast.

"Jackie is a goddess," says producer David Hoberman. "She had a really tough job, not only because of the sheer volume of costumes in this movie, but because of the iconic wardrobe from the animated film.

CONFIDENTIAL

DIS-REARDEN-0007967

She wanted to take into consideration and be somewhat faithful to the costumes worn by all the animated characters, but wanted to create something original as well, and she managed to come up with something completely beautiful and completely her own."

"Beauty and the Beast" is cinematographer Tobias Schliessler's fourth collaboration with Condon, and while the production did offer many challenges, there was ample room for creativity. Employing a range of camera equipment from a techno-dolly to a drone, Schliessler was constantly having to adapt, and it was an environment in which he thrives.

In some cases he chose to take iconic camera work from the animated film and add some of his own flourishes. For instance, the shot from the musical number "Beauty and the Beast" where the camera sweeps over Belle and the Beast and travels up to the ballroom ceiling…Schliessler does the same camera sweep with a crane but then moves the camera up to capture the musical instruments carved from wood on the walls of the ballroom as they magically come to life and begin playing.

Filming the spectacular Busby Berkeley-esque musical number "Be Our Guest" was challenging from a technical standpoint, and took one month to shoot, six months to prep and over a year to complete. The scene takes place in the dining room of the castle, which was designed like a stage, as it is the most theatrical set in the film. All the elements were real and shot in camera with the use of a techno-dolly, a crane and other special lighting equipment before the footage could be animated and augmented by the visual effects team in post-production.

"The interplay between the photography and the phenomenal design work on these sets has been incredible to see," says co-producer Greg Yolen. "We built the foyer and ballroom of the castle – as they would actually be laid out – across two soundstages, and Tobias knew exactly where to put the camera to take full advantage of that."

Yolen continues, "The depth he was able to capture of these two huge practical sets truly makes you feel like you are there."

## ~ BEHIND THE MAGIC ON SCREEN ~

One of the keys to a successful live-action adaptation of "Beauty and the Beast" lay with the Beast. The cursed creature has to look somewhat believable and be someone with whom the audience will care for, but the technology needed to pull off such a feat did not exist until recently.

To create a realistic looking Beast in a real-world environment while maintaining Dan Stevens' performance, a combination of physical performance capture and MOVA facial capture technology was used. For the physical performance capture portions, scenes of the Beast with the live-action cast members were filmed on practical sets with Stevens wearing stilts and a prosthetics muscle suit with a gray bodysuit on top. Scenes of the Beast with the animated household staff were filmed with Stevens wearing a fractal gray bodysuit with visual effects indicators. And despite the restraining attire, the actor is able to convey a complex



range of emotions, which was crucial, as the Beast is the romantic lead and the emotional center of the story.

Says director Bill Condon, "Dan brings such warmth and nuance to the character and was able to evoke all of

14

DIS-REARDEN-0007968

the pain and the humanity that was still there and give a powerful performance, which is told predominantly through his eyes and voice. It was really quite astonishing."



Stevens also participated in separate MOVA facial capture sessions which took place in an off-site studio. At these sessions, phosphorescent makeup was applied to Stevens' face, which appeared blue under ultraviolet light, and he was then filmed by multiple cameras surrounding him and tracking every pore in his face. The MOVA customized hardware and software then converted the performance into data.

"It was especially challenging," remembers Stevens, "As you have to think back to scenes already filmed and move just your face, not your body, whether you had any dialogue or not. There was one instance where I had to do the entire ballroom waltz with just my face, which was quite interesting."

As for the household objects that magically come to life, each one has human-grounded characteristics and a specific personality. In fact, Condon referred to them as live-action actors throughout production. The objects are in close proximity with the human actors and are often shown interacting, but it was a laborious and significantly time consuming process.



The final footage audiences see on screen is real and filmed in camera and then augmented by the visual effects team during post-production. In order to create flawless assimilation with the computer-generated characters on practical sets, a solid hero model of each object – everything from a beautiful hand-painted teapot to a Rococo gilded candlestick – was created, each painstakingly detailed by the art department with reference to the original animated characters. Duplicate copies were also made, as were rubber versions for use in scenes involving stunt work, and once Condon and the visual effects team were pleased with appearances and proportions, the objects were then placed on set and filmed as part of principal photography.

For Stevens, the scenes with the Beast and the household objects also took a great deal of imagination on his part. He explains, "I would walk on the set to film a scene where I am speaking to Lumière but I would be looking at an LED light on a stick and hearing Ewan's voice. It was like an extra level of weird that we had to deal with."

For the design of the mantel clock, Cogsworth, played by Ian McKellen, the base and main box were made from polyester resin and painted gold. The exterior pieces were gold plated, the face was made from brass, and it was fitted with proper clock movements to make the ticking and movement of the weights authentic.

CONFIDENTIAL



The candelabra, Lumière (Ewan McGregor), is one of the few household objects that could open up and become a moving character with what are essentially arms, legs and hands, and the filmmakers wanted to bring as much of McGregor's personality to the character as possible. McGregor was filmed dancing and moving the way he envisioned Lumière would move, via performance capture technology.

"Lumière was difficult to concept because we wanted him to be able to move, but at the end of the day he's still a gilded candlestick," says visual effects producer Steve Gaub. "Once we had a 3D computer model of him that everyone was happy with, he was constructed from a process called rapid prototyping which is able to take 3D computer files and produce an accurate model in polyester resin so you can physically see and feel it."

The same process was used for the teapot, Mrs. Potts (Emma Thompson): she was designed via computer, prototyped and then molded.

To bring Garderobe (Audra McDonald) to life, a real version of the beautiful – and enormous – wardrobe was created and rigged to make her move. Additional special effects elements, like those in the scene where Garderobe creates Belle's gown and dresses her, were then added in post-production.

The costumes for the human versions of the household staff were designed collaboratively with the art and set decorating teams, ensuring elements of the human costumes mirrored their objects. For instance, Durran designed Cogsworth's human costume with buttons that were enameled with Roman numerals like the numbers on the mantel clock, and the embroidery design on his waistcoat and his epaulets match the design on the clock. With Mrs. Potts, the cream-colored base of the teapot is the color of her gown and the leaf print pattern on the teapot is incorporated into her gown as well.



The same was true for the the hair and make-up styles for the castle staff once they have been returned to their human form. Make-up and hair designer Jenny Shircore worked closely with Greenwood to pull out relevant details from the designs of the household objects so as to incorporate them into the hair and make-up designs. Cogsworth has a clock-shaped head and a mustache that resembles clock hands; Garderobe's caged wig is

CONFIDENTIAL                                                                 DIS-REARDEN-0007970

similar in style to the top of the wardrobe; and Lumière's bounteous hairstyle was inspired by the design of the candlestick.

The beautiful music boxes Maurice creates were all crafted by hand with incredible gilded castings. They were inspired by the works of goldsmith Johann Melchior Dinglinger and depicted different cities and countries from around the world. Because they exist in an enchanted and magical environment, these are not just music boxes, but portals to other worlds.

## ~ ENHANCING THE CLASSIC SCORE ~

In addition to building upon the story from the animated classic, director Bill Condon believed that, musically, the story could move in a slightly more realistic direction, either by finding interesting variations on the existing



songs or with the addition of new songs. Songs help tell a story and elevate its emotional content, while at the same time helping push the story forward. "At the end of a song, you should feel as though you've arrived somewhere different from where you started," explains Condon. "Otherwise it feels like the story just stops."

"Part of Bill's approach was to take the music from two dimensions to three dimensions, both literally and in terms of the characters," says composer Alan Menken. "He has a keen understanding of the romance at the center of the story and how important that is, but also realizes that it is spectacular in and of itself, with talking candlesticks and dancing clocks at the same time."

Says Condon, "Alan is so generous, because I was filled with so many ideas and things I wanted to play with and it was all so new and exciting for me, and he just dove right in, not only writing three new songs but also rethinking some of the old ones. It was thrilling and inspiring to work with him and to just see how alive this is for him."



"Alan and Howard wrote the original music for the animated film, but when it came time to adapt the music for the Broadway production, Howard had, sadly, already passed away," says Condon. "That's when Tim came on board, so both Alan and Tim have been involved with this project for quite some time, which is very fortunate for us."

"Well I was extremely lucky," says Tim Rice, "And I still feel somewhat in the shadow of the great Howard Ashman on this project because he was a brilliant lyricist who was cut off in his prime. But I'm also a great fan of Alan because I've seen 'Little Shop of Horrors' and 'The Little Mermaid' and I love 'Beauty and the Beast.'"

The filmmakers have the utmost respect for the animated film's score and its memorable songs, like the rousing opening number "Belle," the delightful duet "Something There," the enchanting ballad "Beauty and the Beast"

CONFIDENTIAL                                                                                    DIS-REARDEN-0007971

and the jubilant show-stopper "Be Our Guest," each one with a beautiful and haunting melody from Menken and sophisticated lyrics from Ashman.

"I love that the music has this kind of classical, theatrical feeling to it yet still seems somewhat modern," says Emma Watson. "It rides that perfect line where it's not pop music and not stage music…it's kind of that perfect sweet spot in the middle, and it's just really magical."



Luke Evans agrees, saying "I come from the world of musical theatre so I feel very passionate about telling a story with music and lyrics, and what these geniuses did back in 1991 was tell a story which was very, very old and make it appeal to everyone. It has left a lasting impression on many generations of filmgoers."

The new songs written by Menken and Rice are telling new parts of the story, taking the story in new directions and fitting seamlessly into the fabric of "Beauty and the Beast." In addition, some of Howard Ashman's original lyrics from the songs "Gaston" and "Beauty and the Beast" not used in the animated film have been added back in to the film as well.

The music from the animated film is perfect as is, so there was never any discussion about cutting any of those musical numbers for the live-action adaptation. The music for the Broadway production is equally as brilliant, and while Condon would have liked to have incorporated some of those songs in this film, they were written specifically for the stage and fit a theatrical format, not a cinematic one.



"There's a wonderful ballad that the Beast has, 'If I Can't Love Her,' that's become iconic in its own right, but it's a first act curtain number," says Condon, "So in looking at that and looking at the ways we expanded the backstories of the Prince/Beast and Belle, it became clear that there were three important spots where we needed new songs."

One of the new songs is a soaring ballad performed by Dan Stevens as the Beast entitled "Evermore," which he sings after releasing Belle from the castle to be with her father, despite the fact that his heart is breaking. "Dan came such a long way and has become a wonderful singer," says Menken. "He's got this amazing baritone voice and he really knocks it out of the park."

"Days in the Sun" is a heartwarming song performed by the characters in the castle as they are getting ready for bed and are thinking about the old days. "It's a song about longing and how everyone in the castle is brought together by the awful heartache of missing something or someone that they deeply love and care about," says Watson. "It kind of takes you through all the different characters in the castle and lets you hear their internal thoughts at that particular juncture."

Stevens adds, "The song has a classic feel to it and really makes you yearn for something. Working with Alan has been quite an experience and it's a pleasure to have such wonderful material to work with."

CONFIDENTIAL

DIS-REARDEN-0007972

"How Does A Moment Last Forever" is a beautiful ballad about holding onto life's precious moments that is sung by Maurice (Kevin Kline) while designing a music box. The music box represents the perfect childhood his daughter never had and gives the audience a glimpse into Belle's unknown past. "This is an incredibly emotional

new beat for the story, and for anyone who cares about the story it will really ring true," says Condon. "It has the same wonderful musical qualities that the other songs do, and I think this song really sits right beside the originals in that you can't get them out of your head."

The melody appears numerous times throughout the score, beginning with Maurice's solo and followed by a reprise performed by Belle (Watson) later on in the story and then yet again over the end credits.



Condon and Menken were both in agreement that Watson's singing comes from a place of strength. Her frustration at feeling trapped and wanting to get out and experience all life has to offer is a story in and of itself, and, because she knows and understands the character so well and she had rehearsed all her scenes before pre-recording the vocals, she sounds completely natural.

For Emma Thompson, singing "Beauty and the Beast" was an amazing experience, but an intimidating one as well. "Angela Lansbury was a bit of a tough act to follow," she says, "And I can't even begin to sing it nearly as well as she does, because she has such an iconic voice. I just hope I can give a vague or at least a very human and heartfelt version of it for this new generation coming up."



She continues, "Alan Menken is just extraordinary. His songs go right into your heart and you hear them again and again and again and you never tire of them."

