KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
BLANCA F. YOUNG (SBN 217533)
blanca.young@mto.com
TERESA A. REED DIPPO (SBN 315960)
teresa.reeddippo@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

GINGER D. ANDERS (*pro hac vice*)
ginger.anders@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 East
Washington, DC 20001-5369
Telephone:     (202) 220-1100
Facsimile:      (202) 220-2300

GLENN D. POMERANTZ (SBN 112503)
glenn.pomerantz@mto.com
ERIN J. COX (SBN 267954)
erin.cox@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>THE WALT DISNEY COMPANY et al.,<br><br>   Defendants. | Case Nos.   4:17-cv-04006-JST<br>                    4:17-cv-04191-JST<br><br>**DECLARATION OF BLANCA F. YOUNG IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE PORTIONS OF DECLARATION OF ANGELA TINWELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CAUSAL NEXUS ISSUE** |
| REARDEN LLC et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION et al.,<br><br>   Defendants. | Judge:     Hon. Jon S. Tigar<br><br>Ctrm.:       6 (2nd Floor) |

I, Blanca F. Young, hereby declare:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel for Defendants in the above-captioned matter. I submit this declaration in support of Defendants' Motion to Exclude Portions of The Declaration of Angela Tinwell in Support of Plaintiffs' Opposition to Defendants' Motion For Summary Judgment On Causal Nexus Issue. Except as to those matters stated on information and belief, the contents of this declaration are based on my personal knowledge. Where matters are stated on information and belief, I am reliably informed of such matters and believe them to be true. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Angela Tinwell in Support of Plaintiffs' Opposition to Defendants' Motion For Summary Judgment On Causal Nexus Issue.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Angela Tinwell ("Tinwell Deposition") taken in this matter on December 11, 2020.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Tinwell Deposition Exhibit 1014, a video clip created at my direction from *Beauty and the Beast* ("BATB").

5. Attached hereto as **Exhibit 4** is a true and correct copy of Tinwell Deposition Exhibit 1015, Dr. Tinwell's notations to Figure 1 of her declaration showing bulges under the eyes and crows' feet at the corners of the eyes.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Tinwell Deposition Exhibit 1017, a still that I screen-captured from the DD3 video clip that Dr. Tinwell attached as Exhibit 4 to her Declaration.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Tinwell Deposition Exhibit 1018, excerpts from Dr. Tinwell's 2014 book, *The Uncanny Valley in Games and Animation*.

8.  Attached hereto as **Exhibit 7** is a true and correct copy of Tinwell Deposition Exhibit 1020, which is a true and correct copy of a November 17, 2016 Forbes Magazine article titled *The 25 Highest-Grossing Christmas Movies of All Time at the U.S. Box Office*.

9.  Attached hereto as **Exhibit 8** is a true and correct copy of Tinwell Deposition Exhibit 1024, which is a true and correct copy of a screen-capture of the webpage from the Internet Movie Database ("IMDb") for *The Adventures of Tintin* (2011), visited and screen-captured at my direction on December 8, 2020.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Tinwell Deposition Exhibit 1025, which is a true and correct copy of a February 5, 2009 movie review of *The Curious Case of Benjamin Button* by Peter Bradshaw published in The Guardian.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Tinwell Deposition Exhibit 1026, which is a true and correct copy of a December 24, 2008 New York Times movie review of *The Curious Case of Benjamin Button* by A.O. Scott titled, *It's the Age of a Child Who Grows From a Man*.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Tinwell Deposition Exhibit 1027, which is a true and correct copy of a screen-capture of the IMDb webpage for *The Curious Case of Benjamin Button* (2008), visited and screen-captured at my direction on December 8, 2020.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Tinwell Deposition Exhibit 1028, which is a true and correct copy of a March 15, 2017 movie review in the Kansas City Star of *Beauty and the Beast*.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Tinwell Deposition Exhibit 1029, which is a true and correct copy of a March 16, 2017 movie review in Collider by Matt Goldberg titled, *"Beauty and the Beast" Review: Too Much of a Good Thing*.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Tinwell Deposition Exhibit 1030, which is a true and correct copy of a March 3, 2017 movie review in Film Stage by Jordan Raup titled, *Review: "Beauty and the Beast" Is An Innocuously Serviceable Live-Action Remake*.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Tinwell Deposition Exhibit 1031, which is a true and correct copy of a March 3, 2017 movie review from The Playlist by Rodrigo Perez titled, *'Beauty and the Beast,' Is An Uninspired Monstrosity Of Bombast & Melodrama*.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Tinwell Deposition Exhibit 1033, which is a true and correct copy of a December 17, 2010 article in Vulture by Willa Paskin titled, *The Wackiest Descriptions of Jeff Bridges's CGI-ed Face in Tron: Legacy*.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Tinwell Deposition Exhibit 1034, which is a true and correct copy of a screen-capture of the IMDb webpage for *John Carter* (2012), visited and screen-captured at my direction on December 8, 2020.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a screen-capture of the IMDb webpage for *Tron: Legacy* (2010), https://www.imdb.com/title/tt1104001/?ref_=fn_al_tt_1, visited and screen-captured at my direction on December 8, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration this 22nd day of December 2020 at Piedmont, California.

*/s/ Blanca F. Young*
Blanca F. Young