Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Philip Graves (CBA No. 153441)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
philipg@hbsslaw.com

Rio S. Pierce, (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>          Defendants.<br><br>REARDEN LLC, et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, *et al.*,<br><br>          Defendants. | No. 4:17–CV 04006-JST-SK<br>No. 4:17–CV-04191-JST-SK<br><br>**DECLARATION OF MARK S. CARLSON IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PORTIONS OF DECLARATION OF ANGELA TINWELL**<br><br>Judge:  Hon. Jon S. Tigar<br>Date:   To be set<br>Time:  To be set<br><br>Ctrm.:  6, 2nd Floor |

I, MARK CARLSON, declare as follows:

1. I am an attorney with Hagens Berman Sobol Shapiro LLP, and I am one of the firm's lawyers representing the plaintiffs in this case. I have personal knowledge of the facts stated in this declaration, and could testify with respect to those facts under oath if called upon to do so.

2. The document attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Angela Tinwell cited in Rearden's Opposition to Defendants' Motion to Exclude Poritons of the Declaration of Angela Tinwell.

3. The document attached as Exhibit 2 is a true and correct copy of the *curriculum vitae* of Angela Tinwell, which was attached to her declaration as Exhibit 2, ECF No. 264-18. At my request, Dr. Tinwell highlighted the publications that (a) she relied upon in forming the opinions expressed in her declaration, and (b) were subject to peer review, as shown on Exhibit 1 hereto.

4. The document attached as Exhibit 3 is a true and correct copy of excerpts from the deposition of Hao Li cited in Rearden's Opposition to Defendants' Motion to Exclude Poritons of the Declaration of Angela Tinwell.

5. The document attached as Exhibit 4 is a true and correct copy of the "Home" web page for MOVA, http://www.mova.com, which was accessed at my direction on January 8, 2021.

6. The document attached as Exhibit 5 is a true and correct copy of the "Gallery : CONTOUR Reality Capture Examples" web page for MOVA, http://www.mova.com/gallery.php, which was accessed at my direction on January 8, 2021.

7. The document attached as Exhibit 6 is a true and correct copy of a web page titled "TRON: Legacy Movie Review" dated December 13, 2010, https://www.shockya.com/news/2010/12/13/tron-legacy-movie-review, which was accessed at my direction on Janaury 14, 2021.

8. The document attached as Exhibit 7 is a true and correct copy of a web page titled "Film Review: TRON: Legacy" dated December 17, 2020, http://www.fanthefiremagazine.com/film/film-review-tron-legacy/, which was accessed at my direction on Janaury 14, 2021.

9. The document attached as Exhibit 8 is a true and correct copy of a web page titled "Film Review: TRON: Legacy" dated December 17, 2020, https://cine-vue.com/2010/12/film-review-tron-legacy.html, which was accessed at my direction on Janaury 14, 2021.

10. The document attached as Exhibit 9 is a true and correct copy of a web page titled "Visually stunning but bumnumbing Tron" dated December 9, 2010, https://www.smh.com.au/entertainment/movies/visually-stunning-but-bum-numbing-tron-20101209-18qmj.html, which was accessed at my direction on Janaury 14, 2021.

11. The document attached as Exhibit 10 is a true and correct copy of a web page titled "TRON: Legacy -Disney+ Talk" dated April 15, 2020, https://battleroyalewithcheese.com/2020/04/tron-legacy-disney-talk/, which was accessed at my direction on Janaury 14, 2021.

12. The document attached as Exhibit 11 is a true and correct copy of a web page titled "Jeff Bridges Double Feature: True Grit andTron: Legacy" dated December 28, 2010, https://www.huffpost.com/entry/jeff-bridges-double-featu_b_798615, which was accessed at my direction on Janaury 14, 2021.

13. The document attached as Exhibit 12 is a true and correct copy of a web page titled "The Curious Case of Benjamin Button", https://www.tvguide.com/movies/curious-case-benjamin-button/review/293210, which was accessed at my direction on Janaury 14, 2021.

14. The document attached as Exhibit 13 is a true and correct copy of a web page titled "See 'Benjamin Button,' just don't try to guess his age", https://usatoday30.usatoday.com/life/movies/reviews/2008-12-23-benjamin-button_N.htm, which was accessed at my direction on Janaury 14, 2021.

15. The document attached as Exhibit 14 is a true and correct copy of a web page titled "'Button' Bends Time Into Grand Fable" dated December 25, 2008, https://www.wsj.com/articles/SB123015087021633387, which was accessed at my direction on Janaury 14, 2021.

1  I declare that the foregoing is true and correct under penalty of perjury.

2  DATED: January 15, 2021                     Signed in Seattle, Washington, by:

3                                              */s/ Mark Carlson*
                                               Mark Carlson