# EXHIBIT 1

1          UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    _____

                                    )

5    REARDEN, LLC et al.,           )

                                    )

6              Plaintiff,           )

                                    )

7         vs.                       )   No. 4:17-cv-4006-JST

                                    )

8    THE WALT DISNEY COMPANY, et    )

     al.,                           )

9                                   )

               Defendants.          )

10   _____)

11

12

13

14

15       VIRTUAL VIDEOCONFERENCE DEPOSITION OF

16              ANGELA TINWELL, Ph.D.

17            Friday, December 11, 2020

18                   Volume I

19

20

21   Reported by:

22   ALEXIS KAGAY

23   CSR No. 13795

24   Job No. 4357522

25   PAGES 1 - 320

                                        Page 1

1      A    No.

2      Q    Okay.   Dr. Tinwell, what is your field of

3    study?

4      A    My field of study is Human-Computer

5    Interaction and the Uncanny Valley, that's what I          03:50:28

6    did my Ph.D. study in.

7           I've worked in the field of design, and I've

8    worked as a web designer and talked on undergraduate

9    and post-graduate programs in the areas of creative

10   technologies, but my field of expertise is viewer         03:50:50

11   perception of the human-like virtual characters in

12   games and animation.

13     Q    You mentioned your Ph.D. What is -- what

14   field of study is your degree in, your Ph.D. degree?

15     A    My Ph.D. degree is an investigation into the        03:51:06

16   Uncanny Valley phenomenon and viewer perception of

17   facial expression in human-like virtual characters.

18     Q    So I want to draw a distinction between your

19   thesis that you wrote for your Ph.D. and the degree.

20   Do you have the degree, the Ph.D. degree?                  03:51:27

21     A    I do have my -- my Ph.D. has been awarded,

22   and I offered a thesis for that.   I have an

23   undergraduate degree.

24          I'm sorry, I'm not quite sure what you mean

25   by that question.                                          03:51:44

Page 15

```
 1        A    Yes, I have.  I've published in areas of new

 2   culture and game -- understanding -- undergraduate

 3   game students and how they might learn in different

 4   environments, because my job requires me to look at

 5   different fields, but they are within the realm of        03:53:24

 6   creative technology.

 7        Q    Okay.  And have you published in any other

 8   area, areas other than what you just mentioned?

 9        A    I've published in the articulation of speech

10   in virtual characters as well as facial expression        03:53:40

11   and lip synchronization.

12             I also bring into my papers viewer perception

13   of robots and androids as well because that's

14   relevant to the uncanny valley.

15             But I don't -- I can't recall that I            03:53:53

16   published out many other pages outside the areas of

17   HCI.

18             I've published one, on for example, popular

19   culture, infatuism, because there was a call for

20   that, and I thought it was a nice opportunity to          03:54:09

21   take a break from HCI and the uncanny valley and

22   look at my -- my skills in different areas, but the

23   majority of my work has been in HCI.

24        Q    Thank you.  Are you an expert in MOVA Contour

25   Technology?                                               03:54:28
```

Page 17

Angela Tinwell , Ph.D. - December 11, 2020

1        A    I am familiar with the MOVA Contour

2    Technology, and I also to have an above-average

3    understanding of facial motion capture software.

4            I've never actually used any facial motion

5    capture software, but I need to understand the          03:54:42

6    process so that I can talk about it when I'm

7    providing humanistic guidelines to help design them

8    on game animation artists and special effect artists

9    to help them when they're designing their human-like

10   virtual characters.                                     03:54:59

11       Q    Yeah, my question was just whether you're an

12   expert in MOVA Contour Technology.

13           MR. CARLSON:   Objection; asked and answered.

14   BY MS. YOUNG:

15       Q    You can answer the question.                   03:55:13

16           And Dr. Tinwell, in these depositions, Mr.

17   Carlson is entitled to object on behalf of his

18   client, but you must answer my question unless he

19   tells you not to, okay?

20       A    I would not be an expert, but I have an        03:55:23

21   above-average knowledge of facial motion capture

22   procedure, including MOVA contour.

23       Q    When was the first time you heard about MOVA

24   Contour Technology?

25       A    It was the -- when I had my first meeting      03:55:37

Page 18

1    BY MS. YOUNG:

2      Q   So Dr. Tinwell, I was trying to understand

3    which of the sources in Exhibit 2 you relied on to

4    develop your understanding of MOVA Contour

5    Technology.                                           05:25:09

6        Do you remember that's sort of how we got

7    into this discussion?

