# EXHIBIT 2

# TINWELL DECLARATION

# EXHIBIT 1

## EXHIBIT 1

## Dr. Angela Tinwell Curriculum Vitae



- *Senior Lecturer in the Research and Graduate School*
- *Programme Leader in Games and Creative Technologies*
- *Web Support Officer*
- *Web Designer / Developer*
- *Designer in Computer Graphics*

**Examined and accepted without revisions**

- r  r  r  d  r  r
- r  d  r  r

## 6.1. Books

*The Uncanny Valley in Games and Animation* M  r

## 6.2. Articles and chapters in edited books

r  M  d  r  M  d
d  d  r  r  d  r

r  M  d  rd  d  r  rd  rd  r  r

r  M  d  d  d  r
r  r  r  r M  d  M  d
r  r  r d  r  r

## 6.3. Refereed articles in academic journals

r  M  d  r  r  rr r
*Journal of Gaming and Virtual Worlds*

r  M  d  d  r
d  r  r  r  r  *Computers in Human Behavior*

r  M  d  *International Journal of Arts and Technology*

d  d  r  r  d
r  r  r  *Computers in Human Behavior*

r  r d  d  *Interaction Studies*

r  M  d  r  d
d  r  r  r  *International Journal of Mechanisms and Robotic Systems*

dr          r                              r   r   *Computers
*in Human Behavior*

d   *Art, Design & Communication in Higher Education*

r          r   r   *Journal of European Popular
Culture*

r r          r                              r   d          r
r   r          r          d          r

## 6.4. Refereed and published conference proceedings

r          M   d   d                              d   r
r          r   r   *Proceedings of the Affective Computing and
Intelligent Interaction 2011 Conference*   M

d   r          M          r d                              r   r
*Proceedings of 13th Int. MindTrek Conf.: Everyday Life in the Ubiquitous Era*          d

*Proceedings of the Online Communities
and Social Computing Workshop, HCI International 2009*
d   d          r          r          d   r          rd d          r

## 6.5. Other refereed and/or non-published conference contributions

r          d   r d          r   r   r          r
r   d   *Teaching Intensive and Research Informed Conference 2017*          r

d          d          r d          r r
r          d          r          r   r   r          d          r          r d
r          r          r          r          d   r

M   r   d   r          r          r   r   r          d
r          d          r                              r
r          r          r

d          d          r   d          r
d   r          r          r   r          r   d
*University of Bolton Research & Innovation Conference 2012*

d          d   r          r   r          r
r   r          r r          d   *Cyberpsychology and Computing Psychology
Conference*          r

r          r d        d r r d       d                 d       r
r     d                 *Annual Learning and Teaching Staff Conference 2012*        r

r                                r     r     r  r
r       d    *University of Bolton Research & Innovation Conference 2011*

r                              d            r
r    d     *University of Bolton Research & Innovation Conference 2010*

d M                              r        d
r        d                   r  d    r     d       *University of Bolton
Research & Innovation Conference 2010*

d   r      M       r       rr r                   d      r      d
*Thinking After Dark Conference*  M    r        d

_____M_____

d   r                 r              d            d r
r        d              rd          r          r         r  r d
r        r                         r      r     r          r
r                   d           d           d
r d  d  d       r   r    r              d                          d
d                              d   r

M        r  d    d r        r    d r       r
r                   M       r  r    d    r          r    d
d              d   d r       r     r   r
r      r   r        d  r      d     r              r  r
r                   r         r

- **Statement from SFX Artist Mike Seymour:**

r              r      d  rr   r
r    d    r         d  r  d      d   r
d           d  r      r    d     d       r      r    d
r            r           d      r   d   d  r
r  r           r  rd         r         r    d
d  r           r  d          r          r
r  r

M

- **Statement from Alex Smith at Activision:**



- **Statement from Glen Dickens at Dolby Sound:**



- ... *The Guardian Newspaper* ... *Tintin* ...

- ... *The Times Higher Education* ...

- ...

- ... *Prehistoric Autopsy'* ...

- ... *Gravity* ...

- ... *BBC Future, BBC Worldwide* ...

- ... *The New Yorker,* ...

- ... *IEEE Spectrum* ...

- d   r   r                         r                   r
  *Smithsonian*                 r                         r     r     d
              r   d     d

- d     r   r                 r                 r
  r d               r             r d       r               d

---
    r  r             d r             d  r             r  r
  r     d M d                 r               r       r       d r   r
     d                 d   r                       r   r           d
         r   d         r   d                         d
     r   M   d     dd         r         d r r d   r   r d   r   r
       r             r         d r                 r         r d     d
  d   r   r   r   d   r                 r         d               d
  r     r           d d             r     r   r           d         d   r
     r r   d           r     d r d             d       r   r       d   d
  r   r   r       d     r         d     r           r

---
                M
       d       r         r   r         r d   d     r d   r   r   r
     r     d d     r   d   r         r

         d         r   r   r         r             r   d   r           r
                     r   r       r   r d       r
       d   r

         r       d   r   d     d r   r               r       d
  r

---
| r     r   r   M | r     r   r       r |
| r   r   r | r     r |
| r | r |
| d | d |
| M | r |