# EXHIBIT 10

Blogarama  |  Subscribe  |  Log In



NEWS    REVIEWS    INTERVIEWS    FEATURES    ETCETERA    MERCH

NEWS REVIEWS

# TRON: Legacy -Disney+ Talk

15TH APRIL 2020    Megan Williams    SHARE



'TRON: Legacy' is the sequel to the 1982 film 'TRON' and stars Jeff Bridges, Garrett Hedlund and Olivia Wilde. Hedlund plays Sam Flynn, son of Kevin Flynn, the original creator of the TRON game. After his father disappears, Sam finds himself thrust into the digital world that Kevin had

NEWS    REVIEWS    INTERVIEWS

Privacy

When this film came out, I saw it three times in the cinema: once in 2D, once in 3D and once in IMAX 3D. At the time of its release, I loved the film despite it getting mixed reviews. However, I hadn't seen it since then. So, when I saw that 'TRON: Legacy' was on Disney+, I decided to give the film another watch and see whether it was a bad film disguised by the amazing 3D, the awesome soundtrack and the incredible visuals, or whether it is actually a good film.

And now that I've watched it 10 years after its initial release, I still really enjoy 'TRON: Legacy'. However, I also accept that, while the story is interesting, it's more the experience that the focus should be on. Garrett Hedlund and Jeff Bridge work well together and their father/son relationship is believable. Even Jeff Bridges is menacing as C.L.U, who is constantly thriving for his own image of perfection.



==C.L.U was one of the earliest examples of Disney experimenting with de-aging technology, something that is now used in films such as 'Star Wars: Rouge One', 'Captain Marvel' and 'Avengers: Endgame'. And, while it looks a little dated now, it's not jarring to look at. This was a sign that Disney knew how to handle the technology.==

The plot is a basic A-to-B type story; get Sam and Kevin Flynn out of the digital world that they're trapped in before the portal they need to use to travel back closes. However, the journey is incredible to look at. The visuals still hold up today and make the digital world look sleek and stylish. Vehicles from the source material have been given a modern makeover and, while they look a lot more updated and colourful, they're still recognizable. The visuals are a character here, and it's obvious why it was an aspect of the film that was talked about the most.

perfect companion to this gorgeous piece of work; it was nominated for 12 awards, including a Grammy Award for Best Score and it's clear why. A soundtrack should either accompany the visuals or elevate it, and this soundtrack did both effortlessly.



The decision to have Daft Punk create it made sense; they were partly influenced by the original, so fit in perfectly. Even today, I still listen to the soundtrack.

Overall, 'TRON: Legacy' is not only a film, but an experience. It was the perfect film to watch in IMAX to really showcase what the technology could do. While the plot is something that's been repeated countless times, it's the visuals and the soundtrack that should be focused on here. And, in that regard, it's an amazing piece of work. Now, if only TRON 3 would happen…

We hope you're enjoying BRWC. You should check us out on our social channels, subscribe to our newsletter, and tell your friends. BRWC is short for battleroyalewithcheese.

# Trending on BRWC:



NEWS   REVIEWS   INTERVIEWS
Privacy

## Matt's New Release Breakdown: Holiday Edition

*By Matt Conway /* 31st December 2020

## Breach: Review

*By Matt Conway /* 16th December 2020 /

3 Comments

## The Dry: The BRWC Review

*By Mark Goodyear /*

18th December 2020



NEWS    REVIEWS    INTERVIEWS

Privacy

By Joel Fisher /

15th December 2020

Wonder Woman 1984: The BRWC Review

By BRWC / 18th December 2020 /

1 Comment

# Cool Posts From Around the Web:



**Grey's Anatomy Has Had It's Fair Share Of Dirty Laundry**



**Here's What Donald Trump Typically Eats In A Day**





NEWS    REVIEWS    INTERVIEWS

Privacy


Disturbing Horror Movies That Absolutely Sickened Viewers


Rob Dyrdek Doesn't Show His Face Much Anymore and It's Clear Why


Willow Smith's Transformation is Causing a Stir


Johnathan Taylor Thomas Looks Pretty Much Unrecognizable Today





NEWS    REVIEWS    INTERVIEWS

Privacy

**The Disturbing Reason Pixar's New Movie Is In Hot Water**

**Moments In Disney's 'Hercules' No Kid Could Ever Understand**

SHOP NOW



**Megan Williams**

Megan's taste in films are interesting: her favourite films are 'Space Jam', Studio Ghibli's 'The Cat Returns', as well as horror films 'Saw', 'Drag Me To Hell' and 'Ju-On: The Grudge'. When she's not watching films, she'll be spending precious hours playing 'Crash Bandicoot'.

**NO COMMENTS**

Sorry, the comment form is closed at this time.



NEWS    REVIEWS    INTERVIEWS

Privacy

About
Our Team
Email
Comps
Advertising
Privacy
Join Us
Subscribe

Twitter
Facebook
YouTube
Vimeo
Instagram
Letterboxd
SoundCloud
RSS

Design: MagazineVibe & fiverr

a blog about films

Privacy