1  Steve W. Berman (*pro hac vice*)
   Mark S. Carlson (*pro hac vice*)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Second Ave., Suite 2000
3  Seattle, WA  98101
   Telephone:  (206) 623-7292
4  Facsimile:   (206) 623-0594
   steve@hbsslaw.com
5  markc@hbsslaw.com

6  Philip Graves (CBA No. 153441)
   HAGENS BERMAN SOBOL SHAPIRO LLP
7  301 North Lake Avenue, Suite 920
   Pasadena, CA 91101
8  Telephone: (213) 330-7150
   Facsimile:  (213) 330-7152
9  philipg@hbsslaw.com

10 Rio S. Pierce, (SBN 298297)
   HAGENS BERMAN SOBOL SHAPIRO LLP
11 715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
12 Telephone:  (510) 725-3000
   Facsimile:   (510) 725-3001
13 riop@hbsslaw.com

14 *Attorneys for Plaintiffs*

15              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
16                 OAKLAND DIVISION

17 REARDEN LLC, et al.,                    No. 4:17–CV 04006-JST-SK
                                           No. 4:17–CV–04191-JST-SK
18                   Plaintiffs,
                                           **DECLARATION OF ROGER VAN**
19        v.                               **DER LAAN IN OPPOSITION TO**
                                           **DEFENDANTS' MOTION TO**
20 THE WALT DISNEY COMPANY, *et al.*,      **EXCLUDE PORTIONS OF**
                                           **DECLARATION OF ANGELA**
21                   Defendants.           **TINWELL**

22 REARDEN LLC, et al.,                    Judge:   Hon. Jon S. Tigar
                                           Date:    To be set
23                   Plaintiffs,           Time:    To be set

24        v.                               Ctrm.:   6, 2nd Floor

   TWENTIETH CENTURY FOX FILM
25 CORPORATION, *et al.*,

26                   Defendants.

27

28
   DECLARATION OF ROGER VAN DER LAAN
   IN OPPOSITION TO DEFENDANTS' MOTION
   TO EXCLUDE TINWELL DECLARATION
   Case No. 4:17-cv-04006; -4191-JST

I, Roger van der Laan, declare as follows:

1.      I am currently employed by Rearden LLC as Vice President of Engineering.  I have personal knowledge of the facts stated in this declaration, and could testify with respect to those facts under oath if called upon to do so.

2.      I am co-inventor of MOVA® Contour® Reality Capture technology, and a co-recipient of the Science and Technology Academy Award® for MOVA Contour. I currently hold 76 U.S. Patents, of which 8 are related to the invention of MOVA Contour.

3.      I am also Vice President of Engineering in multiple Rearden LLC companies, including MOVA. A true and correct copy from MOVA's website regarding my role is attached hereto as Exhibit A.

4.      I was directly involved in using MOVA Contour to capture Brad Pitt's face in the production of "The Curious Case of Benjamin Button" (released in 2008), working together with Digital Domain's production staff. I was informed by Digital Domain that MOVA Contour was used for the shots that showed Brad Pitt looking older, but not for shots that showed him looking younger. Public information later published by Digital Domain staff stated the same.

5.      Attached hereto as Exhibit B is a true and correct copy of an interview[1] of one of Digital Domain's production staff who worked on "The Curious Case of Benjamin Button", Eric Barba, in which he states [emphasis added]:

> … we were going to be using Brad Pitt's performance to drive *older* versions of his physiology, basically re-targetting the performance to an *older* version of himself … we used the Mova rig to capture Brad's facial shapes.
>
> … for the first 52 minutes of the film [when Benjamin Button is much older than Brad Pitt] it's a full 3D head, there were 325 individual shots. There's no projection, there's no 2D techniques. Once our work stops about 52 minutes in [when Benjamin Button is slightly older than Brad Pitt], Brad takes over in makeup. Ultimately as

---

[1] Seymour, Mike, "*The Curious Case of Aging Visual Effects*", fxguide, January 1, 2009, https://www.fxguide.com/fxfeatured/the_curious_case_of_aging_visual_effects/

1

DECLARATION OF ROGER VAN DER LAAN
IN OPPOSITION TO DEFENDANTS' MOTION
TO EXCLUDE TINWELL DECLARATION
Case No. 4:17-cv-04006; -4191-JST

[Benjamin Button] gets younger he wears less and less makeup until it's just Brad [at his actual age]. As [Benjamin Button] gets very young Lola did touchup work on [Brad Pitt's] physical makeup then when he gets back to the Dance Studio Lola takes over doing the younger version of Brad. Ultimately there are a couple of child actors and a baby at the end.

I declare that the foregoing is true and correct under penalty of perjury.
Executed on January 15, 2021          Signed in Lakeport, California, by:

_____
                    Roger van der Laan

DECLARATION OF ROGER VAN DER LAAN
IN OPPOSITION TO DEFENDANTS' MOTION
TO EXCLUDE TINWELL DECLARATION
Case No. 4:17-cv-04006; -4191-JST