Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

*Attorneys for Plaintiffs*

Kelly M. Klaus (SBN 161091)
Blanca F. Young (SBN 217533)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4077
kelly.klaus@mto.com
blanca.young@mto.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>            Plaintiffs,<br><br>      vs.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY MOTION PICTURES GROUP, INC., BUENA VISTA HOME ENTERTAINMENT, INC., MARVEL STUDIOS LLC, and MANDEVILLE FILMS, INC.,<br><br>            Defendants. | Case Nos. 4:17-cv-04006-JST<br>            4:17-cv-04191-JST<br>            4:17-cv-04192-JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>*Filed Concurrently with Declaration of Kelly M. Klaus in Support of Stipulated Request to Reschedule Case Management Conference*<br><br>Judge:   Hon. Jon S. Tigar |

REARDEN LLC and REARDEN MOVA
LLC,

            Plaintiffs,

      vs.

TWENTIETH CENTURY FOX FILM
CORPORATION and TWENTIETH
CENTURY FOX HOME
ENTERTAINMENT, LLC,

            Defendants.

REARDEN LLC and REARDEN MOVA
LLC,

            Plaintiffs,

vs.

PARAMOUNT PICTURES CORPORATION
and PARAMOUNT HOME
ENTERTAINMENT DISTRIBUTION INC.,

            Defendants.

Pursuant to Local Rules 6-1 and 6-2, and as supported by the Declaration of Kelly M. Klaus filed herewith, the undersigned parties do hereby stipulate and respectfully request that the Court reschedule the Case Management Conference scheduled for July 5, 2022.  The parties declare in support of this request:

WHEREAS, the Court has scheduled a Case Management Conference in these cases on July 5, 2022 at 2:00 p.m. (Case No. 4:17-cv-04006-JST (hereinafter "*Disney*"), Dkt. No. 305; 4:17-cv-04191-JST (hereinafter "*Fox*"), Dkt. No. 264);

WHEREAS, the Court has set the deadline for the parties to file a Case Management Statement as July 28, 2022 (*Disney*, Dkt. No. 305; *Fox*, Dkt. No. 264);

WHEREAS, Defendants' lead counsel has a preplanned vacation on July 5, 2022;

WHEREAS, the following extensions of time have been requested either jointly or by one side, and ordered by the Court:

      a.     *Disney*, Dkt. No. 90: Order extending time for defendants to answer amended complaint;

b.   *Disney*, Dkt. Nos. 92 and 95: Orders extending time to file CMC statement and hearing date;

c.   *Disney*, Dkt. Nos. 120 and 123: Orders extending time to file letter briefs for motions for summary judgment;

d.   *Disney*, Dkt. Nos. 133 and 141: Orders extending briefing schedule for motion for summary judgment;

e.   *Disney*, Dkt. Nos. 172 and 174: Orders extending time for letter briefs on discovery dispute;

f.   *Disney*, Dkt. Nos. 202, 209, 218, 220, 221, and 230: Orders extending deadline for completing summary judgment depositions;

g.   *Disney*, Dkt. No. 247: Order extending briefing schedule for motion for summary judgment; and

h.   *Disney*, Dkt. 286: Order extending briefing schedule regarding Defendants' motion to exclude portions of declaration of Angela Tinwell;

WHEREAS, rescheduling the Case Management Conference for the following week would not have any impact on the schedule for this case;

WHEREAS, the parties have met and conferred on their availability;

NOW THEREFORE, for good cause, all parties stipulate as follows:

The parties respectfully request that the Court continue the Case Management Conference currently scheduled for July 5, 2022 at 2:00 p.m. to July 12, 2022 at 2:00 p.m.  The parties shall file a Case Management Statement by June 28, 2022.

DATED:  June 14, 2022                    MUNGER, TOLLES & OLSON LLP


By:     */s/ Kelly M. Klaus*
_____
KELLY M. KLAUS
*Attorneys for Defendants*

1    DATED:  June 14, 2022                    HAGENS BERMAN SOBOL SHAPIRO LLP

2

3                                            By:        /s/ Mark S. Carlson

4                                                   MARK S. CARLSON
                                                   *Attorneys for Plaintiffs*
5

6

7                            **CIVIL LOCAL RULE 5-1 ATTESTATION**

8         I, Kelly M. Klaus, am the ECF user whose credentials were utilized in the electronic filing

9    of this document.  In accordance with Civil Local Rule 5-1(h)(3), I hereby attest that Mark S.

10   Carlson concurred in the filing of this document.

11

12

13                                                  /s/ Kelly M. Klaus

14                                             KELLY M. KLAUS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                      Case No. 17-cv-4006-JST;
                                             17-cv-04191-JST; 17-cv-04192-JST
STIPULATED REQUEST AND [PROPOSED] ORDER TO RESCHEDULE CMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference currently scheduled on July 5, 2022 at 2:00 p.m. is continued to July 12, 2022 at 2:00 p.m.  The parties shall file a Case Management Statement by June 28, 2022.

_____ June 15 , 2022

_____
The Honorable Jon S. Tigar
United States District Judge