1  KELLY M. KLAUS (SBN 161091)
   kelly.klaus@mto.com
2  BLANCA F. YOUNG (SBN 217533)
   blanca.young@mto.com
3  TERESA A. REED DIPPO (SBN 315960)
   teresa.reeddippo@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
5  San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
6  Facsimile:    (415) 512-4077
   *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC,<br><br>             Plaintiffs,<br><br>     vs.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY MOTION PICTURES GROUP, INC., BUENA VISTA HOME ENTERTAINMENT, INC., MARVEL STUDIOS, LLC, and MANDEVILLE FILMS, INC.,<br><br>             Defendants, | Case Nos.    4:17-cv-04006-JST<br>              4:17-cv-04191-JST<br>              4:17-cv-04192-JST<br><br>**NOTICE OF WITHDRAWAL OF TERESA A. REED DIPPO AS COUNSEL**<br><br>Judge:    Hon. Jon S. Tigar |
| REARDEN LLC, REARDEN MOVA LLC,<br><br>             Plaintiffs,<br><br>     vs.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION and TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC,<br><br>             Defendants. | |
| REARDEN LLC, REARDEN MOVA LLC,<br><br>             Plaintiffs,<br><br>     vs.<br><br>PARAMOUNT PICTURES CORPORATION and PARAMOUNT HOME ENTERTAINMENT DISTRIBUTION INC.,<br><br>             Defendants | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that as of September 2, 2022, Teresa A. Reed Dippo will be leaving the firm Munger, Tolles & Olson LLP, and requests to be removed as counsel for Defendants in the above-referenced matters. The law firm of Munger, Tolles & Olson LLP continues as counsel for Defendants.

DATED:  September 1, 2022        MUNGER, TOLLES & OLSON LLP

By:    */s/ Teresa A. Reed Dippo*
      TERESA A. REED DIPPO

*Attorneys for Defendants*