UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-04006-JST (SK)<br><br>**ORDER DENYING MOTION TO COMPEL**<br><br>Regarding Docket No. 334 |

On February 3, 2023, parties filed a joint discovery letter brief regarding Defendants' motion to compel non-privileged documents relating to the formation of Rearden Corporate entities. (Dkt. No. 334.) The burden of producing these documents is greater than the minimal relevance in this situation, and for this reason, the Court DENIES Defendants' motion to compel.

**IT IS SO ORDERED**.

Dated: February 6, 2023

_____
SALLIE KIM
United States Magistrate Judge