UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHENSHI HAITIECHENG SCIENCE AND TECHNOLOGY CO., LTD., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>REARDEN LLC, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-00797-JST<br><br>**ORDER REGARDING SPECIAL MASTER**<br><br>Re: ECF No. 549 |
| REARDEN LLC, et al.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-04006-JST |
| REARDEN LLC, et al.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CRYSTAL DYNAMICS, INC.,<br><br>　　　　　Defendant | Case No. 17-cv-04187-JST |

| | |
|---|---|
| REARDEN LLC, et al., | Case No. 17-cv-04191-JST |
| Plaintiff, | |
| v. | |
| TWENTIETH CENTURY FOX FILM CORPORTATION, et al., | |
| Defendants. | |
| REARDEN LLC, et al., | Case No. 17-cv-04192-JST |
| Plaintiffs, | |
| v. | |
| PARAMOUNT PICTURES CORPORATION, et al., | |
| Defendants. | |
| REARDEN LLC, et al., | Case No. 22-cv-02464-JST |
| Plaintiffs, | |
| v. | |
| TWDC Enterprises 18 Corp., et al., | |
| Defendants. | |

In *Shenzhenshi Haitiecheng Science and Technology Co., LTD v. Rearden LLC*, Case No. 15-cv-00797-JST, this Court appointed Special Master Martin Quinn to "adjudicate post-trial disputes related to enforcement of the Court's judgment and orders regarding the return of the MOVA assets to Rearden, . . . including the identification, preservation, and return to Rearden of any and all MOVA Assets." ECF No. 549 at 1.  That process remains ongoing.  Special Master Quinn has become and will remain unavailable for an indeterminate period of time.  The Court is aware that this development may affect proceedings in each of the above-captioned cases.  The Court hereby orders the parties in each case to meet, confer, and file proposals by February 28, 2022 detailing the course of action that they would prefer the Court to take.  The Court will hold a hearing on the proposals on March 2, 2023 at 9:30 a.m. via Zoom unless the Court, upon review of

2

1    the proposals, concludes that a hearing is unnecessary.

2    **IT IS SO ORDERED.**

3    Dated: February 22, 2023



JON S. TIGAR
United States District Judge