1  KELLY M. KLAUS (SBN 161091)
   kelly.klaus@mto.com
2  BLANCA F. YOUNG (SBN 217533)
   blanca.young@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
4  San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
5  Facsimile:    (415) 512-4077

6  JOHN L. SCHWAB (State Bar No. 301386)
   john.schwab@mto.com
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
8  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
9  Facsimile:    (213) 687-3702

10 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| REARDEN LLC and REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY MOTION PICTURES GROUP, INC., BUENA VISTA HOME ENTERTAINMENT, INC., MARVEL STUDIOS LLC, and MANDEVILLE FILMS, INC.,<br><br>Defendants. | Case No. 4:17-cv-04006-JST-SK<br><br>**DECLARATION OF JOHN L. SCHWAB IN SUPPORT OF DEFENDANTS' BRIEF REGARDING REARDEN'S LATE-RAISED DISCOVERY DEMANDS**<br>[Disney's Brief and Administrative Motion To Seal filed concurrently herewith]<br><br>Judge:    Hon. Jon S. Tigar<br><br>Magistrate Judge:  Hon. Sallie Kim<br><br>Ctrm:    C (15th Floor) |
|---|---|

**DECLARATION OF JOHN L. SCHWAB**

I, John L. Schwab, declare as follows:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am an attorney at the law firm of Munger, Tolles & Olson, counsel for Defendants in the above-captioned matter.

2. I submit this declaration in support of Defendants' Brief Regarding Rearden's Late-Raised Discovery Demands ("Disney's Brief"). I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to the matters set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email chain between Plaintiff's counsel and Defendants' counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 6th day of March, 2023, at Los Angeles, California.

By:  /s/ John L. Schwab
     John L. Schwab