# EXHIBIT A

| Priv Log# | Production Begin Bates | Description | Privilege Type | Date | Author / Sender | Recipients | CC / BCC | Legal Source |
|---|---|---|---|---|---|---|---|---|
| DEF_PRIV106 | DIS-REARDEN-0028109 | An email with attachment(s) requesting legal advice regarding contract negotiations. | Attorney-Client | 2017-06-03 | "bonander joseph r." <joseph.r.bonander@disney.com> | "faulkner robert p." <robert.p.faulkner@disney.com>*; "hauserman bridget" <bridget.hauserman@disney.com>* | "edmonds lori" <lori.edmonds@disney.com>; "flowers rose" <rose.flowers@disney.com>; mimi steele <mimi.steele@disney.com>; sharina radia <sharina.radia@disney.com> | Bridget Hauserman*; Robert Faulkner* |
| DEF_PRIV107 | DIS-REARDEN-0024277 | An email requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-06-24 | "tarraf alia" <alia.tarraf@disney.com> | "faulkner robert p." <robert.p.faulkner@disney.com>* | "bonander joseph r." <joseph.r.bonander@disney.com>; "edmonds lori n" <lori.n.edmonds@disney.com>; "taritero dave" <dave.taritero@disney.com> | Robert Faulkner* |
| DEF_PRIV108 | DIS-REARDEN-0024335 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-06-25 | "faulkner robert p." <robert.p.faulkner@disney.com>* | "randazzo nadia" <nadia.randazzo@disney.com>; "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | "edmonds lori n" <lori.n.edmonds@disney.com> | Robert Faulkner* |
| DEF_PRIV109 | DIS-REARDEN-0024394 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-06-25 | "tarraf alia" <alia.tarraf@disney.com> | "bonander joseph r." <joseph.r.bonander@disney.com>; "taritero dave" <dave.taritero@disney.com> | | Robert Faulkner* |
| DEF_PRIV110 | DIS-REARDEN-0023951 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-06-23 | "landres michael b." <michael.b.landres@disney.com>* | "bonander joseph r." <joseph.r.bonander@disney.com>; "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | "kozlowski theresa" <theresa.kozlowski@disney.com>; "neuschaefer bill" <bill.neuschaefer@disney.com>* | Michael Landres*; Bill Neuschaefer* |
| DEF_PRIV111 | DIS-REARDEN-0021476 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "bradley matt" <matt.bradley@biscaynepictures.com>; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com> | "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV112 | DIS-REARDEN-0021233 | An email chain with attachment(s) providing, requesting, and reflecting legal advice regarding contract negotiations. | Attorney-Client | 2015-04-29 | "bonander joseph r." <joseph.r.bonander@disney.com> | emily mcgatlin <emily.mcgatlin@wdsprod.com>; joyce cox <zu2jmc@me.com> | "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Bill Neuschaefer* |
| DEF_PRIV113 | DIS-REARDEN-0021306 | An email chain with attachment(s) providing and requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-05-13 | "neuschaefer bill" <bill.neuschaefer@disney.com>* | "taylor simon" <simon.taylor@disney.com>* | "bonander joseph r." <joseph.r.bonander@disney.com>; "defrancis andrew" <andrew.defrancis@disney.com>; "kozlowski theresa" <theresa.kozlowski@disney.com>; "landres michael b." <michael.b.landres@disney.com>*; "patino lisa" <lisa.patino@disney.com>; "sellers scott" <scott.sellers@disney.com>; "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Bill Neuschaefer*; Simon Taylor*; Michael Landres* |
| DEF_PRIV114 | DIS-REARDEN-0019352 | An email requesting legal advice regarding award submission. | Attorney-Client | 2014-08-25 | "bonander joseph r." <joseph.r.bonander@disney.com> | "defrancis andrew" <andrew.defrancis@disney.com>; "escobedo patricia" <patricia.escobedo@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "landres michael b." <michael.b.landres@disney.com>* | "taritero dave" <dave.taritero@disney.com> | Michael Landres*; Robert Faulkner* |
| DEF_PRIV115 | DIS-REARDEN-0019350 | An email requesting legal advice regarding award submission. | Attorney-Client | 2014-08-25 | "bonander joseph r." <joseph.r.bonander@disney.com> | "defrancis andrew" <andrew.defrancis@disney.com>; "escobedo patricia" <patricia.escobedo@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "landres michael b." <michael.b.landres@disney.com>* | "taritero dave" <dave.taritero@disney.com> | Michael Landres*; Robert Faulkner* |
