# Exhibit A

| | |
|---|---|
| **From:** | Mark Carlson |
| **Sent:** | Wednesday, May 10, 2023 5:53 PM |
| **To:** | Benjamin M. Kleinman (bkleinman@kilpatricktownsend.com) |
| **Cc:** | Jerrod C. Patterson; Bill Stevens |
| **Subject:** | File Requests |
| **Attachments:** | DD-request_v1.xlsx |

Ben,

We request production of the files on the attached list.

For the anim shots, we request all versions to build a timeline of when things were introduced. The Maya files can be in binary (.mb) or ASCII (.ma) format, but preferably ASCII.

Also, the Maya files have links to other assets, like textures and another type of links called 'references'. We request those as well.

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **List of items that I'd like produced by Digital Domain** | | | | |
| 2 | | | | | |
| 3 | **For all the below I also need all the associated linked or referenced files** | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | **SHOW** | **SEQUENCE** | **SHOT** | **CLIENT NAME** | **ROLE** |
| 7 | BEAST | ASSETDEV | beast | shape_xfer_qc_v01 | rig |
| 8 | BEAST | ASSETDEV | beast | beast_rom_ctrl_v01 | rig |
| 9 | BEAST | ASSETDEV | beast | beast_greg_v04 | rig |
| 10 | BEAST | ASSETDEV | beast | lema_to_beast_transfer_ROM_v001 | rig |
| 11 | BEAST | ASSETDEV | beast | lema_to_beast_transfer_qc_v001 | rig |
| 12 | BEAST | ASSETDEV | beast | beast_faceShapes_qc | rig |
| 13 | BEAST | ASSETDEV | beast | ASSETDEVbeast_v033 | rig |
| 14 | BEAST | ASSETDEV | beast | ASSETDEVbeast_v625 | rig |
| 15 | BEAST | ASSETDEV | dan | ASSETDEVdan_v017 | rig |
| 16 | BEAST | ASSETDEV | dan | mova_facs_061215_t17 | edit |
| 17 | BEAST | ASSETDEV | beast | LookAroundShapes_v010 | None |
| 18 | BEAST | BIW | BIW7010 | All anim versions | anim |
| 19 | BEAST | BIW | BIW7020 | All anim versions | anim |
| 20 | BEAST | BIW | BIW7040 | All anim versions | anim |
| 21 | BEAST | BNW | BNW0120 | All anim versions | anim |
| 22 | BEAST | BNW | BNW0130 | All anim versions | anim |
| 23 | BEAST | BTF | BTF0060 | All anim versions | anim |
| 24 | BEAST | BTF | BTF0100 | All anim versions | anim |
| 25 | BEAST | EVR | EVR0020 | All anim versions | anim |
| 26 | BEAST | EVR | EVR0063 | All anim versions | anim |
| 27 | BEAST | EVR | EVR0068 | All anim versions | anim |
| 28 | BEAST | EVR | EVR0080 | All anim versions | anim |
| 29 | BEAST | EVR | EVR0090 | All anim versions | anim |
| 30 | BEAST | EVR | EVR0110 | All anim versions | anim |
| 31 | BEAST | ITD | ITD0630 | All anim versions | anim |
| 32 | BEAST | ITD | ITD0670 | All anim versions | anim |
| 33 | BEAST | MMB | MMB0450 | All anim versions | anim |
| 34 | BEAST | MSM | MSM0060 | All anim versions | anim |
| 35 | BEAST | MSM | MSM0090 | All anim versions | anim |
| 36 | BEAST | MSM | MSM0180 | All anim versions | anim |
| 37 | BEAST | MSM | MSM0230 | All anim versions | anim |
| 38 | BEAST | MSM | MSM0250 | All anim versions | anim |
| 39 | BEAST | MSM | MSM0397 | All anim versions | anim |
| 40 | BEAST | MTP | MTP0200 | All anim versions | anim |
| 41 | BEAST | MTP | MTP0250 | All anim versions | anim |
| 42 | BEAST | MTP | MTP0270 | All anim versions | anim |
| 43 | BEAST | SMT | SMT0330 | All anim versions | anim |
| 44 | BEAST | SMT | SMT0470 | All anim versions | anim |
| 45 | BEAST | SMT | SMT7015 | All anim versions | anim |

|    | A     | B   | C       | D                | E    |
|----|-------|-----|---------|------------------|------|
| 46 | BEAST | SMT | SMT7030 | All anim versions | anim |
| 47 | BEAST | SMT | SMT7035 | All anim versions | anim |
| 48 | BEAST | SMT | SMT7045 | All anim versions | anim |
| 49 | BEAST | SMT | SMT7050 | All anim versions | anim |
| 50 | BEAST | SMT | SMT7068 | All anim versions | anim |
| 51 | BEAST | SMT | SMT7073 | All anim versions | anim |
| 52 | BEAST | SMT | SMT7075 | All anim versions | anim |
| 53 | BEAST | SMT | SMT7078 | All anim versions | anim |
| 54 | BEAST | SPD | SPD0290 | All anim versions | anim |
| 55 | BEAST | TRF | TRF0710 | All anim versions | anim |
| 56 | BEAST | TRF | TRF1132 | All anim versions | anim |
| 57 | BEAST | TRF | TRF4045 | All anim versions | anim |
| 58 | BEAST | TRF | TRF4243 | All anim versions | anim |
| 59 | BEAST | TRF | TRF7070 | All anim versions | anim |
| 60 | BEAST | WAL | WAL0550 | All anim versions | anim |
| 61 | BEAST | WAL | WAL7010 | All anim versions | anim |
| 62 | BEAST | WAL | WAL7030 | All anim versions | anim |
| 63 | BEAST | WFA | WFA0605 | All anim versions | anim |
| 64 | BEAST | WFA | WFA0544 | All anim versions | anim |