UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REARDEN LLC, et al.,

                Plaintiffs,

      v.

THE WALT DISNEY COMPANY, et al.,

                Defendants.

Case No.  17-cv-04006-JST   (SK)

**ORDER STRIKING LETTER BRIEF**

Regarding Docket Nos. 400, 403

       Pursuant to the Court's Standing Order, discovery disputes are to be presented to the Court in the form of a joint discovery letter brief *after* the parties have completed a meet and confer process on the discovery disputes at issue.  https://perma.cc/CP25-XLKW.  On June 13, 2023, Defendant Disney filed a unilateral letter brief in response a joint letter brief filed on June 12, 2023.  (Dkt. Nos. 399, 400.)  On June 14, 2023, Plaintiffs notified the Court that Defendant is not a party to Plaintiff's motion against the non-party and that Defendants did not meet and confer with Plaintiff before filing the letter brief.  (Dkt. No. 403.)

       The Court hereby STRIKES Disney's letter brief because it does not meet the requirements for submission of a letter brief.  Parties are admonished that any future discovery disputes must be submitted as joint discovery briefs pursuant to the undersigned's standing order.  The Court will address Docket Number 399 ahead of the motion hearing set for June 29, 2023.

       **IT IS SO ORDERED**.

Dated: June 14, 2023

SALLIE KIM
United States Magistrate Judge