KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
BLANCA F. YOUNG (SBN 217533)
blanca.young@mto.com
SHANNON AMINIRAD (SBN 324780)
shannon.aminirad@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
ROWLEY J. RICE (SBN 313737)
rowley.rice@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WALT DISNEY PICTURES, a California corporation, MARVEL STUDIOS, LLC, a Delaware limited liability company, MVL PRODUCTIONS LLC, a Delaware limited liability company, INFINITY PRODUCTIONS LLC, a Delaware limited liability Company, ASSEMBLED PRODUCTIONS II LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 4:17-cv-04006-JST-SK <br><br> **DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date:   August 17, 2023 <br> Time:  2:00 p.m. <br> Judge: Hon. Jon S. Tigar <br> Ctrm.: 6 (2nd Floor) <br><br> [Filed concurrently: Notice of Motion and Defendants' Motion for Summary Judgment; Declaration of David Taritero; and (Proposed) Order] |

I, Kelly M. Klaus, hereby declare:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel for Defendants in the above-captioned matter. I submit this declaration in support of Defendants' Motion for Summary Judgment. Except as stated on information and belief, the contents of this declaration are based on my personal knowledge. Where matters are stated on information or belief, they are based on information provided to me by other lawyers at the firm working on this case who have knowledge of those matters, and I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. Discovery in this case has been extensive and substantial. In total, the parties have taken 45 depositions, 33 of which Rearden noticed. The parties produced 140,455 documents or 252,306 pages of documents. There have been 18 discovery motions, 13 of which Rearden has brought.

### Written Discovery

3. On March 28, 2023, Rearden served second amended initial disclosures. Attached as **Exhibit 1** is a true and correct copy of Rearden's Second Amended Rule 26(a)(1) Initial Disclosures.

4. On February 23, 2023, Rearden served responses and objections to Defendants' first set of interrogatories. Attached as **Exhibit 2** is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories Nos. 1-12, which was also marked as Fontaine Exhibit No. 1269.

### Documents

5. Attached as **Exhibit 3** is a true and correct copy of a document bearing the Bates number WD-KP0000050.

6. Attached as **Exhibit 4** is a true and correct copy of a document that was marked as Lauder Exhibit No. 1159 and bearing the Bates number OL2_00119.

7. Attached as **Exhibit 5** is a true and correct copy of a document that was marked as LaSalle Exhibit No. 1175.

8. Attached as **Exhibit 6** is a true and correct copy of a document that was marked as Hendrickson Exhibit No. 166.

9. Attached as **Exhibit 7** is a true and correct copy of a document bearing the Bates number DIS-REARDEN-0033162-64.

10. Attached as **Exhibit 8** is a true and correct copy of a document that was marked as Hendler Exhibit No. 238.

11. Attached as **Exhibit 9** is a true and correct copy of a document that was marked as Condon Exhibit No. 138.

***Fact Witness Depositions***

12. Attached as **Exhibit 10** is a true and correct copy of excerpts from the July 30, 2020 deposition of Bill Condon.

13. Attached as **Exhibit 11** is a true and correct copy of excerpts from the February 28, 2023 deposition of Robin Fontaine.

14. Attached as **Exhibit 12** is a true and correct copy of excerpts from the March 4, 2023 deposition of Steve Gaub.

15. Attached as **Exhibit 13** is a true and correct copy of excerpts from the February 16, 2023 deposition of Darren Hendler.

16. Attached as **Exhibit 14** is a true and correct copy of excerpts from the January 24, 2023 deposition of Andrew Hendrickson.

17. Attached as **Exhibit 15** is a true and correct copy of excerpts from the February 9, 2023 deposition of Cindy Ievers.

18. Attached as **Exhibit 16** is a true and correct copy of excerpts from the June 16, 2020 deposition of Greg LaSalle.

19. Attached as **Exhibit 17** is a true and correct copy of excerpts from the February 14, 2023 deposition of Greg LaSalle.

20. Attached as **Exhibit 18** is a true and correct copy of excerpts from the February 13, 2023 deposition of Gary Lauder.

21. Attached as **Exhibit 19** is a true and correct copy of excerpts from the March 10, 2023 deposition of Gayle Munro.

22. Attached as **Exhibit 20** is a true and correct copy of excerpts from the March 6, 2023 deposition of Stephen Perlman.

23. Attached as **Exhibit 21** is a true and correct copy of excerpts from the February 5, 2023 deposition of Kelly Port.

24. Attached as **Exhibit 22** is a true and correct copy of excerpts from the March 3, 2023 deposition of David Taritero.

25. Attached as **Exhibit 23** is a true and correct copy of excerpts from the February 13, 2023 deposition of Mimi Steele.

26. Attached as **Exhibit 24** is a true and correct copy of excerpts from the February 7, 2023 deposition of Daniel Stevens.

27. Attached as **Exhibit 25** is a true and correct copy of excerpts from the February 8, 2023 deposition of O.D. Welch.

### *Expert Discovery*

28. Rearden has served expert reports from Philip Fier, Alberto Menache, and Cindy Ievers. None of Rearden's experts' reports offer an opinion in support of Rearden's claim for trademark infringement.

29. Attached as **Exhibit 26** is a true and correct copy of Mr. Fier's June 1, 2023 rebuttal expert report.

30. Attached as **Exhibit 27** is a true and correct copy of Mr. Fier's June 14, 2023 rebuttal expert report.

31. Attached as **Exhibit 28** is a true and correct copy of the April 20, 2023 opening expert report of Defendants' expert, Kristie Kershaw.

32. Attached as **Exhibit 29** is a true and correct copy of the April 20, 2023 opening expert report of Defendants' expert, Dr. Stephen Lane.

33. Attached as **Exhibit 30** is a true and correct copy of the April 20, 2023 opening expert report of Defendants' expert, Robin Russell.

34. Attached as **Exhibit 31** is a true and correct copy of excerpts from the June 22, 2023 deposition of Plaintiff's expert, Alberto Menache.

### *Manual Filings*

35. A physical copy of a video file that was marked as Hendler Exhibit No. 244 has been lodged with this Court. Attached as **Exhibit 32** is a notification of this manual filing.

36. A physical copy of a video file that was marked as Hendler Exhibit No. 245 has been lodged with this Court. Attached as **Exhibit 33** is a notification of this manual filing.

37. A physical copy of a video file that was marked as Hendler Exhibit No. 1212 has been lodged with this Court. Attached as **Exhibit 34** is a notification of this manual filing.

### *Court Transcripts*

38. Attached as **Exhibit 35** is a true and correct copy of excerpts from the June 14, 2018 hearing in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration this 13th day of July 2023 at San Francisco, California.

*/s/ Kelly M. Klaus*
Kelly M. Klaus