Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
Jerrod C. Patterson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com
jerrodp@hbsslaw.com

Rio S. Pierce, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY ENTERPRISES, INC., a Delaware corporation, DISNEY STUDIO PRODUCTION SERVICES CO., LLC f/k/a WALT DISNEY PICTURES PRODUCTION, LLC, a California limited liability company, WALT DISNEY PICTURES, a California corporation, MARVEL STUDIOS, LLC a Delaware limited liability company, MVL PRODUCTIONS LLC, a Delaware limited liability company, CHIP PICTURES, INC., a California corporation, INFINITY PRODUCTIONS LLC, a Delaware limited liability company, ASSEMBLED PRODUCTIONS II LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   4:17-cv-04006-JST<br><br>**DECLARATION OF MARK S. CARLSON IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORT AND TESTIMONY OF DR. STEPHEN LANE**<br><br>Date:   August 17, 2023<br>Time:   2:00 p.m.<br>Judge:  Hon. Jon S. Tigar<br>Ctrm.:  6 (2nd Floor) |

I, MARK CARLSON, declare as follows:

1. I am an attorney with Hagens Berman Sobol Shapiro LLP, and I am one of the firm's lawyers representing the plaintiffs in this case. I have personal knowledge of the facts stated in this declaration except as expressly stated otherwise, and I could testify with respect to those facts under oath if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of the Opening Expert Report of Dr. Stephen H. Lane dated April 20, 2023, which I have highlighted to indicate the portions of the report and correlating testimony that Rearden moves to exclude.

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the June 30, 2023 Dr. Stephen Lane deposition transcript, which I have highlighted to show the cited testimony.

4. Attached hereto as Exhibit C is a true and correct copy of an excerpt from the Visual Effects Services Agreement between Chip Pictures, Inc. and Digital Domain Productions 3.0 dated March 31, 2015 and produced in this litigation as WD-DD3-JG0000769-820.  I highlighted this document to show the portions cited in the brief.

5. Attached hereto as Exhibit D is a true and correct copy of an excerpt from the Statement of Decision filed in *Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC et al.* (Case No. 4:15-cv-00797-JST dated August 11, 2017.  I highlighted this document to show the portions cited in the brief.

6. Attached hereto as Exhibit E are true and correct copies of an excerpt from the March 3, 2023 David Taritero as 30(b)(6) designee of Walt Disney Pictures deposition transcript, which I have highlighted to show the portions cited in the brief.

7. Attached hereto as Exhibit F is a true and correct copy of an email from Darren Hendler to Greg LaSalle, et al. dated June 28, 2016 and produced in this litigation as WD-DD3-GL0000739.   I highlighted this document to show the portions cited in the brief.

8. Attached hereto as Exhibit G are true and correct copies of an excerpt from the February 16, 2023 Darren Hendler deposition transcript, which I have highlighted to show the portions cited in the brief.

9. I declare that the foregoing is true and correct under penalty of perjury.

DATED: July 13, 2023                              Signed in Seattle, Washington, by:

*/s/ Mark Carlson*
Mark Carlson

CARLSON DECLARATION IN SUPPORT OF
MOTION TO EXCLUDE DR. STEPHEN LANE - 2
CASE NO. 17-CV-04006