1  **KILPATRICK TOWNSEND & STOCKTON LLP**
   JON MICHAELSON (SBN 83815)
2  jmichaelson@kilpatricktownsend.com
   1302 El Camino Real, Suite 175
3  Menlo Park, CA  94025
   Telephone: 650 326 2400
4  Facsimile: 650 326 2422

5  BENJAMIN M. KLEINMAN (SBN 261846)
   bkleinman@kilpatricktownsend.com
6  Two Embarcadero Center, Suite 1900
   San Francisco, CA  94111
7  Telephone: 415 576 0200
   Facsimile: 415 576 0300
8
   Attorneys for Non-Party
9  DIGITAL DOMAIN 3.0, INC.

10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14

15 | REARDEN, LLC, et al,                | Case No. 4:17-cv-04006-JST
16 |         Plaintiffs,                 |
17 |     v.                              | **DECLARATION OF BENJAMIN M. KLEINMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. 428]**
18 | WALT DISNEY PICTURES, et al.,       |
   |         Defendants.                 |
19 |                                     |
20 |                                     | Judge:  Hon. Jon S. Tigar
   |                                     | Ctrm.:  6 (2nd Floor)
21



I, Benjamin M. Kleinman, declare:

1. I am an attorney with Kilpatrick Townsend & Stockton LLP, counsel for Attorneys for non-party Digital Domain 3.0, Inc. ("DD3") in the above-captioned litigation. I make this declaration on personal knowledge and if called as a witness could and would competently testify to the matters stated herein.

2. In connection with Plaintiffs' Motion to Exclude Portions of Expert Report and Testimony of Dr. Stephen Lane, DD3 requests the sealing of the following for the corresponding existing good cause:

| Document | Good Cause for Sealing |
| --- | --- |
| Portions of Plaintiffs' Motion to Exclude Portions of the Expert Report and Testimony of Dr. Stephen Lane | Page 3 of the Motion to Exclude, at lines 15-19, contains information about the terms and conditions of a commercial relationship that is confidential to the parties to the relationship. Divulging that information to the general public might reasonably disadvantage the parties to and beneficiaries of that contract in future commercial negotiations. |

3. DD3 has narrowly tailored its sealing request to the few lines of the motion in question, such that no further tailoring would be sufficient.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 14, 2023, at Novato, California.

*Benjamin M. Kleinman*

BENJAMIN M. KLEINMAN

73914566V.1

KLEINMAN DECL. ISO PLAINTIFFS' ADMIN MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED; CASE NO. 4:17-cv-04006-JST

- 1 -