| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Kelly M. Klaus (SBN 161091) |
| Mark S. Carlson (*pro hac vice*) | Blanca F. Young (SBN 217533) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | John L. Schwab (SBN 301386) |
| 1301 Second Avenue | MUNGER, TOLLES & OLSON LLP |
| Suite 2000 | 560 Mission Street, 27th Floor |
| Seattle, WA 98101 | San Francisco, CA 94105-2907 |
| Telephone: (206) 623-7292 | Telephone: (415) 512-4000 |
| Facsimile: (206) 623-0594 | Facsimile: (415) 512-4077 |
| steve@hbsslaw.com | kelly.klaus@mto.com |
| markc@hbsslaw.com | blanca.young@mto.com |
| | john.schwab@mto.com |

Rio S. Pierce, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Defendants*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DISNEY ENTERPRISES, INC., a Delaware corporation, DISNEY STUDIO PRODUCTION SERVICES CO., LLC f/k/a WALT DISNEY PICTURES PRODUCTION, LLC, a California limited liability company, WALT DISNEY PICTURES, a California corporation, MARVEL STUDIOS, LLC a Delaware limited liability company, MVL PRODUCTIONS LLC, a Delaware limited liability company, CHIP PICTURES, INC., a California corporation, INFINITY PRODUCTIONS LLC, a Delaware limited liability company, ASSEMBLED PRODUCTIONS II LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.    4:17-cv-04006-JST <br><br> **STIPULATION AND [PROPOSED] ORDER RE SUMMARY JUDGMENT AND DAUBERT BRIEFING SCHEDULE** <br><br> Date: August 17, 2023 <br> Time: 2:00 p.m. <br> Judge: Hon. Jon S. Tigar <br> Ctrm.: 6 (2nd Floor) |

**STIPULATION AND [PROPOSED] ORDER**

1. WHEREAS on July 1, 2022, the Court entered a Stipulation and Order Re Case Management (As Modified) (the "current Case Scheduling Order," Dkt. 313) setting August 3, 2023 as the date for *Daubert* and Summary Judgment Motions (the "Motions") to be heard;

2. WHEREAS on March 22, 2022, the Court entered a Stipulation and Order Re Expert Report Schedule (Dkt. 368) continuing the hearing the date for the Motions to August 17, 2023;

3. WHEREAS the parties are diligently working on completing the briefing for the Motions but Plaintiffs require additional time to complete their oppositions and Defendants do not oppose an extension;

4. WHEREAS the modification proposed below will not affect any deadlines set forth in the current Case Scheduling Order other than the Motions;

5. WHEREAS this is the Parties' second request to adjust the case schedule as set forth in the current Case Scheduling Order;

6. NOW THEREFORE, the Parties stipulate that there is good cause to adjust the case schedule as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Due date for:<br><br>(1) Plaintiffs' Opposition to Defendants' Motion for Summary Judgment<br><br>(2) The Parties' Opposition to *Daubert* Motions | July 27, 2023 | August 3, 2023 |
| Due date for:<br><br>(1) Defendants' Reply in Support of Motion for Summary Judgment<br><br>(2) The Parties' Replies in Support of *Daubert* Motions | August 3, 2023 | August 17, 2023 |

STIPULATION AND [PROPOSED] ORDER - 1
CASE NO. 17-CV-04006
50792814.1

| Hearing of Daubert and dispositive motions | August 17, 2023 | August 31, 2023 or the earliest date thereafter that the court is available |
|---|---|---|

7. Electronic signatures are sufficient for the Parties to execute this stipulation.

DATED: July 25, 2023          HAGENS BERMAN SOBOL SHAPIRO LLP


                              By:  /s/ Mark Carlson
                                   MARK S. CARLSON
                              *Attorneys for Plaintiffs*


DATED: July 25, 2023          MUNGER, TOLLES & OLSON LLP

                              By:  /s/ Blanca Young
                                   BLANCA F. YOUNG
                              *Attorneys for Defendants*


**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


_____, 2023


                              _____
                              The Honorable Jon S. Tigar
                              United States District Judge

STIPULATION AND [PROPOSED] ORDER - 2
CASE NO. 17-CV-04006
50792814.1