| | |
|---|---|
| 1 | Steve W. Berman (*pro hac vice*) |
| 2 | Mark S. Carlson (*pro hac vice*)<br>Jerrod C. Patterson (*pro hac vice*) |
| 3 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000 |
| 4 | Seattle, WA 98101<br>Telephone: (206) 623-7292 |
| 5 | Facsimile: (206) 623-0594 |
| 6 | steve@hbsslaw.com<br>markc@hbsslaw.com |
| 7 | jerrodp@hbsslaw.com |
| 8 | Rio S. Pierce, CBA No. 298297 |
| 9 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202 |
| 10 | Berkeley, CA 94710<br>Telephone: (510) 725-3000 |
| 11 | Facsimile: (510) 725-3001<br>riop@hbsslaw.com |
| 12 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| REARDEN LLC, REARDEN MOVA LLC, | | Case No.   4:17-cv-04006-JST |
| Plaintiffs, | | |
| v. | | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED REGARDING PLAINTIFFS' OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS** |
| DISNEY ENTERPRISES, INC., a Delaware corporation, DISNEY STUDIO PRODUCTION SERVICES CO., LLC f/k/a WALT DISNEY PICTURES PRODUCTION, LLC, a California limited liability company, WALT DISNEY PICTURES, a California corporation, MARVEL STUDIOS, LLC a Delaware limited liability company, MVL PRODUCTIONS LLC, a Delaware limited liability company, CHIP PICTURES, INC., a California corporation, INFINITY PRODUCTIONS LLC, a Delaware limited liability company, ASSEMBLED PRODUCTIONS II LLC, a Delaware limited liability company, | | Courtroom: 6 – 2nd Floor<br>Judge:   Honorable Jon S. Tigar |
| Defendants. | | |

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED**

Pursuant to Civil L.R. 79-5(d) and (e), Plaintiffs Rearden LLC and Rearden Mova LLC ("Rearden") (collectively, "Plaintiffs") hereby file this Administrative Motion to Consider Whether Defendants' Material Should be Sealed regarding Plaintiffs' Oppositions to Motion for Summary Judgment and *Daubert* Motions (the "Motion").

The documents that are listed below are designated confidential (including Attorneys' Eyes Only) by Defendants subject to the Protective Order in the above-captioned case. Rearden takes no position on the propriety of the confidentiality designations for purposes of this motion, but rather leaves it to Defendants to defend their designations in their response.

Rearden's counsel have reviewed and complied with this Court's Standing Order Governing Administrative Motions to File Materials Under Seal and Civil L.R. 79-5(d) and (e). Rearden's request is narrowly tailored and requests sealing only portions of the record that correspond to materials that defendants have described as sealable material. Civil L.R. 79-5(b).

| Document | Basis for Redaction / Filing Under Seal |
|---|---|
| **Opposition to Motion for Summary Judgment** | |
| Exhibit 1 to the Declaration of Mark Carlson | Defendants designated this document as Attorney's Eyes Only under the stipulated protective order, Dkt. 114. |
| Exhibit 2 to the Declaration of Mark Carlson | Defendants designated this document as Confidential under the stipulated protective order, Dkt. 114. |
| Exhibit 3 to the Declaration of Mark Carlson | Defendants designated documents referenced in this brief as Attorney's Eyes Only under the stipulated protective order, Dkt. 114. |
| Exhibit 4 to the Declaration of Mark Carlson | Defendants designated this document as Attorney's Eyes Only and Confidential under the stipulated protective order, Dkt. 114. |
| Exhibit 5 to the Declaration of Mark Carlson | Defendants designated this document as Confidential under the stipulated protective order, Dkt. 114. |

