Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
Jerrod C. Patterson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com
jerrodp@hbsslaw.com

Rio S. Pierce, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY ENTERPRISES, INC., a Delaware corporation, DISNEY STUDIO PRODUCTION SERVICES CO., LLC f/k/a WALT DISNEY PICTURES PRODUCTION, LLC, a California limited liability company, WALT DISNEY PICTURES, a California corporation, MARVEL STUDIOS, LLC a Delaware limited liability company, MVL PRODUCTIONS LLC, a Delaware limited liability company, CHIP PICTURES, INC., a California corporation, INFINITY PRODUCTIONS LLC, a Delaware limited liability company, ASSEMBLED PRODUCTIONS II LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   4:17-cv-04006-JST<br><br>**DECLARATION OF MARK S. CARLSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   October 12, 2023<br>Time:   2:00 p.m.<br>Judge:  Hon. Jon S. Tigar<br>Ctrm.:  6 (2nd Floor) |

I, MARK CARLSON, declare as follows:

1. I am an attorney with Hagens Berman Sobol Shapiro LLP, and I am one of the firm's lawyers representing the plaintiffs in this case. I have personal knowledge of the facts stated in this declaration except as expressly stated otherwise, and I could testify with respect to those facts under oath if called upon to do so.

2. Attached hereto as Exhibit 1 are true and correct copies of excerpts from the June 30, 2023 Dr. Stephen Lane deposition transcript, which I have highlighted to show the cited testimony.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email from Jeannie Lum to Kevin Mayer, et al. dated October 15, 2008 and produced in this litigation as DIS-REARDEN-0015535.

4. Attached hereto as Exhibit 3 is a true and correct copy of an email from Kevin Mayer to bobI123@aol.com dated October 30, 2003 and produced in this litigation as DIS-REARDEN-0015383.

5. Attached hereto as Exhibit 4 are true and correct copies of excerpts from the February 10, 2023 Kevin Mayer deposition transcript, which I have highlighted to show the cited testimony.

6. Attached hereto as Exhibit 5 is a true and correct copy of an Outlook Appointment from Jeannie Lum dated October 28, 2008 and produced in this litigation as DIS-REARDEN-0015566.

7. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from an OnLive PowerPoint presentation produced in this litigation as DIS-REARDEN-0015438.

8. Attached hereto as Exhibit 7 are true and correct copies of excerpts from an OnLive PowerPoint presentation produced in this litigation as REARDEN_MOVA00011617.

9. Attached hereto as Exhibit 8 is a screengrab of the closing credits from The Incredible Hulk.

10. Attached hereto as Exhibit 9 are excerpts from the document titled MPAA Site Security Program Content Security Best Practices Common Guidelines, which I have highlighted to show the relevant portions.

11.     Attached hereto as Exhibit 10 is a true and correct copy of Circular 61 from the United States Copyright Office governing copyright registration of computer program.

12.     Attached hereto as Exhibit 11 are true and correct copies of excerpts from the March , 2023 Steve Perlman deposition transcript, which I have highlighted to show the cited testimony.

13.     Attached hereto as Exhibit 12 is a true and correct copy of the MPAA Site Security Program: Pre-Site Questionnaire produced in this litigation as REARDEN_MOVA115367.

14.     Attached hereto as Exhibit 13 is a true and correct copy of the MPAA Site Security Program: Pre-Site Questionnaire produced in this litigation as REARDEN_MOVA166285.

15.     Attached hereto as Exhibit 14 is a true and correct copy of the MPAA Site Security Program: Pre-Site Questionnaire produced in this litigation as REARDEN_MOVA169729.

16.     Attached hereto as Exhibit 15 is a true and correct copy of an email from Justin Warbrooke to Kevin Mayer dated October 3, 2012 and produced in this litigation as DIS-REARDEN-0015479.

17.     Attached hereto as Exhibit 16 is a true and correct copy of an excerpt from the Bench Trial Proceedings filed in *Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC et al.* (Case No. 4:15-cv-00797-JST) dated December 5, 2016. I highlighted this document to show the portions cited in the brief.

18.     Attached hereto as Exhibit 17 is a true and correct copy of a letter from Eric Tate to Greg LaSalle dated March 27, 2013 and produced in this litigation as DIS-REARDEN_MOVA019733.

19.     Attached hereto as Exhibit 18 are true and correct copies of excerpts from the February 14, 2023 Gregory LaSalle deposition transcript, which I have highlighted to show the cited testimony.

20.     Attached hereto as Exhibit 19 is a true and correct copy of an article from The Hollywood Reporter titled "Oscars SciTech Awards Hit by Visual Effects Credit Dispute (Exclusive)" dated February 6, 2015.

21.     Attached hereto as Exhibit 20 are true and correct copies of an excerpt from the March 3, 2023 David Taritero as 30(b)(6) designee of Walt Disney Pictures deposition transcript, which I have highlighted to show the portions cited in the brief.

22.     Attached hereto as Exhibit 21 is a true and correct copy of an email from Gregory LaSalle to Richard Noack et al dated March 26, 2013 and produced in this litigation as REARDEN_MOVA029712.

