# EXHIBIT B

```
                    CG Supervisor   VICTOR LIZÁRRAGA HÍJAR
               Technical Developer  BENJAMÍN MAGAÑA
      Matte Painter/Texture Artist  MIGUEL LIZÁRRAGA HÍJAR
                  Lead 3D Modeler   LLUÍS BARCELÓ BATLLORI
                     VFX Tracking   ANÍBAL CASTELLANOS
                    Digital Artist  IAN PARRA PATIÑO
                  VFX Coordinator   ELIZABETH ASAI IZUNZA
            VFX Editorial Producer  ANTONIO GALLARDO

                  Visual Effects by WHISKYTREE
    Visual Effects Supervisor/Producer JONATHAN HARB
   Associate Visual Effects Supervisor JOSHUA ONG
               Production Manager   SUMRITI BHOGAL
       Computer Graphics Supervisor VOTCH LEVI
                               AD   JOE CEBALLOS
         Matte Painting Supervisor  SUSUMU YUKUHIRO
            Digital Matte Painters  CHRISTIAN HALEY
                                    ERIC HAMEL
                                    TOSHI MAEDA
                                    JUAN PABLO MONROY
                      Compositors   SCOTT ROSCOE DAVID
                                    JAYMIE LAM
                                    BRANDON McNAUGHTON

       Additional Visual Effects by EYEQUBE
                                    GENTLE GIANT

    Facial Motion Capture Provided by MOVA
                                    CINOVATION STUDIOS, INC.
        Special Makeup Effects Artists RICK BAKER
                                    KAZUHIRO TSUJI
```