# EXHIBIT C

Previsualization by THE THIRD FLOOR

Previs Supervisor   NICHOLAS MARKEL   Postvis Supervisor   GERARDO RAMIREZ
Previs Creative Supervisor   CHRIS EDWARDS   Previs Producer   NATHAN SANTELL

Previs/Postvis Artists

ADAM COGGIN · ANDRE CANTAREL · ANDREW HWANG · ARI SACHTER-ZELTZER · BRADLEY MORRIS · DAVID BOHORQUEZ
FELIX JORGE · HIROSHI MORI · HUNTER ATHEY · JASON DONNELLY · JASON THIELEN · JAVIER LOPEZ-DUPREY
JOHN KUBASCO · JOSHUA LANGE · JOSHUA GRIDLEY · MARCELINO NEWQUIST · MARIA SERRANO · MARK AUSTIN
MATT BAUER · MOTOKI NISHII · PATRICK HASKEW · ROGER LIU · SCOTT HANKEL · SHOGHI CASTEL de ORO
STEPHEN PAVELSKI · STEPHEN ANDREW BLOCH · STEVEN LO · SUZANNE CIPOLLETTI

Previs Editor   TREVIN MATCEK   Previs Production Team   NATANYA MARKS · ANDREW COTTINGHAM
RACHEL BORKOW

Additional Visual Effects by:

LOLA | VFX
MODUS FX
WHISKYTREE INC
PERCEPTION

Thanks to:

NEW DEAL STUDIOS
GENTLE GIANT STUDIOS
LIDAR VFX
LIGHTSTAGE LLC
**MOVA LLC**
GENERAL LIFT
GIANT STUDIOS
KIDZ KORNER STUDIO
STEVE ROMM aka GREEN STEVE

Digital Intermediate by EFILM