KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
BLANCA F. YOUNG (SBN 217533)
blanca.young@mto.com
STEPHANIE G. HERRERA (SBN 313887)
stephanie.herrera@mto.com
SHANNON AMINIRAD (SBN 324780)
shannon.aminirad@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
ANNE K. CONLEY (SBN 307952)
anne.conley@mto.com
ROWLEY J. RICE (SBN 313737)
rowley.rice@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WALT DISNEY PICTURES, a California Corporation,<br><br>　　　　Defendants. | Case No. 4:17-cv-04006-JST-SK<br><br>**DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANT'S MOTIONS *IN LIMINE* NOS. 1–7**<br><br>Date:　　October 27, 2023<br>Time:　　2:00 p.m.<br>Judge:　　Hon. Jon S. Tigar<br>Ctrm.:　　6 (2nd Floor)<br><br>[Filed concurrently: Defendant's Motions *In Limine* Nos. 1–7 and (Proposed Order)] |

I, Kelly M. Klaus, hereby declare:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel for Defendant in the above-captioned matter. I submit this declaration in support of Defendant's Motions *In Limine* No. 1–7. The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. On March 28, 2023, Plaintiffs served second amended initial disclosures on Defendant pursuant to Rule 26(a)(1), adding Mr. Jon Chow to the list of percipient witnesses.

3. On September 1, 2023, Plaintiffs served their trial exhibit list on Defendant. That list identifies Mr. Chow as a sponsoring witness for Plaintiffs' trial exhibit No. 139, which is a copy of a notice of subpoena to The Walt Disney Company in the *SHST* litigation, Case No. 3:15-cv-00797-JST, Dkt. 179-3.

4. Attached as **Exhibit A** is a proposed statement from Defendant to inform the jury of relevant rulings from the *SHST* litigation.

5. Attached as **Exhibit B** are true and correct copies of excerpts from the deposition of Gregory La Salle taken on February 14, 2023 in this matter.

6. Attached as **Exhibit C** is a true and correct copy of an email from Rearden's counsel, Mark Carlson, to my partner, Blanca Young, sent on September 14, 2023.

7. Attached as **Exhibit D** is a true and correct copy of Defendants' Rule 26(a)(2) Expert Disclosures, served April 20, 2023 in this matter.

8. Attached as **Exhibit E** is a true and correct copy of Plaintiff's Trial Exhibit List, served September 1, 2023 in this matter.

9. Attached as **Exhibit F** are true and correct copies of excerpts from the deposition of Cindy Ievers taken on June 20, 2023 in this matter.

10. Attached as **Exhibit G** are true and correct copies of excerpts from the deposition of Darren Hendler taken on February 16, 2023 in this matter.

11. Attached as **Exhibit H** are true and correct copies of excerpts from the deposition of Roger van der Laan taken on February 22, 2023 in this matter.

12. Attached as **Exhibit I** are true and correct copies of excerpts from the deposition of Steve Perlman taken on March 6, 2023 in this matter.

13. Attached as **Exhibit J** are true and correct copies of excerpts from the trial transcripts from *SHST v. Rearden, LLC*, N.D. Cal. Case No. C 15-0797 JST from December 6, 12, 13 and 14, 2016.

14. Attached as **Exhibit K** is a true and correct copy of Defendants' Third Set of Requests for Production of Documents (Nos. 108-114) served October 26, 2022 in this matter.

15. Attached as **Exhibit L** is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' Third Set of Request for Production of Documents (Nos. 108-114) served November 23, 2022 in this matter.

16. Attached as **Exhibit M** is a true and correct copy of a letter from Ms. Young to Mr. Carlson sent on December 8, 2022.

17. Attached as **Exhibit N** is a true and correct copy of a letter from Ms. Young to Mr. Carlson sent on January 25, 2023.

18. Attached as **Exhibit O** are true and correct copies of excerpts from the deposition of Cindy Ievers taken on February 9, 2023 in this matter.

19. Attached as **Exhibit P** is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' Second Set of Requests for Admission served March 3, 2023 in this matter.

20. Attached as **Exhibit Q** is a true and correct copy of an email sent from Ms. Young to Mr. Carlson on February 2, 2023.

21. Attached as **Exhibit R** is a true and correct copy of a document produced in this matter beginning with number REARDEN_MOVA001907.

22. Attached as **Exhibit S** is a true and correct copy of a document produced in this matter beginning with number REARDEN_MOVA010514.

23. Attached as **Exhibit T** is a true and correct copy of a document produced in this matter beginning with number REARDEN_MOVA018174.

24.     Attached as **Exhibit U** are true and correct copies of excerpts from the deposition of Mimi Steele taken on February 13, 2023 in this matter.

25.     Attached as **Exhibit V** are true and correct copies of excerpts from the deposition of David Taritero taken on March 3, 2023 in this matter.

26.     Attached as **Exhibit W** is a true and correct copy of an email from Mr. Carlson to Ms. Young sent on September 13, 2023.

27.     Attached as **Exhibit X** is a true and correct copy of an email from Ms. Young to Mr. Carlson sent on September 13, 2023.

28.     Attached as **Exhibit Y** is a true and correct copy of an email from Ms. Young to Mr. Carlson sent on September 14, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration this 15th day of September 2023 at San Francisco, California.

                                              */s/ Kelly M. Klaus*
                                              Kelly M. Klaus