| | |
|---|---|
| 1 | Steve W. Berman (*pro hac vice*) |
| 2 | Mark S. Carlson (*pro hac vice*) |
|   | Jerrod C. Patterson (*pro hac vice*) |
| 3 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | 1301 Second Avenue, Suite 2000 |
| 4 | Seattle, WA 98101 |
|   | Telephone: (206) 623-7292 |
| 5 | Facsimile:  (206) 623-0594 |
|   | steve@hbsslaw.com |
| 6 | markc@hbsslaw.com |
| 7 | jerrodp@hbsslaw.com |

*Attorneys for Plaintiffs*
*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, | Case No.   4:17-cv-04006-JST |
| Plaintiffs, | |
| v. | |
| DISNEY ENTERPRISES, INC., a Delaware corporation, DISNEY STUDIO PRODUCTION SERVICES CO., LLC f/k/a WALT DISNEY PICTURES PRODUCTION, LLC, a California limited liability company, WALT DISNEY PICTURES, a California corporation, MARVEL STUDIOS, LLC a Delaware limited liability company, MVL PRODUCTIONS LLC, a Delaware limited liability company, CHIP PICTURES, INC., a California corporation, INFINITY PRODUCTIONS LLC, a Delaware limited liability company, ASSEMBLED PRODUCTIONS II LLC, a Delaware limited liability company, | **DECLARATION OF MARK S. CARLSON IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION EXCLUDING DARREN HENDLER OPINIONS UNDER FRE 702**<br><br>Date:     October 27, 2023<br>Time:    2:00 p.m.<br>Judge:   Hon. Jon S. Tigar<br>Ctrm.:    6 (2nd Floor) |
| Defendants. | |

I, MARK CARLSON, declare as follows:

1. I am an attorney with Hagens Berman Sobol Shapiro LLP, and I am one of the firm's lawyers representing the plaintiffs in this case. I have personal knowledge of the facts stated in this declaration except as expressly stated otherwise, and I could testify with respect to those facts under oath if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt from the Declaration of Darren Hendler In Support of Disney's Motion for Summary Judgment dated October 14, 2020. I have highlighted the portions of the declaration that Rearden has asked the Court to exclude based on its motion in limine.

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the transcripts of the depositions of Darren Hendler dated June 12, 2020 and February 16, 2023. I have highlighted the portions of the transcripts that are cited in the motion and correspond to the declaration testimony that Rearden seeks to exclude.

4. Attached hereto as Exhibit C is a true and correct copy of Defendants' Rule 26(a)(2) Expert Disclosures dated April 20, 2023.

5. I declare that the foregoing is true and correct under penalty of perjury.

DATED: September 15, 2023               Signed in Seattle, Washington, by:

                                        /s/ Mark Carlson
                                          Mark Carlson