KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
BLANCA F. YOUNG (SBN 217533)
blanca.young@mto.com
STEPHANIE G. HERRERA (SBN 313887)
stephanie.herrera@mto.com
SHANNON AMINIRAD (SBN 324780)
shannon.aminirad@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
ANNE K. CONLEY (SBN 307952)
anne.conley@mto.com
ROWLEY J. RICE (SBN 313737)
rowley.rice@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WALT DISNEY PICTURES, a California Corporation,<br><br>    Defendant. | Case No. 4:17-cv-04006-JST-SK<br><br>**SUPPLEMENTAL DECLARATION OF ROWLEY J. RICE REGARDING COURT'S ORDER RE SEALING [DKT. 484]**<br><br>Judge:   Hon. Jon S. Tigar<br>Ctrm.:   6 (2nd Floor) |

I, Rowley J. Rice, hereby declare:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel for Defendant in the above-captioned matter. I submit this declaration and the attached exhibits in response to the Court's Supplemental Order Granting Defendants' Administrative Motion to Consider Whether Plaintiffs' Material Should be Sealed in Connection with Defendants' Reply Briefs in Support of Defendants' Motion for Summary Judgment and *Daubert* Motions [Dkt. 460] dated September 11, 2023 [Dkt. 484].

2. This declaration attaches the following exhibits.

3. Exhibit 21 to Reply Klaus Declaration in Support of Defendant's Motion for Summary Judgment [Dkt. 462], a public version of the document previously filed under seal at Dkt. 460-4.

4. Exhibit A to Reply Klaus Declaration in Support of Defendant's Motion to Exclude Portions of Alberto Menache's Testimony [Dkt. 463], a public version of the document previously filed under seal at Dkt. 460-5.

5. Exhibits 1 and 2 to Reply Klaus Declaration in Support of Defendant's Motion to Exclude Portions of Philip Fier's Testimony [Dkt. 464], public versions of the documents previously filed under seal at Dkts. 460-8 and 460-9, respectively.

6. REDACTED Version of Defendants' Reply in Support of Motion to Exclude Portions of Philip Fier's Testimony [Dkt. 464], a public version of the document previously filed under seal at Dkt. 460-7. The documents contains redactions pursuant to the Court's order granting Defendants' Administrative Motion to File Under Seal in Connection with Defendants' Reply Briefs in Support of Defendants' Motion for Summary Judgment and *Daubert* Motions [Dkt. 459].

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is
2 | true and correct and that I executed this declaration this 18th day of September 2023 at Los
3 | Angeles, California.

*/s/ Rowley J. Rice*
ROWLEY J. RICE