```
 1  KILPATRICK TOWNSEND & STOCKTON LLP
    JON MICHAELSON (SBN 83815)
 2  jmichaelson@kilpatricktownsend.com
    1302 El Camino Real, Suite 175
 3  Menlo Park, CA  94025
    Telephone: 650 326 2400
 4  Facsimile: 650 326 2422

 5  BENJAMIN M. KLEINMAN (SBN 261846)
    bkleinman@kilpatricktownsend.com
 6  Two Embarcadero Center, Suite 1900
    San Francisco, CA  94111
 7  Telephone: 415 576 0200
    Facsimile: 415 576 0300
 8
    Attorneys for Non-Party
 9  DIGITAL DOMAIN 3.0, INC.
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| REARDEN, LLC, et al,<br><br>         Plaintiffs,<br><br>    v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>         Defendants. | Case No. 4:17-cv-04006-JST<br><br>**RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' AND NON-PATY DIGITAL DOMAIN 3.0'S MATERIAL SHOULD BE SEALED REGARDING PLAINTIFFS' MOTION *IN LIMINE* REGARDING DARREN HENDLER [DKT. 496]**<br><br>Judge:   Hon. Jon S. Tigar<br>Ctrm.:   6 (2nd Floor) |
|---|---|



In Plaintiffs' Motion to Consider Whether Defendants' and Non-Party Digital Domain 3.0's Material Should Be Sealed Regarding Plaintiffs' Motion *in Limine* Regarding Darren Hendler (Dkt. No. 496), Plaintiffs identified certain portions of its papers supporting its Motion *in Limine* Regarding Darren Hendler (Dkt. No. 497) as including or reciting information that Plaintiffs believed DD3 had designated Confidential. After reviewing the material in question, DD3 does not oppose the public filing of Plaintiffs' Motion *in Limine* Regarding Darren Hendler and the papers filed in support thereof.

DATED:  September 27, 2023          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Benjamin M. Kleinman*
JON MICHAELSON
BENJAMIN M. KLEINMAN

Attorneys for
DIGITAL DOMAIN 3.0, INC.

