1  KELLY M. KLAUS (SBN 161091)
   kelly.klaus@mto.com
2  BLANCA F. YOUNG (SBN 217533)
   blanca.young@mto.com
3  STEPHANIE G. HERRERA (SBN 313887)
   stephanie.herrera@mto.com
4  SHANNON AMINIRAD (SBN 324780)
   shannon.aminirad@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
6  San Francisco, California 94105-2907
   Telephone:     (415) 512-4000
7  Facsimile:     (415) 512-4077

8  JOHN L. SCHWAB (SBN 301386)
   john.schwab@mto.com
9  ANNE K. CONLEY (SBN 307952)
   anne.conley@mto.com
10 ROWLEY J. RICE (SBN 313737)
   rowley.rice@mto.com
11 MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
12 Los Angeles, California 90071-3426
   Telephone:     (213) 683-9100
13 Facsimile:     (213) 687-3702

14 *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PICTURES, a California Corporation,<br><br>Defendants. | Case No. 4:17-cv-04006-JST-SK<br><br>**DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* EXCLUDING DARREN HENDLER OPINIONS UNDER FRE 702**<br><br>Date:   October 27, 2023<br>Time:   2:00 p.m.<br>Judge:  Hon. Jon S. Tigar<br>Ctrm.:  6 (2nd Floor) |

I, Kelly M. Klaus, hereby declare:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel for Defendant in the above-captioned matter. I submit this declaration in support of Defendant's Opposition to Plaintiffs' Motion *In Limine* Excluding Darren Hendler Opinions Under FRE 702. The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the June 12, 2020 deposition of Darren Hendler.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the February 16, 2023 deposition of Darren Hendler.

4. Attached as **Exhibit C** is a true and correct copy of Plaintiffs' Notice of Deposition of Digital Domain 3.0 Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated January 31, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration this 6th day of October 2023 at San Francisco, California.

*/s/ Kelly M. Klaus*
Kelly M. Klaus