Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
Jerrod C. Patterson (*pro hac vice*)
Garth Wojtanowicz, CBA No. 246510
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
garthw@hbsslaw.com
markc@hbsslaw.com
jerrodp@hbsslaw.com

Rio S. Pierce, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

Attorneys for Plaintiffs REARDEN LLC and
REARDEN MOVA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PICTURES, a California corporation,<br><br>Defendant. | Case No.   4:17-cv-04006-JST<br><br>**OMNIBUS DECLARATION OF JERROD C. PATTERSON IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS IN LIMINE**<br><br>Date:   October 27, 2023<br>Time:   2:00 p.m.<br>Judge:  Hon. Jon S. Tigar<br>Ctrm.:  6 (2nd Floor)<br><br>[Filed Concurrently: Plaintiffs' Oppositions to Defendant's Motions In Limine Nos. 1-7] |

I, JERROD C. PATTERSON, declare as follows:

1.  I am a partner with Hagens Berman Sobol Shapiro LLP, and I am one of the firm's lawyers representing the plaintiffs in this case. I have personal knowledge of the facts stated in this declaration except as expressly stated otherwise, and I could testify with respect to those facts under oath if called upon to do so.

2.  Attached hereto as Exhibit 1 is a true and correct copy of a June 26, 2016 email from Darren Hendler produced in this litigation as WD-DD3-GL0000739.

3.  Attached hereto as Exhibit 2 are true and correct copies of excerpts from the February 8, 2023 deposition of O.D. Welch, which I have highlighted to show the cited testimony.

4.  Attached hereto as Exhibit 3 are true and correct copies of excerpts from the March 3, 2023 deposition of David Taritero, which I have highlighted to show the cited testimony.

5.  Attached hereto as Exhibit 4 is a true and correct copy of Mr. Taritero's notes from his deposition, which were marked as Exhibit 261.

6.  Attached hereto as Exhibit 5 is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' Second Set of Admissions dated March 3, 2023.

7.  Attached hereto as Exhibit 6 are true and correct copies of excerpts from the February 9, 2023 deposition of Cindy Ievers.

8.  Attached hereto as Exhibit 7 are true and correct copies of excerpts from the March 6, 2023 deposition of Stephen Perlman, which I have highlighted to show the cited testimony.

9.  Attached hereto as Exhibit 8 is a true and correct copy of the March 31, 2015 "Beauty and the Beast" Visual Effects Services Agreement produced in this litigation as REARDEN-FEINSILBER-0005705.

10. Attached hereto as Exhibit 9 are true and correct copies of excerpts from the June 16, 2020 deposition of Greg LaSalle, which I have highlighted to show the cited testimony.

11. Attached hereto as Exhibit 10 are true and correct copies of excerpts from the February 14, 2023 30(b)(6) deposition of Greg LaSalle, which I have highlighted to show the cited testimony.

12. Attached hereto as Exhibit 11 are true and correct copies of excerpts from the February 14, 2023 30(b)(1) deposition of Greg LaSalle, which I have highlighted to show the cited testimony.

13. Attached hereto as Exhibit 12 are true and correct copies of excerpts from the February 16, 2023 deposition of Darren Hendler, which I have highlighted to show the cited testimony.

14. Attached hereto as Exhibit 13 are true and correct copies of excerpts from the March 10, 2023 deposition of Gayle Munro, which I have highlighted to show the cited testimony.

15. Attached hereto as Exhibit 14 are true and correct copies of excerpts from the February 5, 2023 deposition of Kelly Port, which I have highlighted to show the cited testimony.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Expert Report of Robin Russell dated April 20, 2023.

17. Attached hereto as Exhibit 16 is a true and correct copy of Rearden's Contour Reality Capture copyright notice produced in this litigation as REARDEN_MOVA036067.

18. Attached hereto as Exhibit 17 are true and correct copies of excerpts from the February 22, 2023 deposition of Roger van der Laan, which I have highlighted to show the cited testimony.

19. Attached hereto as Exhibit 18 is a true and correct of the Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus dated October 14, 2020 and marked as Exhibit 238 at Darren Hendler's February 16, 2022 deposition.

20. Attached hereto as Exhibit 19 is a true and correct of thumbnails that evidence stages or steps in the completion of each shot for which MOVA files were used in *Beauty and the Beast* and marked as Exhibit 1187 at Darren Hendler's February 16, 2022 deposition.

21. Attached hereto as Exhibit 20 is the Declaration of Stephen Perlman in Support of Plaintiffs' Oppositions to Plaintiff's Motions in Limine dated October 6, 2023.

22. I reviewed the expert report of Dr. Stephen Lane (ECF No. 428-4) and counted the number of times the report cited the testimony or declarations of witnesses Hendler, LaSalle, and

PATTERSON DECLARATION IN SUPPORT OF
OPPOSITIONS TO MOTIONS IN LIMINE - 2
CASE NO. 17-CV-04006

Munro. According to my count, Dr. Lane's report cited to Hendler's deposition 66 times (at footnotes 17, 18, 23, 53-57, 59-60, 62-63, 72, 74-75, 78-81, 83-84, 86-87, 89, 97-117, 215, 131, 136, 140, 143, 146, 154, 157-160, 163-165, 172, 200, 209-212, 217-218), Hendler's declaration 34 times (at footnotes 119, 120-124, 126-130, 132-135, 156, 137-139, 141-142, 144-145, 148-153, 163, 187, 190, 204, 206), LaSalle's deposition 10 times (at footnotes 10-13, 17, 19, 24-25, 27, 92, 209), and Munro's deposition 27 times (at footnotes 77, 85, 88, 174-175, 178, 188-192, 194-198, 201-202, 207-208, 213-214).

23. Attached hereto as Exhibit 21 is a true and correct copy of the Declaration of O.D. Welch in Support of Opposition to Motion for Order to Show Cause and for Relief Regarding the Mova Assets dated July 22, 2016.

24. I declare that the foregoing is true and correct under penalty of perjury.

DATED: October 6, 2023                    Signed in Seattle, Washington, by:

*/s/ Jerrod C. Patterson*
Jerrod C. Patterson

PATTERSON DECLARATION IN SUPPORT OF
OPPOSITIONS TO MOTIONS IN LIMINE - 3
CASE NO. 17-CV-04006