# EXHIBIT A

Case 4:17-cv-04006-JST   Document 550-1   Filed 10/20/23   Page 2 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0001 | | | http://people.com/movies/dan-stevens-transformation-beauty-and-the-beast/ ECF No. 264-3 | "A 40-Lb. Muscle Suit, Waltzing on Stilts: How Dan Stevens Transformed into Beauty's Beast" Article | Perlman | N | 403, H, 402, F | Perlman will establish foundation at trial. Offered not for truth but to show Stevens' promotion of movie based on MOVA (causal nexus). Evidence of damages/profits. |
| TX0002 | 97 | LaSalle | SHST ECF No. 188 | Order Granting Motion for Preliminary Injunction (Virtue Holdings Ltd. v. Rearden LLC, USDC ND Cal. 15-cv-00797) | Perlman | N | 403, H, MIL 1, 402 | Evidence of Disney's knowledge of injunction. Not hearsay per 803(14). Parties agreed to table objections on documents related to pending MILs. |
| TX0003 | 1173 | LaSalle 1173 | SHST ECF. No. 427 | Statement of Decision | Perlman | N | 403, H, MIL 1, 402, 404 | Not hearsay per 803(14). Parties agreed to table objections on documents related to pending MILs. |
| TX0004 | | | REARDEN_MOVA-115367-371 | MPAA Site Security Program Questionnaire | Perlman | N | F, 402, 403, MIL 6 | Perlman has percipient knowledge of MPAA site security program and will establish foundation at trial. Parties agree to table objections on documents related to pending MILs. |
| TX0005 | | | REARDEN_MOVA-66285-289 | MPAA Site Security Program Questionnaire | Perlman | N | 403, F, 402, MIL 6 | Perlman has percipient knowledge of MPAA site security program and will establish foundation at trial. Parties agree to table objections on documents related to pending MILs. |
| TX0006 | | | REARDEN_MOVA-169729-733 | MPAA Site Security Program Questionnaire | Perlman | N | 403, F, 402, MIL 6 | Perlman has percipient knowledge of MPAA site security program and will establish foundation at trial. Parties agree to table objections on documents related to pending MILs. |
| TX0007 | 176 1265 | Hendrickson Van der Laan Taritero Gaub | Get a copy with production numbers | Article: Oscar SciTech Awards Hit by Visual Effects Credit Dispute (Exclusive) | Perlman | N | 403, F, H, 402 | Bates is REARDEN_MOVA011660. Perlman will lay foundation at trial. Not offered for truth but to show Disney's knowledge of MOVA dispute and Disney's knowledge of DD3's lack of license. |
| TX0009 | | | REARDEN_MOVA009970 | Rearden Companies - Innovation Incubation webpage | Perlman | N | 403, F, H, 402 | Perlman will lay foundation at trial or via declaration. Not offered for truth but to show awareness of Rearden's ownership of MOVA. |
| TX0010 | 159 | Hendrickson | | Article: Countour mapping intricate detail | Perlman | N | 403, F, H, 402 | Perlman will lay foundation at trial or via declaration. Not offered for truth but to show awareness of Rearden's ownership of MOVA. |
| TX0011 | | | REARDEN_MOVA040098 | Article: Now Starring . . . Digital People | Perlman | N | 403, F, H, 402 | Perlman will lay foundation at trial or via declaration. Not offered for truth but to show awareness of Rearden's ownership of MOVA. |
| TX0012 | | | https://www.wsj.com/articles/SB115430654184321852 ECF No. 451-26 | Article: Digital Replicas May Change Face of Films | Perlman | N | 403, F, H, 402 | Perlman will lay foundation at trial or via declaration. Not offered for truth but to show awareness of Rearden's ownership of MOVA. |
| TX0013 | 1003 1243 | Ievers Van der Laan | REARDEN_MOVA018609-610 | US Copyright Office Certificate of Registration for MOVA Contour. We will offer the original certified copy at trial, available for inspection at HBSS Seattle office. | Perlman | Y | | |
| TX0014 | 1008 1240 | Tinwell Cotter | REARDEN_MOVA036067 | Rearden LLC Copyright Notice | Perlman | N | 402, 403, F, H, MIL 7 | Perlman will lay foundation at trial or via declaration. Evidence of Rearden's copyright ownership of MOVA. Parties agree to table objections on documents related to pending MILs. |
| TX0015 | 1241 | Cotter | REARDEN_MOVA036066 | Collection of Copyright Notice Screens from Dan Stevens MOVA sessions | Perlman | N | 402, 403, F, H, MIL 7 | WITHDRAWN |

Case 4:17-cv-04006-JST Document 550-1 Filed 10/20/23 Page 3 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0016 | 1244 | Cotter | REARDEN_MOVA013165 | US Patent and Trademark Office Trademark Registration for MOVA | Perlman | Y | | Evidence of Rearden's ownership of MOVA trademark. |
| TX0018 | 1228 | Cotter | REARDEN_MOVA058989 | Video file attached to REARDEN_MOVA058988 | Perlman | N | A* (*Defendant will withdraw A objection if Plaintiffs proffer a foundation for this exhibit) | Rearden will provide Perlman declaration to establish foundation. |
| TX0019 | 1231 | Cotter | REARDEN_MOVA054239 | Video file attached to REARDEN_MOVA054238 | Perlman | N | A* (*Defendant will withdraw A objection if Plaintiffs proffer a foundationfor this exhibit) | Rearden will provide Perlman declaration to establish foundation. |
| TX0020 | 1235 | Cotter | REARDEN_MOVA052457 | Video file attached to REARDEN_MOVA052455 | Perlman | Y | | |
| TX0021 | 1294 | Perlman | REARDEN_MOVA040766 | Video file: mova-contour-retargeting.mp4 | Perlman | N | 402, 403, F, SCRIPTS | Perlman will lay foundation at trial or via declaration. Evidence of how MOVA is used. Rearden does not intend to use this as evidence of scripts. |
| TX0022 | 1167 1174 | Lauder LaSalle v2 | REARDEN_MOVA019659 | Membership Interest and Asset Purchase and Sale Agreement between MO2, LLC and OL2, Inc. | Perlman | Y | | |
| TX0024 | 177 | Hendrickson | n/a | Article: Digital Domain's New Legal Setback Freezes VFX Tech Used by Major Studios | Perlman | N | 402, 403, F, H | Perlman will lay foundation at trial or via declaration. Not offered for truth but to show Disney's awareness of Rearden's ownership of MOVA. Link to article sent to Disney production staff. |
| TX0025 | | | ECF No. 447-6 | Maya Image | Perlman | N | 402, 403, F, SCRIPTS | WITHDRAWN |
| TX0026 | | | ECF No. 451-29 | Screenshot from Tron 2 credits | Perlman | Y | | |
| TX0027 | | | ECF No. 451-30 | Screenshot from Avengers credits | Perlman | Y | | |
| TX0028 | 1002 | Ievers Perlman | REARDEN_MOVA036690 | Motion Capture Services Agreement for Incredible Productions LLC | Perlman | Y | | |
| TX0029 | 1288 | Perlman | REARDEN_MOVA036387 | Email from S. Perlman to L. Huang et al re Re: Enquiry Regarding CONTOUR | Perlman | N | H, SCRIPTS, 402, 403 | Evidence of continued commercial interest in MOVA. Rearden won't discuss scripts. |
| TX0030 | 1296 | Perlman | REARDEN_MOVA175256 | Spreadsheet of Mova projects and release dates attached to email above | Perlman | Y | | |
| TX0031 | | | REARDEN_MOVA016561 | 8/20/12 employment contract between Pearce and Rearden LLC and assignment. | Perlman | Y | | |
| TX0032 | | | REARDEN_MOVA018359 | 8/28/03 employment contract between Cotter and Rearden Studios and assignment | Perlman | Y | | |
| TX0033 | | | REARDEN_MOVA018390 | Certificate of Amendment of the Articles of Incorporation of Rearden Studios, Inc. | Perlman | Y | | |
| TX0034 | | | REARDEN_MOVA018392 | Bill of Sale and Assignment of Assets of Rearden, Inc. to Stephen G. Perlman Revocable Trust 8/7/97 and Bill of Sale and Assignment of Assets by SGP Revocable Trust to Rearden LLC 8/7/97 | Perlman | N | 402, 403, 106, MIL 4 | Evidence of Rearden's copyright ownership of MOVA. Parties agree to table objections on documents related to pending MILs. |

