1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    REARDEN LLC, et al.,                    Case No. 17-cv-04006-JST

8              Plaintiffs,

                                             **ORDER RE: ORDER TENTATIVE**
9         v.                                 **RULINGS RE: MOTIONS IN LIMINE**

10   THE WALT DISNEY COMPANY, et al.,        Re: ECF No. 557

11            Defendants.

12

13        The Court has restricted public access to the order TENTATIVE RULINGS RE:

14   MOTIONS IN LIMINE, ECF No. 557, because it contains or refers to material subject to sealing

15   orders.  Within seven days of the date of this order, the parties shall file either (1) a stipulated

16   proposed redacted version of the order, redacting only those portions of the order containing or

17   referring to material for which the Court has granted a motion to seal and which the parties still

18   request be sealed, or (2) a stipulation that the parties agree that no redaction is necessary.  If the

19   parties propose redactions, they shall also email a PDF copy of the proposed redacted order,

20   without any ECF headers, to jstpo@cand.uscourts.gov.  The Court will review the parties'

21   proposal and issue a redacted version of the order.  If the parties stipulate that no redaction is

22   necessary, or if they fail to file a timely stipulation, the Court will allow full access by the public

23   to the unredacted order by removing the restrictions on ECF No. 557.

24        **IT IS SO ORDERED.**

25   Dated: October 24, 2023

26                                           
                                             _____
27                                           JON S. TIGAR
                                             United States District Judge

28

United States District Court
Northern District of California