Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
Jerrod C. Patterson (*pro hac vice*)
Garth Wojtanowicz, CBA No. 246510
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com
jerrodp@hbsslaw.com
garthw@hbsslaw.com

Rio S. Pierce, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

Attorneys for Plaintiffs REARDEN LLC and REARDEN MOVA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PICTURES, a California corporation,<br><br>Defendant. | Case No.   4:17-cv-04006-JST<br><br>**PLAINTIFFS' RESPONSE TO DECLARATION OF PAUL STEINKE IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE PORTIONS OF ALBERTO MENACHE'S TESTIMONY (ECF NO. 444)**<br><br>Judge:   Honorable Jon S. Tigar |

1    In ECF No. 422, Disney moved to exclude certain testimony by Rearden expert Alberto Menache regarding his work on the *Avatar* sequel films based on their representation that his testimony violated contractual obligations owed to a company that was "part of the Disney group of companies." This Court ordered Disney to provide proof that the company in question was a Disney company in ECF No. 530, entered on October 13. On October 18, Disney filed the Declaration of Paul Steinke conceding that Lightstorm Entertainment (the company Disney claimed to own in the Menache deposition) "is not itself part of the Disney family of companies." But he attached a contract between a production company called Fox US Productions No. 17 and Vision Data Corporation, a company owned by Mr. Menache, relating to *Avatar* sequels. Steinke argued that Mr. Menache was bound by the confidentiality terms of the contract and that it prohibited testimony regarding his work on *Avatar* sequels.

Rearden does not intend to offer any details about Mr. Menache's work on the *Avatar* sequels. But it does intend to offer testimony that Mr. Menache provided visual effects services related to software and system development for performance capture for the *Avatar* sequels as one of many major motion pictures for which he has provided such services in his career. Fox, itself, disclosed that Mr. Menache performed such services in the credits of *Avatar II: The Way of Water*, as shown by the attachment to the Declaration of William Stevens filed concurrently with this response.

Accordingly, the motion to exclude portions of Mr. Menache's testimony should be denied to the extent that it relates to his work on the *Avatar* sequels.

DATED: October 25, 2023   HAGENS BERMAN SOBOL SHAPIRO LLP

By:   */s/ Mark S. Carlson*
     MARK S. CARLSON
Steve W. Berman (*pro hac vice*)
Jerrod C. Patterson (*pro hac vice*)
Garth Wojtanowicz, CBA No. 246510
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

PLAINTIFFS' RESPONSE TO DECLARATION
OF PAUL STEINKE - 1
Case No. 17-CV-04006

|   |   |
|---|---|
| 1 | |
| 2 | jerrodp@hbsslaw.com |
|   | garthw@hbsslaw.com |
| 3 | Rio S. Pierce, CBA No. 298297 |
| 4 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | 715 Hearst Avenue, Suite 300 |
| 5 | Berkeley, CA 94710 |
|   | Telephone: (510) 725-3000 |
| 6 | Facsimile: (510) 725-3001 |
|   | riop@hbsslaw.com |

*Attorneys for Plaintiffs*

PLAINTIFFS' RESPONSE TO DECLARATION
OF PAUL STEINKE - 2
Case No. 17-CV-04006