| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Mark S. Carlson (*pro hac vice*) <br> Jerrod C. Patterson (*pro hac vice*) <br> Garth Wojtanowicz, CBA No. 246510 <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile:  (206) 623-0594 <br> steve@hbsslaw.com <br> markc@hbsslaw.com <br> jerrodp@hbsslaw.com <br> garthw@hbsslaw.com <br><br> Rio S. Pierce, CBA No. 298297 <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> Telephone:  (510) 725-3000 <br> Facsimile:   (510) 725-3001 <br> riophbsslaw.com <br> gaynek@hbsslaw.com <br><br> *Attorneys for Plaintiffs* | KELLY M. KLAUS (SBN 161091) <br> kelly.klaus@mto.com <br> BLANCA F. YOUNG (SBN 217533) <br> blanca.young@mto.com <br> STEPHANIE G. HERRERA (SBN 313887) <br> stephanie.herrera@mto.com <br> SHANNON AMINIRAD (SBN 324780) <br> shannon.aminirad@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, 27th Floor <br> San Francisco, California 94105-2907 <br> Telephone:    (415) 512-4000 <br> Facsimile:     (415) 512-4077 <br><br> JOHN W. SPIEGEL (SBN 78935) <br> john.spiegel@mto.com <br> JOHN L. SCHWAB (SBN 301386) <br> john.schwab@mto.com <br> ANNE K. CONLEY (SBN 307952) <br> anne.conley@mto.com <br> ROWLEY J. RICE (SBN 313737) <br> rowley.rice@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 350 South Grand Avenue, 50th Floor <br> Los Angeles, California 90071-3426 <br> Telephone:    (213) 683-9100 <br> Facsimile:     (213) 687-3702 <br><br> *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WALT DISNEY PICTURES, a California corporation, <br><br> Defendant. | Case No.    4:17-cv-04006-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER PURSUANT TO ECF NOS. 540, 542** |

Plaintiffs Rearden LLC and Rearden MOVA LLC ("Plaintiffs") and Defendant Walt Disney Pictures ("Defendant"), by and through their counsel of record, hereby stipulate as follows:

1. WHEREAS, on October 18, 2023, the Court issued an Order Granting Defendant's Motion to Exclude Portions of Philip Fier's Testimony ("Fier Order"), ECF No. 539;

2. WHEREAS, on October 18, 2023, the Court issued an Order Denying Plaintiffs' Motion to Exclude Portions of Dr. Stephen Lane's Testimony ("Lane Order"), ECF No. 541;

3. WHEREAS, the Court temporarily restricted public access to both the Fier Order and the Lane Order, and directed the parties to file for each order, within one week of its issuance, either (1) a stipulated proposed redacted version, or (2) a stipulation that the parties agree that no redaction is necessary, ECF Nos. 540, 542;

4. WHEREAS, Plaintiffs and Defendant have conferred and request that the Court enter the attached proposed redacted version of the Fier Order, which redacts only one portion of the order that contains material the Court has already ordered sealed at ECF No. 456;

5. WHEREAS, Plaintiffs and Defendant have conferred and agree that no redaction of the Lane Order is necessary;

6. NOW THEREFORE, the Parties stipulate that there is good cause to (1) enter the proposed redacted version of the Fier Order; and (2) allow full access by the public to the unredacted Lane Order at ECF No. 541.

7. Electronic signatures are sufficient to execute this stipulation.

DATED:  October 24, 2023         HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ Mark S. Carlson
MARK S. CARLSON
*Attorneys for Plaintiffs*

DATED:  October 24, 2023         MUNGER, TOLLES & OLSON LLP

By:   /s/ Kelly M. Klaus
KELLY M. KLAUS
Attorneys *for Defendant*

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Kelly Klaus, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(*i*)(3), I hereby attest that Mark Carlson concurred in the filing of this document.

   /s/  Kelly M. Klaus
Kelly M. Klaus

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

October 25, 2023 , 2023

The Honorable Jon S. Tigar
United States District Judge