Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
Jerrod C. Patterson (*pro hac vice*)
Garth Wojtanowicz, CBA No. 246510
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com
jerrodp@hbsslaw.com
garthw@hbsslaw.com

Rio S. Pierce, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riophbsslaw.com
gaynek@hbsslaw.com

*Attorneys for Plaintiffs*

KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
BLANCA F. YOUNG (SBN 217533)
blanca.young@mto.com
STEPHANIE G. HERRERA (SBN 313887)
stephanie.herrera@mto.com
SHANNON AMINIRAD (SBN 324780)
shannon.aminirad@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

JOHN W. SPIEGEL (SBN 78935)
john.spiegel@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
ANNE K. CONLEY (SBN 307952)
anne.conley@mto.com
ROWLEY J. RICE (SBN 313737)
rowley.rice@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PICTURES, a California corporation,<br><br>Defendant. | Case Nos.   4:17-cv-04006-JST<br><br>**JOINT STATEMENT RE DESIGNATIONS OF PRIOR TESTIMONY & DISCOVERY RESPONSES**<br><br>Judge:   Hon. Jon S. Tigar<br>Date:    November 30, 2023<br>Time:   9:00 a.m.<br>Ctrm.:   6 (2nd Floor) |

Pursuant to the Joint Stipulation and Order re Designations of Prior Testimony, Dkt. 582 ("Designation Order") and the Court's Standing Order for Civil Jury Trials, Plaintiffs Rearden LLC and Rearden Mova LLC ("Plaintiffs") and Defendant Walt Disney Pictures ("Defendant") hereby submit their proposed designations of prior testimony and discovery responses; counter-designations and objections; and confidentiality assertions. The parties have also provided notice to third parties who have asserted confidentiality over materials the parties have designated; those third parties will advise the Court directly if they intend to seek to maintain any confidentiality assertions.

The parties may further narrow their designations in advance of trial and will disclose final designations and counter-designations to be played or read at trial in accordance with the procedures set forth in the Designation Order. The parties reserve all rights with respect to pending motions and the disputes set forth in the revised joint pretrial conference statement. Dkt. 593. The parties agree that no rights or arguments are waived through the filing of this joint cover pleading.

Attached as **Exhibit A** are Plaintiffs' revised affirmative designations of evidence, other than that to be used solely for impeachment or rebuttal, obtained from prior deposition or trial testimony, interrogatory responses, or responses to requests for admission and any confidentiality designations; Defendant's counter-designations and objections thereto; and Plaintiffs' responses to Defendant's objections.

Attached as **Exhibit B** are Plaintiffs' revised affirmative designations of evidence, other than that to be used solely for impeachment or rebuttal, obtained from prior deposition or trial testimony, interrogatory responses, or responses to requests for admission and any confidentiality designations; Defendant's counter-designations and objections thereto; and Plaintiffs' responses to Defendant's objections.

Pursuant to the Courtroom Deputy's instruction, the parties are concurrently transmitting to the Court via FTP copies of each transcript from which the parties have designated testimony, which transcripts have been marked with both parties' designations, counter-designations, objections, and

responses to objections, to the extent applicable.  The parties can provide hard copies of the same upon request.

DATED:  November 20, 2023             HAGENS BERMAN SOBOL SHAPIRO LLP

                                      By:   /s/ Mark S. Carlson
                                            MARK S. CARLSON[1]
                                            *Attorneys for Plaintiffs*


DATED:  November 20, 2023             MUNGER, TOLLES & OLSON LLP

                                      By:   /s/ Kelly M. Klaus
                                            KELLY M. KLAUS
                                            *Attorneys for Defendant*

---

[1] Signed electronically by Kelly M. Klaus with the concurrence of Mark S. Carlson, pursuant to L.R. 5-1(i)(3).