# EXHIBIT B

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

## Defendant's Revised Designations

| William Condon – July 30, 2020 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 160 | 6 | 160 | 13 | | | 159 | 4 | 159 | 14 | DOC - This testimony concerns a document that is not a trial exhibit and may not be published to the jury. | |
| 161 | 9 | 161 | 11 | | | | | | | | |
| 161 | 20 | 162 | 10 | | | | | | | | |
| 162 | 13 | 162 | 15 | | | | | | | | |
| 162 | 17 | 163 | 1 | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Timothy Cotter – February 20, 2023 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | Mr. Cotter was not employed by Rearden at the time of his deposition, and will testify live at trial. On that basis, Rearden objects to all of the following designations as hearsay. | | | Page Start | Line Start | Page End | Line End | | |
| 10 | 18 | 10 | 20 | | | | | | | | | |
| 21 | 8 | 21 | 16 | | | | | | | | | |
| 25 | 12 | 26 | 1 | | | | | | | | | |
| 42 | 25 | 43 | 5 | | | | | | | | | |
| 62 | 2 | 62 | 7 | | | | | | | | | |
| 99 | 24 | 100 | 3 | | | | | | | | | |
| 100 | 4 | 100 | 7 | | | | | | | | | |
| 120 | 11 | 121 | 22 | | | | 119 | 11 | 120 | | | |
| 122 | 1 | 122 | 4 | | | | | | | | | |
| 122 | 12 | 122 | 14 | | | | | | | | | |
| 122 | 17 | 123 | 21 | | | | | | | | | |
| 124 | 8 | 124 | 10 | | | | | | | | | |
| 124 | 13 | 125 | 7 | | | | | | | | | |
| 164 | 14 | 164 | 17 | | | | | | | | | |
| 164 | 25 | 165 | 6 | | | | | | | | | |
| 167 | 18 | 167 | 19 | ER 402, 403 | Relevant to show Perlman's motive for claiming he owned MOVA and for pursuing litigation | | | | | | | |
| 167 | 22 | 168 | 2 | ER 402, 403 | Relevant to show Perlman's motive for claiming he owned MOVA and for pursuing litigation | | | | | | | |
| 171 | 18 | 171 | 23 | ER 402, 403 | Relevant to show Perlman's motive for claiming he owned MOVA and for pursuing litigation. Relevant to Perlman's credibility. | | | | | | | |
| 172 | 18 | 172 | 21 | ER 402, 403 | Relevant to show Perlman's motive for claiming he owned MOVA and for pursuing litigation. Relevant to Perlman's credibility. | | | | | | | |
| 173 | 2 | 174 | 3 | ER 402, 403 | Relevant to show Perlman's motive for claiming he owned MOVA and for pursuing litigation. Relevant to Perlman's credibility. | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 174 | 7 | 174 | 9 | ER 402, 403 | Relevant to show Perlman's motive for claiming he owned MOVA and for pursuing litigation. Relevant to Perlman's credibility. | | | | | | | |
| 175 | 10 | 175 | 16 | ER 402, 403 | Relevant to show Perlman's motive for claiming he owned MOVA and for pursuing litigation. Relevant to Perlman's credibility. | | | | | | | |
| 177 | 4 | 177 | 25 | ER 402, 403, inadmissible character evidence | This testimony is relevant to show Perlman's motive for claiming he owned MOVA and for pursuing litigation. It is also relevant to Perlman's credibility. This is not improper character evidence. Evidence of a witness's character "may be admitted" under FRE 608, which permits "a witness's credibility [to] be attacked...by testimony about the witness's reputation for having a character for truthfulness or untruthfulness, or by testimony in the form an opinion about that character. " See Fed. R. Evid. 404(a)(3); Fed. R. Evid. 608(a). Mr. Cotter is offering such testimony here. | | | | | | | |
| 178 | 17 | 178 | 19 | ER 402, 403, inadmissible character evidence | This testimony is relevant to show Perlman's motive for claiming he owned MOVA and for pursuing litigation. It is also relevant to Perlman's credibility. This is not improper character evidence. Evidence of a witness's character "may be admitted" under FRE 608, which permits "a witness's credibility [to] be attacked...by testimony about the witness's reputation for having a character for truthfulness or untruthfulness, or by testimony in the form an opinion about that character. " See Fed. R. Evid. 404(a)(3); Fed. R. Evid. 608(a). Mr. Cotter is offering such testimony here. | | | | | | | |

**Rearden LLC et al. v. Walt Disney Pictures et al.**

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 178 | 22 | 179 | 6 | ER 402, 403, inadmissible character evidence | This testimony is relevant to show Perlman's motive for claiming he owned MOVA and for pursuing litigation. It is also relevant to Perlman's credibility. This is not improper character evidence. Evidence of a witness's character "may be admitted" under FRE 608, which permits "a witness's credibility [to] be attacked...by testimony about the witness's reputation for having a character for truthfulness or untruthfulness, or by testimony in the form an opinion about that character. " See Fed. R. Evid. 404(a)(3); Fed. R. Evid. 608(a). Mr. Cotter is offering such testimony here. | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| David Feinsilber – February 28, 2020 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 7 | 10 | 7 | 17 | | | | | | | | |
| 9 | 20 | 10 | 4 | | | | | | | | |
| 11 | 14 | 11 | 15 | | | | | | | | |
| 12 | 20 | 12 | 23 | | | | | | | | |
| 14 | 13 | 14 | 16 | | | | | | | | |
| 14 | 21 | 14 | 23 | | | | | | | | |
| 23 | 25 | 24 | 19 | | | | | | | | |
| 26 | 6 | 26 | 12 | | | | | | | | |
| 26 | 15 | 26 | 18 | | | | | | | | |
| 26 | 24 | 27 | 4 | | | | | | | | |
| 69 | 10 | 70 | 2 | | | | | | | | |
| 70 | 7 | 70 | 15 | | | | | | | | |
| 88 | 9 | 88 | 18 | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Robin Fontaine – February 28. 2023 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 10 | 3 | 10 | 6 | | | | | | | | | |
| 16 | 17 | 16 | 21 | | | | | | | | | |
| 22 | 3 | 22 | 5 | | | | | | | | | |
| 22 | 6 | 23 | 6 | | | | | | | | | |
| 31 | 18 | 32 | 6 | | | | | | | | | |
| 35 | 22 | 36 | 17 | | | | | | | | | |
| 41 | 4 | 41 | 19 | | | | | | | | | |
| 45 | 3 | 45 | 21 | Lack of foundation, speculation | It is not speculative or unfounded for Ms. Fontaine to explain her understanding of an email she received from Mr. Perlman. | | | | | | | |
| 46 | 12 | 46 | 15 | | | | | | | | | |
| 48 | 6 | 48 | 8 | | | | | | | | | |
| 49 | 2 | 49 | 9 | | | | | | | | | |
| 49 | 22 | 50 | 1 | | | | | | | | | |
| 50 | 6 | 50 | 7 | | | | | | | | | |
| 50 | 9 | 50 | 14 | | | | | | | | | |
| 50 | 16 | 50 | 24 | | | | | | | | | |
| 51 | 1 | 52 | 2 | | | | | | | | | |
| 52 | 24 | 53 | 9 | | | | | | | | | |
| 53 | 14 | 53 | 17 | | | | 53 | 18 | 54 | 16 | Lacks foundation, speculation. Rearden's objection acknowledges the testimony lacks foundation. The Q&A that follows the designated testimony confirms the witness is speculating. | |
| 66 | 17 | 66 | 25 | | | | | | | | | |
| 71 | 4 | 72 | 14 | | | | 72 | 15 | 72 | 23 | 72:17: Attorney colloquoy should not be designated. | |
| 72 | 24 | 73 | 6 | | | | | | | | | |
| 77 | 7 | 77 | 14 | | | | | | | | | |
| 82 | 2 | 82 | 20 | | | | | | | | | |
| 82 | 25 | 83 | 22 | | | | | | | | | |
| 83 | 23 | 84 | 4 | | | | | | | | | |
| 84 | 24 | 85 | 24 | | | | | | | | | |
| 87 | 7 | 87 | 19 | | | | 87 | 24 | 88 | 4 | | |
| 88 | 5 | 88 | 21 | | | | | | | | | |
| 88 | 24 | 89 | 3 | | | | | | | | | |
| 89 | 13 | 90 | 4 | | | | | | | | | |
| 101 | 8 | 101 | 13 | | | | | | | | | |
| 101 | 20 | 102 | 5 | Lack of foundation | Ms. Fontaine can testify to what she personally recalls or knows. | | | | | | | |
| 102 | 8 | 102 | 12 | | | | | | | | | |
| 102 | 15 | 102 | 20 | | | | | | | | | |
| 102 | 22 | 103 | 1 | | | | | | | | | |
| 103 | 14 | 103 | 16 | | | | | | | | | |
| 103 | 18 | 103 | 18 | | | | | | | | | |

**Rearden LLC et al. v. Walt Disney Pictures et al.**

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Steve Gaub March 4, 2023 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 8 | 25 | 9 | 1 | | | | | | | | |
| 10 | 6 | 10 | 11 | | | | | | | | |
| 32 | 3 | 33 | 19 | | | 33 | 21 | 35 | 5 | Improper counter-designation does not provide context for or relate to the designated material. | |
| 144 | 18 | 145 | 24 | Leading | | | | | | | |
| 146 | 11 | 147 | 8 | Leading | | 148 | 6 | 148 | 16 | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Darren Hendler – June 12, 2020 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | Defendants represent that they may call Hendler live. Rearden objects to all designations as hearsay and improper use of deposition at trial. This objection is incorporated by this reference into all following designations. | | Page Start | Line Start | Page End | Line End | | |
| 5 | 4 | 5 | 6 | | | | | | | | |
| 6 | 11 | 7 | 2 | | | | | | | | |
| 7 | 3 | 7 | 14 | | | | | | | | |
| 7 | 16 | 8 | 1 | | | | | | | | |
| 9 | 10 | 9 | 13 | | | 9 | 14 | 9 | 16 | | |
| 9 | 17 | 10 | 3 | | | 10 | 4 | 12 | 9 | | |
| 12 | 18 | 13 | 9 | | | | | | | | |
| 14 | 20 | 17 | 4 | | | 14 | 8 | 14 | 19 | | |
| 17 | 17 | 17 | 24 | | | | | | | | |
| 18 | 2 | 18 | 8 | | | 18 | 9 | 19 | 16 | | |
| 89 | 25 | 90 | 6 | | | | | | | | |
| 90 | 8 | 90 | 8 | | | | | | | | |
| 90 | 14 | 92 | 7 | | | | | | | | |
| 92 | 12 | 93 | 2 | | | | | | | | |
| 93 | 5 | 96 | 8 | | | | | | | | |
| 96 | 12 | 98 | 4 | | | | | | | | |
| 98 | 14 | 99 | 7 | | | | | | | | |
| 100 | 4 | 101 | 21 | | | | | | | | |
| 102 | 12 | 102 | 18 | | | | | | | | |
| 110 | 5 | 111 | 12 | | | | | | | | |
| 111 | 14 | 111 | 14 | | | | | | | | |
| 111 | 16 | 112 | 4 | | | | | | | | |
| Darren Hendler – February 16, 2023 | | | | | | | | | | | |
| 133 | 6 | 133 | 13 | Defendants represent that they may call Hendler live. Rearden objects to all designations as hearsay and improper use of deposition at trial. This objection is incorporated by this reference into all following designations. | | | | | | | |
| 134 | 8 | 134 | 14 | | | | | | | | |
| 134 | 17 | 134 | 19 | | | | | | | | |
| 142 | 20 | 142 | 23 | | | | | | | | |

