UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>    Defendants. | Case No. 17-cv-04006-JST<br><br>**ORDER RE: ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO EXCLUDE PORTIONS OF ALBERTO MENACHE'S TESTIMONY**<br><br>Re: ECF No. 601 |

The Court has restricted public access to the order Granting in Part and Denying in Part Defendants' Motion to Exclude Portions of Alberto Menache's Testimony, ECF No. 601, because it contains or refers to material subject to sealing orders. Within seven days of the date of this order, the parties shall file either (1) a stipulated proposed redacted version of the order, redacting only those portions of the order containing or referring to material for which the Court has granted a motion to seal and which the parties still request be sealed, or (2) a stipulation that the parties agree that no redaction is necessary. If the parties propose redactions, they shall also email a PDF copy of the proposed redacted order, without any ECF headers, to jstpo@cand.uscourts.gov. The Court will review the parties' proposal and issue a redacted version of the order. If the parties stipulate that no redaction is necessary, or if they fail to file a timely stipulation, the Court will allow full access by the public to the unredacted order by removing the restrictions on ECF No. 601.

**IT IS SO ORDERED.**

Dated: November 27, 2023

                                                JON S. TIGAR
                                                United States District Judge