Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
Jerrod C. Patterson (*pro hac vice*)
Garth Wojtanowicz, CBA No. 246510
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com
jerrodp@hbsslaw.com
garthw@hbsslaw.com

Rio S. Pierce, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

Attorneys for Plaintiffs REARDEN LLC and REARDEN MOVA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PICTURES, a California corporation,<br><br>Defendant. | Case No.   4:17-cv-04006-JST<br><br>**PLAINTIFFS' REVISED [PROPOSED] VERDICT FORM**<br><br>Courtroom:  6 – 2nd Floor<br>Judge:      Honorable Jon S. Tigar |

We, the jury, duly empaneled and sworn in the above-entitled action, answer the questions posed to us as follows:

1. Did Defendant Disney vicariously infringe a copyright owned by Plaintiff Rearden?

    Yes _____ No _____

    If you answered "yes" to Question 1, please answer Questions 2, 3, and 4. If you answered "no" to Question 1, please skip the remaining questions and have the presiding juror sign and date this form.

2. What is the total amount of actual damages you award to Plaintiff Rearden for Defendant Disney's copyright infringement?

    **For actual Damages:** $_____

    Please answer Question 3.

3. What is the total amount of Defendant Disney's profit from *Beauty and the Beast*?

    **Disney Profits:** $_____

    Please answer Question 4.

4. Did Defendant Disney meet its burden to prove the portion of its profit that is *not* attributable to the copyright infringement?

    Yes _____ No _____

    If you answered "yes," please answer Question 5.  If you answered "no," please have the presiding juror sign and date this form.

5. What is the sum of money that represents the portion of Defendant Disney's profit that *is* attributable to the copyright infringement?

    **For Disney Profits Damages:** $_____

PLAINTIFFS' REVISED [PROPOSED] VERDICT FORM  - 1
Case No. 17-CV-04006

Please have the presiding juror sign and date this form.

Dated: _____     Signed: _____
                                        Presiding Juror

DATED: November 30, 2023          HAGENS BERMAN SOBOL SHAPIRO LLP

                                  By:  /s/ Mark S. Carlson
                                         MARK S. CARLSON
                                  Steve W. Berman (*pro hac vice*)
                                  Jerrod C. Patterson (*pro hac vice*)
                                  Garth Wojtanowicz, CBA No. 246510
                                  1301 Second Avenue, Suite 2000
                                  Seattle, WA 98101
                                  Telephone: (206) 623-7292
                                  Facsimile:  (206) 623-0594
                                  steve@hbsslaw.com
                                  markc@hbsslaw.com
                                  jerrodp@hbsslaw.com
                                  garthw@hbsslaw.com

                                  Rio S. Pierce, CBA No. 298297
                                  HAGENS BERMAN SOBOL SHAPIRO LLP
                                  715 Hearst Avenue, Suite 300
                                  Berkeley, CA 94710
                                  Telephone: (510) 725-3000
                                  Facsimile: (510) 725-3001
                                  riop@hbsslaw.com

                                  *Attorneys for Plaintiffs*