UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-04006-JST
Case Name: <u>Rearden LLC v. The Walt Disney Company</u>

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Mark Carlson<br>Jerrod Patterson<br>Garth Wojitanowicz<br>Cindy Ievers | John Spiegel<br>Kelly Klaus<br>Blanca Young<br>John Schwab<br>John Chow<br>Mark Gerard<br>Mark Linder<br>Dave Taritero |
| **TRIAL DATE:**<br>December 5, 2023<br>**TIME IN COURT:**<br>5 hours, 44 minutes | **REPORTERS:**<br>Pamela Hebel | **CLERK:**<br>Mauriona Lee/Kelly Collins |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:10 am** | | | **Court is convened. Matters discussed outside the presence of the jury regarding testimony of Mr. Chow, procedures re: confidential exhibits, and voir dire time allotments. Parties agree to reserve 5 minutes per side for voir dire.** | |
| | | 8:21 am | | | Court is in recess. | |
| | | 9:45 am | | | Court is reconvened. | |
| | | 9:50 am | | | Group 1 of prospective jurors present. The Court addresses the jurors. | |
| | | 10:00 am | | | Prospective jurors are sworn. Voir dire begins. | |
| | | 11:00 am | | | Voir dire ends. Jurors excused except hardship requests. | |
| | | 11:05 am | | | Court addresses hardship request. | |
| | | 11:13 am | | | Jurors excused. Matters discussed outside the presence of the jury. | |
| | | 11:16 am | | | Court is in recess. | |
| | | 11:26 am | | | Court is in session. | |
| | | 11:34 am | | | Group 2 of prospective jurors present. The Court addresses the jurors. | |
| | | 11:44 am | | | Prospective Jurors are sworn. Voir dire begins. | |
| | | 12:43 pm | | | Voir dire ends. Jurors excused except hardship requests. | |

Case No: 17-cv-04006-JST
Case Name: <u>Rearden LLC v. The Walt Disney Company</u>
Date: <u>December 5, 2023</u>
Courtroom Deputy: <u>Mauriona Lee</u>   - Court Reporter:   <u>Pamela Hebel</u>

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:45 pm | | | Court addresses hardship request. | |
| | | 12:55 pm | | | Jurors excused. Matters discussed outside the presence of the jury. | |
| | | 1:08 pm | | | Court is in recess. | |
| | | 1:48 pm | | | Court is back in session. | |
| | | 1:51 pm | | | Group 3 of prospective jurors present. The Court addresses the jurors. | |
| | | 2:02 pm | | | Prospective Jurors are sworn. Voir dire begins. | |
| | | 3:00 pm | | | Voir dire ends. Jurors excused except hardship requests. | |
| | | 3:05 pm | | | Court addresses hardship request. | |
| | | 3:18 pm | | | Jurors excused. | |
| | | 3:18 pm | | | Court is in recess. | |
| | | 3:30 pm | | | Court is back in session. Matters discussed outside the presence of the jury. | |
| | | 4:00 pm | | | Nine jurors selected. | |
| | | 4:01 pm | | | Court and counsel discuss matters outside the presence of the jury regarding deposition order; video depositions, exhibits, preliminary instructions, and setting hearing for Mr. Chow. | |
| | | 4:17 pm | | | Hearing for witness Chow set for December 6, 2023, at 2:30 p.m., Courtroom 6, 2nd Floor. | |
| | | 4:21 pm | | | Court is in adjourned until December 6, 2023 at 8:00 a.m., Courtroom 6, 2nd Floor. | |