UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REARDEN LLC, et al., Plaintiffs, v. THE WALT DISNEY COMPANY, et al., Defendants. | Case No. 17-cv-04006-JST<br><br>**ORDER RE DESIGNATIONS OF DAVID HOBERMAN DEPOSITION** |
|---|---|

The Court rules as follows on the parties' objections to the designations and counter-designations of the June 20, 2019 and March 4, 2020 deposition testimony of David Hoberman. ECF No. 598-1 at 8-10.

| Deposition Dated June 20, 2019 |||
|---|---|---|
| Plaintiff's Designations |||
| Designation/Counter-Designation | Objection | Ruling |
| 6:2-6:7 | Untimely designation | Sustained |
| 47:25-48:1 | Untimely designation | Sustained |
| 48:7-48:8 | Untimely designation | Sustained |
| 48:24-48:25 | Untimely designation | Sustained |
| 49:5-49:8 | Untimely designation | Sustained |
| Defendant's Counter-Designations |||
| 58:5-58:8 | Improper counter-designation | Overruled |

| Deposition Dated March 4, 2020 | | |
|---|---|---|
| Plaintiff's Designations | | |
| 13:8-13:14 | Foundation | Overruled |
| 38:21-39:8 | Hearsay | Sustained |
| 39:20-39:22 | Foundation; hearsay | Sustained on both grounds |
| 42:2-42:12 | Untimely designation | Sustained |
| 55:20-56:22 | Untimely designation | Sustained |
| 68:22-25 | Attorney colloquy should be omitted | Sustained |
| 70:11-71:9 | Exhibit not disclosed on Plaintiff's exhibit list | Sustained |
| 73:7-73:16 | Exhibit not disclosed on Plaintiff's exhibit list; no foundation for admission of document | Sustained |
| 76:6-76:16 | Untimely designation | Sustained |

**IT IS SO ORDERED.**

Dated:  December 7, 2023



JON S. TIGAR
United States District Judge