UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>  Defendants. | Case No. 17-cv-04006-JST<br><br>**ORDER RE DESIGNATIONS OF MIMI STEELE'S DEPOSITION TESTIMONY** |

The Court rules as follows on the parties' objections to the designations and counter-designations of the March 11, 2020 and February 13, 2023 deposition testimony of Mimi Steele. ECF No. 598-1 at 159-170; 598-2 at 38-42.

| March 11, 2020 Deposition |||
|---|---|---|
| Plaintiff's Designations |||
| Designation/Counter-Designation | Objection | Ruling |
| 24:15-24:22 | Untimely designation | Sustained |
| 48:5-48:11 | Untimely designation; the testimony concerns a deposition exhibit that is not a trial exhibit | Sustained |
| 48:19-48:22 | Untimely designation | Sustained |
| 48:22 | Question designated without answer; incomplete | Moot |
| 110:2-110:11 | Post-injunction conduct, Fed. R. Evid. 402, 403; the testimony concerns a deposition exhibit that is not a trial exhibit | Sustained |
| 111:22-111:24 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |

| 112:2 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
|---|---|---|
| 112:4-112:21 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 116:20-116:21 | Untimely designation | Sustained |
| 117:23-118:3 | Untimely designation; assertion of privilege, Fed. R. Evid. 402, 403 | Sustained as untimely |
| 118:5 | Untimely designation | Sustained |
| 129:7-129:8 | Untimely designation | Sustained |
| 129:10-11 | Untimely designation | Sustained |
| Defendant's Counter-Designations | | |
| 10:23-11:18 | Improper counter-designation | Overruled |
| | | |
| February 13, 2023 Deposition | | |
| Plaintiff's Designations | | |
| 17:4-17:5 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 17:9-17:14 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 17:22-18:8 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 18:14-18:16 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 18:18-18:25 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 19:2-19:12 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 22:1-22:9 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 22:15-22:18 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 23:12-23:14 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 23:18-23:19 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 24:4-24:17 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 25:2-25:6 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 25:12-25:19 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 26:2-26:13 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 26:15 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |

| | | |
|---|---|---|
| 29:3-32:18 | Post-injunction conduct, Fed. R. Evid. 402, 403; hearsay | Sustained on hearsay grounds unless this exhibit is admitted at trial through another witness |
| 35:25-36:2 | Post-injunction conduct, Fed. R. Evid. 402, 403; hearsay | Sustained on hearsay grounds unless this exhibit is admitted at trial through another witness |
| 36:6-36:13 | Post-injunction conduct, Fed. R. Evid. 402, 403; hearsay | Sustained on hearsay grounds unless this exhibit is admitted at trial through another witness |
| 36:19 | Post-injunction conduct, Fed. R. Evid. 402, 403; hearsay | Sustained on hearsay grounds unless this exhibit is admitted at trial through another witness |
| 37:19-37:22 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 38:1-38:5 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 40:10-40:24 | Untimely designation | Sustained |
| 41:13-41:21 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Sustained on 403 grounds; question is argumentative |
| 41:23-41:24 | Post-injunction conduct, Fed. R. Evid. 402, 403; assertion of privilege | Sustained on 403 grounds; question is argumentative |
| 42:6-42:8 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Sustained on 403 grounds; question is argumentative |
| 42:19-42:12 | Post-injunction conduct, Fed. R. Evid. 402, 403; assertion of privilege | Sustained on 403 grounds; question is argumentative |
| 44:2-44:5 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 44:7-44:8 | Post-injunction conduct, Fed. R. Evid. 402, 403; assertion of privilege | Overruled |

3

| | | |
|---|---|---|
| 44:9-45:4 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 45:8-45:9 | Post-injunction conduct, Fed. R. Evid. 402, 403; hearsay | Sustained |
| 45:16 | Post-injunction conduct, Fed. R. Evid. 402, 403; hearsay | Sustained |
| 45:22-45:25 | Post-injunction conduct, Fed. R. Evid. 402, 403; hearsay | Sustained |
| 47:13-47:15 | Copyright notice is irrelevant, Fed. R. Evid. 402, 403 | Sustained on relevance grounds; the witness testified that she never reviewed camera output |
| 47:22-47:23 | Copyright notice is irrelevant, Fed. R. Evid. 402, 403 | Sustained on relevance grounds; the witness testified that she never reviewed camera output |
| 47:25-48:1 | Copyright notice is irrelevant, Fed. R. Evid. 402, 403 | Sustained on relevance grounds; the witness testified that she never reviewed camera output |
| 48:8-48:9 | Copyright notice is irrelevant, Fed. R. Evid. 402, 403 | Sustained on relevance grounds; the witness testified that she never reviewed camera output |
| 48:11 | Copyright notice is irrelevant, Fed. R. Evid. 402, 403 | Sustained on relevance grounds; the witness testified that she never reviewed camera output |
| 48:13-48:16 | Copyright notice is irrelevant, Fed. R. Evid. 402, 403; question designated without answer; incomplete | Sustained on relevance grounds; the witness testified that she never reviewed camera output |

4

| | | |
|---|---|---|
| 48:21-25 | Copyright notice is irrelevant, Fed. R. Evid. 402, 403 | Sustained on relevance grounds; the witness testified that she never reviewed camera output |
| | | |
| March 11, 2020 Deposition |||
| Plaintiff's Counter-Designations |||
| 8:20 | Attorney objections, Fed. R. Evid. 402, 403 | Sustained |
| 9:5-9:6 | Attorney objections, Fed. R. Evid. 402, 403 | Sustained |
| 13:3-13:4 | Attorney objections, Fed. R. Evid. 402, 403 | Sustained |
| 25:22 | Attorney objections, Fed. R. Evid. 402, 403 | Sustained |
| 27:2 | Attorney objections, Fed. R. Evid. 402, 403 | Sustained |
| 27:14-15 | Attorney objections, Fed. R. Evid. 402, 403 | Sustained |
| 128:17 | Attorney objections, Fed. R. Evid. 402, 403 | Sustained |
| 129:7-8 | Calls for speculation; improper opinion | Overruled |
| 129:9 | Attorney objections, Fed. R. Evid. 402, 403 | Sustained |
| | | |
| February 13, 2023 Deposition |||
| Plaintiff's Counter-Designations |||
| 10:24-11:15 | The testimony concerns a deposition exhibit that is not a trial exhibit | Sustained |
| 18:22-19:12 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 19:1 | Attorney objections, Fed. R. Evid. 402, 403 | Sustained |
| 23:12-23:19 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 23:15 | Attorney colloquy, Fed. R. Evid. 402, 403 | Sustained |
| 25:2-26:15 | Post-injunction conduct, Fed. R. Evid. 402, 403 | Overruled |
| 25:20 | Attorney colloquy, Fed. R. Evid. 402, 403 | Sustained |
| 25:22-26:1 | Attorney colloquy, Fed. R. Evid. 402, 403 | Sustained |

| | | |
|---|---|---|
| 26:14 | Attorney objection, Fed. R. Evid. 402, 403 | Sustained |
| 27:20-21 | Attorney colloquy, Fed. R. Evid. 402, 403 | Sustained |
| 27:24-28:1 | Attorney colloquy, Fed. R. Evid. 402, 403 | Overruled |

**IT IS SO ORDERED.**

Dated: December 10, 2023

_____
JON S. TIGAR
United States District Judge