[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>             Plaintiffs,<br><br>      vs.<br><br>WALT DISNEY PICTURES, a California corporation,<br>,<br>             Defendants. | Case No. 4:17-cv-04006-JST-SK<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT'S TRIAL EXHIBIT 1046 (BELLE'S YELLOW DRESS)**<br><br>Judge:   Hon. Jon S. Tigar<br>Magistrate Judge:  Hon. Sallie Kim<br>Ctrm:    6 (2nd Floor) |

Before the Court is Defendant Walt Disney Pictures' request to bring into the courtroom an oversized physical trial exhibit that requires special transportation and handling: TX1046, which is Belle's yellow dress from the movie *Beauty and the Beast* (2017).  Plaintiffs have stipulated to the admissibility of this exhibit.  Dkt. 593-2 at 12.  Defendant currently intends to present TX1046 to the jury on December 13 or 14, 2023.

Defendant has informed the Court that TX1046 must be transported by an art courier in a rolling container that measures 48" x 25" x 34".  Upon arrival in the courtroom, the courier will unpack the container and display the dress on a mannequin in an area of the courtroom approved by the Courtroom Deputy; at the conclusion of the trial day, the courier will promptly disassemble the mannequin display and remove the dress in the same rolling container.

In light of Defendant's stated need to transport TX1046 into the courtroom for trial, the Court ORDERS that Defendant may bring TX1046 into the courtroom in the above-described rolling container.  Defendant will coordinate with the Court, the United States Marshal's office, and the Courtroom Deputy to bring TX1046 into and out of the courtroom in an organized and non-disruptive manner.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
The Honorable Jon S. Tigar
United States District Judge