1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REARDEN LLC, et al., | Case No. 17-cv-04006-JST |
| Plaintiffs, | |
| v. | **PROPOSED VERDICT FORM** |
| THE WALT DISNEY COMPANY, et al., | |
| Defendants. | |

Attached is the verdict form the Court currently proposes to give in this case.

**IT IS SO ORDERED.**

Dated:  December 17, 2023



JON S. TIGAR
United States District Judge

1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7    REARDEN LLC, et al.,                        Case No. 17-cv-04006-JST
8                    Plaintiffs,
9            v.                                  **VERDICT FORM**
10   THE WALT DISNEY COMPANY, et al.,
11                   Defendants.
12
13           We, the jury, duly empaneled and sworn in the above-entitled action, answer the questions
14   posed to us as follows:
15                                   COPYRIGHT INFRINGEMENT
16   1.      Did Rearden own the copyright in the MOVA Contour software program during the time
17           DD3 used that software in connection with the Beast character in *Beauty and the Beast*?
18           Yes _____ No _____
19           If you answered "Yes" to Question 1, please answer Question 2.  If you answered "no" to
20   Question 1, please stop here, answer no further questions, and have the presiding juror sign and
21   date this form.
22
23   2.      Is Disney vicariously liable for DD3's infringement of the copyright in the MOVA
24           Contour software program?
25           Yes _____ No _____
26           If you answered "yes" to Question 2, please answer Question 3.  If you answered "no" to
27   Question 2, please stop here, answer no further questions, and have the presiding juror sign and
28

United States District Court
Northern District of California

date this form.

United States District Court<br>Northern District of California

PLAINTIFF'S DAMAGES

3.    What is the total amount of actual damages you award to Plaintiff Rearden for Defendant

Disney's copyright infringement?

Actual Damages:  $ _____

Please answer Question 4.

4.    What is the total amount of Defendant Disney's profits from *Beauty and the Beast*?

Disney Profits: $_____

Please answer Question 5.

5.    What portion of Disney's profits from *Beauty and the Beast* was not attributable to DD3's

copyright infringement?

$_____

Please answer Question 6.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6.      What sum of money represents the portion of Disney's profits that is attributable to DD3's copyright infringement?

$_____

Please have the presiding juror sign and date this form.

Dated: _____        Signed: _____

                                                   Presiding Juror