UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-04006-JST
Case Name: Rearden LLC v. The Walt Disney Company

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Mark Carlson<br>Jerrod Patterson<br>Garth Wojitanowicz | John Spiegel<br>Kelly Klaus<br>Blanca Young<br>John Schwab<br>Stephanie Herrera<br>Anne Conley<br>John Chow, in house counsel |
| **TRIAL DATE:**<br>December 18, 2023 | **REPORTER:**<br>Pamela Hebel | **CLERK:**<br>Mauriona Lee |
| **TIME IN COURT:**<br>5 hours 37 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:14 am | X | X | Exhibits read into record: 1171, 1172, 1177, 1178, 1181, 1182, 1184, 1185, 1189, 1190, 1191, 1197, 1198, 1199, 1202 and 1204 admitted. | |
| | | 8:20 am | | | Court is in recess. | |
| | | 8:30 am | | | Court is reconvened. Jury is present. | |
| | | 8:32 am | | | Direct examination of witness **Robin Russell** by Mr. Schwab resumes. | |
| | | 8:34 am | | | Direct examination of witness **Robin Russell** by Mr. Schwab ends. | |
| | | 8:34 am | | | Cross examination of witness **Robin Russell** by Mr. Wojitanowicz begins. | |
| 401 | | 8:40 am | X | X | MPAA Site Security Program – Best Practices | |
| | | 8:49 am | | | Cross examination of witness **Robin Russell** by Mr. Wojitanowicz ends. | |
| | | 8:49 am | | | Redirect examination of witness **Robin Russell** by Mr. Schwab begins. | |
| | | 8:50 am | | | Redirect examination of witness **Robin Russell** by Mr. Schwab ends. | |
| | | 8:50 am | | | Witness excused. | |
| | | 8:51 am | | | Deposition video of **Cindy Ivers** begins. | |
| | | 9:00 am | | | Deposition video of **Cindy Ivers** ends. | |
| | | | | | | |

Case No: 17-cv-04006-JST
Case Name: Rearden LLC v. The Walt Disney Company
Date: December 18, 2023
Courtroom Deputy: Mauriona Lee          - Court Reporter:      Pamela Hebel

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:01 am | | | Witness **Kristie Kershaw** called to the stand and sworn for testimony. Direct examination by Mr. Klaus begins. | |
| | 1070 | 9:18 am | X | X | Defendant Marketing Plan for BATB | |
| | 1487 | 9:28 am | X | X | Teaser Trailer for Beauty and the Beast | |
| | 1043 | 9:31 am | X | X | Beauty and the Beast Trailer 2 | |
| | 1458 | 9:36 am | X | X | US TV spot "Prepare" | |
| | 1421 | 9:40 am | X | X | The Late Late Show with James Cordon, Crosswalk the Musical: Beauty and the Beast | |
| | 1426 | 9:40 am | X | X | The Ellen Show, Emma Watson Talks "Beauty and the Beast" and her first movie premier | |
| | 1422 | 9:40 am | X | X | The Tonight Show Starring Jimmy Fallon, Josh Gad's Beauty and the Beast horse almost ran over Hermione | |
| | 1230 | 9:40 am | X | X | Jimmy Kimmel Live, Luke Evans on playing Gaston in Beauty and the Beast | |
| | 1039 | 10:02 am | X | X | Beauty and the Beast Opening Weekend In-Theater Exit Polls | |
| | | 10:04 am | | | Court is in recess. | |
| | | 10:20 am | | | Court is reconvened. Jury is present. | |
| | | 10:21 am | | | Direct examination of witness **Kristie Kershaw** by Mr. Klaus resumes. | |
| | | 10:35 am | | | Direct examination of witness **Kristie Kershaw** by Mr. Klaus ends. | |
| | | 10:36 am | | | Cross examination of witness **Kristie Kershaw** by Mr. Wojitanowicz begins. | |
| | | 10:51 am | | | Cross examination of witness **Kristie Kershaw** by Mr. Wojitanowicz ends. | |
| | | 10:51 am | | | Witness excused. | |
| | | 10:52 am | | | Deposition video of **Bill Condon** begins. | |
| | | 10:55 am | | | Deposition video of **Bill Condon** ends. | |
| | | 10:56 am | | | Reading of **Gary Lauder** Testimony begins. | |
| | | 11:06 am | | | Reading of **Gary Lauder** Testimony begins. | |
| | | 11:06 am | | | Deposition video of **Gary Lauder** begins. | |
| | | 11:20 am | | | Deposition video of **Gary Lauder** ends. | |
| | | 11:21 am | X | X | Exhibits read into record: 1141, 1137, 1096 and 1098 admitted. | |

Case No: 17-cv-04006-JST
Case Name: Rearden LLC v. The Walt Disney Company
Date: December 18, 2023
Courtroom Deputy: Mauriona Lee          - Court Reporter:     Pamela Hebel

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:22 am | | | Reading of **Greg LaSalle** Testimony begins. | |
| | | 11:41 am | | | Reading of **Greg LaSalle** Testimony begins. | |
| | | 11:41 am | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 11:43 am | | | Court is in recess. | |
| | | 12:00 pm | | | Court is reconvened. Jury is present. | |
| | | 12:00 pm | | | Deposition video of **Greg LaSalle** begins. | |
| | | 12:12 pm | | | Deposition video of **Greg LaSalle** ends. | |
| | | 12:12 pm | X | X | Exhibits read into record: 1266, 1249, 1121 and 1116 admitted. | |
| | | 12:13 pm | | | Deposition video of **Andrew Hendrickson** begins. | |
| | | 12:17 pm | | | Deposition video of **Andrew Hendrickson** ends. | |
| | | 12:17 pm | | | Deposition video of **Angela Tinwell** begins. | |
| | | 12:30 pm | | | Deposition video of **Angela Tinwell** ends. | |
| | | 12:31 pm | | | Witness **Stephen Lane** called to the stand and sworn for testimony. Direct examination by Ms. Young begins. | |
| | 1261 | 12:39 pm | X | X | MOVA source code (as produced in 2019) | |
| | 1057 | 1:02 pm | X | X | DD3 Beast Shot Tasks Data | |
| | | 1:28 pm | | | Direct examination by Ms. Young ends. Witness excused for the day. | |
| | | 1:28 pm | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 1:37 pm | | | Court is in recess. Jury trial continued to December 19, 2023 at 8:00 a.m. in courtroom 6, 2nd floor Oakland. | |