UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REARDEN LLC, et al., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>THE WALT DISNEY COMPANY, et al., <br><br>　　　　Defendants. | Case No.17-cv-04006-JST <br><br> **ORDER FOR JURY MEALS DURING DELIBERATIONS** |

　　　IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

　　　IT IS SO ORDERED.

Dated:  December 18, 2023



_____
JON S. TIGAR
United States District Judge

*Rev.03/19*