KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
BLANCA F. YOUNG (SBN 217533)
blanca.young@mto.com
STEPHANIE G. HERRERA (SBN 313887)
stephanie.herrera@mto.com
SHANNON AMINIRAD (SBN 324780)
shannon.aminirad@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

JOHN W. SPIEGEL (SBN 78935)
john.spiegel@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
ANNE K. CONLEY (SBN 307952)
anne.conley@mto.com
ROWLEY J. RICE (SBN 313737)
rowley.rice@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PICTURES, a California Corporation,<br><br>Defendant. | Case No. 4:17-cv-04006-JST-SK<br><br>**DECLARATION OF JOHN L. SCHWAB IN SUPPORT OF DEFENDANT'S MOTION TO SEAL TRIAL EXHIBIT 388**<br><br>Trial:    December 4, 2023<br>Judge:   Hon. Jon S. Tigar<br>Ctrm.:   6 (2nd Floor) |

I, John L. Schwab, hereby declare:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel for Defendant in the above-captioned matter. I submit this declaration in support of Defendant's Administrative Motion to Seal Trial Exhibit 388. Except as to those matters stated on information and belief, the contents of this declaration are based on my personal knowledge. Where matters are stated on information and belief, I am reliably informed of such matters and believe them to be true. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. The Administrative Motion asks the Court to seal the document identified in the table below.

| Document | Portion(s) To Be Sealed | Basis for Sealing |
|---|---|---|
| Trial Exhibit 388 (DIS-REARDEN-0034995) | Entirety | This document is a spreadsheet containing data exported from SAP that reflects revenues and expenses for *BATB* through September 2023. This document contains highly confidential and sensitive information regarding specific dollar amounts for Defendant's revenues and costs relating to *Beauty and the Beast*, through September 2023.<br><br>Defendant has designated this information Highly Confidential – Attorneys' Eyes Only pursuant to the stipulated protective order.<br><br>The Court has already sealed an identical version of this document (Trial Exhibit 1493). Dkt. 665. |

3. I have reviewed each item to be sealed.

4. I am informed and believe there are compelling reasons to seal this document. I am informed and believe that this document contains detailed, up-to-date financial information that is kept in confidence by The Walt Disney Company and not publicly disclosed. I am informed and believed that if this information were to become publicly known, competitors could use this information to interfere with The Walt Disney Company's business plans and thereby gain a

1 | competitive advantage in the marketplace.  As noted, the Court has already sealed an identical
2 | version of this document (Trial Exhibit 1493).  Dkt. 665.
3 |      5.    Based on the foregoing, I believe there are compelling reasons to seal the document
4 | identified above.

6 | I declare under penalty of perjury under the laws of the United States that the foregoing is
7 | true and correct and that I executed this declaration this 18th day of December 2023 at Oakland,
8 | California.

                   /s/ *John L. Schwab*
                  John L. Schwab