1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WALT DISNEY PICTURES,<br>, <br><br> Defendant. | Case No. 4:17-cv-04006-JST-SK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL TRIAL EXHIBIT 388** <br><br> Judge:   Hon. Jon S. Tigar <br><br> Magistrate Judge:  Hon. Sallie Kim <br><br> Ctrm:    6 (2nd Floor) |

Before the Court is Defendant's Administrative Motion to Seal Trial Exhibit 388 ("Administrative Motion").

Having considered the Motion, and any declarations and supporting documentation, thereto, the Court finds that there are "compelling reasons" for granting the Administrative Motion. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016). Sealing of Defendant's confidential and proprietary business information is warranted because of the possibility of injury from disclosure, in that competitors could use such information to "gain a competitive advantage in the marketplace." *Intel Corp. v. VIA Techs., Inc.*, 198 F.R.D. 525, 531 (N.D. Cal. 2000). If disclosed through these proceedings, this information could compromise future negotiations relating to similar work in connection with future motion picture production.

Based on Defendant's Motion, and good cause appearing therefrom, Defendant's Administrative Motion is **GRANTED** and it is hereby **ORDERED** that the following document shall be sealed:

| Document | Portion(s) To Be Sealed | Basis for Sealing |
|---|---|---|
| Trial Exhibit 388 (DIS-REARDEN-0034995) | Entirety | This document is a spreadsheet containing data exported from SAP that reflects revenues and expenses for *BATB* through September 2023. This document contains highly confidential and sensitive information regarding specific dollar amounts for Defendant's revenues and costs relating to *Beauty and the Beast*, through September 2023.<br><br>Defendant has designated this information Highly Confidential – Attorneys' Eyes Only pursuant to the stipulated protective order.<br><br>The Court has already sealed an identical version of this document (Trial Exhibit 1493). Dkt. 665. |

**IT IS SO ORDERED.**

DATED: _____, 2023

The Honorable Jon S. Tigar
United States District Judge