1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WALT DISNEY PICTURES, a California corporation, <br><br> Defendant. | Case No. 4:17-cv-04006-JST-SK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW** <br><br> Judge:  Hon. Jon S. Tigar <br><br> Ctrm:  6 (2nd Floor) |

16
17
18
19
20
21
22
23
24
25
26
27
28

Before the Court is Defendant's Motion for Judgment as a Matter of Law.

Having considered all papers submitted in connection with the Motion, supporting documentation, the arguments of counsel, the pleadings on file in this action, and all testimony and evidence admitted at trial, and good cause appearing therefore, the Court finds that Plaintiffs have not presented a legally sufficient basis for the jury to find that:

1. Plaintiffs owned the MOVA Contour copyright at any point between August 17, 2012, and June 17, 2016;

2. Defendant had the practical ability to control DD3's alleged infringement;

3. Defendant directly financially benefited from DD3's alleged infringement;

4. There is a causal nexus between DD3's alleged infringement and Defendant's revenue from the movie *Beauty and the Beast* (2017); or

5. Plaintiffs suffered actual damages.

Accordingly. Defendants' Motion is **GRANTED** and it is hereby **ORDERED** that judgment as a matter of law is entered in Defendant's favor on Plaintiffs' Second Cause of Action.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
The Honorable Jon S. Tigar
United States District Judge