UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REARDEN LLC, et al.,

        Plaintiffs,

    v.

THE WALT DISNEY COMPANY, et al.,

        Defendants.

Case No. 17-cv-04006-JST

**VERDICT FORM**

We, the jury, duly empaneled and sworn in the above-entitled action, answer the questions posed to us as follows:

### COPYRIGHT INFRINGEMENT

1. Did Rearden own the copyright in the MOVA Contour software program during the time DD3 used that software in connection with the Beast character in *Beauty and the Beast*?

    Yes _____ No _____

    If you answered "Yes" to Question 1, please answer Question 2. If you answered "no" to Question 1, please stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Is Disney vicariously liable for DD3's infringement of the copyright in the MOVA Contour software program?

    Yes _____ No _____

    If you answered "yes" to Question 2, please answer Question 3. If you answered "no" to Question 2, please stop here, answer no further questions, and have the presiding juror sign and date this form.

PLAINTIFF'S DAMAGES

3. What is the total amount of actual damages you award to Plaintiff Rearden for Defendant Disney's copyright infringement?

   Actual Damages:  $ _____

   Please answer Question 4.

4. What is the total amount of Defendant Disney's profits from *Beauty and the Beast*?

   Disney Profits: $_____

   Please answer Question 5.

5. What sum of money represents the portion of Disney's profits from *Beauty and the Beast* that is not attributable to DD3's copyright infringement?

   $_____

   Please answer Question 6.

6. What sum of money represents the portion of Disney's profits that is attributable to DD3's copyright infringement?

   $_____

   Please have the presiding juror sign and date this form.

Dated: _____         Signed: _____
                                                        Presiding Juror