UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-04006-JST
Case Name: Rearden LLC v. The Walt Disney Company

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Mark Carlson<br>Jerrod Patterson<br>Garth Wojitanowicz | John Spiegel<br>Kelly Klaus<br>Blanca Young<br>John Schwab<br>Stephanie Herrera<br>Anne Conley<br>John Chow, in house counsel |
| **TRIAL DATE:**<br>December 19, 2023 | **REPORTER:**<br>Pamela Hebel | **CLERK:**<br>Mauriona Lee |
| **TIME IN COURT:**<br>6 hours 2 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:13 am | | | Court is in recess. | |
| | | 8:30 am | | | Court is reconvened. Jury is present. | |
| | | 8:34 am | | | Cross examination of witness **Stephen Lane** by Mr. Carlson begins. | |
| | | 8:48 am | | | Cross examination of witness **Stephen Lane** by Mr. Carlson ends. | |
| | | 8:48 am | | | Redirect examination of witness **Stephen Lane** by Ms. Young begins. | |
| | | 8:50 am | | | Redirect examination of witness **Stephen Lane** by Ms. Young ends. | |
| | | 8:50 am | | | Re-cross examination of witness **Stephen Lane** by Mr. Carlson begins. | |
| | | 8:52 am | | | Re-cross examination of witness **Stephen Lane** by Mr. Carlson ends. | |
| | | 8:52 am | | | Witness excused. | |
| | | 8:53 am | | | Courtroom sealed. | |
| | | 8:54 am | | | Deposition video of **Dan Stevens** begins. | |
| | | 8:57am | | | Deposition video of **Dan Stevens** ends. | |
| | | 8:58 am | | | Courtroom unsealed. | |
| | | 8:59 am | | | Witness **Robert Wunderlich** called to the stand and sworn for testimony. Direct examination by Mr. Schwab begins. | |

1

Case No: 17-cv-04006-JST
Case Name: Rearden LLC v. The Walt Disney Company
Date: December 19, 2023
Courtroom Deputy: Mauriona Lee         - Court Reporter:     Pamela Hebel

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:53 am | | | Direct examination of Witness **Robert Wunderlich** by Mr. Schwab ends. | |
| | | 9:53 am | | | Cross examination of witness **Robert Wunderlich** by Mr. Patterson begins. | |
| | | 9:57 am | | | Cross examination of witness **Robert Wunderlich** by Mr. Patterson ends. | |
| | | 9:57 am | | | Redirect examination of Witness **Robert Wunderlich** by Mr. Schwab begins. | |
| | | 9:58 am | | | Redirect examination of Witness **Robert Wunderlich** by Mr. Schwab ends. | |
| | | 9:58 am | | | Re-cross examination of witness **Robert Wunderlich** by Mr. Patterson begins. | |
| | | 9:58 am | | | Re-cross examination of witness **Robert Wunderlich** by Mr. Patterson ends. | |
| | | 9:58 am | | | Witness excused. | |
| | | 9:58 am | | | Defendant rests its case. | |
| | | 9:59 am | | | Rebuttal witness **Philip Fier** recalled. Direct examination by Mr. Patterson begins. | |
| | | 10:05 am | | | Direct examination of rebuttal witness **Philip Fier** by Mr. Patterson ends. | |
| | | 10:07 am | | | Court is in recess. | |
| | | 10:22 am | | | Court is reconvened. The Court addresses the parties. | |
| | | 10:23 am | | | Jury is present. The Court addresses the jury regarding schedule. | |
| | | 10:24 am | | | Cross examination of rebuttal witness **Philip Fier** by Mr. Klaus begins. | |
| | | 10:47 am | | | Cross examination of rebuttal witness **Philip Fier** by Mr. Klaus ends. | |
| | | 10:48 am | | | Witness excused. | |
| 363 | | 10:48 am | X | X | Video of Facebook TCL Chinese Theater Media Session | |
| | | 10:48 am | | | The Court addresses the jury. Instructions distributed. | |
| | | 10:50 am | | | The Court begins reading jury instructions. | |
| | | 11:33 am | | | The Court concludes reading jury instructions. | |
| | | 11:33 am | | | Jury excused. | |
| | | 11:34 am | | | Court is in recess. | |
| | | 11:47 am | | | Court is reconvened. Jury is present. | |

Case No: 17-cv-04006-JST
Case Name: Rearden LLC v. The Walt Disney Company
Date: December 19, 2023
Courtroom Deputy: Mauriona Lee    - Court Reporter:    Pamela Hebel

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:48 am | | | Plaintiffs' closing arguments begin. | |
| | | 12:45 pm | | | Plaintiffs' closing arguments ends. | |
| | | 12:46 pm | | | Jury excused. Court is in recess. | |
| | | 12:50 pm | | | Court is reconvened. | |
| | | 12:52 pm | | | Jury is present. | |
| | | 12:52 pm | | | Defendants' closing arguments begin. | |
| | | 2:01 pm | | | Defendants' closing arguments ends for the day. | |
| | | 2:01 pm | | | Jury excused. | |
| | | 2:02 pm | | | Court is in recess. Jury Trial continued to December 20, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |
| | | | | | Attachments: Deposition Reports lodged as Court exhibits not admitted as trial exhibits. | |