UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-04006-JST
Case Name: Rearden LLC v. The Walt Disney Company

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Mark Carlson<br>Jerrod Patterson<br>Garth Wojitanowicz | John Spiegel<br>Kelly Klaus<br>Blanca Young<br>John Schwab<br>Stephanie Herrera<br>Anne Conley<br>John Chow, in house counsel |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| December 20, 2023 | Pamela Hebel | Mauriona Lee |
| **TIME IN COURT:** | | |
| 6 hours 26 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:34 am** | | | **Court is reconvened. Jury is present.** | |
| | | 8:37 am | | | Defendants' closing argument resumes. | |
| | | 9:01 am | | | Defendants' closing argument concludes. | |
| | | 9:02 am | | | Plaintiffs' rebuttal closing argument begins. | |
| | | 9:05 am | | | Plaintiffs' rebuttal closing argument ends. | |
| | | 9:07 am | | | Jury excused to deliberate. | |
| | | 9:07 am | | | Court is in recess. | |
| | | 9:15 am | | | Jury Note #1 received by the Court. | |
| | | 10:18 am | | | Jury Note #2 received by the Court. | |
| | | 10:30 am | | | Court is reconvened. Parties are present. Jury Note #2 discussed with parties. | |
| | | 10:33 am | | | Parties agree copies of exhibit 390 will be provided to jury. | |
| | | 10:35 am | | | Court is in recess. | |
| | | 2:57 pm | | | Jury note #3 received by the Court. | |
| | | 3:00 pm | | | Jury excused for the day. Court is in recess. Jury trial continued to December 21, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1