UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-04006-JST
Case Name: <u>Rearden LLC v. The Walt Disney Company</u>

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Mark Carlson<br>Jerrod Patterson<br>Garth Wojitanowicz | John Spiegel<br>Kelly Klaus<br>Blanca Young<br>John Schwab<br>Stephanie Herrera<br>Anne Conley<br>John Chow, in house counsel |
| **TRIAL DATE:**<br>December 21, 2023 | **REPORTER:**<br>Pamela Hebel | **CLERK:**<br>Mauriona Lee |
| **TIME IN COURT:**<br>5 hours | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:30 am** | | | **Court is reconvened. Jury continues deliberations.** | |
| | | 8:43 am | | | Jury Note #4 by the Court. | |
| | | 9:03 am | | | Court is reconvened. The Court addresses jury note #4 with parties. | |
| | | 9:06 am | | | Parties are directed to meet and confer regarding an answer to the jury note. | |
| | | 9:06 am | | | Court is in recess. | |
| | | 9:22 am | | | Jury Note #5 received by the Court. | |
| | | 9:22 am | | | Court is in recess. | |
| | | 12:04 pm | | | Jury Note #6 received by the Court. | |
| | | 12:17 pm | | | Court is reconvened. The Court addresses jury note #6 with parties. | |
| | | 12:35 pm | | | With approval of parties agreed upon response delivered to jury. | |
| | | 12:35 pm | | | Court is in recess. | |
| | | 12:40 pm | | | Reconvened. Jury present. | |
| | | 12:42 pm | | | Verdict read. | |
| | | 12:43 pm | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 12:46 pm | | | Jury present. The Court addresses the jury regarding discrepancies with the verdict. | |
| | | 12:48 pm | | | Jury excused with verdict form. | |
| | | 12:50 pm | | | Corrected verdict handed to court. | |

Case No: 17-cv-04006-JST
Case Name: Rearden LLC v. The Walt Disney Company
Date: December 20, 2023
Courtroom Deputy: Mauriona Lee       - Court Reporter:     Pamela Hebel

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:50 pm | | | Reading of corrected verdict begins. | |
| | | 12:53 pm | | | Reading of corrected verdict ends. | |
| | | 12:54 pm | | | The Court addresses the jury. | |
| | | 12:57 pm | | | Jury admonished and discharged. | |
| | | 1:21 pm | | | Court is reconvened. The Court sets a case management conference for February 7, 2024 at 2:00 p.m. Case management statement due January 31, 2024 by 5:00 p.m. | |
| | | 1:30 pm | | | Court is adjourned. | |