UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA



FILED

DEC 20 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Case Number:  17-cv-04006-JST

Case Name:  Rearden LLC v. The Walt Disney Company

## NOTE FROM THE JURY

Note number:  1

Date:  12/20/2023

Time:  9:15

1.  The Jury has reached a unanimous verdict ☐

Or

2.  The Jury has the following question:

Schedule:
today until 3⁰⁰ pm
Thursday 8³⁰ – 1⁰⁰ pm
Friday 8³⁰ – 3⁰⁰ pm

Forperson – Lisa Miller, juror #8

_____
Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

FILED

DEC 20 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Case Number:  17-cv-04006-JST

Case Name:  Rearden LLC v. The Walt Disney Company

### NOTE FROM THE JURY

Note number:  2

Date:  12/20/2023

Time:  10:18 am

1.  The Jury has reached a unanimous verdict ☐

Or

2.  The Jury has the following question:

Please provide us 7 copiees (printed)
of Gregg LaSalle contract w/
Rearden.

_____
Presiding Juror

FILED

DEC 2 0 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number:   17-cv-04006-JST

Case Name:   Rearden LLC v. The Walt Disney Company

## NOTE FROM THE JURY

Note number:   2

Date:   12/20/2023

Time:   2:57

1.  The Jury has reached a unanimous verdict ☐

Or

2.  The Jury has the following question:

We are departing now.
Will start again at 8:30 tomorrow.
Thank you.

_____
Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

**FILED**

DEC 21 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Case Number:   17-cv-04006-JST

Case Name:   Rearden LLC v. The Walt Disney Company

### NOTE FROM THE JURY

Note number:   4

Date:   12/21/2023

Time:   8:43

1.  The Jury has reached a unanimous verdict ☐

Or

2.  The Jury has the following question:

Is it possible for the judge to provide
more definition of "directly" in
the question "Disney directly benefited
financially from the infringing activity
of DD3."

_____
Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

**FILED**

DEC 21 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Case Number:   17-cv-04006-JST

Case Name:   Rearden LLC v. The Walt Disney Company

## NOTE FROM THE JURY

Note number:   5

Date:   12/21/23

Time:   9:22 am

1.  The Jury has reached a unanimous verdict ☐

Or

2.  The Jury has the following question:

Cancel our prior request.
We do not need or want a
response

_____
Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

**FILED**

DEC 21 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Case Number:   17-cv-04006-JST

Case Name:   Rearden LLC v. The Walt Disney Company

## NOTE FROM THE JURY

Note number:   6

Date:   12/21/2023

Time:   12:04

1.  The Jury has reached a unanimous verdict ☐

Or

2.  The Jury has the following question:

Will the amount entered into question 6 be granted to be paid to the plaintiff, in addition to what is awarded in question 3? Or, does our answer to question 6 not result in payment to plaintiff?

_____
Presiding Juror

The Court's Answer To Jury Question 6:

If you find that the Defendant Disney is liable for vicarious copyright infringement, then the Plaintiff Rearden is entitled to receive both an award of its actual damages and the portion of Disney's profits from *Beauty and the Beast* attributable to DD3's copyright infringement.

You may not include in an award of profits any amount that you took into account in determining actual damages.

J.S.T.

Your honor —

When evidence is submitted, there is inconsistency to showing it to the jury on the screens.

Is that intentional?

The randomness of showing the evidence can be confusing.

Thanks.

Jury Note #1
Received
12/7/23