| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | KELLY M. KLAUS (SBN 161091) |
| Mark S. Carlson (*pro hac vice*) | kelly.klaus@mto.com |
| Jerrod C. Patterson (*pro hac vice*) | BLANCA F. YOUNG (SBN 217533) |
| Garth Wojtanowicz, CBA No. 246510 | blanca.young@mto.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | STEPHANIE G. HERRERA (SBN 313887) |
| 1301 Second Avenue, Suite 2000 | stephanie.herrera@mto.com |
| Seattle, WA 98101 | SHANNON AMINIRAD (SBN 324780) |
| Telephone: (206) 623-7292 | shannon.aminirad@mto.com |
| Facsimile: (206) 623-0594 | MUNGER, TOLLES & OLSON LLP |
| steve@hbsslaw.com | 560 Mission Street, 27th Floor |
| markc@hbsslaw.com | San Francisco, California 94105-2907 |
| jerrodp@hbsslaw.com | Telephone: (415) 512-4000 |
| garthw@hbsslaw.com | Facsimile: (415) 512-4077 |
| | |
| | JOHN W. SPIEGEL (SBN 78935) |
| | john.spiegel@mto.com |
| Rio S. Pierce, CBA No. 298297 | JOHN L. SCHWAB (SBN 301386) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | john.schwab@mto.com |
| 715 Hearst Avenue, Suite 202 | ANNE K. CONLEY (SBN 307952) |
| Berkeley, CA 94710 | anne.conley@mto.com |
| Telephone: (510) 725-3000 | ROWLEY J. RICE (SBN 313737) |
| Facsimile: (510) 725-3001 | rowley.rice@mto.com |
| riophbsslaw.com | MUNGER, TOLLES & OLSON LLP |
| | 350 South Grand Avenue, 50th Floor |
| *Attorneys for Plaintiffs* | Los Angeles, California 90071-3426 |
| | Telephone: (213) 683-9100 |
| | Facsimile: (213) 687-3702 |
| | |
| | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, California limited liability companies, | Case No.    4:17-cv-04006-JST |
| Plaintiffs, | **JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS** |
| vs. | |
| WALT DISNEY PICTURES, a California corporation, | Judge:  Hon. Jon S. Tigar |
| Defendant. | Ctrm.:  6 (2nd Floor) |

In compliance with Local Rule 5-1(g)(1)(A), Plaintiffs Rearden LLC and Rearden MOVA LLC ("Plaintiffs") and Defendant Walt Disney Pictures Corp. ("Defendant") (collectively, "Parties") jointly certify that the exhibits listed below and attached hereto are true and correct copies of the admitted exhibits that were submitted to the jury in the above captioned matter.

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 4 | MPAA Site Security Program Questionnaire | 12/11/2023 |
| 7 | Article: Oscar SciTech Awards Hit by Visual Effects Credit Dispute (Exclusive) | 12/11/2023 |
| 12 | Article: Digital Replicas May Change Face of Films | 12/6/2023 |
| 13 | Physical Exhibit: US Copyright Office Certificate of Registration for MOVA Contour | 12/7/2023 |
| 14 | Rearden LLC Copyright Notice | 12/12/2023 |
| 31 | 8/20/12 employment contract between Pearce and Rearden LLC and assignment | 12/7/2023 |
| 37 | 8/17/12 Asset Purchase Agreement between OnLive and OL2. | 12/7/2023 |
| 42 | 2/11/13 Nunc Pro Tunc Assignment | 12/7/2023 |
| 48 | Article: Hollywood Legal Battle Erupts Over Facial Animation Technology | 12/11/2023 |
| 62 | Image file: NYTimes cover image-0607231-1.jpg | 12/6/2023 |
| 64 | Image file: 054_blades.JPG | 12/6/2023 |
| 69 | Image file: MOVAPRESS_HWREPORTER_070306.pdf | 12/6/2023 |
| 70 | Image file: AmericanCinematographer_0906.pdf | 12/6/2023 |
| 72 | Video file: GDC08-videoloop-mix1-720p.mov | 12/6/2023 |
| 76 | Image file: IMG_5608.jpg | 12/6/2023 |
| 77 | Image file: IMG_5694.jpg | 12/6/2023 |
| 80 | Image file: trapani-000319Kaskade_lo.jpg | 12/6/2023 |
| 81 | Image file: Steve_Perlman_and_model_in_front_of_Mova_Contour_reality_capture_system.jpg | 12/6/2023 |

