**Case 4:17-cv-04006-JST Document 696-2 Filed 01/02/24 Page 1 of 12**



EXHIBIT
176
HendricksonA    01/24/2023

HOME > MOVIES > MOVIE NEWS

# Oscars SciTech Awards Hit by Visual Effects Credit Dispute (Exclusive)

Steve Perlman, CEO of Rearden Mova, claims in a letter to the Academy that the facial performance capture system's core developers are not being recognized.

BY CAROLYN GIARDINA  FEBRUARY 6, 2015 11:01AM



'Guardians of the Galaxy'  COURTESY OF MARVEL ENTERTAINMENT

 Listen to this article

United States District Court
Northern District of California
**PLAINTIFFS' EXHIBIT**
**7**
Case No. 4:17-cv-4006-JST
Date Entered _____
By _____
                    Deputy Clerk

The company behind a visual effects system used in *Guardians of the Galaxy* and other films is challenging an Academy Award being handed out Saturday to a man it claims is taking improper credit.

The president and CEO of Rearden Mova — a company behind a facial performance capture system that's being honored at the Academy's annual Scientific and Technical Awards — has sent a letter of appeal to the group's Science and Technology Council, arguing that the "core members of its R&D team responsible for essential inventions or major contributions," including himself, are not being recognized. He is requesting a new review.


ADVERTISEMENT

Technical Achievement Awards (an Academy certificate) are set to be presented during the SciTech ceremony to **Tim Cotter**, **Roger van der Laan**, **Ken Pearce** and **Greg LaSalle** for "the innovative design and development of the MOVA facial performance capture system."

But while agreeing with the selection of three of the four names, Rearden Mova's leader, **Steve Perlman**, contends that LaSalle, who is now working with the MOVA system at VFX house Digital Domain, was "not even on the R&D team … [and] made no essential inventions or major contributions to its development."

He added in the letter, a copy of which was obtained by *The Hollywood Reporter*: "It is horrifying to see a decade of my life's work credited to someone who was no more than a trainee of the end result."

Compounding the situation is a bitter disagreement over licensing of the technology, as Perlman makes a related claim that LaSalle and Digital Domain used MOVA technology for Marvel's megahit film *Guardians of the Galaxy*, but "I never granted Digital Domain a license."

A spokesperson for Digital Domain and LaSalle tells *THR*: "We are confident we have the proper license to operate this technology." The spokesperson would not elaborate further. LaSalle could not be reached for comment at press time.

Perlman asserted in the letter: "I invented and/or co-invented all of the core technologies, and I integrated together the inventions into a practical and high-quality service offering. I also personally wrote every single Mova patent, documented what contribution, large or small, each co-inventor made to each patent, and I have personally maintained every Mova patent worldwide to this day, all of which are assigned to my company, Rearden Mova." He claimed his contributions were scientific, including the application of the principles of psychophysics.


ADVERTISEMENT

In response, an Academy spokesperson says: "Mr. Perlman's work as founder of MOVA has been key. However, in this case, the Academy determined that his contribution was not of a technical or scientific nature and therefore not eligible for awards consideration." The Academy's decision comes as several owners and/or founders of their companies are set to receive SciTech Awards at this year's ceremony.

Mova debuted in 2006 at the annual CG confab Siggraph, and it quickly drew attention when it was revealed that Digital Domain and director **David Fincher** were already testing the facial capture system to create a CG version of **Brad Pitt** for *The Curious Case of Benjamin Button*. Mova was used for that film, which went on to win an Oscar in visual effects.

Perlman claimed that in reviewing the Mova award application, the SciTech Awards committee didn't follow the rules in that it didn't consider all the materials that he provided. He also contended that there was a Digital Domain employee involved in the SciTech Award review, which he felt was a conflict of interest. LaSalle is set to speak at the ceremony on Saturday when the team accepts the award.

In the letter to the SciTech Council, Perlman submitted materials that included an email from LaSalle dated May 18, 2006, saying, "In preparation of things to come, over the next month, I'd like to learn as much as I can about the capture and calibration process. I'd like to start next week with the makeup prep and application, then during future shoots learn about setting up the system and preparing it for a shoot." This email was addressed to another member of the Mova team, **John Speck**.


ADVERTISEMENT

Explained Perlman in the letter: "The reason LaSalle had no experience working with Mova Contour (not even the rudimentary basics of makeup prep and application) on the eve of its debut was because he wasn't a member of the Mova Contour R&D team. John Speck and I, together with the other members of the R&D team, had worked for years inventing and refining the core technologies. ... Yet Speck and I were denied an Academy Award for our breakthrough work."

