# ATTACHMENTS TO JOINT CERTIFICATION OF ADMITTED TRIAL EXHIBITS (DKT. 696)

# ADMITTED EXHIBITS

# TX214 – TX288