# IMAGE PLACEHOLDER FOR NATIVE FILE



United States District Court
Northern District of California
**PLAINTIFFS' EXHIBIT
214**
Case No. 4:17-cv-4006-JST
Date Entered _____
By _____
Deputy Clerk

EXHIBIT
D-1190
Huseby.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    DE-DD3-0001520

         

SMT7030_MOVA_160706_ali...  SMT7030_MOVA_PIP_160706_...  SMT7030_V001  SMT7030_anim_qc_costumeles...  SMT7030_anim_qc_costumeles...  SMT7030_anim_qc_costumeles...  SMT7030_anim_qc_costumeles...  SMT7030_anim_qc_costumeles...  SMT7030_anim_qc_costumeles...  SMT7030_anim_qc_v001

        

SMT7030_anim_qc_v002  SMT7030_anim_qc_v003  SMT7030_anim_qc_v004  SMT7030_anim_qc_v005  SMT7030_anim_qc_v006  SMT7030_avidref_v001  SMT7030_avidref_v002  SMT7030_cfx_beauty_v002  SMT7030_cfx_beauty_v003  SMT7030_cfx_beauty_v004

        

SMT7030_cfx_beauty_v008  SMT7030_cfx_beauty_v009  SMT7030_cfx_beauty_v010  SMT7030_cfx_fast_v001  SMT7030_cfx_fast_v002  SMT7030_cfx_qc_v001  SMT7030_cfx_qc_v002  SMT7030_cfx_qc_v003  SMT7030_cfx_qc_v004  SMT7030_cfx_qc_v005

        

SMT7030_cp01_v100  SMT7030_pl01_v100  SMT7030_plateqc_v001  SMT7030_plateqc_v002  SMT7030_plateqc_v003  SMT7030_plateqc_v004  SMT7030_plateqc_v005  SMT7030_ref01_v100  SMT7030_v001  SMT7030_v002

       

SMT7030_v003  SMT7030_v004  SMT7030_v005  SMT7030_v006  SMT7030_v007  SMT7030_v008  SMT7030_v009  SMT7030_v010  SMT7030_v011  SMT7030_v012

        

SMT7030_v013  SMT7030_v014  SMT7030_v015  SMT7030_v016  SMT7030_v017  SMT7030_v018  SMT7030_v019  SMT7030_v021  SMT7030_v022  SMT7030_v023

# IMAGE PLACEHOLDER FOR NATIVE FILE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  DE-DD3-0001521



**IMAGE PLACEHOLDER FOR NATIVE FILE**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
DE-DD3-0001522












SMT7030_avidref_v001 | SMT7030_avidref_v002 | SMT7030_cfx_beauty_v002 | SMT7030_cfx_beauty_v003 | SMT7030_cfx_beauty_v004 | SMT7030_cfx_beauty_v008 | SMT7030_cfx_beauty_v009 | SMT7030_cfx_beauty_v010 | SMT7030_cfx_fast_v001 | SMT7030_cfx_fast_v002









SMT7030_cfx_qc_v001 | SMT7030_cfx_qc_v002 | SMT7030_cfx_qc_v003 | SMT7030_cfx_qc_v004 | SMT7030_cfx_qc_v005 | SMT7030_cp01_v100 | SMT7030_ingestcheck_v001 | SMT7030_ingestcheck_v002 | SMT7030_pl01_v100 | SMT7030_plateqc_v001










SMT7030_plateqc_v002 | SMT7030_plateqc_v003 | SMT7030_plateqc_v004 | SMT7030_plateqc_v005 | SMT7030_ref01_v100 | SMT7030_v001 | SMT7030_v002 | SMT7030_v003 | SMT7030_v004 | SMT7030_v005











SMT7030_v006 | SMT7030_v007 | SMT7030_v008 | SMT7030_v009 | SMT7030_v010 | SMT7030_v011 | SMT7030_v012 | SMT7030_v013 | SMT7030_v014 | SMT7030_v015











SMT7030_v016 | SMT7030_v017 | SMT7030_v018 | SMT7030_v019 | SMT7030_v021 | SMT7030_v022 | SMT7030_v023 | SMT7030_v024 | SMT7030_v025 | SMT7030_v026











SMT7030_v027 | SMT7030_v028 | SMT7030_v029 | SMT7030_v030 | SMT7030_v031 | SMT7030_v032 | SMT7030_v033 | SMT7030_v034 | SMT7030_v035 | SMT7030_v036

**IMAGE PLACEHOLDER FOR NATIVE FILE**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 DE-DD3-0001523












SMT7030_v037  SMT7030_v038  SMT7030_v039  SMT7030_v040  SMT7030_v041  SMT7030_v043  SMT7030_v044  SMT7030_v045  SMT7030_v046  SMT7030_v047








SMT7030_v048  SMT7030_v049  SMT7030_v050  SMT7030_v051  SMT7030_v052  SMT7030_v053  SMT7030_v054  SMT7030_v055  SMT7030_v056  SMT7030_v057










SMT7030_v058  SMT7030_v059  SMT7030_v060  SMT7030_v061  SMT7030_v062  SMT7030_v063  SMT7030_v064  SMT7030_v065  SMT7030_v066  SMT7030_v067










SMT7030_v068  SMT7030_v069  SMT7030_wt01_v100