| | |
|---|---|
| **From:** | Greg Lasalle |
| **Sent:** | Thursday, February 14, 2013 11:43 AM |
| **To:** | Steve Perlman |
| **Subject:** | Mova Trademarks and Patents |
| **Attachments:** | Mova Patents and Trademarks.pdf |

FYI: Attached is a copy of the Trademark and patent lists. Some due dates have already passed.

-Greg

1

United States District Court
Northern District of California
**PLAINTIFFS' EXHIBIT**
**385**
Case No. 4:17-cv-4006-JST
Date Entered _____
By _____
Deputy Clerk

REARDEN 000591

**PTX 045.001**

Exhibits to Membership Interest and Asset Sale and Purchase Agreement

# EXHIBIT A-1

## MOVA TRADEMARKS[1]

---

[1] "Mova Trademarks" refers to marks registered in the name of the Seller. For completeness, the Buyer is listing here all trademarks related to the Business; however, please note that the Mova marks registered in the name of Mova LLC will transfer with the assignment of the Mova LLC Interest, while those registered directly in the name of the Seller (if any) must be specifically identified to transfer, as they are outside of that membership interest.

Confidential

REARDEN 000592

PTX 045.002

Exhibits to Membership Interest and Asset Sale and Purchase Agreement

## Exhibit A-1

## CONTOUR and MOVA Trademarks

| MoFo Matter Number | Mark/Serial Number/Registration Number/Applicant | Country | Class/Goods and Services | Status |
|---|---|---|---|---|
| 65842-6003.001 | CONTOUR<br>Serial No: 78/981,021<br>Reg. No: 3,628,974<br><br>Mova, LLC | United States of America | Class 41:<br>Visual effects and motion picture production services, all in the field of entertainment; entertainment services, namely, special effects, visual effects and animation services featuring motion capture for translating movement of a real subject and mapping such movement onto a 3-dimensional computer-generated model or as a computer-generated subject | Registered<br>App Date: 05/04/2006<br>Reg Date: 05/26/2009<br><br>Section 8 & 15 Due: 05/26/2015 |
| 65842-6003.100 | CONTOUR<br>Serial No: 1144177<br>Reg. No: 1144177<br><br>Mova, LLC | Australia | Class 09:<br>Computer hardware for processing motion capture data, supporting motion capture systems, and displaying related information and imagery; computer software for processing motion capture data; motion capture software and hardware systems consisting of motion capture cameras, connected to a computing means running software for processing data captured by motion capture cameras, all sold as a unit; theatrical lighting controllers<br>Class 11:<br>Theatrical lighting fixtures<br><br>Class 35:<br>Casting services<br>Class 41:<br>Motion capture services, visual effects and motion picture production services, all in the field of entertainment | Registered<br>App Date: 11/01/2006<br>Reg Date: 08/06/2007<br><br>Renewal Due: 11/01/2016 |

REARDEN 000593

Exhibits to Membership Interest and Asset Sale and Purchase Agreement

| MoFo Matter Number | Mark/Serial Number/Registration Number/Applicant | Country | Class/Goods and Services | Status |
|---|---|---|---|---|
| 65842-6003.102 | CONTOUR<br>Serial No: 005431267<br>Reg. No: 005431267<br><br>Mova, LLC | European Community* | Class 09:<br>Computer hardware for processing motion capture data, supporting motion capture systems, and displaying related information and imagery; computer software for processing motion capture data; motion capture software and hardware systems consisting of motion capture cameras, connected to a computing means running software for processing data captured by motion capture cameras, all sold as a unit; theatrical lighting controllers; microphones and digital audio recorders<br>Class 11:<br>Theatrical lighting fixtures<br>Class 41:<br>Motion capture services, casting services, and casting support services, visual effects and motion picture production services, all in the field of entertainment<br>Class 42:<br>Rental of hardware and software, licensing of hardware and software, all for use in the field of entertainment | Registered<br>App Date: 11/01/2006<br>Reg Date: 01/14/2008<br><br>Renewal Due: 11/01/2016 |
| 65842-6003.103 | CONTOUR<br>Serial No: 2006101795<br>Reg. No: 5141949<br><br>Mova, LLC | Japan | Class 09:<br>Computer hardware for processing motion capture data, supporting motion capture systems, and displaying related information and imagery; computer software for processing motion capture data; theatrical lighting controllers and their parts and fittings; microphones and digital audio recorders; arcade video game machines; consumer video games; electronic circuits and CD-ROMs recorded programs for handheld games with liquid crystal displays; computer software; telecommunication machines and apparatus; electronic machines, apparatus and their parts<br>Class 11:<br>Theatrical lighting fixtures | Registered<br>App Date: 11/01/2006<br>Reg Date: 06/20/2008<br><br>Renewal Due: 06/20/2018 |

