# VISUAL EFFECTS
### SB Review 8/29/2016

*Beauty and the Beast*

---

## PRL0033  19118



PRL0033_v1034

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Set extension<br>• Bluescreen window comp |
| VENDOR | Framestore | REEL # | 1 |

---

## PRL0067  20112



PRL0067_v1077

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Debris |
| VENDOR | Framestore | REEL # | 1 |

---

## PRL0170  14359



PRL0170_v1257

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | CG Light, Character Transformation, Wire Removal |
| VENDOR | Framestore | REEL # | 1 |

---

## PRL0200  19069



PRL0200_v1130

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG light<br>• Wire removal<br>• Set extension & Window comp |
| VENDOR | Framestore | REEL # | 1 |

---

United States District Court
Northern District of California

**DEFENDANT'S EXHIBIT 1027**

Case No. 4:17-cv-04006-JST
Date Entered _____
By _____
Deputy Clerk

**PAGE**  **1**

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

## LIT0050     19112



LIT0050_v1087.[1000

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Clock hand |
| **VENDOR** | Framestore |
| **REEL #** | 1 |

---

## LIT0060     19113



LIT0060_v1070.[1000

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Matte painting comp<br>• CG Clock hand |
| **VENDOR** | Framestore |
| **REEL #** | 1 |

---

## LIT0250     18662



LIT0250_v1043.[1000

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • BG Comp |
| **VENDOR** | Framestore |
| **REEL #** | 1 |

---

## LIT0260     18663



LIT0260_v1051.[1000

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • BG Comp |
| **VENDOR** | Framestore |
| **REEL #** | 1 |

---

**PAGE     2**

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

## LIT0330    20358



lit0330_v008

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | -Gaston Youthening |

| VENDOR | Lola | REEL # | 1 |
|---|---|---|---|

## LIT0383    20254



lit0383_v002

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | -Gaston Youthening |

| VENDOR | Lola | REEL # | 1 |
|---|---|---|---|

## LIT0385    20255



lit0385_v002

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | -Gaston Youthening |

| VENDOR | Lola | REEL # | 1 |
|---|---|---|---|

## LIT0395    19832



lit0395_v002

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | Remove the pen in Maurices ear |

| VENDOR | Lola | REEL # | 1 |
|---|---|---|---|

CONFIDENTIAL

REARDEN-FEINSILBER-0000618

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

---

## LIT0445    20996



LIT0445_v1018.[1000

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | gs reflection in window<br>Extension in the arch |
| VENDOR | Framestore | REEL # | 1 |

---

## LIT7015    20553



LIT7015_v1037.[1000

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • BG Greenscreen comp |
| VENDOR | Framestore | REEL # | 1 |

---

## LIT0587    19837



lit0587_v002

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | Gaston Youthening |
| VENDOR | Lola | REEL # | 1 |

---

## LIT0597    19840



lit0597_v002

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | Gaston Youthening |
| VENDOR | Lola | REEL # | 1 |

---

CONFIDENTIAL                                    REARDEN-FEINSILBER-0000619

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

---

## LIT0490   19836



LIT0490_v1048.[1000

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | · BG Comp<br>· Set extension |
| **VENDOR** | Framestore   **REEL #**  1 |

---

## MWC0009   20990



MWC0009_v0012

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | · Add sparks & cinders |
| **VENDOR** | Method   **REEL #**  2 |

---

## MWC0012   20148



MWC0012_v0028

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | · CG Snow |
| **VENDOR** | Method   **REEL #**  2 |

---

## MWC0032   21029



MWC0032_v0007

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | Snow |
| **VENDOR** | Method   **REEL #**  2 |

---

**PAGE   5**

REARDEN-FEINSILBER-0000620

# VISUAL EFFECTS
### SB Review 8/29/2016

*Beauty and the Beast*

---

## MWC0095  18894



MWC0095_v098.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Wolf<br>• Set extension |
| **VENDOR** | Digital Domain    **REEL #**  2 |

---

## MWC0130  18245



MWC0130_v120.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Set extension<br>• CG Wolves |
| **VENDOR** | Digital Domain    **REEL #**  2 |

---

## MWC0150  19186



MWC0150_v116.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Set extension<br>• CG Wolves |
| **VENDOR** | Digital Domain    **REEL #**  2 |

---

## MWC0246  18587



MWC0246_v069.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Set extension - Enchanted Forest<br>• CG Wolves<br>• Repo plate down |
| **VENDOR** | Digital Domain    **REEL #**  2 |

---

**PAGE   6**

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

| | |
|---|---|
| **MWC0360** 14538 | **STATUS** Studio Final |
|  | **WORK DESCRIPTION** CG Wolf, CG Environment, Set extension, Bluescreen Comp, CG Falling Snow, Wire removal |
| MWC0360_v272.% | **VENDOR** Digital Domain   **REEL #** 2 |

| | |
|---|---|
| **MWC0395** 18588 | **STATUS** Studio Final |
|  | **WORK DESCRIPTION** CG Wolves CG Falling Snow |
| MWC0395_v146.% | **VENDOR** Digital Domain   **REEL #** 2 |

| | |
|---|---|
| **MWC0340** 14388 | **STATUS** Final |
|  | **WORK DESCRIPTION** CG Wolves, Wire Removal, Split in Horse |
| MWC0340_v221.% | **VENDOR** Digital Domain   **REEL #** 2 |

| | |
|---|---|
| **MWC0400** 18376 | **STATUS** Studio Final |
|  | **WORK DESCRIPTION** • Set extension • CG Wolves |
| MWC0400_v074.% | **VENDOR** Digital Domain   **REEL #** 2 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000622

# VISUAL EFFECTS
## SB Review 8/29/2016

*Beauty and the Beast*

---

## MMB0040   18496



MMB0040_v1158

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Chapeau<br>• CG coat |
| VENDOR | Framestore | REEL # | 2 |

---

## MMB0045   18238



MMB0045_v1133

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Chapeau<br>• CG coat |
| VENDOR | Framestore | REEL # | 2 |

---

## MMB0550   18607



MMB0550_v118.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast |
| VENDOR | Digital Domain | REEL # | 2 |

---

## MMB0590   18134



MMB0590_v104.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast Face<br>• CG Sky |
| VENDOR | Digital Domain | REEL # | 2 |

**PAGE    8**

# VISUAL EFFECTS
### SB Review 8/29/2016

*Beauty and the Beast*

---

## BDC0065    21076



BDC0065_v0002

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Set extension |
| **VENDOR** | Method   **REEL #**   2 |

---

## BDC0170    19020



BDC0170_v1347

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Cogsworth<br>• CG Lumiere |
| **VENDOR** | Framestore   **REEL #**   2 |

---

## BDC0190    20154



bdc0190_v001

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Remove snow from Belle's hair |
| **VENDOR** | Lola   **REEL #**   2 |

---

## BMB0210    14543



BMB0210_v370.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | CG Beast, Set extension |
| **VENDOR** | Digital Domain   **REEL #**   2 |

---

CONFIDENTIAL

REARDEN-FEINSILBER-0000624

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

| | | |
|---|---|---|
| **BMB0500** 19053 | **STATUS** | Studio Final |
|  | **WORK DESCRIPTION** | • CG Beast<br>• Set Extension |
| BMB0500_v109.% | **VENDOR** | Digital Domain  **REEL #** 2 |

| | | |
|---|---|---|
| **LFB0140** 17739 | **STATUS** | Studio Final |
|  | **WORK DESCRIPTION** | • CG Lumiere |
| LFB0140_v1221 | **VENDOR** | Framestore  **REEL #** 2 |

| | | |
|---|---|---|
| **LFB0180** 18217 | **STATUS** | Studio Final |
|  | **WORK DESCRIPTION** | • CG Lumiere<br>• CG smashed stool |
| LFB0180_v1143 | **VENDOR** | Framestore  **REEL #** 2 |

| | | |
|---|---|---|
| **LFB0210** 17938 | **STATUS** | Studio Final |
|  | **WORK DESCRIPTION** | • CG Lumiere<br>• CG Cogsworth<br>• CG smashed stool parts |
| LFB0210_v1175 | **VENDOR** | Framestore  **REEL #** 2 |

CONFIDENTIAL REARDEN-FEINSILBER-0000625

# VISUAL EFFECTS
## SB Review 8/29/2016

*Beauty and the Beast*

---

## LFB0245   18185



LFB0245_v1114

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Lumiere<br>• Wire removal |
| **VENDOR** | Framestore   **REEL #**   2 |

---

## LFB0260   19220



LFB0260_v1138

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Cogsworth |
| **VENDOR** | Framestore   **REEL #**   2 |

