**To:** Manor, Arnon[Arnon_Manor@spe.sony.com]; Hoerr, Mark (HBO)[Mark.Hoerr@hbo.com]; Taritero, Dave[Dave.Taritero@disney.com]
**From:** Brown, Mark (WB)
**Sent:** 2015-02-11T21:41:05-05:00
**Importance:** Normal
**Subject:** Re: 3D head scans @ TNG Visual Effets
**Received:** 2015-02-11T21:41:58-05:00

Nic has been around a long time but I can't say we've used him lately so can't vouch for his technology. I agree with Dave on the ICT Mova but this is the high end. It will depend on what you need.


On 2/11/15 2:50 PM, "Manor, Arnon" <Arnon_Manor@spe.sony.com> wrote:

>I don¹t know those guysŠ
>
>We recently used these guys (through our vendor):
>http://floatingpointfx.com/ and they seemed to do a good jobŠ
>
>Arnon
>
>
>On 2/11/15, 1:25 PM, "Taritero, Dave" <Dave.Taritero@disney.com> wrote:
>
>>Never used them...
>>I do see his info/news all the time on linked in...
>>
>>I'm not sure what tng costs, but we would likely use the folks at mova
>>(or Disneys's own system - medusa). The mova folks are at digital domain
>>in playa vista. Depending on the need, we may also do a Lightstage scan
>>working with the folks from ict - a research arm of USC. They are also
>>located in playa vista.
>>
>>Sent from my iPad
>>
>>> On Feb 12, 2015, at 5:02 AM, Hoerr, Mark (HBO) <Mark.Hoerr@hbo.com>
>>>wrote:
>>>
>>> You guys know them?  They good?
>>>
>>>
>>>
>>> Mark:
>>>
>>> Next Tuesday 2/17, we are scheduled to do two 3D head scans....
>>>
>>> The 3D scan vendor is:
>>>
>>> TNG Visual Effects
>>> 3424 W. Carson St.,  Ste 210
>>> Torrance, CA  90503
>>>
>>> PH: 877-879-2040
>>> Cell: 310-717-2937
>>>

United States District Court
Northern District of California

**DEFENDANT'S EXHIBIT 1157**

Case No. 4:17-cv-04006-JST
Date Entered _____
By _____
Deputy Clerk

>>> Our contact is Nic Tesi.
>>>
>>> Want to make sure there¹s no objection to the vendor.  Also, I am
>>>assuming we can send them the same NDA that went to Encore?
>>>
>>> thanks
>>> Blake
>>>
>>> Blake McCormick
>>> 323.899.9385 M € 213.534.3614 O € blakemccormick@mac.com
>>>
>>>
>>> ----------------------------------------------------------------------
>>> This e-mail is intended only for the use of the addressees.  Any
>>>copying, forwarding, printing or other use of this e-mail by persons
>>>other than the addressees is not authorized.  This e-mail may contain
>>>information that is privileged, confidential and exempt from disclosure.
>>>If you are not the intended recipient, please notify us immediately by
>>>return e-mail (including the original message in your reply) and then
>>>delete and discard all copies of the e-mail.
>>>
>>> Thank you.
>>>
>>> ----------------------------------------------------------------------
>>>
>>> <Nick Tesi.vcf>
>

CONFIDENTIAL
DIS-REARDEN-0021080