UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WALT DISNEY PICTURES, a California corporation,<br><br>Defendant. | Case No.   4:17-cv-04006-JST<br><br>[PROPOSED] JUDGMENT<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to Federal Rule of Civil Procedure 54(b), the Court expressly determines that there is no just reason to delay the entry of judgment on Plaintiffs Rearden LLC and Rearden MOVA LLC's (collectively, "Rearden") Second Amended Complaint insofar as it concerns the motion picture *Beauty and the Beast* (2017).  Pursuant to Federal Rules of Civil Procedure 54(b) and 58, the Court's Judgment is **ENTERED** as follows:

Judgment is entered in favor of Rearden and against Defendant Walt Disney Pictures ("WDP"), on Rearden's Second Cause of Action (for vicarious copyright infringement) arising from *Beauty and the Beast* (2017).  Judgment is further entered in favor of Rearden, and against WDP, on this claim for actual damages in the amount of $250,638, and for WDP's apportioned profits in the amount of $345,098.

Judgment is entered in favor of WDP and against Rearden on Rearden's Second Cause of Action (for contributory copyright infringement) and Third Cause of Action (for trademark infringement, false advertising, and dilution) arising from *Beauty and the Beast* (2017).

**IT IS SO ORDERED.**

DATED: May 23, 2024

_____
The Honorable Jon S. Tigar
United States District Judge

1
[PROPOSED] JUDGMENT
NO. 4:17-CV-04006-JST