UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>    Defendants. | Case No. 17-cv-04006-JST<br><br>**ORDER DENYING MOTION FOR A NEW TRIAL AND/OR TO AMEND THE JUDGMENT**<br><br>Re: ECF No. 740 |

Pending before the Court is Plaintiffs Rearden LLC and Rearden MOVA LLC's (collectively, "Rearden") motion for a new trial and/or to amend the judgment. ECF No. 740. Rearden argues that it is entitled to a new trial on apportioned profits because on a bench trial, "[t]he Court ultimately has the responsibility of reaching its own conclusions about apportionment, independent of the jury verdict" and therefore, "the Court should hear and consider a full record" on the issue of Defendant's apportioned profits. *Id.* at 4.

Because the Court has granted Defendant's renewed motion for judgment as a matter of law on Rearden's sole claim of vicarious copyright infringement, *see* ECF No. 758, Rearden's claim for a portion of Defendant's profits is now moot. Accordingly, Rearden's motion is denied.

**IT IS SO ORDERED.**

Dated: August 28, 2024

———————————————
JON S. TIGAR
United States District Judge