STEVE W. BERMAN (pro hac vice)
steve@hbsslaw.com
MARK S. CARLSON (pro hac vice)
markc@hbsslaw.com
JERROD C. PATTERSON (pro hac vice)
jerrodp@hbsslaw.com
GARTH WOJTANOWICZ, CBA No. 246510
garthw@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

RIO S. PIERCE, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiffs*

KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
BLANCA F. YOUNG (SBN 217533)
blanca.young@mto.com
STEPHANIE G. HERRERA (SBN 313887)
stephanie.herrera@mto.com
SHANNON AMINIRAD (SBN 324780)
shannon.aminirad@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:     (415) 512-4077

JOHN W. SPIEGEL (SBN 78935)
john.spiegel@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
ANNE K. CONLEY (SBN 307952)
anne.conley@mto.com
ROWLEY J. RICE (SBN 313737)
rowley.rice@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WALT DISNEY PICTURES, a California corporation,<br><br>Defendant. | Case No.      4:17-cv-04006-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE SATISFACTION OF JUDGMENT**<br><br>Judge: Hon. Jon S. Tigar |

Plaintiffs Rearden LLC and Rearden MOVA LLC ("Rearden") and Defendant Walt Disney Pictures ("WDP") (collectively, "Parties"), by and through their counsel, do hereby stipulate and agree to entry of the attached proposed Order as follows:

**WHEREAS**, on May 23, 2024, this Court entered judgment in the above-captioned case in favor of Rearden and against WDP on Rearden's claims for vicarious copyright infringement arising from *Beauty and the Beast* (2017), and further entered judgment in favor of Rearden, and against WDP, on Rearden's claim for actual damages in the amount of $250,638, and for WDP's apportioned profits in the amount of $345,098.  ECF No. 734.

**WHEREAS**, on August 27, 2024, the Clerk entered an Amended Bill of Costs allowing Rearden $89,230.74 in costs.  ECF No. 759.

**WHEREAS**, on September 16, 2024, this Court entered judgment in the above-captioned case in favor of Defendant WDP and against Rearden upon granting WDP's Motion for Judgment as a Matter of Law on Rearden's claims for vicarious copyright infringement.  ECF No. 764.

**WHEREAS**, Rearden timely appealed the Court's ruling on WDP's Motion for Judgment as a Matter of Law on Rearden's vicarious copyright infringement claim (ECF Nos. 682, 769), and on September 11, 2025 the United States Court of Appeals for the Ninth Circuit reversed that order. ECF No. 780.

**WHEREAS**, on December 12, 2025, the United States Court of Appeals for the Ninth Circuit issued its formal mandate (Dkt. No. 59.1, 9th Cir. Case No. 24-3970), thereby returning jurisdiction to this Court.

**NOW THEREFORE**, for good cause, the parties stipulate as follows:

1.   This Court's judgment in WDP's favor upon granting WDP's Motion for Judgment as a Matter of Law on Rearden's claims for vicarious copyright infringement (ECF No. 764), should be vacated.

2.  The Court's judgment in Rearden's favor (ECF No. 734) shall be reinstated.

3.  WDP's payment of $702,511 to Rearden through Rearden's counsel completely satisfies all amounts owed by Defendant to Rearden on the judgment in Rearden's favor (ECF No. 734), costs to Rearden, and post-judgment interest.

STIPULATION AND [PROPOSED] ORDER RE SATISFACTION OF JUDGMENT
NO. 4:17-CV-04006-JST - 1 -
55903600.1

4. The Clerk should close the above-captioned case.

DATED:  February 23, 2026                HAGENS BERMAN SOBOL SHAPIRO LLP

By: _/s/ Mark S. Carlson_____
MARK S. CARLSON

*Attorneys for Plaintiffs*

DATED:  February 23, 2026                MUNGER, TOLLES & OLSON LLP

By: _/s/ Kelly M. Klaus_____
KELLY M. KLAUS[1]

*Attorneys for Defendant*

---

[1] Signed electronically by Mark S. Carlson with the concurrence of Kelly M. Klaus, pursuant to L.R. 5-1(i)(3).

STIPULATION AND [PROPOSED] ORDER RE SATISFACTION OF JUDGMENT
NO. 4:17-CV-04006-JST - 2 -
55903600.1

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 23, 2026

_____

The Honorable Jon S. Tigar
United States District Judge