Producer David Hoberman says, "When we were shooting that scene and the beautiful melody from 'Beauty and the Beast' was played back on set, I remember thinking, I really do believe we may have shot the most beautiful romantic scene ever put on film. The camera moves that Tobias brought to it, the set decoration, the choreography…everything just sort of fell into place in that ballroom."

The actors were always mic'd, even when singing to playback. The human characters recorded their vocals and dialogue leading into the musical numbers prior to principal photography. The enchanted characters were pre-recorded and their recordings used as a guide track when shooting. Then in post-production, once the visual effects were completed, they recorded their tracks to match the exuberance on the screen.

## ~ BE OUR GUEST ~

The live-action adaptation of Disney's animated classic "Beauty and the Beast" is a stunning, cinematic event celebrating one of the most enduring and beloved tales ever told, and one that has touched readers for centuries. Now, thanks to the artistry and imagination of director Bill Condon and a brilliant creative team, audiences of all ages are sure to be captivated by the story's adventure, passion and romance once again.

19

CONFIDENTIAL



According to Condon, "The delightful animated film from 1991 plays as classic animation, but if you want to go a level deeper into the story and into the songs and into the emotions, that's what this live-action film delivers: a greater depth of emotions."

"It's rare during principal photography when everyone on set is happy, but on this film where we had hundreds of people on set every day, everyone was genuinely pleased to be there," says Ian McKellen. "Many of them had been working since the early hours of the morning, but I never heard a single word of complaint from anyone, technician or performer, and that speaks very well for the film."

"I feel very lucky to have been given the chance to work with this material," says Condon. "There's something about this story – and specifically the score, which was written 25 years ago – that is just magical, and I think that's what still draws people in and is what makes this such a special experience."

## ~ ABOUT THE CAST ~



**EMMA WATSON (Belle)** is best known for playing the iconic character of Hermione Granger in the eight enormously successful "Harry Potter" films. Her performance in the first film of the series, "Harry Potter and the Sorcerer's Stone," won her a Young Artist Award for Best Leading Young Actress. She also acquired two Critics' Choice Award nominations from the Broadcast Film Critics Association for her work in "Harry Potter and the Prisoner of Azkaban" and "Harry Potter and the Goblet of Fire." The completion of the seventh and eighth movies saw Watson receive nominations in 2011 for a Nickelodeon Kids' Choice Award and for Best Actress at the Jameson Empire Awards. The "Harry Potter" franchise won the BAFTA for Outstanding British Contribution to Cinema in February 2011.

2011 also saw Watson star in Simon Curtis's "My Week with Marilyn" alongside a stellar cast of Oscar® nominees, including Michelle Williams as Marilyn Monroe and Kenneth Branagh as Sir Laurence Olivier, in addition to Eddie Redmayne, Dame Judi Dench, Dougray Scott, Zoe Wanamaker, Toby Jones and Dominic Cooper. Chronicling a week in Marilyn Monroe's life, the film featured Watson in the supporting role of Lucy, a costume assistant to Colin Clark (Redmayne). The film was released by The Weinstein Company and was nominated for a Golden Globe® for Best Motion Picture – Comedy or Musical.

CONFIDENTIAL

DIS-REARDEN-0007974

In 2012, Watson was seen in Stephen Chbosky's adaptation of his coming-of-age novel "The Perks of Being a Wallflower," starring opposite Logan Lerman and Ezra Miller. This independent drama centred around Charlie (Lerman), an introverted freshman who is taken under the wings of two seniors (Watson and Miller) who welcome him to the real world. The film premiered at the 2012 Toronto International Film Festival and received rave reviews. The film won the People's Choice Award for Favorite Dramatic Movie and Watson also picked up the People's Choice Award for Favorite Dramatic Movie Actress. She was awarded a second time for this role with the Best Supporting Actress Award at the San Diego Film Critics Society Awards, where the film also won the Best Ensemble Performance Award.

In 2013, Watson starred in Sofia Coppola's American satirical black comedy crime film, "The Bling Ring." The film took inspiration from real events and followed a group of teenagers who, obsessed with fashion and fame, burgled the homes of celebrities in Los Angeles. The film opened the Un Certain Regard section of the 2013 Cannes Film Festival. Watson also appeared in a cameo role as herself in Seth Rogen's apocalypse comedy "This is the End." The film tells the story about what happens to some of Hollywood's best-loved celebrities when the apocalypse strikes during a party at James Franco's house.

In 2014, she was seen in Darren Aronofsky's "Noah" opposite Russell Crowe, Jennifer Connelly, Ray Winstone, Douglas Booth, Logan Lerman and Anthony Hopkins. The film told the epic biblical tale of Noah and the ark. Watson plays the role of Ila, a young woman who develops a close relationship with Noah's son, Shem (Booth).

Watson's additional credits include the lead role of Pauline Fossil in the BBC adaptation of Noel Streatfield's classic "Ballet Shoes," which aired on BBC One on Boxing Day to 5.2 million viewers. In her first animated feature, she voiced the character Princess Pea in "The Tale of Despereaux."

She was most recently seen in "Regression," written and directed by Alejandro Amenábar. Watson stars in the thriller opposite Oscar®-nominated Ethan Hawke. Set in 1990 Minnesota, "Regression" tells the story of Detective Bruce Kenner (Hawke) who investigates the case of young Angela, played by Watson, who accuses her father of sexual abuse. The film opened the 63rd edition of Spain's San Sebastian film festival on September 18, 2015. Watson was also recently seen in the thriller "Colonia" with Daniel Brühl, directed by the Oscar®-winning Florian Gallenberger. Inspired by true events, Watson and Brühl play a young couple who become entangled in the Chilean military coup of 1973. The film premiered at the 2015 Toronto International Film Festival and was also shown at the Zurich Film Festival.

Watson recently wrapped "The Circle," alongside Tom Hanks and John Boyega. The film follows a college graduate Mae Holland (Watson) who lands a job at a powerful tech company called the Circle, where she becomes involved with a mysterious man. James Ponsoldt directs the film and adapted the screenplay from the novel of the same name by David Eggers.

In 2012, Watson was honored with the Calvin Klein Emerging Star Award at the ELLE Women in Hollywood Awards. In 2013, she was awarded the Trailblazer Award at the MTV Movie Awards and was honored with the GQ Woman of the Year Award. In 2014, Watson was honored as British Artist of the Year at the BAFTA/LA Britannia Awards.

Further to her acting career, Watson is a Global Goodwill Ambassador for UN WOMEN, and works to promote gender equality and the empowerment of women. Her notable work on the HeForShe campaign earned her a place on Time Magazine's TIME 100 list of the world's most influential people in 2015. In January 2016, she started a feminist book club entitled "Our Shared Shelf"; the club selects a different feminist book every other month. In October 2016, Watson was honored for her humanitarian work by Harper's Bazaar, who awarded her their Inspiration Award.

21

DIS-REARDEN-0007975

Actor **DAN STEVENS (The Beast)** will next be seen in Noah Hawley's Marvel series "Legion" for FX, premiering in 2017.

Upcoming projects include the role of Charles Dickens in "The Man Who Invented Christmas" and Gareth Evans' "Apostle," in which Stevens plays a man who goes in search of his missing sister. Stevens will also be seen opposite Anne Hathaway and Jason Sudeikis in the sci-fi drama "Colossal"; the romantic comedy "Permission," opposite Rebecca Hall; and with Malin Akerman in "The Ticket."



Previously, Stevens starred in the cult hit "The Guest," "Night at the Museum 3," "A Walk Amongst the Tombstones" and "Criminal Activities."

He is known for his performance as Matthew Crawley in the Golden Globe®-winning drama "Downton Abbey." His other television credits include HBO's "High Maintenance," "Sense & Sensibility," "The Line of Beauty" and "Frankenstein," as well as roles in the TV movies "Maxwell" and "Dracula."

Stevens' theatre credits include "The Heiress" on Broadway, "Arcadia," "The Vortex" and "Hay Fever" in the West End and "Every Good Boy Deserves Favor" at The National Theatre in London.



In just a little over a decade, Welsh actor **LUKE EVANS (Gaston)** has made an impression in Hollywood making his mark as a leading man across all genres. Evans, who began his career doing theater in London's West End, recently completed production on the upcoming Sony feature "Professor Marston & the Wonder Women." The film chronicles the life of Harvard psychologist and inventor, Dr. Marston (Evans), who created Wonder Woman and his relationship with his wife, fellow psychologist and inventor, Elizabeth (Rebecca Hall), and their polyamorous relationship with Olive Byrne (Bella Heathcote). The relationship inspired the creation of Wonder Woman and the film explores how Marston dealt with the controversy surrounding his creation while he and his partners navigated and concealed a romantic and family life, one that, if exposed, could have destroyed them all. He also wrapped production on the indie film "State Like Sleep" starring alongside Kathryn Waterston and Michael Shannon. The drama revolves around the basic need for human connection and love.

Next up, Evans will be seen starring in Suzi Erwing's directorial debut, "10x10." The film is a cat-and-mouse thriller that follows a seemingly ordinary man who, under the surface, hides a dangerous obsession for a woman. Kelly Reilly will co-star. He will also star in TNT's upcoming drama "The Alienist" alongside Daniel Brühl. Based on the international best-selling novel by Caleb Carr, the show is set in the Gilded Age of New York City in 1896. Evans plays John Moore, a newspaper reporter for the New York Times who, along with Brühl's Dr. Lazlo Kreizler, a doctor who studies deviant behaviors, is enlisted by newly appointed NYPD commissioner Teddy Roosevelt following a series of haunting, gruesome murders of boy prostitutes. The show is slated to premiere on TNT in late 2017.

Evans most recently starred in Universal Pictures big screen adaptation of the highly-successful book of the same name, "The Girl On The Train," opposite Emily Blunt and Justin Theroux and directed by Tate Taylor. He also starred in Ben Wheatley's suspense noir film, "High Rise," for which he received a Best Supporting Actor nomination at the British Independent Film Awards and was just named as one of the Best Performances of

22

DIS-REARDEN-0007976

2016 by THR. The film is set in a dystopian society that finds itself divided among class lines, calling into question issues of morality, which starred Tom Hiddleston, Jeremy Irons, Sienna Miller and Evans as Richard Wilder.

Evans' also co-stars in the indie film "Message from the King," starring alongside Teresa Palmer and Chadwick Boseman and directed by Fabrice Du Welz. The film follows a mysterious outsider named Jacob King from South Africa who arrives in Los Angeles to avenge his younger sister's death, which premiered at the 2016 Toronto Film Festival.

In December 2015, Evans reprised his role as the iconic dragon slayer and archery expert Bard the Bowman in the final installment of Peter Jackson's "The Hobbit: The Battle of the Five Armies." Evans also appeared as Bard in the third installment, "The Hobbit: The Desolation of Smaug." The films were released in December 2014 and 2015 and co-starred Martin Freeman, Ian McKellen and Richard Armitage. Prior to this, Evans was seen in the lead role of the heroic dragon-slayer Vlad in Gary Shore's "Dracula Untold." The role saw him starring alongside Charles Dance, Dominic Cooper and Sarah Gadon and strengthened his global recognition.

For the BBC, Evans starred in Chris Chibnall's "The Great Train Robbery" as the infamous, real-life train robber Bruce Reynolds. The special aired in December 2014 and detailed the great train robbery of 2.6 million pounds from a Royal Mail train from Glasgow in 1962 and its aftermath. The mini-series garnered awards recognition from the BAFTA TV committee as well as the Monte Carlo Television Festival.

In Summer 2013, Evans starred as the villain Owen Shaw in the sixth installment of Universal's "The Fast & Furious" franchise. Directed by Justin Lin, the film opened in May and has grossed over $700 million worldwide to date. He returned for "Fast Seven" and has been immortalized in the "Fast & Furious: Super Charged" attraction at Universal Studios Hollywood.

Between 2010 and 2012, Evans' career took off with supporting and starring roles in films such as "Immortals" for director Tarsem Singh, "The Three Musketeers" for director Paul Anderson, "The Raven," starring opposite John Cusack for director James McTeigue and "No One Lives" for director Ryuhei Kitamura.

Evans first co-starring role came in Fall, 2010 when he portrayed the lead role of Andy in acclaimed director Stephen Frears' "Tamara Drewe" based on the hugely successful Guardian newspaper comic strip and graphic novel of the same name. This romantic comedy, which premiered at the Cannes Film Festival, told the story of a young newspaper reporter (Gemma Arterton) who returned to the town she grew up in as her family sold her childhood home. Evans turned the heads of critics and journalists, both stateside and internationally alike, for his charming performance.