8      A   We -- yes, I -- I relied on sources.  Would

9    you like me to read the titles out of each one or

10    the number -- the number for them?                   05:25:19

11     Q   I think the number is probably sufficient in

12    Exhibit 2.

13     A   I think -- yeah.  I relied on -- to help my

14    understanding of MOVA, it was Document 2, the

15    patents.  The New York Times article, number 3.  The  05:25:43

16    Wall Street Journal article, number 4.  The Summary

17    Judgement on causal-nexus issue, number 5.  And the

18    declaration of Hao Li, number six.

19     Q   Okay.  Did you rely on anything else on this

20    list in Exhibit 2 to help you understand how MOVA   05:26:09

21    Contour Technology works?

22     A   I also relied on the talk that Mr. Steve

23    Perlman gave at Columbia Engineering School number

24    10.  And, finally, the TED Talk, How Benjamin Button

25    Got His Face, I relied on that as well.              05:26:27

Page 26

1    that was a system that had been used to capture

2    into -- yes, to capture Dan Stevens' facial

3    expression for the film.

4        Q    And is that for every shot in which his face

5    appeared in the film?                                06:31:49

6        A    I didn't see any -- any other types of

7    software or methods that had been use to capture Dan

8    Stevens facial performance.

9            And the way that he talks about it as well

10   when he is cited in journal -- in newspaper articles  06:32:07

11   about Beauty and the Beast and what went on and when

12   he's been interviewed, specifically when he's

13   speaking, he does only mention the lights that were

14   around and the makeup that was on and creating the

15   different facial expressions.                         06:32:23

16       Q    So were you assuming, for purposes of

17   offering your opinions, that MOVA Contour Technology

18   was used every time we see the Beast's face in the

19   film?

20       A    I would say it would be used for the majority  06:32:34

21   of them, yes, the close-up shots, particularly the

22   close-up shots where you see the Beast speaking and

23   where there's scenes between him and Belle, where

24   there's nonverbal communications.  But it's quite a

25   lengthy scene, both characters are muted, they don't  06:32:54

Page 67

Angela Tinwell , Ph.D. - December 11, 2020

1    say anything, but there's an moment between them

2    that the viewer can engage with and understand

3    what's going on between them, what they're thinking,

4    what they're doing, and they can understand the

5    context of the scene and how their relationship is          06:33:09

6    developing.

7          So it's those types of more intense scenes, I

8    suppose, where shots -- where you've got the Beast a

9    long way away or it's not a close-up of his face.  I

10   don't see the MOVA may have been used for those          06:33:23

11   particular shots.

12   Q    But you don't know one way or another?

13   A    I would say given the quality, given the high

14   quality of the facial performance, the facial

15   expressions and the emoting of the Beauty and the          06:33:39

16   Beast, I would be -- I would say that it's more

17   likely that MOVA had been used rather than it all

18   just being key framing or hand animation or other

19   methods of capturing that particular facial

20   expression and emoting for the character.          06:33:57

21   Q    So that's an assumption you're making based

22   on the quality of what you're seeing on the screen?

23   A    Yes.  Yes.

24   Q    And -- and you're saying, it's your

25   assumptions that every time we see a close up of the          06:34:12

Page 68

1    Beast's face, MOVA contour was used?

2          MR. CARLSON:   Objection; mischaracterizes

3    testimony.

4          THE WITNESS:   I -- my opinion is for close-up

5    shots particularly of the Beast you'd want to ensure          06:34:29

6    the best possible outcome for that particular scene

7    at the least amount of -- with the least amount of

8    work.

9          So it takes two things.   So firstly the least

10   amount of time to spend on scene, and secondly, the          06:34:41

11   best possible outcome.

12         So any tools that could be used to help make

13   the process more efficient, I would state that the

14   animators and the director would want to use the

15   best possible methods, namely, MOVA, the facial             06:34:56

16   action and the facial capturing software would be a

17   significant tool to use for close-up shots of the

18   Beast, particularly when they're emoting,

19   particularly when they're emoting and moving their

20   face.                                                       06:35:11

21   BY MS. YOUNG:

22   Q   So is the answer to my question yes?

23         MR. CARLSON:   Objection; asked and answered.

24         THE WITNESS:   I would agree with that, yes, I

25   would agree with that statement.                            06:35:19

                                                    Page 69

Angela Tinwell , Ph.D. - December 11, 2020

1    BY MS. YOUNG:

2        Q    Okay.    Are you an expert in how facial motion

3    capture technologies other MOVA contour work?