| DEF_PRIV116 | DIS-REARDEN-0021543 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "nagenda tendo" <tendo.nagenda@disney.com> | "bailey sean" <sean.bailey@disney.com> | "virtue jessica" <jessica.virtue@disney.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV117 | DIS-REARDEN-0021550 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "nagenda tendo" <tendo.nagenda@disney.com> | "bailey sean" <sean.bailey@disney.com> | "virtue jessica" <jessica.virtue@disney.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV118 | DIS-REARDEN-0027016 | An email requesting legal advice regarding contract negotiations. | Attorney-Client | 2017-01-18 | "taritero dave" <dave.taritero@disney.com> | "hauserman bridget" <bridget.hauserman@disney.com>* | | Bridget Hauserman* |
| DEF_PRIV119 | DIS-REARDEN-0024896 | An email with attachment(s) requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-07-01 | "bonander joseph r." <joseph.r.bonander@disney.com> | "hauserman bridget" <bridget.hauserman@disney.com>*; "neuschaefer bill" <bill.neuschaefer@disney.com>* | "flowers rose" <rose.flowers@disney.com>; "patino lisa" <lisa.patino@disney.com>; "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Bridget Hauserman*; Bill Neuschaefer* |
| DEF_PRIV120 | DIS-REARDEN-0024990 | An email with attachment(s) requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-07-01 | "bonander joseph r." <joseph.r.bonander@disney.com> | "hauserman bridget" <bridget.hauserman@disney.com>*; "neuschaefer bill" <bill.neuschaefer@disney.com>* | "flowers rose" <rose.flowers@disney.com>; "patino lisa" <lisa.patino@disney.com>; "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Bridget Hauserman*; Bill Neuschaefer* |
| DEF_PRIV121 | DIS-REARDEN-0024015 | An email with attachment(s) requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-06-23 | "taritero dave" <dave.taritero@disney.com> | "landres michael b." <michael.b.landres@disney.com>* | "bonander joseph r." <joseph.r.bonander@disney.com>; "kozlowski theresa" <theresa.kozlowski@disney.com>; "neuschaefer bill" <bill.neuschaefer@disney.com>*; alia tarraf <alia.tarraf@disney.com> | Michael Landres*; Bill Neuschaefer* |
| DEF_PRIV122 | DIS-REARDEN-0024044 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-06-23 | "landres michael b." <michael.b.landres@disney.com>* | "taritero dave" <dave.taritero@disney.com> | "bonander joseph r." <joseph.r.bonander@disney.com>; "kozlowski theresa" <theresa.kozlowski@disney.com>; "neuschaefer bill" <bill.neuschaefer@disney.com>*; "tarraf alia" <alia.tarraf@disney.com> | Michael Landres* |
| DEF_PRIV123 | DIS-REARDEN-0028777 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "david hoberman" <dhoberman@mandfilms.com> | "ketcham jerry" <jerry.ketcham@disney.com> | Loren Zitomersky* |
| DEF_PRIV124 | DIS-REARDEN-0028760 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "nagenda tendo" <tendo.nagenda@disney.com> | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "david hoberman" <dhoberman@mandfilms.com> | Loren Zitomersky* |
| DEF_PRIV125 | DIS-REARDEN-0031813 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "bradley matt" <matt.bradley@biscaynepictures.com> | Loren Zitomersky* |

| Priv Log# | Production Begin Bates | Description | Privilege Type | Date | Author / Sender | Recipients | CC / BCC | Legal Source |
|---|---|---|---|---|---|---|---|---|
| DEF_PRIV126 | DIS-REARDEN-0030691 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV127 | DIS-REARDEN-0031156 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "nagenda tendo" <tendo.nagenda@disney.com> | "david hoberman" <dhoberman@mandfilms.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV128 | DIS-REARDEN-0031776 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "nagenda tendo" <tendo.nagenda@disney.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV129 | DIS-REARDEN-0031823 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "nagenda tendo" <tendo.nagenda@disney.com> | "david hoberman" <dhoberman@mandfilms.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV130 | DIS-REARDEN-0031126 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "nagenda tendo" <tendo.nagenda@disney.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV131 | DIS-REARDEN-0030664 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "david hoberman" <dhoberman@mandfilms.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV132 | DIS-REARDEN-0030720 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "nagenda tendo" <tendo.nagenda@disney.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV133 | DIS-REARDEN-0031199 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV134 | DIS-REARDEN-0031851 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "nagenda tendo" <tendo.nagenda@disney.com> | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | | Loren Zitomersky* |