| | |
|---|---|
| Exhibit 6 to the Declaration of Mark Carlson | Defendants designated this document as Confidential under the stipulated protective order, Dkt. 114. |
| Exhibit 7 to the Declaration of Mark Carlson | Defendants designated this document as Confidential under the stipulated protective order, Dkt. 114. |
| Exhibit 15 to the Declaration of Mark Carlson | Defendants designated this document as Confidential under the stipulated protective order, Dkt. 114. |
| Exhibit 20 to the Declaration of Mark Carlson | Defendants designated this document as Attorney's Eyes Only under the stipulated protective order, Dkt. 114. |
| Exhibit 22 to the Declaration of Mark Carlson | Defendants designated this document as Attorney's Eyes Only under the stipulated protective order, Dkt. 114. |
| Exhibit 23 to the Declaration of Mark Carlson | Defendants designated this document as Confidential under the stipulated protective order, Dkt. 114. |
| Exhibit 24 to the Declaration of Mark Carlson | Defendants designated this document as Confidential under the stipulated protective order, Dkt. 114. |
| Exhibit 25 to the Declaration of Mark Carlson | Defendants designated this document as Attorney's Eyes Only under the stipulated protective order, Dkt. 114. |
| Exhibit 26 to the Declaration of Mark Carlson | Defendants designated this document as Confidential under the stipulated protective order, Dkt. 114. |
| Exhibit 27 to the Declaration of Mark Carlson | Defendants designated this document as Confidential under the stipulated protective order, Dkt. 114. |
| Exhibit 28 to the Declaration of Mark Carlson | Defendants designated this document as Confidential under the stipulated protective order, Dkt. 114. |
| Exhibit 29 to the Declaration of Mark Carlson | Defendants designated this document as Confidential under the stipulated protective order, Dkt. 114. |
| Exhibit 30 to the Declaration of Mark Carlson | Defendants designated this document as Confidential under the stipulated protective order, Dkt. 114. |

| | |
|---|---|
| Exhibit E to the Declaration of Stephen Perlman in Support of Opposition to Defendants' Motion for Summary Judgment | Defendants designated this document as Confidential under the stipulated protective order, Dkt. 114. |
| **Opposition to Motion to Exclude Philip Fier** ||
| Opposition to Motion to Exclude Philip Fier | Defendants designated documents referenced in this brief as Attorney's Eyes Only and Confidential under the stipulated protective order, Dkt. 114. |
| Exhibit A to the Declaration of Jerrod Patterson | Defendants designated this document as Attorney's Eyes Only under the stipulated protective order, Dkt. 114. |
| Exhibit B to the Declaration of Jerrod Patterson | Defendants designated this document as Attorney's Eyes Only under the stipulated protective order, Dkt. 114. |
| Exhibit F to the Declaration of Jerrod Patterson | Defendants designated information referenced in this brief as Confidential under the stipulated protective order, Dkt. 114. |
| **Opposition to Motion to Exclude Cindy Ievers** ||
| Exhibit C to the Declaration of Jerrod Patterson | Defendants designated this document as Attorney's Eyes Only under the stipulated protective order, Dkt. 114. |
| **Opposition to Motion to Exclude Alberto Menache** ||
| Opposition to Motion to Exclude Alberto Menache | Defendants designated documents referenced in this brief as Attorney's Eyes Only and Confidential under the stipulated protective order, Dkt. 114. |
| Exhibit A to the Declaration of Mark Carlson | Defendants designated this document as Attorney's Eyes Only under the stipulated protective order, Dkt. 114. |
| Exhibit C to the Declaration of Mark Carlson | Defendants designated information referenced in this brief as Confidential under the stipulated protective order, Dkt. 114. |

DATED:  August 3, 2023                             HAGENS BERMAN SOBOL SHAPIRO LLP

By:  */s/ Jerrod Patterson*
JERROD PATTERSON

| | |
|---|---|
| 1 | |
| 2 | Steve W. Berman (*pro hac vice*) |
|   | Mark Carlson (*pro hac vice*) |
|   | 1301 Second Avenue, Suite 2000 |
|   | Seattle, WA 98101 |
|   | Telephone: (206) 623-7292 |
|   | Facsimile: (206) 623-0594 |
|   | steve@hbsslaw.com |
|   | markc@hbsslaw.com |
|   | jerrodp@hbsslaw.com |

Steve W. Berman (*pro hac vice*)
Mark Carlson (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com
jerrodp@hbsslaw.com

Rio S. Pierce, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiffs*

ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 4
Case No. 17-CV-04006
005073-12/2313395 V1