23.     Attached hereto as Exhibit 22 is a true and correct copy of an excerpt from the Visual Effects Services Agreement between Chip Pictures, Inc. and Digital Domain Productions 3.0 dated March 31, 2015 and produced in this litigation as REARDEN-FEINSILBER-0005705.  I highlighted this document to show the portions cited in the brief.

24.     Attached hereto as Exhibit 23 is a true and correct copy of an email from Justin Warbrooke to Scott Hilleboe et al dated October 21, 2008 and produced in this litigation as DIS-REARDEN-0015648.

25.     Attached hereto as Exhibit 24 are true and correct copies of excerpts from the July 29, 2020 William Condon deposition transcript, which I have highlighted to show the cited testimony.

26.     Attached hereto as Exhibit 25 is a true and correct copy of the contract between Bill Condon and Walt Disney Pictures dated October 10, 2014 and produced in this litigation as DIS-REARDEN-0028417.

27.     Attached hereto as Exhibit 26 are true and correct copies of excerpts from the March 4, 2023 Steve Gaub deposition transcript, which I have highlighted to show the cited testimony.

28.     Attached hereto as Exhibit 27 is a true and correct copy of an email from Steve Gaub to Paul Wagner et al dated June 28, 2016 and produced in this litigation as REARDEN-FEINSILBER-0001447.

29.     Attached hereto as Exhibit 28 are true and correct copies of excerpts from the July 30, 2020 William Condon deposition transcript, which I have highlighted to show the cited testimony.

30.     Attached hereto as Exhibit 29 are true and correct copies of excerpts from the March 11, 2020 Mimi Steele deposition transcript, which I have highlighted to show the cited testimony.

31. Attached hereto as Exhibit 30 are true and correct copies of excerpts from the February 13, 2023 Mimi Steele deposition transcript, which I have highlighted to show the cited testimony.

32. Attached hereto as Exhibit 31 is a true and correct copy of an email from Darren Hendler to Greg LaSalle et al dated June 28, 2016 and produced in this litigation as WD-DD3-GL0000739.

33. Attached hereto as Exhibit 32 is a true and correct copy of an email from Amir Azar to Joe D'Amato et al dated June 29, 2016 and produced in this litigation as WD-DD3-GL0000841.

34. Attached hereto as Exhibit 33 are true and correct copies of excerpts from the February 16, 2023 Darren Hendler deposition transcript, which I have highlighted to show the cited testimony.

35. Attached hereto as Exhibit 34 is a true and correct copy of an excerpt from the Declaration of Kenneth A. Pearce in Support of Opposition to Appointment of Special Master Re Asset Return filed in *Shenzhenshi Haitiecheng Science and Technology Co., Ltd. v. Rearden LLC et al.* (Case No. 4:15-cv-00797-JST) dated March 15, 2019. I highlighted this document to show the portions cited in the brief.

36. Attached hereto as Exhibit 35 is a true and correct copy of the Medusa | Disney Research Studios webpage located at https://studios.disneyresearch.com/medusa/ and last accessed on August 2, 2023.

37. Attached hereto as Exhibit 36 is a true and correct copy of the Rearden Companies - Innovation Incubation webpage located at http://www.rearden.com/index.php and last accessed on August 2, 2023.

38. Attached hereto as Exhibit 37 is a true and correct copy of the Beauty and the Beast US Official Trailer - YouTube webpage located at https://www.youtube.com/watch?v=OvW_L8sTu5E and last accessed on August 2, 2023.

1    39.   Attached hereto as Exhibit 38 is a true and correct copy of the Beauty and the Beast
2    cast live Q&A on Facebook - YouTube webpage located at
3    https://www.youtube.com/watch?v=R9mKV_gklgw and last accessed on August 2, 2023.

4    40.   Attached hereto as Exhibit 39 is a true and correct copy of the Beauty and the Beast
5    press conference Emma Watson, Luke Evans, Josh Gad, Bill Condon & Alan Menken - YouTube
6    webpage located at https://www.youtube.com/watch?v=4h_YllMlUkc and last accessed on August 2,
7    2023.

8    41.   Attached hereto as Exhibit 40 is a true and correct copy of an article titled "Contour
9    mapping intricate detail: Mova revolutionizing motion-capture process with new system," from The
10   Hollywood Reporter dated July 31, 2006 and located at http://www.mova.com/pdf/Contour-
11   HollywoodReporter-060731-2.pdf.

12   42.   Attached hereto as Exhibit 41 is a true and correct copy of an article titled "Now
13   Starring . . . Digital People", from the New York Times dated July 31, 2006.

14   43.   Attached hereto as Exhibit 42 is a true and correct copy of an article titled "Digital
15   Replicas May Change Face of Films", from The Wall St. Journal dated July 31, 2006, located at
16   http://on.wsj.com/2teIRbO.

17   44.   I declare that the foregoing is true and correct under penalty of perjury.

19   DATED:  August 3, 2023                          Signed in Seattle, Washington, by:

20                                                    */s/ Mark Carlson*
21                                                        Mark Carlson