Case 4:17-cv-04006-JST Document 550-1 Filed 10/20/23 Page 4 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0035 | | | REARDEN_MOVA018395 | Bill of Sale and Assignment of Assets by SGP Revocable Trust to Rearden LLC 8/7/97 | Perlman | N | 402, 403, MIL 4, H | Evidence of Rearden's copyright ownership of MOVA. Parties agree to table objections on documents related to pending MILs. |
| TX0036 | | | REARDEN_MOVA018450 | 7/2/07 Bill of Sale and Assignment of Assets by Rearden LLC to OnLive | Perlman | N | 402, 403, H, MIL 4 | Evidence of Rearden's copyright ownership of MOVA. Parties agree to table objections on documents related to pending MILs. |
| TX0037 | | | REARDEN_MOVA018467 | 8/17/12 Asset Purchase Agreement between OnLive and OL2. | Perlman | Y | | |
| TX0038 | | | REARDEN_MOVA018519 | Membership Interest and Asset Purchase and Sale Agreement between MO2, LLC and OL2, Inc. | Perlman | Y | | |
| TX0039 | | | REARDEN_MOVA018551 | Assignment between MO2 LLC and Rearden Mova LLC 9/18/14 | Perlman | N | 402, 403, H | Evidence of Rearden's copyright ownership of MOVA. |
| TX0040 | | | REARDEN_MOVA018553 | Statement of Interest | Perlman | N | 106, 402, 403, H | Evidence of Rearden's copyright ownership of MOVA. |
| TX0042 | | | REARDEN_MOVA018611 | 2/11/13 Nunc Pro Tunc Assigment | Perlman | N | 402, 403, H, 106, MIL 1 | Evidence of Rearden's copyright ownership of MOVA. Parties agree to table objections on documents related to pending MILs. |
| TX0043 | | | REARDEN_MOVA196217 | The Process of Invention: Mova Contour Reality Capture PowerPoint | Perlman | N | 402, 403, A*, H, F* (*Defendant will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Perlman will lay foundation at trial or via declaration. Not offered for truth but to show awareness of Rearden's ownership of MOVA and fame of the mark, and evidence of how MOVA works. |
| TX0044 | | | REARDEN_MOVA197612 | 12/16/07 Employment contract between OnLive and Ken Pearce | Perlman | Y | | |
| TX0047 | 224 | Steele v2 Taritero Gaub | | Article: Digital Domain Legal Dispute Chinese Companies Fraud | Perlman | N | 402, 403, F, H | Perlman will lay foundation at trial or via declaration. Not offered for truth but to show awareness of Rearden's ownership of MOVA and Disney's knowledge that ownership claims were not reliable. |
| TX0048 | 267 | Taritero | | Article: Hollywood Legal Battle Erupts Over Facial Animation Technology | Perlman | N | 402, 403, F, H, MIL 1 | Perlman will lay foundation at trial or via declaration. Evidence of Rearden's copyright ownership of MOVA. Parties agree to table objections on documents related to pending MILs. |
| TX0049 | 198 | Welch | | Defendants' Answer and Counterclaims from SHST Litigation | Perlman | N | 402, 403, F, H, MIL 1 | Perlman will lay foundation at trial or via declaration. Evidence of Rearden's copyright ownership of MOVA. Parties agree to table objections on documents related to pending MILs. |
| TX0050 | 199 | Welch | | Defendants' Answer and Amended Counterclaims from SHST Litigation | Perlman | N | 402, 403, F, H, MIL 1 | Perlman will lay foundation at trial or via declaration. Evidence of Rearden's copyright ownership of MOVA. Parties agree to table objections on documents related to pending MILs. |
| TX0051 | 200 | Welch | | First Amended Complaint from SHST Litigation | Perlman | N | 402, 403, F, H, MIL 1 | WITHDRAWN |
| TX0052 | 201 | Welch | | Motion for Entry of Default Judgment and Preliminary Injunction Regarding the Mova Assets | Perlman | N | 402, 403, F, H, MIL 1 | Perlman will lay foundation at trial or via declaration. Evidence of Rearden's copyright ownership of MOVA and unreliability of contrary claims of ownership. Parties agree to table objections on documents related to pending MILs. |
| TX0053 | 202 | Welch | | Opposition to Motion for Preliminary Injunction Regarding the Mova Assets | Perlman | N | 402, 403, F, H, MIL 1 | WITHDRAWN |

Case 4:17-cv-04006-JST Document 550-1 Filed 10/20/23 Page 5 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0057 | | | REARDEN_MOVA035372 | Video file: 160614-Beauty and the Beast Contour hardware and software use.mov | Perlman | N | 106, 402, 403, A, F, H, MIL 3, MIL 7 | Perlman will lay foundation at trial or via declaration. Evidence of Rearden's copyright ownership of MOVA and how MOVA works. Parties agree to table objections on documents related to pending MILs. |
| TX0058 | | | REARDEN_MOVA035839 | Video file: 170529-BATB DVD Promo video.mp4 | Perlman | N | 106, 403, A, F, H, 402, MIL 3 | Perlman will lay foundation at trial or via declaration. Evidence of Rearden's copyright ownership of MOVA and how MOVA works. Causal nexus and damages. Parties agree to table objections on documents related to pending MILs. |
| TX0059 | | | REARDEN_MOVA036068 | Image file: 180131-Stevens capture first video frame-large center color-copyright notice-2.jpg | Perlman | N | 106, 403, A, F, H, MIL 7, 402, MIL 3 | Perlman will lay foundation at trial or via declaration. Evidence of Rearden's copyright ownership of MOVA. Parties agree to table objections on documents related to pending MILs. Likely a dupe and will be withdrawn if so. |
| TX0060 | | | REARDEN_MOVA036074 | Image file: 180131-Stevens capture second video frame-large center color.jpg | Perlman | N | 106, 403, A, F, 402, MIL 3 | Perlman will lay foundation at trial or via declaration. Evidence of how MOVA works. Parties agree to table objections on documents related to pending MILs. |
| TX0061 | | | REARDEN_MOVA036871 | Image file: 060731-NY Times image2 with caption-2.jpg | Perlman | N | 402, 403, A*, F*, H (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of awareness of Rearden's copyright ownership of MOVA and how MOVA works. |
| TX0062 | | | REARDEN_MOVA036874 | Image file: NYTimes cover image-0607231-1.jpg | Perlman | N | 402, 403, H, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of awareness of Rearden's copyright ownership of MOVA and fame of the mark. |
| TX0063 | | | REARDEN_MOVA036875 | Image file: NYTimesContourDiagram.jpg | Perlman | N | 402, 403, A*, F*, H, 106 (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of awareness of Rearden's copyright ownership of MOVA and fame of the mark. |
| TX0064 | | | REARDEN_MOVA036879 | Image file: 054_blades.JPG | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. Perlman will lay foundaton at trial or via declaration. |
| TX0065 | | | REARDEN_MOVA036882 | Image file: facilities_01.jpg | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. Perlman will lay foundaton at trial or via declaration. |