**Rearden LLC et al. v. Walt Disney Pictures et al.**

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Defendants represent that they may call Hendler live. Rearden objects to all designations as hearsay and improper use of deposition at trial. This objection is incorporated by this reference into all following designations. | | Page Start | Line Start | Page End | Line End | | |
| 149 | 2 | 149 | 9 | | | | | | | | |
| 149 | 17 | 149 | 24 | | | 151 | 10 | 152 | 2 | 151:10-13: V, 402, 403 - The question does not define what a "similar" declaration is, and LaSalle's declaration is not similar and not in evidence. | |
| | | | | | | | | | | 151:14-17: ATT: Attorney objections and statement to witness are irrelevant and confusing. | |
| 358 | 11 | 358 | 14 | | | | | | | | |
| 358 | 17 | 359 | 9 | Foundation, speculation | | | | | | | |
| 359 | 15 | 359 | 17 | | | | | | | | |
| 359 | 20 | 359 | 25 | Foundation, speculation | | | | | | | |
| 360 | 3 | 360 | 3 | Foundation, speculation | | | | | | | |
| 362 | 1 | 362 | 15 | | | | | | | | |
| 368 | 8 | 368 | 15 | | | | | | | | |
| 368 | 17 | 368 | 22 | | | | | | | | |
| 368 | 24 | 370 | 13 | | | | | | | | |
| 370 | 20 | 371 | 1 | | | | | | | | |
| 372 | 7 | 373 | 18 | | | | | | | | |
| 373 | 20 | 374 | 6 | | | | | | | | |
| 374 | 16 | 375 | 8 | | | | | | | | |
| 375 | 15 | 378 | 10 | | | | | | | | |
| 379 | 13 | 381 | 4 | | | | | | | | |
| 383 | 7 | 384 | 15 | | | | | | | | |
| 385 | 4 | 385 | 8 | | | | | | | | |
| 385 | 18 | 386 | 12 | | | | | | | | |
| 390 | 19 | 392 | 7 | | | | | | | | |
| 392 | 12 | 394 | 3 | | | | | | | | |
| 394 | 11 | 395 | 5 | | | | | | | | |
| 396 | 12 | 396 | 18 | | | | | | | | |
| 396 | 22 | 397 | 7 | | | | | | | | |
| 397 | 11 | 397 | 13 | | | | | | | | |

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Defendants represent that they may call Hendler live. Rearden objects to all designations as hearsay and improper use of deposition at trial. This objection is incorporated by this reference into all following designations. | | Page Start | Line Start | Page End | Line End | | |
| 397 | 19 | 397 | 19 | | | | | | | | |
| 397 | 20 | 397 | 23 | | | | | | | | |
| 398 | 2 | 400 | 2 | | | | | | | | |
| 402 | 11 | 402 | 20 | Leading | | | | | | | |
| 402 | 22 | 403 | 1 | Leading | | | | | | | |
| 403 | 3 | 403 | 3 | Leading | | | | | | | |
| 403 | 5 | 403 | 7 | Leading | | | | | | | |
| 403 | 9 | 403 | 9 | Leading | | | | | | | |
| 403 | 11 | 403 | 12 | Leading | | | | | | | |
| 403 | 14 | 403 | 14 | Leading | | | | | | | |
| 403 | 16 | 403 | 18 | Leading | | | | | | | |
| 403 | 20 | 403 | 20 | Leading | | | | | | | |
| 403 | 23 | 404 | 5 | | | | | | | | |
| 408 | 20 | 410 | 15 | | | | | | | | |
| 410 | 20 | 410 | 22 | | | | | | | | |
| 411 | 11 | 413 | 3 | | | | | | | | |
| 421 | 11 | 421 | 13 | | | | | | | | |
| 421 | 15 | 422 | 5 | | | | | | | | |
| 422 | 16 | 423 | 3 | | | | | | | | |
| 423 | 5 | 423 | 5 | | | | | | | | |
| 423 | 9 | 423 | 11 | | | | | | | | |
| 428 | 7 | 431 | 1 | | | | | | | | |
| 431 | 2 | 432 | 7 | | | | | | | | |
| 432 | 9 | 432 | 11 | Leading | | | | | | | |
| 432 | 13 | 433 | 19 | | | | | | | | |
| 433 | 23 | 434 | 20 | | | | | | | | |
| 435 | 9 | 435 | 12 | | | | | | | | |
| 435 | 17 | 436 | 2 | | | | | | | | |
| 437 | 13 | 437 | 25 | | | | | | | | |
| 438 | 5 | 439 | 6 | | | | | | | | |
| 439 | 10 | 443 | 18 | | | | | | | | |
| 444 | 2 | 444 | 16 | | | | | | | | |
| 445 | 16 | 450 | 6 | | | | | | | | |
| 450 | 7 | 456 | 3 | | | | | | | | |
| 456 | 11 | 457 | 1 | | | | | | | | |
| 457 | 3 | 457 | 10 | | | | | | | | |
| 457 | 11 | 457 | 14 | | | | | | | | |
| 457 | 19 | 458 | 7 | | | | | | | | |
| 459 | 6 | 459 | 24 | Leading | | | | | | | |
| 460 | 1 | 460 | 1 | Leading | | | | | | | |
| 460 | 2 | 460 | 8 | | | | | | | | |
| 460 | 12 | 461 | 7 | | | | | | | | |
| 461 | 11 | 462 | 8 | | | | | | | | |
| 462 | 10 | 462 | 11 | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Defendants represent that they may call Hendler live. Rearden objects to all designations as hearsay and improper use of deposition at trial. This objection is incorporated by this reference into all following designations. | | Page Start | Line Start | Page End | Line End | | |
| 462 | 13 | 462 | 19 | | | | | | | | |
| 462 | 23 | 464 | 23 | | | | | | | | |
| 465 | 15 | 466 | 18 | | | | | | | | |
| 467 | 1 | 469 | 24 | Leading | | | | | | | |
| 470 | 1 | 470 | 1 | Leading | | | | | | | |
| 470 | 11 | 472 | 25 | | | | | | | | |
| 474 | 7 | 475 | 6 | | | | | | | | |
| 476 | 1 | 478 | 21 | | | | | | | | |
| 503 | 11 | 503 | 17 | Leading | | | | | | | |

**Rearden LLC et al. v. Walt Disney Pictures et al.**

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Andrew Hendrickson – June 24, 2023 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 10 | 14 | 11 | 6 | | | | | | | | |
| 11 | 23 | 12 | 8 | | | | | | | | |
| 13 | 1 | 13 | 4 | | | | | | | | |
| 15 | 23 | 16 | 3 | | | | | | | | |
| 22 | 9 | 22 | 18 | | | | | | | | |
| 24 | 6 | 25 | 7 | | | | | | | | |
| 35 | 24 | 36 | 6 | | | | | | | | |
| 36 | 7 | 36 | 16 | | | | | | | | |
| 45 | 7 | 45 | 13 | | | | | | | | |
| 45 | 14 | 46 | 11 | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Cindy Ievers – February 9, 2023 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 7 | 1 | 7 | 4 | | | | | | | | | |
| 10 | 10 | 10 | 20 | | | | | 10 | 21 | 11 | 1 | |
| 15 | 24 | 16 | 7 | | | | | | | | | |
| 19 | 15 | 19 | 17 | | | | | | | | | |
| 30 | 20 | 30 | 22 | | | | | 30 | 23 | 31 | 19 | |
| 31 | 20 | 31 | 25 | | | | | | | | | |
| 33 | 10 | 33 | 18 | | | | | | | | | |
| 83 | 10 | 84 | 11 | FRE 402. 403 | Relevant to rebut Rearden's claim that Disney should have investigated the legal rights held by a vendor. | | | | | | | |
| 86 | 19 | 86 | 24 | | | | | 87 | 20 | 88 | 11 | |
| 88 | 13 | 89 | 11 | | | | | | | | | |
| 96 | 10 | 96 | 19 | | | | | | | | | |
| 99 | 3 | 99 | 15 | | | | | | | | | |
| 100 | 1 | 100 | 3 | | | | | | | | | |
| 100 | 6 | 100 | 6 | | | | | | | | | |
| 100 | 8 | 100 | 10 | | | | | | | | | |
| 100 | 13 | 100 | 14 | | | | | | | | | |
| 101 | 5 | 101 | 25 | | | | | | | | | |
| 102 | 3 | 102 | 4 | | | | | | | | | |
| 102 | 6 | 102 | 9 | | | | | | | | | |
| 102 | 12 | 102 | 12 | | | | | | | | | |
| 102 | 14 | 102 | 17 | | | | | | | | | |
| 102 | 20 | 102 | 20 | | | | | | | | | |
| 103 | 1 | 103 | 9 | | | | | | | | | |
| 105 | 5 | 105 | 8 | | | | | 103 | 18 | 105 | 4 | |
| 105 | 15 | 105 | 17 | | | | | | | | | |
| 105 | 19 | 105 | 25 | Calls for legal conclusion | Shows the understanding of Rearden and its CFO about its legal rights which is not a legal conclusion. | | | | | | | |
| 106 | 3 | 106 | 3 | Calls for legal conclusion | Shows the understanding of Rearden and its CFO about its legal rights which is not a legal conclusion. | | | | | | | |
| 106 | 5 | 106 | 11 | Calls for legal conclusion | Shows the understanding of Rearden and its CFO about its legal rights which is not a legal conclusion. | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.
4:17-cv-04006-JST-SK
**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 106 | 14 | 106 | 15 | Calls for legal conclusion | Shows the understanding of Rearden and its CFO about its legal rights which is not a legal conclusion. | | | | | | | |
| 108 | 21 | 108 | 23 | Calls for legal conclusion | Shows the understanding of Rearden and its CFO about its legal rights which is not a legal conclusion. | | | | | | | |
| 109 | 1 | 109 | 2 | Calls for legal conclusion | Shows the understanding of Rearden and its CFO about its legal rights which is not a legal conclusion. | | | | | | | |
| 109 | 4 | 109 | 7 | | | | | | | | | |
| 109 | 24 | 110 | 2 | | | | | | | | | |
| 110 | 8 | 110 | 9 | | | | | | | | | |
| 111 | 18 | 111 | 25 | | | | | | | | | |
| 126 | 11 | 126 | 15 | | | | | | | | | |
| 126 | 18 | 127 | 9 | | | | | | | | | |
| 127 | 21 | 128 | 8 | | | | | | | | | |
| 128 | 15 | 128 | 20 | | | | | | | | | |
| 128 | 25 | 129 | 6 | | | | | | | | | |
| 129 | 9 | 129 | 20 | | | | | | | | | |
| 133 | 6 | 133 | 22 | | | | | | | | | |
| 139 | 5 | 139 | 11 | | | | | | | | | |
| 145 | 23 | 145 | 25 | | | | 146 | 1 | 147 | 3 | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Greg LaSalle – June 16, 2020** | | | | | | | | | | | | |
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 9 | 7 | 9 | 10 | | | | | | | | | |
| 10 | 6 | 10 | 19 | | | | | | | | | |
| 13 | 8 | 14 | 2 | | | | 14 | 23 | 15 | 8 | | |
| 105 | 23 | 106 | 16 | | | | | | | | | |
| 160 | 3 | 160 | 5 | | | | | | | | | |
| 160 | 8 | 160 | 22 | | | | | | | | | |
| **Greg LaSalle – February 14, 2023** | | | | | | | | | | | | |
| 34 | 1 | 34 | 8 | | | | 34 | 9 | 34 | 11 | | |
| 34 | 12 | 34 | 20 | | | | | | | | | |
| 34 | 21 | 34 | 24 | | | | | | | | | |
| 35 | 5 | 35 | 6 | | | | 35 | 12 | 37 | 23 | | |
| 35 | 9 | 35 | 11 | | | | | | | | | |
| 39 | 19 | 40 | 1 | | | | | | | | | |
| 40 | 6 | 40 | 9 | | | | | | | | | |
| 40 | 12 | 40 | 17 | | | | 40 | 19 | 41 | 5 | | |
| 53 | 5 | 53 | 8 | | | | 48 | 25 | 51 | 17 | | |
| 53 | 12 | 53 | 16 | | | | 55 | 2 | 59 | 18 | | |
| 60 | 25 | 61 | 11 | | | | 61 | 12 | 67 | 21 | 61:15-16: 402. 403: attorney colloquy/objections should be removed. | |
| | | | | | | | | | | | 61:23: 402. 403: attorney colloquy/objections should be removed. | |
| | | | | | | | | | | | 62:24: 402. 403: attorney colloquy/objections should be removed. | |
| | | | | | | | | | | | 64:1: 402. 403: attorney colloquy/objections should be removed. | |
| | | | | | | | | | | | 64:15: 402. 403: attorney colloquy/objections should be removed. | |
| | | | | | | | | | | | 64:21: 402. 403: attorney colloquy/objections should be removed. | |
| | | | | | | | | | | | 65:5-6: 402. 403: attorney colloquy/objections should be removed. | |
| | | | | | | | | | | | 66:2-5: 402, 403: This is attorney commentary, not evidence. | |
| | | | | | | | | | | | 66:6-9: 402. 403: attorney colloquy/objections should be removed. | |
| | | | | | | | | | | | 66:22-23: 402. 403: attorney colloquy/objections should be removed. | |
| | | | | | | | | | | | 67:7-8: 402. 403: attorney colloquy/objections should be removed. | |