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 100 | Image file: ~IMG_5051.jpg | 12/6/2023 |
| 138 | Letter from E. Tate to G. LaSalle re Performance Motion Capture Intellectual Property | 12/7/2023 |
| 140 | Page from Agreement between Nicole Enterprises, Inc. ("Lender"), furnishing services of Bill Condon ("Artist") and Walt Disney Pictures ("WDP") | 12/13/2023 |
| 141 | Beauty and the Beast Bill Condon Sound Ups & Interview Questions | 12/13/2023 |
| 142 | Video of "A Beauty of a Tale" Featurette | 12/13/2023 |
| 144 | Email from S. Gaub to B. Condon et al re BATB: MOVA timeline | 12/13/2023 |
| 148 | Video of Beauty and the Beast Paris Press Conference | 12/6/2023 |
| 150 | Offer of Employment by Rearden, LLC to Tim Cotter | 12/12/2023 |
| 204 | Chip Pictures, Inc. Memorandum of Agreement with Steve Gaub | 12/13/2023 |
| 210 | Video of Direct Drive Beauty & The Beast Shot Breakdown | 12/13/2023 |
| 214 | Beauty and the Beast Visual Effects Images | 12/13/2023 |
| 215 | Beauty and the Beast Visual Effects Images | 12/13/2023 |
| 217 | Beauty and the Beast Visual Effects Images | 12/13/2023 |
| 218 | Beauty and the Beast Visual Effects Images | 12/13/2023 |
| 219 | Beauty and the Beast Visual Effects Images | 12/13/2023 |
| 220 | Beauty and the Beast Visual Effects Images | 12/13/2023 |
| 221 | Beauty and the Beast Visual Effects Images | 12/13/2023 |
| 223 | Beauty and the Beast Visual Effects Images | 12/13/2023 |
| 224 | Beauty and the Beast Visual Effects Images | 12/13/2023 |
| 225 | Beauty and the Beast Visual Effects Images | 12/13/2023 |
| 226 | Beauty and the Beast Visual Effects Images | 12/13/2023 |
| 227 | Beauty and the Beast Visual Effects Images | 12/13/2023 |
| 228 | Beauty and the Beast Visual Effects Images | 12/13/2023 |
| 239 | Beauty and the Beast Visual Effects Images | 12/13/2023 |

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 240 | Email from J. D'Amato to D. Hendler et al re Re: Mova Mova Mova | 12/13/2023 |
| 247 | Beauty and the Beast Final Press Kit | 12/13/2023 |
| 255 | Email from W. Hendley to D. Solomon et al re BEAUTY AND THE BEAST Production Notes | 12/11/2023 |
| 270 | Email from D. Hendler to G. Munro et al re Beast Mova plan | 12/13/2023 |
| 288 | October 16, 2008 OnLive Presentation to WDC | 12/7/2023 |
| 289 | October 29, 2008 OnLive Presentation to WDC | 12/7/2023 |
| 335 | **Sealed (Dkt. 657)** "BEAUTY AND THE BEAST" - Visual Effects Services Agreement between Chip Pictures and Digital Domain 3.0 (w/ Metadata Cover Sheet) | 12/13/2023 |
| 339 | Email from D. Taritero to M. Steele et al re Re: MOVA Lawsuit | 12/13/2023 |
| 344 | MOVA Session Video Produced by Disney | 12/12/2023 |
| 345 | MOVA Session Video Produced by Disney | 12/12/2023 |
| 347 | Notes re 30(b)(6) Deposition | 12/12/2023 12/13/2023 |
| 353 | Email from J. Hintz llopis to D. Taritero et al re FW: Mova Lawsuit | 12/13/2023 |
| 354 | Disney Vendor Evaluation Policies and Procedures | 12/13/2023 |
| 356 | Part-Time Exempt Converting to Full-Time Exempt Offer Letter | 12/12/2023 |
| 358 | Page from Agreement between Emma Watson ("Artist") and Cogsworth Productions, Limited ("Producer") | 12/6/2023 |
| 359 | MOVA rig session with Stevens and Watson | 12/6/2023 |
| 363 | Video of Facebook TCL Chinese Theater Media Session | 12/19/2023 |
| 366 | Video of Beauty and the Beast "Trailer 2" | 12/13/2023 |
| 372 | Email from S. Perlman to G. LaSalle re Re: We need to talk | 12/7/2023 |
| 373 | Email from S. Perlman to G. LaSalle et al re RE: Your letter to Cindy | 12/7/2023 |
| 375 | Email from S. Perlman to G. LaSalle et al re Issues that need to be resolved | 12/7/2023 |
| 379 | Email from S. Perlman to E. Ulbrich re RE: And even more drama… | 12/7/2023 |