*E-mail: Carolyn.Giardina@THR.com*
*Twitter: @CGinLA*

## Related Stories

**RELATED STORY**
Ian Somerhalder and Maggie Grace

## Related Stories

**RELATED STORY**
Oscars: Why This Year's VFX Winner Could Be Exported

## Related Stories

**RELATED STORY**
Inside THR's Nominees Night Party: Bradley Cooper, Michael Keaton Among Oscar Hopefuls Feted (Photos)

## Related Stories

**RELATED STORY**

Sage Steele - P 2014

---

**This May Reverse Wrinkled Skin And Shed Years Off Your Face**
Radiant Face Care | Sponsored

**Want To Speak Spanish This Winter…Here's The Answer**
Babbel | Sponsored                                                                                    Try Now

**Unsold Caribbean Cruise Cabins Almost Given Away**
Cruise Deals | Sponsored searches | Sponsored

**Custom Suits, Shirts & Menswear. Quality Made to Measure creations at an affordable price.**
TheSuitGuy | Sponsored                                                                                Shop Now

**Urologist: 90% of Men with E.D. Don't Know About This Easy Fix (Try It Tonight)**
Trending News | Sponsored

**Palo Alto: Meet Single Asian Women Near You**
Dating | Search Ads | Sponsored

---

## THR NEWSLETTERS
Sign up for THR news straight to your inbox every day

**SUBSCRIBE**

---

### MORE FROM THE HOLLYWOOD REPORTER



**HEAT VISION**
Brandon Cronenberg Debuts Shock NC-17 Pic 'Infinity Pool' Featuring Alexander Skarsgard Naked and Breastfeeding



**SUNDANCE**
Gael García Bernal Praises 'Station Eleven' Experience, Open to Reteaming With Series Creatives



**TITANIC**
Box Office Milestone: 'Avatar 2' Sails Past $2B Globally



**RAMBLING REPORTER**
Sundance: "Medical Incident" Causes Stir on Main Street During 'Divinity' World Premiere



**RAMBLING REPORTER**
Sundance: Anne Hathaway Recalls Being Asked as 16-Year-Old Actress if She Was "a Good Girl or Bad Girl?"



**WILL FERRELL**
Sundance: 'Theater Camp' Debuts to Standing Ovation, Receives Second for Cast After Surprise Musical Performance

ADVERTISEMENT



# SHOPPING WITH THR





### The Best Sports Bras for Every Size and Activity
BY NICOLA FUMO



### The Best Lunar New Year's Gifts for Everyone, From Luxe Fashion and Beauty to Sweet Treats and More
BY DANIELLE DIRECTO-MESTON



### The Best White Tees to Wear for Hollywood-Worthy Styling
BY NATALIE ALCALA

## THR NEWSLETTERS

Sign up for THR news straight to your inbox every day

EMAIL

**SUBSCRIBE TODAY**

By subscribing, I agree to the Terms of Use and Privacy Policy

## MOST POPULAR



**Golden Globes: Full List of Winners**
BY KIMBERLY NORDYKE

 **Francis Ford Coppola's 'Megalopolis' in Peril Amid Ballooning Budget, Crew Exodus (Exclusive)**
BY KIM MASTERS, SCOTT FEINBERG, AARON COUCH

 **Lisa Marie Presley, Singer, Songwriter and Elvis' Daughter, Dies at 54**
BY MIKE BARNES

 **Austin Butler, Colin Farrell, Brendan Fraser, Jeremy Pope, Ke Huy Quan, Adam Sandler and THR's Actor Roundtable**
BY SCOTT FEINBERG

 **WWE Co-CEO Stephanie McMahon Resigns**
BY ALEX WEPRIN

ADVERTISEMENT



## MUST READS



'Rust' Shooting: Alec Baldwin, Other Crew to Be Charged in Halyna Hutchins' On-Set Death
BY WINSTON CHO

Case 4:17-cv-04006-JST   Document 696-2   Filed 01/02/24   Page 9 of 12



Sarah Michelle Gellar Returns to Fighting Form: "I've Earned the Right to Stand Where I Am"
BY MIKEY O'CONNELL



Austin Butler, Colin Farrell, Brendan Fraser, Jeremy Pope, Ke Huy Quan, Adam Sandler and THR's Actor Roundtable
BY SCOTT FEINBERG



ADVERTISEMENT



ADVERTISEMENT





### MOST POPULAR

1. **sheknows**
   Wayne Gretzky's Daughter Paulina Turning Heads in a Tiny Black Bikini Proves 2023 Will Be Her Most Confident Year Yet

2. **VIBE**
   Nelly Twitches Bizarrely While Performing On Stage, Worries Fans

3. **ARTnews**
   Controversy Over Artist's Photograph of Child in Tub Spurs Jamie Lee Curtis to Delete Instagram Post

4. **Dirt**
   Ellen DeGeneres Sells Montecito's Historic Rancho San Leandro to Bumble CEO

### YOU MAY ALSO LIKE






Subscriber Support

The Hollywood Reporter

Legal

Case 4:17-cv-04006-JST   Document 696-2   Filed 01/02/24   Page 12 of 12



Have a Tip?

Send us a tip using our anonymous form.

SEND US A TIP

Newsletter Sign Up

SUBSCRIBE

OUR SITES

The Hollywood Reporter is a part of Penske Media Corporation. © 2023 The Hollywood Reporter, LLC. All Rights Reserved.
THE HOLLYWOOD REPORTER is a registered trademark of The Hollywood Reporter, LLC.
Powered by WordPress.com VIP