REARDEN 000594

Confidential

PTX 045.004

Exhibits to Membership Interest and Asset Sale and Purchase Agreement

| MoFo Matter Number | Mark/Serial Number/Registration Number/Applicant | Country | Class/Goods and Services | Status |
|---|---|---|---|---|
| | | | Class 41:<br>Photographing of motion pictures, electronic image data processing of motion pictures, digital imaging services, all in the field of entertainment; movie film production; direction of making radio or television programs; art exhibitions; planning arrangement of showing movies, shows, pays or musical performances; presentation of live show performances; direction or presentation of plays; presentation of musical performances; operation of video equipment or audio equipment etc., for production of radio or television programs; providing audio or video studios; providing facilities for movies, shows, pays, music or educational training; rental of cinematographic machines and apparatus; rental of amusement machine and apparatus; rental of game machines and apparatus; rental of cameras; rental of optical machines and instruments; photography. | |
| 65842-6003.104 | CONTOUR<br>Serial No: 758134<br>Reg. No: 758134<br><br>Mova, LLC | New Zealand | Class 09:<br>Computer hardware for processing motion capture data, supporting motion capture systems, and displaying related information and imagery; computer software for processing motion capture data; motion capture software and hardware systems including motion capture cameras and software and hardware for managing the synchronisation between strobe timing on lighting fixtures and shutter speed on cameras, all sold as a unit; theatrical lighting controllers; microphones and digital audio recorders<br><br>Class 41:<br>Motion capture services, visual effects and motion picture production services, all in the field of entertainment | Registered<br>App Date: 11/01/2006<br>Reg Date: 12/11/2008<br><br>Renewal Due: 05/04/2016 |

REARDEN 000595

Exhibits to Membership Interest and Asset Sale and Purchase Agreement

| MoFo Matter Number | Mark/Serial Number/Registration Number/Applicant | Country | Class/Goods and Services | Status |
|---|---|---|---|---|
| 65842-6003.105 | CONTOUR<br>Serial No: 20063956<br>Reg. No: 22953<br><br>Mova, LLC | Republic of Korea | Class 09:<br>Computer hardware for processing motion capture data; computer hardware for supporting motion capture systems; computer hardware for displaying related information and imagery; computer software for processing motion capture data; motion capture software and hardware systems consisting of motion capture cameras, connected to a computing means running software for processing data captured by motion capture cameras, all sold as a unit; lighting controllers; microphones<br>Class 11:<br>Theatrical lighting fixtures<br>Class 41:<br>Motion capture services in the field of entertainment; casting services in the field of entertainment; casting support services in the field of entertainment; visual effects production services in the field of entertainment; motion picture production services in the field of entertainment | Registered<br>App Date: 11/02/2006<br>Reg Date: 04/15/2008<br><br>Renewal Due: 04/15/2018 |
| 65842-6005.000 | MOVA<br>Serial No: 78/597,127<br>Reg. No: 3,641,201<br><br>Mova, LLC | United States of America | Class 25:<br>Clothing, namely, t-shirts, hats | Registered<br>App Date: 03/29/2005<br>Reg Date: 06/16/2009<br><br>Section 8 & 15 Due: 06/16/2015 |
| 65842-6005.001 | MOVA<br>Serial No: 78/978,085<br>Reg. No: 3,235,412<br><br>Mova, LLC | United States of America | Class 25:<br>Clothing, namely, jackets | Registered<br>App Date: 03/29/2005<br>Reg Date: 04/24/2007<br><br>Section 8 & 15 Due: 04/24/2013 |