---

## LFB0310   19224



LFB0310_v1128

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • Lumiere<br>• Cogsworth |
| **VENDOR** | Framestore   **REEL #**   2 |

---

## LFB0360   18202



LFB0360_v1162

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • CG Lumiere<br>• Dust cloud |
| **VENDOR** | Framestore   **REEL #**   2 |

---

**PAGE   11**

CONFIDENTIAL   REARDEN-FEINSILBER-0000626

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

---

## LFB0420    19027



LFB0420_v1134

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Plumette<br>• CG Lumiere |
| VENDOR | Framestore    REEL #    2 |

---

## LFB0477    19230



LFB0477_v1110

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • Lumiere<br>• Plumette |
| VENDOR | Framestore    REEL #    2 |

---

## LFB0520    18076



LFB0520_v1110

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Lumiere<br>• Cogsworth<br>• Garderobe<br>• Plumette<br>• Window Comps |
| VENDOR | Framestore    REEL #    2 |

---

## LFB0530    19232



LFB0530_v1082

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Lumiere |
| VENDOR | Framestore    REEL #    2 |

---

**PAGE    12**

REARDEN-FEINSILBER-0000627



# VISUAL EFFECTS
### SB Review 8/29/2016

---

## LFB0550 18199



LFB0550_v1075.

**STATUS** Studio Final

**WORK DESCRIPTION**
· Lumiere
· Cogsworth
· Garderobe
· Plumette

**VENDOR** Framestore **REEL #** 2

---

## LFB0580 19234



LFB0580_v1110.

**STATUS** Studio Final

**WORK DESCRIPTION**
· Lumiere
· Cogsworth

**VENDOR** Framestore **REEL #** 2

---

## LFB0690 18085



LFB0690_v1132.

**STATUS** Studio Final

**WORK DESCRIPTION**
· Lumiere
· Cogsworth
· Garderobe
· Window Comps

**VENDOR** Framestore **REEL #** 2

---

## LFB0740 18067



LFB0740_v1235.

**STATUS** Final

**WORK DESCRIPTION**
· Frou Frou
· Lumiere
· Cogsworth
· Garderobe face & arms
· CG Fabric

**VENDOR** Framestore **REEL #** 2

---

CONFIDENTIAL

REARDEN-FEINSILBER-0000628

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

## LFB0750  18083



LFB0750_v1110

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Garderobe<br>• Window Comps<br>• CG Fabric<br>• Frou Frou |
| VENDOR | Framestore   REEL #   2 |

## LFB0810  18616



LFB0810_v1082

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • Garderobe<br>• CG Fabric |
| VENDOR | Framestore   REEL #   2 |

## LFB0820  19248



LFB0820_v1109

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • Garderobe<br>• CG Fabric |
| VENDOR | Framestore   REEL #   2 |

## LFB0790  19247



LFB0790_v1068

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Garderobe<br>• CG Fabric |
| VENDOR | Framestore   REEL #   2 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000629



# VISUAL EFFECTS
## SB Review 8/29/2016

---

## LFB0835  19946



LFB0835_v1084

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | Set Extension<br>Wig |
| **VENDOR** | Framestore   **REEL #**  2 |

---

## LFB0850  19252



LFB0850_v1255

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • Garderobe<br>• Frou Frou<br>• CG Fabric |
| **VENDOR** | Framestore   **REEL #**  2 |

---

## LFB0880  18551



LFB0880_v1171

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Lumiere<br>• Cogsworth<br>• Plumette |
| **VENDOR** | Framestore   **REEL #**  2 |

---

## LFB0890  18499



LFB0890_v1150

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Frou Frou<br>• Garderobe<br>• Lumiere<br>• Cogsworth |
| **VENDOR** | Framestore   **REEL #**  2 |

---

**PAGE   15**

REARDEN-FEINSILBER-0000630

# VISUAL EFFECTS
### SB Review 8/29/2016

*Beauty and the Beast*



**CIG3130**   20275

| | |
|---|---|
| STATUS | Final |
| WORK DESCRIPTION | · Gaston Youthening |
| VENDOR | Lola |
| REEL # | 3 |

cig3130_v002

**SPD0040**   18301

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | · Chip<br>· Mrs. Potts |
| VENDOR | Framestore |
| REEL # | 3 |

SPD0040_v1063

**SPD0045**   17972

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | · Chip<br>· Mrs. Potts |
| VENDOR | Framestore |
| REEL # | 3 |

SPD0045_v1065

**SPD0050**   17984

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | · Chip<br>· Cuisinier<br>· Mrs. Potts<br>· Various Household Items |
| VENDOR | Framestore |
| REEL # | 3 |

SPD0050_v1057

CONFIDENTIAL

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

## SPD0060    19131



SPD0060_v1055

| STATUS | Studio Final |
|---|---|

| WORK DESCRIPTION | • Chip<br>• Mrs. Potts<br>• Cuisinier<br>• CG Flame |
|---|---|

| VENDOR | Framestore | REEL # | 3 |
|---|---|---|---|

## SPD0080    17974



SPD0080_v1110

| STATUS | Studio Final |
|---|---|

| WORK DESCRIPTION | • CG Chip<br>• CG Andirons<br>• CG Cogsworth<br>• CG Lumiere<br>• CG Mrs Potts & Tea Cart |
|---|---|

| VENDOR | Framestore | REEL # | 3 |
|---|---|---|---|

## SPD0090    18050



SPD0090_v1128

| STATUS | Studio Final |
|---|---|

| WORK DESCRIPTION | • CG Chip<br>• CG Mrs Potts<br>• CG Cuisiniere arms & pot of water |
|---|---|

| VENDOR | Framestore | REEL # | 3 |
|---|---|---|---|

## SPD0010    18406



SPD0010_v098.%

| STATUS | Studio Final |
|---|---|

| WORK DESCRIPTION | • CG Beast - Mova |
|---|---|

| VENDOR | Digital Domain | REEL # | 3 |
|---|---|---|---|

CONFIDENTIAL

REARDEN-FEINSILBER-0000632

# VISUAL EFFECTS
### SB Review 8/29/2016

## SPD0180   18178



SPD0180_v1177.

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Lumiere<br>• CG Cogsworth<br>• CG Cuisiniere arms |
| **VENDOR** | Framestore   **REEL #**   3 |

## SPD0265   20551



SPD0265_v1050.

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Lumiere |
| **VENDOR** | Framestore   **REEL #**   3 |

## SPD0270   18454



SPD0270_v081.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast - Mova |
| **VENDOR** | Digital Domain   **REEL #**   3 |

## ITD0030   19097



ITD0030_v1181.

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast - Mova<br>• CG Lumiere<br>• CG Mrs Potts & Chip<br>• CG Plumette<br>• CG Cogsworth |
| **VENDOR** | Framestore   **REEL #**   3 |

CONFIDENTIAL                                    REARDEN-FEINSILBER-0000633

# VISUAL EFFECTS
### SB Review 8/29/2016

## ITD0040    18621



......ITD0040_v1091......

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | Mrs Potts<br>Chip |
| **VENDOR** | Framestore |
| **REEL #** | 3 |

## ITD0050    19058



......ITD0050_v104.%......

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • CG Beast<br>• CG Mrs Potts & Chip |
| **VENDOR** | Digital Domain |
| **REEL #** | 3 |

## ITD0060    19107



......ITD0060_v1063......

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Lumiere |
| **VENDOR** | Framestore |
| **REEL #** | 3 |

## ITD0080    19002



......ITD0080_v1136......