Prior to his film career, Evans had successfully carved out an enviable stage career starring in West End plays and musicals such as "La Cava," "Boy George's "Taboo," "Avenue Q," "Dickens Unplugged," "A Girl Called Dusty" and, at the acclaimed Donmar Warehouse, "Small Change" and "Piaf." His powerful, trained voice and engaging stage presence made him the perfect choice for leading roles such as Chris in "Miss Saigon" and Roger in "Rent."

Evans made his UK feature film debut in the role of Clive in the 2009 British Independent Film Academy nominated feature, "Sex & Drugs & Rock & Roll," Mat Whitecross's biopic of the London punk-rock scene founder Ian Dury. It was Warner Bros. action/fantasy/drama "Clash of the Titans," however, where he portrayed the charismatic god Apollo, that put him on the map.

Following "Clash of the Titans," Evans starred in Ridley Scott's remake of "Robin Hood," playing the Sheriff's head henchman to Russell Crowe's Robin Hood.

23

**KEVIN KLINE (Maurice)** was born in St. Louis, Missouri, to Margaret and Robert Joseph Kline, who owned several stores. His father was of German Jewish descent and his mother was of Irish ancestry. After attending Indiana University in Bloomington, Kline studied at the Juilliard School in New York.



In 1972, Kline joined the Acting Company in New York, which was run by John Houseman. With this company, Kline performed Shakespeare across the country. On the stage, Kline has won two Tony Awards® for his work in the musicals "On the Twentieth Century" (1978) and "The Pirates of Penzance" (1981).

After working on the television soap "Search for Tomorrow," Kline went to Hollywood, where his first film was "Sophie's Choice." He was nominated for a Golden Globe® for his performance. His work in the ensemble cast of "The Big Chill" would again be highly successful, so much so that when Lawrence Kasdan wrote "Silverado," Kline would again be part of the cast. With his role as Otto Don't call me stupid! West in the film "A Fish Called Wanda," Kline would win the Oscar® for Best Supporting Actor.

Kline can play classic roles such as Hamlet in "Hamlet" or a swashbuckling actor like Douglas Fairbanks in "Chaplin" or a comedic role as a has-been actor in "Soapdish." In all the films that he has worked in, it is hard to find a performance that is not well done. In 1989, Kline married actress Phoebe Cates.



**JOSH GAD (LeFou)** brings incredible wit, humor and depth to all of his roles, from a Summer-loving snowman to a wacky Mormon missionary.

He recently wrapped production on Open Road Film's "Marshall," about Supreme Court Justice Thurgood Marshall. He was most recently found lending his voice in Sony's "The Angry Birds Movie," an animated film adaptation of the popular game.

Gad's upcoming projects include Paramount's comedy "Heavy Duty," based on his original idea, and STX's "Russ & Roger Go Beyond," where he will star alongside Will Ferrell and play the role of Roger Ebert. Last year, Gad starred alongside Billy Crystal in the FX show "The Comedians" about a veteran comedian who is reluctantly paired with a younger, edgier comedian for a late-night comedy sketch show.

Additional film credits include starring alongside Adam Sandler and Peter Dinklage in Sony's "Pixels"; starring opposite Kevin Hart in "The Wedding Ringer"; Zach Braff's indie project "Wish I Was Here"; starring as the loveable sidekick Olaf in Disney's award-winning animated film "Frozen"; the Steve Job's biopic, "Jobs"; "Thanks for Sharing" with Gwyneth Paltrow, Mark Ruffalo and Tim Robbins; Shawn Levy's "The Internship," opposite Vince Vaughn and Owen Wilson; Ed Zwick's "Love & Other Drugs," with Jake Gyllenhaal, Anne Hathaway and Hank Azaria; Shawn Levy's "The Rocker," alongside Rainn Wilson; "21," opposite Kate Bosworth, Laurence Fishburne and Kevin Spacey; and "Crossing Over," with Harrison Ford, Sean Penn, Ray Liotta and Ashley Judd. Other voice credits include "Ice Age: Continental Drift," alongside Ray Romano, Queen Latifah, Jennifer Lopez and John Leguizamo.

In 2012, Gad served as an executive producer, co-creator and star on NBC's family comedy "1600 Penn." He played Skip Gilchrist, the clumsy eldest son of the President (Bill Pullman), whose sincere attempts to do the right thing often go awry. Gad has also lent his voice to Mondo on MTV's animated series "Good Vibes" and played the title role on BBC Worldwide's "Gigi: Almost American." He has guest-starred on hit series such as

24

DIS-REARDEN-0007978

"New Girl" and "Modern Family."

Gad also took Broadway by storm starring as Elder Cunningham in the Tony Award-winning comedy musical "Book of Mormon." Gad was nominated for Tony, Drama League and Astaire awards, winning the Outer Critics Circle Award. He made his Broadway debut in a Tony-winning production of "The 25th Annual Putnam County Spelling Bee."

After graduating from the Carnegie Mellon School of Drama, Gad began his career in the theater. He then turned his sights to comedy, co-founding his own company, The Lost Nomads Comedy Troupe.

Often hailed as one of the finest actors of his generation, **EWAN McGREGOR (Lumière)** consistently captivates audiences with a diverse line-up of roles across a multitude of genres, styles and scope.



McGregor can recently be seen in his directorial debut, "American Pastoral," based on the Pulitzer Prize-winning novel of the same name. McGregor stars in the film opposite Jennifer Connelly and Dakota Fanning. Lionsgate released the film October 21, 2016.

McGregor recently wrapped production on "Trainspotting 2," where he reprises his role as Renton, opposite Jonny Lee Miller, Ewen Bremner and Robert Carlyle. The highly anticipated sequel, based on characters created by Irvine Welsh, reunites Danny Boyle as director with screenwriter John Hodge and the entire principal cast of the 1996 film. Based on the novel of the same name by Welsh, the original Hodge screenplay received an Academy Award® nomination. The story, set in the late '80s, follows a group of heroin addicts in an economically depressed area of Edinburgh. Sony will release the film March 3, 2017.

McGregor is also set to play two leading roles in FX's Emmy®-winning drama "Fargo." He will play brothers Emmit and Ray Stussy in the season-three anthology, which is set to air in 2017.

McGregor was recently be seen in the political thriller "Our Kind of Traitor," opposite Stellan Skarsgård, released July 1, 2016. Additionally, he was seen in Rodrigo Garcia's "Last Days in the Desert," where he plays both a demon and a holy man on a journey through the desert. The film premiered at the 2015 Sundance Film Festival and was released on May 13, 2016 by Broad Green Pictures. McGregor can also be seen in Don Cheadle's "Miles Ahead," opposite Cheadle and Zoe Saldana. The film premiered at the New York Film Festival and was released by Sony Pictures Classics on April 22, 2016.

McGregor marked his Broadway debut as Henry in Tom Stoppard's Tony Award®-winning play "The Real Thing," directed by Sam Gold, opposite Maggie Gyllenhaal. The play opened on October 30, 2014 and ran until January 4, 2015 at the American Airlines Theatre in New York.

Among his more recent film roles was Gavin O'Connor's "Jane Got a Gun," Julius Avery's "Son of a Gun," David Koepp's "Mortdecai" and John Wells' film adaptation of Tracy Letts' Pulitzer-and Tony®-winning play "August: Osage County," opposite Meryl Streep and Julia Roberts. McGregor also starred in "The Impossible," a drama based on a true story of one family's terrifying account of the 2004 tsunami and the compelling events as they fought to survive in the face of disaster and "Beginners," opposite Christopher Plummer and based on director Mike Mills' personal story, where he portrayed a man coming to terms with his dying father's latent homosexuality.

CONFIDENTIAL                                                                                              DIS-REARDEN-0007979

McGregor garnered terrific acclaim for his performance in Lasse Hallström's moving film "Salmon Fishing in the Yemen," alongside Emily Blunt and Kristin Scott Thomas. The film premiered at the 2011 Toronto International Film Festival and garnered McGregor a Best Actor Golden Globe® nomination.

From his breakthrough role as the heroin-addicted Mark Renton in Irvine Welsh's "Trainspotting" to the legendary Obi-Wan Kenobi in "Star Wars Episode I – The Phanton Menace" to starring as Christian opposite Nicole Kidman in the Oscar® and BAFTA award-winning musical "Moulin Rouge," McGregor's career has been highlighted by a continuous string of bold and daring performances. His diverse film credits include: Steven Soderberghs "Haywire"; Roman Polanski's "The Ghost Writer," opposite Pierce Brosnan; "Amelia," starring Hilary Swank and Richard Gere; "Jack the Giant Slayer," with Stanley Tucci; Ron Howard's "Angels and Demons," with Tom Hanks; the comedy "I Love You Phillip Morris," opposite Jim Carrey; "Deception," also starring Michelle Williams and Hugh Jackman; the drama romance "Incendiary"; Woody Allen's "Cassandra's Dream"; the biographical drama, "Miss Potter"; and "Scenes of a Sexual Nature," directed by Ed Blum.

Additional credits include: Marc Forster's supernatural thriller "Stay," alongside Naomi Watts and Ryan Gosling; Michael Bay's "The Island," with Scarlett Johanssen, Djimon Hounsou and Steve Buscemi; "Star Wars Episode II – Attack of the Clones" and "Star Wars: Episode III – Revenge of the Sith"; the animated films "Robots," directed by Chris Wedge; "Valiant," directed by Gary Chapman; Tim Burton's "Big Fish," alongside Albert Finney, Billy Crudup, Alison Lohman, Jessica Lange and Danny DeVito; "Young Adam," with Peter Mullan and Tilda Swinton, for which he received a London Film Critics Circle Awards nomination; "Down with Love," opposite Renee Zellwegger; Ridley Scott's historical drama "Black Hawk Down"; "Rogue Trader"; the Golden Globe®-winning film "Little Voice," alongside Jane Horrocks and Michael Caine; and the glam rock film "Velvet Goldmine."

McGregor received critical acclaim for his role in Danny Boyle's "A Life Less Ordinary," for which he won the Best British Actor Award (for the third year running) at the 1997 Empire Movie Awards. For his role in the BAFTA Award-winning "Shallow Grave," McGregor was honored with the Hitchcock D'Argent Best Actor Award and received a nomination for Best Actor at the BAFTA Scotland Awards. On television, McGregor was lauded by critics and won an Emmy® Award for Outstanding Guest Actor for his episodic role in the NBC television series "ER."

McGregor is a devoted and influential philanthropist and serves as a Goodwill Ambassador for UNICEF, a non-profit organization dedicated to providing long-term humanitarian and developmental assistance to children and mothers in developing countries. Additionally, he was the face of the global British luxury lifestyle brand Belstaff.

McGregor was born in Perth, Scotland and currently resides in Los Angeles.



Academy Award® nominee **STANLEY TUCCI (Cadenza)** has appeared in over 90 films and countless television shows. He has appeared in more than a dozen plays, on and off Broadway, and has been behind the camera working as a writer, director and producer.

Tucci reached his widest audience yet in the role of Caesar Flickerman in "The Hunger Games" franchise. A box office sensation and critical success, the fourth and final installment of the series, "Mockingjay," was released on November 20, 2015.

He completed production on "Final Portrait," the highly-anticipated drama set to release in 2017 that he wrote and directed. "Final Portrait" will star Geoffrey Rush, Armie Hammer and Tony Shalhoub. The film, based on "A Giacometti Portrait," shows the story of Swiss painter and sculptor

CONFIDENTIAL                                                                 DIS-REARDEN-0007980

Alberto Giacometti. Other upcoming projects for Tucci set to release in 2017 are "Feud," an anthology TV series developed by Ryan Murphy, which will center on the rivalry between Joan Crawford and Bette Davis during the production of their film "What Ever Happened to Baby Jane?" Tucci will play Jack L. Warner, the Canadian-American film executive and president of Warner Bros. Studios; "Transformers: The Last Knight," where Tucci will reprise his role as Joshua Joyce; "Patient Zero," alongside Natalie Dormer and Clive Standen; and "Blue Angel," alongside Addison Timlin and Kyra Sedgwick.

Tucci was nominated for an Academy Award®, a Golden Globe®, a BAFTA and a SAG Award® and received a Broadcast Film Critics nomination for his performance in Peter Jackson's "The Lovely Bones."