4        A    I'm aware of them.    I have to have some

5    awareness of how they work.                              06:35:46

6            For example, looking at lower density, facial

7    capture techniques, I've seen one that was -- if I

8    recall, there was a particular research students at

9    the University of Glasgow, and they were using a

10   very basic facial capture software literally with        06:36:06

11   markers on the face and creating FACS poses.    So I

12   have actually observed that with professor --

13   professor -- what was his name now?    Professor of

14   psychology.    It will come back to me.    Pollick, it

15   was Frank Pollick who actually created that session      06:36:26

16   and invited me to go watch it.    It was a long time

17   ago.

18           So that's one that I actually have watched

19   with professor Frank Pollick who's written about the

20   uncanny valley, and it was one of the research           06:36:38

21   students who was using the software.    So I've got a

22   brief understanding of how that works.

23           That was more of a hands-on experience of

24   facial motion and capture technology, but other than

25   that with regards to reading, seeing pictures in new     06:36:52

Page  70

1    media and press articles and new media in the press

2    articles.

3          And I've also seen performance capture at the

4    university, where people wear suits, and they

5    actually have points on their arms because a          06:37:10

6    research student called Doctor -- I'm not sure if he

7    got his Ph.D. but Gabriel Naltom (phonetic) was

8    used, so those are the two instances where I

9    actually had witnessed the facial capture.

10         I think for the one in Glasgow, they actually    06:37:28

11   used myself, and I performed some facial expressions

12   and said different things.  And then we actually saw

13   the CG, what they actually built from it, and I got

14   sent some of those files.

15         But that was a few years ago when I was doing    06:37:39

16   my Ph.D., and it was because of the contact I've

17   made with professor Frank Pollick who was actually

18   an external examiner at my Ph.D.

19     Q    Okay.  My question was not whether you were

20   aware of other facial motion technology.  My          06:37:55

21   question is whether you are an expert in how other

22   facial motion capture technologies work.  Are you or

23   are you not an expert in how other facial motion

24   capture technologies work?

25         MR. CARLSON:  Objection asked and answered.      06:38:08

Page 71

1          THE WITNESS:  I've got -- I've got a good

2     understanding of them but not an expert.

3     BY MS. YOUNG:

4          Q    Okay.  Now you said -- I believe you said

5     you've only seen facial motion capture technology          06:38:19

6     used once; is that correct?

7          A    Yes.

8          Q    Can you give me the names of some of the

9     facial motion capture technology you're aware of

10    other than MOVA contour?          06:38:39

11         A    The system for example that was used for --

12    let's have a look.  The one that was used for

13    Tintin.  I know the names of the software houses,

14    it's just not the actual systems themes.

15         For example, Western Digital, they used a          06:39:00

16    particular system where there before deformations

17    they were able to manipulate layers underneath the

18    skin quite effectively for characters in Tintin due

19    to the deformation of fat and muscle, and they sort

20    of do like topology approach to that, so I'm aware          06:39:18

21    that Western Digital did that.

22         I'm aware ImageMovers Digital who worked on

23    things like Polar Express with Robert Zemeckis, and

24    then things like Final Fantasy, they actually used

25    quite a low density marker system, but I don't know          06:39:38

                                        Page 72

Angela Tinwell , Ph.D. - December 11, 2020

1  the actual name of that.  So I'm not aware of the

2  actual names of the different facial capture

3  software, but I'm more familiar with the name of the

4  SFX houses that were working in conjunction with

5  movie directors because they're the things that I        06:39:52

6  cite more in the actual papers and books that I

7  author rather than specific names of software,

8  etcetera.

9        I don't tend to go into quite such technical

10  detail.  I only go into how the facial and capture     06:40:06

11  software or motion capture software systems would

12  work and whether it was high density or low density

13  and the names of the SFX studios and creating and

14  developing such instances.

15    Q  So I want to ask you a little bit about your       06:40:22

16  educational background, and I can obviously see it

17  in your CV, so I'm not going to go through each and

18  every one of your educational accomplishments.

19        I did want to ask, however, whether any of

20  your studies involved courses in developing CG         06:40:37

21  characters.

22    A  Not specifically, no.  The closest that I've

23  come to that is games op and games design.  So I've

24  worked with undergraduate game students where they

25  have do have to create human-like characters and      06:40:53

Angela Tinwell , Ph.D. - December 11, 2020

1    monster characters and cartoon-like characters, so

2    the whole spectrum of uncanny valley.

3        I've worked with illustrators as well where

4    they are creating characters so from paper to photo

5    shop or 2D software system to 3D software system      06:41:09

6    things like Mayor, Zen Brush (phonetic), other

7    software systems like that, so yes, I have.