| DEF_PRIV135 | DIS-REARDEN-0030648 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "nagenda tendo" <tendo.nagenda@disney.com> | "david hoberman" <dhoberman@mandfilms.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV136 | DIS-REARDEN-0030886 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "nagenda tendo" <tendo.nagenda@disney.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |

| Priv Log# | Production Begin Bates | Description | Privilege Type | Date | Author / Sender | Recipients | CC / BCC | Legal Source |
|---|---|---|---|---|---|---|---|---|
| DEF_PRIV137 | DIS-REARDEN-0030641 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "nagenda tendo" <tendo.nagenda@disney.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV138 | DIS-REARDEN-0031115 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "ketcham jerry" <jerry.ketcham@disney.com> | "nagenda tendo" <tendo.nagenda@disney.com> | | Loren Zitomersky* |
| DEF_PRIV139 | DIS-REARDEN-0031783 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "bradley matt" <matt.bradley@biscaynepictures.com> | Loren Zitomersky* |
| DEF_PRIV140 | DIS-REARDEN-0031388 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV141 | DIS-REARDEN-0030654 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "hoberman david" <dhoberman@mandfilms.com> | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV142 | DIS-REARDEN-0031166 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "nagenda tendo" <tendo.nagenda@disney.com> | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "young alex" <ayoung@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV143 | DIS-REARDEN-0030671 | An email providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "nagenda tendo" <tendo.nagenda@disney.com> | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "young alex" <ayoung@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV144 | DIS-REARDEN-0031148 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV145 | DIS-REARDEN-0031135 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "nagenda tendo" <tendo.nagenda@disney.com> | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "young alex" <ayoung@mandfilms.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV146 | DIS-REARDEN-0030868 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "nagenda tendo" <tendo.nagenda@disney.com> | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "young alex" <ayoung@mandfilms.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV147 | DIS-REARDEN-0030960 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "nagenda tendo" <tendo.nagenda@disney.com> | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "young alex" <ayoung@mandfilms.com> | Loren Zitomersky*; Robert Faulkner* |

| Priv Log# | Production Begin Bates | Description | Privilege Type | Date | Author / Sender | Recipients | CC / BCC | Legal Source |
|---|---|---|---|---|---|---|---|---|
| DEF_PRIV148 | DIS-REARDEN-0030640 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "nagenda tendo" <tendo.nagenda@disney.com> | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "young alex" <ayoung@mandfilms.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV149 | DIS-REARDEN-0030680 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "todd lieberman" <tlieberman@mandfilms.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV150 | DIS-REARDEN-0030709 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "nagenda tendo" <tendo.nagenda@disney.com> | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "young alex" <ayoung@mandfilms.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV151 | DIS-REARDEN-0031108 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "todd lieberman" <tlieberman@mandfilms.