Case 4:17-cv-04006-JST   Document 550-1   Filed 10/20/23   Page 6 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0066 | | | REARDEN_MOVA037001 | Video file: 070305-process summary-H264-v2-5.mov | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of awareness of Rearden's copyright ownership of MOVA and how MOVA works. |
| TX0067 | | | REARDEN_MOVA037026 | Video file: RobinCough_ContourSteps.mov | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of awareness of Rearden's copyright ownership of MOVA and how MOVA works. |
| TX0068 | | | REARDEN_MOVA037538 | Video file: 070303-5-TrackSurface-H264.mov | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of awareness of Rearden's copyright ownership of MOVA and how MOVA works. |
| TX0069 | | | REARDEN_MOVA037580 | Image file: MOVAPRESS_HWREPORTER_070306.pdf | Perlman | N | 402, 403, H, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Perlman will lay foundation at trial or via declaration. Not offered for truth but to show awareness of Rearden's ownership of MOVA and fame of the mark. |
| TX0070 | | | REARDEN_MOVA037637 | Image file: AmericanCinematographer_0906.pdf | Perlman | N | 402, 403, H, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Perlman will lay foundation at trial or via declaration. Not offered for truth but to show awareness of Rearden's ownership of MOVA and fame of the mark. |
| TX0071 | | | REARDEN_MOVA037644 | SJMerc-060713.pdf | Perlman | N | 402, 403, H, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Perlman will lay foundation at trial or via declaration. Not offered for truth but to show awareness of Rearden's ownership of MOVA and fame of the mark. |
| TX0072 | | | REARDEN_MOVA037665 | Video file: GDC08-videoloop-mix1-720p.mov | Perlman | N | 402, 403, A*, F*, H, SCRIPTS (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Perlman will lay foundation at trial or via declaration. Not offered for truth but to show awareness of Rearden's ownership of MOVA and fame of the mark. |
| TX0073 | | | REARDEN_MOVA039401 | Image file: ~IMG_5031.jpg | Perlman | Y | | |
| TX0074 | | | REARDEN_MOVA039438 | Image file: ~IMG_5425.jpg | Perlman | Y | | |
| TX0075 | | | REARDEN_MOVA039442 | Image file: Contour 003_2.jpg | Perlman | Y | | |
| TX0076 | | | REARDEN_MOVA039468 | Image file: IMG_5608.jpg | Perlman | Y | | |
| TX0077 | | | REARDEN_MOVA039478 | Image file: IMG_5694.jpg | Perlman | Y | | |
| TX0078 | | | REARDEN_MOVA039492 | Image file: IMG_5797.jpg | Perlman | Y | | |
| TX0079 | | | REARDEN_MOVA039528 | Image file: mova-080_lo.jpg | Perlman | Y | | |

Case 4:17-cv-04006-JST Document 550-1 Filed 10/20/23 Page 7 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0080 | | | REARDEN_MOVA039557 | Image file: trapani-000319Kaskade_lo.jpg | Perlman | Y | | |
| TX0081 | | | REARDEN_MOVA039969 | Image file: Steve_Perlman_and_model_in_front_of_Mova_Contour_reality_capture_system.jpg | Perlman | Y | | |
| TX0082 | | | REARDEN_MOVA040642 | Video file: JB_Tron.mov | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |
| TX0083 | | | REARDEN_MOVA040646 | ArkhamData_HiRes_1024x511-H264.mov.mov | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |
| TX0084 | | | REARDEN_MOVA040654 | Image file: Daniel Radcliffe_in_Rig.jpg | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |
| TX0085 | | | REARDEN_MOVA040679 | Image file: MOVA_Watson_Grint_Still.jpg | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |
| TX0086 | | | REARDEN_MOVA040680 | Image file: MOVA_Watson_Still.jpg | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |
| TX0087 | | | REARDEN_MOVA040721 | Video file: Jessiqa Contour_4_Phases_1280x720.mov | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |
| TX0088 | | | REARDEN_MOVA040724 | Video file: Mova_steps from Arkham.mov.mov | Perlman | N | 402, 403, H, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |

Case 4:17-cv-04006-JST Document 550-1 Filed 10/20/23 Page 8 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0089 | | | REARDEN_MOVA040766 | Video file: Contour retargeting.mp4 | Perlman | N | 402, 403, A*, F*, H, SCRIPTS, DUPE (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |
| TX0090 | | | REARDEN_MOVA040779 | Video file: Contour-Jess-to-david-720p.wmv | Perlman | N | 402, 403, A*, F*, SCRIPTS (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |
| TX0091 | | | REARDEN_MOVA045860 | Video file: Geni4-inv makeup-02-h264.mov | Perlman | Y | | |
| TX0092 | | | REARDEN_MOVA182746 | Video file: 070306-Contour_vs._markers.mov | Perlman | N | 402, 403, H, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |
| TX0093 | | | REARDEN_MOVA193171 | Video file: QCapLineDrive0.mov | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |
| TX0094 | | | REARDEN_MOVA196237 | Video file: 110604-CCBB dialog under bed.mov | Perlman | N | 402, 403 | Evidence of how MOVA works. |
| TX0095 | | | REARDEN_MOVA196247 | Video file: Ben_wAudio.mov | Perlman | N | 402, 403 | Evidence of how MOVA works. |
| TX0096 | | | REARDEN_MOVA196250 | Video file: Contour_5_Stages_1280x375-2.2Mbps.mov | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |
| TX0097 | | | REARDEN_MOVA196251 | Video file: EdUlbrich_2009_480 - Contour Summary.mov | Perlman | N | 106, 402, 403, A*, F*, H (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |
| TX0098 | | | REARDEN_MOVA196255 | Video file: MR_new640x360.wmv | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |