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| | | | | | | | | | | | 67:12-21: 402, 403, F: the question "we don't have it" is again attorney statement, not evidence". The designation also includes attorney objections which should be removed. | |
| 79 | 25 | 80 | 2 | | | | | | | | | |
| 80 | 17 | 81 | 5 | | | | | | | | | |
| 81 | 6 | 81 | 23 | | | | | | | | | |
| 83 | 16 | 83 | 17 | | | | | | | | | |
| 83 | 19 | 84 | 8 | | | | | | | | | |
| 85 | 2 | 85 | 6 | | | | | | | | | |
| 85 | 12 | 85 | 15 | | | | | | | | | |
| 85 | 18 | 86 | 13 | | | | | | | | | |
| 86 | 15 | 86 | 21 | | | | | | | | | |
| 86 | 25 | 87 | 8 | | | | | | | | | |
| 93 | 20 | 93 | 25 | | | | 93 | 17 | 93 | 19 | | |
| 94 | 3 | 94 | 4 | | | | 94 | 6 | 94 | 14 | 94:9-11: 402., 403: attorney colloquy/objections should be removed. | |
| 94 | 21 | 95 | 4 | | | | | | | | | |
| 120 | 15 | 121 | 1 | | | | | | | | | |
| 121 | 5 | 121 | 13 | | | | | | | | | |
| 121 | 24 | 122 | 6 | | | | | | | | | |
| 122 | 7 | 122 | 21 | | | | | | | | | |
| 123 | 3 | 123 | 20 | | | | | | | | | |
| 126 | 8 | 127 | 10 | | | | 170 | 3 | 171 | 3 | | |
| | | | | | | | 173 | 22 | 175 | 23 | | |
| | | | | | | | 176 | 7 | 176 | 21 | | |
| | | | | | | | 177 | 5 | 177 | 11 | | |
| | | | | | | | 177 | 16 | 178 | 2 | | |
| 127 | 17 | 127 | 22 | | | | | | | | | |
| 128 | 5 | 128 | 9 | | | | | | | | | |
| 140 | 25 | 141 | 10 | Lack of foundation | Mr. LaSalle can testify from personal knowledge about who he had contact with at Disney. The objection that this testimony lacks foundation is frivolous. | | | | | | | |
| 149 | 23 | 152 | 16 | Lack of Foundation | 149:23-150:18: Mr. LaSalle can testify as to his personal understanding of Mr. Hendrickson's position. That he cannot offer the testimony with 100% certainty does not mean he lacks foundation for it. | | | | | | | |
| | | | | | 150:19-151:1: In context, Mr. LaSalle is testifying to his understanding about an email he received. This is sufficient foundation that he has personal knowledge of the matter under FRE 602. | | | | | | | |

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| | | | | | 151:1-15: Mr. LaSalle is testifying from his personal knowledge about whether he was in the final stages of acquiring the MOVA assets. This is sufficient foundation under FRE 602. | | | | | | | |
| | | | | | 151:16-152:10: Mr. LaSalle is testifying from his personal knowledge about whether there was a further discussion with Mr. Hendrickson following this email. This is sufficient foundation under FRE 602. | | | | | | | |
| | | | | | 152:11-16: Mr. LaSalle personally received this phone invitation. This is sufficient foundation under FRE 602. | | | | | | | |
| 152 | 18 | 153 | 4 | | | | | | | | | |
| 154 | 10 | 155 | 11 | | | | | | | | | |
| 167 | 21 | 168 | 16 | | | | | | | | | |
| 168 | 20 | 169 | 2 | | | | | | | | | |
| 169 | 5 | 170 | 2 | | | | | | | | | |
| **Greg LaSalle (DD3 30(b)(6)) – February 14, 2023** | | | | | | | | | | | | |
| 9 | 15 | 9 | 18 | | | | | | | | | |
| 9 | 22 | 10 | 1 | | | | | | | | | |
| 17 | 7 | 17 | 14 | | | | | | | | | |
| 17 | 16 | 18 | 9 | | | | | | | | | |
| 18 | 13 | 18 | 17 | | | | | | | | | |
| 20 | 15 | 20 | 17 | | | | | | | | | |
| 20 | 19 | 20 | 19 | | | | | | | | | |
| 20 | 21 | 20 | 24 | | | | | | | | | |
| **Greg LaSalle SHST Trial Testimony – December 5, 2016** | | | | | | | | | | | | |
| 38 | 12 | 38 | 15 | | | | | | | | | |
| 41 | 19 | 42 | 11 | | | | | | | | | |
| 42 | 14 | 43 | 12 | FRE 402, 403 | Relevant to show why Perlman covered LaSalle's salary and helped him acquire MOVA for LaSalle's benefit. Rebuts Perlman's testimony that he was acting purely in Rearden's business interest. Explains Perlman's motives. Admitted without objection in SHST trial. | | | | | | | |
| 44 | 7 | 44 | 14 | FRE 402, 403 | Relevant to show why Perlman covered LaSalle's salary and helped him acquire MOVA for LaSalle's benefit. Rebuts Perlman's testimony that he was acting purely in Rearden's business interest. Explains Perlman's motives in pursuing litigation. Admitted without objection in SHST trial. | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.
4:17-cv-04006-JST-SK
**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 45 | 7 | 45 | 24 | FRE 402, 403 | Relevant to show why Perlman covered LaSalle's salary and helped him acquire MOVA for LaSalle's benefit. Rebuts Perlman's testimony that he was acting purely in Rearden's business interest. Explains Perlman's motives. Admitted without objection in SHST trial. | | | | | | | |
| 46 | 17 | 46 | 19 | FRE 402, 403 | Relevant to show why Perlman covered LaSalle's salary and helped him acquire MOVA for LaSalle's benefit. Rebuts Perlman's testimony that he was acting purely in Rearden's business interest. Explains Perlman's motives. Admitted without objection in SHST trial. | | | | | | | |
| 46 | 22 | 47 | 5 | FRE 402, 403 | Relevant to show why Perlman covered LaSalle's salary and helped him acquire MOVA for LaSalle's benefit. Rebuts Perlman's testimony that he was acting purely in Rearden's business interest. Explains Perlman's motives. Admitted without objection in SHST trial. | | | | | | | |
| 47 | 21 | 47 | 23 | FRE 402, 403 | Relevant to show why Perlman covered LaSalle's salary and helped him acquire MOVA for LaSalle's benefit. Rebuts Perlman's testimony that he was acting purely in Rearden's business interest. Explains Perlman's motives. Admitted without objection in SHST trial. | | | | | | | |
| 48 | 3 | 48 | 14 | FRE 402, 403 | Relevant to show why Perlman covered LaSalle's salary and helped him acquire MOVA for LaSalle's benefit. Rebuts Perlman's testimony that he was acting purely in Rearden's business interest. Explains Perlman's motives. Admitted without objection in SHST trial. | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.
4:17-cv-04006-JST-SK
**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 49 | 4 | 49 | 13 | FRE 402, 403 | Relevant to show why Perlman covered LaSalle's salary and helped him acquire MOVA for LaSalle's benefit. Rebuts Perlman's testimony that he was acting purely in Rearden's business interest. Explains Perlman's motives. Admitted without objection in SHST trial. | | 49 | 14 | 49 | 24 | | |
| 50 | 6 | 50 | 17 | FRE 402, 403 | Relevant to show why Perlman covered LaSalle's salary and helped him acquire MOVA for LaSalle's benefit. Rebuts Perlman's testimony that he was acting purely in Rearden's business interest. Explains Perlman's motives. Admitted without objection in SHST trial. | | | | | | | |
| 50 | 20 | 50 | 21 | FRE 402, 403 | Relevant to show why Perlman covered LaSalle's salary and helped him acquire MOVA for LaSalle's benefit. Rebuts Perlman's testimony that he was acting purely in Rearden's business interest. Explains Perlman's motives. Admitted without objection in SHST trial. | | | | | | | |
| 53 | 20 | 54 | 8 | | | | | | | | | |
| 54 | 14 | 55 | 23 | FRE 402, 403 | Relevant to show why Perlman covered LaSalle's salary and helped him acquire MOVA for LaSalle's benefit. Relevant background about LaSalle's employment history with Rearden. Admitted without objection in SHST trial. | | | | | | | |
| 56 | 18 | 56 | 23 | FRE 402, 403 | Relevant to show why Perlman covered LaSalle's salary and helped him acquire MOVA for LaSalle's benefit. Rebuts Perlman's testimony that he was acting purely in Rearden's business interest. Explains Perlman's motives. Admitted without objection in SHST trial. | | | | | | | |
| 57 | 17 | 57 | 20 | | | | 57 | 21 | 58 | 10 | | |
| 58 | 11 | 58 | 13 | | | | | | | | | |
| 58 | 20 | 58 | 23 | | | | | | | | | |
| 59 | 7 | 60 | 4 | | | | 60 | 5 | 60 | 10 | | |