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 385 | Email from G. LaSalle to S. Perlman re Mova Trademarks and Patents | 12/7/2023 |
| 386 | Email from S. Perlman to G. LaSalle re Re: Mova | 12/7/2023 |
| 388 | **Sealed (Dkt. 686)**<br>Disney's calculation of revenue and costs related to BatB (excluding consumer products) | 12/14/2023 |
| 390 | Full-Time Exempt Offer Letter (LaSalle) Aug. 20, 2012 | 12/7/2023 |
| 401 | MPAA Site Security Program Content Security Best Practices Common Guidelines | 12/18/2023 |
| 1001 | Physical Exhibit:<br>Beauty and the Beast (1991) Blu-ray + DVD - Diamond Edition | 12/14/2023 |
| 1003 | Physical Exhibit:<br>Beauty and the Beast (2017) Blu-ray | 12/14/2023 |
| 1004 | Physical Exhibit:<br>Beauty and the Beast (2017) Blu-ray 3D + Blu-ray 2D | 12/14/2023 |
| 1012 | BATB Clip - Bridge Scene | 12/14/2023 |
| 1015 | BATB Clip - Kitchen Scene | 12/14/2023 |
| 1022 | **Sealed (Dkt. 665)**<br>BATB Production Cost Report | 12/14/2023 |
| 1027 | BATB Visual effects breakdown | 12/14/2023 |
| 1039 | Beauty and the Beast Opening Weekend In-Theatre Exit Polls | 12/18/2023 |
| 1043 | Beauty and the Beast Trailer 2 | 12/18/2023 |
| 1052 | **Sealed (Dkt. 665)**<br>Consolidated Vendor Spend – All Vendors US/GB | 12/14/2023 |
| 1054 | **Sealed (Dkt. 657)**<br>Stevens acting services agreement | 12/12/2023 |
| 1057 | DD3 Beast Shot Tasks Data | 12/18/2023 |
| 1070 | Defendant Marketing Plan for BATB | 12/18/2023 |
| 1076 | Letter from Alan Kalin to Greg LaSalle re: Terms of Engagement | 12/7/2023 |
| 1077 | Early MOVA Video | 12/11/2023 |
| 1085 | Email from Andrew Orr to Steve Perlman; CC Greg LaSalle re: MOva/OL2 | 12/11/2023 |
| 1096 | Email from Gary Lauder to Ken Pearce re: Fwd: MOVA / Defendant | 12/18/2023 |