REARDEN 000596

Exhibits to Membership Interest and Asset Sale and Purchase Agreement

| MoFo Matter Number | Mark/Serial Number/Registration Number/Applicant | Country | Class/Goods and Services | Status |
|---|---|---|---|---|
| 65842-6005.002 | MOVA<br>Serial No: 78/599,227<br>Reg. No: 3,843,152<br><br>Mova, LLC | United States of America | Class 42:<br>Rental of computer hardware and software for use in the field of entertainment | Registered<br>App Date: 03/31/2005<br>Reg Date: 08/31/2010<br><br>Section 8 & 15 Due: 08/31/2016 |
| 65842-6005.003 | MOVA<br>Serial No: 78/977,072<br>Reg. No: 3,261,205<br><br>Mova, LLC | United States of America | Class 41:<br>Entertainment services, namely, special effects animation services for film and video featuring motion capture for translating movement of a real subject and mapping such movement onto or as a computer generated subject, preparation of special visual effects, and motion picture production services | Registered<br>App Date: 03/31/2005<br>Reg Date: 07/10/2007<br><br>Section 8 & 15 Due: 07/10/2013 |
| 65842-6005.004 | MOVA<br>Serial No: 77/922,936<br>Reg. No:<br><br>Mova, LLC | United States of America | Class 09:<br>Computer hardware for processing motion picture data, supporting motion capture systems and displaying related information and imagery; computer software for processing motion picture data, supporting motion capture systems and displaying related information and imagery; computer software for image processing of 2D and 3D images; motion capture software and hardware systems consisting of motion capture cameras connected to a computing means running software for processing data captured by motion capture cameras, all sold as a unit; computer hardware and software for use in creating special effects<br>Class 42:<br>Rental of computer hardware and software for use in motion capture and creation of special effects<br>Class 45:<br>Licensing of computer hardware and software for motion capture and creation of special effects | Allowed - Intent to Use<br>App Date: 01/28/2010<br>Reg Date:<br><br>Statement of Use Due/EOT4: 02/22/2013 |

REARDEN 000597

Confidential

PTX 045.007

Exhibits to Membership Interest and Asset Sale and Purchase Agreement

| MoFo Matter Number | Mark/Serial Number/Registration Number/Applicant | Country | Class/Goods and Services | Status |
|---|---|---|---|---|
| 65842-6005.101 | MOVA<br>Serial No: 004593596<br>Reg. No: 004593596<br><br>Mova, LLC | European Community* | Class 09:<br>Motion capture hardware; motion capture software<br>Class 41:<br>Motion capture services, casting services, and casting support services, visual effects and motion picture production services, all in the field of entertainment<br>Class 42:<br>Rental of hardware and software; licensing of hardware and software all for use in the field of entertainment | Registered<br>App Date: 09/15/2005<br>Reg Date: 06/01/2007<br><br>Renewal Due: 09/15/2015 |
| 65842-6005.102 | MOVA<br>Serial No: 2005087983<br>Reg. No: 5009820<br><br>Mova, LLC | Japan | Class 35:<br>Referral of actors; business management of actors<br>Class 41:<br>Photographing of motion pictures, electronic image data processing of motion pictures, digital imaging services, all for motion capture, all in the field of entertainment<br>Class 42:<br>Agencies or brokerage for licensing of industrial property regarding computer hardware and other equipment all for use in the field of entertainment; agencies or brokerage for copyright licensing regarding computer software all for use in the field of entertainment | Registered<br>App Date: 09/20/2005<br>Reg Date: 12/08/2006<br><br>Renewal Due: 12/08/2016 |