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Mrs. Potts<br>• Lumiere<br>• Cogsworth<br>• Plumette<br>• Chip |
| **VENDOR** | Framestore |
| **REEL #** | 3 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000634



# VISUAL EFFECTS
### SB Review 8/29/2016

## ITD0220    14546



ITD0220_v1315

**STATUS** Studio Final

**WORK DESCRIPTION**
- CG Beast - Mova
- Mrs. Potts
- Lumiere
- Cogsworth
- Plumette

**VENDOR** Framestore    **REEL #** 3

## ITD0285    19138



ITD0285_v099.%

**STATUS** Final

**WORK DESCRIPTION**
- CG Beast - Mova

**VENDOR** Digital Domain    **REEL #** 3

## ITD0480    19060



ITD0480_v103.%

**STATUS** Studio Final

**WORK DESCRIPTION**
CG Beast - Mova

**VENDOR** Digital Domain    **REEL #** 3

## ITD0530    18862



ITD0530_v130.%

**STATUS** Studio Final

**WORK DESCRIPTION**
- CG Beast - Mova
- CG Mrs. Potts & Chip
- CG Lumiere
- CG Plumette
- CG Cogsworth

**VENDOR** Digital Domain    **REEL #** 3

CONFIDENTIAL      REARDEN-FEINSILBER-0000635

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

## PCB0003    19198



PCB0003_v054.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Castle<br>• CG Grounds |
| VENDOR | Digital Domain | REEL # | 3 |

## PCB0007    18344



PCB0007_v1189

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Plumette<br>• Frou Frou |
| VENDOR | Framestore | REEL # | 3 |

## PCB0009    19199



PCB0009_v1155

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Lumiere<br>• Cogsworth<br>• Plumette |
| VENDOR | Framestore | REEL # | 3 |

## PCB0020    18004



PCB0020_v1218

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Cogsworth<br>• Mrs. Potts<br>• Chip |
| VENDOR | Framestore | REEL # | 3 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000636

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

## PCB0025   19203


PCB0025_v1120

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Mrs. Potts<br>• Chip |
| VENDOR | Framestore | REEL # | 3 |

## PCB0045   19208


PCB0045_v1154

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • Mrs. Potts<br>• Chip |
| VENDOR | Framestore | REEL # | 3 |

## PCB0185   19671


PCB0185_v1166

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Potts<br>• Jump cut in plate |
| VENDOR | Framestore | REEL # | 3 |

## BOG0290   14562


BOG0290_v1196

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | CG Lumiere, CG unrolling Tablecloth |
| VENDOR | Framestore | REEL # | 3 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000637

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

---

## BOG0310   14564



BOG0310_v1324

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | CG Lumiere, CG unrolling Tablecloth, CG Plates, Glasses and Utensils |
| **VENDOR** | Framestore    **REEL #**   3 |

---

## BOG8400   14364



BOG8400_v1645

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | Lumiere, Floating Napkins |
| **VENDOR** | Framestore    **REEL #**   3 |

---

## BOG0370   14569



BOG0370_v1137

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | CG Chapeau, Rod removal |
| **VENDOR** | Framestore    **REEL #**   3 |

---

## BOG0470   18034



BOG0470_v1200

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | * CG Lumiere<br>* CG Cogsworth |
| **VENDOR** | Framestore    **REEL #**   3 |

---

CONFIDENTIAL                                    REARDEN-FEINSILBER-0000638

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

---

## BOG0550    17866



BOG0550_v1192

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Lumiere<br>• Serving plates coming in |
| **VENDOR** | Framestore    **REEL #**  3 |

---

## BOG0650    17957



BOG0650_v1105

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • CG environment - Dining Room<br>• CG Lumiere<br>• CG Chandelier |
| **VENDOR** | Framestore    **REEL #**  3 |

---

## BOG0670    18204



BOG0670_v1254

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Cogsworth<br>• CG Lumiere<br>• CG Wine glasses |
| **VENDOR** | Framestore    **REEL #**  3 |

---

## BOG0690    19153



BOG0690_v1192

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Cogsworth<br>• CG Lumiere<br>• CG Wine glasses<br>• Beam of light |
| **VENDOR** | Framestore    **REEL #**  3 |

---

CONFIDENTIAL                                                    REARDEN-FEINSILBER-0000639



# VISUAL EFFECTS
### SB Review 8/29/2016

## BOG0720   18386



BOG0720_v1349

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • CG Cogsworth<br>• CG Lumiere<br>• CG Feathers |
| VENDOR | Framestore |
| REEL # | 3 |

## BOG0770   18354



BOG0770_v1291

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • CG Lumiere<br>• CG Cogsworth<br>• CG Snow<br>• Set extension |
| VENDOR | Framestore |
| REEL # | 3 |

## BOG0810   18353



BOG0810_v1166

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • CG Cogsworth<br>• CG Serving dishes |
| VENDOR | Framestore |
| REEL # | 3 |

## BOG0850   17731



BOG0850_v1145

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Mrs. Potts<br>• CG Bubbles |
| VENDOR | Framestore |
| REEL # | 3 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000640



# VISUAL EFFECTS
### SB Review 8/29/2016

## BOG0860   18052



BOG0860_v1194

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • CG Mrs Potts<br>• CG Napkins<br>• Pastries |
| VENDOR | Framestore |
| REEL # | 3 |

## BOG0880   18384



BOG0880_v1233

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Mrs Potts<br>• CG Napkins<br>• Cuisinier enhancement |
| VENDOR | Framestore |
| REEL # | 3 |

## BOG0930   17732



BOG0930_v1113

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Mrs Potts<br>• CG Chip |
| VENDOR | Framestore |
| REEL # | 3 |

## BOG0973   18342



BOG0973_v1129

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Plumette<br>• CG Ettes<br>• CG Multi-tiered cake<br>• CG Juice Bowl<br>• CG Juice |
| VENDOR | Framestore |
| REEL # | 3 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000641

# VISUAL EFFECTS
### SB Review 8/29/2016

*Beauty and the Beast*

---

## BOG0990    18379



BOG0990_v1187.

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • Lumiere<br>• CG Juice Bowl<br>• CG Juice<br>• CG Candlesticks<br>• CG Snuffers |
| **VENDOR** | Framestore    **REEL #**   3 |

---

## BOG1080    19156



BOG1080_v1129.

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Mrs. Potts<br>• Chip |
| **VENDOR** | Framestore    **REEL #**   3 |

---

## BOG1090    19157



BOG1090_v1146.

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • Lumiere<br>• CG Cake<br>• CG Fireworks<br>• CG Dancing Dishware<br>• CG Ribbons |
| **VENDOR** | Framestore    **REEL #**   3 |

---

## BOG1100    18058



BOG1100_v1227.

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • Lumiere<br>• Cogsworth<br>• Mrs. Potts<br>• Plumette<br>• Chip |
| **VENDOR** | Framestore    **REEL #**   3 |

---

CONFIDENTIAL

REARDEN-FEINSILBER-0000642

# VISUAL EFFECTS
### SB Review 8/29/2016

## BOG1110    18502



BOG1110_v1144

| | |
|---|---|
| STATUS | Final |
| WORK DESCRIPTION | • Lumiere<br>• Cogsworth<br>• Mrs. Potts<br>• Chip<br>• Plumette |
| VENDOR | Framestore    REEL #   3 |

## EWW0120    20144



EWW0120_v1061

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • Set extension |
| VENDOR | Framestore    REEL #   4 |

## EWW0130    20145



EWW0130_v1049

| | |
|---|---|
| STATUS | Final |
| WORK DESCRIPTION | • Set extension |
| VENDOR | Framestore    REEL #   4 |

## ESC0010    19486



ESC0010_v1130

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • Lumiere<br>• Cogsworth<br>• Frou Frou<br>• Set extension |
| VENDOR | Framestore    REEL #   4 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000643

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

## ESC0020   19487



ESC0020_v1081.

**STATUS** Studio Final

**WORK DESCRIPTION**
· Lumiere
· Cogsworth
· Animated Chess pieces

**VENDOR** Framestore   **REEL #** 4

---

## ESC0030   17905



ESC0030_v1089.

**STATUS** Final

**WORK DESCRIPTION**
· Lumiere
· Cogsworth
· Set extension

**VENDOR** Framestore   **REEL #** 4

---

## ESC8070   14366



ESC8070_v1334.

**STATUS** Final

**WORK DESCRIPTION** Frou Frou, Chapeau

**VENDOR** Framestore   **REEL #** 4

---

## ESC0280   17917



ESC0280_v1061.