Furthermore, Tucci won an Emmy® and a Golden Globe® for his role in the TV movie "Winchell." His performance as fast-talking tattler Walter Winchell, who exposed secrets and scandals, left audience and critics alike singing his praises. "Winchell," directed by Paul Mazursky, provided Stanley with one of the juiciest roles of his diverse career.

He also received a Golden Globe® for his role in HBO's "Conspiracy." His brilliant portrayal of Lt. Colonel Adolf Eichmann delivered a truly petrifying experience, where he often deceived others with his all but friendly smile.

Tucci is also a writer, director and producer. He produced "The Canal," was the executive producer for "Behind the Sun," and, as stated above, is the director/writer for "Final Portrait." He premiered the film "Blind Date" at the Sundance Film Festival – directing, starring and co-writing this Van Gogh remake. Another directorial endeavor was USA Films' "Joe Gould's Secret," which starred Ian Holm as bohemian writer Joe Gould and Tucci as Joseph Mitchell, the famed writer for The New Yorker. The film, set in New York's Greenwich Village in the 1940s, tells the story of the strange meeting and long-lasting friendship between Gould and Mitchell, as well as the stories Mitchell wrote about Gould and his life.

"Big Night," Tucci's first effort as co-director, co-screenwriter and actor on the same film, earned him numerous accolades, including the Waldo Salt Screenwriting Award at the 1996 Sundance Film Festival, a recognition of Excellence by the National Board of Review, an Independent Spirit Award, The Jury Special Prize at the 1996 Deauville Film Festival, and honors from the New York Film Critics and the Boston Society of Film Critics.

His second project, "The Imposters," a film which he wrote, directed, co-produced and starred in, was an official selection at the 1998 Cannes Film Festival and was acquired by Fox Searchlight Pictures later that year. The 1930s farce starred Tucci and Oliver Platt as a pair of out-of-work actors who find themselves aboard a cruise ship passengered by Steve Buscemi, Alfred Molina, Lili Taylor and Hope Davis.

His work on television includes "BoJack Horseman," "Metropolis," "Fortitude," "Bull," "Equal Justice," "Wiseguy," "The Equalizer," "thirtysomething" and "The Street." He also played Captain Hook in ITV's two-hour drama "Peter & Wendy," alongside Laura Fraser and Paloma Faith. Tucci received Emmy® nominations for his work in "Murder One" and "ER" and an Emmy Award in the category of Outstanding Guest Actor in a Comedy Series for "Monk."

His theater work includes "Frankie & Johnny in the Claire de Lune," "Execution of Hope," "The Iceman Cometh," "Brighton Beach Memoirs" and "The Misanthrope." He has also performed in a number of off-Broadway plays at Yale Repertory Theater and SUNY Purchase, where he first studied acting.

Tucci made his directorial debut on Broadway with a revival of Ken Ludwig's "Lend Me a Tenor," starring Tony Shalhoub. The production received a Tony Award® nomination for Best Revival of a Play.

27

    DIS-REARDEN-0007981

Tucci's additional film credits include "Spotlight," "A Little Chaos," "Transformers: Age of Extinction," "Wild Card," "Muppets Most Wanted," "Mr. Peabody & Sherman," "Some Velvet Morning," "The Fifth Estate," "Percy Jackson: Sea of Monsters," "The Company You Keep," "Jack The Giant Slayer," "Captain America: The First Avenger," " Margin Call," "Burlesque," "Easy A," "Julie & Julia," "The Tale of Despereaux," "Kit Kittredge: An American Girl," "Swing Vote," "What Just Happened," "The Devil Wears Prada," "Shall We Dance," "The Terminal," "The Life And Death of Peter Sellers," "Spin," "Road To Perdition," "America's Sweethearts," "Sidewalks of New York," "A Mid-Summer Nights Dream," "The Alarmist," "Deconstructing Harry," "The Daytrippers," "Big Trouble," "A Life Less Ordinary," "Kiss of Death," "Mrs. Parker and the Vicious Circle," "It Could Happen To You," "The Pelican Brief," "Prelude To A Kiss," "In the Soup," "Billy Bathgate" and "Slaves Of New York."

He recently completed production on Ian McEwan's "The Children's Act," directed by Richard Eyre, with Emma Thompson and Fionn Whitehead.

The Tucci Cookbook was released in October of 2012 where it reached The New York Times Bestseller List. He released his second cookbook, The Tucci Table: Cooking with Family and Friends, on October 28, 2014. The family-focused cookbook includes recipes from Tucci's traditional Italian roots as well as those of his British wife, Felicity Blunt.

Tucci serves on the board of directors of The Food Bank for New York City. Tucci resides in London.

**AUDRA McDONALD (Madame de Garderobe)** is unparalleled in the breadth and versatility of her artistry as both a singer and an actress. With a record six Tony Awards®, two GRAMMY Awards®, an Emmy® Award® and a long list of other accolades, she is among today's most highly regarded performers. Blessed with a luminous soprano and an incomparable gift for dramatic truth telling, she is as much at home on Broadway and opera stages as she is in roles on film and television. In addition to her theatrical work, she maintains a major career as a concert and recording artist, regularly appearing on the great stages of the world.



Born into a musical family, McDonald grew up in Fresno, California, and received her classical vocal training at the Juilliard School. A year after graduating, she won her first Tony Award® for Best Performance by a Featured Actress in a Musical for "Carousel" at Lincoln Center Theater. She received two additional Tony Awards in the featured actress category over the next four years for her performances in the Broadway premieres of Terrence McNally's "Master Class" (1996) and his musical "Ragtime" (1998), for an unprecedented total of three Tony Awards before the age of 30. In 2004, she won her fourth Tony, starring alongside Sean "Diddy" Combs in "A Raisin in the Sun," and in 2012 she won her fifth—and her first in the leading actress category—for her role in "The Gershwins' Porgy and Bess." In 2014, she made Broadway history and became the Tony Awards' most decorated performer when she won her sixth award for her portrayal of Billie Holiday in "Lady Day at Emerson's Bar & Grill." In addition to setting the record for most competitive wins by an actor, she also became the first person to receive awards in all four acting categories. McDonald's other theatre credits include "The Secret Garden" (1993), "Marie Christine" (1999), "Henry IV" (2004), "110 in the Shade" (2007), her Public Theater Shakespeare in the Park debut in "Twelfth Night" (2009) and "Shuffle Along, Or, The Making of the Musical Sensation of 1921 and All That Followed" (2016).

McDonald made her opera debut in 2006 at Houston Grand Opera, where she starred in a double bill: the monodrama "La voix humaine" by Francis Poulenc and the world premiere of "Send" by Michael John LaChiusa. She made her Los Angeles Opera debut in 2007 starring alongside Patti LuPone in John Doyle's production of Kurt

CONFIDENTIAL                                        DIS-REARDEN-0007982

Weill's "Rise and Fall of the City of Mahagonny." The resulting recording won McDonald two GRAMMY Awards® for Best Opera Recording and Best Classical Album.

On the concert stage, McDonald has premiered music by Pulitzer Prize-winning composer John Adams and sung with virtually every major American orchestra—including the Boston Symphony, Chicago Symphony, Cleveland Orchestra, Los Angeles Philharmonic, National Symphony, New York Philharmonic, Philadelphia Orchestra, and San Francisco Symphony—and under such conductors as Sir Simon Rattle, Esa-Pekka Salonen, and Leonard Slatkin. She made her Carnegie Hall debut in 1998 with the San Francisco Symphony under the baton of Michael Tilson Thomas in a season-opening concert that was broadcast live on PBS. Internationally, she has sung at the BBC Proms in London (where she was only the second American in more than 100 years invited to appear as a guest soloist at the Last Night of the Proms) and at the Théâtre du Châtelet in Paris, as well as with the London Symphony Orchestra and Berlin Philharmonic.

It was the Peabody Award-winning CBS program "Having Our Say: The Delany Sisters' First 100 Years" that introduced McDonald to television audiences as a dramatic actress. She went on to co-star with Kathy Bates and Victor Garber in the lauded 1999 Disney/ABC television remake of "Annie," and in 2000 she had a recurring role on NBC's hit series "Law & Order: Special Victims Unit." After receiving her first Emmy® nomination for her performance in the HBO film version of the Pulitzer Prize-winning play "Wit," directed by Mike Nichols and starring Emma Thompson, McDonald returned to network television in 2003 in the political drama "Mister Sterling," produced by Emmy Award-winner Lawrence O'Donnell, Jr. ("The West Wing") and starring Josh Brolin. In early 2006 she joined the cast of the WB's "The Bedford Diaries," and over the next season she had a recurring role on NBC's television series "Kidnapped." In 2008 she reprised her Tony-winning role in "A Raisin in the Sun" in a made-for-television movie adaption, earning her a second Emmy Award nomination. From 2007 to 2011, she played Dr. Naomi Bennett on the hit ABC medical drama "Private Practice." In 2013, her critically acclaimed performance as the Mother Abbess in NBC's live telecast of Rodgers and Hammerstein's "The Sound of Music" opposite Carrie Underwood as Maria was watched by an estimated 18.5 million people across America. McDonald has performed on numerous Tony Awards telecasts; in 2013, she closed the show by performing a rap duet with Neil Patrick Harris.

A familiar face on PBS, McDonald has headlined telecasts including an "American Songbook" season-opening concert, a presentation of Sondheim's "Passion," a Rodgers and Hammerstein tribute concert titled "Something Wonderful," and five galas with the New York Philharmonic: a New Year's Eve performance in 2006, a concert celebrating Sondheim's 80th birthday, Carnegie Hall's 120th anniversary concert, "One Singular Sensation!" celebrating Marvin Hamlisch, and, most recently, "Sweeney Todd." She was also featured in the PBS television specials "A Broadway Celebration: In Performance at the White House" and "A Celebration of American Creativity," singing at the request of President Barack Obama and First Lady Michelle Obama. McDonald has appeared three times on the Kennedy Center Honors; been profiled by "60 Minutes," "Today," "PBS NewsHour" and "CBS Sunday Morning"; been a guest on "The Late Show with Stephen Colbert and David Letterman," "The Tonight Show with Jimmy Fallon," "Late Night with Jimmy Fallon," "The Colbert Report," "Charlie Rose," "CBS This Morning," "NewsNation" with Tamron Hall, "PoliticsNation" with Al Sharpton, "Iron Chef America," "The Megan Mullally Show," "The Rosie O'Donnell Show," The Tavis Smiley Show," "The Wendy Williams Show" and "The Nightly Show with Larry Wilmore"; and has guest co-hosted on "The View" with Barbara Walters. In 2012, McDonald was named the new official host of the PBS series "Live From Lincoln Center"; she won her first Primetime Emmy Award for hosting the Creative Arts Special Program in 2015, having previously been nominated in 2013. In 2016, she received her fifth Emmy nomination for her role in HBO's film version of "Lady Day at Emerson's Bar & Grill."

McDonald's film career began with her role in "Seven Servants" in 1996, and her list of credits has since grown to include "The Object of My Affection" (1998), "Cradle Will Rock" (1999), "It Runs in the Family" (2003), "The Best

29

Thief in the World" (2004), "She Got Problems" (2009)—a mockumentary movie musical written, starring, and directed by her sister, Alison McDonald—and "Rampart" (2012). She recently appeared opposite Meryl Streep in "Ricki and the Flash" (2015).

As an exclusive Nonesuch recording artist, McDonald released her most recent album, "Go Back Home," in 2013. She has released four previous solo albums on the label, interpreting songs from the classic (Gershwin, Arlen, and Bernstein) to the contemporary (Michael John LaChiusa, Adam Guettel and Ricky Ian Gordon). The New York Times named her first Nonesuch album, 1998's "Way Back to Paradise," as Adult Record of the Year. Following the bestselling "How Glory Goes" in 2000 and "Happy Songs" in 2002, she released the 2006 album "Build a Bridge," which saw the singer stretch her repertoire to include songs by the likes of Randy Newman, Elvis Costello/Burt Bacharach, Rufus Wainwright and Nellie McKay. Her ensemble recordings include the acclaimed EMI version of Bernstein's "Wonderful Town" conducted by Sir Simon Rattle, the New York Philharmonic release of Sondheim's "Sweeney Todd" and "Dreamgirls" in concert, as well as the first recording of Rodgers and Hammerstein's "Allegro" and Broadway cast albums of "Carousel," "Ragtime," "Marie Christine," "110 in the Shade," "The Gershwins' Porgy and Bess" and "Lady Day at Emerson's Bar & Grill." She is also featured on a number of audiovisual recordings available on DVD and Blu-ray, including "Sondheim! The Birthday Concert"; "Christmas with the Mormon Tabernacle Choir and Orchestra at Temple Square"; "Weill – Rise and Fall of the City of Mahagonny"; "Bernstein – Wonderful Town"; "Audra McDonald: Live at the Donmar, London"; and "My Favorite Broadway: The Leading Ladies."