8        I've not developed the courses myself, but

9    I've assisted on modules where students are

10   developing characters for video games and in SFX for  06:41:28

11   movies and videos as well.

12   Q   Okay.  So again, I -- I know this is hard,

13   but I'm trying to get clear answers to my questions,

14   and I want to unpack that a little bit.

15       So focusing on your own studies, things you      06:41:43

16   have studied in your own educational background,

17   have you taken any courses in developing CG

18   characters?  It's a yes or no question.

19       MR. CARLSON:  Objection; asked and answered.

20       THE WITNESS:  I haven't created any CG          06:42:00

21   characters myself on the courses that I've taken.

22   BY MS. YOUNG:

23   Q   Okay.  Now, you also talked about helping out

24   your students; is that right?

25   A   Yes.                                             06:42:13

Page 74

Angela Tinwell , Ph.D. - December 11, 2020

```
 1    output, and let's mark that screenshot as our next

 2    exhibit.

 3          Mr. Nickels, that's tab 55, and the exhibit

 4    will be 1017.

 5          MR. NICKELS:  1017 is now marked and          07:53:17

 6    available in the "Marked Exhibits" folder.

 7          (Exhibit 1017 was marked for identification

 8           by the court reporter and is attached hereto.)

 9    BY MS. YOUNG:

10      Q   Okay.  And this one I may actually have in    07:53:27

11    your binder, so if you want to look at it on paper,

12    it's -- it should be tab 55 in your binder, but feel

13    free to do whatever is easier for you.

14      A   I'm looking at it on screen.  Tab number 5 is

15    a live action Beauty and the Beast --              07:54:08

16      Q   Sorry.  Tab 55.  I'm sorry.  I probably

17    cutoff there.

18      A   Yes, thank you.  Yes.  Yes.  Got it.  Thank

19    you.

20      Q   Okay.  And that's an image -- that's a still  07:54:28

21    image of what you were just describing as where you

22    think the MOVA tracked mesh output is depicted in

23    the DD3 video; is that right?

24      A   Yes, yes.

25      Q   Okay.  And do you see in this -- in this      07:54:47
```

1    exhibit, there's sort of a purple mesh over Dan

2    Stevens' face in the second image from the left?

3        A    I do.

4        Q    And do you see that the bulges that you

5    identified underneath his eyes is not covered by        07:55:00

6    that purple mesh?

7        A    They're not --

8            MR. CARLSON:  Objection; argumentative.

9            THE WITNESS:   The cheek aperture is.  So the

10   animator should -- if anything is going to be done,     07:55:10

11   the animators will see that the cheek's been lifted

12   at that point, and so they -- the area below the eye

13   should be scrunched, it shouldn't be flat at that

14   point.

15          So MOVA is providing the roadmap to show the      07:55:25

16   animator which areas need to be scrunched, deformed

17   in any particular way and so it does capture the

18   area around the eye as well to show there are

19   creases there that are being formed because the

20   cheek's rising.                                          07:55:44

21          And so any animator that studied anatomy or

22   is aware of this, would see this footage of Dan

23   Stevens originally, it's providing quite a good

24   roadmap to point how, okay, that needs -- that needs

25   to be filled in just there, filled out the bulge in      07:56:02

1    there.

2        But the crows feet and the fact that it's

3    risen on that right side shows the animator, it

4    provides to them clearly what they need to do, so

5    they're not starting from scratch.  They've got a        07:56:15

6    good underpinning to actually see how to create the

7    genuine smile in the Beast.

8    BY MS. YOUNG:

9        Q    Right.  But the purple mesh does not actually

10   cover the bulges underneath the eye, does it?           07:56:28

11       A    It doesn't --

12       MR. CARLSON:  Objection; asked and answered,

13   argumentative.

14       THE WITNESS:  It doesn't cover under the eye,

15   but it's a very good actual depiction of the raised     07:56:40

16   cheek and the actual crows feet by the side of it

17   the has been captured that shows the animator that

18   really the animator should produce a bulge, it

19   shouldn't be flat.

20       And animators should know that, they should      07:56:58

21   be mindful of the fake smile, the smile and what

22   they may need to do to prevent that, to help prevent

23   it.