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV152 | DIS-REARDEN-0030643 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV153 | DIS-REARDEN-0031791 | An email requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV154 | DIS-REARDEN-0031403 | An email chain requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "carter doug" <doug.carter@disney.com> | "david hoberman" <dhoberman@mandfilms.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV155 | DIS-REARDEN-0031333 | An email chain requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "carter doug" <doug.carter@disney.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV156 | DIS-REARDEN-0031034 | An email chain requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "carter doug" <doug.carter@disney.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV157 | DIS-REARDEN-0030794 | An email chain requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "nagenda tendo" <tendo.nagenda@disney.com> | "david hoberman" <dhoberman@mandfilms.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV158 | DIS-REARDEN-0031429 | An email chain requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "david hoberman" <dhoberman@mandfilms.com> | "nagenda tendo" <tendo.nagenda@disney.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |

| Priv Log# | Production Begin Bates | Description | Privilege Type | Date | Author / Sender | Recipients | CC / BCC | Legal Source |
|---|---|---|---|---|---|---|---|---|
| DEF_PRIV159 | DIS-REARDEN-0031278 | An email chain requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-05-17 | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "hoberman david" <dhoberman@mandfilms.com> | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV160 | | An email chain* requesting and providing legal advice related to SHST v. Rearden litigation. | Attorney-Client | 2016-03-02 | "taritero dave" <dave.taritero@disney.com> | "chen alexander c. - legal" <alexander.c.chen@disney.com>* | "faulkner robert p." <robert.p.faulkner@disney.com>*; "hale alexa l." <alexa.l.hale@disney.com>; "rota jim" <jim.rota@disney.com> | Alexander Chen*; Robert Faulkner*; David Foster*; Richard Guo*; Roger Kennedy*; Jon Chow* |
| DEF_PRIV161 | | An email chain requesting and providing legal advice related to SHST v. Rearden litigation. | Attorney-Client | 2016-03-02 | "hale alexa l." <alexa.l.hale@disney.com> | "chen alexander c. - legal" <alexander.c.chen@disney.com>* | "faulkner robert p." <robert.p.faulkner@disney.com>*; "rota jim" <jim.rota@disney.com>; "taritero dave" <dave.taritero@disney.com> | Alexander Chen*; Robert Faulkner*; David Foster*; Richard Guo*; Roger Kennedy*; Jon Chow* |
| DEF_PRIV162 | | An email chain requesting and providing legal advice related to SHST v. Rearden litigation*. | Attorney-Client | 2016-03-02 | "chen alexander c. - legal" <alexander.c.chen@disney.com> | "hale alexa l." <alexa.l.hale@disney.com>; "taritero dave" <dave.taritero@disney.com> | "faulkner robert p." <robert.p.faulkner@disney.com>*; "rota jim" <jim.rota@disney.com> | Alexander Chen*; Robert Faulkner*; David Foster*; Richard Guo*; Roger Kennedy*; Jon Chow* |
| DEF_PRIV163 | DIS-REARDEN-0021478 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV164 | DIS-REARDEN-0021480 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "faulkner robert p." <robert.p.faulkner@disney.com>* | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV165 | DIS-REARDEN-0021483 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "faulkner robert p." <robert.p.faulkner@disney.com>* | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV166 | DIS-REARDEN-0021487 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "faulkner robert p." <robert.p.faulkner@disney.com>* | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV167 | DIS-REARDEN-0021491 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "david hoberman" <dhoberman@mandfilms.com> | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV168 | DIS-REARDEN-0021494 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV169 | DIS-REARDEN-0021498 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "nagenda tendo" <tendo.nagenda@disney.com> | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "young alex" <ayoung@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV170 | DIS-REARDEN-0021502 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "david hoberman" <dhoberman@mandfilms.com> | "nagenda tendo" <tendo.nagenda@disney.com> | "alex young" <ayoung@mandfilms.com>; "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "todd lieberman" <tlieberman@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV171 | DIS-REARDEN-0021507 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "nagenda tendo" <tendo.nagenda@disney.com> | "david hoberman" <dhoberman@mandfilms.com> | | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV172 | DIS-REARDEN-0021514 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "david hoberman" <dhoberman@mandfilms.com> | "nagenda tendo" <tendo.nagenda@disney.com> | | Loren Zitomersky*; Robert Faulkner* |