Case 4:17-cv-04006-JST Document 550-1 Filed 10/20/23 Page 9 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
**4:17-cv-04006-JST**
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0099 | | | REARDEN_MOVA196256 | Video file: Shotgun-16_mpeg4_Best.mov | Perlman | N | 402, 403, A*, F* (*Defendants will withdraw A and F objections if Plaintiffs proffer a foundation for this exhibit) | Evidence of how MOVA works. |
| TX0100 | | | ECF No. 315 | Image file: ~IMG_5051.jpg | Perlman | Y | | |
| TX0101 | | | | Image file: Contour capture session.jpg | Perlman | Y | | |
| TX0102 | | | | Image file: IMG_5542.jpg | Perlman | Y | | |
| TX0103 | | | | Image file: LitCam3_12-2 frames.png | Perlman | N | 106, 402, 403, A, F, H, MIL 3, MIL 7 | Perlman will lay foundation at trial or via declaration. Not offered for truth but to show awareness of Rearden's ownership of MOVA and how MOVA works. |
| TX0104 | | | | Image file: Tron-Legacy-Jeff Bridges-p1.jpg | Perlman | N | 402, 403, MIL 7, A, F, H | Evidence of how MOVA works. |
| TX0105 | | | ECF No. 315 | Image file: Tron-Legacy-Jeff Bridges-p2.jpg | Perlman | N | 402, 403, MIL 7, A, F, H | Evidence of how MOVA works. |
| TX0106 | | | ECF No. 315 | Image file: Tron-Legacy-Jeff Bridges-p3.png | Perlman | N | 402, 403, A, F, H, MIL 7 | Evidence of how MOVA works. |
| TX0107 | | | ECF No. 315 | Image file: Tron-Legacy-Jeff Bridges-p4.jpg | Perlman | N | 402, 403, A, F, H, MIL 7 | Evidence of how MOVA works and fame of the mark. |
| TX0108 | | | ECF No. 315 | Image file: Tron-Legacy-Jeff Bridges-p5.jpg | Perlman | N | 402, 403, A, F, H, MIL 7 | Evidence of how MOVA works and fame of the mark. |
| TX0109 | | | ECF No. 315 | Image file: Tron-Legacy-Jeff Bridges-p6.jpg | Perlman | N | 402, 403, A, F, H, MIL 7 | Evidence of how MOVA works and fame of the mark. |
| TX0110 | | | REARDEN_MOVA179279 | Video file: LitCam2_5-Stevens-2016.raw | Perlman | N | 402, 403, A, F, H, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0111 | | | REARDEN_MOVA179280 | Video file: Cam11.raw | Perlman | N | 402, 403, A, F, H, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0112 | | | REARDEN_MOVA179281 | Video file: Cam12.raw | Perlman | N | 402, 403, A, F, H, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0113 | | | REARDEN_MOVA179282 | Video file: Cam14_17.raw | Perlman | N | 402, 403, A, F, H, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0114 | | | REARDEN_MOVA179283 | Video file: Cam15_2.raw | Perlman | N | 402, 403, A, F, H, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0115 | | | REARDEN_MOVA179284 | Video file: Cam16_13.raw | Perlman | N | 402, 403, A, F, H, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0116 | | | REARDEN_MOVA179285 | Video file: Cam17_44.raw | Perlman | N | 402, 403, A, F, H, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0117 | | | REARDEN_MOVA179286 | Video file: Cam18_11.raw | Perlman | N | 402, 403, A, F, H, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0118 | | | REARDEN_MOVA179287 | Video file: Cam19.raw | Perlman | N | 402, 403, A, F, H, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0119 | | | REARDEN_MOVA179288 | Video file: Cam20_37.raw | Perlman | N | 402, 403, A, F, H, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0120 | | | REARDEN_MOVA179289 | Video file: Cam21_12.raw | Perlman | N | 402, 403, A, F, H, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0121 | | | REARDEN_MOVA179290 | Video file: Cam22_23.raw | Perlman | N | 402, 403, A, F, H, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0122 | | | REARDEN_MOVA179291 | Video file: Cam23_23.raw | Perlman | N | 402, 403, A, F, H, MIL 3, MIL 7 | Evidence of how MOVA works. |

Case 4:17-cv-04006-JST   Document 550-1   Filed 10/20/23   Page 10 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0123 | | | REARDEN_MOVA179292 | Video file: Cam25_6.raw | Perlman | N | A, F, H, 402, 403, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0124 | | | REARDEN_MOVA179293 | Video file: Cam26_9.raw | Perlman | N | A, F, H, 402, 403, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0125 | | | REARDEN_MOVA179294 | Video file: Cam2_13.raw | Perlman | N | A, F, H, 402, 403, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0126 | | | REARDEN_MOVA179295 | Video file: Cam3_11.raw | Perlman | N | A, F, H, 402, 403, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0127 | | | REARDEN_MOVA179296 | Video file: Cam4_12.raw | Perlman | N | A, F, H, 402, 403, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0128 | | | REARDEN_MOVA179297 | Video file: Cam5.raw | Perlman | N | A, F, H, 402, 403, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0129 | | | REARDEN_MOVA179298 | Video file: Cam6_39.raw | Perlman | N | A, F, H, 402, 403, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0130 | | | REARDEN_MOVA179299 | Video file: Cam7_7.raw | Perlman | N | A, F, H, 402, 403, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0131 | | | REARDEN_MOVA179300 | Video file: Cam8_14.raw | Perlman | N | A, F, H, 402, 403, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0132 | | | REARDEN_MOVA179301 | Video file: Cam9_1.raw | Perlman | N | A, F, H, 402, 403, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0133 | | | REARDEN_MOVA179302 | Video file: LitCam1_17.raw | Perlman | N | A, F, H, 402, 403, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0134 | | | REARDEN_MOVA179303 | Video file: LitCam2_11.raw | Perlman | N | A, F, H, 402, 403, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0135 | | | REARDEN_MOVA179304 | Video file: LitCam3_12.raw | Perlman | N | A, F, H, 402, 403, MIL 3, MIL 7 | Evidence of how MOVA works. |
| TX0136 | 1233 | Cotter | REARDEN_MOVA052619 | Video file attached to REARDEN_MOVA052615 | Perlman | Y | | |
| TX0137 | 1225 | Cotter at 58:13-25 | REARDEN_MOVA011656-659 | Press Release: MOVA Contour Facial Capture System Recognized With Academy Award | Perlman, Cotter, van der Laan | N | H, 106 | Perlman will lay foundation at trial or via declaration. Statutory notice of trademark and knowledge of Rearden's ownership of MOVA. |
| TX0138 | 166 | Hendrickson | HEYL000306 | Letter from E. Tate to G. LaSalle re Performance Motion Capture Intellectual Property | Perlman, LaSalle | N | H | Hearsay exception - effect on hearer related to ownership of MOVA assets and evidence of knowledge of Rearden's ownership of MOVA.  Business record exception. |
| TX0139 | 268 | Taritero | | Defendants' Notice of Subpoena (The Walt Disney Co.) | Chow | N | MIL 2, 402, 403 | Parties agree to table objections to documents related to MILs pending a court ruling |
| TX0140 | 134 | | DIS-REARDEN-0015071 | Page from Agreement between Nicole Enterprises, Inc. ("Lender"), furnishing services of Bill Condon ("Artist") and Walt Disney Pictures ("WDP") | Condon | Y | | |
| TX0141 | 137 | | REARDEN-CONDON-0001004-016 | Beauty and the Beast Bill Condon Sound Ups & Interview Questions | Condon | N | F | Condon established foundation at deposition. |
| TX0142 | 141 | Condon at 57:7-58:14 | | Video of "A Beauty of a Tale" Featurette | Condon | Y | | |
| TX0143 | 140 | Condon 140 at 56:8-57:1 Fier v1 | | Article: 'Beauty and the Beast' Trailer Sets Record for Most Views in 24 Hours | Condon | N | F, H | WITHDRAWN |