**Rearden LLC et al. v. Walt Disney Pictures et al.**

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 61 | 7 | 61 | 8 | | | | 61 | 9 | 61 | 10 | | |
| 61 | 11 | 61 | 17 | | | | | | | | | |
| 62 | 16 | 62 | 22 | | | | 62 | 23 | 62 | 25 | | |
| 64 | 16 | 65 | 3 | | | | | | | | | |
| 65 | 13 | 65 | 21 | | | | 65 | 24 | 66 | 1 | | |
| 66 | 2 | 66 | 7 | | | | | | | | | |
| 66 | 20 | 67 | 11 | | | | | | | | | |
| 67 | 17 | 68 | 2 | | | | 68 | 3 | 68 | 6 | | |
| 68 | 16 | 68 | 18 | | | | 68 | 19 | 69 | 6 | | |
| 69 | 9 | 69 | 22 | | | | 69 | 23 | 70 | 23 | | |
| | | | | | | | 71 | 19 | 73 | 24 | | |
| 74 | 18 | 75 | 1 | | | | 75 | 2 | 75 | 5 | | |
| 76 | 8 | 77 | 2 | | | | 77 | 3 | 77 | 8 | | |
| 82 | 25 | 86 | 12 | Foundation, speculation, hearsay, leading | Undifferentiated objections. Rearden's undifferentiated objections to this block of testimony are unclear and should be rejected on that basis. No lack of foundation/speculation: Mr. LaSalle was asked about his personal knowledge of whether motion capture work was occurring at Rearden, and what he personally knew, heard, or did related to DIDO and Perlman's plans for MOVA, so the testimony has adequate foundation under FRE 602. Not hearsay: Mr. LaSalle's statements about what Mr. Perlman told him reflect statements of a party opponent that are not hearsay. FRE 801(d)(2). Not leading. The questions are not leading, | | | | | | | |
| 86 | 15 | 86 | 21 | | | | | | | | | |
| 86 | 25 | 87 | 2 | | | | | | | | | |
| 88 | 6 | 89 | 11 | | | | | | | | | |
| 89 | 19 | 91 | 12 | | | | | | | | | |
| 91 | 23 | 92 | 13 | | | | 92 | 14 | 92 | 15 | | |
| 92 | 16 | 93 | 3 | | | | | | | | | |
| 93 | 8 | 94 | 6 | | | | | | | | | |
| 94 | 15 | 94 | 19 | | | | 94 | 29 | 95 | 9 | | |
| 96 | 6 | 96 | 13 | | | | | | | | | |
| 98 | 15 | 98 | 24 | | | | | | | | | |
| 99 | 4 | 100 | 3 | | | | | | | | | |
| 100 | 11 | 100 | 14 | | | | | | | | | |
| 100 | 21 | 101 | 14 | | | | 101 | 15 | 101 | 16 | | |
| 101 | 17 | 102 | 4 | | | | | | | | | |
| 102 | 12 | 103 | 4 | | | | 13 | 11 | 103 | 18 | | |
| 103 | 19 | 103 | 25 | | | | | | | | | |
| 104 | 7 | 104 | 22 | | | | 106 | 8 | 108 | 9 | | |
| 110 | 2 | 110 | 8 | | | | 109 | 15 | 110 | 1 | | |
| 110 | 11 | 110 | 12 | | | | 111 | 2 | 112 | 7 | | |
| 113 | 12 | 113 | 14 | | | | 113 | 15 | 113 | 19 | | |
| 113 | 20 | 114 | 1 | | | | | | | | | |
| 114 | 13 | 115 | 1 | | | | | | | | | |
| 116 | 22 | 117 | 17 | | | | | | | | | |
| 117 | 24 | 118 | 12 | | | | 118 | 13 | 118 | 15 | | |
| 118 | 16 | 118 | 23 | | | | | | | | | |
| 119 | 16 | 120 | 7 | | | | 120 | 14 | 121 | 1 | | |
| 123 | 14 | 123 | 22 | | | | 122 | 22 | 123 | 7 | | |
| 124 | 20 | 124 | 25 | | | | 124 | 11 | 124 | 16 | | |
| 125 | 3 | 125 | 5 | | | | | | | | | |
| 125 | 17 | 125 | 25 | | | | | | | | | |
| 126 | 13 | 126 | 15 | | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 128 | 6 | 128 | 21 | | | | 128 | 22 | 129 | 14 | | |
| 130 | 7 | 130 | 13 | | | | | | | | | |
| 137 | 3 | 137 | 15 | | | | | | | | | |
| 140 | 6 | 141 | 16 | | | | | | | | | |
| 141 | 19 | 143 | 8 | | | | | | | | | |
| 147 | 9 | 148 | 7 | | | | | | | | | |
| 151 | 22 | 152 | 13 | | | | 150 | 10 | 151 | 14 | | |
| 152 | 22 | 153 | 5 | Hearsay | Not offered for a hearsay purpose but to show effect on listener; additionally, testimony about what Ms. Ievers and Mr. Perlman said are statements of a party opponent that may be offered for the truth. FRE 801(d)(2). This testimony was admitted without objection in the SHST trial. | | | | | | | |
| 153 | 8 | 153 | 17 | Hearsay | Not offered for a hearsay purpose but to show effect on listener; additionally, testimony about what Ms. Ievers and Mr. Perlman said are statements of a party opponent that may be offered for the truth. FRE 801(d)(2). This testimony was admitted without objection in the SHST trial. | | 153 | 18 | 153 | 21 | | |
| 153 | 23 | 154 | 8 | Hearsay | Not offered for a hearsay purpose but to show effect on listener; additionally, testimony about what Ms. Ievers and Mr. Perlman said are statements of a party opponent that may be offered for the truth. FRE 801(d)(2). This testimony was admitted without objection in the SHST trial. | | | | | | | |
| 154 | 12 | 155 | 9 | | | | | | | | | |
| 156 | 5 | 156 | 10 | | | | | | | | | |
| 157 | 3 | 158 | 20 | | | | 158 | 23 | 159 | 14 | | |
| | | | | | | | 161 | 21 | 162 | 3 | | |
| | | | | | | | 162 | 20 | 163 | 13 | | |
| 165 | 6 | 166 | 5 | | | | 166 | 6 | 166 | 21 | | |
| 166 | 22 | 167 | 2 | | | | 167 | 10 | 170 | 15 | | |
| 172 | 2 | 172 | 4 | | | | | | | | | |
| 172 | 20 | 173 | 12 | | | | | | | | | |
| 176 | 10 | 176 | 20 | | | | | | | | | |
| 181 | 15 | 181 | 21 | | | | | | | | | |
| 187 | 9 | 187 | 22 | | | | | | | | | |
| 188 | 4 | 188 | 6 | | | | | | | | | |
| 188 | 9 | 188 | 12 | | | | | | | | | |
| 188 | 19 | 189 | 2 | | | | | | | | | |
| 189 | 9 | 189 | 15 | | | | 189 | 16 | 189 | 19 | | |
| 189 | 20 | 189 | 22 | | | | | | | | | |
| 192 | 21 | 193 | 5 | | | | | | | | | |
| 193 | 10 | 193 | 12 | | | | | | | | | |
| 193 | 16 | 193 | 22 | | | | | | | | | |
| 195 | 4 | 195 | 8 | | | | | | | | | |
| **Greg LaSalle SHST Trial Testimony December 6, 2016** | | | | | | | | | | | | |
| | | | | | | | 192 | 21 | 193 | 22 | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| | | | | | | | 194 | 20 | 195 | 8 | | |
| | | | | | | | 198 | 23 | 199 | 25 | | |
| | | | | | | | 200 | 11 | 201 | 5 | | |
| | | | | | | | 201 | 25 | 203 | 13 | | |
| | | | | | | | 204 | 4 | 204 | 18 | | |
| | | | | | | | 204 | 25 | 205 | 15 | | |
| | | | | | | | 206 | 3 | 207 | 2 | | |
| | | | | | | | 207 | 22 | 208 | 2 | | |
| | | | | | | | 208 | 9 | 209 | 4 | | |
| 236 | 21 | 237 | 23 | | | | | | | | | |
| | | | | | | | 237 | 24 | 238 | 4 | | |
| | | | | | | | 238 | 11 | 239 | 5 | | |
| | | | | | | | 240 | 23 | 241 | 2 | | |
| | | | | | | | 241 | 14 | 242 | 15 | | |
| | | | | | | | 243 | 11 | 243 | 17 | | |
| | | | | | | | 244 | 2 | 244 | 16 | | |
| | | | | | | | 245 | 22 | 246 | 18 | | |
| | | | | | | | 247 | 24 | 248 | 14 | | |
| | | | | | | | 248 | 21 | 248 | 24 | | |
| | | | | | | | 251 | 24 | 252 | 10 | | |
| | | | | | | | 253 | 2 | 253 | 22 | | |
| | | | | | | | 253 | 23 | 256 | 11 | | |
| | | | | | | | 256 | 24 | 257 | 8 | | |
| | | | | | | | 257 | 18 | 258 | 15 | | |