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 1098 | Email from Gary Lauder to Kevin Mayer; CC Robert Bay re: Getting back to you regarding MOVA | 12/18/2023 |
| 1116 | Email from Ken Pearce to Andy Hendrickson cc: Greg LaSalle re: MOVA Inquiry | 12/18/2023 |
| 1121 | Email from Michelle Winze to Greg LaSalle re: BATB Mova Cost estimates | 12/18/2023 |
| 1123 | Email from Mimi Steele to Steve Gaub re: DD | 12/14/2023 |
| 1129 | Email from Steve Perlman to Alan Kalin re: MOVA Asset Sale LOI-Draft v 3.DOC | 12/11/2023 |
| 1131 | Email from Steve Perlman to Alan Kalin; CC Greg LaSalle re: Referral to help with Mova asset sale | 12/7/2023 |
| 1135 | Email from Steve Perlman to Gary Lauder re FW: MOVA proposal | 12/7/2023 |
| 1136 | Email from Steve Perlman to Gary Lauder re: Follow-up | 12/7/2023 |
| 1137 | Email from Steve Perlman to Gary Lauder re: Follow-up: lunch, MOVA, patents | 12/18/2023 |
| 1138 | Email from Steve Perlman to Gary Lauder re: Greg and Ken and MOVA assets | 12/7/2023 |
| 1140 | Email from Steve Perlman to Gary Lauder re: Mova | 12/7/2023 |
| 1141 | Email from Steve Perlman to Gary Lauder re: MOVA proposal | 12/18/2023 |
| 1142 | Email from Steve Perlman to Gary Lauder re: MOVA proposal | 12/7/2023 |
| 1143 | Email from Steve Perlman to Greg LaSalle re: MOVA Possibilities | 12/7/2023 |
| 1151 | Email from Steve Perlman to Susan Zwerman re: Appeal regarding authorship attribution of Mova facial capture award | 12/11/2023 |
| 1157 | Email from Mark Brown to Dave Taritero re: 3D head scan vendors | 12/14/2023 |
| 1170 | Exhibit 2 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (MSM0250 all entries) | 12/14/2023 |
| 1171 | Exhibit 3 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Msm0250_Mova Pip) | 12/18/2023 |
| 1172 | Exhibit 4 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Msm0250 V002.0000-1m4v) | 12/18/2023 |
| 1176 | Exhibit 8 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Msm0250 V004.0000-1.m4v) | 12/14/2023 |

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 1177 | Exhibit 9 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Msm0250 V006.0000-1.m4v) | 12/18/2023 |
| 1178 | Exhibit 10 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Msm0250 V006.0000-1.m4v) | 12/18/2023 |
| 1179 | Exhibit 11 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Msm0250 V007.0000-1.m4v) | 12/14/2023 |
| 1181 | Exhibit 13 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Msm0250 V025.0000-1.m4v) | 12/18/2023 |
| 1182 | Exhibit 14 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Msm0250 Anim Qc V00.0000.m4v) | 12/18/2023 |
| 1184 | Exhibit 16 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Msm0250 V048.0000-1.m4v) | 12/18/2023 |
| 1185 | Exhibit 17 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Msm0250 V049.0000-1.m4v) | 12/18/2023 |
| 1186 | Exhibit 18 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Msm0250 V073.0000-1.m4v) | 12/14/2023 |
| 1187 | Exhibit 19 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (WAL0550_DMX_ALL.pdf) | 12/14/2023 |
| 1189 | Exhibit 21 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Wal0550 Mova Pip 151202 Aligned.0000m4v) | 12/18/2023 |
| 1190 | Exhibit 22 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Wal0550 V003.0000.m4v) | 12/18/2023 |
| 1191 | Exhibit 23 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Wal0550 Anim Mova Qc V001.0000.m4v) | 12/18/2023 |
| 1197 | Exhibit 29 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Wal0550 Anim Qc V006.0000.m4v) | 12/18/2023 |
| 1198 | Exhibit 30 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Wal0550 V081.0000.m4v) | 12/18/2023 |