REARDEN 000598

Confidential

PTX 045.008

Exhibits to Membership Interest and Asset Sale and Purchase Agreement

# EXHIBIT A-2

## MOVA PATENTS

Confidential

REARDEN 000599

**PTX 045.009**

Exhibits to Membership Interest and Asset Sale and Purchase Agreement

## Exhibit A-2
### Mova Patents

| Serial Number | FILE NO. | TITLE | STATUS |
|---|---|---|---|
| 10/942,413 | 8346P308 | APPARATUS AND METHOD FOR CAPTURING THE EXPRESSION OF A PERFORMER | Issued |
| 11/066,954 | 8346P309 | APPARATUS AND METHOD FOR IMPROVING MARKER IDENTIFICATION WITHIN A MOTION CAPTURE SYSTEM - PCT | Issued |
| 11/077,628 | 8346P310 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION | Issued |
| 2005/329027 | 8346P310AU | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - AUSTRALIA | Issued |
| 2519737 | 8346P310CA | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - CANADA | Pending |
| 2005/0030846.9 | 8346P310CN | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - CHINA | Issued |
| 58010315 | 8346P310EP | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - EPO | Issued |
| 71025976 | 8346P310HK | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - HONG KONG | Issued |
| 1528/DELNP/2007 | 8346P310IN | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - INDIA | Pending |
| 2008/500696 | 8346P310JP | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - JAPAN | Issued |
| 2007-7008614 | 8346P310KR | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - KOREA | Issued |
| 553106 | 8346P310NZ | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - NEW ZEALAND | Issued |
| 11/255,854 | 8346P313 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING A RANDOM PATTERN ON CAPTURE SURFACES | Pending |
| 2562657 | 8346P313CA | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING A RANDOM PATTERN ON CAPTURE SURFACES - CANADA | Pending |
| 6121767.5 | 8346P313EP | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING A RANDOM PATTERN ON CAPTURE SURFACES - EPO | Pending |
| 7111329.2 | 8346P313HK | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING A RANDOM PATTERN ON CAPTURE SURFACES - HONG KONG | Pending |
| 550347 | 8346P313NZ | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING A RANDOM PATTERN ON CAPTURE SURFACES - NEW ZEALAND | Issued |
| 11/449,127 | 8346P315 | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE USING PHOSPHOR APPLICATION TECHNIQUES | Issued |
| 2657309 | 8346P315CA | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE USING PHOSPHOR APPLICATION TECHNIQUES | Pending |
| 9108597.1 | 8346P315HK | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE USING PHOSPHOR APPLICATION TECHNIQUES | Pending |
| 11/449,043 | 8346P316 | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE BY STROBING A FLUORESCENT LAMP | Issued |
| 11/449,131 | 8346P317 | SYSTEM AND METHOD FOR THREE DIMENSIONAL CAPTURE OF STOP-MOTION ANIMATED CHARACTERS | Issued |
| 11/888,377 | 8346P318 | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION | Issued |
| 2007281536 | 8346P318AU | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION - AUSTRALIA | Pending |
| 2659572 | 8346P318CA | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION - CANADA | Pending |
| 200780035753.40 | 8346P318CN | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION - CHINA | Pending |
| 7836405.1 | 8346P318EP | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION - EPO | Issued |
| 10101176.2 | 8346P318HK | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION - HONG KONG | Pending |
| 700/CHENP/2009 | 8346P318IN | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION - INDIA | Pending |
| 2009/522863 | 8346P318JP | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION - JAPAN | Pending |
| 10/2009/7004437 | 8346P318KR | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION - KOREA | Pending |
| 574599 | 8346P318NZ | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION - NEW ZELAND | Issued |
| 597473 | 8346P318NZD | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION - NEW ZELAND | Pending |
| 2010256510 | 8346P364XAU | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION WITH TRANSPARENT MAKEUP - AUSTRALIA | Pending |
| 2,764,447 | 8346P364XCA | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION WITH TRANSPARENT MAKEUP - CANADA | Pending |
| 10784126.4 | 8346P364XEP | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION WITH TRANSPARENT MAKEUP - EPO | Pending |
| 597097 | 8346P364XNZ | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION WITH TRANSPARENT MAKEUP - NEW ZEALAND | Pending |
| PCT/US2010/037318 | 8346P364XPCT | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION WITH TRANSPARENT MAKEUP - PCT | Pending |