**STATUS** Studio Final

**WORK DESCRIPTION**
· Chapeau

**VENDOR** Framestore   **REEL #** 4

CONFIDENTIAL                                                    REARDEN-FEINSILBER-0000644

# VISUAL EFFECTS
### SB Review 8/29/2016

*Beauty and the Beast*

---

## WFA0120   18585



WFA0120_v095.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Wolves<br>• Set extension |
| VENDOR | Digital Domain |

REEL #   4

---

## WFA0180   19543



WFA0180_v063.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Wolves |
| VENDOR | Digital Domain |

REEL #   4

---

## WFA0400   18259



WFA0400_v085.%

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • CG Wolves |
| VENDOR | Digital Domain |

REEL #   4

---

## WFA0510   14592



WFA0510_v113.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | CG Beast, CG Wolves, Set extension - Bluescreen comp |
| VENDOR | Digital Domain |

REEL #   4

---

CONFIDENTIAL

# VISUAL EFFECTS
## SB Review 8/29/2016

## WFA0530  18128



WFA0530_v045.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• CG Wolves |
| VENDOR | Digital Domain | REEL # | 4 |

## WFA0544  19548



WFA0544_v066.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• CG Wolf |
| VENDOR | Digital Domain | REEL # | 4 |

## WFA0579  18129



WFA0579_v054.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• CG Wolves |
| VENDOR | Digital Domain | REEL # | 4 |

## WFA0587  17744



WFA0587_v045.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• CG Wolves |
| VENDOR | Digital Domain | REEL # | 4 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000646

Beauty and the Beast

# VISUAL EFFECTS
### SB Review 8/29/2016

## WFA0640    19550



WFA0640_v069.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast |
| **VENDOR** | Digital Domain     **REEL #**   4 |

## WFA0623    14395



WFA0623_v274.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | CG Beast - Mova, Possible CG Snow |
| **VENDOR** | Digital Domain     **REEL #**   4 |

## WFA0715    17875



WFA0715_v080.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast Face<br>• Set extension |
| **VENDOR** | Digital Domain     **REEL #**   4 |

## WFA0716    19556



WFA0716_v109.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast |
| **VENDOR** | Digital Domain     **REEL #**   4 |

**PAGE   32**

CONFIDENTIAL

# VISUAL EFFECTS

*Beauty and the Beast*

SB Review 8/29/2016

## GSM3010   21054



GSM3010_v0004

| | |
|---|---|
| STATUS | Final |
| WORK DESCRIPTION | add mist |
| VENDOR | Method |
| REEL # | 4 |

## BNW0130   14598



BNW0130_v184 %

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | CG Beast |
| VENDOR | Digital Domain |
| REEL # | 4 |

## BNW0140   18470



BNW0140_v124 %

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • CG Beast Face |
| VENDOR | Digital Domain |
| REEL # | 4 |

## BNW0150   19001



BNW0150_v1132

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • Lumiere<br>• Cogsworth<br>• Mrs. Potts<br>• Chip<br>• Plumette |
| VENDOR | Framestore |
| REEL # | 4 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000648

# VISUAL EFFECTS
## SB Review 8/29/2016

*Beauty and the Beast*

## BNW0160   19482



BNW0160_v1101

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Lumiere<br>• Mrs. Potts<br>• Chip<br>• Cogsworth<br>• Plumette |

| VENDOR | Framestore | REEL # | 4 |
|---|---|---|---|

## BNW0180   17969



BNW0180_v075.%

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • CG Beast Face |

| VENDOR | Digital Domain | REEL # | 4 |
|---|---|---|---|

## BNW0200   17847



BNW0200_v086.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | Beast (P) |

| VENDOR | Digital Domain | REEL # | 4 |
|---|---|---|---|

## BNW0210   18534



BNW0210_v070.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast Face |

| VENDOR | Digital Domain | REEL # | 4 |
|---|---|---|---|

CONFIDENTIAL

REARDEN-FEINSILBER-0000649

# VISUAL EFFECTS
### SB Review 8/29/2016

## BNW0230    18233



BNW0230_v1068

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Lumiere<br>• Cogsworth |
| VENDOR | Framestore |

REEL #   4

## BNW0240    19915



BNW0240_v046 %

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• Lumiere<br>• Cogsworth<br>• Mrs. Potts<br>• Chip |
| VENDOR | Digital Domain |

REEL #   4

## BNW0250    18542



BNW0250_v1076

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Lumiere<br>• Cogsworth<br>• Mrs. Potts<br>• Chip<br>• Plumette |
| VENDOR | Framestore |

REEL #   4

## BNW0280    17891



BNW0280_v1097

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Lumiere<br>• Cogsworth<br>• Mrs. Potts<br>• Chip<br>• Plumette |
| VENDOR | Framestore |

REEL #   4

CONFIDENTIAL

REARDEN-FEINSILBER-0000650

# VISUAL EFFECTS
## SB Review 8/29/2016

## BNW0290  18689



BNW0290_v067_%

**STATUS** Final

**WORK DESCRIPTION**
- CG Beast Face

**VENDOR** Digital Domain   **REEL #** 4

---

## BNW0300  18274



BNW0300_v1070

**STATUS** Studio Final

**WORK DESCRIPTION**
- CG Chip
- CG Mrs. Potts
- CG Cogsworth

**VENDOR** Framestore   **REEL #** 4

---

## BNW0310  17885



BNW0310_v1129

**STATUS** Final

**WORK DESCRIPTION**
- Lumiere
- Cogsworth
- Mrs. Potts
- Chip
- Plumette

**VENDOR** Framestore   **REEL #** 4

---

## BNW0360  18593



BNW0360_v1159

**STATUS** Studio Final

**WORK DESCRIPTION**
- Mrs Potts
- Plumette
- Lumiere
- Cogsworth

**VENDOR** Framestore   **REEL #** 4

---

**PAGE   36**

REARDEN-FEINSILBER-0000651

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

## BNW0390    18266



BNW0390_v1125

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Mrs Potts |
| VENDOR | Framestore    REEL #   4 |

## SMT0030    19869



SMT0030_v012_%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast |
| VENDOR | Digital Domain    REEL #   4 |

## SMT0120    18456



SMT0120_v061_%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast |
| VENDOR | Digital Domain    REEL #   4 |

## SMT0140    18473



SMT0140_v087_%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• CG Rose<br>• Set Extension<br>• Window comp |
| VENDOR | Digital Domain    REEL #   4 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000652

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

## SMT0180    14600



SMT0180_v222_%

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | CG Beast, Set extension - Greenscreen comp |
| VENDOR | Digital Domain |
| REEL # | 4 |

## SMT0360    19526



SMT0360_v077_%

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • CG Beast |
| VENDOR | Digital Domain |
| REEL # | 4 |

## SMT0410    19530



SMT0410_v062_%

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • CG Beast<br>• Castle Grounds |
| VENDOR | Digital Domain |
| REEL # | 4 |

## SMT0415    19531



SMT0415_v037_%

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • CG Beast |
| VENDOR | Digital Domain |
| REEL # | 4 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000653

# VISUAL EFFECTS
### SB Review 8/29/2016

*Beauty and the Beast*

## SMT0418   17908



SMT0418_v127.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Set extension |

| VENDOR | Digital Domain | REEL # | 4 |
|---|---|---|---|

---

## SMT0466   18438



SMT0466_v101.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast Face<br>• Set extension |

| VENDOR | Digital Domain | REEL # | 4 |
|---|---|---|---|

---

## SMT0510   17914



SMT0510_v082.%

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• CG Castle Grounds<br>• Set extension |

| VENDOR | Digital Domain | REEL # | 4 |
|---|---|---|---|

---

## MTP0040   19587



MTP0040_v051.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• Set extension |

| VENDOR | Digital Domain | REEL # | 5 |
|---|---|---|---|

CONFIDENTIAL

REARDEN-FEINSILBER-0000654

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

## MTP0050    14607



MTP0050_v057.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | CG Beast, Set extension - Greenscreen comp |
| **VENDOR** | Digital Domain    **REEL #**  5 |

## MTP0080    19589



MTP0080_v044.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast<br>• Set extension |
| **VENDOR** | Digital Domain    **REEL #**  5 |

## MTP0100    19590



MTP0100_v067.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast<br>• Set extension |
| **VENDOR** | Digital Domain    **REEL #**  5 |

## MTP0170    19594



MTP0170_v084.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast<br>• Set extension |
| **VENDOR** | Digital Domain    **REEL #**  5 |

**PAGE    40**

REARDEN-FEINSILBER-0000655



# VISUAL EFFECTS
### SB Review 8/29/2016

## MTP0190   14606



MTP0190_v204.%

| STATUS | Studio Final |
| --- | --- |
| WORK DESCRIPTION | • CG Beast |

| VENDOR | Digital Domain | REEL # | 5 |
| --- | --- | --- | --- |

## MTP0240   19597

MTP0240_v044.%

| STATUS | Studio Final |
| --- | --- |
| WORK DESCRIPTION | • CG Beast |

| VENDOR | Digital Domain | REEL # | 5 |
| --- | --- | --- | --- |

## MTP0250   14609



MTP0250_v114.%

| STATUS | Studio Final |
| --- | --- |
| WORK DESCRIPTION | • CG Beast |

| VENDOR | Digital Domain | REEL # | 5 |
| --- | --- | --- | --- |

## MTP0270   19600



MTP0270_v061.%

| STATUS | Studio Final |
| --- | --- |
| WORK DESCRIPTION | • CG Beast |

| VENDOR | Digital Domain | REEL # | 5 |
| --- | --- | --- | --- |

CONFIDENTIAL

REARDEN-FEINSILBER-0000656

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

---

## MTP0300   19602



MTP0300_v084.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast Hand<br>• Magical Book Effect |
| VENDOR | Digital Domain   REEL #   5 |