McDonald's other accolades include five Drama Desk Awards, five Outer Critics Circle Awards, four NAACP Image Awards nominations, an Ovation Award, a Theatre World Award, the Drama League's 2000 Distinguished Achievement in Musical Theatre and 2012 Distinguished Performance Award, a 2015 Rockefeller Award for Creativity, and Roundabout Theatre's 2016 Jason Robards Award for Excellence in Theatre. She was named to the Time 100—Time magazine's list of the most influential people in the world—in 2015, and in 2013 she was honored as Musical America's "Musician of the Year," joining the esteemed company of previous winners such as Leonard Bernstein, Leontyne Price, Beverly Sills, and Yo-Yo Ma. Besides her six Tony® wins, she has received nominations for her performances in "Marie Christine" and "110 in the Shade." In 2016, McDonald received an honorary doctorate from Yale University.

In addition to her professional obligations, McDonald is a passionate advocate for equal rights, LGBTQ causes and underprivileged youth. In 2014, she joined the Covenant House International Board of Directors, which oversees programs for homeless young people in 27 cities in six countries across the United States, Canada, and Latin America. McDonald's outspoken activism for marriage equality helped put the issue on the national agenda. In 2009, she joined Twitter to promote the cause, using the Twitter handle @AudraEqualityMc, and in 2011 she joined Mario Batali and other pro-equality marchers in Albany to lobby New York state senators in the days leading up their groundbreaking vote for legalization. McDonald was featured in marriage equality and anti-bullying campaigns for Freedom to Marry, NOH8, and PFLAG NYC. In 2012, she and her now husband, actor Will Swenson, received PFLAG National's Straight for Equality Award. A dog lover, she has two canine companions, Butler and Georgia, adopted from Eleventh Hour Rescue, a volunteer-based, non-profit organization that saves dogs from death row. Of all her many roles, her favorites are the ones performed out of the public eye: wife to actor Will Swenson, and mother to their growing family.

DIS-REARDEN-0007984



Born in Oxford, **GUGU MBATHA-RAW (Plumette)** trained at the Royal Academy of Dramatic Art. Her first professional role was in an open air production of "As You Like It" as Celia. Following this, Mbatha-Raw landed roles at Manchester's Royal Exchange Theatre. She performed in "Antony and Cleopatra" and played the title role of Juliet in "Romeo and Juliet," which gained her a nomination for Best Actress from the Manchester Evening News Awards in 2005.

Her other stage credits include the critically-acclaimed "Big White Fog" at the Almeida Theatre and "Gethsemane," a production at the National Theatre that later toured the UK. She made her West End debut as Ophelia in "Hamlet" opposite Jude Law; the production transferred to New York's Broadhurst Theatre for a limited run and was a hit on Broadway in 2009.

Her television credits include "Spooks," "Doctor Who," "Marple – Ordeal by Innocence," "Bonekickers" and "Fallout." It was for this latter role that she was selected as a Star of Tomorrow 2008 by Industry Magazine, Screen International. In 2010, she starred as Samantha Bloom in the NBC series, "Undercovers," which gained her a nomination for an NAACP Image Award for Outstanding Actress in a Drama Series.

In film, she worked with directors such as Dominic Savage and Dan Reed before landing her first major feature film, "Larry Crowne," directed by Tom Hanks and co-starring Julia Roberts, which was released on July 1, 2011. In June 2011, Mbatha-Raw landed the female lead as social worker Clea Hopkins opposite Kiefer Sutherland in the FOX series "Touch." The cast also included Danny Glover and David Mazouz. That same summer, she was recognized at the BAFTA's Brits to Watch event in Los Angeles.

In June, 2014, Mbatha-Raw played the title role in the critically-acclaimed period drama "Belle" (Fox Searchlight) alongside Miranda Richardson, Tom Wilkinson, Emily Watson, Sam Reid and Matthew Goode. "Belle" was directed by Amma Asante and produced by Damian Jones. For her role, she was named Best Actress at the British Independent Film Awards and Best Actress by the African-American Film Critics Association Awards. She was also nominated for 2014 BAFTA Awards in both the Best Actress and Most Promising Newcomer categories. Mbatha-Raw filmed alongside Keanu Reeves and Renée Zellweger in the summer of 2014 on the indie film "The Whole Truth," directed by Courtney Hunt.

In November 2014, she starred alongside Minnie Driver, Nate Parker and Danny Glover in "Beyond the Lights," a love story set in the Los Angeles music world that was written and directed by Gina Prince- Bythewood. Her critically-acclaimed performance in the film earned her a Best Actress nomination from the 2015 NAACP Image Awards. In February 2015, Mbatha-Raw appeared in Andy and Lana Wachowski's "Jupiter Ascending" with Channing Tatum, Mila Kunis and Eddie Redmayne. She performed the title role of Jessica Swale's "Nell Gwynn" from September 2015 through October 2015 at Shakespeare's Globe in London, which gained her a nomination for the Natasha Richardson Award for Best Actress at the Evening Standard Theatre Awards in 2015. Christopher Luscombe directed the 17th century play about a young woman who was raised in a brothel and turned into a stage actress and mistress to King Charles II.

She starred opposite Will Smith in "Concussion," a drama about concussions in the NFL directed by Peter Landesman, which Sony Pictures released on December 25, 2015 and starred opposite Matthew McConaughey in "Free State of Jones," an epic action-drama set during the Civil War. Written and directed by four-time Oscar® nominee Gary Ross, STX Entertainment released the film on June 24, 2016.

She was recently seen in writer/director Joe Swanberg's "Easy," a limited series on Netflix. In October she starred in "San Junipero," an episode in the acclaimed Netflix Original Series "Black Mirror."

CONFIDENTIAL                                                                                    DIS-REARDEN-0007985

Mbatha-Raw was recently seen in "Miss Sloane" alongside Jessica Chastain and Mark Strong, which was released in the U.S. on December 9, 2016. She will next be seen opposite David Oyelowo in "God Particle," which will be released by Paramount Pictures in 2017. She recently wrapped production on Disney's film adaptation of "A Wrinkle in Time" directed by Ava DuVernay and starring Oprah Winfrey, Reese Witherspoon, Mindy Kaling, Chris Pine and Storm Reid.



On screen, **HATTIE MORAHAN (Enchantress)** has appeared in: "Alice Through the Looking Glass," "Mr. Holmes," "The Bank Job," "The Golden Compass" and "Having You." Her television credits include: "My Mother and Other Strangers," "The Outcast," "Arthur & George," "Ballot Monkeys," "Outnumbered," "The Bletchley Circle," "Eternal Law," "Money," "Bodies," "Sense & Sensibility," "Agatha Christie's Miss Marple," "Inspector Lewis," "Midsomer Murders" and "Lark Rise to Candleford."

On stage Morahan has been seen in: "A Doll's House" (Young Vic, West End and BAM, New York); "The Changeling" (Shakespeare's Globe); "The Dark Earth and the Light Sky" (Almeida Theatre); "The Real Thing" (The Old Vic); "The Seagull," "Three More Sleepless Nights," "Time and the Conways," "Some Trace of Her," "Iphegenia At Aulis" (National Theatre); "The Family Reunion" (Donmar Warehouse); "The City" (Royal Court Theatre); "Plenty" (Crucible Theatre, Sheffield); "Night of the Soul," "Hamlet," "The Prisoner's Dilemma" and "Love in a Wood" (RSC).

She was awarded the Best Actress prize at the Critics' Circle Awards 2012 and received the Natasha Richardson Award for Best Actress at the Evening Standard Theatre Awards 2012 for her portrayal of Nora in "A Doll's House" at the Young Vic. Morahan was also nominated for the Best Actress Award at the 2013 Olivier Awards for her performance.



11-year-old **NATHAN MACK (Chip)** is a member of the well-known Stagecoach Talent Agency who trains at Stagecoach Chelmsford. Nathan's credits include Tyler in Danny Boyle's award-winning channel 4 series "Babylon," the American docudrama "The Wives Did It" and various stage productions at the Colchester Mercury Theatre and Civic Theatre.

He is a keen drummer and trampolinist, and enjoys cricket, fishing, golf and football.

**IAN MCKELLEN (Cogsworth)** has been honored with over 50 international acting awards during his half-century on stage and screen. He is treasured worldwide as Magneto in the "X-Men" films and Gandalf in "The Lord of the Rings" and "The Hobbit" trilogies.



Most recently, McKellen played the lead in "Mr. Holmes" to critical acclaim worldwide. He first worked with director Bill Condon playing James Whale in 1998's "Gods and Monsters," receiving his first Academy Award® nomination for Best Actor. The same year, top critics' groups voted him Best Actor for his role as the Nazi in hiding in Bryan Singer's "Apt Pupil." For his classic performance in Richard Loncraine's "Richard III," which he produced and co-wrote, he was named 1996 European Actor of the Year.

McKellen's varied list of other renowned films include: "The Keep" (1983); "Plenty" (1985); "Scandal" (1989); "Six Degrees of Separation" (1993); "Restoration" (1995); "Bent" (1997); "Cold Comfort Farm" (1995) and "The

DIS-REARDEN-0007986

Da Vinci Code" (2006).

On the small screen, McKellen currently stars in the second season of the wickedly successful ITV/PBS sitcom "Vicious" and starred with Anthony Hopkins in "The Dresser" for the BBC/STARZ. For his extensive television work, McKellen is a five-time Emmy® nominee, most recently for his matchless "King Lear" (2008) and his comic guest spot on "Extras" (2006), where he is fondly remembered for the viral catch-phrase: "How do I act so well?" He is most proud of his work as the mentally-handicapped "Walter" (1982 Royal Television Award) in "And the Band Played On" (1993 Cable Ace Award), a story about the origins of AIDS, as well as a guest spot on UK's longest-running soap, "Coronation Street" (2005).

Born and raised in the north of England, McKellen attended Cambridge University, and since 1961 has worked non-stop in the British theatre. He has been a leading man and produced plays, modern and classic, for the Royal Shakespeare Company and the National Theatre of Great Britain and in the West End of London. He has won Olivier Awards for: "Macbeth" (1976-78); "The Alchemist" (1977); "Bent" (1979); "Wild Honey" (1984) and "Richard III" (1991), plus Evening Standard Awards for "Coriolanus" (1984) and "Othello" (1989).

In 1981, he won every available award, including a Tony® for Best Actor, as Salieri in the Broadway production of Peter Shaffer's "Amadeus." In 2013–2014, he starred in " No Man's Land" and "Waiting for Godot" on Broadway after breaking all box office records in London and on UK and world tours. Over a decade, he toured his solo entertainment "Ian McKellen: Acting Shakespeare," throughout four continents, and it is shown daily at schools and universities. He astonished his fans as Widow Twankey in the Christmas pantomime at the Old Vic in London (2004 & 2005). He is currently on stage in London's West End, opposite Sir Patrick Stewart in the revival of "No Man's Land."

In 1991, Sir Ian was knighted for his outstanding contribution to theatre. He is co-founder of Stonewall UK, which lobbies for legal and social equality for gay people. In 2007, the Queen personally appointed him Companion of Honour for his services to drama and to equality.



**EMMA THOMPSON (Mrs. Potts)** is one of the world's most respected talents for her versatility in acting as well as screenwriting. She is the sole artist thus far to have received an Academy Award® for both acting and screenwriting.

In 1992, Thompson caused a sensation with her portrayal of Margaret Schlegel in the Merchant-Ivory adaptation of E.M. Forster's "Howards End." Sweeping the Best Actress category wherever it was considered, the performance netted her a BAFTA Award, Los Angeles Film Critics Award, New York Film Critics Award, Golden Globe® and Academy Award®. She earned two Oscar® nominations the following year for her work in "The Remains of the Day" and "In the Name of the Father." In 1995, Thompson's adaptation of Jane Austen's "Sense and Sensibility," directed by Ang Lee, won the Academy Award for Best Adapted Screenplay as well as the Golden Globe for Best Screenplay – Motion Picture and Best Screenplay awards from the Writers Guild of America and the Writers Guild of Great Britain, among others. For her performance in the film she was honored with a Best Actress award from BAFTA and nominated for a Golden Globe and an Academy Award.