24       So it does I would say capture a good

25   proportion of Dan's face to show the types of smile,   07:57:13

Page 128

```
1              So for -- you could, if you had quite a
2     specialized group sample group, who may have a very
3     rare condition, and it was difficult to get more
4     than 30 participants, then you may use a rare
5     statistical analyses rather than traditional things      09:26:30
6     like persons, correlations, there may be other
7     inferential statistics or analyses that allow you to
8     use small sample sets, but that's in, for example,
9     testing people with certain impairments or with
10    special needs, and that's where I would see where a      09:26:50
11    small sample set might be acceptable.
12        Q   Okay.  But let's say you don't have any of
13    those -- those limitations.
14             Is a sample size lower than 30 typically
15    acceptable in your field when you want to draw a         09:27:04
16    conclusion about a broader population?
17        A   I would -- if I was reviewing a paper, I
18    would question that.  I would question it.
19        Q   Now, for purposes of providing your opinions
20    in this case, you did not conduct any experiment,        09:27:21
21    did you?
22        A   If I had conducted an experiment, I would
23    have liked to have got the Beast character, and I
24    would have liked to perhaps have Dan Stevens, the
25    fully animated Beast, and then the lack version of       09:27:34
```

Page 157

1    the Beast where movement was disabled in his upper

2    face or perhaps even an over articulation of mouth

3    movement, which is an overexaggeration of movement

4    to the lower face, where you modify that particular

5    experimental condition to create these more profound        09:27:52

6    stimuli, the -- people are sensitive to the uncanny,

7    and I would have compared the fully animated Beast,

8    the controlled Dan Stevens, and then the lack or the

9    over articulated Beast character to see which one

10   was regarded as the strangest, most human-like, most       09:28:11

11   friendly and most profound, most, say, threatening.

12           Those -- that's what -- that's how I would

13   have really liked to have done an experiment, but I

14   didn't conduct any experiments in my report, no.

15       Q    Why didn't you conduct any experiments?           09:28:31

16       A    It was partly to do with the time that I was

17   -- that I had for this particular study, and really,

18   I was asked based on the research that I had done

19   looking at characters, looking at facial

20   expressions, nonverbal expressions, to give my             09:28:53

21   opinion as to whether the Beast did authentically

22   communicate human-like emotion based on the body of

23   work that I'd already done on the uncanny valley.

24           It would, again, have just been a repeat of

25   the experiments that I had already done, and I would       09:29:11

Angela Tinwell , Ph.D. - December 11, 2020

1    have expected the same outcome in the characters

2    where movement was disabled or balance in their face

3    or even in the lower face would have been regarded

4    as strange and more uncanny.

5        So I -- I think that the actual purpose of an    09:29:27

6    experiment in this particular case, there was -- I

7    would be surprised if the results had shown anything

8    different from the human being regarded as most

9    human-like and familiar and perhaps likable, the

10   fully animated character, then following that, and    09:29:43

11   then the liked character being regarded as the most

12   strange, the most uncanny with people struggling to

13   identify accurately the emotion that was being

14   communicated in that particular character.

15       So I don't think that the experiments with    09:30:00

16   the Beast would have helped leave much more useful

17   information.

18       It was more a question of me looking at the

19   Beast and thinking does he really convince us that

20   there is a human there and how we actually see Dan    09:30:14

21   Stevens and his idiosyncrasies and behaviorisms in

22   the Beast and that was -- that was why I was used

23   and why I authored my report for this.  So that was

24   the purpose of it.

25       And that was really why I didn't see the    09:30:32

Page 159

Angela Tinwell , Ph.D. - December 11, 2020

1    2004, The Polar Express?

2        A    Yes.

3        Q    Okay.  And that was before the advent of MOVA

4    Contour Technology; right?

5        A    Yes.                                          10:27:41

6        Q    And in your book, you describe The Polar

7    Express as a renowned harbinger of the uncanny

8    valley in children's animation.  Do you recall

9    writing that?

10       A    Yes.                                          10:27:50

11       Q    So you had done the research on Polar Express

12   for your book; correct?

13       A    Yes, yes.

14       Q    But you chose not to mention The Polar

15   Express in your declaration; right?             10:28:02

16       A    I think I may.  I'm sure The Polar Express is

17   mentioned somewhere.  It wasn't one of the four

18   highlighted films.

19           Let me see.  I don't think -- I don't think I

20   focused on that as a particular case study.  No, no   10:28:20

21   not in my declaration.

22       Q    The film The Polar Express actually did quite

23   well with audiences, didn't it?

24       A    It did.  It did.  It had quite a strong first

25   release in the cinema, but I -- in thinking about      10:28:37

                                                    Page 203

Angela Tinwell , Ph.D. - December 11, 2020

1    that, I would say it was based on a best selling

2    children's novel at the time.  It had a good strong

3    character, Tom Hanks, that was very popular, and I'm

4    sure that adults would have wanted to see as well as

5    children, and it was -- it's is a Christmas movie.        10:28:55

6            And if you compare it, for example, to

7    something like Home Alone, it may have had a good

8    short term financial outcome and a good

9    profitability in a short term.