| Priv Log# | Production Begin Bates | Description | Privilege Type | Date | Author / Sender | Recipients | CC / BCC | Legal Source |
|---|---|---|---|---|---|---|---|---|
| DEF_PRIV173 | DIS-REARDEN-0021519 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "matt bradley" <matt.bradley@biscaynepictures.com> | "nagenda tendo" <tendo.nagenda@disney.com> | "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "young alex" <ayoung@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV174 | DIS-REARDEN-0021524 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "nagenda tendo" <tendo.nagenda@disney.com> | "david hoberman" <dhoberman@mandfilms.com> | | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV175 | DIS-REARDEN-0021531 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "nagenda tendo" <tendo.nagenda@disney.com> | "bradley matt" <matt.bradley@biscaynepictures.com>; "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "young alex" <ayoung@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV176 | DIS-REARDEN-0021536 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "carter doug" <doug.carter@disney.com> | "jeffrey silver" <jeffrey.silver@biscaynepictures.com> | "bradley matt" <matt.bradley@biscaynepictures.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "gabor vicki" <vicki.gabor@disney.com>; "hoberman david" <dhoberman@mandfilms.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV177 | DIS-REARDEN-0021559 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "gabor vicki" <vicki.gabor@disney.com> | "matt bradley" <matt.bradley@biscaynepictures.com> | "carter doug" <doug.carter@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "hoberman david" <dhoberman@mandfilms.com>; "jeffrey silver" <jeffrey.silver@biscaynepictures.com>; "ketcham jerry" <jerry.ketcham@disney.com>; "lieberman todd" <tlieberman@mandfilms.com>; "nagenda tendo" <tendo.nagenda@disney.com>; "young alex" <ayoung@mandfilms.com>; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV178 | DIS-REARDEN-0021566 | An email chain requesting and providing legal advice regarding contract negotiations. | Attorney-Client | 2015-05-18 | "bailey sean" <sean.bailey@disney.com> | "nagenda tendo" <tendo.nagenda@disney.com> | "virtue jessica" <jessica.virtue@disney.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV179 | DIS-REARDEN-0021159 | An email chain with attachment(s) providing and requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-04-29 | "bonander joseph r." <joseph.r.bonander@disney.com> | "neuschaefer bill" <bill.neuschaefer@disney.com>* | "defrancis andrew" <andrew.defrancis@disney.com>; "patino lisa" <lisa.patino@disney.com>; "sellers scott" <scott.sellers@disney.com>; "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Bill Neuschaefer* |
| DEF_PRIV180 | DIS-REARDEN-0021196 | An email chain with attachment(s) providing and requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-04-29 | "bonander joseph r." <joseph.r.bonander@disney.com> | "neuschaefer bill" <bill.neuschaefer@disney.com>* | "defrancis andrew" <andrew.defrancis@disney.com>; "patino lisa" <lisa.patino@disney.com>; "sellers scott" <scott.sellers@disney.com>; "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Bill Neuschaefer* |
| DEF_PRIV181 | DIS-REARDEN-0031770 | An email chain with attachment(s) requesting legal advice regarding contract negotiations. | Attorney-Client | 2013-01-08 | "bonander joseph r." <bonaj020@wdw.com> | chad.harris@disney.com; dave.taritero@disney.com; mike.lewis@wdsprod.com; robert.p.faulkner@disney.com*; scott.sellers@disney.com | paul.dacri@disney.com | Robert Faulkner* |