Case 4:17-cv-04006-JST   Document 550-1   Filed 10/20/23   Page 11 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0144 | 145 | Condon 145 at 121:18-126:19 | MAND-REARDEN-0000775 | Email from D. Hoberman to B. Condon et al re Fwd: [PIX] Beauty and the Beast: BATB CG Latest - week ending Dec 4 sent by Steve Gaub | Condon | N | 403 | Basis for objection is unclear. |
| TX0145 | 144 | Condon | MAND-REARDEN-0000253 | Email from S. Gaub to B. Condon et al re BATB: MOVA timeline | Condon | Y | | |
| TX0146 | | | DIS-REARDEN-0028417 | Agreement between Bill Condon and Walt Disney Pictures | Condon | N | 402, 403, O (Defendant stipulated to admissibility of TX140, which is an excerpt of the portion of TX146 that is relevant to the purposes stated in Plaintiffs' position statement) | Evidence of Condon's obligation to promote BATB and agent/authorized spokesperson for Disney. |
| TX0147 | | Condon | | Video Clip from Bill Condon Deposition discussing Depo. Ex. 135 | Condon, Stevens, Watson | N | 106, BE, H | Excerpt of Paris Press Conference (TX 148) |
| TX0148 | 135 | Condon 135 at 20:8-21:15. | | Video of Beauty and the Beast Paris Press Conference | Condon, Watson, Stevens | Y | | |
| TX0150 | 1224 | Cotter | REARDEN-MOVA018410-428 | Offer of Employment by Rearden, LLC to Tim Cotter | Cotter Perlman | Y | | |
| TX0151 | 1251 | Cotter | | Video from Sci-Tech Awards (www.youtube.com_2014-sci-tech-awards-tim-cotter.mp4) | Cotter, van der Laan | N | 106, H | WITHDRAWN |
| TX0152 | | | | Summary of Beauty and the Beast | Dadufalza | N | 106, 403 | Excerpt of movie, which is on Disney's exhibit list. Summary of voluminous evidence. |
| TX0153 | | | | Summary of Beauty of a Tale | Dadufalza | N | 106, 403, H | Excerpt of TX 142. |
| TX0155 | | | ECF No. 324 | Joint Stipulation and Order re Alter Ego Discovery | Disney | N | 402, 403, 404 | WITHDRAWN provided parties agree on jury instructions. |
| TX0156 | 19 | Feinsilber at 89:9-90:23 | REARDEN-FEINSILBER-0008982-988 | Email from S. Gaub to G. Munro Re: Re: Andy Jones visit notes | Feinsibler | N | F, H, 402, 403 | Foundation set in deposition. Evidence of importance of MOVA to the Beast character and ability of Disney to supervise/control DD3. |
| TX0157 | 20 | Feinsilber at 91:1-93:11. | REARDEN-FEINSILBER-0009195 | Email from S. Radia to S. Gaub Re: Re: BATB: Revised Beast Face - Thursday 12/17 | Feinsibler | Y | | |
| TX0158 | 21 | Feinsilber at 112:4-115:25 | REARDEN-FEINSILBER-0006844 | DIRECT DRIVE TEST | Feinsibler | N | A, F, H, 402, 403 | Feinsilber established foundation. Disney business record. Evidence that Condon made selects and they made FACs shots. |
| TX0159 | 2 | Feinsilber at 43:10-44:11. | REARDEN-FEINSILBER-0011716 | Email from S. Gaub to D. Feinsilber Re: B&B Mova Schedule | Feinsilber | Y | | |
| TX0196 | | | DIS-REARDEN-0034994 | Disney's calculations of net income after taxes, including consumer and music | Fier | Y | | |
| TX0197 | 292 | | | Disney's calculation of consumer product revenue and costs related to BATB | Fier | Y | | |
| TX0200 | | | DIS-REARDEN-0015077 | BATB "Opening Weekend In-Theatre Exit Polls" | Fier | Y | | |

Case 4:17-cv-04006-JST Document 550-1 Filed 10/20/23 Page 12 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0203 | 278 | Gaub at 98:25-100:18 | REARDEN-FEINSILBER-0001447 | Email from S. Gaub to O. Wagner et al re Re: SMT walk and talk | Gaub | Y | | |
| TX0204 | 272 | Gaub at 18:8-19:4 | DIS-REARDEN-0028276 | Chip Pictures, Inc. Memorandum of Agreement with Steve Gaub | Gaub | N | 402, 403 | Evidence of Disney's ability to exercise control over DD3, including any violations of copyrights, and Gaub is Disney representative under the contract. |
| TX0205 | 273 | Gaub at 38:20-39:11 | DIS-REARDEN-0004833 | Email from M. Steele to S. Gaub re Re: DD | Gaub | Y | | |
| TX0206 | 280 | Gaub at 126:15-126:25 | REARDEN_MOVA230463 | Article: Digital Domain Blocked from Using MOVA Tech | Gaub | N | 403, F, H, 106, 402 | Foundation set in deposition. Evidence of awareness of Rearden's ownership of MOVA and Disney's ability to supervise DD3s use of MOVA. |
| TX0207 | | WDC PMK (Grossman) | Supplemental Grossman Deposition Exhibit | The Walt Disney Company Organization Chart | Grossman | N | 402, 403 | WITHDRAWN |
| TX0208 | 6 | WDC PMK (Grossman) | | Table of Entities Involved with Production of Beauty and the Beast, Guardians of the Galaxy and Avengers: Age of Ultron | Grossman | N | 402, 403 | WITHDRAWN |
| TX0209 | 1206 | Hendler v2 at 437:9-439:1 | | Exhibit 23 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus | Hendler | Y | | |
| TX0210 | 1016 | Tinwell Hendler v2 | WD-DD3-000000010 | Video of Direct Drive Beauty & The Beast Shot Breakdown | Hendler | Y | | |
| TX0211 | 88 | Hendler v1 at 28:4-29:17 | WD-DD3-EB00002432 | Email from Darren to Dave | Hendler | N | 402, 403, A, F, H, O | Hendler established foundation at deposition. Evidence of MOVA's value compared to competing systems. |
| TX0212 | 1188 | Hendler v2 at 390:19-391:12 | DE-DD3-0001511 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0213 | 1189 | Hendler v2 at 390:19-391:12 | DE-DD3-0001512 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0214 | 1190 | Hendler v2 at 390:19-391:12 | DE-DD3-0001520 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0215 | 1191 | Hendler v2 at 390:19-391:12 | DE-DD3-0001524 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0216 | 1192 | Hendler v2 at 390:19-391:12 | DE-DD3-0001529 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0217 | 1193 | Hendler v2 at 390:19-391:12 | DE-DD3-0001533 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0218 | 1194 | Hendler v2 at 390:19-391:12 | DE-DD3-0001538 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0219 | 1195 | Hendler v2 at 390:19-391:12 | DE-DD3-0001542 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0220 | 1196 | Hendler v2 at 390:19-391:12 | DE-DD3-0001545 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0221 | 1197 | Hendler v2 at 390:19-391:12 | DE-DD3-0001550 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0222 | 1198 | Hendler v2 at 390:19-391:12 | DE-DD3-0001553 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0223 | 1199 | Hendler v2 at 390:19-391:12 | DE-DD3-0001556 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0224 | 1200 | Hendler v2 at 390:19-391:12 | DE-DD3-0001559 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |

Case 4:17-cv-04006-JST   Document 550-1   Filed 10/20/23   Page 13 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0225 | 1201 | Hendler v2 at 390:19-391:12 | DE-DD3-0001562 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0226 | 1202 | Hendler v2 at 390:19-391:12 | DE-DD3-0001566 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0227 | 1203 | Hendler v2 at 390:19-391:12 | DE-DD3-0001573 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0228 | 1204 | Hendler v2 at 394:6-19 | DE-DD3-0001297 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0229 | 1207 | Hendler v2 at 460:4-20 | | Exhibit 24 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus | Hendler | Y | | |
| TX0230 | 1213 | Hendler v2 at 468:18-469:18 | | Exhibit 19 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus | Hendler | Y | | |
| TX0231 | 1214 | Hendler v2 at 472:3-18 | DE-DD3-0001643 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0232 | 1216 | Hendler v2 at 476:1-12 | DE-DD3-0001603 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0233 | 1217 | Hendler v2 at 476:13-477:1 | DE-DD3-0001613 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0234 | 1218 | Hendler v2 at 477:2-14 | DE-DD3-0001619 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0235 | 1219 | Hendler v2 at 477:15-478:2 | DE-DD3-0001626 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0236 | 1220 | Hendler v2 at 478:12-479:6 | DE-DD3-0001638 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0237 | 204 | Welch | WD-DD3-GL0000916 | Email from P. Drimer to D. Hendler et al re Re: Mova Mova Mova | Hendler | N | 402, 403, A, F, H | Foundation established by DD3's 30b6 witness. Direct evidence of DD3's processing of MOVA data after injunction. |
| TX0238 | | | WD-DD3-00000016-366, WD-DD3-00000368-1472 | Shotgun thumbnail frame images produced by DD3 | Hendler | N | A*, F* (*Defendant will withdraw these objections if Plaintiffs proffer a foundation) | Rearden will provide foundation at trial through Hendler. |
| TX0239 | 1187 | Hendler v2 at 390:19-391:12 | DE-DD3-0001506 | Beauty and the Beast Visual Effects Images | Hendler | Y | | |
| TX0240 | 104 | LaSalle v1 Hendler v2 | WD-DD3-GL0000915 | Email from J. D'Amato to D. Hendler et al re Re: Mova Mova Mova | Hendler, LaSalle | N | 402, 403, F, H | Foundation established by LaSalle and Hendler at deposition. Direct evidence of DD3's processing of MOVA data after injunction. |
| TX0241 | 250 | Hendley at 24:12-25:5 | DIS-REARDEN-0005353 | Email from S. Kluft to D. Flynn et al re B&B Press Releases | Hendley | Y | | |
| TX0242 | 251 | Hendley at 59-11-62:2 | DIS-REARDEN-0004941 | Email from M. Rasic to W. Hendley et al re BEAUTY AND THE BEAST - REVIEWS | Hendley | N | H | WITHDRAWN |
| TX0244 | 253 | Hendley at 64:4-64:20 | DIS-REARDEN-0008899 | Email from S. Tesser to W. Hendley et al re Re: BEAUTY AND THE BEST / Field Screening Reports - 3/14 | Hendley | Y | | |
| TX0245 | 254 | Hendley at 66:15-67:10 | DIS-REARDEN-0008900 | Field Market Screening - Summary | Hendley | Y | | |

Case 4:17-cv-04006-JST Document 550-1 Filed 10/20/23 Page 14 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0246 | 255 | Hendley at 71:15-20 | DIS-REARDEN-0008903 | Field Markiet Screening - Detailed | Hendley | Y | | |
| TX0247 | 138 | Condon 138 | DIS-REARDEN-0007938-7998 | Beauty and the Beast Final Press Kit | Hendley, Hoberman, Condon | Y | | |
| TX0248 | 31 | Hoberman | MAND-REARDEN-0000003 | Email from R. Kennedy to B. Condon et al re B&B: Beast development (Behind the scenes) | Hoberman | N | 402, 403, F, H | Homberman laid foundation at deposition. Causal nexus. |
| TX0249 | 33 | Hoberman | MAND-REARDEN-0000300 | Email from D. Hoberman to B. Condon re Mova | Hoberman | Y | | |
| TX0250 | 36 | Hoberman | MAND-REARDEN-0000023 | Email from D. Hoberman to A. Young re Re: BATB: Furred Beast Test - via PIX | Hoberman | Y | | |
| TX0251 | 37 | Hoberman | MAND-REARDEN-0000827 | Email from D. Hoberman to T. Nagenda re Re: Beast | Hoberman | Y | | |
| TX0252 | 38 71 | Hoberman Steele v1 | REARDEN-SILVER-0001682 | Email from T. Nagenda to D. Hoberman et al re Re: Beast | Hoberman | Y | | |
| TX0253 | 39 | Hoberman | MAND-REARDEN-0000337 | Email from D. Hoberman to S. Gaub re Re: BATB: Alan review | Hoberman | Y | | |
| TX0254 | 40 | Hoberman | MAND-REARDEN-0000776 | Email from D. Hoberman to S. Gaub et al re Re: BATB: Alan Horn Beast review | Hoberman | Y | | |
| TX0255 | 43 | Hoberman | MAND-REARDEN-0001016 | Email from W. Hendley to D. Solomon et al re BEAUTY AND THE BEAST Production Notes | Hoberman | Y | | |
| TX0256 | 45 | Hoberman | MAND-REARDEN-0001406 | Email from M. Jacoby to D. Hoberman re Talking points | Hoberman | N | F, 402, 403 | Foundation laid at deposition. Causal nexus. |
| TX0266 | | | Lane Opening Report App. 1 | Appendix 1 to Expert Report of Dr. Stephen H. Lane | Lane | N | 403, H | Admission by party opponent. Evidence of number of shots that included MOVA contour |
| TX0267 | | | Lane Opening Report App. 2 | Appendix 2 to Expert Report of Dr. Stephen H. Lane | Lane | N | 403, H | Admission by party opponent. Evidence of number of shots that included MOVA contour |
| TX0269 | | | REARDEN_MOVA029712 | Email from G. LaSalle to R. Noack et al re Mova Asset & Employment Contract | LaSalle, Mark Heyl | N | F, H, A, 402, 403 | Heyl will establish foundation at trial and establish business record. Evidence of LaSalle's state of mind re theft of MOVA assets. |
| TX0270 | 103 183 | LaSalle v1 Hendler v2 Gaub | WD-DD3-GL0000739 | Email from D. Hendler to G. Munro et al re Beast Mova plan | LaSalle | N | F, H, 402, 403 | Foundation laid at deposition. Direct evidence of DD3 using MOVA after injunction. |
| TX0271 | 90 | LaSalle v1 | WD-DD3-CP0004030 | Letter from J. Capitano to FAO Duty Officer re "Beauty and the Beast" - Mr. Gregory LaSalle | LaSalle | Y | | |
| TX0273 | 108 | LaSalle v1 | WD-DD3-GL0000766 | Email from G. LaSalle to S. Preeg et al re Mova Beast | LaSalle | N | 402, 403, F, H | Foundation laid at deposition. Evidence of post-injunction use. |
| TX0274 | 110 | LaSalle v1 | WD-DD3-GL0000909 | Email from J. Rosado to G. LaSalle et al re Re: MOVA artists wrapping | LaSAlle | N | F, H, 402, 403 | Foundation laid at deposition. Evidence of post-injunction use. |
| TX0275 | 111 | LaSalle v1 | WD-DD3-GL0000796 | Email from G. LaSalle to J. Rosado et al re Re: [BEAST] MOVA QTs for Turnover #13 | LaSalle | N | F, H, 402, 403, A | Foundation laid at deposition. Evidence of post-injunction use. |
| TX0276 | 112 | LaSalle v1 | WD-DD3-GL0000904 | Email from G. LaSalle to D. Corral re Re: logan cg faces | LaSalle | N | F, H, 402, 403 | Foundation laid at deposition. Evidence of post-injunction use. |
| TX0277 | 118 | LaSalle v1 | DIS-REARDEN-0009192 | Email from V. Alonso to J. Capitano re Re: Full Tilt Mova Invoice | LaSalle | N | F, H, 402, 404, 403 | Foundation laid at deposition. Evidence of cost of MOVA services. |