| Gary Lauder (SHST Trial Testimony) – December 12, 2016 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 394 | 13 | 394 | 15 | | | | | | | | |
| 395 | 15 | 395 | 18 | | | | | | | | |
| 395 | 22 | 395 | 24 | | | | | | | | |
| 396 | 2 | 396 | 14 | | | | | | | | |
| 396 | 25 | 398 | 23 | | | | | | | | |
| 400 | 13 | 401 | 25 | | | | | | | | |
| 402 | 18 | 403 | 7 | | | | | | | | |
| 403 | 16 | 404 | 2 | | | | | | | | |
| 404 | 11 | 405 | 6 | | | 405 | 7 | 405 | 11 | | |
| 405 | 12 | 405 | 17 | | | 405 | 18 | 405 | 23 | | |
| 405 | 24 | 406 | 9 | | | | | | | | |
| 406 | 13 | 406 | 20 | | | | | | | | |
| 406 | 23 | 406 | 24 | | | | | | | | |
| 407 | 2 | 407 | 4 | | | | | | | | |
| 407 | 7 | 408 | 10 | | | | | | | | |
| 409 | 12 | 410 | 20 | | | | | | | | |
| 411 | 3 | 411 | 20 | | | 412 | 15 | 413 | 4 | | |
| 413 | 12 | 414 | 4 | | | | | | | | |
| Gary Lauder – February 13, 2023 | | | | | | | | | | | |
| 8 | 14 | 8 | 19 | | | | | | | | |
| 8 | 25 | 9 | 4 | | | | | | | | |
| 14 | 24 | 15 | 16 | | | | | | | | |
| 18 | 11 | 19 | 18 | | | | | | | | |
| 25 | 12 | 25 | 16 | | | | | | | | |
| 31 | 9 | 31 | 21 | | | | | | | | |
| 33 | 24 | 34 | 5 | | | | | | | | |
| 34 | 12 | 34 | 14 | | | | | | | | |
| 52 | 22 | 53 | 5 | | | | | | | | |
| 57 | 23 | 58 | 10 | | | | | | | | |
| 60 | 5 | 61 | 1 | | | 61 | 2 | 61 | 10 | | |
| 61 | 2 | 61 | 5 | | | | | | | | |
| 61 | 7 | 62 | 3 | | | | | | | | |
| 62 | 5 | 62 | 9 | | | | | | | | |
| 63 | 12 | 63 | 20 | | | | | | | | |
| 64 | 20 | 66 | 11 | | | | | | | | |
| 68 | 6 | 69 | 9 | | | | | | | | |
| 69 | 14 | 70 | 4 | | | | | | | | |
| 70 | 6 | 70 | 17 | | | | | | | | |
| 72 | 6 | 72 | 18 | | | | | | | | |
| 73 | 4 | 73 | 6 | | | | | | | | |
| 73 | 8 | 73 | 9 | | | | | | | | |
| 73 | 15 | 73 | 16 | | | | | | | | |
| 74 | 1 | 74 | 5 | | | | | | | | |
| 75 | 8 | 75 | 22 | | | | | | | | |
| 80 | 5 | 80 | 14 | | | | | | | | |
| 80 | 16 | 80 | 23 | | | | | | | | |
| 80 | 25 | 81 | 1 | | | | | | | | |
| 93 | 9 | 93 | 15 | | | | | | | | |
| 95 | 17 | 96 | 16 | | | | | | | | |
| 96 | 20 | 96 | 23 | | | | | | | | |
| 97 | 4 | 97 | 7 | | | | | | | | |
| 99 | 3 | 100 | 24 | | | | | | | | |
| 104 | 4 | 104 | 9 | | | | | | | | |
| 104 | 21 | 105 | 11 | | | | | | | | |
| 105 | 18 | 107 | 1 | | | | | | | | |
| 107 | 9 | 108 | 2 | | | | | | | | |
| 108 | 6 | 108 | 18 | | | | | | | | |
| 110 | 19 | 111 | 4 | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 | 9 | 111 | 12 | | | | | | | | |
| 111 | 19 | 112 | 4 | | | | | | | | |
| 112 | 17 | 114 | 21 | | | | | | | | |
| 116 | 15 | 116 | 16 | | | | | | | | |
| 116 | 23 | 117 | 2 | | | | | | | | |
| 117 | 23 | 118 | 13 | | | | | | | | |
| 119 | 2 | 119 | 6 | | | | | | | | |
| 119 | 8 | 121 | 13 | | | | | | | | |
| 121 | 15 | 121 | 15 | | | | | | | | |
| 130 | 2 | 130 | 8 | | | | | | | | |
| 130 | 14 | 131 | 17 | | | | | | | | |
| 132 | 18 | 133 | 1 | | | | | | | | |
| 133 | 7 | 133 | 11 | | | | | | | | |
| 133 | 13 | 133 | 25 | | | | | | | | |
| 134 | 2 | 134 | 2 | | | | | | | | |
| 135 | 24 | 136 | 9 | | | | | | | | |
| 136 | 15 | 136 | 15 | | | | | | | | |
| 136 | 16 | 136 | 19 | | | | | | | | |
| 137 | 5 | 137 | 22 | | | | | | | | |
| 141 | 7 | 141 | 8 | | | | | | | | |
| 144 | 11 | 145 | 10 | | | | | | | | |
| 145 | 17 | 146 | 1 | | | | | | | | |
| 146 | 5 | 146 | 16 | | | | | | | | |
| 147 | 12 | 147 | 15 | | | | | | | | |
| 147 | 24 | 148 | 4 | | | | | | | | |
| 152 | 24 | 154 | 2 | | | | | | | | |
| 155 | 13 | 155 | 20 | | | | | | | | |
| 157 | 7 | 157 | 25 | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Kevin Mayer – Feburary 10, 2023 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 9 | 7 | 9 | 13 | | | | | | | | |
| 9 | 19 | 9 | 22 | | | | | | | | |
| 16 | 17 | 17 | 4 | | | | | | | | |
| 17 | 23 | 18 | 1 | | | | | | | | |
| 18 | 2 | 18 | 17 | | | | | | | | |
| 26 | 21 | 27 | 10 | | | | | | | | |
| 32 | 16 | 33 | 2 | | | | | | | | |
| 39 | 5 | 39 | 9 | | | | | | | | |
| 40 | 23 | 41 | 21 | | | | | | | | |
| 50 | 21 | 51 | 8 | | | | | | | | |
| 51 | 16 | 51 | 24 | | | 52 | 7 | 54 | 1 | | |
| 54 | 3 | 54 | 5 | | | | | | | | |
| 54 | 7 | 54 | 8 | | | | | | | | |
| 59 | 16 | 59 | 20 | | | | | | | | |
| 62 | 5 | 62 | 20 | | | 62 | 21 | 63 | 5 | | |
| 63 | 18 | 64 | 14 | | | | | | | | |
| 76 | 6 | 76 | 11 | | | | | | | | |
| 77 | 9 | 77 | 25 | | | | | | | | |
| 78 | 13 | 79 | 8 | | | | | | | | |
| 79 | 9 | 79 | 16 | | | 79 | 17 | 80 | 12 | | |
| 80 | 13 | 81 | 10 | | | | | | | | |
| 86 | 3 | 87 | 10 | | | | | | | | |
| 87 | 17 | 87 | 20 | | | | | | | | |
| 87 | 22 | 89 | 4 | | | | | | | | |
| 90 | 21 | 91 | 3 | | | | | | | | |
| 91 | 7 | 92 | 3 | | | | | | | | |
| 92 | 5 | 92 | 6 | | | | | | | | |
| 93 | 3 | 94 | 8 | | | | | | | | |
| 97 | 19 | 99 | 9 | | | | | | | | |
| 99 | 18 | 100 | 4 | | | | | | | | |
| 100 | 9 | 100 | 17 | | | | | | | | |
| 100 | 21 | 100 | 23 | | | | | | | | |
| 102 | 7 | 102 | 19 | | | | | | | | |
| 102 | 25 | 103 | 2 | | | | | | | | |
| 103 | 9 | 103 | 23 | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.
4:17-cv-04006-JST-SK
**Defendant's Revised Designations**

| Alberto Menache – June 22, 2023 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | Mr. Menache is not an officer, direcor, managing agent or designee of Rearden, and will testify live at trial. On that basis, Rearden objects to all of the following designations as hearsay. | | | Page Start | Line Start | Page End | Line End | | |
| 9 | 21 | 9 | 24 | | | | | | | | | |
| 19 | 14 | 19 | 18 | | | | | | | | | |
| 19 | 23 | 20 | 1 | | | | | | | | | |
| 25 | 9 | 27 | 9 | | | | | | | | | |
| 34 | 10 | 36 | 25 | | | | | | | | | |
| 38 | 13 | 38 | 16 | | | | | | | | | |
| 38 | 19 | 38 | 19 | | | | | | | | | |
| 38 | 22 | 40 | 5 | | | | | | | | | |
| 42 | 12 | 42 | 16 | Lacks foundation, speculation | Mr. Menache has foundation to say whether or not he is disputing on of the conclusions reached by Dr. Lane. Additionally, his testimony that it is "certainly possible" that it took 169,000 hours of non-MOVA time to create the Beast is well-founded in Mr. Menache's years of experience working with CG character animation pipelines. | | | | | | | |
| 42 | 19 | 42 | 25 | | | | | | | | | |
| 48 | 10 | 48 | 15 | | | | | | | | | |
| 48 | 20 | 50 | 17 | | | | | | | | | |
| 50 | 20 | 52 | 17 | | | | | | | | | |
| 53 | 15 | 54 | 5 | | | | | | | | | |
| 54 | 12 | 55 | 24 | Lacks foundation, speculation | 54:12-15: Mr. Menache has foundation to explain what his expert opinions do and do not cover. | | | | | | | |
| | | | | | 54:16-17: Mr. Menache is an expert in facial motion capture and offers opinions on MOVA's capabilities. He absolutely has foundation to testify about what MOVA software code does and does not do. | | | | | | | |
| | | | | | 55:18-24: Mr. Menache is an expert in CG chracter animation and has foundation to testify as to whether it would be consistent with common practice to use many other types of software to create the Beast. | | | | | | | |
| 56 | 2 | 57 | 8 | Lacks foundation, speculation | 56:2-20: Mr. Menache is an expert in CG character animation and has foundation to testify as to whether it would be consistent with common practice to use many other types of software to create the Beast. | | | | | | | |
| | | | | | 56:21-57:8: Mr. Menache is an expert in CG cahracter animation and has foundation to testify as to steps typically taken in the animation pipeline and whether those steps would use MOVA. | | | | | | | |
| 57 | 22 | 58 | 15 | | | | | | | | | |
| 67 | 25 | 72 | 14 | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | 10 | 91 | 14 | | | | 91 | 15 | 91 | 20 | | |
| 91 | 21 | 92 | 3 | | | | | | | | | |
| 155 | 2 | 155 | 25 | | | | | | | | | |
| 170 | 15 | 170 | 21 | | | | 170 | 22 | 171 | 5 | | |
| 202 | 23 | 203 | 1 | | | | 203 | 2 | 203 | 11 | | |
| 207 | 6 | 207 | 24 | | | | | | | | | |
| 207 | 25 | 207 | 25 | | | | | | | | | |
| 208 | 10 | 208 | 11 | | | | | | | | | |
| 208 | 17 | 210 | 2 | | | | 210 | 8 | 211 | 12 | | |
| 211 | 13 | 212 | 3 | | | | | | | | | |
| 212 | 11 | 214 | 3 | | | | 214 | 4 | 214 | 22 | Speculation, lack of foundation, 702, SCRIPTS, outside the scope of the expert report. Menache's claim that FACS blendshapes created by MOVA were used in the facial model for the Beast for hand animation is excluded by the SCRIPTS ruling, lacks foundation, and expresses opinions outside the scope of Menache's expert reports. Menache did not offer an opinion in any of his reports as to whether blendshapes were used to animate the Beast, and had no foundation to do so because he did not review documents or testimony about how the Beast was created. Additionally, a FACS blendshape is created using a Maya script and the Court has excluded scripts. See Menache Depo Tr. at 45:6-11, 153:10-13, 153:22-154:16, 190:16-19, 214:23-215:5 (confirming a Maya script is what creates the blendshape from a FACS (facial expressions) captured by MOVA); Id. at 200:18-201:15 (admitting he did not describe MOVA's use for blendshapes in his opening report); Id. at 345:6-9 (admitting he did not discussed how Maya scripts were used in BATB in his rebuttal report); Id.a t 223:23-25, 224:5-7, 227:3-14 (admitting he does not know how DD3 built the facial model of the Beast that he claims would have included FACs blendshapes creates by Maya scripts). | |
| 217 | 5 | 217 | 9 | | | | | | | | | |
| 217 | 15 | 217 | 23 | | | | 217 | 24 | 218 | 1 | | |
| 218 | 2 | 218 | 9 | | | | | | | | | |
| 218 | 16 | 220 | 18 | | | | | | | | | |
| 221 | 17 | 221 | 24 | | | | | | | | | |
| 222 | 22 | 223 | 18 | | | | 223 | 19 | 223 | 22 | Speculation, lack of foundation, 702, SCRIPTS, outside the scope of the expert report. Menache's claim that FACS blendshapes created by MOVA were used in the facial model for the Beast for hand animation is excluded by the SCRIPTS ruling, lacks foundation, and expresses opinions outside the scope of Menache's expert reports. Menache did not offer an opinion in any of his reports as to whether blendshapes were used to animate the Beast, and had no foundation to do so because he did not review documents or testimony about how the Beast was created. Additionally, a FACS blendshape is created using a Maya script and the Court has excluded scripts. See Menache Depo Tr. at 45:6-11, 153:10-13, 153:22-154:16, 190:16-19, 214:23-215:5 (confirming a Maya script is what creates the blendshape from a FACS (facial expressions) captured by MOVA); Id. at 200:18-201:15 (admitting he did not describe MOVA's use for blendshapes in his opening report); Id. at 345:6-9 (admitting he did not discussed how Maya scripts were used in BATB in his rebuttal report); Id.a t 223:23-25, 224:5-7, 227:3-14 (admitting he does not know how DD3 built the facial model of the Beast that he claims would have included FACs blendshapes creates by Maya scripts). | |
| 228 | 13 | 228 | 24 | | | | | | | | | |
| 242 | 25 | 243 | 14 | | | | | | | | | |
| 244 | 10 | 244 | 15 | | | | | | | | | |
| 244 | 25 | 245 | 22 | | | | 245 | 23 | 246 | 15 | | |
| 246 | 16 | 246 | 23 | | | | 246 | 24 | 247 | 7 | | |
| 253 | 6 | 254 | 5 | | | | 254 | 6 | 254 | 14 | | |
| 254 | 15 | 254 | 20 | | | | | | | | | |
| 265 | 7 | 265 | 18 | | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Gayle Munro – March 10, 2023 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 16 | 16 | 16 | 24 | | | | | | | | |
| 16 | 25 | 17 | 2 | | | | | | | | |
| 18 | 12 | 18 | 25 | | | | | | | | |
| 160 | 1 | 160 | 3 | | | | | | | | |
| 160 | 6 | 160 | 7 | | | | | | | | |
| 190 | 11 | 190 | 24 | | | | | | | | |
| 191 | 17 | 193 | 13 | | | | | | | | |
| 237 | 19 | 238 | 2 | | | | | | | | |
| 238 | 4 | 238 | 11 | | | | | | | | |
| 238 | 14 | 238 | 17 | | | | | | | | |
| 238 | 19 | 238 | 21 | | | | | | | | |