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 1199 | Exhibit 31 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Wal0550 V081.0000.m4v) | 12/18/2023 |
| 1202 | Exhibit 33 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Wal0550 Cfx Beauty V037.0000.m4v) | 12/18/2023 |
| 1204 | Exhibit 35 to Declaration of Darren Hendler in Support of Defendants' Motion for Summary Judgment on Causal Nexus (Wal0550 V309.0000.m4v) | 12/18/2023 |
| 1230 | Jimmy Kimmel Live, Emma Watson on Being Hit with Snowballs & Meeting Idol Celine Dion | 12/18/2023 |
| 1238 | Membership Interest and Asset Purchase and Sale Agreement between MO2, LLC as the buyer and OL2, Inc. as the seller | 12/7/2023 |
| 1239 | MO2 LLC Articles of Organization | 12/11/2023 |
| 1242 | MOVA Agreement John Carter of Mars | 12/7/2023 |
| 1243 | MOVA Agreement Pirates of the Caribbean: On Stranger Tides | 12/7/2023 |
| 1244 | Mova Agreement The Hulk | 12/7/2023 |
| 1246 | MOVA Agreement for Tron 2 | 12/7/2023 |
| 1249 | MOVA Bid BATB | 12/18/2023 |
| 1261 | Mova Source Code | 12/18/2023 |
| 1266 | Notice of Employer Identification Number for MO2, LLC | 12/18/2023 |
| 1284 | Plaintiffs' Responses to ROG Nos. 1-2, 7-12 | 12/14/2023 |
| 1294 | Rearden MOVA LLC Articles of Organization | 12/7/2023 |
| 1312 | Screenshot of the video clip in Ex. 1016 (Tinwell), at 38 seconds showing the tracked mesh | 12/12/2023 |
| 1381 | Shot versions of SMT7010 | 12/14/2023 |
| 1382 | Shot versions of SMT7015 | 12/14/2023 |
| 1383 | Shot versions of SMT7020 | 12/14/2023 |
| 1384 | Shot versions of SMT7030 | 12/14/2023 |
| 1385 | Shot versions of SMT7035 | 12/14/2023 |
| 1386 | Shot versions of SMT7040 | 12/14/2023 |

-8-
JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS
NO. 17-CV-04006

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 1387 | Shot versions of SMT7045 | 12/14/2023 |
| 1388 | Shot versions of SMT7050 | 12/14/2023 |
| 1389 | Shot versions of SMT7060 | 12/14/2023 |
| 1390 | Shot versions of SMT7065 | 12/14/2023 |
| 1391 | Shot versions of SMT7068 | 12/14/2023 |
| 1392 | Shot versions of SMT7070 | 12/14/2023 |
| 1393 | Shot versions of SMT7073 | 12/14/2023 |
| 1394 | Shot versions of SMT7075 | 12/14/2023 |
| 1395 | Shot versions of SMT7078 | 12/14/2023 |
| 1396 | Shot versions of SMT7085 | 12/14/2023 |
| 1397 | Shot versions of SMT7090 | 12/14/2023 |
| 1404 | Shot versions of SPD0190 | 12/14/2023 |
| 1405 | Shot versions of SPD0210 | 12/14/2023 |
| 1406 | Shot versions of SPD0230 | 12/14/2023 |
| 1407 | Shot versions of SPD0250 | 12/14/2023 |
| 1408 | Shot versions of SPD0270 | 12/14/2023 |
| 1409 | Shot versions of SPD0290 | 12/14/2023 |
| 1421 | The Late Late Show with James Corden, Crosswalk the Musical: Beauty and the Beast | 12/18/2023 |
| 1422 | The Tonight Show Starring Jimmy Fallon, Josh Gad's Beauty and the Beast Horse Almost Ran Over Hermione | 12/18/2023 |
| 1425 | **Sealed (Dkt. 665)**<br>The Walt Disney Studios Review of Net Realizable Value (One Sheet) For Fiscal Year 2023 Q1 Close | 12/14/2023 |
| 1426 | The EllenShow, Emma Watson Talks 'Beauty and the Beast' and Her First Movie Premiere | 12/18/2023 |
| 1458 | U.S. TV Spot "Prepare" | 12/18/2023 |
| 1479 | VFX Agreement Marvel's The Avengers | 12/14/2023 |

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 1484 | VFX Agreement Tron 2 | 12/14/2023 |
| 1487 | Walt Disney Studios, Beauty and the Beast Official US Teaser Trailer | 12/18/2023 |

DATED:  January 2, 2024          MUNGER, TOLLES & OLSON LLP


                                 By:   */s/ Kelly M. Klaus*
                                       KELLY M. KLAUS
                                       *Attorneys for Defendant*


DATED:  January 2, 2024          HAGENS BERMAN SOBOL SHAPIRO LLP

                                 By:   */s/ Mark S. Carlson*
                                       MARK S. CARLSON[1]
                                       *Attorneys for Plaintiffs*

---

[1] Signed electronically by Kelly M. Klaus with the concurrence of Mark S. Carlson, pursuant to L.R. 5-1(i)(3).