Confidential

REARDEN 000600

PTX 045.010

Exhibits to Membership Interest and Asset Sale and Purchase Agreement

## Exhibit A-2
## Mova Patent Deadlines & Fees

| BSTZ REF. NO. | SERIAL NO. | TITLE | STATUS | NEXT ACTION DUE:ACTIVITY NAME | ESTIMATE | NEXT ACTION DUE DATE |
|---|---|---|---|---|---|---|
| 8346P308 | 10/942,413 | APPARATUS AND METHOD FOR CAPTURING THE EXPRESSION OF A PERFORMER | Issued | First Maintenance Fee | $575.00 | 5-Dec-15 |
| | | | | Second Maintenance Fee | $1,450.00 | 5-Dec-19 |
| | | | | Final Maintenance Fee | $2,405.00 | 5-Dec-23 |
| 8346P309 | 11/066,954 | APPARATUS AND METHOD FOR IMPROVING MARKER IDENTIFICATION WITHIN A MOTION CAPTURE SYSTEM | Issued | First Maintenance Fee | $583.00 | 15-Jun-13 |
| | | | | Second Maintenance Fee | $1,450.00 | 15-Jun-17 |
| | | | | Final Maintenance Fee | $2,405.00 | 15-Jun-21 |
| 8346P310 | 11/077,628 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION | Issued | First Maintenance Fee | $575.00 | 20-Apr-13 |
| | | | | Second Maintenance Fee | $1,450.00 | 20-Apr-17 |
| | | | | Final Maintenance Fee | $2,405.00 | 20-Apr-21 |
| 8346P310AU | 2005329027 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - AUSTRALIA | Issued | Soft Working Deadline | | 23-Dec-13 |
| 8346P310CA | 2,519,737 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION- CANADA | Pending | No current action - Annuity paid October 2012 | | |
| 8346P310CN | 200580030847 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - CHINA | Issued | No current action - Annuity paid October 2012 | | |
| 8346P310EP | 5108358.2 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION- EPO | Issued | No current action - Annuity paid October 2012 | | |
| 8346P310HK | 71025976 | Apparatus and Method for Performing Motion Capture Using Shutter Synchronization | Issued | No current action - Annuity paid September 2012 | | |
| 8346P310IN | 1528/DELNP/2007 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - INDIA | Pending | No annuities until Examination. | | |

Confidential

REARDEN 000601

PTX 045.011

Exhibits to Membership Interest and Asset Sale and Purchase Agreement

| BSTZ REF. NO. | SERIAL NO. | TITLE | STATUS | NEXT ACTION DUE:ACTIVITY NAME | ESTIMATE | NEXT ACTION DUE DATE |
|---|---|---|---|---|---|---|
| 8346P310JP | 2008-500696 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - JAPAN | Issued | Annuity due | | 18-Mar-14 |
| 8346P310KR | 2007-7008614 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - KOREA | Allowed | Annuity due | | 7-Sep-15 |
| 8346P310NZ | 553106 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING SHUTTER SYNCHRONIZATION - NEW ZEALAND | Issued | Request Sealing | | 29-Nov-11 |
| | | | | Soft Working Deadline | | 7-Nov-14 |
| 8346P313 | 11/255,854 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING A RANDOM PATTERN ON CAPTURE SURFACES | Pending | Amendment and Response to Final Office Action | $4,000.00 | 23-Nov-12 |
| 8346P313CA | 2,562,657 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING A RANDOM PATTERN ON CAPTURE SURFACES - CANADA | Pending | | | |
| 8346P313HK | 7111329.2 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING A RANDOM PATTERN ON CAPTURE SURFACES | Pending | | | |
| 8346P313NZ | 550347 | APPARATUS AND METHOD FOR PERFORMING MOTION CAPTURE USING A RANDOM PATTERN ON CAPTURE SURFACES - NEW ZEALAND | Issued | | | |
| 8346P315 | 11/449,127 | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE USING PHOSPHOR APPLICATION TECHNIQUES | Issued | First Maintenance Fee | $575.00 | 16-Dec-12 |
| | | | | Second Maintenance Fee | $1,450.00 | 16-Dec-16 |
| | | | | Final Maintenance Fee | $2,405.00 | 16-Dec-20 |
| 8346P315HK | 9108597.1 | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE USING PHOSPHOR APPLICATION TECHNIQUES | Pending | Annuity Due | | 6-Jun-15 |