---

## MTP0310   17883



MTP0310_v118.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• Set extension |
| VENDOR | Digital Domain   REEL #   5 |

---

## MTP0430   18678



MTP0430_v080.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• Set extension<br>• Old Paris Matte Painting |
| VENDOR | Digital Domain   REEL #   5 |

---

## MTP0440   18453



MTP0440_v074.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• Set extension |
| VENDOR | Digital Domain   REEL #   5 |

---

**PAGE   42**

REARDEN-FEINSILBER-0000657

# VISUAL EFFECTS
### SB Review 8/29/2016

*Beauty and the Beast*

---

## MTP0480   19606



MTP0480_v093.%

**STATUS** Studio Final

**WORK DESCRIPTION** • CG Beast

**VENDOR** Digital Domain   **REEL #** 5

---

## MTP0485   19607



MTP0485_v099.%

**STATUS** Studio Final

**WORK DESCRIPTION** • CG Beast

**VENDOR** Digital Domain   **REEL #** 5

---

## MTP0490   21026



MTP0490_v0001.

**STATUS** Studio Final

**WORK DESCRIPTION** Ear Wig Removal

**VENDOR** Method   **REEL #** 5

---

## MTP0530   18327



MTP0530_v038.%

**STATUS** Studio Final

**WORK DESCRIPTION** • CG Beast

**VENDOR** Digital Domain   **REEL #** 5

---

**PAGE   43**

REARDEN-FEINSILBER-0000658

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

## CIG5010    20347


cig5010_v002

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | -Gaston Youthening |
| **VENDOR** | Lola |  **REEL #** 5 |

## CIG5030    20552


CIG5030_v0010

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | Split in Gaston Hand |
| **VENDOR** | Method |  **REEL #** 5 |

## PFD0100    19611


PFD0100_v032.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | · CG Castle |
| **VENDOR** | Digital Domain |  **REEL #** 5 |

## PFD0110    18874


PFD0110_v1211.

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | CG Beast shadow, CG Plumette, CG Cogsworth, CG Lumiere, CG Mrs Potts, Chip |
| **VENDOR** | Framestore |  **REEL #** 5 |

**PAGE    44**

REARDEN-FEINSILBER-0000659

# VISUAL EFFECTS
**SB Review 8/29/2016**

*Beauty and the Beast*

## PFD0160   18826



PFD0160_v108.%

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • CG Beast |
| VENDOR | Digital Domain |
| REEL # | 5 |

## PFD0180   18842



PFD0180_v077.%

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • CG Beast (F) |
| VENDOR | Digital Domain |
| REEL # | 5 |

## PFD0210   19614



PFD0210_v1111.

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • Mrs. Potts<br>• Chip<br>• CG Nail File |
| VENDOR | Framestore |
| REEL # | 5 |

## PFD0240   19615



PFD0240_v062.%

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • CG Beast's hand<br>• Mrs. Potts<br>• Chip |
| VENDOR | Digital Domain |
| REEL # | 5 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000660

# VISUAL EFFECTS
### SB Review 8/29/2016

## PFD0250   19707



PFD0250_v101.%

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | Beast |
| **VENDOR** | Digital Domain   **REEL #** 5 |

---

## PFD0270   19619



PFD0270_v1164.

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • Lumiere<br>• Chapeau<br>• CG rag<br>• CG Primping instruments |
| **VENDOR** | Framestore   **REEL #** 5 |

---

## PFD0310   18979



PFD0310_v1198.

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Chapeau<br>• Plumette<br>• CG Rose<br>• Window comp |
| **VENDOR** | Framestore   **REEL #** 5 |

---

## GDG0010   17937



GDG0010_v1097.

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Garderobe<br>• Set extension |
| **VENDOR** | Framestore   **REEL #** 5 |

---

CONFIDENTIAL

REARDEN-FEINSILBER-0000661

# VISUAL EFFECTS
## SB Review 8/29/2016

**WAL0150**   18276



WAL0150_v1301

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • CG Mrs Potts<br>• CG Chip |
| VENDOR | Framestore   REEL # 5 |

---

**WAL0190**   17792



WAL0190_v1293

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • CG Lumiere<br>• CG Cogsworth<br>• CG Cadenza face & animated keyboard |
| VENDOR | Framestore   REEL # 5 |

---

**WAL0195**   17778



WAL0195_v077 %

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • CG Beast (F)<br>• Set extension |
| VENDOR | Digital Domain   REEL # 5 |

---

**WAL0200**   19081



WAL0200_v1234

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • CG Mrs Potts<br>• CG Chip |
| VENDOR | Framestore   REEL # 5 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000662

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

---

## WAL0216   14617



WAL0216_v163.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | CG Beast |
| **VENDOR** | Digital Domain | **REEL #** 5 |

---

## WAL0520   14398



WAL0520_v233.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | CG Beast, Set Extension, Cogsworth, Lumiere |
| **VENDOR** | Digital Domain | **REEL #** 5 |

---

## WAL0563   17831



WAL0563_v095.%

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | •CG Beast<br>•BS sky |
| **VENDOR** | Digital Domain | **REEL #** 5 |

---

## WAL1030   19095



WAL1030_v1203.

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Lumiere<br>• CG Cogsworth<br>• CG Cadenza face & animated keyboard |
| **VENDOR** | Framestore | **REEL #** 5 |

---

**PAGE   48**

REARDEN-FEINSILBER-0000663

# VISUAL EFFECTS
## SB Review 8/29/2016

*Beauty and the Beast*

---

## WAL0310   14367



WAL0310_v1299

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | Mrs. Potts, Chip |
| **VENDOR** | Framestore |
| **REEL #** | 5 |

---

## MSM0120   19574



MSM0120_v035_%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast |
| **VENDOR** | Digital Domain |
| **REEL #** | 5 |

---

## MSM0165   19682



MSM0165_v086_%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast<br>• GS BG replacement |
| **VENDOR** | Digital Domain |
| **REEL #** | 5 |

---

## MSM0170   18466



MSM0170_v066_%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast Face<br>• CG Rose |
| **VENDOR** | Digital Domain |
| **REEL #** | 5 |

---

**PAGE   49**

REARDEN-FEINSILBER-0000664



# VISUAL EFFECTS
### SB Review 8/29/2016

## MSM0180   18312



MSM0180_v070.%

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • CG Beast Face<br>• Set extension<br>• CG Castle |
| VENDOR | Digital Domain | REEL # | 5 |

## MSM0200   17933



MSM0200_v060.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast Face<br>• CG Rose<br>• Bluescreen window comps |
| VENDOR | Digital Domain | REEL # | 5 |

## MSM0210   19576



MSM0210_v066.%

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• Set extension |
| VENDOR | Digital Domain | REEL # | 5 |

## MSM0250   19579



MSM0250_v073.%

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• Set extension |
| VENDOR | Digital Domain | REEL # | 5 |

CONFIDENTIAL                                                    REARDEN-FEINSILBER-0000665

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

---

## MSM0280   20214



msm0280_v002

| STATUS | Final |
| --- | --- |
| WORK DESCRIPTION | -Midriff Fix |

| VENDOR | Lola | REEL # | 5 |

---

## MSM0287   19972



MSM0287_v1053

| STATUS | Studio Final |
| --- | --- |
| WORK DESCRIPTION | Chapeau |

| VENDOR | Framestore | REEL # | 5 |

---

## MSM0290   19582



MSM0290_v1066

| STATUS | Studio Final |
| --- | --- |
| WORK DESCRIPTION | • Mrs. Potts<br>• Chapeau |

| VENDOR | Framestore | REEL # | 5 |

---

## MSM0300   19583



MSM0300_v1094

| STATUS | Studio Final |
| --- | --- |
| WORK DESCRIPTION | • Mrs. Potts |

| VENDOR | Framestore | REEL # | 5 |

---

CONFIDENTIAL

REARDEN-FEINSILBER-0000666

# VISUAL EFFECTS
### SB Review 8/29/2016

*Beauty and the Beast*

---

## MSM0320   19584



MSM0320_v1064

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Cogsworth |
| **VENDOR** | Framestore   **REEL #**   5 |

---

## MSM0360   18287



MSM0360_v1078

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Mrs. Potts<br>• Cogsworth |
| **VENDOR** | Framestore   **REEL #**   5 |