Her performance in Richard Curtis' "Love Actually" earned Thompson Best Actress at the 2004 Evening Standard British Film Awards, Best Supporting Actress at the London Film Critics Circle Awards and Best British Actress at the Empire Awards, UK, along with a BAFTA nomination. In 2013, Thompson's moving portrayal of author P.L. Travers in "Saving Mr. Banks" earned her both the National Board of Review and Empire Best Actress Awards,

CONFIDENTIAL

DIS-REARDEN-0007987

along with Golden Globe®, Broadcast Film Critics, SAG® and BAFTA nominations.

Thompson recently completed production on Noah Baumbach's "Meyerowitz Stories" and Ian McEwan's "The Children's Act," directed by Richard Eyre, with Stanley Tucci and Fionn Whitehead. She will next be seen opposite Brenda Gleeson and Daniel Brühl in "Alone in Berlin," an English language adaptation of Hans Fallada's novel, directed by Vincent Perez, which premiered at the 2016 Berlin Film Festival.

Thompson's 2015 film appearances include "Barney Thomson," opposite Robert Carlyle and Ray Winstone, for which she won the Scottish BAFTA Best Actress Award; "A Walk in the Woods," opposite Robert Redford and Nick Nolte; and "Burnt," starring Bradley Cooper.

In March of 2014, to the delight of both critics and audiences alike, she portrayed Mrs. Lovett in the New York Philharmonic's staged production of Stephen Sondheim's "Sweeney Todd: The Demon Barber of Fleet Street," opposite bass-baritone Bryn Terfel, in the title role. The production marked Thompson's New York Philharmonic debut, New York stage debut and first time performing the role. She and Terfel reprised their roles this Spring in a sold-out, limited run at the London Coliseum with the English National Opera for its first ever season of musical theater.

In September of 2014, Penguin Press published "The Spectacular Tale of Peter Rabbit," the third in the series written by Thompson. To celebrate the 110th anniversary of Peter Rabbit, Thompson was commissioned to write the 24th tale in the existing collection of Peter Rabbit stories. It marked the first time that Frederick Warne, the publisher, had published an additional title to the series, which Beatrix Potter wrote between 1902 and 1930. The book, entitled "The Further Tale of Peter Rabbit" was published in September of 2012 to great critical acclaim and, in October of 2013, Penguin published "The Christmas Tale of Peter Rabbit."

Thompson's feature film debut came in 1989 opposite Jeff Goldblum in the comedy "The Tall Guy." Her other film credits include: "Henry V"; "Dead Again"; "Peter's Friends"; "Much Ado About Nothing"; "Junior"; "Carrington"; "The Winter Guest"; "Imagining Argentina"; "Primary Colors"; "Stranger Than Fiction"; "Last Chance Harvey" (Golden Globe® nomination as Best Actress); "The Love Punch"; Pixar's Academy Award®-winning animated film "Brave" and "Men In Black 3."

In 2010, she reprised the title role of the magical nanny in "Nanny McPhee Returns," for which she also wrote the screenplay and acted as an executive producer. Thompson created the character for the screen originally in 2004, in her own adaptation of "Nanny McPhee," directed by Kirk Jones.

In 2004, she brought to the screen JK Rowling's character of Sybil Trelawney in "Harry Potter and the Prisoner of Azkaban," for director Alfonso Cuaron, and in 2007, she reprised the role in "Harry Potter and the Order of the Phoenix," for director David Yates

For director Mike Nichols, she starred in the HBO telefilms "Wit" (2001, in a Golden Globe®-nominated performance) and "Angels in America" (2003, Screen Actors Guild Award® and Emmy® Award nominations). For her performance in the BBC Two television production of Christopher Reid's narrative poem, "The Song of Lunch," opposite Alan Rickman, Thompson was nominated for a 2012 Emmy Award (in the U.S. it aired on "Masterpiece" on PBS). Also in 2012, she portrayed Elizabeth II in the Sprout/SKY ARTS production "Walking the Dogs."

Throughout the 1980s, Thompson frequently appeared on British TV, including widely acclaimed recurring roles on the Granada TV series "Alfresco," BBC's "Election Night Special" and "The Crystal Cube" (the latter

written by fellow Cambridge alums Stephen Fry and Hugh Laurie), and a hilarious one-off role as upper-class twit Miss Money-Sterling on "The Young Ones." In 1985, Channel 4 offered Thompson her own TV special "Emma Thompson: Up for Grabs" and in 1988 she wrote and starred in her own BBC series called "Thompson." She worked as a stand-up comic when the opportunity arose, and earned £60 in cash on her 25th birthday in a stand-up double bill with Ben Elton at the Croydon Warehouse. She says it's the best money she's ever earned.

Thompson was born in London to Eric Thompson, a theatre director and writer, and Phyllida Law, an actress. She read English at Cambridge and was invited to join the university's long-standing Footlights comedy troupe, which elected her vice president. Hugh Laurie was president. While still a student, she co-directed Cambridge's first all-women revue "Women's Hour," made her television debut on BBC-TV's "Friday Night, Saturday Morning" as well as her radio debut on BBC Radio's "Injury Time."

She continued to pursue an active stage career concurrently with her TV and radio work, appearing in "A Sense of Nonsense" touring England in 1982, the self-penned "Short Vehicle" at the Edinburgh Festival in 1983, "Me and My Girl" first at Leicester and then London's West End in 1985, and "Look Back in Anger" at the Lyric Theatre, Shaftesbury Avenue in 1989.

Thompson is president of the Helen Bamber Foundation, a UK-based human rights organization formed in April 2005 to help rebuild the lives of, and inspire a new self-esteem in, survivors of gross human rights violations. On behalf of the Foundation, Thompson co-curated "Journey," an interactive art installation which used seven transport containers to illustrate the brutal and harrowing experiences of women sold into the sex trade. Thompson and "Journey" traveled to London, Vienna, Madrid, New York and the Netherlands for exhibitions and interviews.

Last year, Thompson joined Greenpeace on their Save the Arctic campaign. She is also an ambassador for the international development agency, ActionAid, and has spoken out publicly about her support for the work the NGO is doing, in particular, in addressing the HIV/AIDS epidemic that continues to sweep across Africa. She has been affiliated with the organization since 2000 and thus far has visited ActionAid projects in Uganda, Ethiopia, Mozambique, South Africa, Liberia and Myanmar.

Thompson has served as president of the Teaching Awards since 2010. The awards are open to every education establishment in England, Wales and Northern Ireland teaching pupils between the ages of 3 and 18, to nominate and celebrate teachers (and schools) who transform lives and help young people realize their potential. She is a patron of the Refugee Council and also patron of Edinburgh College's Performing Arts Studio of Scotland.

## ~ ABOUT THE FILMMAKERS ~

**BILL CONDON (Director)** is a celebrated film director and Oscar®-winning screenwriter. His most recent projects include the drama "Mr. Holmes," starring Ian McKellen as an aging Sherlock and Laura Linney as his long-suffering caretaker, and, on stage, the celebrated revival of the musical "Side Show," which premiered at Washington D.C.'s Kennedy Center before coming to Broadway.

Condon's film adaptation of the Broadway smash "Dreamgirls" won two Academy Awards® and three Golden Globes® including Best Motion Picture – Musical or Comedy. Condon directed from his own screenplay and was nominated for a Directors Guild of America Award. The cast featured Jamie Foxx, Beyoncé Knowles and Eddie Murphy and introduced Jennifer Hudson, who was honored with numerous critics prizes, as well as the Oscar®, Golden Globe, BAFTA and Screen Actors Guild Award® for her performance.

Condon also wrote and directed "Kinsey," for which he won the 2005 Outstanding Directorial Achievement in International Film award from the British Directors Guild. An uncompromising portrait of one of the 20th century's most influential and controversial figures, "Kinsey" also earned a Los Angeles Film Critics Best Actor Award for its star, Liam Neeson as well as an Academy Award® nomination for Laura Linney as Best Supporting Actress.

He also wrote and directed "Gods and Monsters," which earned Condon an Academy Award® for Best Adapted Screenplay. The film also won the Independent Spirit Award for Best Feature and was named Best Picture of 1998 by the National Board of Review. The film, a poetic meditation on the final days of "Frankenstein" director James Whale, also garnered Oscar® nominations for its stars, Ian McKellen and Lynn Redgrave.

Condon wrote the screenplay for the big-screen version of the musical "Chicago," for which he received a second Oscar® nomination. The film, which starred Renée Zellweger, Catherine Zeta-Jones and Richard Gere, won six Academy Awards®, including Best Picture of 2002.

Condon also directed the two-part finale of the blockbuster "Twilight" film series "Breaking Dawn," "The Fifth Estate" starring Benedict Cumberbatch and "Mr. Holmes" with Ian McKellen and Laura Linney.

Born in New York City, Condon attended Columbia University, where he graduated with a degree in Philosophy. An analytical piece he wrote for "Millimeter" magazine brought him to the attention of producer Michael Laughlin. Condon subsequently co-wrote the feature film "Strange Behavior" with Laughlin, who also directed the film. The movie became a cult hit, leading to the unofficial sequel, "Strange Invaders." Condon made his directorial debut with "Sister, Sister," which starred Jennifer Jason Leigh, Judith Ivey and Eric Stoltz.

Condon has served on the Board of Film Independent and on the Board of Governors of the Academy of Motion Picture Arts and Sciences.

**STEPHEN CHBOSKY (Co-Screenwriter)** wrote and directed the feature film adaptation of his novel, the #1 New York Times and International Bestseller "The Perks of Being a Wallflower." A native of Pittsburgh, Pennsylvania, he graduated from the University of Southern California's Filmic Writing Program. His first film, "The Four Corners of Nowhere," premiered at the Sundance Film Festival. He wrote the screenplay for the critically-acclaimed film adaptation of "Rent" and co-created the post-apocalyptic TV drama "Jericho." In the past year, he directed the film "Wonder," with Julia Roberts, Jacob Tremblay and Owen Wilson for Lionsgate. He is currently writing his second novel.

Born in Greece, **EVAN SPILIOTOPOULOS (Co-Screenwriter)** moved to the United States after high school where he graduated from the University of Delaware and American University in Washington D.C.

Since the late '90s, he has been a non-stop working Hollywood screenwriter, teaming up with the leading companies in the motion picture and television Industries, which include: Columbia Pictures, 20th Century Fox, Universal Pictures, New Line Cinema, Walt Disney Studios, Amazon, Paramount Pictures, MGM, The Weinstein Company and Sony Animation.

He began his career writing for numerous animated films at Disneytoon Studios, including: "Pooh's Heffalump Movie," "The Little Mermaid: Ariel's Beginning" and "Tinkerbell and the Lost Treasure."

After his successful stint in the animated world, Spiliotopoulos made the transition into live-action in 2005. His

CONFIDENTIAL

draft of "Snow White and the Huntsman" got the green light at Universal Pictures, in addition to procuring the attachment of co-lead Chris Hemsworth. Subsequently, Universal hired him to write "The Huntsman: Winter's War," which starred Hemsworth, Charlize Theron, Emily Blunt and Jessica Chastain. He also co-wrote the 2014 hit film "Hercules," starring Dwayne Johnson.

In the past few years, he has worked with Steven Spielberg, Robert Zemeckis, Brett Ratner, Bill Condon, Chris Columbus, JJ Abrams, McG and Timur Bekmabetov.

**ALAN MENKEN's (Score/Music by)** music and lyrics have become an integral part of the fabric of our lives since his first works were produced nearly 40 years ago. His stage musicals include "God Bless You Mr. Rosewater," "Atina: Evil Queen of the Galaxy," "Real Life Funnies," "Little Shop of Horrors," "Kicks," "The Dream on Royal Street," "Beauty and The Beast," "A Christmas Carol," "Weird Romance," "King David," "The Little Mermaid," "Sister Act," "Leap of Faith," "Newsies," "Aladdin," "The Hunchback of Notre Dame," "The Apprenticeship of Duddy Kravitz" and "A Bronx Tale."