10           But if you compare it to things like A          10:29:11

11   Christmas Carol, Home Alone, those are movies that

12   people will look to to actually play time and time

13   again in the Christmas season, whereas, I don't see

14   many people thinking, oh, we'll have The Polar

15   Express again, we'll play that again this year, and    10:29:28

16   we'll repeat that one or buy that for my

17   grandchildren, I'll download that for my

18   grandchildren.

19           And I think it is because of the renowned

20   negative implications of the characters in that film   10:29:40

21   with the uncanny valley.  It doesn't seem to be as

22   popular long term as other Christmas movies have

23   been, for example, and I think that that was

24   hopefully -- that that might have been their

25   objective, so it would be played as a favorite of      10:29:58

1    Christmastime, with it being a specific Christmas

2    movie based on a children's novel.

3         But I can't say that it's had long term

4    success from people wanting to re-watch that film or

5    share it with their family.                          10:30:13

6    Q    Okay.  Let's take a look at what we've marked

7    as -- we have as tab four in your -- well, before we

8    go there, Dr. Tinwell, one of the documents that you

9    cite in your exhibits is materials you consulted in

10   connection with preparing your report -- let me get  10:30:38

11   the name of it here.  It's Thompson 2016.  It's on

12   the last page of your exhibit, Exhibit 3.

13   A    Yes.  Thompson 2016, "The Highest-Grossing

14   Christmas Movies of all Time," yes.

15   Q    And that was an article that was published if   10:31:08

16   Forbes Magazine?

17   A    Yes.

18   Q    That was --

19   A    Yeah.

20   Q    That was something you considered when you      10:31:13

21   were putting together your declaration?

22   A    Yes, yes.

23        MS. YOUNG:  Let's now take a look at that.

24   If you look at tab four in your -- I'm sorry, if you

25   look at tab four in your binder, Mr. Nickels, can we  10:31:27

1    authoring the Financial Cost section of your

2    declaration?

3          MR. CARLSON:  Dr. Tinwell, you'll have to

4    take time to read the documents.

5          THE WITNESS:  I'm reading those.  I'm reading    10:49:25

6    those.  I'm on AT00004.

7          MR. CARLSON:  Well, begin with 1 and go to

8    the end to answer the question.

9          THE WITNESS:  Okay.

10         MR. CARLSON:  She's asked if there's any    10:49:37

11   other entries.

12         THE WITNESS:  Okay.

13   BY MS. YOUNG:

14     Q    And just so you have it in mind, I'm just

15   interested in whether you see any other entries in    10:49:45

16   these timesheets that reflect work you spent writing

17   the Financial Cost section of your declaration.

18     A    Those are the two entries that I can see

19   there, yes.

20     Q    Okay.  And did the hours you recorded to    10:51:19

21   draft the Financial Cost section of your declaration

22   also include the time you spent researching that

23   section of your declaration?

24     A    It did, yes, yes.

25     Q    Okay.  So are there -- so it was three hours    10:51:31

                                              Page 219

Angela Tinwell , Ph.D. - December 11, 2020

1    to both research and write the Financial Cost

2    section of your declaration?

3        A    I had already primarily done some work on

4    this with my book, so I've written something along

5    these lines, and I -- I chose to format my                10:51:50

6    declaration report in a similar format to my book,

7    and my book took quite awhile to do.

8            So I was building my declaration report off

9    my book, and I had taken a lot longer, I suppose, to

10    write the initial chapter, and the initial ideas in       10:52:11

11    the book than pulling that information and looking

12    at that for this declaration.

13            So in some ways, I've spent less time on the

14    declaration report, but I had already put, I would

15    say, a years work, if not longer, on that                 10:52:28

16    particular -- not on that particular section in the

17    book, but I would say that I had spent a lot longer

18    on that particular chapter in my book thinking about

19    that and the financial implication and negative

20    impact it can have on films in my book chapter, and      10:52:45

21    I was just revising that and looking, thinking if

22    anything was relevant from that that I could then

23    paraphrase and introduce into this declaration

24    report.

25            So a lot of the background research, I           10:52:58

1    suppose, I'd already spent the time on that, doing

2    that particular research, and that's why I think

3    Mark contacted me, and probably only the one of the

4    reasons why, because a lot of the content from my

5    report was already there in the book itself.  It was    10:53:14

6    just a question of looking at the Beast character in

7    a lot more detail, spending time and perseverance on

8    that Beast character, so to look at him and address

9    the issues at hand.