| DEF_PRIV182 | DIS-REARDEN-0028748 | An email chain with attachment(s) requesting legal advice regarding contract negotiations. | Attorney-Client | 2013-01-08 | "bonander joseph r." <joseph.r.bonander@disney.com> | "faulkner robert p." <robert.p.faulkner@disney.com>*; "harris chad" <chad.harris@disney.com>; "sellers scott" <scott.sellers@disney.com>; "taritero dave" <dave.taritero@disney.com>; mike lewis <mike.lewis@wdsprod.com> | "d'acri paul" <paul.dacri@disney.com> | Robert Faulkner* |
| DEF_PRIV183 | DIS-REARDEN-0026254 | An email reflecting legal advice related to SHST v. Rearden litigation. | Attorney-Client | 2016-06-28 | "steele mimi" <mimi.steele@disney.com> | "bonander joseph r." <joseph.r.bonander@disney.com> | "radia sharina" <sharina.radia@disney.com>; "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Bridget Hauserman* |
| DEF_PRIV184 | DIS-REARDEN-0026255 | An email reflecting legal advice related to SHST v. Rearden litigation. | Attorney-Client | 2016-07-05 | "taritero dave" <ee426e76f4914b5f8d590ba06bc559f5-taritero.d@exchangelabs.com> | mimi.steele@disney.com | alia.tarraf@disney.com; joseph.r.bonander@disney.com; sharina.radia@disney.com | Bridget Hauserman* |
| DEF_PRIV185 | DIS-REARDEN-0026257 | An email chain reflecting legal advice related to SHST v. Rearden litigation. | Attorney-Client | 2016-07-05 | "steele mimi" <mimi.steele@disney.com> | "taritero dave" <dave.taritero@disney.com> | "bonander joseph r." <joseph.r.bonander@disney.com>; "radia sharina" <sharina.radia@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Bridget Hauserman* |
| DEF_PRIV186 | DIS-REARDEN-0026259 | An email chain reflecting legal advice related to SHST v. Rearden litigation. | Attorney-Client | 2016-07-05 | "taritero dave" <ee426e76f4914b5f8d590ba06bc559f5-taritero.d@exchangelabs.com> | mimi.steele@disney.com | alia.tarraf@disney.com; joseph.r.bonander@disney.com; sharina.radia@disney.com | Bridget Hauserman* |
| DEF_PRIV187 | DIS-REARDEN-0019346 | An email requesting legal advice regarding award submission. | Attorney-Client | 2014-08-25 | "bonander joseph r." <joseph.r.bonander@disney.com> | "taritero dave" <dave.taritero@disney.com> | | Disney Legal Department |
| DEF_PRIV188 | DIS-REARDEN-0019348 | An email requesting legal advice regarding award submission. | Attorney-Client | 2014-08-25 | "bonander joseph r." <joseph.r.bonander@disney.com> | "taritero dave" <dave.taritero@disney.com> | | Disney Legal Department |
| DEF_PRIV189 | DIS-REARDEN-0019354 | An email chain requesting and providing legal advice regarding award submission. | Attorney-Client | 2014-08-25 | "bonander joseph r." <joseph.r.bonander@disney.com> | "defrancis andrew" <andrew.defrancis@disney.com>; "escobedo patricia" <patricia.escobedo@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "landres michael b." <michael.b.landres@disney.com>* | "kozlowski theresa" <theresa.kozlowski@disney.com>; "taritero dave" <dave.taritero@disney.com> | Michael Landres*; Robert Faulkner* |
| DEF_PRIV190 | DIS-REARDEN-0019380 | An email chain requesting and providing legal advice regarding award submission. | Attorney-Client | 2014-08-26 | "bonander joseph r." <joseph.r.bonander@disney.com> | "defrancis andrew" <andrew.defrancis@disney.com>; "escobedo patricia" <patricia.escobedo@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "landres michael b." <michael.b.landres@disney.com>* | "kozlowski theresa" <theresa.kozlowski@disney.com>; "taritero dave" <dave.taritero@disney.com> | Michael Landres*; Robert Faulkner* |
| DEF_PRIV191 | DIS-REARDEN-0019360 | An email reflecting legal advice regarding award submission. | Attorney-Client | 2014-08-26 | "stankevich ryan" <ryan.stankevich@disney.com> | "bernstein andrew" <andrew.bernstein@disney.com>; "bonander joseph r." <joseph.r.bonander@disney.com> | "taritero dave" <dave.taritero@disney.com> | Michael Landres* |
| DEF_PRIV192 | DIS-REARDEN-0019363 | An email reflecting legal advice regarding award submission. | Attorney-Client | 2014-08-26 | "stankevich ryan" <ryan.stankevich@disney.com> | "bernstein andrew" <andrew.bernstein@disney.com>; "bonander joseph r." <joseph.r.bonander@disney.com> | "taritero dave" <dave.taritero@disney.com> | Michael Landres* |

| Priv Log# | Production Begin Bates | Description | Privilege Type | Date | Author / Sender | Recipients | CC / BCC | Legal Source |
|---|---|---|---|---|---|---|---|---|