Case 4:17-cv-04006-JST   Document 550-1   Filed 10/20/23   Page 15 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0278 | 228 | LaSalle v2 | | 12/5/2016 Trial Transcript from SHST Litigation | LaSalle | N | 402, 403, H, F, MIL 1, O (SHST trial transcript is not a proper exhibit; Plaintiffs must designate any testimony they wish to use pursuant to the Court's Standing Order) | Foundation laid at deposition. Admissibile for truth of the matter re giving MoFo letter to Disney. |
| TX0279 | 231 | LaSalle v2 | WD-DD3-CP0003419 | Bid Sheet - Appendix B to Mova Motion Capture Services Agreement | LaSalle | Y | | |
| TX0280 | 232 | LaSalle v2 | WD-DD3-GL0006117 | Bid Sheet - Appendix B to Mova Motion Capture Services Agreement | LaSalle | Y | | |
| TX0281 | 236 | LaSalle v2 | WD-DD3-GL0006661 | Email from M. Winze to G. LaSalle re Re: BATB Mova Cost estimates | LaSalle | Y | | |
| TX0282 | 93 1309 | LaSalle v1 Ievers | DIS-REARDEN-0004821 | MOVA Rate Card 2016 | LaSalle Ievers | N | F, H, 402, 403 | LaSalle laid foundation at deposition. Evidence of MOVA rates for Ievers' analysis and evidence of value of MOVA. |
| TX0283 | 85 | Li | | Animation Reconstruction of Deformable Surfaces by H. Li | Li | N | 402, 403, F, H | Li established foundation at deposition. Evidence of MOVA's value. Causal nexus. |
| TX0285 | 211 | Mayer | DIS-REARDEN-0015646 | Email from J. Warbrooke to K. Mayer et al re: Rearden Co. Demo Presentation/Demo of Games on Demand Service | Mayer | N | 402, 403 | Evidence of knowledge of Rearden's ownership of MOVA. |
| TX0286 | 216 | Mayer | DIS-REARDEN-0015383 | Email from K. Mayer to bobl123@aol.com re RE: Perlman | Mayer | N | 402, 403 | Evidence of knowledge of Rearden's ownership of MOVA. |
| TX0287 | 215 | Mayer | DIS-REARDEN-0015566 | Outlook Calendar Invite re Rearden Meeting w/Bob Iger | Mayer | N | 402, 403 | Evidence of knowledge of Rearden's ownership of MOVA. |
| TX0288 | 214 | Mayer | DIS-REARDEN-0015438-461 | October 16, 2008 OnLive Presentation to WDC | Mayer | N | 402, 403, H | Evidence of knowledge of Rearden's ownership of MOVA. Not offered for truth. |
| TX0289 | 217 | Mayer | DIS-REARDEN-0011617- | October 29, 2008 OnLive Presentation to WDC | Mayer | N | 402, 403, H | Evidence of knowledge of Rearden's ownership of MOVA. Not offered for truth. |
| TX0290 | 219 | Mayer | DIS-REARDEN-0015479-481 | Email from J. Warbrooke to K. Mayer re RE: Mova / Disney | Mayer | N | 402, 403 | Evidence of knowledge of Rearden's ownership of MOVA. |
| TX0291 | 221 | Mayer | DIS-REARDEN-0015487 | Email from J. Warbrooke to K. Mayer re Fw: OnLive followup | Mayer | N | 402, 403 | Evidence of knowledge of Rearden's ownership of MOVA. |
| TX0292 | 208 | Mayer | DIS-REARDEN-0015374 | Email from K. Mayer to B. Cirar re Re: Call w/ Steve Perlman | Mayer | N | 402, 403 | Evidence of knowledge of Rearden's ownership of MOVA. |
| TX0293 | 209 | Mayer | DIS-REARDEN-0015363 | Email from K. Mayer to L. Marin re RE: Follow-up w/Steve Perlman of Rearden | Mayer | N | 402, 403 | Evidence of knowledge of Rearden's ownership of MOVA. |
| TX0294 | 212 | Mayer | DIS-REARDEN-0015379 | Email from K. Mayer to B. Lambert re RE: Steve Perlman's / Rearden Labs Games on Demand service | Mayer | N | 402, 403 | Evidence of knowledge of Rearden's ownership of MOVA. |
| TX0295 | 213 | Mayer | DIS-REARDEN-0015437 | Email from S. Perlman to J. Warbrooke re RE: OnLive followup | Mayer | N | 402, 403, H | Evidence of knowledge of Rearden's ownership of MOVA. |
| TX0296 | 218 | Mayer | DIS-REARDEN-0015366 | Email from K. Mayer to R. Bay et al re FW: TWDC/OnLive follow-up | Mayer | N | 402, 403, H | Evidence of knowledge of Rearden's ownership of MOVA. |
| TX0297 | 220 | Mayer | DIS-REARDEN-0015371 | Email from K. Mayer to B. Lambert et al re Re: Meeting | Mayer | N | 402, 403, H | Evidence of knowledge of Rearden's ownership of MOVA. |