**Rearden LLC et al. v. Walt Disney Pictures et al.**

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Ken Pearce – March 6, 2020 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 6 | 11 | 6 | 14 | | | | | | | | |
| 16 | 9 | 17 | 4 | | | | | | | | |
| 152 | 4 | 152 | 5 | | | | | | | | |
| 152 | 8 | 152 | 16 | | | | | | | | |
| 168 | 18 | 168 | 22 | | | | | | | | |
| 168 | 24 | 169 | 2 | | | | | | | | |
| 169 | 25 | 170 | 5 | | | | | | | | |
| 170 | 7 | 171 | 4 | | | | | | | | |
| 171 | 6 | 171 | 7 | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Steve Perlman – March 6, 2023 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 10 | 3 | 10 | 14 | | | | | | | | |
| 10 | 19 | 10 | 23 | | | | | | | | |
| 11 | 8 | 11 | 20 | | | 11 | 21 | 11 | 23 | | |
| 12 | 6 | 12 | 9 | | | | | | | | |
| 13 | 6 | 13 | 21 | | | 13 | 22 | 13 | 24 | | |
| 13 | 25 | 15 | 6 | | | | | | | | |
| 15 | 17 | 16 | 1 | | | | | | | | |
| 20 | 21 | 21 | 20 | | | | | | | | |
| 22 | 11 | 22 | 19 | | | | | | | | |
| 24 | 7 | 24 | 13 | | | | | | | | |
| 24 | 16 | 25 | 1 | | | 25 | 23 | 28 | 21 | | |
| 26 | 15 | 26 | 18 | | | | | | | | |
| 28 | 12 | 28 | 15 | | | | | | | | |
| 28 | 22 | 28 | 25 | | | | | | | | |
| 30 | 8 | 30 | 21 | | | | | | | | |
| 32 | 21 | 33 | 8 | | | | | | | | |
| 42 | 2 | 42 | 12 | | | | | | | | |
| 45 | 10 | 46 | 2 | | | | | | | | |
| 47 | 16 | 48 | 1 | | | | | | | | |
| 48 | 6 | 48 | 8 | | | | | | | | |
| 48 | 11 | 49 | 25 | | | | | | | | |
| 50 | 2 | 50 | 16 | | | | | | | | |
| 51 | 23 | 52 | 3 | | | | | | | | |
| 53 | 15 | 53 | 19 | | | | | | | | |
| 54 | 8 | 55 | 11 | | | | | | | | |
| 57 | 15 | 57 | 19 | | | | | | | | |
| 64 | 19 | 65 | 7 | | | 65 | 8 | 65 | 25 | | |
| 76 | 15 | 77 | 10 | | | | | | | | |
| 82 | 6 | 82 | 9 | | | | | | | | |
| 83 | 19 | 84 | 13 | | | | | | | | |
| 84 | 20 | 85 | 3 | | | 85 | 4 | 85 | 7 | | |
| 85 | 8 | 85 | 24 | | | 85 | 25 | 86 | 4 | | |
| 86 | 5 | 86 | 9 | | | 86 | 10 | 87 | 14 | | |
| 88 | 18 | 88 | 22 | | | | | | | | |
| 89 | 5 | 89 | 25 | | | | | | | | |
| 91 | 6 | 91 | 11 | | | | | | | | |
| 91 | 16 | 91 | 21 | | | 91 | 22 | 92 | 25 | | |
| 93 | 1 | 93 | 24 | | | | | | | | |
| 95 | 19 | 97 | 2 | | | 97 | 3 | 97 | 13 | | |
| 97 | 16 | 97 | 20 | | | | | | | | |
| 97 | 23 | 98 | 4 | | | | | | | | |
| 98 | 11 | 99 | 8 | | | 99 | 9 | 100 | 8 | | |
| 109 | 11 | 109 | 14 | | | | | | | | |
| 110 | 2 | 111 | 3 | | | 111 | 4 | 112 | 12 | | |
| 112 | 13 | 113 | 11 | | | | | | | | |
| 115 | 13 | 116 | 10 | | | 116 | 11 | 116 | 25 | | |
| 117 | 1 | 117 | 5 | | | 117 | 6 | 117 | 11 | | |
| 117 | 12 | 118 | 2 | | | 118 | 3 | 120 | 16 | | |
| 120 | 17 | 120 | 20 | | | | | | | | |
| 120 | 22 | 121 | 13 | | | 121 | 14 | 121 | 16 | | |
| 123 | 19 | 124 | 4 | | | | | | | | |
| 125 | 3 | 125 | 16 | | | | | | | | |
| 127 | 11 | 127 | 14 | | | | | | | | |
| 128 | 22 | 129 | 9 | | | | | | | | |
| 131 | 15 | 131 | 24 | | | | | | | | |
| 135 | 18 | 136 | 11 | | | | | | | | |
| 136 | 15 | 137 | 1 | | | | | | | | |
| 137 | 10 | 137 | 20 | | | | | | | | |

**Rearden LLC et al. v. Walt Disney Pictures et al.**

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 138 | 12 | 138 | 20 | | | | | | | | |
| 143 | 14 | 144 | 24 | | | 144 | 25 | 145 | 4 | | |
| 145 | 5 | 145 | 8 | | | | | | | | |
| 156 | 5 | 156 | 12 | | | 156 | 13 | 157 | 7 | | |
| 157 | 17 | 158 | 5 | | | | | | | | |
| 158 | 11 | 159 | 5 | | | 161 | 6 | 162 | 17 | | |
| 159 | 22 | 161 | 5 | | | | | | | | |
| 163 | 20 | 164 | 24 | | | | | | | | |
| 170 | 7 | 170 | 22 | | | | | | | | |
| 171 | 10 | 172 | 16 | | | | | | | | |
| 173 | 23 | 174 | 14 | | | | | | | | |
| 174 | 22 | 175 | 8 | | | | | | | | |
| 175 | 11 | 176 | 5 | | | | | | | | |
| 177 | 12 | 177 | 23 | | | | | | | | |
| 178 | 4 | 178 | 7 | | | 178 | 8 | 181 | 18 | | |
| | | | | | | 182 | 24 | 184 | 20 | | |
| 185 | 7 | 187 | 22 | | | 187 | 23 | 189 | 2 | | |
| 189 | 3 | 189 | 5 | | | | | | | | |
| 189 | 8 | 189 | 22 | | | | | | | | |
| 198 | 23 | 199 | 18 | | | | | | | | |
| 201 | 13 | 201 | 18 | | | | | | | | |
| 202 | 17 | 203 | 2 | | | | | | | | |
| 214 | 6 | 214 | 11 | | | | | | | | |
| 223 | 23 | 224 | 13 | | | | | | | | |
| 226 | 18 | 227 | 3 | | | | | | | | |
| 227 | 7 | 228 | 5 | | | | | | | | |
| 246 | 19 | 247 | 10 | | | 247 | 11 | 248 | 8 | | |
| 257 | 11 | 257 | 16 | | | | | | | | |
| 257 | 23 | 258 | 8 | | | | | | | | |
| 258 | 16 | 259 | 19 | | | | | | | | |
| 267 | 12 | 269 | 8 | | | | | | | | |
| 269 | 11 | 269 | 16 | | | | | | | | |
| 269 | 18 | 270 | 19 | | | | | | | | |
| 270 | 25 | 272 | 4 | | | | | | | | |
| 272 | 7 | 272 | 8 | | | | | | | | |
| 273 | 11 | 273 | 19 | | | | | | | | |
| 274 | 24 | 277 | 16 | | | | | | | | |
| 278 | 6 | 278 | 10 | | | | | | | | |
| 299 | 6 | 299 | 17 | | | | | | | | |
| 299 | 21 | 300 | 11 | | | 300 | 12 | 301 | 18 | | |
| 301 | 19 | 301 | 22 | | | | | | | | |
| 302 | 6 | 302 | 8 | | | | | | | | |
| 320 | 5 | 320 | 8 | | | | | | | | |
| 320 | 15 | 321 | 11 | | | | | | | | |
| 322 | 25 | 323 | 13 | | | | | | | | |
| 323 | 24 | 324 | 7 | | | | | | | | |
| 324 | 9 | 324 | 18 | | | | | | | | |
| 325 | 17 | 326 | 6 | | | | | | | | |
| 326 | 11 | 327 | 5 | | | | | | | | |
| 327 | 8 | 328 | 5 | | | 328 | 6 | 328 | 22 | | |
| 328 | 23 | 329 | 12 | | | 329 | 13 | 330 | 12 | | |
| 333 | 5 | 333 | 12 | | | 333 | 13 | 333 | 24 | | |
| 333 | 25 | 334 | 16 | | | | | | | | |
| 335 | 10 | 335 | 18 | | | 335 | 19 | 336 | 16 | | |
| 341 | 2 | 341 | 8 | | | | | | | | |
| 342 | 16 | 342 | 25 | | | | | | | | |
| 343 | 22 | 344 | 2 | | | | | | | | |
| 344 | 14 | 344 | 17 | | | | | | | | |
| 345 | 12 | 345 | 16 | | | 345 | 17 | 345 | 20 | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 347 | 24 | 349 | 3 | | | 349 | 4 | 350 | 21 | | |
| 350 | 22 | 351 | 22 | | | | | | | | |
| 352 | 18 | 352 | 19 | | | 352 | 7 | 352 | 17 | | |
| 352 | 23 | 352 | 23 | | | | | | | | |
| 353 | 1 | 353 | 25 | | | | | | | | |
| 354 | 3 | 355 | 14 | | | | | | | | |
| 359 | 4 | 359 | 19 | | | 359 | 20 | 360 | 23 | 360:3-4: SCRIPTS: Testimony about Rearden allegedly developing retargeting software in Maya precluded by Maya Scripts Order (Dkt. 480). | |
| 360 | 24 | 361 | 12 | | | 361 | 13 | 363 | 23 | | |
| | | | | | | 364 | 13 | 366 | 7 | | |
| | | | | | | 367 | 4 | 371 | 22 | | |
| 372 | 18 | 373 | 12 | | | 373 | 13 | 373 | 14 | | |
| 375 | 12 | 376 | 11 | | | 376 | 12 | 377 | 5 | | |
| 377 | 6 | 378 | 16 | | | | | | | | |
| 378 | 23 | 379 | 14 | | | 379 | 15 | 379 | 22 | 379:15-19: MIL 1, 403: This testimony discusses the Special Master return process in the SHST v. Rearden matter. The order to DD3 to return MOVA assets, the appointment of a Special Master, and the process of DD3 returning files are not relevant but are prejudicial to Defendant and confusing to the jury. | |
| 379 | 23 | 381 | 4 | | | 381 | 5 | 381 | 11 | | |
| 381 | 12 | 381 | 15 | | | 381 | 16 | 381 | 24 | | |
| 381 | 25 | 382 | 14 | | | | | | | | |
| 397 | 19 | 398 | 10 | | | 397 | 3 | 397 | 18 | | |
| 398 | 24 | 399 | 13 | | | | | | | | |