REARDEN 000602

Confidential

PTX 045.012

Exhibits to Membership Interest and Asset Sale and Purchase Agreement

| BSTZ REF. NO. | SERIAL NO. | TITLE | STATUS | NEXT ACTION DUE:ACTIVITY NAME | ESTIMATE | NEXT ACTION DUE DATE |
|---|---|---|---|---|---|---|
| 8346P316 | 11/449,043 | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE BY STROBING A FLUORESCENT LAMP | Issued | First Maintenance Fee | $575.00 | 28-Jan-13 |
| | | | | Second Maintenance Fee | $1,450.00 | 28-Jan-17 |
| | | | | Final Maintenance Fee | $2,405.00 | 28-Jan-21 |
| 8346P317 | 11/449,131 | SYSTEM AND METHOD FOR THREE DIMENSIONAL CAPTURE OF STOP-MOTION ANIMATED CHARACTERS | Issued | First Maintenance Fee | $575.00 | 23-Aug-13 |
| | | | | Second Maintenance Fee | $1,450.00 | 23-Aug-17 |
| | | | | Final Maintenance Fee | $2,405.00 | 23-Aug-21 |
| 8346P318 | 11/888,377 | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION | Issued | First Maintenance Fee | $575.00 | 26-Dec-15 |
| | | | | Second Maintenance Fee | $1,450.00 | 26-Dec-19 |
| | | | | Final Maintenance Fee | $2,405.00 | 26-Dec-23 |
| | | | | First Maintenance Fee | | |
| 8346P318CA | 2,659,572 | SYSTEM AND METHOD FOR PERFORMING | Pending | | | |
| 8346P318EP | 7836403.1 | SYSTEM AND METHOD FOR PERFORMING | Issued | Annuity Due | | 24-Jul-13 |
| 8346P318HK | 10101176.2 | SYSTEM AND METHOD FOR PERFORMING | Pending | Watch for Grant | | |
| 8346P318IN | PCT/US2007/017188 | SYSTEM AND METHOD FOR PERFORMING | Pending | Awaiting first exam report | | |
| 8346P318KR | 10-2009-7004437 | SYSTEM AND METHOD FOR PERFORMING | Pending | Pending first office action | | |
| 8346P318NZ | 574599 | SYSTEM AND METHOD FOR PERFORMING | Issued | Annuity Due - 7th year | $319.01 | 24-Jul-14 |
| | | | | Annuity Due - 10th year | $506.66 | 24-Jul-17 |
| | | | | Annuity Due - 13th year | $938.26 | 24-Jul-20 |
| 8346P318NZD | 597473 | SYSTEM AND METHOD FOR PERFORMING | Pending | Office Action Response | $4,500.00 | 30-Mar-13 |
| 8346P364XCA | 2,764,447 | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION WITH TRANSPARENT MAKEUP | Pending | Annuity due | $297.00 | 3-Jun-13 |
| 8346P364XEP | 10784126.4 | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION WITH TRANSPARENT MAKEUP | Pending | Annuity due | $841.00 | 3-Jun-13 |

Confidential

REARDEN 000603

Exhibits to Membership Interest and Asset Sale and Purchase Agreement

| BSTZ REF. NO. | SERIAL NO. | TITLE | STATUS | NEXT ACTION DUE:ACTIVITY NAME | ESTIMATE | NEXT ACTION DUE DATE |
|---|---|---|---|---|---|---|
| 8346P364XEP | 10784126.4 | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION WITH TRANSPARENT MAKEUP | Pending | Office Action Response | $4,000.00 | 30-May-13 |
| 8346P364XNZ | 597097 | SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE AND IMAGE RECONSTRUCTION WITH TRANSPARENT MAKEUP | Pending | Office Action Response | $4,500.00 | 19-Jan-14 |

REARDEN 000604

Confidential

PTX 045.014