---

## MSM0380   18967



MSM0380_v1150

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • CG Beast Face<br>• Lumiere<br>• Cogsworth<br>• Mrs. Potts<br>• Plumette<br>• CG Rose |
| **VENDOR** | Framestore   **REEL #**   5 |

---

## MSM0393   19666



MSM0393_v1091

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | •CG Plumette<br>•CG Cogsworth |
| **VENDOR** | Framestore   **REEL #**   5 |

---

CONFIDENTIAL

REARDEN-FEINSILBER-0000667

# VISUAL EFFECTS
## SB Review 8/29/2016

*Beauty and the Beast*

---

### MSM0395   19667



MSM0395_v1091

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | ·CG Potts |
| **VENDOR** | Framestore |
| **REEL #** | 5 |

---

### EVR0080   18144



EVR0080_v127.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | ·Mova  ·CG Beast  ·GS BG |
| **VENDOR** | Digital Domain |
| **REEL #** | 5 |

---

### RET0120   18098



RET0120_v061.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | · CG Beast  · CG Comp  · Magic Mirror Enhancement |
| **VENDOR** | Digital Domain |
| **REEL #** | 6 |

---

### RET0173   20375



ret0173_v003

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | ·Gaston Youthening |
| **VENDOR** | Lola |
| **REEL #** | 6 |

---

CONFIDENTIAL

REARDEN-FEINSILBER-0000668

Beauty and the Beast

# VISUAL EFFECTS
### SB Review 8/29/2016

## RET3030    20336



ret3030_v002

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | -Gaston Youthening |
| VENDOR | Lola | REEL # | 6 |

## RET3040    20337



ret3040_v002

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | -Gaston Youthening |
| VENDOR | Lola | REEL # | 6 |

## RET3050    20338



ret3050_v002

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | -Gaston Youthening |
| VENDOR | Lola | REEL # | 6 |

## RET0240    19769



ret0240_v002

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | -Gaston Youthening |
| VENDOR | Lola | REEL # | 6 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000669

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

| | | |
|---|---|---|
| **RET3070** 20340 | | |


ret3070_v002

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | - Gaston Youthening |
| VENDOR | Lola | REEL # 6 |

---

**RET3080** 20341


ret3080_v002

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | - Gaston Youthening |
| VENDOR | Lola | REEL # 6 |

---

**STC9010** 14368


STC9010_v1215

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | Plumette, Lumiere, Cogsworth, Mrs. Potts and Chip |
| VENDOR | Framestore | REEL # 6 |

---

**STC0430** 19398


STC0430_v1151

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Lumiere<br>• Plumette<br>• Mrs. Potts<br>• Chip<br>• Chapeau |
| VENDOR | Framestore | REEL # 6 |

**PAGE    55**

REARDEN-FEINSILBER-0000670

# VISUAL EFFECTS
### SB Review 8/29/2016

*Beauty and the Beast*

---

## BIW7030   20447



BIW7030_v1100

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Cogswoth<br>• Greenscreen BG comp |
| **VENDOR** | Framestore   **REEL #** 6 |

---

## CUA0110   20348



cua0110_v002

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • Gaston Youthening |
| **VENDOR** | Lola   **REEL #** 6 |

---

## CUA0430   20349



cua0430_v002

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • Gaston Youthening |
| **VENDOR** | Lola   **REEL #** 6 |

---

## CUA0555   19982



CUA0555_v1030

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Set extension - Greenscreen comp |
| **VENDOR** | Framestore   **REEL #** 6 |

---

**PAGE   56**

CONFIDENTIAL

REARDEN-FEINSILBER-0000671

# VISUAL EFFECTS
### SB Review 8/29/2016

## CUA0565   20350



cua0565_v002

| | |
|---|---|
| STATUS | Final |
| WORK DESCRIPTION | · Gaston Youthening |
| VENDOR | Lola |   REEL #   6 |

## CUA0710   19355



CUA0710_v1134

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | · Plumette<br>· Misc Staffers and CG Furniture<br>· Set extension |
| VENDOR | Framestore |   REEL #   6 |

## CUA1060   18084



CUA1060_v1159

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | · CG Garderobe<br>· CG Clothes flying |
| VENDOR | Framestore |   REEL #   6 |

## CUA1080   18627



CUA1080_v1065

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | · Garderobe<br>· Set extension |
| VENDOR | Framestore |   REEL #   6 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000672

# VISUAL EFFECTS

**Beauty** *and the* **Beast**

### SB Review 8/29/2016

## CUA1085    20190



CUA1085_v1022

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Set extension - greenscreen comp |

| VENDOR | Framestore | REEL # | 6 |
|---|---|---|---|

## CUA0670    19352



CUA0670_v1221

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Set extension<br>Misc Staffers and CG Furniture |

| VENDOR | Framestore | REEL # | 6 |
|---|---|---|---|

## CAF0230    18281



CAF0230_v1127

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | Mrs Potts |

| VENDOR | Framestore | REEL # | 6 |
|---|---|---|---|

## CAF0315    19335



CAF0315_v1090

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Mrs. Potts<br>• Misc CG Furniture |

| VENDOR | Framestore | REEL # | 6 |
|---|---|---|---|

CONFIDENTIAL

REARDEN-FEINSILBER-0000673

**VISUAL EFFECTS**
*SB Review 8/29/2016*

*Beauty and the Beast*

---

## CAF0316   19984


CAF0316_v1152

| STATUS | Studio Final |
| --- | --- |
| WORK DESCRIPTION | • CG Mrs Potts |
| VENDOR | Framestore | REEL # | 6 |

---

## CAF0320   19336


CAF0320_v1080

| STATUS | Studio Final |
| --- | --- |
| WORK DESCRIPTION | • Misc CG Furniture |
| VENDOR | Framestore | REEL # | 6 |

---

## CAF0323   19985


CAF0323_v1082

| STATUS | Studio Final |
| --- | --- |
| WORK DESCRIPTION | •CG Potts<br>•CG castle staff fighting villagers |
| VENDOR | Framestore | REEL # | 6 |

---

## CAF0325   19337


CAF0325_v1153

| STATUS | Studio Final |
| --- | --- |
| WORK DESCRIPTION | • Mrs. Potts<br>• Misc CG Furniture |
| VENDOR | Framestore | REEL # | 6 |

---

**PAGE   59**

REARDEN-FEINSILBER-0000674



# VISUAL EFFECTS
### SB Review 8/29/2016

## CAF0505     18213



CAF0505_v1096

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Lumiere<br>• Misc bg Furniture<br>• Set extension |
| **VENDOR** | Framestore     **REEL #**  6 |

## CAF0693     18222



CAF0693_v1129

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Lumiere<br>• Cogsworth<br>• FrouFrou<br>• Misc background furniture |
| **VENDOR** | Framestore     **REEL #**  6 |

## CAF0695     18212



CAF0695_v1142

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Lumiere<br>• Cogsworth<br>• Frou Frou |
| **VENDOR** | Framestore     **REEL #**  6 |

## TRF0101     18369



TRF0101_v131.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast Face<br>• CG Castle<br>• CG Night sky |
| **VENDOR** | Digital Domain     **REEL #**  6 |

**PAGE     60**

**VISUAL EFFECTS**
**SB Review 8/29/2016**

## TRF4010   18090



TRF4010_v140.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• Set extension<br>• CG Night Sky |
| VENDOR | Digital Domain   REEL #   6 |

## TRF0106   19565



TRF0106_v133.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Set extension |
| VENDOR | Digital Domain   REEL #   6 |

## TRF0107   18439



TRF0107_v084.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast<br>• Set extension<br>• CG Night Sky |
| VENDOR | Digital Domain   REEL #   6 |

## TRF0115   18097



TRF0115_v091.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast - Mova<br>• Set extension - greenscreen comp<br>• Wire removal |
| VENDOR | Digital Domain   REEL #   6 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000676



# VISUAL EFFECTS
### SB Review 8/29/2016

## TRF0120   19410

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • Set extension<br>• CG Night Sky<br>• Wire removal |
| VENDOR | Digital Domain        REEL #   6 |

TRF0120_v029.%

## TRF0135   17843

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • Set extension<br>• CG Night Sky |
| VENDOR | Digital Domain        REEL #   6 |

TRF0135_v029.%

## TRF4150   19442

| | |
|---|---|
| STATUS | Final |
| WORK DESCRIPTION | • Set extension<br>• CG Night Sky<br>• Wire removal |
| VENDOR | Digital Domain        REEL #   6 |

TRF4150_v021.%

## TRF4210   19446

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | • Set extension<br>• CG Night Sky<br>• Wire removal |
| VENDOR | Digital Domain        REEL #   6 |