Song and score credits for film musicals include "The Little Mermaid," "Beauty and The Beast," "Newsies," "Aladdin," "Pocahontas," "The Hunchback of Notre Dame," "Hercules," "The Shaggy Dog," "Home on the Range," "Enchanted," "Tangled," "Mirror Mirror" and "Sausage Party." Individual songs for film include "Rocky V," "The Measure of a Man," "Home Alone 2: Lost in New York," "My Christmas Tree," "Life With Mikey," "Cold Enough to Snow," "Noel," "Winter Light," "Captain America: First Avenger," "Star Spangled Man," "Sausage Party" and "The Great Beyond".

Television credits include writing songs for "Sesame Street," the ABC mini-series "Lincoln," a musical episode of "The Neighbors" and the ABC series "Galavant." His chart-topping songs have included "Beauty and the Beast," "A Whole New World," "Colors of the Wind" and "Go the Distance," Winner of the 2012 Tony® and Drama Desk Awards for his score for "Newsies," and he has won more Academy Awards® than any other living individual, including eight Oscars® with four for Best Score and four for Best Song; 11 GRAMMY® Awards (including Song of the Year for "A Whole New World"); 7 Golden Globes®; London's Evening Standard Award; the Olivier Award; the Outer Critics Circle Award and the Drama Desk Award.

Other notable achievements include induction into the Songwriters Hall of Fame, Billboard's number one single ("A Whole New World") and number one album ("Pocahontas"). In 2001, he received the distinction of being named a Disney Legend and was awarded two doctorates in Fine Arts from New York University and the North Carolina School of the Arts. In 2010, he received a star on the Hollywood Walk of Fame. Recent live concert appearances include the Hollywood Bowl, Segerstrom Center and the Royal Albert Hall. Upcoming projects include an as-yet-untitled film musical project at Universal Pictures.

**TIM RICE (Lyrics by)** has worked in music, theatre and films since 1965 when he met Andrew Lloyd Webber, a fellow struggling songwriter. Rather than pursue his ambitions to write rock or pop songs, they turned their attention to Webber's obsession – musical theatre. Their first collaboration (lyrics by Rice, music by Webber) was an unsuccessful show based on the life of Dr. Barnardo, the Victorian philanthropist, "The Likes of Us." Their next three works together – "Joseph and the Amazing Technicolor Dreamcoat," "Jesus Christ Superstar" and "Evita," were much more successful.

Rice has since worked with other distinguished popular composers such as Elton John ("The Lion King," "Aida"), Alan Menken ("Aladdin," "King David," "Beauty and the Beast"), Bjorn Ulvaeus and Benny Andersson ("Chess")

37

and, most recently, Stuart Brayson ("From Here to Eternity"). A new production of From Here to Eternity" made its debut at the Finger Lakes Musical Theatre, New York, in June 2016, and further American productions are in the works. He is an executive producer of the new Roger Goldby film, "The Time of Their Lives," starring Joan Collins and Pauline Collins, also to be released in March 2017. He has won 3 Oscars®, 3 Tonys®, 3 Golden Globes®, 5 GRAMMYs® and 13 Ivor Novello Awards, often for the wrong thing or for simply turning up.

He formed his own cricket team in 1973 and was president of MCC, England's foremost cricket club in 2002. He is a regular broadcaster on British Radio, making use of his vast expertise concerning the history of popular music from Bing Crosby up until Duran Duran's third album.

**DAVID HOBERMAN, p.g.a. (Producer)** is the founder and co-owner of Mandeville Films and Television. He is one of the leading producers in the entertainment industry today, having made his mark on more than 100 movies. His Disney-based company is among the most profitable and respected production labels in the entertainment industry.

Since its founding in 1995, Mandeville Films has produced feature films that have grossed more than $1 billion in domestic box office receipts. Mandeville partners David Hoberman and Todd Lieberman produced the critically-hailed Academy Award®-nominated feature "The Fighter," starring Mark Wahlberg, Christian Bale, Melissa Leo and Amy Adams and directed by David O. Russell. Produced for $25 million, the film grossed more than $125 million worldwide and earned a host of awards, including an Academy Award nomination for Best Picture and Best Supporting Actor and Actress Awards for Bale and Leo.

Upcoming movies include: "Stronger," the inspirational story of Boston marathon survivor Jeff Bauman directed by David Gordon Green, starring Jake Gyllenhaal, Tatiana Maslany, Miranda Richardson and Clancy Brown; "Wonder," based on R.J. Palacio's best-selling young adult novel, to be directed by Stephen Chbosky and starring Julia Roberts, Owen Wilson, Jacob Tremblay and Mandy Patinkin, to be released by Lionsgate.

Under the Mandeville banner, Hoberman also produced "The Muppets," starring Jason Segel, Amy Adams and Walter, the newest Muppet. Directed by James Bobin and written by Segel and Nick Stoller, "The Muppets" was one of the best-reviewed films of 2011 and earned the Academy Award® for Best Song. Mandeville also produced the next Muppet installment, "Muppets Most Wanted." Mandeville also produced "Warm Bodies," the genre-bending "zombie romance" based on Isaac Marion's novel, starring Nicholas Hoult, John Malkovich and Teresa Palmer, written and directed by Jonathan Levine, for Summit/Lionsgate. Mandeville also executive produced "Insurgent" and "Allegiant," part of the "Divergent" movie series.

Disney has been Mandeville's home for over 20 years, and Hoberman has worked at Disney in some capacity since 1985.

Under the Disney banner, Mandeville produced a string of hits, including the romantic comedy "The Proposal," starring Sandra Bullock and Ryan Reynolds. "The Proposal" became the highest-grossing romantic comedy of 2009, earning over $317 million worldwide. It was the People's Choice Award winner for Favorite Comedy Movie.

Hoberman founded Mandeville Films in 1995 and signed a five-year first-look pact with the Walt Disney Studios. In 1999, Hoberman signed a first-look deal for Mandeville at the Walt Disney Studios with Lieberman. Two years later, Lieberman became a co-partner in the company.

The company created the award-winning "Monk," a one-hour series for USA Network. Executive-produced by

38

Mandeville, "Monk" aired for eight seasons.

Prior to forming Mandeville Films, Hoberman served as president of the Motion Picture Group of the Walt Disney Studios, where he was responsible for overseeing development and production for all feature films for Walt Disney Pictures, Touchstone and Hollywood Pictures. During Hoberman's tenure, Disney was often the top studio in domestic box office grosses. In 1990, "Pretty Woman," supervised by Hoberman, was the top-grossing film of the year and its soundtrack was the top-selling soundtrack of the year. Hoberman was also behind major blockbusters at the studio, including "Father of the Bride," "What About Bob," "Dead Poets Society," "Ed Wood," "Dangerous Minds," "Ruthless People," "Beaches," "Three Men and a Baby" and "Honey, I Shrunk the Kids." While an executive at Disney, Hoberman championed the first-ever full-length stop-motion animation feature, Tim Burton's "The Nightmare Before Christmas."

Hoberman started his career working in the mailroom at ABC and quickly ascended in the entertainment business, working for Norman Lear's Tandem/T.A.T. in television and film. He worked as a talent agent at ICM before joining Disney in 1985.

Hoberman is also a member of the Academy of Motion Picture Arts and Sciences and the Academy of Television Arts and Sciences. He is a member of the Board of Suffolk University in Boston and on the Board of Overseers at the Hammer Museum, Los Angeles.


**TODD LIEBERMAN, p.g.a. (Producer)** is a co-owner of Mandeville Films and Television, where he is one of the leading producers in the entertainment industry today. Since its founding in 1995, Mandeville Films has produced feature films that have grossed more than $1 billion in domestic box office receipts. Mandeville partners David Hoberman and Todd Lieberman produced the critically-hailed Academy Award®-nominated feature "The Fighter," starring Mark Wahlberg, Christian Bale, Melissa Leo and Amy Adams and directed by David O. Russell. Produced for $25 million, the film grossed more than $125 million worldwide and earned a host of awards, including an Academy Award nomination for Best Picture and Best Supporting Actor and Actress Awards for Bale and Leo.

Upcoming movies include: "Stronger," the inspirational story of Boston marathon survivor Jeff Bauman, directed by David Gordon Green and starring Jake Gyllenhaal, Tatiana Maslany, Miranda Richardson and Clancy Brown; "Wonder," based on R.J. Palacio's best-selling young adult novel, to be directed by Stephen Chbosky, starring Julia Roberts and Jason Tremblay, to be released by Lionsgate and the indie thriller "The Duel," starring Liam Hemsworth and Woody Harrelson, directed by Kieran Darcy-Smith, also from Lionsgate. Under the Mandeville banner, Lieberman also produced "The Muppets," starring Jason Segel, Amy Adams and Walter, the newest Muppet. Directed by James Bobin and written by Segel and Nick Stoller, "The Muppets" was one of the best-reviewed films of 2011 and earned the Academy Award® for Best Song.

Mandeville also produced the next Muppet installment, "Muppets Most Wanted." Lieberman also produced "Warm Bodies," the genre-bending "zombie romance" based on Isaac Marion's novel, starring Nicholas Hoult, John Malkovich and Teresa Palmer written and directed by Jonathan Levine, for Summit/Lionsgate. Mandeville also executive produced "Insurgent" and "Allegiant," part of the "Divergent" movie series.

Mandeville has the scripted comedy series "Sing It!" for YouTube with the Fine Brothers. Mandeville recently re-upped its first look deal with Disney, which has been Mandeville's home for over 20 years. Under the Disney banner, Mandeville produced a string of hits, including the romantic comedy "The Proposal," starring Sandra Bullock and Ryan Reynolds. "The Proposal" became the highest-grossing romantic comedy of 2009, earning over $317 million worldwide. It was the People's Choice Award winner for Best Comedy of the Year.

CONFIDENTIAL                                                                          DIS-REARDEN-0007993

Prior to joining Mandeville, Lieberman served as senior vice president for international finance and production company Hyde Park Entertainment, which produced and co-financed such films as "Anti-Trust," "Bandits" and "Moonlight Mile." Lieberman established himself at international sales and distribution giant Summit Entertainment, where he quickly moved up the ranks after pushing indie sensation "Memento" into production and acquiring the Universal box office smash "American Pie."

In 2001, Lieberman was named one of the "35 under 35" people to watch in the business by The Hollywood Reporter. He holds a B.A. from the University of Pennsylvania. Lieberman is a member of the Motion Picture Academy of Arts and Sciences and a judge for the Academy's Nicholl Fellowship in Screenwriting. He is also a member of the Television Academy and a Producer's Guild mentor, as well as an active member of the Los Angeles chapter of the Young Presidents' Organization.

**JEFFREY SILVER (Executive Producer)** grew up in Miami and graduated college with a degree in theatre from Brandeis University in Massachusetts. He began his career working as an assistant to the renowned producer-director Otto Preminger in New York City. He now lives in Los Angeles.

Silver has produced over 30 feature films through his production company Biscayne Pictures and his partnership with Outlaw Productions. His movies have grossed over $2.5 billion worldwide.

In the course of his career, Silver has produced both studio and independent pictures, including the sci-fi thriller "Edge of Tomorrow" (Warners), directed by Doug Liman starring Tom Cruise and Emily Blunt; the sci-fi adventure "TRON: Legacy" (Disney), directed by Joseph Kosinski starring Jeff Bridges, Garrett Hedlund and Olivia Wilde; "Terminator Salvation" (Warners/Sony), starring Christian Bale; the cop drama "Training Day" (Warners) starring Denzel Washington and Ethan Hawke; the Christmas classic "The Santa Clause" (Disney) and its two sequels starring Tim Allen; the twisted romantic comedy "Addicted To Love" (Warners) starring Meg Ryan and Matthew Broderick; and the cult teen comedy "Don't Tell Mom the Babysitter's Dead" (Warners) with Christina Applegate, as well as many others.

Silver also produced the pilot and first two seasons of the hit television series "The Wonder Years" (ABC) for which he received an Emmy® for Outstanding Comedy Series.

In 1999, Silver co-founded FilmAid, a non-profit organization dedicated to bringing movies to Refugee Camps around the world. He also serves on the Advisory Board of the Science and Entertainment Exchange (SEE), a program of the National Academy of Sciences. SEE is focused on educating filmmakers and the public about science through movies.

Silver's wife, Lienna Silver, is a novelist, his daughter, Sasha Silver, is a TV executive at Chernin Entertainment, and his son, Max Silver, is a film director.