10    Q    Okay.  So did it take three additional hours    10:53:29

11    to take the learning you already had and then

12    write-up and incorporate that learning, any

13    additional research, and then write out the

14    Financial Cost section of your report?

15    A    Yes.    10:53:46

16    Q    Okay.  Did you do additional research besides

17    what you had already done for your book to draft the

18    Financial Cost section of your report?

19    A    I did look at some figures in Internet Movie

20    Database and where I could find the information, so    10:54:04

21    I was checking as I was writing and checking the

22    resources that I had.  But I primarily based it on

23    the information that I previously did in my book.

24    Q    Did you do any research to see if there were

25    any examples that might disprove your hypothesis    10:54:21

                                            Page 221

1              "The sheer undifferentiated flesh

2          of a metallic sheen that it looks as

3          if it would ring if you tapped it.

4              "They don't look like youngsters

5          as such, more like robot replicants        12:07:15

6          from Planet West World."

7              That is a description of the uncanny, isn't

8      it?

9      A    That would have connotations with the

10     descriptions of the uncanny, but primarily, I think    12:07:26

11     Benjamin Button was to do more with the older

12     depiction of Brad Pitt.

13             That was going to be the challenge, getting

14     him to age.  So I would suspect that most of the

15     time the production time and budget went on the        12:07:42

16     older characters of Benjamin Button, where it got --

17     those are actually quite good, but perhaps less time

18     was spent on the younger versions, and that might

19     have been a detriment to the movie, if more time was

20     invested in the older type characters.                 12:08:02

21             But it has been acknowledged that they were

22     good characters, but perhaps the younger versions

23     were less important or less significant in the film

24     if less time might have been spent on them.

25             But unfortunately, it shows that potentially    12:08:21

Page 265

```
 1    less time spent on the character, then the uncanny

 2    can occur.

 3        Q    Okay.  And that's even when you're using MOVA

 4    Contour Technology; right?

 5        A    Yes.                                          12:08:36

 6        Q    And, in fact, you don't know how much time

 7    was spent on the characters, whether they were old

 8    or whether they were young; correct?

 9        A    Yes.

10        Q    And this article talks about Brad Pitt being  12:08:45

11    in his 20s; correct?

12        A    Yes.

13        Q    Brad Pitt was not 20 years old when this

14    movie was made, was he?

15        A    No.                                           12:08:56

16        MS. YOUNG:  Let's move on.  Tab 31.

17        And Mr. Nickels, let's mark this as the next

18    exhibit, please.

19        MR. NICKELS:  That will be 1026.

20        (Exhibit 1026 was marked for identification        12:09:22

21     by the court reporter and is attached hereto.)

22    BY MS. YOUNG:

23        Q    Okay.  So we're looking at 1026, and this is

24    a review of Benjamin Button published in New York

25    Times.  Do you see that, Dr. Tinwell?                  12:09:32
```

Page 266

```
 1    experiments and feedback that I got from

 2    participants in my experiments and looking at other

 3    uncanny films and the associations of why they've

 4    been made with other characters.

 5         And it was to really grasp an understanding      12:17:10

 6    for myself as to whether -- what the Beast was

 7    trying to do in the movie and whether they were

 8    successful in doing that, whether we could see Dan

 9    Stevens or not.  So that was primarily what my

10    report was based on.                                 12:17:25

11    BY MS. YOUNG:

12         Q    You've ever never shown a participant in one

13    of your studies the Beast and asked them to give you

14    feedback on what he looks like; right?

15         A    No, I haven't, no.                          12:17:40

16         Q    Okay.  So your opinions about the Beast being

17    able to evoke human emotion is based on your

18    subjective review of the movie; is that right?

19         A    Correct.  I -- I have based that on, for

20    example, the research that I've done in my book, the  12:17:57

21    research, for example, on FACS, Ekman's work on

22    facial expression, knowledge of the uncanny valley

23    itself and where monsters actually reside in that.

24         The positioning of the Beast and where

25    viewers may position him at the beginning compared    12:18:15
```

Page  273

1    to the end.  So it was more of the analysis that I

2    was directing in my report, thinking about the

3    theory of the uncanny valley and where characters

4    have been plotted on that, and then what the Beast

5    was trying to achieve at the end of it, and whether        12:18:34

6    I could perceive that it had actually -- the Beast

7    had actually done that.