| DEF_PRIV193 | DIS-REARDEN-0019366 | An email reflecting legal advice regarding award submission. | Attorney-Client | 2014-08-26 | "bonander joseph r." <joseph.r.bonander@disney.com> | "bernstein andrew" <andrew.bernstein@disney.com>; "stankevich ryan" <ryan.stankevich@disney.com> | "taritero dave" <dave.taritero@disney.com> | Michael Landres* |
| DEF_PRIV194 | DIS-REARDEN-0019369 | An email reflecting legal advice regarding award submission. | Attorney-Client | 2014-08-26 | "bonander joseph r." <joseph.r.bonander@disney.com> | "bernstein andrew" <andrew.bernstein@disney.com>; "stankevich ryan" <ryan.stankevich@disney.com> | "taritero dave" <dave.taritero@disney.com> | Michael Landres* |
| DEF_PRIV195 | DIS-REARDEN-0019372 | An email reflecting legal advice regarding award submission. | Attorney-Client | 2014-08-26 | "bonander joseph r." <joseph.r.bonander@disney.com> | "bernstein andrew" <andrew.bernstein@disney.com>; "stankevich ryan" <ryan.stankevich@disney.com> | "taritero dave" <dave.taritero@disney.com> | Michael Landres* |
| DEF_PRIV196 | DIS-REARDEN-0019377 | An email reflecting legal advice regarding award submission. | Attorney-Client | 2014-08-26 | "bonander joseph r." <joseph.r.bonander@disney.com> | "davis tonia" <tonia.davis@disney.com>; "dickerman sam" <sam.dickerman@disney.com> | "greenbaum jack" <jack.greenbaum@disney.com>; "swerdlow avi" <avi.swerdlow@disney.com>; "taritero dave" <dave.taritero@disney.com> | Michael Landres* |
| DEF_PRIV197 | DIS-REARDEN-0019893 | An email chain with attachment(s) requesting legal advice regarding contract negotiations. | Attorney-Client | 2014-10-15 | "bonander joseph r." <joseph.r.bonander@disney.com> | "faulkner robert p." <robert.p.faulkner@disney.com>*; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "defrancis andrew" <andrew.defrancis@disney.com>; "flowers rose" <rose.flowers@disney.com>; "reddish david m." <david.m.reddish@disney.com>; "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV198 | DIS-REARDEN-0019846 | An email chain with attachment(s) requesting legal advice regarding contract negotiations. | Attorney-Client | 2014-10-15 | "bonander joseph r." <joseph.r.bonander@disney.com> | "faulkner robert p." <robert.p.faulkner@disney.com>*; "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "defrancis andrew" <andrew.defrancis@disney.com>; "flowers rose" <rose.flowers@disney.com>; "reddish david m." <david.m.reddish@disney.com>; "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV199 | DIS-REARDEN-0023871 | An email requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-06-18 | "bonander joseph r." <joseph.r.bonander@disney.com> | "edmonds lori n" <lori.n.edmonds@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>* | "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Robert Faulkner* |
| DEF_PRIV200 | DIS-REARDEN-0023053 | An email chain with attachment(s) providing and requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-06-09 | "bonander joseph r." <joseph.r.bonander@disney.com> | "landres michael b." <michael.b.landres@disney.com>*; "taritero dave" <dave.taritero@disney.com> | "kozlowski theresa" <theresa.kozlowski@disney.com>; "neuschaefer bill" <bill.neuschaefer@disney.com>*; "tarraf alia" <alia.tarraf@disney.com> | Michael Landres*; Bill Neuschaefer* |
| DEF_PRIV201 | DIS-REARDEN-0019356 | An email reflecting legal advice regarding award submission. | Attorney-Client | 2014-08-25 | "bonander joseph r." <joseph.r.bonander@disney.com> | "bernstein andrew" <andrew.bernstein@disney.com>; "stankevich ryan" <ryan.stankevich@disney.com> | "taritero dave" <dave.taritero@disney.com> | Michael Landres* |
| DEF_PRIV202 | DIS-REARDEN-0019358 | An email reflecting legal advice regarding award submission. | Attorney-Client | 2014-08-25 | "bonander joseph r." <joseph.r.bonander@disney.com> | "davis tonia" <tonia.davis@disney.com>; "dickerman sam" <sam.dickerman@disney.com> | "greenbaum jack" <jack.greenbaum@disney.com>; "swerdlow avi" <avi.swerdlow@disney.com>; "taritero dave" <dave.taritero@disney.com> | |