Case 4:17-cv-04006-JST   Document 550-1   Filed 10/20/23   Page 16 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0325 | 278 | Munro | DE-DD3-0000539 | Native file of 20220909_BATB_DD_AllMovaTasks.xlsx | Munro | Y | | |
| TX0326 | 279 | Munro | DE-DD3-0000543 | Native file of 20220925_BATB_DD_AllMovaTasks_v02.xlsx | Munro | Y | | |
| TX0327 | 280 | Munro | DE-DD3-0000544 | Native file of 20220925_BATB_DD_AllBeastTasks_v02.xlsx | Munro | Y | | |
| TX0328 | 281 | Munro | DE-DD3-0000546 | Native file of BEAST_Export_20230105.xlsx | Munro | Y | | |
| TX0329 | | | SHST ECF No. 515-3 | Declaration of Kenneth Pearce in Support of Opposition to Appointment of Special Master re Asset Return | Pearce | N | 402, 403, MIL 1, SCRIPTS, H | WITHDRAWN |
| TX0330 | 179 | Port | REARDEN_MOVA034689 | Video clip of Brimstone video | Port | N | 402, 403, A, F, H, O | Foundation laid at deposition. Evidence of how MOVA works. Causal nexus. |
| TX0331 | 182 | Port | REARDEN-FEINSILBER-0001701 | Email from D. Feinsilber to S. Gaub et al re RE: Mova QT's | Port | N | H, 403 | Evidence of post-injunction use of MOVA. |
| TX0332 | 184 | Port | WD-GL0000497 | Email from J. Rosado to G. LaSalle et al re Re: The Beast has left the building! | Port | N | H | On Disney's exhibit list. |
| TX0334 | 64 | Steele v1 | REARDEN-SILVER-0002244 | Email from J. Silver to M. Steele re Re: B&B: Beast Build Timeline, Budget | Steele | Y | | |
| TX0335 | 67 | Steele v1 Taritero Gaub | REARDEN-FEINSILBER-0005705 | "BEAUTY AND THE BEAST" - Visual Effects Services Agreement between Chip Pictures and Digital Domain 3.0 (w/ Metadata Cover Sheet) | Steele | N | MIL 5 | Parties agree to table objections to documents related to MILs pending a court ruling. |
| TX0336 | 70 | Steele v1 | MAND-REARDEN-0000302 | Email from S. Bailey to J. Silver et al re Re: [PIX] Beauty and the Beast: fur_test_2015_05_22_cut_seq_pix.mov sent by Steve Gaub | Steele | Y | | |
| TX0337 | 73 | Steele v1 | MAND-REARDEN-0000249 | Email from M. Steele to D. Hoberman re BATB - Alan Beast Review | Steele | Y | | |
| TX0338 | 226 | Steele v2 | | Video of Stevens MOVA Capture Session | Steele | N | 106, 402, 403, A, F, H, MIL 3, MIL 7 | Steele laid foundation at deposition. Evidence of how MOVA works. |
| TX0339 | 225 269 | Steele v2 Gaub Taritero | DIS-REARDEN-0026259 | Email from D. Taritero to M. Steele et al re Re: MOVA Lawsuit | Steele | Y | | |
| TX0341 | 194 | Stevens 194 | | Video Clip of Dan Stevens Interview | Stevens | N | 106, H, 403 | Causal nexus. |
| TX0342 | 186 | Stevens | DIS-REARDEN-0028471 | Agreement between Chip Pictures, Inc. and Daniel Jonathan Stevens | Stevens | Y | | |
| TX0343 | 189 | Stevens | | Shorter clip of Beauty and the Beast Press Conference Emma Watson, Luke Evans, Josh Gad, Bill Condon (Depo Ex. 135) | Stevens | N | 106, H, 403 | Causal nexus. Excerpt of TX 148. |
| TX0344 | 190 | Stevens | DIS-REARDEN-0034870 | MOVA Session Video Produced by Disney | Stevens | Y | | |
| TX0345 | 191 | Stevens | DIS-REARDEN-0034853 | MOVA Session Video Produced by Disney | Stevens | Y | | |

Case 4:17-cv-04006-JST   Document 550-1   Filed 10/20/23   Page 17 of 17

Rearden LLC et al. v Walt Disney Pictures et al.
4:17-cv-04006-JST
2023-10-20 Plaintiffs' Exhibit List, Defendant's Objections, and Plaintiffs' Position Statements

| TRIAL EXHIBIT NO. | DEPO EXHIBIT NO. | DEPOSITION TRANSCRIPT | EXHIBIT BATES NO. OR IDENTIFICATION | DESCRIPTION | SPONSORING WITNESS | STIPULATED ADMISSIBILITY* (Y/N) | OBJECTION CODE | POSITION OF OFFERING PARTY |
|---|---|---|---|---|---|---|---|---|
| TX0346 | 192 | Stevens | | Shorter clip of Beauty and the Beast cast live Q&A on Facebook (Depo Ex. 136) | Stevens | N | 106, H, 403 | Causal nexus. |
| TX0347 | 261 | Taritero | | Notes re 30(b)(6) Deposition | Taritero | N | 106, BE, 402, 403, MIL 1, O | Admission by party opponent. Evidence of Disney's knowledge of injunction and took steps to conceal this knowledge. |
| TX0348 | 262 | Taritero | DIS-REARDEN-0028317 | "TR2N" / Visual Effects Services Agreement | Taritero | Y | | |
| TX0349 | 263 | Taritero | DIS-REARDEN-0028382 | "John Carter of Mars" / Services Agreement | Taritero | Y | | |
| TX0350 | 264 | Taritero | DIS-REARDEN-0028299 | "Pirates of the Caribbean: On Strangers Tides" / Services Agreement | Taritero | Y | | |
| TX0351 | 265 | Taritero | DIS-REARDEN-0028353 | Special Visual Effects Agreement for "Marvel's The Avengers" | Taritero | Y | | |
| TX0352 | 266 274 | Taritero Munro | DIS-REARDEN-0034872 | Email from P. Roeder to A. Shaw re FW: NYT reporter working on deadline story about lawsuit | Taritero | N | 402, 403 | Evidence of knowledge of Rearden's ownership of MOVA assets. Admission of party opponent. |
| TX0353 | 270 | Taritero | DIS-REARDEN-0026261 | Email from J. Hintz llopis to D. Taritero et al re FW: Mova Lawsuit | Taritero | N | 403, H | Admission of party opponnent re importance of timely movie release. |
| TX0354 | 271 | Taritero | | Disney Vendor Evaluation Policies and Procedures | Taritero | N | 402, 403 | Evidence of due diligence. |
| TX0356 | 1254 | Van der Laan | REARDEN_MOVA018371 | Part-Time Exempt Converting to Full-Time Exempt Offer Letter | Van der Laan | Y | | Evidence of ownership. A contract is not hearsay. |
| TX0357 | 1255 | Van der Laan | REARDEN_MOVA018429 | Full-Time Exempt Offer Letter | Van der Laan | Y | | Evidence of ownership. A contract is not hearsay. |
| TX0358 | 288 | | DIS-REARDEN-0015073 | Page from Agreement between Emma Watson ("Artist") and Cogsworth Productions, Limited ("Producer") | Watson | Y | | |
| TX0359 | 191 | | | MOVA rig session with Stevens and Watson | Watson | Y | DUPE | |
| TX0362 | | | DIS-REARDEN-0022932 | Agreement between Cogsworth Productions Limited and Emma Watson | Watson | N | 402, 403, O (Defendant stipulated to admissibility of TX358, which is an excerpt of the portion of TX362 that is relevant to the purposes stated in Plaintiffs' position statement) | Evidence that Watson was spokesperson for Disney in promoting movie. Causal nexus. |
| TX0363 | 136 | Condon 136 | Condon Ex. 136 | Video of Facebook TCL Chinese Theater Media Session | Watson, Stevens, Condon | Y | | Causal nexus. MTO had previously said they would stipulate to admissibility. |

*Defendant's willingness to stipulate to admissibility is limited to admissibility with the sponsoring witness(es) identified and not for all purposes. Defendant reserves all objections to the use of any exhibit with a witness not identified by Plaintiffs as the "sponsoring witness" for a particular exhibit.