**Rearden LLC et al. v. Walt Disney Pictures et al.**

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 406 | 8 | 406 | 21 | | | 405 | 9 | 406 | 7 | MIL 7: Testimony regarding the copyright notice allegedly affixed in the first frame of MOVA output files is not relevant, since there is no evidence Defendant ever saw such a notice, and should be excluded for reasons set forth in Defendant's motion in limine No. 7. | |
| 407 | 7 | 407 | 12 | | | | | | | | |
| 407 | 18 | 408 | 11 | | | 408 | 12 | 410 | 7 | MIL 1, 403: The testimony refers to the asset-return process, which is irrelevant, prejudicial, and involves court orders in the SHST litigation. In addition, Mr. Perlman mentions Judge Tigar by name, which is prejudicial to Defendant.<br><br>MIL 7: Testimony regarding the copyright notice allegedly affixed in the first frame of MOVA output files is not relevant, since there is no evidence Defendant ever saw such a notice, and should be | |
| 410 | 8 | 410 | 13 | | | 410 | 14 | 410 | 17 | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 411 | 5 | 411 | 11 | | | 411 | 12 | 413 | 13 | MIL 7: Testimony regarding the copyright notice allegedly affixed in the first frame of MOVA output files is not relevant, since there is no evidence Defendant ever saw such a notice, and should be excluded for reasons set forth in Defendant's motion in limine No. 7. | |
| 413 | 14 | 413 | 17 | | | | | | | | |
| 424 | 8 | 424 | 8 | | | | | | | | |
| 424 | 13 | 424 | 17 | | | | | | | | |
| 425 | 8 | 427 | 6 | | | | | | | | |
| 427 | 9 | 428 | 15 | | | | | | | | |
| 428 | 19 | 429 | 4 | | | | | | | | |
| 434 | 22 | 434 | 25 | | | | | | | | |
| 441 | 14 | 442 | 13 | | | | | | | | |
| 443 | 5 | 444 | 3 | | | | | | | | |
| 444 | 7 | 447 | 1 | | | 447 | 2 | 447 | 17 | | |
| 447 | 20 | 451 | 12 | | | | | | | | |
| 452 | 3 | 453 | 10 | | | 453 | 11 | 454 | 11 | | |
| 454 | 12 | 454 | 15 | | | | | | | | |
| 454 | 22 | 457 | 15 | | | | | | | | |
| 457 | 18 | 458 | 18 | | | 458 | 19 | 458 | 24 | | |
| 459 | 1 | 460 | 2 | | | 460 | 3 | 463 | 23 | 462:17: ATT: Attorney objection should be excluded. | |
| 464 | 1 | 464 | 12 | | | | | | | | |
| 464 | 15 | 464 | 15 | | | | | | | | |
| 466 | 2 | 466 | 22 | | | | | | | | |
| 467 | 11 | 467 | 15 | | | | | | | | |
| 468 | 2 | 469 | 2 | | | | | | | | |
| 469 | 5 | 470 | 15 | | | 470 | 16 | 471 | 16 | | |
| 474 | 3 | 474 | 16 | | | | | | | | |
| 474 | 18 | 474 | 22 | | | | | | | | |
| 474 | 24 | 475 | 5 | | | | | | | | |
| 498 | 1 | 499 | 8 | | | | | | | | |
| 499 | 13 | 499 | 22 | | | | | | | | |
| 499 | 25 | 500 | 6 | | | | | | | | |
| 500 | 10 | 500 | 19 | | | | | | | | |
| 502 | 13 | 502 | 15 | | | | | | | | |
| 502 | 19 | 503 | 5 | | | | | | | | |
| 503 | 7 | 503 | 17 | | | | | | | | |
| 503 | 20 | 503 | 24 | | | | | | | | |
| 503 | 20 | 503 | 24 | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Kelly Port – February 5, 2023 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 9 | 14 | 9 | 23 | | | | | | | | |
| 12 | 3 | 12 | 21 | | | | | | | | |
| 15 | 10 | 15 | 20 | | | | | | | | |
| 78 | 17 | 80 | 4 | | | | | | | | |
| 87 | 13 | 94 | 25 | | | | | | | | |

**Rearden LLC et al. v. Walt Disney Pictures et al.**

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Dan Stevens – February 7, 2023 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Confidentiality Designation | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 6 | 8 | 6 | 16 | | | | | | | | | |
| 9 | 1 | 9 | 2 | | Confidential | | | | | | | |
| 9 | 7 | 9 | 12 | | Confidential | | | | | | | |
| 12 | 18 | 13 | 7 | | Confidential | | | | | | | |
| 16 | 19 | 17 | 2 | | Confidential | | | | | | | |
| 34 | 4 | 36 | 4 | | | | | | | | | |
| 46 | 6 | 49 | 14 | | | | | | | | | |
| 53 | 12 | 53 | 19 | | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Mimi Steele – March 11, 2020 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Confidentiality Designation | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 7 | 10 | 7 | 14 | | | | 7 | 17 | 7 | 20 | | |
| 8 | 10 | 8 | 18 | | | | 8 | 19 | 9 | 14 | 8:20: ATT, 402, 403 - Attorney objections are not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |
| | | | | | | | | | | | 9:5-6: ATT, 402, 403 - Attorney objections are not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |
| 10 | 2 | 10 | 8 | | | | | | | | | |
| 10 | 12 | 10 | 24 | | | | | | | | | |
| 10 | 25 | 11 | 18 | | | | | | | | | |
| 11 | 20 | 11 | 24 | | | | | | | | | |
| 12 | 3 | 12 | 23 | | | | 12 | 24 | 13 | 8 | 13:3-4: ATT, 402, 403 - Attorney objections are not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |
| 13 | 12 | 13 | 13 | | | | | | | | | |
| 13 | 19 | 14 | 10 | | | | | | | | | |
| 15 | 6 | 15 | 21 | | | | | | | | | |
| 16 | 8 | 16 | 23 | | | | | | | | | |
| 17 | 2 | 18 | 7 | | | | | | | | | |
| 18 | 17 | 19 | 6 | | | | | | | | | |
| 23 | 15 | 24 | 12 | | | | | | | | | |
| 24 | 15 | 25 | 14 | | | | 25 | 19 | 27 | 4 | 25:22: ATT, 402, 403 - Attorney objections are not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Confidentiality Designation | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| | | | | | | | | | | | 27:2: ATT, 402, 403 - Attorney objections are not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |
| 27 | 5 | 27 | 10 | | | | 27 | 11 | 27 | 20 | 27:14-15: ATT, 402, 403 - Attorney objections are not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |
| 27 | 21 | 27 | 24 | | | | 27 | 25 | 28 | 21 | | |
| 91 | 7 | 92 | 2 | | | | | | | | | |
| 92 | 4 | 92 | 6 | | | | | | | | | |
| 92 | 8 | 93 | 9 | | | | 96 | 5 | 96 | 10 | | |
| 120 | 12 | 121 | 2 | | | | 121 | 23 | 122 | 13 | | |
| 124 | 4 | 124 | 20 | | | | | | | | | |
| 125 | 3 | 125 | 20 | | | | 127 | 8 | 129 | 24 | 128:17: ATT, 402, 403 - Attorney objections are not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |
| | | | | | | | | | | | 129:7-8: S, 701 - Calls for speculation, opinion testimony | |
| | | | | | | | | | | | 129:9: ATT, 402, 403 - Attorney objections are not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |
| **Mimi Steele – February 13, 2023** | | | | | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Confidentiality Designation | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 7 | 12 | 7 | 22 | | | | 10 | 24 | 11 | 15 | DOC - This testimony concerns a document (displayed on screen in the deposition video) that is not a trial exhibit and may not be published to the jury | |
| 17 | 4 | 17 | 5 | | | | | | | | | |
| 17 | 25 | 18 | 8 | | | | 18 | 14 | 18 | 20 | | |
| | | | | | | | 18 | 22 | 19 | 12 | 402, 403: Evidence of post-injunction conduct is irrelevant in light of the Court's summary judgment ruling that Defendant is not liable for any post-injunction conduct | |
| | | | | | | | | | | | 19:1: ATT, 402, 403 - Attorney objections are not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |
| 19 | 18 | 21 | 1 | | | | 21 | 2 | 21 | 2 | | |
| 22 | 13 | 23 | 11 | | | | 22 | 1 | 22 | 12 | | |
| | | | | | | | 23 | 12 | 23 | 19 | 402, 403: Evidence of post-injunction conduct is irrelevant in light of the Court's summary judgment ruling that Defendant is not liable for any post-injunction conduct | |
| | | | | | | | | | | | 23:15: ATT, 402, 403 - Attorney colloquy is not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Confidentiality Designation | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 24 | 4 | 25 | 1 | | | | 25 | 2 | 26 | 15 | 402, 403: Evidence of post-injunction conduct is irrelevant in light of the Court's summary judgment ruling that Defendant is not liable for any post-injunction conduct | |
| | | | | | | | | | | | 25:20: ATT, 402, 403 - Attorney colloquy is not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |
| | | | | | | | | | | | 25:22-26:1: ATT, 402, 403 - Attorney colloquy is not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |
| | | | | | | | | | | | 26:14: ATT, 402, 403 - Attorney colloquy is not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |
| | | | | | | | 27 | 7 | 28 | 23 | 27:20-21: ATT, 402, 403 - Attorney colloquy is not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |

**Rearden LLC et al. v. Walt Disney Pictures et al.**

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Confidentiality Designation | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| | | | | | | | | | | | 27:24-28:1: ATT, 402, 403 - Attorney colloquy is not relevant and may cause the jury to draw improper and prejudicial inferences. All objections and colloquy should be omitted | |
| 47 | 13 | 47 | 17 | | | | | | | | | |
| 47 | 20 | 47 | 23 | | | | | | | | | |
| 47 | 25 | 48 | 9 | | | | | | | | | |
| 48 | 11 | 48 | 11 | | | | | | | | | |
| 64 | 13 | 67 | 9 | | | | | | | | | |
| 67 | 10 | 67 | 21 | | Confidential | | | | | | | |
| 68 | 17 | 70 | 11 | | Confidential | | | | | | | |
| 70 | 12 | 73 | 6 | | | | | | | | | |
| 73 | 9 | 74 | 5 | | | | | | | | | |
| 80 | 13 | 81 | 23 | | | | | | | | | |
| 81 | 25 | 81 | 25 | | | | | | | | | |
| 83 | 21 | 83 | 22 | | | | | | | | | |
| 83 | 24 | 83 | 24 | | | | | | | | | |
| 84 | 1 | 84 | 2 | | | | | | | | | |
| 84 | 4 | 84 | 4 | | | | | | | | | |
| 84 | 19 | 85 | 13 | | | | | | | | | |
| 86 | 14 | 86 | 18 | | | | 86 | 19 | 87 | 10 | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Angela Tinwell – December 11, 2020 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 10 | 6 | 10 | 12 | | | | | | | | | |
| 15 | 2 | 15 | 12 | | | | 15 | 13 | 16 | 11 | | |
| | | | | | | | 17 | 24 | 18 | 12 | | |
| | | | | | | | 18 | 20 | 18 | 22 | | |
| | | | | | | | 28 | 14 | 29 | 1 | | |
| | | | | | | | 56 | 24 | 57 | 2 | | |
| | | | | | | | 71 | 19 | 72 | 7 | | |
| | | | | | | | 74 | 15 | 74 | 21 | | |
| | | | | | | | 77 | 5 | 77 | 10 | | |
| 83 | 15 | 83 | 21 | | | | | | | | | |
| 91 | 6 | 91 | 11 | | | | | | | | | |
| 91 | 24 | 92 | 9 | Calls for speculation | Ms. Tinwell is not speculating about what she personally sees the Beast communicating non-verbally. She is a purported expert on how CG characters convey human expression and is applying that expertise to what she personally sees in this scene. | | | | | | | |
| 92 | 16 | 94 | 16 | Lacks foundation, calls for speculation | 92:16-93:20: Ms. Tinwell is not speculating about what she personally sees the Beast communicating non-verbally. She is a purported expert on how CG characters convey human expression and is applying that expertise to what she personally sees in this scene. | | 94 | 17 | 94 | 18 | | |
| | | | | | 93:21-94:16: Ms. Tinwell has foundation to answer the question about whether or not she personally knows if MOVA was responsible for the qualities she is perceiving in this shot. Additionally, the Court has already ruled that Ms. Tinwell has foundation to opine as to whether MOVA enabled a human-like presentation of the Beast. Dkt. 295 at 9. Having advocated for and obtained this result, Rearden is judicially estopped from asserting otherwise. Hamilton v. State Farm Fire & Cas. Co., 270 F.3d 778, 782-783 (9th Cir. 2001). | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 102 | 24 | 104 | 25 | Calls for speculation | Ms. Tinwell has foundation to answer the question about whether or not she can tell from looking at this clip if MOVA was used to create the Beast's face. Additionally, the Court has already ruled that Ms. Tinwell has foundation to opine as to whether MOVA enabled a human-like presentation of the Beast. Dkt. 295 at 9. Having advocated for and obtained this result, Rearden is judicially estopped from asserting otherwise. Hamilton v. State Farm Fire & Cas. Co., 270 F.3d 778, 782-783 (9th Cir. 2001). | | 106 | 14 | 107 | 18 | 108, 403. The designation at 106:14-107:18 is incomprehensible and incomplete without this testimony and the playing of the video clip about which Dr. Tinwell offers the testimony. | |
| | | | | | | | | | | | 106:14-17: 108, 403. This designation is incomprehensible and incomplete without the playing of the video clip about which Dr. Tinwell offers the testimony. If Rearden offers this testimony, it should be required to play the video clip for juror comprehension and completeness. | |
| 107 | 19 | 107 | 25 | | | | | | | | | |
| 108 | 19 | 111 | 9 | | | | 111 | 10 | 112 | 15 | Foundation, speculation, 702 (b), SCRIPTS. Dr. Tinwell admits in the Q&A that follows that she does not know how this shot was created. She is speculating FACs were used. She has no factual basis for that testimony and therefore cannot offer it under 702 (b) (an expert witness may testify in the form of an opinion only if "the testimony is based on sufficient facts or data"). Additionally blendshapes from FACS are created with a Maya Script, and the Court has excluded Maya Scripts from evidence. | |

**Rearden LLC et al. v. Walt Disney Pictures et al.**

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 112 | 16 | 112 | 25 | | | | | | | | | |
| 145 | 1 | 145 | 9 | | | | | | | | | |
| 149 | 7 | 150 | 7 | | | | | | | | | |
| 258 | 13 | 258 | 25 | | | | | | | | | |
| 260 | 1 | 260 | 6 | | | | | | | | | |
| 262 | 10 | 262 | 23 | | | | | | | | | |
| 263 | 24 | 264 | 2 | Lacks foundation, calls for speculation | There is no requirement that an expert must have seen a document relevant to their field of study before they may be cross-examined about that document. | | 263 | 1 | 263 | 23 | 402, 403. Attorney colloquoy should be removed. | |
| 264 | 10 | 266 | 15 | Hearsay | 264:10-266:2: The document is not being used for its truth, but to show how critics reacted to characters created with MOVA. Whether that criticism was true is irrelevant. Additionally, the question to Ms. Tinwell is not about whether the statement in the document is true, but whether the document is describing the uncanny valley phenomenon. | | | | | | | |
| | | | | | 266:3-5: Ms. Tinwell's admission that the uncanny valley phenomenon can occur even when MOVA is used is not hearsay. | | | | | | | |
| | | | | | 266:6-15: This is not hearsay. These questions and answers relate to what Ms. Tinwell knows and understands, not the truth of what the article is saying. | | | | | | | |
| 266 | 23 | 266 | 25 | | | | | | | | | |
| 267 | 5 | 268 | 4 | Hearsay | The document is not being used for its truth, but to show how critics reacted to characters created with MOVA. Whether that criticism was true is irrelevant. Additionally the document is being used to impeach Ms. Tinwell's claim that the articles' criticisms were limited to the younger Brad Pitt. | | | | | | | |
| 270 | 19 | 271 | 13 | | | | | | | | | |
| 272 | 14 | 272 | 17 | | | | 272 | 18 | 273 | 10 | | |
| 275 | 1 | 275 | 3 | | | | | | | | | |
| 275 | 7 | 276 | 9 | | | | | | | | | |
| 277 | 2 | 277 | 8 | | | | | | | | | |
| 279 | 9 | 280 | 18 | Heasay | The document is not being used for its truth, but to show how critics reacted to characters created with MOVA. Whether that criticism was true is irrelevant. | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| 280 | 21 | 280 | 24 | | | | | | | | | |
| 281 | 6 | 281 | 17 | Hearsay | The document is not being used for its truth, but to show how critics reacted to characters created with MOVA. Whether that criticism was true is irrelevant. Additionally, the question to Ms. Tinwell is not about whether the statement in the document is true, but whether the document is describing the uncanny valley phenomenon. | | | | | | | |
| 282 | 13 | 282 | 21 | Hearsay | The document is not being used for its truth, but to show how critics reacted to characters created with MOVA. Whether that criticism was true is irrelevant. | | | | | | | |
| 283 | 1 | 283 | 5 | | | | | | | | | |
| 283 | 11 | 283 | 19 | Hearsay | The document is not being used for its truth, but to show how critics reacted to characters created with MOVA. Whether that criticism was true is irrelevant. | | | | | | | |
| 284 | 6 | 285 | 12 | Hearsay | The document is not being used for its truth, but to show how critics reacted to characters created with MOVA. Whether that criticism was true is irrelevant. Additionally, the question to Ms. Tinwell is not about whether the statement in the document is true, but whether the document is describing the uncanny valley phenomenon. | | | | | | | |
| 285 | 14 | 290 | 3 | Hearsay | 285:14-288:9: The document is not being used for its truth, but to show how critics reacted to characters created with MOVA. Whether that criticism was true is irrelevant. | | | | | | | |

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| | | | | | 288:10-289:16: The document is not being used for its truth, but to show how critics reacted to characters created with MOVA. Whether that criticism was true is irrelevant. Additionally, the question about the document here is being used for impeachment to show Ms. Tinwell is not credible in asserting that the review of the Beast was not that bad. | | | | | | | |
| | | | | | 289:17-290:3: This question and answer does not refer to any out of court statement and therefore is not objectionable as hearsay. | | | | | | | |
| 290 | 4 | 290 | 9 | | | | | | | | | |
| 290 | 16 | 291 | 18 | Hearsay | The document is not being used for its truth, but to show how critics reacted to characters created with MOVA. Whether that criticism was true is irrelevant. | | 291 | 19 | 292 | 22 | 402, 403: Attorney colloquy should be removed. | |
| 294 | 24 | 295 | 4 | FRE 402, 403 | This is relevant, foundational testimony for the questioning that follows, which shows that there were critical reviews of the main character despite MOVA's use for that character. Having touted MOVA's use in Tron in its operative complaint, see Second Amended Complaint ¶¶ 38, 58, 60, Rearden cannot claim this evidence is irrelevant. | | | | | | | |
| 296 | 20 | 297 | 22 | FRE 402, 403, hearsay | 296:20-23: This is not hearsay. Having touted MOVA's use in Tron in its operative complaint, see Second Amended Complaint ¶¶ 38, 58, 60, Rearden cannot claim this evidence is irrelevant. | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Defendant's Designations | | | | Plaintiffs' Objections | Defendant's Response | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | | | | Page Start | Line Start | Page End | Line End | | |
| | | | | | 296:24-297:22: The document is not being used for its truth, but to show how critics reacted to characters created with MOVA. Whether that criticism was true is irrelevant.<br><br>Having touted MOVA's use in Tron in its operative complaint, see Second Amended Complaint ¶¶ 38, 58, 60, Rearden cannot claim this evidence is irrelevant. | | | | | | | |
| 298 | 2 | 298 | 9 | FRE 402, 403, hearsay | The document is not being used for its truth, but to show how critics reacted to characters created with MOVA. Whether that criticism was true is irrelevant. Having touted MOVA's use in Tron in its operative complaint, see Second Amended Complaint ¶¶ 38, 58, 60, Rearden cannot claim this evidence is irrelevant. | | | | | | | |
| 308 | 19 | 308 | 23 | | | | | | | | | |
| 309 | 1 | 309 | 5 | Speculation | This is appropriate cross examination to show that Dr. Tinwell has no basis to claim that MOVA drew audiences to see the movie. | | | | | | | |
| 313 | 23 | 316 | 1 | | | | | | | | | |
| 316 | 21 | 316 | 24 | | | | | | | | | |

Rearden LLC et al. v. Walt Disney Pictures et al.

4:17-cv-04006-JST-SK

**Defendant's Revised Designations**

| Roger Van der Laan – February 23, 2023 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Designations | | | | Plaintiffs' Objections | Ruling | Plaintiffs' Counter-Designations | | | | Defendant's Objections | Ruling |
| Page Start | Line Start | Page End | Line End | | | Page Start | Line Start | Page End | Line End | | |
| 11 | 3 | 11 | 5 | | | | | | | | |
| 15 | 19 | 15 | 22 | | | | | | | | |
| 15 | 24 | 16 | 10 | | | | | | | | |
| 122 | 21 | 122 | 23 | | | | | | | | |
| 123 | 1 | 123 | 3 | | | | | | | | |
| 139 | 7 | 139 | 9 | | | | | | | | |
| 140 | 6 | 140 | 8 | | | | | | | | |
| 141 | 12 | 141 | 17 | | | | | | | | |
| 141 | 20 | 141 | 23 | | | | | | | | |
| 141 | 25 | 142 | 6 | | | | | | | | |
| 142 | 10 | 142 | 11 | | | | | | | | |
| 146 | 10 | 146 | 12 | | | | | | | | |
| 146 | 15 | 146 | 18 | | | | | | | | |