TRF4210_v016.%

CONFIDENTIAL

REARDEN-FEINSILBER-0000677

# VISUAL EFFECTS
## SB Review 8/29/2016

*Beauty and the Beast*

---

## TRF7020  20452



TRF7020_v007.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Set extension - Greenscreen comp |
| **VENDOR** | Digital Domain  **REEL #** 6 |

---

## TRF0232  18102



TRF0232_v033.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Rig Removal<br>• CG Turrets<br>• CG Night Sky |
| **VENDOR** | Digital Domain  **REEL #** 6 |

---

## TRF4248  20135



TRF4248_v024.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Castle<br>• Greenscreen comp - Belle in distant doorway |
| **VENDOR** | Digital Domain  **REEL #** 6 |

---

## TRF0750  18617



TRF0750_v040.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Set extension<br>• CG Night Sky |
| **VENDOR** | Digital Domain  **REEL #** 6 |

---

CONFIDENTIAL

REARDEN-FEINSILBER-0000678

# VISUAL EFFECTS
## SB Review 8/29/2016

*Beauty and the Beast*

---

## TRF4265   19875



TRF4265_v019.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • GS background<br>• wire removal |
| **VENDOR** | Digital Domain   **REEL #**   6 |

---

## TRF0937   18708



TRF0937_v112.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Beast (P)<br>• Set extension<br>• CG Night Sky |
| **VENDOR** | Digital Domain   **REEL #**   6 |

---

## TRF4280   19452



TRF4280_v071.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast Face<br>• Rig Removal<br>• Set extension<br>• CG Night Sky |
| **VENDOR** | Digital Domain   **REEL #**   6 |

---

## TRF0935   18429



TRF0935_v123.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast Face<br>• Rig Removal<br>• Set extension<br>• CG Night Sky |
| **VENDOR** | Digital Domain   **REEL #**   6 |

---

**PAGE   64**

REARDEN-FEINSILBER-0000679



# VISUAL EFFECTS
### SB Review 8/29/2016

## TRF0940   19419



TRF0940_v141_%

**STATUS** Studio Final

**WORK DESCRIPTION**
- CG Beast Face
- Rig Removal
- Set extension
- CG Night Sky

**VENDOR** Digital Domain   **REEL #**   6

## TRF0956   17699



TRF0956_v169_%

**STATUS** Studio Final

**WORK DESCRIPTION**
- CG Beast Face
- Rig Removal
- Set extension
- CG Turrets
- CG Night Sky

**VENDOR** Digital Domain   **REEL #**   6

## TRF4290   19453



TRF4290_v056_%

**STATUS** Studio Final

**WORK DESCRIPTION**
- CG Beast Face
- Set extension
- Rig Removal

**VENDOR** Digital Domain   **REEL #**   6

## TRF0990   19422



TRF0990_v089_%

**STATUS** Studio Final

**WORK DESCRIPTION**
- CG Beast Face
- Rig Removal
- Set extension
- CG Night Sky

**VENDOR** Digital Domain   **REEL #**   6

**PAGE   65**

REARDEN-FEINSILBER-0000680

**VISUAL EFFECTS**

*Beauty and the Beast*

SB Review 8/29/2016

## TRF4293   19876



TRF4293_v061.%

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | |
| VENDOR | Digital Domain |
| REEL # | 6 |

## TRF0992   14653



TRF0992_v121.%

| | |
|---|---|
| STATUS | Final |
| WORK DESCRIPTION | CG Beast, Greenscreen BG comp |
| VENDOR | Digital Domain |
| REEL # | 6 |

## TRF4294   19990



TRF4294_v058.%

| | |
|---|---|
| STATUS | Final |
| WORK DESCRIPTION | • CG Beast - Mova<br>• Set extension - greenscreen comp<br>• Wire removal |
| VENDOR | Digital Domain |
| REEL # | 6 |

## TRF4295   19991



TRF4295_v057.%

| | |
|---|---|
| STATUS | Studio Final |
| WORK DESCRIPTION | set extension |
| VENDOR | Digital Domain |
| REEL # | 6 |

CONFIDENTIAL

REARDEN-FEINSILBER-0000681

# VISUAL EFFECTS
### SB Review 8/29/2016

*Beauty and the Beast*

---

## TRF1017    14657



TRF1017_v126.%

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | CG Beast, Set extension - Greenscreen BG comp |
| **VENDOR** | Digital Domain   **REEL #**   6 |

---

## TRF1025    18314



TRF1025_v078.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast<br>• Set extension<br>• CG Night Sky |
| **VENDOR** | Digital Domain   **REEL #**   6 |

---

## TRF1030    17711



TRF1030_v077.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast<br>• Set extension<br>• CG Turrets<br>• CG Night Sky |
| **VENDOR** | Digital Domain   **REEL #**   6 |

---

## TRF1131    17692



TRF1131_v092.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast<br>• Set extension<br>• CG Night Sky |
| **VENDOR** | Digital Domain   **REEL #**   6 |

---

**PAGE    67**

REARDEN-FEINSILBER-0000682

# VISUAL EFFECTS
## SB Review 8/29/2016

*Beauty and the Beast*

---

### TRF1130   18419



TRF1130_v082.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Set extension - Greenscreen comp<br>• CG Beast - mova |
| **VENDOR** | Digital Domain   **REEL #** 6 |

---

### TRF7030   20453



TRF7030_v026.%

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • CG Beast |
| **VENDOR** | Digital Domain   **REEL #** 6 |

---

### TRF7050   20455



TRF7050_v027.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast |
| **VENDOR** | Digital Domain   **REEL #** 6 |

---

### TRF1190   19427



TRF1190_v018.%

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • Set extension<br>• CG Night Sky |
| **VENDOR** | Digital Domain   **REEL #** 6 |

---

**PAGE   68**

REARDEN-FEINSILBER-0000683



# VISUAL EFFECTS
## SB Review 8/29/2016

---

## TRF1143    19928



TRF1143_v051.%

**STATUS** Studio Final

**WORK DESCRIPTION**
- CG Beast Face
- CG Turrets
- CG Night Sky
- CG Bullet Wound

**VENDOR** Digital Domain    **REEL #** 6

---

## TRF4345    20407



TRF4345_v041.%

**STATUS** Final

**WORK DESCRIPTION**
- Set extension
- CG Night Sky

**VENDOR** Digital Domain    **REEL #** 6

---

## TRF1147    19425



TRF1147_v077.%

**STATUS** Studio Final

**WORK DESCRIPTION**
- CG Beast
- Set extension
- Wire removal

**VENDOR** Digital Domain    **REEL #** 6

---

## TRF4365    19877



TRF4365_v082.%

**STATUS** Studio Final

**WORK DESCRIPTION**
- MOVA
- CG Beast
- GS background

**VENDOR** Digital Domain    **REEL #** 6

---

CONFIDENTIAL                    REARDEN-FEINSILBER-0000684

# VISUAL EFFECTS
### SB Review 8/29/2016

## TRF4370  19460



TRF4370_v097.%

**STATUS** Studio Final

**WORK DESCRIPTION**
• CG Beast
• Set extension

**VENDOR** Digital Domain  **REEL #** 6

---

## TRF1300  19430



TRF1300_v032.%

**STATUS** Final

**WORK DESCRIPTION**
• CG Night Sky

**VENDOR** Digital Domain  **REEL #** 6

---

## TRF4380  20409



TRF4380_v027.%

**STATUS** Final

**WORK DESCRIPTION**
• Set extension
• Rig removal
• CG Night Sky

**VENDOR** Digital Domain  **REEL #** 6

---

## TRF1260  19311



TRF1260_v087.%

**STATUS** Studio Final

**WORK DESCRIPTION**
• CG Beast
• Set extension

**VENDOR** Digital Domain  **REEL #** 7

CONFIDENTIAL

REARDEN-FEINSILBER-0000685

**VISUAL EFFECTS**
*SB Review 8/29/2016*

## TRF4410   19462



TRF4410_v057.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast |

| VENDOR | Digital Domain | REEL # | 7 |
|---|---|---|---|

---

## TRF4430   18458



TRF4430_v095.%

| STATUS | Final |
|---|---|
| WORK DESCRIPTION | • CG Beast Face<br>• Set extension<br>• CG Night Sky |

| VENDOR | Digital Domain | REEL # | 7 |
|---|---|---|---|

---

## TRF4450   17932



TRF4450_v057.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • CG Beast Face<br>• Set extension<br>• CG Night Sky |

| VENDOR | Digital Domain | REEL # | 7 |
|---|---|---|---|

---

## TRF4455   19949



TRF4455_v043.%

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | cg rose |

| VENDOR | Digital Domain | REEL # | 7 |
|---|---|---|---|

**PAGE   71**

REARDEN-FEINSILBER-0000686

# VISUAL EFFECTS
## SB Review 8/29/2016

*Beauty and the Beast*

---

## TRF4470   19465



TRF4470_v065.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast |
| **VENDOR** | Digital Domain |

**REEL #** 7

---

## TRF4457   20162



TRF4457_v035.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | cg rose |
| **VENDOR** | Digital Domain |

**REEL #** 7

---

## TRF4490   19467



TRF4490_v067.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast |
| **VENDOR** | Digital Domain |

**REEL #** 7

---

## STR0030   18077



STR0030_v1145.