Since 1988, **THOMAS SCHUMACHER (Executive Producer)** has worked with The Walt Disney Company setting new standards of excellence in film, television and theatre. Currently, he serves as president and producer of Disney Theatrical Group, where he oversees the development, creation and execution of Disney's legitimate stage entertainment around the globe including Broadway, touring and licensed productions, as well as Disney on Ice and Disney Live! shows produced in partnership with Feld Entertainment. The division's Broadway, West End, touring and international production credits include: "Beauty and the Beast," "King David," "The Lion King," "Der Glockner von Notre Dame," Elton John and Tim Rice's "Aida," "On the Record," "High School Musical,"

40

"TARZAN®," "Mary Poppins," "The Little Mermaid," "The Jungle Book," "Peter and the Starcatcher," "Newsies," "Aladdin" and "Shakespeare in Love," with "Frozen" slated to open on Broadway in 2018.

As president of Walt Disney Feature Animation, he oversaw some 21 animated features, including: "The Lion King," "The Nightmare Before Christmas," "Pocahontas," "The Hunchback of Notre Dame," "Mulan," "Tarzan," "Hercules" and "Lilo & Stitch," as well as working closely with Pixar on their first five films.

Schumacher is the author of the book "How Does the Show Go On? An Introduction to the Theater," as well as a member of the Board of Trustees for Broadway Cares/Equity Fights AIDS, the Board of Directors for Lincoln Center for the Performing Arts, the Tony® Administration Committee, the College of Fellows of the American Theatre and the Broadway League's Board of Governors and Executive Committee. He is a former mentor for the TDF Open Doors program and serves as an adjunct professor at Columbia University.

**DON HAHN (Executive Producer)** produced the classic "Beauty and the Beast," the first animated film to receive a Best Picture nomination from the Motion Picture Academy. His film, "The Lion King," broke box office records all over the world to become the top-grossing traditionally-animated film of all time and a long-running blockbuster Broadway musical.

Hahn also served as associate producer on the landmark motion picture "Who Framed Roger Rabbit." His other films include: "The Hunchback of Notre Dame," "Atlantis: The Lost Empire" and the 2006 short "The Little Matchgirl," which earned Hahn his second Oscar® nomination.

The documentary "Waking Sleeping Beauty," his directorial debut, chronicles the perfect storm of people and circumstances that led to Disney's animation renaissance in the 1980s and '90s.

**TOBIAS SCHLIESSLER, ASC (Director of Photography)** is currently lensing Ava DuVernay's adaptation of "A Wrinkle in Time" for Disney, starring Chris Pine, Gugu Mbatha-Raw and Reese Witherspoon. He has enjoyed a successful partnership with director Bill Condon, as the two first teamed up on Condon's Academy Award®-winning film "Dreamgirls," followed by "The Fifth Estate," starring Benedict Cumberbatch and more recently, the beautifully-shot "Mr. Holmes," starring Ian McKellen.

Schliessler most recently shot Peter Berg's Boston Marathon drama "Patriots Day," starring Mark Wahlberg. Berg and Schliessler previously collaborated on a number of films including the action/drama "Lone Survivor," also starring Mark Wahlberg; the sci-fi thriller "Battleship"; "Hancock, starring Will Smith; the high school football drama "Friday Night Lights"; and "The Rundown," starring Dwayne "The Rock" Johnson.

Other notable credits include Tony Scott's crime thriller "The Taking of Pelham 123," as well as Antoine Fuqua's "Bait," starring Jamie Foxx.

A native of Germany, Schliessler studied cinematography at Simon Fraser University in British Columbia, Canada. He began his career shooting documentaries, and then segued into independent features, television movies, music videos and commercials. Schliessler was honored by the Association of Independent Commercial Producers (AICP) for his cinematography on Audi's commercial "Wake Up," in 2000, and Lincoln's Financial spot "Doctor" in 2001. Both are now part of the permanent archives of The Museum of Modern Art's Department of Film and Video in New York City. His commercial work also includes ads for such high end brands as Mercedes Benz, BMW, Bank of America, Citibank, AT&T and Verizon.

41

DIS-REARDEN-0007995

**SARAH GREENWOOD (Production Designer)** is a four time Academy Award®-nominated production designer, earning her most recent acknowledgement for her work on Joe Wright's "Anna Karenina," for which she also won the Art Directors Guild Award, the European Film Award, the Evening Standard British Film Award and the Hollywood Production Designer of the Year Award (for the second time) and was nominated for her fourth BAFTA.

Greenwood received two of her previous Oscar® nominations for her work with long-time collaborator Joe Wright on his acclaimed films "Pride & Prejudice" and "Atonement," for which she won a BAFTA; her other Oscar nomination was for her work with Guy Ritchie on "Sherlock Holmes." She also collaborated with Wright on the films "Hanna" and "The Soloist" and worked on the television miniseries "Nature Boy," "Bodily Harm" and "The Last King (Charles II)," for which she received a BAFTA TV Award nomination.

Greenwood's other credits include the features: "Sherlock Holmes: A Game of Shadows," "Miss Pettigrew Lives for a Day," "Starter for 10," "Born Romantic," "This Year's Love," "The Governess" and "A Merry War," the latter marking her film debut.

Born in England, she graduated with a BA from Wimbledon School of Art and began her career designing for the stage. Segueing to the screen, she went on to work at the BBC (becoming a senior designer working on establishing the successful series "Later...with Jools Holland" and "The Late Show," as well as many other music and arts and subsequent drama productions. She also won a Royal Television Society Award and received a BAFTA TV Award nomination for her production design work on the BBC award- winning series "The Tenant of Wildfell Hall."

Greenwood works closely with Katie Spencer, her longtime set decorator. She was recently invited to join the BAFTA film committee and is an honorary fellow of the University Arts London.

She is currently filming "Darkest Hour" for director Joe Wright, which stars Gary Oldman as Winston Churchill.

**VIRGINIA KATZ, ACE (Edited by)** has worked with Bill Condon for close to 25 years, a feat which is quite rare in the motion picture industry. During that time Katz edited "God's and Monsters"; "Kinsey," for which she was nominated for an America Cinema Editors Eddie Award; "Dreamgirls" for which she won an Eddie Award; "The Twilight Saga: Breaking Dawn – Part 1" and "The Twilight Saga: Breaking Dawn – Part 2"; "The Fifth Estate"; "Mr. Holmes"; and "Beauty and The Beast."

She honed her craft working with her father, veteran film editor Sidney Katz, for whom she served as assistant editor and co-editor.

**JACQUELINE DURRAN (Costume Designer)** has an impressive list of film credits, including six films for director Joe Wright ("Pan," "Anna Karenina," "Hanna," "The Soloist," "Atonement" and "Pride & Prejudice") and five films for director Mike Leigh ("Mr. Turner," "Another Year," "Happy-Go-Lucky," "Vera Drake" and "All or Nothing"). For her work on "Anna Karenina" she received Oscar®, BAFTA and Critics' Choice Awards, and she has received an additional three Academy Award® nominations.

Most recently she designed for director Justin Kurzel's "Macbeth," starring Michael Fassbender and Marion Cotillard. Additional film credits as costume designer include "Nanny McPhee Returns," "Tinker Tailor Soldier Spy," "The Double" and "Young Adam." On stage, she designed costumes for director Deborah Warner's "Medea"

42

at the Brooks Atkinson Theater in New York City.

She is currently working on "Darkest Hour" for Working Title and director Joe Wright, which stars Gary Oldman as Winston Churchill.

Born in Yorkshire England, **KATIE SPENCER (Set Decorator)** studied stage management at Central School of Speech and Drama in London. After several years working in West End theatre she moved to the BBC, training first as a production buyer and then as a set decorator for TV and film, working on such productions as Charles Dickens' "Hard Times," Arthur Miller's "Death of a Salesman" and Anne Bronte's "The Tenant of Wildfell Hall."

It was at the BBC that she first worked with production designer Sarah Greenwood, with whom she continues to work closely with today. Spencer is a four-time Academy Award® nominee for "Pride & Prejudice," "Atonement," "Sherlock Holmes" and "Anna Karenina." She has also been nominated for two BAFTA Awards, winning one for "Atonement."

After wrapping "Beauty and the Beast," Spencer travelled to South Africa to work on a Netflix film with director Joe Wright and she is presently working with Greenwood and Wright on "Darkest Hour" for Working Title.

For her exceptional work on "Elizabeth," **JENNY SHIRCORE (Make-Up and Hair Designer)** was awarded an Oscar® for Best Make-Up (for "Elizabeth") and a BAFTA Award for Best Make-Up and Hair (for "The Young Victoria". In a career that spans more than 20 years, she has designed for directors as diverse as David Leland, Mike Figgis, Michael Apted, Stephen Frears, Shekhar Kapur, Neil Jordan, Kenneth Branagh and Mira Nair.

Her credits include "Land Girls," "Notting Hill," "Ganster No.1," "Enigma," "Dirty Pretty Things," "Four Feathers," "Ned Kelly," "Girl with a Pearl Earring" and "Vanity Fair" and she has worked with such stars as Cate Blanchett, Geoffrey Rush, Colin Firth, Alan Rickman, Hugh Grant, Reese Witherspoon and Heath Ledger, amongst many others.
Shircore designed make-up and hair for the Joel Schumacher-directed "The Phantom of the Opera" and for Stephen Frears' "Mrs Hendeson Presents," Kenneth Branagh's "As You Like It," "Starter For Ten" for Tom Vaughan, "Amazing Grace" for Michael Apted and she reunited with Shekhar Kapur for the sequel to "Elizabeth: The Golden Age," for which she received a BAFTA Award nomination.

Shircore went on to work with director Jean-Marc Vallée on "The Young Victoria," for which she received an Oscar® nomination and BAFTA Award for Best Make-Up and Hair. She also designed make-up and hair for Madonna's directorial film "W.E.," Simon Curtis' "My Week with Marilyn" starring Michelle Williams and Kenneth Branagh, for which she received another BAFTA Award nomination and Mike Newell's adaptation of "Great Expectations," starring Ralph Fiennes. Her most recent projects include "Burton and Taylor," "Suite Française," "Macbeth" and "The Dresser."

In addition to "Beauty and the Beast," **LUCY BEVAN (Casting Director)** has cast "Mr. Holmes" and "The Fifth Estate" for director Bill Condon. Other Disney credits include: "Cinderella," "Maleficent," "Alice Through the Looking Glass," "Pirates Of The Caribbean: On Stranger Tides" and the upcoming "The Nutcracker and the Four Realms."

Additional film credits include: Oliver Stone's "Snowden," "The Legend Of Tarzan," "Our Kind of Traitor," "Miss

CONFIDENTIAL                                                                 DIS-REARDEN-0007997

You Already," "Testament Of Youth," "The Riot Club," "The Hundred-Foot Journey," "300: Rise Of An Empire," "Quartet," "Snow White and the Huntsman," "One Day," "The Disappearance Of Alice Creed" and "An Education."

Television credits include: JK Rowling's "The Casual Vacancy" for BBC and NBO and "Birdsong" for Working Title. Theatre credits include: Kenneth Branagh's season at The Garrick in London's West End with plays including "The Winter's Tale" with Branagh and Dame Judi Dench, "Romeo & Juliet," with Lily James and Richard Madden" and "The Entertainer."

**STEVE GAUB (Visual Effects Producer)** has enjoyed a vast array of experience in the film & TV industry. Prior to his current co-producing role on Disney's "Beauty and the Beast," he worked on the Angelina Jolie-directed "Unbroken" for Universal Pictures while also developing projects through his company, Perception Productions. His prior co-producing credits include Universal's "Oblivion," starring Tom Cruise and "Tron Legacy" for Walt Disney Studios. He got his start in the industry in the development department at Outlaw Productions ("Training Day," "The Santa Clause" series) before branching into production supervision, which then led to an associate producer role on a number of feature film and television projects.

Oscar® and Academy Award® are the registered trademarks and service marks of the Academy of Motion Picture Arts and Sciences.
Screen Actors Guild Award® and SAG Award® are the registered trademarks and service marks of Screen Actors Guild™.
Emmy® is the trademark property of the Academy of Television Arts & Sciences and the National Academy of Television Arts & Sciences.
Golden Globe® is the registered trademark and service mark of the Hollywood Foreign Press Association.
Tony Award® is a registered trademark and service mark of The American Theatre Wing.
GRAMMY® and the gramophone logo are registered trademarks of The Recording Academy® and are used under license. ©2011 The Recording Academy®.

CONFIDENTIAL                                                   DIS-REARDEN-0007998