8        Q    So one person's experience in viewing Beauty

9    and the Beast doesn't explain how everybody felt

10   when they watched the movie; right?                        12:18:48

11       A    No.

12           MR. CARLSON:  Objection; argumentative.

13   BY MS. YOUNG:

14       Q    Other people may have had a different

15   experience than you did to seeing the Beast in the         12:18:56

16   movie; right?

17       A    Yes.

18       Q    And you didn't try to figure out how anyone

19   else actually responded to the Beast in the movie,

20   did you?                                                   12:19:04

21       A    No.

22           MS. YOUNG:  Let's take a look at tab 35, and

23   we'll mark this as exhibit -- I'm sorry my Exhibit

24   Share is refreshing.

25           MR. NICKELS:  1028.                                12:19:22

                                                   Page  274

Angela Tinwell , Ph.D. - December 11, 2020

```
 1   and also taking into considerations monetary budgets

 2   and time that MOVA would have presented a good

 3   solution at that time to actually work on the Beast.

 4        And I can't see -- can't think of any other

 5   technologies that would -- other than actually just     01:16:15

 6   hand rendering and key framing that particular

 7   character with the animators.  But that, I think,

 8   would have taken the movie over budget.

 9        Q   You don't know that, Dr. Tinwell, right,

10   you're just speculating about that?                      01:16:31

11        MR. CARLSON:  Objection; argumentative,

12   mischaracterizes testimony.

13   BY MS. YOUNG:

14        Q   Did you do anything to research the budget

15   for Beauty and the Beast?                                01:16:39

16        A   No.

17        Q   Did you review any documents or deposition

18   testimony or declarations talking about the budget

19   for Beauty and the Beast?

20        A   No.                                             01:16:50

21        Q   Did you review any documents or depositions

22   or declarations from anyone talking about whether

23   the use of MOVA Contour Technology had an effect on

24   the budget one way or another?

25        A   I -- not -- from what I've read about MOVA,     01:17:04
```

Page 307

Angela Tinwell , Ph.D. - December 11, 2020

1    it expedites the process of creating CG characters

2    for animators because they get the content for free.

3          They're given the roadmap as to how an actor

4    emotes and expresses him or herself, and that could

5    then be regenerated into either a CG replica of that      01:17:32

6    character or a character that you want to depict

7    idiosyncrasies and characteristics of that original

8    actor.

9        Q    Did you review any documents or deposition

10   testimony or declaration testimony from anyone          01:17:48

11   actually involved in making Beauty and the Beast who

12   said that MOVA Contour technology saved them money?

13       A    No.

14       Q    Did you see any documents or deposition

15   testimony or declaration testimony from anyone          01:18:03

16   involved in making Beauty and the Beast that using

17   MOVA Contour Technology saved them time?

18       A    No.

19       Q    How many fewer people would have gone to see

20   Beauty and the Beast if MOVA Contour Technology had      01:18:30

21   not been used to create the Beast?

22       A    I don't know.

23       Q    Ten fewer people?

24          MR. CARLSON:   Objection; calls for

25   speculation.                                             01:18:43

                                                      Page 308

Angela Tinwell , Ph.D. - December 11, 2020

```
 1            I, ANGELA TINWELL, Ph.D., do hereby declare
 2    under penalty of perjury that I have read the
 3    foregoing transcript; that I have made any
 4    corrections as appear noted, in ink, initialed by
 5    me, or attached hereto; that my testimony as
 6    contained herein, as corrected, is true and correct.
 7            EXECUTED this  10th  day of  January      ,
 8    20 21  , at ____Chester_____ , ____UK_____ .
 9                       (City)                    (State)
10
11
12
13          _____a. Tinwell_____
14                  ANGELA TINWELL, Ph.D.
15                       VOLUME I
16
17
18
19
20
21
22
23
24
25
                                            Page  319
```

Angela Tinwell , Ph.D. - December 11, 2020

```
1

2

3        I, the undersigned, a Certified Shorthand

4   Reporter of the State of California, do hereby

5   certify:

6             That the foregoing proceedings were taken

7   before me at the time and place herein set forth;

8   that any witnesses in the foregoing proceedings,

9   prior to testifying, were placed under oath; that a

10  record of the proceedings was made by me using

11  machine shorthand which was thereafter transcribed

12  under my direction; further, that the foregoing is

13  an accurate transcription thereof.

14            I further certify that I am neither

15  financially interested in the action nor a relative

16  or employee of any attorney of any of the parties.

17            IN WITNESS WHEREOF, I have this date

18  subscribed my name.

19

20  Dated: December 14, 2020

21

22

23        ALEXIS KAGAY

24        CSR NO. 13795

25
```

Page 320