| DEF_PRIV203 | DIS-REARDEN-0019754 | An email with attachment(s) requesting legal advice regarding contract negotiations. | Attorney-Client | 2014-10-15 | "bonander joseph r." <joseph.r.bonander@disney.com> | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "defrancis andrew" <andrew.defrancis@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "flowers rose" <rose.flowers@disney.com>; "reddish david m." <david.m.reddish@disney.com>; "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV204 | DIS-REARDEN-0019800 | An email with attachment(s) requesting legal advice regarding contract negotiations. | Attorney-Client | 2014-10-15 | "bonander joseph r." <joseph.r.bonander@disney.com> | "zitomersky loren b." <loren.b.zitomersky@disney.com>* | "defrancis andrew" <andrew.defrancis@disney.com>; "faulkner robert p." <robert.p.faulkner@disney.com>*; "flowers rose" <rose.flowers@disney.com>; "reddish david m." <david.m.reddish@disney.com>; "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Loren Zitomersky*; Robert Faulkner* |
| DEF_PRIV205 | DIS-REARDEN-0023173 | An email chain with attachment(s) providing and requesting legal advice regarding contract negotiations. | Attorney-Client | 2015-06-11 | "landres michael b." <michael.b.landres@disney.com>* | "bonander joseph r." <joseph.r.bonander@disney.com> | "kozlowski theresa" <theresa.kozlowski@disney.com>; "neuschaefer bill" <bill.neuschaefer@disney.com>*; "taritero dave" <dave.taritero@disney.com>; "tarraf alia" <alia.tarraf@disney.com> | Michael Landres*; Bill Neuschaefer* |
| DEF_PRIV206 | | An email chain requesting and providing legal advice regarding reporter inquiry regarding SHST v. Rearden litigation. | Attorney Client | 2016-02-23 | Kennedy, Roger [Roger.Kennedy@disney.com]* | Chen, Alexander C. - Legal [Alexander.C.Chen@disney.com]* | Chow, Jon Y. [Jon.Y.Chow@disney.com]*; XT Goldsmith, GordonX [Gordon.Goldsmith@disney.com]* | Steve Bardwill*; Alexander Chen*; Jon Chow*; Gordon Goldsmith*; Roger Kennedy* |
| DEF_PRIV207 | | An email chain requesting and providing legal advice regarding reporter inquiry regarding SHST v. Rearden litigation. | Attorney Client | 2016-02-23 | Chen, Alexander C. - Legal [Alexander.C.Chen@disney.com]* | Chow, Jon Y. [Jon.Y.Chow@disney.com]*; XT Goldsmith, GordonX [Gordon.Goldsmith@disney.com]* | Kennedy, Roger [Roger.Kennedy@disney.com]* | Steve Bardwill*; Alexander Chen*; Jon Chow*; Gordon Goldsmith*; Roger Kennedy* |
| DEF_PRIV208 | | An email chain requesting and providing legal advice regarding reporter inquiry regarding SHST v. Rearden litigation. | Attorney Client | 2016-02-23 | XT Goldsmith, GordonX [Gordon.Goldsmith@disney.com]* | Kennedy, Roger [Roger.Kennedy@disney.com]*; Chen, Alexander C. - Legal [Alexander.C.Chen@disney.com]* | Chow, Jon Y. [Jon.Y.Chow@disney.com]*; Jefferson, David J. [David.J.Jefferson@disney.com] | Steve Bardwill*; Alexander Chen*; Jon Chow*; Gordon Goldsmith*; Roger Kennedy* |
| DEF_PRIV209 | DIS-REARDEN-0034872 | An email reflecting the request for legal advice regarding reporter inquiry regarding SHST v. Rearden litigation. | Attorney Client | 2016-02-23 | Roeder, Paul M. [Paul.M.Roeder@disney.com] | Shaw, Angela K. [Angela.K.Shaw@disney.com] | | Steve Bardwil* |
| DEF_PRIV210 | | An email chain requesting and providing legal advice regarding reporter inquiry regarding SHST v. Rearden litigation. | Attorney Client | 2016-02-23 | Bardwil, Steve [Steve.Bardwil@disney.com]* | Shaw, Angela K. [Angela.K.Shaw@disney.com] | | Steve Bardwil* |
| DEF_PRIV211 | DIS-REARDEN-0034873 | Email chain containing privileged communications between Motion Picture Association of America counsel and in-house studio counsel regarding SHST litigation and attaching preliminary injunction order entered in same. | Attorney Client; Common Interest | 2016-06-22 | Robbins, Dan [Dan_Robbins@mpaa.org]* | Smith, Wayne [wayne.smith@warnerbros.com]*; Bassett, Janene [janene.bassett@fox.com]*; Alexander, Shannon [shannon.alexander@nbcuni.com]*; Slotin, Ian [ian.slotin@nbcuni.com]*; Chen, Alexander C. (Alexander.C.Chen@disney.com) [Alexander.C.Chen@disney.com]*; roger.kennedy@disney.com*; Miller, Gabe [gabriel_miller@paramount.com]*; Chow, Jon [Jon.Y.Chow@disney.com]*; Susie_Oh@spe.sony.com*; Hughes, Andrew [Andrew.Hughes@viacom.com]*; Floyd, Daniel [Daniel_Floyd@spe.sony.com]*; Hallinan, Kathleen [Kathleen_Hallinan@spe.sony.com]* | | Dan Robbins*; Wayne Smith*; Janene Bassett*; Shannon Alexander*; Ian Slotin*; Alexander Chen*; Roger Kennedy*; Gabe Miller*; Jon Chow*; Susie Oh*; Andrew Hughes*; Daniel Floyd*; Kathleen Hallinan* |