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • CG Garderobe face & arms<br>• Set extension |
| **VENDOR** | Framestore |

**REEL #** 7

---

CONFIDENTIAL

REARDEN-FEINSILBER-0000687



# VISUAL EFFECTS
### SB Review 8/29/2016

---

## STR0040    18070



STR0040_v1213.

**STATUS**  Studio Final

**WORK DESCRIPTION**
- CG Frou Frou
- Garderobe arms (folded & rigid)
- Cadenza legs
- Set extension & Plate clean-up

**VENDOR**  Framestore    **REEL #**  7

---

## STR0050    18269



STR0050_v1101.

**STATUS**  Studio Final

**WORK DESCRIPTION**
- Lumiere
- Cogsworth
- Mrs. Potts
- Set extension

**VENDOR**  Framestore    **REEL #**  7

---

## STR0090    19405



STR0090_v1086.

**STATUS**  Studio Final

**WORK DESCRIPTION**
- Lumiere
- Cogsworth
- Set Extension

**VENDOR**  Framestore    **REEL #**  7

---

## STR0130    17741



STR0130_v1092.

**STATUS**  Studio Final

**WORK DESCRIPTION**
- CG Chapeau
- Set extension

**VENDOR**  Framestore    **REEL #**  7

---

CONFIDENTIAL                    REARDEN-FEINSILBER-0000688

# VISUAL EFFECTS
### SB Review 8/29/2016

## STR0140   17779



STR0140_v1087

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Various Staff<br>• Set extension |
| **VENDOR** | Framestore    **REEL #**   7 |

## STR0180   18216



STR0180_v1143

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • Lumiere<br>• Set extension |
| **VENDOR** | Framestore    **REEL #**   7 |

## BTF0010   19259



BTF0010_v088.%

| | |
|---|---|
| **STATUS** | Studio Final |
| **WORK DESCRIPTION** | • CG Beast<br>• CG Rose<br>• Set extension |
| **VENDOR** | Digital Domain    **REEL #**   7 |

## BTF0080   18599



BTF0080_v040.%

| | |
|---|---|
| **STATUS** | Final |
| **WORK DESCRIPTION** | • CG Beast |
| **VENDOR** | Digital Domain    **REEL #**   7 |

CONFIDENTIAL      REARDEN-FEINSILBER-0000689

**VISUAL EFFECTS**
*Beauty and the Beast*
**SB Review 8/29/2016**

| **BTF0090** 19264 | | |
|---|---|---|
|  | STATUS | Studio Final |
| | WORK DESCRIPTION | • CG Beast<br>• Set extension |
| | VENDOR | Digital Domain    REEL # 7 |
| BTF0090_v050.% | | |

| **BTF7050** 20558 | | |
|---|---|---|
|  | STATUS | Final |
| | WORK DESCRIPTION | |
| | VENDOR | Digital Domain    REEL # 7 |
| BTF7050_v003.% | | |

| **BTF7070** 20560 | | |
|---|---|---|
|  | STATUS | Final |
| | WORK DESCRIPTION | |
| | VENDOR | Digital Domain    REEL # 7 |
| BTF7070_v006.% | | |

| **BTF7078** 21034 | | |
|---|---|---|
|  | STATUS | Final |
| | WORK DESCRIPTION | • Bluescreen comp |
| | VENDOR | Digital Domain    REEL # 7 |
| BTF7078_v005.% | | |

**PAGE    75**

CONFIDENTIAL

REARDEN-FEINSILBER-0000690

*Beauty and the Beast*

# VISUAL EFFECTS
### SB Review 8/29/2016

## CTF0030   19276



CTF0030_v1114.

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Castle transformation effect<br>• Set extension |
| VENDOR | Framestore |
| REEL # | 7 |

## CTF0040   19277



CTF0040_v1068.

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Set extension |
| VENDOR | Framestore |
| REEL # | 7 |

## CTF0170   19289



CTF0170_v1038.

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Set extension<br>• CG Castle |
| VENDOR | Framestore |
| REEL # | 7 |

## CTF0190   19291



CTF0190_v1034.

| STATUS | Studio Final |
|---|---|
| WORK DESCRIPTION | • Set extension<br>• CG Castle |
| VENDOR | Framestore |
| REEL # | 7 |

**PAGE   76**

REARDEN-FEINSILBER-0000691

# VISUAL EFFECTS
### SB Review 8/29/2016

## CTF0200  19292



CTF0200_v1065

**STATUS** Studio Final

**WORK DESCRIPTION**
- Window comp
- CG Feathers

**VENDOR** Framestore  **REEL #** 7

## CTF0210  19293



CTF0210_v1059

**STATUS** Studio Final

**WORK DESCRIPTION**
- Set extension
- CG Castle
- Mrs Potts and Cart

**VENDOR** Framestore  **REEL #** 7

## CTF0220  19294



CTF0220_v1057

**STATUS** Studio Final

**WORK DESCRIPTION**
- Set extension

**VENDOR** Framestore  **REEL #** 7

## CTF0290  19301



CTF0290_v1028

**STATUS** Studio Final

**WORK DESCRIPTION**
- Set extension
- Stunt pad erasure

**VENDOR** Framestore  **REEL #** 7

CONFIDENTIAL                                    REARDEN-FEINSILBER-0000692



# VISUAL EFFECTS
## SB Review 8/29/2016

## CTF0310    19303



CTF0310_v1056

| | |
|---|---|
| STATUS | Final |
| WORK DESCRIPTION | • Set extension<br>• Stunt pad erasure |
| VENDOR | Framestore    REEL #   7 |

## WED0010    20095



WED0010_v1051

| | |
|---|---|
| STATUS | Final |
| WORK DESCRIPTION | • Set extension<br>• CG Castle Grounds out windows |
| VENDOR | Framestore    REEL #   7 |

## WED0020    20131



WED0020_v1111

| | |
|---|---|
| STATUS | Final |
| WORK DESCRIPTION | • Set extension<br>• CG Castle Grounds out windows |
| VENDOR | Framestore    REEL #   7 |

## WED0030    20109



WED0030_v1026

| | |
|---|---|
| STATUS | Final |
| WORK DESCRIPTION | • Set extension<br>• CG Castle Grounds out windows |
| VENDOR | Framestore    REEL #   7 |

CONFIDENTIAL                                         REARDEN-FEINSILBER-0000693

# VISUAL EFFECTS
### SB Review 8/29/2016

*Beauty and the Beast*

| WED0040 | 20096 | | |
|---|---|---|---|


WED0040_v1028

**STATUS** Final

**WORK DESCRIPTION**
· Set extension
· Bluescreen window comps

**VENDOR** Framestore   **REEL #** 7

---

| WED0050 | 20132 |
|---|---|



WED0050_v1037

**STATUS** Final

**WORK DESCRIPTION**
· Set extension
· Bluescreen window comps

**VENDOR** Framestore   **REEL #** 7

---

| WED0060 | 20110 |
|---|---|



WED0060_v1021

**STATUS** Final

**WORK DESCRIPTION**
· Set extension
· CG Castle Grounds out windows

**VENDOR** Framestore   **REEL #** 7

---

| WED0070 | 20164 |
|---|---|



WED0070_v1024

**STATUS** Final

**WORK DESCRIPTION**
· Set extension
· CG Castle Grounds out windows

**VENDOR** Framestore   **REEL #** 7

---

**PAGE   79**

REARDEN-FEINSILBER-0000694



# VISUAL EFFECTS
**SB Review 8/29/2016**

## WED0080  20111



WED0080 v1053

| STATUS | Final |
|---|---|

**WORK DESCRIPTION**
- Set extension
- CG Castle Grounds out windows

**VENDOR** Framestore  **REEL #** 7

CONFIDENTIAL

REARDEN-FEINSILBER-0000695